**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮, declare:

1. My name is ▮▮▮▮▮▮▮▮▮▮ and I am a national of Venezuela. I am a 32-year-old man. I am currently detained by ICE at the El Valle Detention Facility in Raymondville, Texas.

2. I entered the United States around May 3, 2023.

3. I filed for asylum from Venezuela because of my political views and my fear of harm and mistreatment from multiple criminal groups, including the Tren de Aragua gang.

4. At my asylum interview on February 27, 2025, I was arrested and interrogated by ICE.

5. When ICE officers entered my asylum interview, they asked me about the Tren de Aragua gang. I am not and was not a member of the Tren de Aragua gang. I was victimized by that group, which is one of the reasons I cannot return to Venezuela.

6. ICE first detained me at the Moshannon Valley Processing Center in Pennsylvania.

7. Then, on approximately March 9, 2025, I was transferred with a group of other Venezuelans to El Valle Detention Center in Texas.

8. I was assigned a free lawyer, Melissa Smyth, from Brooklyn Defender Services. My attorney explained that she could represent me in my asylum case before the Elizabeth Immigration Court in New Jersey.

9. I have an immigration court Master Calendar Hearing scheduled for March 19, 2025.

10. On March 14, 2025, I was told that I was being moved in preparation for a later flight with a group of other Venezuelans. I was not told where we were going. We were then told that there was a problem and they returned us to detention at El Valle.

11. We are now being told we will be put on a plane on Saturday, March 15th or Sunday, March 16th.

12. Being sent away and deported would be terrible. I need to be able to speak with my attorney to prepare for my court appearances. Also, I was receiving important medical treatment in New York, and I am afraid I will become terribly sick if I do not have access to the proper medical care. I have already missed multiple days of my daily medication when I was initially detained by ICE and again when I was transferred to El Valle.

1

13. I am terrified to be deported to Venezuela, where I fear I would be seriously harmed or killed.

14. I swear under penalty of perjury that the forgoing declaration was read back to me in Spanish, and that it is true and correct to the best of my knowledge and recollection.

I, Melissa Smyth, swear under penalty of perjury that I am fluent in the English and Spanish languages, that I read the forgoing declaration to ▮▮▮▮▮▮▮▮ in Spanish, and that he agreed with its contents.

*Melissa Smyth* (signature)                                         03/14/2025

Name: Melissa Smyth