AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JGG, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766 |
| Donald Trump, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JGG, GFF, JGO, WGH, JAV

Date:   03/15/2025

/s Bradley Girard
*Attorney's signature*

Bradley Girard, DC Bar No. 1033743
*Printed name and bar number*

Democracy Forward Foundation
PO Box 984573
Washington, DC 20043
*Address*

bgirard@democracyforward.org
*E-mail address*

(202) 488-9090
*Telephone number*

(202) 796-4426
*FAX number*