AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JGG et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766 |
| Trump et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JGG, GFF, JGO, WGH, and JAV.

Date: 03/15/2025

/s Skye Perryman
*Attorney's signature*

Skye Perryman, DC Bar No. 984573
*Printed name and bar number*

Democracy Forward Foundation
PO Box 34553
Washington, DC 20043

*Address*

sperryman@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*