AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| J.G.G. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766-JEB |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 03/15/2025

/s/ Christina P. Greer
*Attorney's signature*

Christina P. Greer
*Printed name and bar number*

US DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. Box 878
Washington, DC 20044
*Address*

Christina.P.Greer@usdoj.gov
*E-mail address*

(202) 598-8770
*Telephone number*

*FAX number*