# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **J.G.G. et al.**

vs.

Civil Action No. **1:25-cv-00766-JEB**

Defendant: **Donald J. Trump et al.**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this  15  day of  March  20 25 , that  all Defendants  hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the  15  day of  March , 20 25 , in favor of  all Plaintiffs  against said  all Defendants, namely the unnumbered minute order entered at 9:40 AM 

Attorney/Pro Se Party Signature:

Name: Christina P. Greer

Address: US DEPARTMENT OF JUSTICE, CIVIL DIV.

P.O. Box 878

Washington, DC 20044

Telephone: ( 202 ) 598-8770

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017