AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| J.G.G. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766-JEB |
| Donald J. Trump et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants                .

Date:   03/17/2025

/s/ August E. Flentje
*Attorney's signature*

August E. Flentje -- NY 2921807
*Printed name and bar number*

U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station,
Washington, DC 20044-0878

*Address*

august.flentje@usdoj.gov
*E-mail address*

(202) 514-3309
*Telephone number*

*FAX number*