UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>TRUMP, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-00766 |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Deputy Associate Attorney General Abhishek Kambli as counsel for Defendants in this action.

Dated: March 17, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

By:     /s/ Abhishek Kambli
ABHISHEK KAMBLI
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-5496

*Attorney for the United States of America*