AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| J.G.G., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00766 |
| Trump, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs.

Date: 03/18/2025

/s/Hina Shamsi
*Attorney's signature*

Hina Shamsi (D.D.C. Bar No. MI0071)
*Printed name and bar number*

American Civil Liberties Union Foundation
National Security Project
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

hshamsi@aclu.org
*E-mail address*

(212) 284-7321
*Telephone number*

*FAX number*