**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.G.G.; G.F.F.; J.G.O.; W.G.H.; J.A.V., | |
| Plaintiffs-Petitioners, | |
| vs. | |
| DONALD J. TRUMP; <br> PAMELA BONDI; <br> KRISTI NOEM; <br> U.S. DEPARTMENT OF HOMELAND SECURITY; <br> MADISON SHEAHAN; <br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; <br> MARCO RUBIO; <br> U.S. DEPARTMENT OF STATE, | Civil Action No. 1:25-cv-00766 |
| Defendants-Respondents. | |

### MOTION FOR ADMISSION OF SARAH M. RICH
### *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Sarah M. Rich, *pro hac vice*, as counsel for Plaintiffs J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V. in this proceeding, pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia. Ms. Rich is a member in good standing of the Bar of the state of Georgia, Western District of Texas, Northern District of Georgia, Middle District of Georgia, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the District of Columbia Circuit, and the Dekalb County (GA) Superior Court. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

Finally, the undersigned is satisfied that Ms. Rich possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Sarah M. Rich *pro hac vice* as representative of Plaintiffs in this proceeding.

Dated: Washington, D.C.
      March  18, 2025

Respectfully submitted,

*/s/ Bradley Girard*
Bradley Girard, D.C. Bar. No. 1033743
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
bgirard@democracyforward.org

*Attorney for Plaintiffs*