IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*, <br><br> *Plaintiffs-Petitioners*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants-Respondents*. | Case No: 1:25-cv-00766 |

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(h) AND 83.2(i)**

I, Patrick Toomey, hereby certify under Local Civil Rules 83.2(h) and 83.2(i) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the New York Bar. My New York Bar number is 4983979.

2. I am employed by the American Civil Liberties Union Foundation.

3. I am representing Plaintiffs-Petitioners J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Lee Gelernt, Dan Galindo, and Hina Shamsi of the American Civil Liberties Union Foundation, and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

5. Pursuant to Local Civil Rules 83.2(h) and 83.2(i), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: March 18, 2025                    Respectfully submitted,

_____
Patrick Toomey
American Civil Liberties Union Foundation
National Security Project
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2500
ptoomey@aclu.org

*Attorney for Plaintiffs-Petitioners*