AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| J.G.G., et al. *Plaintiff* v. Trump, et al. *Defendant* | Case No. 1:25-cv-00766-JEB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.

Date: 03/19/2025

/s/ Sarah M. Rich
*Attorney's signature*

Sarah M. Rich (GA Bar # 281985)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043
*Address*

srich@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*