AO 458 (Rev. 06/09) Appearance of Counsel

UNITED STATES DISTRICT COURT
for the
District of Columbia

| J.G.G., et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766 |
| Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs.

Date: 03/19/2025

/s/ Cody Wofsy
*Attorney's signature*

Cody Wofsy (D.D.C. Bar No. CA00103)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
*Address*

cwofsy@aclu.org
*E-mail address*

(415) 343-0785
*Telephone number*

*FAX number*