UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants-Respondents. | Civil Action No. 1:25-cv-00766 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Defendants respectfully provide notice that one of their counsel, Christina P. Greer, is withdrawing her appearance on behalf of Defendants in this case. Ms. Greer is currently on detail to another component of the Department. Because of this, from the outset, her participation in the case was intended to be limited in scope and duration. She has returned to her detail duties and will no longer be representing the Defendants in this case. Defendants will continue to be represented in this matter by other counsel of record.

Dated: March 19, 2025

                                              Respectfully Submitted,

                              By:  *Christina P. Greer*
                                    CHRISTINA P. GREER
                                    Senior Litigation Counsel
                                    Office of Immigration Litigation
                                    General Litigation & Appeals Section
                                    United States Department of Justice
                                    P.O. Box 868, Ben Franklin Station
                                    Washington, DC 20530
                                    Phone: (202) 598-8770
                                    Email: Christina.P.Greer@usdoj.gov