IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*,<br><br>    *Plaintiffs-Petitioners*,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants-Respondents*. | Case No: 1:25-cv-00766 |

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(h) AND 83.2(i)**

    I, My Khanh Ngo, hereby certify under Local Civil Rules 83.2(h) and 83.2(i) of the United States District Court for the District of Columbia, that:

    1.    I am a member in good standing of the California Bar. My California Bar number is 317817.

    2.    I am employed by the American Civil Liberties Union Foundation.

    3.    I am representing Plaintiffs-Petitioners J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.

    4.    I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Lee Gelernt, Daniel Galindo, and Hina Shamsi of the American Civil Liberties Union Foundation and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

    5.    Pursuant to Local Civil Rules 83.2(h) and 83.2(i), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: March 19, 2025                                   Respectfully submitted,

                                                                                                      /s/
My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
T: (415)-343-0764
mngo@aclu.org

*Attorney for Plaintiffs-Petitioners*