IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J.G.G., *et al.*,

*Plaintiffs–Petitioners*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Defendants–Respondents*.

Case No: 1:25-cv-00766-JEB

**INDEX OF EXHIBITS**
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO VACATE
TEMPORARY RESTRAINING ORDER

- A. Declaration of Deborah Fleishaker
- B. Declaration of Juanita Goebertus (HRW)
- C. Declaration of Sarah Bishop
- D. Declaration of Linette Tobin
- E. Declaration of Austin Thierry
- F. Declaration of Osvaldo E. Caro-Cruz
- G. Declaration of Katherine Kim
- H. Declaration of Karyn Ann Shealy (J.G.O.)
- I. Declaration of Stephanie Quintero (J.G.G.)
- J. Declaration of Grace Carney (G.F.F.)
- K. Declaration of Melissa Smyth (J.A.V.)
- L. Declaration of Solanyer Michell Sarabia Gonzalez
- M. Copy of Declaration of Jennifer Venghaus
- N. Declaration of Oscar Sarabia Roman

1

1. Camilo Montoya-Galvez, *U.S. Sending Nonviolent, "Low-Risk" Migrants to Guantanamo, Despite Vow to Detain the Worst of the Worst*, CBS News (Feb. 12, 2025).

2. Syra Ortiz Blanes, Veronica Egui Brito & Claire Healy, *Trump Sent These Venezuelans to El Salvador Mega Prison. Their Families Deny Gang Ties*, Miami Herald (Mar. 18, 2025).

3. Didi Martinez, Daniella Silva & Carmen Sesin, *Families of Deported Venezuelans Are Distraught Their Loved Ones Were Sent to El Salvador*, NBC News (Mar. 19, 2025).

4. Jazmine Ulloa & Zolan Kanno-Youngs, *Trump Officials Say Deportees Were Gang Members. Few Details Were Disclosed*, N.Y. Times (Mar. 18, 2025).

5. Annie Correal, *Venezuelan Families Fear for Relatives as Trump Celebrates Deportations*, N.Y. Times (Mar. 16, 2025).

6. Sarah Kinosian & Kristina Cooke, *Relatives of Missing Venezuelans Desperate for Answers After US Deportations to El Salvador*, Reuters (Mar. 17, 2025).

7. Camilo Montoya-Galvez, *Trump Invokes 1798 Alien Enemies Act, orders deportation of suspected Venezuelan gang members*, CBS News (Mar. 16, 2025)

8. Tim Padgett, *Was a Venezuelan Deported as a Terrorist Because of a Tattoo Celebrating His Child*, WLRN (Mar. 19, 2025).