# EXHIBIT N

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.G.G., *et al.*,<br><br>*Plaintiffs–Petitioners*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants–Respondents*. | Case No: 1:25-cv-00766-JEB |

## DECLARATION OF OSCAR SARABIA ROMAN

I, Oscar Sarabia Roman, declare as follows:

1. I am over eighteen years of age and am competent to make this declaration.

2. I am a lawyer at the American Civil Liberties Union Immigrants' Rights Project. I represent the Plaintiffs in this case.

3. I have spoken with W.G.H.'s attorney who informed me that she spoke with W.G.H.'s wife on March 16, 2025. W.G.H. reported to his wife that he was on the bus of detainees who were transported to the airport on March 15, 2025. ICE officers pulled him off of the flight and brought him back to El Valle Detention Center. His attorney has sent numerous emails to El Valle Detention Center to set up a call but no one at the facility has responded.

4. Attached hereto as exhibits are true and correct copies of the following:

| Exhibit | Document |
|---|---|
| 1. | Camilo Montoya-Galvez, *U.S. Sending Nonviolent, "Low-Risk" Migrants to Guantanamo, Despite Vow to Detain the Worst of the Worst*, CBS News (Feb. 12, 2025), *available at* https://www.cbsnews.com/news/guantanamo-bay-migrants-trump/. |
| 2. | Syra Ortiz Blanes, Veronica Egui Brito & Claire Healy, *Trump Sent These Venezuelans to El Salvador Mega Prison. Their Families Deny Gang Ties*, Miami Herald (Mar. 18, 2025), *available at* |

1

https://www.miamiherald.com/news/local/immigration/article302251339.html.

3.    Didi Martinez, Daniella Silva & Carmen Sesin, *Families of Deported Venezuelans Are Distraught Their Loved Ones Were Sent to El Salvador*, NBC News (Mar. 19, 2025), *available at* https://www.nbcnews.com/news/us-news/families-deported-venezuelans-are-distraught-loved-ones-sent-el-salvad-rcna196950.

4.    Jazmine Ulloa & Zolan Kanno-Youngs, *Trump Officials Say Deportees Were Gang Members. Few Details Were Disclosed*, N.Y. Times (Mar. 18, 2025), *available at* https://www.nytimes.com/2025/03/18/us/trump-deportations-venezuela-gang.html.

5.    Annie Correal, *Venezuelan Families Fear for Relatives as Trump Celebrates Deportations*, N.Y. Times (Mar. 16, 2025), *available at* https://www.nytimes.com/2025/03/16/world/americas/el-salvador-venezuela-deportations-families.html.

6.    Sarah Kinosian & Kristina Cooke, *Relatives of Missing Venezuelans Desperate for Answers After US Deportations to El Salvador*, Reuters (Mar. 17, 2025), *available at* https://www.reuters.com/world/americas/relatives-missing-venezuelan-migrants-desperate-answers-after-us-deportations-el-2025-03-17/.

7.    Camilo Montoya-Galvez, *Trump Invokes 1798 Alien Enemies Act, orders deportation of suspected Venezuelan gang members*, CBS News (Mar. 16, 2025), *available at* https://www.cbsnews.com/news/trump-invokes-1798-alien-enemies-act/.

8.    Tim Padgett, *Was a Venezuelan Deported as a Terrorist Because of a Tattoo Celebrating His Child*, WLRN (Mar. 19, 2025), *available at* https://www.wlrn.org/immigration/2025-03-19/venezuelan-deportation-trump-tren-de-aragua-tattoo.


I hereby declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

    Executed on 19th of March, 2025, in San Francisco, California.

_____

Oscar Sarabia Roman

2

# EXHIBIT 1



CBS NEWS

Latest    Local News    • Live    Shows    ···

U.S.    World    Politics    HealthWatch    MoneyWatch    Entertainment    Crime    Sports

POLITICS    EXCLUSIVE

# U.S. sending nonviolent, "low-risk" migrants to Guantanamo, despite vow to detain "the worst" there

By **Camilo Montoya-Galvez**

Updated on: February 12, 2025 / 4:01 PM EST / CBS News

## More from CBS News


**Judge demands to know why order redirecting deportation flights was...**


**Lawsuit argues Trump's use of war authority for deportation could be...**


**Trump administration releases new trove of JFK assassination files**


**Records show many federal workers were fired and rehired at 18...**

*Washington* – While the Trump administration has highlighted transfers of dangerous criminals and suspected gang members to Guantanamo Bay, it is also sending nonviolent, "low-risk" migrant detainees who lack serious criminal records or any at all, according to two U.S. officials and internal government documents.

When he ordered officials to convert facilities inside the U.S. Naval Base at Guantanamo Bay, Cuba, into a large-scale immigration detention site late last month, President Trump said it would house the "worst" migrants and "provide additional detention space for high-priority criminal aliens."

Administration officials have since touted military flights to Guantanamo that they said have transported migrants in the U.S. illegally who have also committed violent crimes like murder and

rape, as well as alleged members of Tren de Aragua, the infamous gang that originated in Venezuelan prisons.

Internal documents and interviews with U.S. officials indicate the administration has sent migrant criminals and alleged gang members to Guantanamo, detaining them in the post-9/11 maximum-security prison that also houses, in a separate section, more than a dozen terrorism suspects.

But in addition to sending those with criminal records or suspected or known gang ties – classified as "high-risk" detainees – U.S. officials have also transported migrants deemed to be "low-risk" to Guantanamo, according to the government documents obtained by CBS News. More low-risk migrants are expected to be transported on Wednesday, alongside high-risk detainees, the documents show.

AD

Hiding behind filters

Spring Into Clear Skin    25% OFF

Federal immigration authorities define low-risk detainees as migrants who face deportation because they are in the U.S. illegally but who have not been arrested or convicted of violent offenses or other serious crimes, government guidelines show. U.S. officials said they could include migrants who lack any criminal record but have been ordered deported because of civil immigration violations, like entering the country without proper documents.

While the high-risk migrants have been detained in cells at Guantanamo's maximum-security prison, the low-risk detainees have been placed in a barrack-like facility known as the Migrant Operations Center that includes rooms with restrooms, according to the documents and one of the U.S. officials, who requested anonymity because they were not authorized to speak to the press.

The State Department has traditionally used the Migrant Operations Center to house asylum-seekers intercepted at sea by the U.S. Coast Guard, while they wait to be resettled in third countries.

In a statement Wednesday, a Department of Homeland Security spokesperson confirmed CBS News' reporting, including the separate housing arrangements.



Big Spring Sale
Save up to 40% from March 25-31
Shop early
amazon

"In addition to holding violent gang members and other high-threat illegal aliens, Guantanamo Bay is also holding other illegal aliens with final deportation orders. Every single alien at Guantanamo Bay has a final deportation order," the spokesperson said. "All of these individuals committed a crime by entering the United States illegally."

In two weeks, officials have made some progress in operationalizing Mr. Trump's instructions to establish the facilities needed to detain as many as 30,000 unauthorized migrants at the base in Guantanamo, a 45-square mile stretch of Cuban land that the U.S. has leased for over a century.

Over the past week, U.S. service members at the base have been erecting tents to house migrant detainees beyond the prison and Migrant Operations Center, both of which have limited capacities.

A photo released by the Pentagon shows tents being erected to house migrants at Naval Station Guantanamo Bay in Cuba on Feb. 6, 2025.

U.S. NAVY / AFN GUANTANAMO BAY PUBLIC AFFAIRS

Officials have also been meeting the administration's goal of transporting groups of detainees to the base daily, sending eight military flights over the last nine days. The flights, however, have only carried up to 15 detainees each, due to limits on how many can be transported at one time when they reach the base.

As of late Tuesday, nearly 100 unauthorized migrants were being held at Guantanamo, all of them adults from Venezuela, one of the U.S. officials said. Homeland Security Secretary Kristi Noem said

recently the detainees will be held there until they can be deported, but it's unclear when that could happen.

In recent years, Venezuela's repressive government has generally rejected American deportation flights, citing the economic sanctions imposed by the U.S. Under a recently brokered agreement with the Trump administration, Venezuela sent two planes to the Texas border earlier this week to pick nearly 200 of its citizens who were in U.S. immigration custody and transport them back to Venezuela. But similar flights to Guantanamo have not been announced.

While some Republican lawmakers have praised the Trump administration for using Guantanamo to hold migrant detainees, the effort has alarmed pro-immigrant civil rights groups. They have accused the administration of using the naval base as a "legal black hole" to hold migrants "incommunicado," demanding that the detainees be given access to lawyers.



STARZ
SIGN UP NOW
prime video | CHANNELS
Subscription required
Things Never Said

While the transportation of low-risk migrants to Guantanamo undermines statements from Trump officials that the facility would be used to house "the worst of the worst," it also reinforces a message the administration has communicated repeatedly: no one who is in the U.S. illegally will be shielded from detention and deportation, even if they lack criminal histories.

*Eleanor Watson* contributed to this report.

## Immigration  More ›


**Canadian detained for days after**


**Trump to invoke wartime power**


**Irish, undocumented,**


**Kristi Noem says she plans to use**



Camilo Montoya-Galvez is the immigration reporter at CBS News. Based in Washington, he covers immigration policy and politics.

𝕏 Twitter

*© 2025 CBS Interactive Inc. All Rights Reserved.*



Copyright ©2025 CBS Interactive Inc. All rights reserved.

Privacy Policy    California Notice    Your Privacy Choices    Terms of Use    About    Advertise    Closed Captioning    CBS News Store    Site Map    Contact Us    Help

# EXHIBIT 2



| WELCOME OFFER | 6 MONTHS FOR $1.99 | Gain unlimited access to our exclusive stories. | SUBSCRIBE NOW |
| --- | --- | --- | --- |

Log In | **Subscribe**

**IMMIGRATION**

# Trump sent these Venezuelans to El Salvador mega prison. Their families deny gang ties.

By **Syra Ortiz Blanes**, **Verónica Egui Brito** and **Claire Healy**

Updated March 18, 2025 5:21 PM | 💬 22

Watch the latest video shared today on President Nayib Bukele's X account, showing over 200 Venezuelan migrants—that the federal government is linking to Tren de Aragua —arriving in El Salvador and being transferred to the country's mega prison. The footage documents their arrival and transfer to the country's notorious prison. U.S. Secretary of State Marco Rubio and President Bukele have both confirmed the deportation flights. By El Salvador Presidential Press Office



 

The day after he was arrested while working at a restaurant in Texas, Mervin Jose Yamarte Fernandez climbed out of a plane in shackles in El Salvador, bound for the largest mega-prison in Latin America.

His sister, Jare, recognized him in a video shared on social media. As masked guards shaved detainees' heads and led them into cells at the maximum-security complex, Yamarte Fernandez turned his gaze slowly to the camera.

"He was asking for help. And that help didn't come from the lips. It came from the soul," said Jare, who asked to be identified by her nickname because she fears for her family's safety and who added her brother has no previous criminal record. "You know when someone has their soul broken."

READ MORE: Trump deports hundreds of alleged Venezuelan gang members. Did he defy a court order?

Yamarte Fernandez, 29, is among 238 Venezuelans the Trump administration accused of being gang members without providing public evidence and sent over the weekend to El Salvador's Terrorist Confinement Center, a prison about 45 miles from the capital designed to hold up to 40,000 people as part of a crackdown on gangs. They will be jailed for at least one year, El Salvador's President Nayib Bukele said in a statement on X, following a deal brokered between the two countries in February.



Mervin Jose Yamarte Fernandez, 29, is one of Venezuelans accused by the Trump administration of gang affiliation and sent over the weekend to El Salvador's Terrorist Confinement Center. His sister identified him in a video shared on social media by the Salvadoran government. "He shouldn't be imprisoned in El Salvador, let alone in a dangerous prison like the one where the Mara Salvatruchas are held," his sister told the Miami Herald. *El Salvador Presidential Press Office*

"These heinous monsters were extracted and removed to El Salvador where they will no longer be able to pose any threat to the American people," White House Press Secretary Karoline Leavitt said.

But families of three men who appear to have been deported and imprisoned in El Salvador told the Miami Herald that their relatives have no gang affiliation – and two said their relatives had never been charged with a crime in the U.S. or elsewhere. One has been previously accused by the U.S. government of ties to the feared Tren de Aragua gang, but his family denies any connection.

Neither the Department of Homeland Security nor Immigration and Customs Enforcement responded to Miami Herald questions about what criteria was used to select detainees sent to El Salvador, what the plan is for detainees incarcerated abroad, and whether the government had defied a federal judge's orders to send them there.

Legal experts have taken the Trump administration to court over the deportations, arguing that the government illegally invoked an 18th century wartime law. On Saturday, a federal judge ordered the government to hold off on the deportations. The Justice Department has said in court filings that the judge's oral order to turn around the planes, after they had already departed, was not enforceable and suggested that the ruling was not applicable outside U.S. territory.

READ MORE: White House says it didn't defy court order on deportations as judge calls hearing

Hannah Flamm, an attorney and acting senior policy director at the International Refugee Assistance Project, a New York-based legal aid and advocacy group, said the Trump administration's use of wartime authorities to conduct deportations is "shocking." She described the weekend's deportations as part of a "campaign of mass deportations and evisceration of the rule of law."

"The Trump administration is pushing the limits to find out what it can get away with, both in the courts and in public opinion," she said.

Families of some of the men sent to El Salvador told the Herald that they feel powerless in the wake of the U.S. government's decision to ship their loved ones

off to a prison in a foreign country without due process. For years, the prison has been the subject of investigations by reporters and advocates who have found thousands of innocent people have been jailed there without due process.

"He shouldn't be imprisoned in El Salvador, let alone in a dangerous prison like the one where the Mara Salvatruchas are held," said Jare, referring to the international criminal organization with roots in El Salvador. "There are many innocent people behind bars. And today, my brother is one of them."

Originally Yamarte Fernandez was hesitant to move to the United States, Jare said, but she convinced him to join her in Dallas County to provide a better life for his partner and daughter, who stayed back in their home state of Zulia. Jare said her brother did not have any tattoos because of their Christian upbringing. Tattoos have been used by the U.S. government in the past as an indication of gang affiliation, though experts say that Tren de Aragua members don't have any particular signs that identify their membership.

"I'm in so much pain," said Jare, who lives in Texas. "I never imagined this country would cause so much harm to my family."

## 'Irregular warfare'

On Saturday, President Donald Trump invoked the centuries old wartime law to allow his administration to arrest, relocate, and deport any Venezuelan citizens over the age of 14 who are Tren de Aragua members.

Best known for its role in interning Japanese immigrants during World War II, the Alien Enemies Act is a 1798 law that has been used only three times before – all during times of war. In his announcement of the order, Trump said that Tren de Aragua is invading the country.

"Evidence irrefutably demonstrates that TdA has invaded the United States and continues to invade, attempt to invade, and threaten to invade the country; perpetrated irregular warfare within the country; and used drug trafficking as a weapon against our citizens," a statement from Trump said.

Anyone accused of being a member of the gang has no right to challenge the accusation under the Alien Enemies law, which grants the government the power to deport a person without due process or the opportunity to contest the claim. Before the proclamation, the American Civil Liberties Union filed a lawsuit against the U.S. government on behalf of five Venezuelans facing deportation.

The rights organization claimed the law cannot be used against nationals of Venezuela because the United States is not at war with Venezuela nor has Venezuela launched a predatory incursion into the United States. Attorneys said the five men, who were not among those deported on Saturday, had been wrongly identified as gang members and were seeking asylum. At least two of them fled Venezuela in part because Tren de Aragua was persecuting them, according to the lawsuit.

"J.A.V. is not and has never been a member of Tren de Aragua," attorneys wrote about one of the plaintiffs. "He was in fact victimized by that group and the group is the reason he cannot return to Venezuela."

Lee Gelernt, the ACLU's lead counsel on the case, called the use of the Alien Enemies Act "flatly unlawful" in a statement to the Herald. But he said that even if it could be used, the individuals were entitled to due process to show they were not gang members.

"If these individuals are afforded due process it will then be determined whether they are members of the gang but we would caution hesitation before anybody takes at face value the Trump administration's characterization given the administration's frequent overstatement about immigrant detainees, including with respect to the individuals sent to Guantanamo over the past month," said Gelernt.

### READ MORE:'Give us back our sons': A look at the Venezuelan migrants Trump sent to Guantanamo

A federal judge issued a ruling blocking the president from deporting the men on Saturday. He also broadened the order to apply to anyone who could be at risk of deportation under the executive order.

At the hearing, he ordered the Trump administration to return any flights that were in mid-air. Flight-tracking data shows that three flights landed after the judge blocked the executive order, according to the Washington Post.

"Oopsie... Too late," Bukele wrote on X, a post that Secretary of State Marco Rubio later re-shared.

In Monday's press briefing at the White House, Leavitt said the U.S. is paying $6 million to El Salvador "for the detention of these foreign terrorists." That same day during a court hearing, the federal judge questioned the Trump administration to determine whether it had violated Saturday's injunction.

In an interview with Fox News, Rubio was asked about concerns regarding the lack of concrete evidence confirming that all the individuals deported to the Salvadoran prisons are indeed members of Tren de Aragua. He responded, "If one of them turns out not to be, then they're just illegally in our country, and the Salvadorans can then deport them from — to Venezuela, but they weren't supposed to be in our country to begin with."

Flamm, the International Refugee Project lawyer, said the Trump administration was undermining its own ability to crack down on gangs by deporting the people it is in the midst of prosecuting. The federal government sent MS-13 members to El Salvador over the weekend too, including a top leader of the group who is a defendant in a prominent criminal case in New York

"The U.S. government has gone out of its way to prosecute on terrorism charges precisely in an effort to hold gang leaders to account. But the Trump

administration clearly does not actually care about public safety or accountability," she said.

## 'Decision to leave'

Yamarte Fernandez had bought a house in a poor neighborhood in Maracaibo to live with his wife and 4-year-old daughter. But the house needed to be remodeled, the kitchen refurbished, the roof replaced.

He decided to travel to the U.S. to support his family at home and send back his earnings to fix up the house. He made the journey from Zulia to the U.S through the Darien Gap, the dangerous jungle between Panama and Colombia, with 13 other Venezuelans, including three other men from his neighborhood who were detained by ICE the same day he was. He arrived at the border in September 2023.



Mervin Jose Yamarte Fernandez, 29, is one of 238 Venezuelans accused by the Trump administration of gang affiliation and sent over the weekend to El Salvador's Terrorist Confinement Center. His sister recognized him in a video shared on social

media, where masked guards shaved the detainees' heads and escorted them into cells at the maximum-security facility. As the camera panned across the scene, Yamarte slowly turned his gaze toward it. *Yamarte's family*

But as the Trump Administration started its crackdown on illegal immigration – specifically targeting Venezuelans – Yamarte Fernandez and his family had already decided to self deport later this year.

"We had made the decision to leave the U.S. voluntarily to return to Venezuela," Jare said. "I wanted to stay until December, but he was determined to leave in September."

Jare said his brother was a hard worker determined to not burden the U.S. In videos where she recognized her brother in El Salvador, she identified two other men who had traveled with him from their neighborhood in Venezuela.

"We came to this country to work and do things right," she said. "It's painful that they blame my brother, and they portray him as a member of the Tren de Aragua. I don't accept the bad reputation created around my brother."

Yamarte Fernandez is one of seven siblings from a Christian family in Maracaibo, the capital of oil-rich state Zulia, bordering Colombia, according to his sister. Jare described him as a lifelong athlete who loved soccer and baseball and found ways to be active despite his challenging asthma.

"It's a lie when they said that he was from the TdA. My brother doesn't even have a tattoo," his sister said, explaining that his family doesn't believe in tattoos because of religious reasons.

## 'Speaking to the devil'

On Monday, Venezuelan National Assembly President Jorge Rodríguez called on the legislature, controlled by Nicolás Maduro's regime, to issue a formal request banning all Venezuelans from traveling to the U.S.

"In the United States, there is no rule of law when it comes to the rights of our migrants," Rodríguez said during a press conference in Caracas. He also spoke

about Venezuelans who were sent to the prison in El Salvador.

"We will go to great lengths, even if it means speaking to the devil, to ensure that Venezuelans are returned to their homeland," he said.

Venezuelan opposition leader Edmundo Gonzalez, who is recognized by the U.S. and other democratic nations as the real winner of the presidential election held in Venezuela on July 28th, and Maria Corina Machado issued a statement Monday saying that the Tren de Aragua poses a significant "threat to the entire region."

Machado and Gonzalez expressed support for the measures the U.S. is taking to identify, arrest and prosecute those involved with or supporting the gang. However, they stressed the need for authorities to exercise "extreme caution in administering justice." They said it is crucial to distinguish between high-level criminals like Maduro and the vast majority of innocent Venezuelans, to prevent the unjust criminalization of Venezuelan migrants.

## 'Wait for me'

Another family fears that their relative was also sent to prison in El Salvador, after he had spent several weeks awaiting deportation in Texas.

Gustavo Adolfo Aguilera Agüero, 27, is from the Venezuelan Andes in Táchira, an area bordering Colombia, and had been living in Dallas since December 2023 with his wife. The couple entered the United States using a now-defunct mobile application to schedule appointments with southwest border authorities. Aguilera Agüero's wife soon found out she was five months pregnant with their first child. Her husband was working installing water pipes on rooftops and his wife found work taking care of children.

"It hasn't been easy, but we came together to move ahead in life together," said his wife, Susej, who asked to only use her first name because she fears for her safety.

In early February, authorities detained Aguilera Agüero while he was taking trash out of his home, his wife said. Authorities had been looking for someone else, she said, but he was taken to Bluebonnet Detention Facility in Anson, Texas.

Aguilera Agüero spent several weeks in detention waiting for a deportation to Venezuela, but his mother, Miriam Aguilera, now fears her son could be among the Venezuelans deported on Saturday to El Salvador instead. The family last heard from Aguilera Agüero on Friday night, when he told his mother he was being deported to Venezuela. A plane from Conviasa, Venezuelan airlines, was going to take him back to his country.

"Mom, we're going to be deported to Venezuela. Wait for me," Miriam Aguilera remembered her son telling her.





Gustavo Adolfo Aguilera Agüero, 27, from the Venezuelan Andes in Táchira, had been living in Dallas, Texas, with his wife since December 2023. In early February, Aguilera Agüero was detained by authorities while taking out the trash, according to his wife. Authorities were actually searching for someone else, but Aguilera Agüero spent several weeks in detention, awaiting deportation to Venezuela. Now, his mother, Miriam Aguilera, fears her son may be among the Venezuelans deported to El Salvador on Saturday instead. *Aguilera's family*

But by Sunday, no plane had arrived in Venezuela, and she saw the deportations to El Salvador on the news. She still doesn't know where he is – and has been scanning videos of the Terrorism Confinement Center in El Salvador looking for him.

Aguilera Agüero has an American-citizen son, Jacob, who is nine months old, and an older Venezuelan son, Santiago. His family denies that he has any connection with Tren de Aragua. According to his mother, her son's tattoos tell a story of love and loyalty: A crown, inked with the name of his first son, Santiago. A star intertwined with his name and his mother's name. Across one arm, the phrase "*Real hasta la muerte*" – "Real until death" – which was made famous by Puerto Rican reggaeton artist Anuel AA.

Public safety authorities in Texas have linked these tattoos to Tren de Aragua and officials are using them to identify suspected members.

"We were told he was arrested because of the tattoos on his neck and arms, but my son doesn't have a criminal record," Miriam Aguilera told the Herald.

One man whose relatives spoke with the Herald has previously faced accusations of gang ties from the Drug Enforcement Administration. His family insists he was wrongfully accused of gang involvement.

## 'Let us leave'

Henry Javier Vargas Lugo, 32, originally from La Guaira state on Venezuela's coast, had been living in Aurora, Colorado, for nearly a year when he was detained on Jan. 29, and he was later transported to Texas.

Before Vargas Lugo migrated to the U.S., he lived in Colombia for seven years, working as a mechanic in Bogotá. Seeking a fresh start, he decided to leave Colombia and try his luck in the United States.

Vargas Lugo entered the U.S. through El Paso, bringing his daughter and her mother with him. When U.S. Customs and Border Protection encountered him, they asked him to remove his shirt to document his tattoos. Officials inquired whether he was affiliated with a gang, including Tren de Aragua, and he denied any association, according to his sister, Nayrobis Vargas, who spoke with the Miami Herald. He has several tattoos, including crowns with his niece and mother's name, a clock on his arm and a rosary.



Henry Javier Vargas, 32, originally from Vargas state on Venezuela's coast, had been living in Aurora, Colorado, for nearly a year when he was detained on January 29. Prior to migrating to the U.S., Vargas spent seven years in Colombia, working as a mechanic in Bogotá. Vargas's family was able to identify him in a video posted by Salvadoran President Nayib Bukele, showing the detainees arriving in El Salvador. In the footage, his hands are shackled, and his head is bowed in a moment of despair *Vargas's family*

In Colorado he worked odd jobs, delivering food and shoveling snow, doing whatever it took to provide for his family, his family said.

He was arrested in Aurora on extortion charges connected to an incident that occurred on the light rail, officials confirmed. He was later released from jail pending an investigation, and his family says that he was the victim of a scam.

The Drug Enforcement Administration – which participated in the arrest – released a photo of Vargas Lugo, identifying him as a member of Tren de Aragua, but hasn't disclosed any evidence. He has yet to be sentenced with a crime.

Vargas Lugo's family was able to identify him in a video posted by Bukele of the detainees arriving in El Salvador. His hands are shackled and his head bowed.



Henry Javier Vargas, 32, originally from La Guaira state on Venezuela's coast, had been living in Colorado for nearly a year when a family member identified him in a video posted by Salvadoran President Nayib Bukele. The footage showed Vargas among the Venezuelans deported to El Salvador's largest mega-prison, the largest in Latin America. In the video, his hands are shackled, and his head is bowed in a moment of despair. *El Salvador Presidential Press Office*

"The families are devastated and terrified of what might happen to them," said one of his cousins in Venezuela. "I haven't eaten all day just thinking about what

they're going through."

Yamarte Fernandez's family is still planning to self deport back to Venezuela. His sister said she does not "blame Trump" because she was "taught not to judge others." But she said that the president's decisions are "reaching extremes that are impacting innocent people."

"Let us leave, but let us leave in a good way," said Jare, Yamarte Fernandez's sister. "Not leaving from here and ending up in a prison."

This story was originally published March 18, 2025 at 5:30 AM.

 **Afternoon Newsletter**

Latest news, plus the afternoon business & national news.

| micahman@gmail.com | SIGN UP |

By submitting, I agree to the Privacy Policy and Terms of Service.

 **Verónica Egui Brito**
el Nuevo Herald

   305-376-2664

**Syra Ortiz Blanes**
el Nuevo Herald

 

Verónica Egui Brito ha profundizado en temas sociales apremiantes y de derechos humanos. Cubre noticias dentro de la vibrante ciudad de Hialeah y sus alrededores para el Nuevo Herald y el Miami Herald. Nacida y criada en Caracas, Venezuela. Se unió al Herald en 2022. Verónica Egui Brito has delved into pressing social, and human rights issues. She covers news within the vibrant city of Hialeah, and its surrounding areas for el Nuevo Herald, and the Miami Herald. Born and raised in Caracas, Venezuela. Joined the Herald in 2022.

Syra Ortiz Blanes covers immigration for the Miami Herald and El Nuevo Herald. Previously, she was the Puerto Rico and Spanish Caribbean reporter for the Heralds through Report for America.

# Take Us With You

Real-time updates and all local stories you want right
in the palm of your hand.

 **MIAMI HERALD APP** →

 **VIEW NEWSLETTERS** →

    

| SUBSCRIPTIONS | LEARN MORE | ADVERTISING |
|---|---|---|
| Customer Service | About Us | McClatchy Advertising |
| Start a Subscription | Contact Us | Place an Ad |
| Cancel a Subscription | Newsletters | Place a Classified Ad |
| Make a Payment | Archives | Place an Ad - Celebrations |
| View Edition | Sports Betting | Place an Obituary |
| | Banking | Staffing Solutions |
| | Coupons | Political \| Advocacy Advertising |

**Part of the McClatchy Media Network**

COPYRIGHT   COMMENTING   PRIVACY   COOKIE   YOUR   TERMS
            POLICY       POLICY    PREFERENCES   PRIVACY   OF
                                              CHOICES   SERVICE

EXHIBIT 3

# Families of deported Venezuelans are distraught their loved ones were sent to El Salvador

nbcnews.com/news/amp/rcna196950

Didi Martinez, Daniella Silva, Carmen Sesin                                    March 19, 2025

SHARE THIS —

Relatives of recently deported Venezuelan immigrants said they were anguished and shocked to discover their loved ones were sent to a notorious mega-prison in El Salvador after they recognized them in a social media video.

The families strongly deny that their relatives are connected to the Venezuelan gang known as Tren de Aragua, a claim the Trump administration has used to justify their quick deportations under a rarely used law from 1798, the Alien Enemies Act. They say their family members have been falsely accused and targeted because of their tattoos.

The families also said they never expected their loved ones to be sent to a massive prison in El Salvador instead of their home country, Venezuela.

The White House said in a statement Tuesday that it was "confident in DHS intelligence assessments on these gang affiliations and criminality," adding that the Venezuelan immigrants who were removed from the United States had final orders of deportation.

"This administration is not going to ignore the rule of law," the statement said.



Relatives of Mervin Yamarte, 29, say he enjoyed playing recreational soccer with friends in Texas.Courtesy Mercedes Yamarte

Relatives of Mervin Yamarte, 29, said they were horrified to see him in a social media video showing men shackled as authorities dragged them from planes and shaved their heads in preparation to take them to prison.

The men were sent to the Terrorism Confinement Center, a lockup known for allegations of human rights abuses. Human rights organizations such as Human Rights Watch and Amnesty International have documented issues including extreme overcrowding and torture at the prison.

The video, released by Salvadoran President Nayib Bukele, claims the men were Venezuelan gang members deported from the United States.

Anayel Miquelina, a relative of Yamarte's, told Telemundo that Yamarte's mother and wife were distraught when they saw him in the video with his shirt ripped and head shaved.

"They fainted. They started screaming," she said.

The Trump administration announced the deportations this weekend of hundreds of immigrants it alleged were members of the gang to El Salvador under the Alien Enemies Act, which allows the president to deport noncitizens during wartime.

In court documents, an official with Immigration and Customs Enforcement said Monday that many of those who were removed from the United States under the Alien Enemies Act "do not have criminal records in the United States."

The official said that "the lack of specific information about each individual actually highlights the risk they pose" and that the government does not have a "complete profile" of alleged gang members who were deported to El Salvador.

Yamarte's family said that he had an open asylum case with a hearing set for July and that he does not have a criminal record and was not connected to Tren de Aragua.

A check of criminal records in the city of Irving, Dallas County and the state of Texas, as well as federal court records, by NBC News did not find any charges or convictions for Yamarte. The Department of Homeland Security did not respond to a request for more information on whether he had a criminal background.

"We didn't come to do harm to anybody. It's not fair that because of a tattoo they involve us with a very crooked criminal gang," said Juan Yamarte, his brother.



Juan Yamarte said his brother has the same tattoo as a soccer player he admires and the number 99 — the number he has used as a member of a recreational soccer team. He also has tattoos of his mother's and daughter's names, as well as the date he and his partner began dating, another brother told Telemundo. None of his tattoos are gang-related, the family said.

Juan Yamarte said his brother had been in the United States for more than a year before immigration officials took him last week at a home he shared with several other people.

"They grabbed him. They cuffed him all at once when he said, 'Why are you taking me, too, if I haven't done anything?'" he said.

On Monday, Yamarte's family and others in his hometown, Maracaibo, Venezuela, held a protest and a prayer vigil.

Several other families told NBC News they believe they saw their relatives in the video released by El Salvador. They claim their loved ones have been falsely accused of having gang connections.



Fritzgeralth De Jesus.Family photo

"He is a good kid. He has never committed a crime; he doesn't have a criminal record," the sister of Fritzgeralth De Jesus, one of the Venezuelans she says was deported to El Salvador, said as she cried uncontrollably. "He is young, hard-working and an athlete."

De Jesus' sister, who asked not to be identified because of fear of deportation, said she received a call from her brother, who had been detained by ICE officials, on Saturday "to say goodbye" because he was going to be deported to Venezuela.

## Recommended

She grew increasingly worried when she did not hear from him, and she began to scour the internet hoping to find a clue to where he could be. She said she spotted him in Bukele's video, which had gone viral on social media.



De Jesus, 25, entered the United States through the CBP One app in June, along with three other relatives, his sister said. The three family members were released into the United States right away, but De Jesus was sent to an immigration detention center in New Orleans, where he remained until he was deported, she said. It is unclear why De Jesus was detained; his family believes it may have been because of his tattoos.

"They detained him just because he has tattoos," De Jesus' sister said. "From the beginning, they asked constantly about his tattoos. They would ask him if he was a member of the criminal gang, Tren de Aragua, and he always said no."

She said none of her brother's tattoos are gang-affiliated. Some of the more prominent ones include rose art on his neck and arm, an angel on his chest and a tattoo that says "mom" on his chest.

De Jesus had left Venezuela because "colectivos," armed paramilitary groups that support President Nicolás Maduro, were harassing and extorting him, his sister said.

Joseph Giardina, an attorney based in Baton Rouge, Louisiana, who is representing De Jesus in his asylum case, was stunned to learn his client had been deported to El Salvador. The final hearing in his asylum case was scheduled for April 10.

When Giardina heard De Jesus had been deported, he checked online and saw that his asylum hearing was still pending. He thought there must have been a mix-up.

"With a pending asylum application and a trial, that would make absolutely no sense," Giardina said. "I've been doing this for years. That's not how it works."

"He has been in proceedings for months. The government has never filed an I-213, which would indicate any criminal background. They have never filed any evidence of any kind of criminal history," Giardina said.



Men alleged to be members of the Venezuelan criminal organization Tren de Aragua who were deported from the United States arrive in Tecoluca, El Salvador, in a photo released Sunday.El Salvador's Presidency Press Office via AFP - Getty Images

Mirelys Casique told Telemundo her family recognized her son, Francisco García Casique, in a photo released by the government of El Salvador. She said that while the man in the image was looking down, the family was able to identify him because of his tattoos.

"He's not a criminal. He has no criminal record," she said, adding that if the government was going to deport her son, "they should send him back to his country of origin."

Trump invoked the Alien Enemies Act this weekend, and on Saturday, a federal judge issued a restraining order blocking him from using it to justify the deportations and ordered any planes that were already in the air to turn around.

In court documents, officials said three planes left the United States after Trump issued his proclamation, raising questions about the timing of the flights and the custody handover.

A federal judge reviewing the case Tuesday asked the administration for further details about the flights and which immigrants were deported solely based on the Alien Enemies Act.

The Venezuelan government has since publicly condemned the detention of its citizens in El Salvador and issued a travel warning to those in the United States and those planning to travel abroad.

"We are calling on the international community to stay alert against these practices that serve against human dignity and the principles of international rights," Venezuela's Foreign Affairs Ministry said in a statement Monday.

# EXHIBIT 4

3/19/25, 11:12 AM
Trump Officials Say Deportees Were Gang Members. Few Details Were Disclosed. - The New York Times

Case 1:25-cv-00766-JEB   Document 44-15   Filed 03/19/25   Page 39 of 70

# Trump Officials Say Deportees Were Gang Members.  Few Details Were Disclosed.

Families and immigration lawyers argue not all of the deportees sent to a prison in El Salvador over the weekend had ties to gangs.

 **Listen to this article · 8:07 min**   Learn more

 

**By Jazmine Ulloa and Zolan Kanno-Youngs**

Jazmine Ulloa and Zolan Kanno-Youngs reported from Washington, D.C.

Published March 18, 2025   Updated March 19, 2025, 11:34 a.m. ET

In the days since the federal government sent hundreds of Venezuelan immigrants to a prison in El Salvador, Washington has been debating whether the White House did indeed defy a federal judge who ordered the deportation flights to turn around and head back to the United States.

But beyond the Trump administration's evident animus for the judge and the court, more basic questions remain unsettled and largely unanswered: Were the men who were expelled to El Salvador in fact all gang members, as the United States asserts, and how did the authorities make that determination about each of the roughly 200 people who were spirited out of the country even as a federal judge was weighing their fate?

The Trump White House has said that most of the immigrants deported were members of the Venezuelan gang Tren de Aragua, which, like many transnational criminal organizations, has a presence in the United States. Amid the record numbers of migrants arriving at the southern border in recent years, the gang's



presence in some American cities became a rallying cry for Donald J. Trump as he campaigned to return to the White House, claiming immigrants were invading the country.

After Mr. Trump returned to power in January, Tren de Aragua remained a regular talking point for him and his immigration advisers, and the deportation flights last week were the administration's most significant move yet to make good on its promise to go after the gang. But officials have disclosed little about how the men were identified as gang members and what due process, if any, they were accorded before being placed on flights to El Salvador, where the authoritarian government, allied with Mr. Trump, has agreed to hold the prisoners in exchange for a multimillion-dollar payment.

The Justice Department refused to answer basic inquiries on Monday about the deportations from the federal judge in Washington, D.C., who had ordered the deportation flight to return to the United States. On Tuesday afternoon, he ordered the Justice Department to submit a sealed filing by noon on Wednesday detailing the times at which the planes had taken off, left American airspace and ultimately landed in El Salvador.

More than half of the immigrants deported over the weekend were removed using an obscure authority known as the Alien Enemies Act of 1798, which the Trump administration says it has invoked to deport suspected Venezuelan gang members age 14 or older with little to no due process. The rarely invoked law grants the president broad authority to remove from the United States citizens of foreign countries whom he defines as "alien enemies," in cases of war or invasion.

In a court document it filed on Monday night after the hearing, Robert L. Cerna II, a senior Immigration and Customs Enforcement official, asserted that each of the individuals had been investigated and vetted and that those efforts had involved surveillance data, a review of financial transactions and interviews with victims.

But a number of questions were raised by Mr. Cerna's filing, in which he said an ICE database showed that some of those sent to El Salvador under the Alien Enemies Act had been arrested and convicted in the United States "for dangerous

Case 1:25-cv-00766-JEB    Document 44-15    Filed 03/19/25    Page 41 of 70

offenses" and that others had convictions outside the country.

Mr. Cerna also acknowledged, though, that "many" did not have criminal records in American courts, though he said that did not mean they would "pose a limited threat." Still others were said to have been in proximity to Tren de Aragua members during law enforcement raids on vehicles and residences when they were caught in the dragnet.

A growing chorus of families, elected officials and immigration lawyers have begun coming forward in the news media to reject or cast doubt on the allegations. Some lawyers — sent into frantic searches for their clients in detention centers across the country — believe their clients have been singled out simply for their tattoos. Immigration lawyers in New York were able to stop the deportation of at least one Venezuelan who they said had no ties to the gang.

Lindsay Toczylowski, a lawyer with the Immigrant Defenders Law Center, said her client was a young professional in his 30s who worked in the arts industry and had been in detention since he sought entry into the United States last year, when he applied for asylum using an online government app, CBP One. She said her client had come under suspicion because of his tattoos, but his lawyers had not been given the opportunity to counter the claims through a court hearing.

He was transferred earlier this month from California to Texas, she said, and by Saturday, he had disappeared from the online detainee locator.

"Our client is proof that they didn't do the due diligence to understand who they were sending to El Salvador at all," she said, declining to name the young man out of concern for his safety.

Some Democrats have not just accused the Trump administration of violating a court order but have also questioned whom the administration sent to El Salvador to be imprisoned.

"The Trump administration is deporting immigrants without due process based solely on their nationality," Senator Dick Durbin, Democrat of Illinois, said in a statement on Monday. "Courts determine whether people have broken the law. Not

a president acting solo."

More than 260 people deported to El Salvador over the weekend included 137 people removed through the Alien Enemies Act. An additional 101 were Venezuelans were deported under normal immigration proceedings, according to Trump administration officials.

Lawyers and legal experts said that even under wartime conditions, detainees are entitled to due process.

"The Alien Enemy Act expressly provides for 'a full examination and hearing' before noncitizens can be removed under the statute," Stephen Vladeck, a professor of law at the Georgetown University Law Center, said in an email. "Even in the middle of the Second World War, federal courts would hold hearings to determine if alleged alien enemies were, in fact, citizens of countries with which we're at war."

The government of Venezuela has forcefully condemned the transfer of Venezuelans to El Salvador and the use of the wartime authority by the Trump administration. In a statement on Sunday, the government of Nicolás Maduro denounced what he called the "threat of kidnapping" of minors as young as 14 by labeling them as terrorists, claiming that they are "considered criminals simply for being Venezuelan."

Mariyin Araujo, 32, said the father of her two daughters, 2 and 6, had fled Venezuela after he participated in two demonstrations against Mr. Maduro's authoritarian government. On the second occasion, he and other protesters were captured and tortured, with electric shocks and suffocation. He registered through the CBP One application in Mexico and was detained in San Diego when he presented himself for his appointment, Ms. Araujo said.

He was a professional soccer player and coach, and he had a tattoo on his arm of a crown atop a soccer ball. Ms. Araujo said that immigration officials associated the crown with the Venezuelan gang and that they had submitted documents showing that her ex-husband had no criminal history, along with photographs and letters

Case 1:25-cv-00766-JEB    Document 44-15    Filed 03/19/25    Page 43 of 70

from his employer to show he was a law-abiding citizen. But before his case had been decided, he called to tell her they were moving him to a detention center in Texas.

She did not know his whereabouts until she recognized him in a photo on social media, she said. He was sitting on the floor with his head bowed down in a white prison uniform with other detainees in El Salvador. She has tried to reach out to prison officials there, but she has since learned the facility where he is being held is notorious for not allowing phone calls or family visits.

"There was something inside of me that held out hope that it would not be him, but it was him," she said. "He is not a criminal."

Annie Correal and Luis Ferré-Sadurní contributed reporting.

**Jazmine Ulloa** is a national politics reporter for The Times, covering the 2024 presidential campaign. She is based in Washington. More about Jazmine Ulloa

**Zolan Kanno-Youngs** is a White House correspondent for The Times, covering President Trump and his administration. More about Zolan Kanno-Youngs

EXHIBIT 5

# Venezuelan Families Fear for Relatives as Trump Celebrates Deportations

The news that hundreds of migrants were headed to an El Salvador prison caused panic for some Venezuelans, who worried that their loved ones might be among them.


**By Annie Correal**
Reporting from Mexico City

March 16, 2025

Mirelis Casique's 24-year-old son last spoke to her on Saturday morning from a detention center in Laredo, Texas. He told her he was going to be deported with a group of other Venezuelans, she said, but he didn't know where they were headed.

Shortly after, his name disappeared from the website of the U.S. immigration authorities. She has not heard from him since.

"Now he's in an abyss with no one to rescue him," Ms. Casique said on Sunday in an interview from her home in Venezuela.

The deportation of 238 Venezuelans to El Salvador this weekend has created panic among families who fear that their relatives are among those handed over by the Trump administration to the Salvadoran authorities, apparently without due process.

The men were described by the White House press secretary, Karoline Leavitt, as "terrorists" belonging to the Tren de Aragua gang. She called them "heinous monsters" who had recently been arrested, "saving countless American lives." But several relatives of men believed to be in the group say their loved ones do not have gang ties.

Case 1:25-cv-00766-JEB    Document 41-15    Filed 03/19/25    Page 46 of 70

On Sunday, the Salvadoran government released images of the men being marched into a notorious mega-prison in handcuffs overnight, with their heads newly shaven.

Like other Venezuelan families, Ms. Casique has no proof that her son, Francisco Javier García Casique, is part of the group, which was transferred to El Salvador on Saturday as part of a deal between President Nayib Bukele and the Trump administration. The Salvadoran leader has offered to hold the Venezuelan migrants at the expense of the U.S. government.

However, Ms. Casique said that not only had her son's name disappeared from the website of U.S. Immigration and Customs Enforcement, she also recognized him in one of the photos of the recently arrived deportees that El Salvador's government has circulated. When she saw him in the photograph, she said, she felt "broken at the injustice" of what was taking place.

Neither government has made public the names of the Venezuelan deportees, and a spokeswoman for the Salvadoran government did not respond to a request for confirmation that Ms. Casique's son was part of the group. The U.S. Department of Homeland Security, which oversees Immigration and Customs Enforcement, did not respond to a request to confirm whether Mr. García had been deported to El Salvador, either.

Ms. Casique said she had identified Mr. García by the tattoos on one of his arms, as well as by his build and complexion, though his face was not visible. The photo shows a group of men in white shirts and shorts with shaved heads, their arms restrained behind their backs.

In recent years, Venezuelans have migrated to the United States in record numbers, as their country has spiraled into crisis under the government of Nicolás Maduro. Because Mr. Maduro, unlike most other leaders in the region, has not accepted regular deportation flights from the United States, the Trump administration has been looking for other ways to deport Venezuelans.

On Sunday, Venezuela's government forcefully denounced the transfer of the migrants to El Salvador, saying in a statement that the United States had used an outdated law — the Alien Enemies Act of 1798 — to carry out an illegal operation that violated both American and international laws.

From the start of his presidential campaign, Mr. Trump has focused on Tren de Aragua and its presence in the United States. When he deported a large group of Venezuelans last month to Guantánamo, a U.S. military base on Cuba, Mr. Trump also said that the deportees belonged to the gang, a claim that some of their relatives have denied.

Neither the United States nor the Salvadoran government has offered evidence that the migrants are connected to Tren de Aragua, a gang that originated in Venezuela's prisons but whose reach now extends throughout Latin America. Mr. Trump, whose government designated it a terrorist group, has zeroed in on incidents that, he said, show the presence of Tren de Aragua in the United States.

Mr. Bukele said that the deportees would be held for at least a year and made to perform labor and attend workshops under a program called "Zero Idleness."

Ms. Casique said her son had no gang affiliation and had entered the United States to seek asylum in late 2023, after several years spent working in Peru to support his family back home. During his journey north, he was injured in Mexico when he fell from a train, she said.

Mr. García, who had turned himself over to the authorities at the U.S. border, was detained at a routine appearance before immigration officers last year after they spotted his tattoos, Ms. Casique said.

The tattoos, which she says include a crown with the word "peace" in Spanish and the names of his mother, grandmother and sisters, led the authorities to place Mr. García under investigation and label him as a suspected member of Tren de Aragua, according to Ms. Casique.

Case 1:25-cv-00766-JEB    Document 41-15    Filed 03/19/25    Page 48 of 70

Mr. García remained in a detention center in Dallas for two months, his mother said, but a judge ultimately decided that he did not pose a danger and allowed him to be released as long as he wore an electronic device to track his movements.

The New York Times could not independently verify why he had been held and released.

After Mr. Trump's inauguration this year, Mr. García became worried, but Ms. Casique remembered telling her son that he had nothing to fear: The administration said it would go after criminals first.

But on Feb. 6, the authorities arrived at Mr. García's door and took him into custody.

"I told him to follow the country's rules, that he wasn't a criminal, and at most, they would deport him," Ms. Casique said. "But I was very naïve — I thought the laws would protect him."

Gabriel Labrador contributed reporting from San Salvador.

**Annie Correal** reports from the U.S. and Latin America for The Times. More about Annie Correal

EXHIBIT 6

Learn more about  LSEG

**Relatives of missing Venezuelan migrants desperate for answers after US deportations to El Salvador**

 Reuters

My News



[1/4] Franco Caraballo, 26, a Venezuelan migrant whose family believes he was sent from the United States to a prison in El Salvador, takes a selfie with his wife Johanny Sanchez, in this undated handout... Purchase Licensing Rights ⧉ **Read more**

‹ ›

## Summary

U.S. provides no details on identities of deported Venezuelans

Rubio says all deportees had been identified as gang members

Woman spots brother in El Salvador prison garb in online images

Relatives protest innocence of family members

March 17 (Reuters) - Family members of Venezuelan migrants who suspect their loved ones were sent to El Salvador as part of a rapid U.S. deportation operation over the weekend are struggling to get more information as a legal battle plays out.

Advocates have launched a WhatsApp helpline ⧉ for people searching for family members, while immigration attorneys have tried to locate their clients after they went dark.

> The Reuters Daily Briefing newsletter provides all the news you need to start your day. Sign up here.

In a proclamation ⧉ published on Saturday, U.S. President Donald Trump invoked the 1798 Alien Enemies Act to swiftly deport what the White House said were members of the Venezuelan gang Tren de Aragua. The Trump administration used the authority to deport 137 Venezuelans to El Salvador on Saturday even as a judge ordered the removals halted, sparking a legal standoff.

The sudden move caused confusion among family members and immigration advocates.

"This chaos is purposeful," said Anilú Chadwick, pro bono director of the advocacy group Together & Free. "They want to exhaust people and exhaust resources."

The U.S. Department of Homeland Security did not immediately respond to a request for comment.

The Trump administration has provided few details so far on the identities of those who were deported.

But Solanyer Sarabia believes she saw her 19-year-old brother, Anyelo, among images shared online of the Venezuelans deported to El Salvador's mega-prison. His head had been shaved and he was dressed in white prison garb.

Anyelo had told his sister on Friday night that he would be deported to Venezuela, she said in a phone interview with Reuters from Texas.

Solanyer said her brother had been detained on January 31 after an appointment at a U.S. Immigration and Customs Enforcement office. He had crossed the U.S.-Mexico border illegally with Solanyer and another sister in November 2023 and had been released to pursue a claim for asylum.

Solanyer said an ICE officer told her that her brother was detained because of a tattoo that linked him to Tren de Aragua, a violent gang with Venezuelan prison origins that has spread through the Americas. She said the tattoo depicted a rose and that he had gotten it in a tattoo parlor in Dallas.

"He thought it looked cool, looked nice, it didn't have any other significance," she said, stressing that he is not a gang member.

ICE did not immediately respond to a request for comment on Sarabia's case.

"It's extremely disturbing that hundreds of people were flown on U.S. government planes to El Salvador and we still have no information on who they are, their attorneys were not notified and families are left excruciatingly in the dark," said Lindsay Toczylowski, executive director at the Immigrant Defenders Law Center.

El Salvador's President Nayib Bukele has gained international attention for his crackdown on gangs in the Central American country. Supporters say his tactics have driven down violent crime, but rights groups have accused his administration of torture, arbitrary detentions, and other abuses in the country's prisons.

## MISSING

Johanny Sanchez, 22, suspects her husband Franco Caraballo, 26, who was detained in Texas, could now be in El Salvador, but does not know for sure.

Sanchez says Caraballo called her on Friday at around 5 p.m. to tell her he would be deported to Venezuela. He was confused because he had a pending asylum claim and a court date set for Wednesday.

Sanchez said on Saturday morning she looked him up on an online U.S. government immigration system where detainees' locations are logged and saw that it said he was no longer listed as being at a detention center.

She spoke with Caraballo's family in Venezuela who told her they had not heard anything. By 7 p.m. on Saturday, she was desperate for information. Then at around 11 p.m., she saw news reports about deportations from the United States to El Salvador.

ICE did not immediately respond to a request for comment on Caraballo's case.

Caraballo had multiple tattoos including ones of roses, a clock with this daughter's birth time, a lion and a shaving razor, said his wife.

"I've never seen him without hair, so I haven't recognized him in the photos," she said. "I just suspect he's there because of the tattoos that he has and right now any Venezuelan man with tattoos is assumed to be a gang member", she added, citing also the fact that he has effectively gone missing.

Sanchez said her husband has never been a member of Tren de Aragua.

U.S. Secretary of State Marco Rubio said on Monday that U.S. law enforcement authorities had spent the better part of a year assembling a roster of known gang members. All the people deported to El Salvador had been on that list, he said.

"If one of them turns out to be not, then they're just illegally in our country, and the Salvadorans can then deport them to Venezuela," Rubio said.

Feedback

Reporting by Sarah Kinosian in Mexico City and Kristina Cooke in San Francisco; Writing by Ted Hesson; Editing by Ross Colvin and Rosalba O'Brien

Our Standards: **The Thomson Reuters Trust Principles.** ↗

Suggested Topics:

Americas

Purchase Licensing Rights



**Kristina Cooke**
Thomson Reuters

Kristina Cooke is an investigative reporter with Reuters focused on immigration and criminal justice. She and colleagues were Pulitzer Prize finalists for a series on migrant child labor in 2023. Her work has received several journalism awards, including a George Polk award, a National Headliner award and an Overseas Press Club award. Originally from Germany, she joined Reuters in London in 2005, and is now based in San Francisco.



## Read Next

Americas

**Mexico's top prosecutor denounces state probe of 'ranch of horror' as outrage grows**

8:07 PM UTC

Americas

**Canada safety board to release preliminary report into Delta crash on Thursday**

2:45 PM UTC

World

**Ottawa condemns recent Chinese executions of Canadian citizens**

6:55 PM UTC

Americas

**Argentina's 2024 economy shrinks 1.7% despite late-year rebound**

7:44 PM UTC

Feedback

# EXHIBIT 7

# Trump invokes 1798 Alien Enemies Act, orders deportation of suspected Venezuelan gang members

cbsnews.com/news/trump-invokes-1798-alien-enemies-act

Camilo Montoya-Galvez



Politics

By

Updated on: March 16, 2025 / 6:09 PM EDT / CBS News

President Trump on Saturday invoked the Alien Enemies Act of 1798 to order the swift detention and deportation of all Venezuelan migrants suspected of being members of the Tren de Aragua prison gang, treating them like wartime enemies of the U.S. government.

In his proclamation, the president argued the Venezuelan gang was "perpetrating, attempting, and threatening an invasion or predatory incursion against the territory of the United States," the legal threshold for invoking the 227-year-old war authority.

The president directed the Departments of Homeland Security and Justice to "apprehend, restrain, secure, and remove every" Venezuelan migrant, 14 or older, who is deemed to be part of Tren de Aragua and who lacks U.S. citizenship or permanent residency.

Those subject to the law would be eligible to be summarily arrested, detained and deported, without any of the due process protections outlined in U.S. immigration law, which include opportunities to see a judge and request asylum. Instead, they would be treated as enemy

1/3

aliens and processed under America's wartime laws.

But Mr. Trump's directive was dealt an almost immediate blow on Saturday, after a federal judge agreed to block the government from deporting anyone in U.S. immigration custody subject to the president's Alien Enemies Act proclamation.

At the request of a lawsuit filed by the American Civil Liberties Union, James Boasberg, chief judge for the U.S. District Court in Washington, D.C., temporarily blocked those deportations through a 14-day temporary restraining order. Deportation flights in the air with deportees subject to Mr. Trump's decree should return to the U.S., Boasberg indicated during a hearing Saturday evening.

Earlier Saturday, Boasberg issued another order blocking the deportation of five Venezuelan migrants in immigration detention who the ACLU said were at risk of being expelled under Mr. Trump's directive.

"We are thrilled the judge recognized the severe harm our plaintiffs would face if removed," said Lee Gelernt, the ACLU attorney leading the lawsuit against Mr. Trump's proclamation. "The President's use of the Alien Enemies Act is flat out lawless."

The Justice Department forcefully denounced the court order. "Tonight, a DC trial judge supported Tren de Aragua terrorists over the safety of Americans. TdA is represented by the ACLU," Attorney General Pam Bondi said in a statement. "This order disregards well-established authority regarding President Trump's power, and it puts the public and law enforcement at risk."

As Mr. Trump's proclamation was litigated in Washington, the U.S. deported more than 260 migrants to El Salvador over the weekend, including Venezuelans with alleged ties to Tren de Aragua. Salvadoran President Nayib Bukele posted a video showing some of the deportees being escorted by armed soldiers and police, having their heads shaved and marched into a prison.

A senior administration official said 137 of the 261 deportees sent to El Salvador were alleged Venezuelan gang members expelled under the Alien Enemies Act. Another 101 Venezuelans were deported under regular immigration law, the official said. The group, the official added, also included 21 Salvadorans accused of MS13 gang membership and two "special cases" that Bukele described as gang leaders wanted by El Salvador's government.

In a filing on Sunday, the Justice Department said the alleged Venezuelan gang members "had already been removed from United States territory" under the Alien Enemies Act before the court order barring the expulsions.

The White House denied it had defied the judge's order. "The Administration did not 'refuse to comply' with a court order," White House press secretary Karoline Leavitt said in a statement. "The order, which had no lawful basis, was issued after terrorist (Tren de Aragua) aliens had already been removed from U.S. territory."

Leavitt added, "A single judge in a single city cannot direct the movements of an aircraft carrier full of foreign alien terrorists who were physically expelled from U.S. soil."

Mr. Trump's extraordinary order is breathtaking in its scope and has little precedent in U.S. history. The law it cites, enacted 22 years after the Declaration of Independence, references invasions and incursions staged by "any foreign nation or government."

The centuries-old statue has been invoked only a few times in American history, including during World War I and World War II, when U.S. officials cited it to surveil and detain foreigners from Italy, Germany and Japan.

But never before has the Aliens Enemies Act been invoked to target migrants from countries with which the U.S. is not actively at war or with the premise that a non-state actor is staging an invasion or incursion of the U.S.

Mr. Trump in his order argued Tren de Aragua is "closely aligned" with the repressive government of Venezuelan President Nicolas Maduro.

"(Tren de Aragua) has engaged in and continues to engage in mass illegal migration to the United States to further its objectives of harming United States citizens, undermining public safety, and supporting the Maduro regime's goal of destabilizing democratic nations in the Americas, including the United States," Mr. Trump said in his order.

In:
- Venezuela
- Trump Administration

Camilo Montoya-Galvez
Camilo Montoya-Galvez is the immigration reporter at CBS News. Based in Washington, he covers immigration policy and politics.



 Twitter

# EXHIBIT 8

3/19/25, 6:43 PM
Case 1:25-cv-00766-JEB   Document 44-15   Filed 03/19/25   Page 58 of 70
Was a Venezuelan deported as a terrorist because of a tattoo? | WLRN

and this is just a flagrant violation of everything we know."

Attorney Martin Rosenow

---

Either way, Caraballo is likely not the only Venezuelan migrant deported last weekend who was rounded up under that seemingly arbitrary criterion. Several families in Venezuela claim to have recognized the faces of sons or siblings in video released from the arrival of the Venezuelan migrants in El Salvador; and they too insist their relatives are not Tren de Aragua members.

Moreover, in many cases, they insist the deportation involved a hasty and unjust assumption that a tattoo identified a terrorist.

ICE says it cannot comment on individual immigration cases. But Caraballo was detained and processed for deportation, according to ICE locator records — and Rosenow is convinced he was on Saturday's flight from Texas to El Salvador.

"We don't have a hundred percent certainty, because they haven't released a list," Rosenow says, "but all the people that fit under this pattern, the ICE locator system as of Saturday shows that they no longer exist in the system."

WLRN South Florida
**Weeknight Jazz**

3/19/25, 6:43 PM
Case 1:25-cv-00766-JEB    Document 44-15    Filed 03/19/25    Page 59 of 70
Was a Venezuelan deported as a terrorist because of a tattoo...

DONATE

# Was a Venezuelan deported as a terrorist because of a tattoo celebrating his child?

**WLRN Public Media | By Tim Padgett**

Published March 19, 2025 at 7:00 AM EDT

**LISTEN • 4:45**



*Courtesy Johanny Sanchez*

Asylum Seekers: Venezuelan migrants Franco Caraballo (right) and wife Johanny Sanchez at their 2024 wedding in Sherman, Texas. Caraballo is believed to be among the 238 Venezuelans deported to El Salvador by the Trump Administration last weekend as gang "terrorists."



WLRN South Florida
**Weeknight Jazz**

3/19/25, 6:43 PM
Case 1:25-cv-00766-JEB  Document 44-15  Filed 03/19/25  Page 60 of 70
Was a Venezuelan deported as a terrorist because of a tattoo? | WLRN

Last Saturday night, 238 Venezuelan migrants deported from the U.S., in apparent violation of a federal court order, arrived in El Salvador and were processed into a high security prison.

The Trump administration had expelled most of them as terrorists under the 1798 Alien Enemies Act because — it said — they were members of the violent Venezuelan criminal gang known as Tren de Aragua.

The administration has not released the names of the deportees. But at least one migrant who appears to be among them also appears not to be a gang member, let alone an alien enemy terrorist — and appears to have been branded as such for nothing more than a tattoo.

"It's a travesty," says Miami immigration attorney Martin Rosenow of Coconut Grove. He represents Franco José Caraballo Tiapa, a 26-year-old Venezuelan barber who crossed the U.S. southern border with his wife two years ago seeking asylum.

**READ MORE:** Trump administration deports hundreds of immigrants to El Salvador even amid court challenge

When Caraballo went to an asylum application appointment in Dallas, Texas, last month, an agent from the Immigration and Customs Enforcement agency, or ICE, noticed a tattoo on his arm.

"It was a clock with the time of birth of his daughter," Rosenow told WLRN.

3/19/25, 6:43 PM
Case 1:25-cv-00766-JEB   Document 44-15   Filed 03/19/25   Page 61 of 70
Was a Venezuelan deported as a terrorist because of a tattoo? | WLRN



Courtesy Johanny Sanchez

Franco Caraballo's arm tattoo — a clock showing the time of his daughter's birth, which is a popular style of tattoo in Venezuela today, but which U.S. authorities say is a tell-tale sign someone is a member of the Venezuelan Tren de Aragua criminal gang.

That kind of tattoo is popular in Venezuela. But U.S. authorities identify it as a favorite of Tren de Aragua, which formed back in the Venezuelan state of Aragua.

So, according to court records reviewed by WLRN, ICE agents — apparently solely on that basis — accused Caraballo of being a Tren de Aragua gang member, despite the fact that he had no criminal record in either Venezuela or the U.S.

The document also accuses Caraballo of not crossing the U.S. border "at a prescribed point of entry," although that appears not to have been an issue in his case until ICE decided to accuse him of Tren de Aragua membership.

ICE acknowledged on Tuesday that "many" of the Venezuelans deported as gang members in fact did not have criminal records. But it asserted — questionably if not speciously, say critics — that this "actually highlights the risk they pose."

"I'm nauseous. We fight for our clients' civil rights and we're taught to abide by the Constitution —

WLRN South Florida
**Weeknight Jazz**



ICE

A Immigration and Customs Enforcement document from Feb. 3, 2023, concluding that Franco Caraballo is a Tren de Aragua member, based on his tattoos. It also acknowledges he has no criminal history in the U.S.

In almost all cases, this means deportation.

In the court records, ICE plainly acknowledges Caraballo had no criminal history in the U.S. According to Venezuela's government, he had no criminal past there, either.

A hearing on his case was supposed to take place this week — but Saturday's peremptory deportation, Rosenow says, denied him of that due process, which is supposed to apply to undocumented migrants as well as U.S. citizens.

"I'm nauseous," Rosenow said. "We fight for our clients' civil rights and we're taught to

WLRN South Florida
**Weeknight Jazz**

Secretary of State Marco Rubio said the deportations were "a historic measure to make America safer." But the Trump Administration may have carried them out in defiance of a federal judge's ruling that questioned the constitutionality of invoking the 18th-century Alien Enemies Act.

A just as big question hanging over the operation is how U.S. authorities determined the Venezuelans were so-called Tren de Aragua "terrorists" under that law.

This week President Trump's border czar, Tom Homan, said it as done "through various investigations."

"Through social media, through their activities, through their criminal records here and abroad. The review of this issue was at the highest level I've seen," he said.

**READ MORE:** Migrant crimes bring Venezuelans to their own 'Mariel moment'

But Franco Caraballo's case seems to contradict Homan's claim of thorough investigation.

Caraballo's 22-year-old wife, Johanny Sánchez, told WLRN from Dallas the couple arrived in the U.S. in October 2023 after an often dangerous, three-month trek from their home state of Yaracuy, Venezuela.

WLRN South Florida
**Weeknight Jazz**



*Courtesy Johanny Sanchez*

Franco Caraballo in detention in Texas last month, after being accused of being a Tren de Aragua member, in a FaceTime phone video photo taken by his wife.

The couple settled in Sherman, Texas, near Dallas, where they married last year, and have supported themselves with barber and housecleaning work. Caraballo's daughter — whom he insists his tattoo is dedicated to — is from a previous marriage and lives in Venezuela with grandparents. He planned to send for her after he and Sánchez received asylum.

In Yaracuy, Sánchez says, Caraballo was a barber (his shop had a Facebook page) an avid soccer player — and, as he told U.S. immigration authorities, a target of persecution by Venezuela's brutal dictatorship.

"It's like he was kidnapped for nothing more than a

WLRN South Florida
**Weeknight Jazz**

is labeled as Tren de Aragua."

Johanny Sánchez

---

The reason: he opposed the left-wing regime — which the U.N. has accused of crimes against humanity, and which is widely blamed for the worst humanitarian crisis in modern South American history — and he had taken part in anti-regime marches led by Venezuelan opposition leader María Corina Machado, they say.

"In 2019 he was arrested and held for two days," Sánchez said, "and they beat him up. He's afraid if goes back now they'll treat him as a traitor to the state."



*Venezuelan Interior Ministry*

Venezuelan government confirmation, dated March 17, 2025, that Franco Caraballo has no criminal record in that

WLRN South Florida
**Weeknight Jazz**

Caraballo spoke to Sánchez last Friday from detention in Laredo, Texas. He told her they'd boarded him and the other Venezuelans on a deportation flight that day, but it was canceled due to bad weather, and they were told they would be flown out of the U.S. on Saturday.

Sánchez said she hasn't heard from him since that call.

"He told me, 'Honey, this is probably the last call I'll be able to make to you,' and then he just disappeared," Sánchez says. "It's like he was kidnapped for nothing more than a tattoo."

Tattoos like Caraballo's have become a focus of whether migrants are being fingered arbitrarily as gang members.

One advice many immigration attorneys now give clients who have the popular clock tattoos marking birth times, for example, is to have a birth certificate with that time on hand, to confirm to authorities that the tattoo commemorates a child, not a gang.

Either way, says Sánchez, "It feels like any Venezuelan immigrant now is labeled as Tren de Aragua."

## Rise in anti-Venezuelan discrimination

The gang represents only a miniscule share of Venezuelan migrants in the U.S. But anti-Venezuelan discrimination has in fact been on the rise since Trump's presidential campaign last year — when he made the Tren Aragua gang and its crime sprees in cities like New York and Aurora, Colorado, central to his xenophobic anti-immigration platform.

"It's troubling for all Venezuelans that we are being painted as criminals, when we make up only 2% of the estimated 11 million unauthorized immigrants in the United States," says Venezuelan exile and Miami attorney Maria Corina Vegas, a diaspora advocate.

"We are being vilified and scapegoated for the immigration crisis. It flies in the face of constitutional due process," Vegas added, "And it can happen to any national group now."

WLRN South Florida
**Weeknight Jazz**

Vegas says that's why Trump felt emboldened last month to strip hundreds of thousands of Venezuelan migrants of their Temporary Protected Status, or TPS, which shields them from deportation.



*Tim Padgett / WLRN*

Franco Caraballo's attorney, Martin Rosenow, at his Coconut Grove office pointing out the court hearing Caraballo was supposed to have this week — but was not granted because he was deported last weekend.

"They were granted in TPS precisely in recognition that deporting people back to Venezuela would be inhumane."

Meanwhile, as for migrants like Franco Caraballo and the rest who were deported over the weekend to a prison in El Salvador as gang members on questionable evidence like tattoos?

Their best hope for freedom now is that Salvadoran President Nayib Bukele will deport them back to Venezuela — the hell they came to the U.S. to escape in the first place.

**Tags**   | Immigration |   | Tren de Aragua |   | News |   | Local News |

| Venezuela |   | Trump 47: Immigration |



WLRN South Florida
**Weeknight Jazz**



# Tim Padgett

Tim Padgett is the Americas Editor for WLRN, covering Latin America, the Caribbean and their key relationship with South Florida. Contact Tim at tpadgett@wlrnnews.org

See stories by Tim Padgett

---

# Dear Reader

Your generous support ensures that this trusted public news service is accessible to all, no matter what.
Please donate today.

Support WLRN

---

# Latest Stories



**Government & Politics**

PolitiFact FL: Trump called for a judge's impeachment. It's unlikely to happen.

---



**South Florida**

'It's not personal': Trump's deportation efforts find support among South Florida Latinos

---



**Government & Politics**

O Cinema will keep operating after Miami Beach withdraws eviction item

---

WLRN South Florida
**Weeknight Jazz**



**Arts & Culture**

Miami art exhibit tells story of how Black hair business was 'act of resistance' in South Florida

---

## More On This Topic



Trump administration deports hundreds of immigrants to El Salvador even amid court challenge



Miami groups join nationwide calls for release of Columbia University student Mahmoud Khalil



As immigration roundups ramp up, sheriffs face a bed space shortage



Florida ups the stakes for crimes by immigrants in the US illegally

---



Stay Connected

WLRN South Florida
**Weeknight Jazz**

3/19/25, 6:43 PM
Case 1:25-cv-00766-JEB   Document 44-15   Filed 03/19/25   Page 70 of 70
Was a Venezuelan deported as a terrorist because of a tattoo? | WLRN

© 2025 WLRN

About

Contact Us

Donate

Underwrite

Shop

Newsletters

FCC Public Files

WLRN-TV FCC Public File
WLRN-FM FCC Public File
WKWM-FM FCC Public File
WLRN Public Files and Records

EEO Report

Station Public Files Contact -

James March (305) 995-2446 or JMarch@wlrn.org
WLRN Management

WLRN South Florida
**Weeknight Jazz**