UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G.; G.F.F.; J.G.O.; W.G.H.; J.A.V., <br><br> Plaintiffs-Petitioners, <br><br> vs. <br><br> DONALD J. TRUMP; <br> PAMELA BONDI; <br> KRISTI NOEM; <br> U.S. DEPARTMENT OF HOMELAND SECURITY; <br> MADISON SHEAHAN; <br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; <br> MARCO RUBIO; <br> U.S. DEPARTMENT OF STATE, <br><br> Defendants-Respondents. | Civil Action No. 1:25-cv-00766 |

## MOTION FOR ADMISSION OF CHRISTINE L. COOGLE
### *PRO HAC VICE*

The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Christine L. Coogle, *pro hac vice*, as counsel for Plaintiffs J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V. in this proceeding, pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia. Ms. Coogle is a member in good standing of the Bar of the District of Columbia. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Coogle possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Christine L. Coogle *pro hac vice* as representative of Plaintiffs in this proceeding.

| | |
|---|---|
| Dated: Washington, D.C.<br>March 20, 2025 | Respectfully submitted,<br><br>/s/ *Bradley Girard*<br>Bradley Girard, D.C. Bar. No. 1033743<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>Phone: (202) 448-9090<br>Fax: (202) 796-4426<br>bgirard@democracyforward.org<br><br>*Attorney for Plaintiffs* |