AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| J.G.G., et al.<br>*Plaintiff*<br>v.<br>Trump, et al.<br>*Defendant* | ) ) ) ) ) Case No. 1:25-cv-00766-JEB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.

Date: 03/20/2025

/s/ Michael Waldman
*Attorney's signature*

Michael Waldman (DDC Bar # 414646)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

mwaldman@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

[Print]  [Save As...]  [Reset]