UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. *et al.*,<br><br>  Plaintiff,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendant. | Case No. 1:25-cv-766 (JEB) |

**MOTION FOR LEAVE TO FILE BRIEF OF
THE HONORABLE BRANDON GILL AS *AMICUS CURIAE*[1]**

Pursuant to Local Civil Rule 7(o), proposed *amicus curiae* Brandon Gill hereby submits this motion for leave to file the attached amicus brief in support of Defendants. Representative Brandon Gill is the sitting United States Representative for Texas' 26th Congressional District, where he serves on the House Committee on the Judiciary including the Subcommittee on Immigration Integrity, Security, and Enforcement. *See Representative Brandon Gill*, CONGRESS.GOV, https://perma.cc/T5L3-J6Q8 (last visited Mar. 19, 2025).

"An amicus brief should normally be allowed … when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131,

---

[1] The undersigned certifies that no party's counsel authored this brief in whole or in part, and that no party, party's counsel, or any other person other than *amicus* contributed money that was intended to fund preparing or submitting this brief.

137 (D.D.C. 2008). This *amicus* brief is especially desirable here because Representative Gill is a current Member of Congress, and thus, he can lend insight into how the Legislative branch views the current case before the Court. As a member of an Article I body, Representative Gill is a member of the only other political branch of the federal government, and thus he provides a unique perspective.

Counsel for the proposed amicus has contacted counsel for the parties to seek their position on the filing. Counsel for the Defendants consented, and Counsel for the Plaintiffs did not respond before the time of filing. A copy of the proposed brief has been submitted with this motion.

Dated: March 20, 2025

                                          Respectfully submitted,

                                          */s/ Andrew J. Block*
                                          Andrew J. Block (D.C. Bar No. 90002845)
                                          James Rogers
                                          Dan Epstein (D.C. Bar No. 1009132)
                                          Jacob Meckler (D.C. Bar No. 90005210)
                                          AMERICA FIRST LEGAL FOUNDATION
                                          611 Pennsylvania Ave., SE #231
                                          Washington, D.C. 20003
                                          Tel.: (202) 836-7958
                                          E-mail: andrew.block@aflegal.org

                                          *Counsel for Amicus Curiae*