UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. *et al.*,<br><br>       Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       Defendant. | Case No. 1:25-cv-766 (JEB) |

**[PROPOSED] ORDER GRANTING MOTION OF THE
HONORABLE BRANDON GILL TO FILE *AMICUS CURIAE* BRIEF
IN SUPPORT OF DEFENDANTS**

Before the Court is the motion of Representative Brandon Gill for leave to file a brief as *amicus curiae* in support of Defendants. Good cause appearing therefore, the motion is **GRANTED**. The Clerk is directed to docket the Proposed Brief as Brief for Amicus Curiae in Support of Defendants.

It is **SO ORDERED**.

Dated this ____ day of _____, 2025

_____
HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE