UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

J.G.G., *et al.*,

                              Plaintiffs,

        v.

DONALD J. TRUMP, *et al.*,

                              Defendants.

**DECLARATION**

Civil Action No. 25-766 (JEB)

        1.        I am the Deputy Attorney General of the United States.  I am submitting this Declaration in response to the Court's March 20, 2025 Order.

        2.        On March 20, 2025, the Government submitted a declaration from Robert L. Cerna II, which stated: "I understand that Cabinet Secretaries are currently actively considering whether to invoke the state secrets privilege over the other facts requested by the Court's order.  Doing so is a serious matter that requires careful consideration of national security and foreign relations, and it cannot properly be undertaken in just 24 hours."

        3.        I attest to the accuracy of those statements based on personal knowledge of the events described by Mr. Cerna, including my direct involvement in ongoing Cabinet-level discussions regarding invocation of the state-secrets privilege.

        4.        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2025

                                        _____
                                        Todd Blanche
                                        Deputy Attorney General
                                        United States Department of Justice