AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| J.G.G., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00766-JEB |
| Trump, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.

Date: 03/24/2025

/s/ Christine Coogle
*Attorney's signature*

Christine Coogle (DC Bar # 1738913)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043
*Address*

ccoogle@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*