UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*, | * |
| Plaintiffs, | * |
| v. | *    Civil Action No. 1:25-cv-00766 (JEB) |
| DONALD J. TRUMP, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR LEAVE TO FILE
*AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS**

Heidi Kitrosser, Mark J. Rozell, and Mitchel A. Sollenberger (collectively "Movants") respectfully move this Court for leave to participate as *amici curiae* in opposition to the Government's invocation of the State Secrets Privilege. Neither Plaintiffs nor the Government take a position on this Motion.

Movants are law professors and/or scholars who teach, research, and/or write about topics related to Governmental privileges. They intend to submit a brief in support of Plaintiffs to explain why there is no legitimate basis for an invocation of the State Secrets Privilege in this case and, even if one were theoretically to exist, that the Government has not met its burden for its extraordinary claims. Their interest in this case is ensuring that this powerful Governmental privilege cannot be abused to suit the whims of Executive Branch officials purely seeking to avoid accountability for their actions.

Since the Court has authorized Plaintiffs to respond by 31 March 2025, Movants request that they be allowed to file their brief by 1 April 2025, so that they may review Plaintiff's response before submitting their own. A proposed Order accompanies this Motion.

Date:   March 26, 2025

                                                                            Respectfully submitted,

                                                                            /s/ Kelly B. McClanahan
                                                                           Kelly B. McClanahan, Esq.
                                                                           D.C. Bar #984704
                                                                           National Security Counselors
                                                                           1451 Rockville Pike
                                                                           Suite 250
                                                                           Rockville, MD  20852
                                                                           501-301-4672
                                                                           240-681-2189 fax
                                                                           Kel@NationalSecurityLaw.org

                                                                           *Counsel for Movants*