**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| J.G.G., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-00766 (JEB) |
| | * | |
| DONALD J. TRUMP, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF the Unopposed Motion for Leave to File *Amici Curiae* Brief in Support of Plaintiffs, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the Motion is **GRANTED**.

_____
James E. Boasberg
United States District Judge