Leave to file GRANTED

/s/ James E. Boasberg
Chief Judge    3/25/25 Date

UNITED STATES OF THE DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

RE: JANICE WOLK GRENADIER (JWG)
    Pro Se Intervener

G.F.F.
J.A.V.
J.G.G.
J.G.O.
W.G.H.
    *Plaintiffs*

V.

Case No. 1:25-cv-00766, JEB

DONALD J. TRUMP
KRISTI NOEM
MADISON SHEAHAN
MARCO RUBIO
PAMELA BONDI
U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION CUSTOMS ENFORCEMENT
U.S. STATE DEPARTMENT
    *Defendants*

RECEIVED Mail Room
MAR 21 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED 2025 MAR 21 A 8:19
CLERK US DISTRICT & BANKRUPTCY COURTS FOR DC

## MOTION TO INTERVENE

JANICE WOLK GRENADIER, Expert on the "Judicial Crisis" in the United States of America, a Certified ADA Advocate & Mediator for Restorative Justice, and Founder of JudicialPedia.com, *Pro Se* for "We the People" who are victims of criminals respectfully moves this Court to intervene in the above-captioned case as a party-plaintiff, pursuant to Federal Rule of Civil Procedure 24(a)(2) and 24(b)(2), and states as follows:

### I. GROUNDS / STANDING FOR INTERVENTION

1. The Intervenor, Janice Wolk Grenadier, has a significant interest in the subject matter of this case, which is the dispute over the removal of Persons who entered the United States of America illegally and then went on to commit crimes against American Citizens, and or who committed the first crime by entering into the United States illegally.

2. The Intervenor's interest is that American citizens can not get justice in the courts and or have access to the DOJ, FBI and or our Constitutional rights to a "Fair and Honest" courts so, illegals should not be allowed to be given "favoritism" by judges who have disallowed "Fair and Honest" courts to American Citizens. That the Acts and Actions of Chief Judge Boasberg are in conflict with the law, the Constitutional Rights of American Citizens he has personally denied Due Process to, and has violated the Judicial Canons showing a Political & Religious Bias to American Citizens in the past to JWG and in the J6 cases.

3. The Intervenor's interest is not adequately represented by the existing parties to this action, and the Intervenor's interest will be prejudiced if the existing parties are allowed to proceed without the Intervenor's participation. **That the American People with a view that if we as citizens are going to be denied our Constitutional Rights and held to the law, then Illegal Immigrants should not be**

**treated better than we are. Illegal Immigrants should be held to the law as American Citizens are.** Illegal Immigrants have the right to

   a. apply for green cards,
   b. for the right to have asylum due to persecution

and if they follow our laws these suits would not be necessary.

4. The Intervenor has a substantial interest in the outcome of this case, and the Intervenor's interest is not adequately represented by the existing parties. That JWG when she came to this court to be protected for a "Hate Crime" was denied even an open court hearing while this court has opened its doors 24 hours to protect illegal immigrants. That Judge Boasberg[1] whom Intervener sued with 43 other Federal Judges in the USDC Court of Virginia (Alexandria) Case No. 1:17-cv-1106 HEH

   a. Judge Henry Hudson would then move to do a Show Cause on JWG Case No. 1:18-mc-10-HEH and used his "Girl Friend" lawyer Susan Podolsky and the United States of America paid her for his pleasure about $6,000. to cover-up the criminal enterprise of the Federal Judges et al.

   b. That Exhibit 1 is the Article from Lexis Nexis on The Grand Jury the 4th Arm of Government being denied to Intervener to try and get an investigation into the way the Government was starting in 2021 in violating the Constitutional rights of citizens and for an investigation into the fraud of the Government on the acts and actions of the different agency. This shows the Intervenor has been taking an active interest in Justice for the citizens of the United States and that our Courts are going to all extremes to deny the citizens of the United States their rights while empowering the illegals of the United States.

   c. The Citizens by the Courts are denying Justice and their Constitutional rights and we should as taxpayers have a voice on these decisions.

   d. That the Citizens Voices came through when they overwhelmingly elected President Trump by the United States Citizens for a second term should be respected by the courts and the Judges.

5. The Intervenor's interest is not adequately represented by the existing parties, and the Intervenor's interest and the American Citizens who are held to the law, would be or could be prejudiced if the existing parties are allowed to proceed without the voice of the American Citizens view of the law and how if we are held to the law, that the Plaintiffs should be held to the law, and without Intervenor's participation justice may not be served to the American public.

## II. INTERVENTION AS OF RIGHT

1. Intervention as of right is appropriate under Federal Rule of Civil Procedure 24(a)(2) because the Intervenor's interest is not adequately represented by the existing parties, and the Intervenor's interest would be prejudiced if the existing parties are allowed to proceed without the Intervenor's participation.

2. The Intervenor's interest is that

   a. first Judge Boasberg should be recused and all the Judges in this court should be recused from hearing any and all cases that include the President of the United States and the Government

---

[1] https://judicialpedia.com/listing/civil-rights-constitutional-judge-henry-hudson/

   agencies under him that directly and or indirectly due to have shown a Bias by the Judge in the cases with the January 6 Defendants and or Janice Wolk Grenadier,

   b. the Judges have shown a "Bias" that is Political, Religious and Constitutional which violates the Judicial Canons

3. The Intervenor's interest is not adequately represented by the existing parties, and the Intervenor's interest would be prejudiced if the existing parties are allowed to proceed without the Intervenor's participation.

## III. PERMISSIVE INTERVENTION

1. Intervention by permission is appropriate under Federal Rule of Civil Procedure 24(b)(2) because the Intervenor's claim has a common question of law or fact with the main action that the immigrants are held to the law of the United States of America as the citizens of America are.

2. The Intervenor's claim or defense has standing as Judge Boasberg should be recused due to his acts and actions in her cases, the J6 cases which JWG did a Writ of Mandamus and Prohibition with SCOTUS exposing the Bias of Judge Boasberg and the other Judges of this court.[2] Supreme Court of the United States Case No. 23-7758

3. The Intervenor's claim or defense has a common question of law and fact with the main action in ensuring justice, that immigrants that should be allowed to stay and or should be given the right to stay, except those that harm American citizens should not be given "favoritism" by Judges who lack the apparent authority when they give "favoritism" to those who have harmed American citizens.

4. The Intervenor's intervention would not unduly delay or prejudice the adjudication of the rights of the original parties, as the intervenor believes in and supports Justice, "Fair & Honest" courts, as well "Equal Justice" even though it is being denied to American Citizens.

## CONCLUSION

WHEREFORE, the Intervenor, Janice Wolk Grenadier respectfully requests that this Court grant its

1. Motion to Intervene and
2. Motion to Recuse Judge Boasberg

and permit the Motions from Intervenor to be filed in the court.

Intervener reserves the right to Amend.

Respectfully submitted,

Janice Wolk Grenadier
15 W. Spring St.
Alexandria, VA 22301
202-368-7178
jwgrenadier@gmail.com

---

[2] https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Intervene has been served by email, usps, or fax on all parties of record in this action, this March 21, 2025.

**DONALD J. TRUMP**

**KRISTI NOEM**
**MADISON SHEAHAN**
**MARCO RUBIO**
**PAMELA BONDI**
**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**
**U.S. STATE DEPARTMENT**

REPRESENTED BY

Abhishek Kambli
(202) 445-5496
Doj-Usao
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

August Edward Flentje
(202) 514-3309
DOJ-Civ. PO Box 868 Ben Franklin Station
Washington, DC 20044

Christina Greer
(202) 598-8770
US Department of Justice Civil Division
PO Box 878
Ben Franklin Station, Washington, DC 20044

Drew C Ensign
(202) 514-2331
US Department of Justice
950 Pennsylvania Ave
Washington, DC 20004

## Plaintiff

**G.F.F.**

**J.A.V.**
**J.G.G.**
**J.G.O.**
**W.G.H.**
REPRESENTED BY

Arthur B. Spitzer
(202) 601-4266
Aclu of the District of Columbia
529 14th St., NW
Suite 722
Washington, DC 20045

Ashley Gorski
(212) 284-7305

Bradley Girard
(201) 824-1304
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Daniel Antonio Galindo
(646) 905-8907

Hina Shamsi
(212) 284-7321
Fax: (212) 549-2654

Lee Gelernt
(212) 549-2616
Fax: (212) 549-2654

Noelle Smith
(214) 663-7451

Omar C. Jadwat
(212) 549-2620
Fax: (212) 549-2654

Oscar Sarabia Roman
(916) 813-7891

Patrick Toomey
(212) 519-7816

Scott Michelman
(202) 601-4267
Aclu Foundation of the District of Columbia
529 14th St. NW
Suite 722
Washington, DC 20045

Sidra Mahfooz
(631) 741-3383

Sidra Mahfooz
125 Broad St.
American Civil Liberties Union Foundation
New York, NY 10004

Skye Perryman
(254) 722-5745
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Somil Trivedi
(202) 904-7727
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 2004

*Janice Wolk Grenadier*
*Pro Se Intervener*

## Exhibit

| Exhibit | | #of Pages |
|---|---|---|
| 1 | **Article by Judge Dale Durrer of JWG Grand Jury** | 6 |
| 2 | **Letter Filed February 14, 2025 - asking Chief Judge Boasberg to do his job as Chief Judge of the Bias of Judge Carl J. Nichols**<br><br>**United States District Court of the District of Columbia,** Thursday 11:00 am **Case No. 1:25-cv-264** JMC / Judge Carl J. Nichols the Judge created a "Kangaroo Court" AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO, **vs.** DONALD J. TRUMP, CHARLES EZELL, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT | 7 |