## In re Grand Jury

Circuit Court of Culpeper County, Virginia

December 27, 2021, Decided

M21-336



**Reporter**

2021 Va. Cir. LEXIS 451 *

In re: Grand Jury

**Subsequent History:** Related proceeding at *In re Grand Jury-Request, 2023 Va. Cir. LEXIS 38 (Va. Cir. Ct., Mar. 21, 2023)*

**Judges:** [*1] Dale B. Durrer, Judge.

**Opinion by:** Dale B. Durrer

**Opinion**

### Request to testify individually before the grand jury

Dear Mr. Walther and Ms. Grenadier:

### I. *Procedural and factual history*

Ms. **Janice Grenadier** (Grenadier) appeared before the Culpeper County Circuit Court at its December 20, 2021 term of court. Grenadier again requested an opportunity to present her request to the grand jury for indictments.

The court conducted an *ore tenus* hearing on Grenadier's request to testify as a private citizen before the December 2021 Culpeper County Circuit Court grand jury to request indictments against or to have a special grand jury investigate: President Joseph R. Biden, Jr., Vice-President Kamala Harris, Speaker of the United States House of Representatives Nancy Pelosi, Secretary of State Antony Blinken and other named federal officials for crimes against the United States and the Commonwealth of Virginia.

Grenadier argues that at common law, private citizens could appear before the grand jury. Further, the statutory and appellate court authority interpreting *19.2-191 et seq.* have not abrogated this common law right.

The court further incorporates its October 20, 2021 opinion in its entirety into this written opinion.

### II. *Legal Analysis* [*2]

Under Virginia law "[t]he common law of England, insofar as it is not repugnant to the principles of the *Bill of Rights* and Constitution of this Commonwealth, shall continue in full force within the same, and be the rule of decision, except as altered by the General

Assembly." Va. Code Ann. 1-200 (LEXIS 2021). Unless abrogated by statute or constitutional principles, the common law "shall continue in full force" and "be the rule of decision" in Virginia. Satterwhite v. Commonwealth, 56 Va. App. 557, 557-61, 695 S.E.2d 555 (2010).

A statutory provision does not alter the common law unless the legislative intent to do so is plainly manifested. Isbell v. Comm. Inv. Assocs., Inc., 273 Va. 605, 613, 644 S.E.2d 72 (2007). "Statutes in derogation of the common law are to be strictly construed and not to be enlarged in their operation by construction beyond their express terms." Id. (citing Chesapeake & Ohio Ry. Co. v. Kinzer, 206 Va. 175, 181, 142 S.E.2d 514 (1965)).

The court could find no Virginia cases that define what right, if any, private citizens had at common law to testify before the grand jury. Some of our sister states have addressed the issue with inconsistent results. The Supreme Court of New Jersey opined that private citizens do not have a common law right of access to the grand jury. In Re Grand Jury Appearance by Loigman, 183 N.J. 133, 147-49, 870 A.2d 249 (2005); see Kuhne v. State, 124 F.3d 204 (7th Cir. 1997) (holding that the United States Constitution does not incorporate any common law right, if any, of a private citizen to testify before the [*3] grand jury); State v. Otis, et al, 257 N.W.2d 361 (Minn. 1977) (holding that private citizens cannot commence and maintain private criminal prosecutions through grand jury)

Conversely, the Alabama Supreme Court opined that key attribute of the grand jury's inquisitorial authority at common law was the right of a private citizen to "freely bring before the grand jury the fact that a crime has been committed, request an investigation, and furnish such information as he has in aid of the prosecutor." King v. Second Nat'l Bank and Trust Co., 234 Ala 106, 173 So. 498 (1937). The State of Maine allowed common law allowed citizens unrestricted access to the grand jury until 1953. Petition of Thomas, 434 A.2d 503 (Maine 1981).

The Virginia General Assembly last codified the section concerning regular and special grand juries in 1975. Va. Code Ann. 19.2-191 (LEXIS 2021). Although persuasive only, the Virginia Attorney General opined in 1971 that grand juries should not hear individual complaints of citizens. 1971 AG LEXIS 415 (Va. Atty. Gen. Opin). The same opinion also stated that a judge could potentially *sua sponte* or upon request impanel a special grand jury to hear citizen complaints. Id.

Under Virginia law, the authority to prosecute criminal offenses rests within the sole purview of the Commonwealth's Attorney. Price v. Commonwealth, 72 Va. App. 474, 849 S.E.2d 140 (2020); Va. Const. Art VII, section 4; Va. Code Ann. 15.2-1627 (LEXIS 2021). The Virginia Court of

Appeals has opined **[*4]** that a private prosecutor may not initiate a prosecution or appear before a grand jury and the elected prosecutor must always remain in control of the prosecution of the criminal case. *Price 72 Va. App at 474*. In exercising its equitable powers, a trial court cannot permit what the Supreme Court and the General Assembly have said is unlawful. *Frank Shop, Inc. v. Crown Cent. Petroleum Corp. 264 Va. 1, 564 S.E.2d 134 (2002)*.

Under Virginia law, however, the function of the grand jury is to consider Bills of Indictment prepared by the Commonwealth's attorney to do determine whether each indictment rises to the level of probable cause. *Virginia Criminal Benchbook for Judges and Lawyers*, App. 02, Page A-6, (LEXIS 2021); *Va. Code Ann. 19.2-191* (LEXIS 2021). This theory is further buttressed by the fact that the grand jury may properly consult with the Commonwealth's attorney during deliberations for legal advice. *Vihko v. Commonwealth, 10 Va. App. 498, 393 S.E.2d 413, 6 Va. Law Rep. 2719 (1990)*.

Further, citizens are permitted to appear before a neutral and detached magistrate to obtain a warrant. *Va. Code Ann. 19.2-72* (LEXIS 2021). Additionally, the "[E]xecutive remains the absolute judge of whether a prosecution should be initiated and the first and presumptively the best judge of whether a pending prosecution should be terminated." *Duggins v. Commonwealth, 59 Va. App. 785, 791, 722 S.E.2d 663 (2012)* (citing *United States v. Cowan, 524 F.2d 504, 513 (5th Cir.1975)*). There is a strong presumption under Virginia law that the Commonwealth's **[*5]** Attorney controls all the aspects of which witnesses will testify before regularly convened grand juries. *Britt v. Commonwealth, 202 Va. 906, 121 S.E.2d 495 (1961)*.

Federal courts have held that "[A] rule that would afford the general public unsupervised access to the grand jury is a rule calculated to empower the mischievous and the criminal and injure the innocent." *In re New Haven Grand Jury, 604 F. Supp. 453, 459-60 (D. Conn. 1985)*. The State of Maryland has opined that citizens are not allowed to appear personally before a grand jury's foreperson to present citizen allegations. *Sibley v. Doe, 227 Md. App. 645, 135 A.3d 883 (2016)*. The United States Supreme Court has also recognized the power of a court to supervise some aspects of the grand jury. *United States v. Williams, 504 U.S. 36, 46-47, 112 S. Ct. 1735, 118 L. Ed. 2d 352 (1992)*.

The Maryland Court of Appeals, however, recently conflicted with the Maryland Supreme Court by holding that a murder victim's mother had common-law right to ask a grand jury to initiate investigation of police officers who were involved in shooting and to prepare materials and information for submission to the grand jury in support

of her request. *Holloman v. Mosby, 262 A.3d 1142, 253 Md. App. 1, 262 A.3d 1142, 2021 Md. App. LEXIS 947 (Md. Ct. App. 2021)*.

The Virginia General Assembly has also expressly provided for citizens to access the grand jury in certain limited circumstances. *Va. Code Ann. § 48-1* (LEXIS 2021). That statute provides: "[W]hen complaint is made to the circuit court ... by five or more citizens ... setting forth [*6] the existence of a public or common nuisance, the court ... shall summon a special grand jury, in the mode provided by law, to the next term of such court, to specifically investigate such complaint *Id.*; *In Re Gregory, 98 Va. Cir. 104 (Norfolk Cir. Ct. 2018)*.

The United States Supreme Court has opined that "[w]hen a statute limits a thing to be done in a particular mode, it includes the negative of any other mode," *Botany Mills v. United States, 278 U.S. 282, 289, 49 S. Ct. 129, 73 L. Ed. 379, 66 Ct. Cl. 776, 1929-1 C.B. 279, (1929)*. The Virginia General Assembly has stated that the functions of a grand jury are two-fold:

(1) "To consider bills of indictment **prepared by the attorney for the Commonwealth** (emphasis added) and to determine whether as to each such bill there is sufficient probable cause to return such indictment "a true bill."

(2) To investigate and report on any condition that involves or tends to promote criminal activity, either in the community or by any governmental authority, agency or official thereof. These functions may be exercised by either a special grand jury or a regular grand jury as hereinafter provided." *Va. Code Ann. 19.2-191* (LEXIS 2021).

The same article relating to grand juries also states that the Commonwealth can request an indictment be sealed *ex parte*. *Va. Code Ann. § 19.2-192.1.* (LEXIS 2021). Further, law enforcement officers are to provide information of violation [*7] of penal laws to the attorney for Commonwealth. *Va. Code Ann. § 19.2-201* (LEXIS 2021)

A prosecutor represents the Commonwealth, and not private citizens. *Cantrell v. Commonwealth, 229 Va. 387, 393, 329 S.E.2d 22 (1985)*. The prosecutor's duty is "to seek justice, not merely to convict." *Id. at 393*. Criminal charges are not initiated in the name of any individual party, but rather by, and on behalf of the state, public or Commonwealth. *Biomedical Innovations Inc. v. McLaughlin, 103 Ohio App. 3d 122, 658 N.E.2d 1084 (1995)*. Within constitutional, appellate and statutory limits, prosecutors decide whether to initiate criminal charges, determine the exact charges for which an individual will be prosecuted, and, if the individual is convicted, recommend an appropriate sentence consistent with Virginia law. *Lux v. Commonwealth, 24 Va. App. 561, 484 S.E.2d 145 (1997)*. So long as the prosecutor possesses probable cause to believe that the Defendant

committed a criminal violation, the decision whether to prosecute, **and what charge to file or bring before a grand jury**, (emphasis added) generally rests with the public prosecutor. Moore v. Commonwealth, 59 Va. App. 795, 722 S.E.2d 668 (2012) (citing Wolfe v. Commonwealth, 42 Va. App. 776, 780, 595 S.E.2d 27 (2004)).

Grenadier has a right to appear before the Culpeper County Circuit Court and request to appear before the Culpeper County Circuit Court grand jury. The first amendment allows citizens to petition their government. The Culpeper County Commonwealth's Attorney further has the right to subpoena her to testify and to [*8] request various law enforcement agencies to investigate the same. Virginia judges, however, take an oath to uphold all of the laws, including those passed under the procedures set forth in the United States Constitution. Va. Code Ann. 49-1 (LEXIS 2021).

Courts are not permitted to rewrite statutes because that is a legislative function. Stokes v. Commonwealth, 61 Va. App. 388, 736 S.E.2d 330 (2013); Frias v. Commonwealth, 34 Va. App. 193, 538 S.E.2d 374 (2000); Holsapple v. Commonwealth, 39 Va. App. 522, 574 S.E.2d 756 (2003). The court must presume that the legislature chose with care the words it used when enacting the aforementioned statutes. Barr v. Town and Country Properties, 240 Va. 292, 396 S.E.2d 672 (1990); Epps v. Commonwealth, 47 Va. App. 687, 626 S.E.2d 912 (2006); Williams v. Commonwealth, 61 Va. App. 1, 733 S.E.2d 124 (2012). The laws of the General Assembly are presumed to be constitutional. Harrison v. Day, 200 Va. 764, 107 S.E.2d 594 (1959); Moses v. Commonwealth, 27 Va. App. 293, 498 S.E.2d 451 (1998).

The court finds no statutory or appellate court authority to allow Grenadier to petition the grand jury for the relief requested. Virginia's grand jury statute does not provide an avenue for a private citizen to appear without being subpoenaed by the Commonwealth's Attorney. The Commonwealth's lack of an objection to Grenadier's request does not satisfy the statutory requirements imposed by the legislature.

The court's October 20, 2021 opinion indicated that six states have laws allowing citizens to impanel grand juries through distinct statutory processes (Kansas, New Mexico, North Dakota, Nebraska, Nevada and Oklahoma). www.ncsl.org; *American Bar Association Journal,* [*9] *Citizen-Launched Kansas Grand Juries Pursue Abortion and Porn Cases*, January 18, 2008; see *Individual's right to present complaint or evidence of criminal offense to grand jury* 24 A.L.R.4th (2021) (providing a survey of federal and state law on private citizens appearing before grand juries).

Based on the foregoing, the court dismisses without prejudice Grenadier's request to appear before the grand jury.

The court, however, does thank Grenadier for the time, effort and preparation she invested in the request.

With best wishes,

Sincerely,

Dale B. Durrer

Judge

**End of Document**

Janice Wolk Grenadier
15 W. Spring St.,
Alexandria, VA 22301
Expert on "Judicial Crisis" of the USA
Certified ADA Advocate & Mediator
Founder: JudicialPedia.com
202-368-7178
jwgrenadier@gmail.com
adaadvocate4@gmail.com

February 14, 2025

Chief Judge James E. Boasberg
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
Chambers: 202-354-3144
Courtroom Deputy: (202) 354-3144
Boasberg_Chambers@dcd.uscourts.gov

Chief Justice John Roberts
1 First Street, N.E
Washington, D.C. 20543
 Office: (202)479-3211
Clerk's Office: (202)479-3011
pio@supremecourt.gov
John.Roberts@supremecourt.gov



Honorable Pam Bondi
United States of America Attorney General
950 Pennsylvania Avenue NW
Washington DC, 20530
(202) 514-2000

**RE: United States District Court of the District of Columbia**, Thursday 11:00 am **Case No. 1:25-cv-264**
JMC / Judge Carl J. Nichols the Judge created a "Kangaroo Court" AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL
EMPLOYEES, AFL-CIO,
**vs.** DONALD J. TRUMP, CHARLES EZELL, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT

**RE:** The United States District Courts of the District of Columbia Judges lack of Jurisdiction over the cases
heard by the court for President Donald J. Trump & Mr. Elon Musk due to "Bias" (Political, Religious &
Constitutional Rights to Due Process and Subject Matter)

**RE:** Request for a Special Master, Master, Master Server to review any and all cases by this court due to the
Obvious "Bias" of the court against President Donald J. Trump & Mr. Elon Musk as seen with the January 6 &
Janice Wolk Grenadier cases, along with the "COVER-UP" of Chief Judge Richard Roberts who raped a 16
year old as a prosecuting attorney that this court retired early with him receiving more money in retirement than
as a working judge. This was handled by Judge Merrick Garland & Judge Beryl Howell

Dear Gentleman,

That I am an expert on the Judicial Crisis that the United States of America is in today.

That crisis has been created by the Judiciary Judges & Lawyers lack of ethical accountability and continued
"Cover-up" of Judges rulings and or "Fixer" Judges chosen to ignore the criminal activity of judges and lawyers.

1

The Judiciary Polices itself with no real outside accountability, by an independent committee which has created Judges and Lawyers who collude, conspire and are complicit to the rights of citizens that believe differently than the Judge and the "favored" lawyer by the Judge.

Janice Wolk Grenadier, Certified ADA Advocate, filed a Writ of Mandamus & Prohibition that went into these issues that arose from "Judicial Complaints" to this court being ignored, covered-up.

### Docket for 23-7758[1]

Title:In Re Janice Wolk Grenadier, Petitioner

In Re Janice Wolk **Grenadier**, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due Party name: Janice Wolk **Grenadier**

Docket for 15-7950

Title: In Re Janice Wolk Grenadier, Petitioner v.

In Re Janice Wolk **Grenadier**, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due March 3, 2016)

Both of these filings were about the corruption of this court and lack of honest & fair court hearings for the American Citizen especially a *"pro se"* litigant

I believe the above gives me "STANDING" to write this letter and expose what took place in the United States District Court of the District of Columbia, Thursday at or around 11:00 am Case 1:25-cv-264 JMC / Judge Carl J. Nichols the Judge whom created a "Kangaroo Court"

> a "kangaroo court" describes a judicial proceeding that
>
> 1. **Impartiality,** judges are expected to be neutral and unbiased where the judge was perceived to have shown favoritism to the Union and prejudice towards Trump et al. This leads to a lack of trust, lack of fairness of the legal proceedings and undermines the integrity of the justice system.
>
> 2. **Denial of due process:** Due process is a fundamental principle in the American legal system that ensures individuals receive a fair hearing and have the opportunity to defend themselves. In this case, Trump was denied his rights. This has resulted in a miscarriage of justice and a lack of accountability in the legal system, that the American people pay for with their taxes and voted for in the November 2024 election
>
> 3. **Legitimacy of the court** citizens if they sat through this hearing would question the lack of impartiality, denial of due process, and lack of transparency, which can undermine the integrity of the justice system and erode public trust in the legal process. It is important to uphold the principles of fairness, justice, and accountability to ensure that justice is served for all individuals which includes President Donald J. Trump and Elon Musk who are representing the majority of the American people who voted for President Donald J. Trump.

Judge Nichols in this case was active in the overreaching , as he was in the January 6 cases that have been tried in this court for the past 4 years.

---

[1] https://judicialpedia.com/listing/scotus-writ-of-mandamus-prohibition-for-investigation-into-usdc-of-district-of-columbia-for-political-religions-bias-by-judges-et-al/

2

That it is reasonable to believe that this court could be using these suits for *"Retribution and Retaliation"* to every voter that voted for President Donald J. Trump to stop him from fulfilling his promises to disclose the waste, fraud and abuse by Government Agencies.

That the estimate is 20 - 25% of all monies spent comes under "Waste, Fraud & Abuse" benefiting the Government's personal goals and not the Citizens of America.

**The issues from this hearing:**

1. The Judge should not be acting as if he is a party to the case.

2. the Union reps given about 2 hrs to show harm, that they argued in the court:
   a. the Union would loose members
   b. Overseas employees harmed - which there was no proof of this given
   c. That in the past hearing their was unrest in the Congo and it appears those employees have been removed from harm

3. the DOJ about 20 minutes and cut-off by the Judge with his statement

4. the Union did not have to plead their case as the Judge kept helping with leading questions & "What if" scenarios

5. Since when does a Judge create scenarios aka "What if" little stories

6. The Judge appeared to be grand-standing and playing to a full courtroom

7. The Judge did question his Jurisdiction over "Subject Matter" and even with breaks he did not appear to look-up the Boston Case[2]. Case No. 1:25-cv-10338 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS RE: Deferred Resignations / Federal Employees who voluntarily leave government

   > COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN, STATE OF ILLINOIS, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF CONNECTICUT, STATE OF COLORADO, STATE OF DELAWARE, STATE OF HAWAII, STATE OF MAINE, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW YORK, STATE OF NEVADA, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, and STATE OF WISCONSIN, Plaintiffs, **vs.** NATIONAL INSTITUTES OF HEALTH; MATTHEW MEMOLI, M.D., M.S., in his official capacity as Acting Director of the National Institutes of Health; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOROTHY FINK, in her official capacity as Acting Secretary of the U.S. Department of Health and Human Services, Defendants.

The Boston Court Judge James O'Toole *stated in pages 3 - 5 of the Order:*

> *The plaintiffs here are not directly impacted by the directive. Instead, they allege that the directive subjects them to upstream effects including a diversion of resources to answer members' questions about the directive, a potential loss of membership, and possible reputational harm. The unions do not have the required direct stake in the Fork Directive, but are challenging a policy that affects others, specifically executive branch employees. This is not sufficient. Just as the Court found that the plaintiffs in Hippocratic Medicine could not spend their way into standing, neither can the plaintiffs in this case establish standing by choosing to divert resources towards "respond[ing] to tremendous uncertainty*

---

[2] Boston Judge James O'Toole opinion
https://www.pacermonitor.com/view/U4DELDY/AMERICAN_FEDERATION_OF_GOVERNMENT_v_EZELL_et_al__madc e-25-10276__0066.0.pdf

3

created by OPM's actions" and away from other union priorities. (Pls.' Mem. in Supp. of TRO 17.) Moreover, a loss of membership dues to the unions is not certain before the September 30th deadline.

**Second, this Court lacks subject matter jurisdiction** to consider the plaintiffs' pleaded claims. While not binding on this Court, the decision in Am. Fed'n of Gov't Emps., AFL-CIO v. Trump ("AFGE") is instructive.

929 F.3d 748 (D.C. Cir. 2019). In that case, the court held that the plaintiff-unions' claims fell within the Federal Service Labor-Management Relations Statute's ("FSL-MRS") scheme and therefore the district court lacked jurisdiction to hear the case. Id. at 754. In so deciding, the court walked through the two-part Thunder Basin framework. Id. ("Under that framework, Congress intended that a litigant proceed exclusively through a statutory scheme . . . when (i) such intent is fairly discernible in the statutory scheme, and (ii) the litigant's claims are of the type Congress intended to be reviewed within [the] statutory structure." (citations and quotations omitted)).

The D.C. Court of Appeals ruled that the first Thunder Basin step was satisfied because the FSL-MRS "provides the exclusive procedures by which federal employees and their bargaining representatives may assert federal labor-management relations claims." Id. at 755 (quoting Am. Fed'n of Gov't Emps. v. Sec'y of the Air Force, 716 F.3d 633, 638 (D.C. Cir. 2013)). This is also the case here. Congress intended for the FSL-MRS and the Civil Service Reform Act of 1978 ("CSRA"), of which the FSL-MRS is a part, to provide the exclusive procedures for disputes involving employees and their federal employers and disputes between unions representing federal employees and the federal government. According to this complex scheme, disputes must first be administratively exhausted before the employing agency and the relevant administrative review board and any further challenges are properly heard in a court of appeals. See id. at 752 (citing 5 U.S.C. §§ 7105(a), 7123(a), (c)); 5 U.S.C. § 7703(b). Therefore, the first Thunder Basin step is satisfied because Congress intended the FSL-MRS and CSRA to preclude district court review.

The second Thunder Basin step involves determining whether the plaintiffs' claims are of the type Congress intended for review within the statutory scheme. Again, the AFGE decision is illustrative. In that case, the court found that the plaintiff-unions' claims were of a type intended for review by the circuit court because (1) the unions had the possibility of meaningful judicial review even if they were required to go through the statutory scheme; (2) the claims were not "wholly collateral to the statutory scheme;" and, (3) the claims were not beyond the reviewing agency's expertise. AFGE, 929 F.3d at 755.

The two APA claims alleged in this case are the type of challenges Congress intended for review within the statutory scheme, which provides for "administrative and judicial review." See id. at 752; Parrott v. Merit Sys. Prot. Bd., 519 F.3d 1328, 1334–35 (Fed. Cir. 2008) (reviewing a Merit Systems Protection Board decision regarding an allegedly involuntary resignation).

Aggrieved employees can bring claims through the administrative process. That the unions themselves may be foreclosed from this administrative process does not mean that adequate judicial review is lacking. See AFGE, 929 F.3d at 756; cf. Sackett v. EPA, 566 U.S. 120, 130 (2012) ("Where a statute provides that particular agency action is reviewable at the instance of one party, who must first exhaust administrative remedies, the inference that it is not reviewable at the instance of other parties, who are not subject to the administrative process, is strong."). The second and third factors are also satisfied. See Elgin v. Dep't of Treasury, 567 U.S. 1, 23 (2012) (finding that a constitutional question was within the agency's expertise because threshold questions about employment and routine statutory interpretations may be "brought to bear" to resolve the challenge); Sec'y of Air Force, 716 F.3d at 638 ("[T]he fact that National AFGE may not pursue a claim through the CSRA does not mean that it has access to the courts. Rather, it means that National AFGE may not raise the claim at all.").

For the foregoing reasons the temporary restraining order previously entered is DISSOLVED and further preliminary injunctive relief is DENIED.

4

*It is SO ORDERED*

## In order for a judge to have jurisdiction, he must meet a criteria of "the tripartite test"

1. Subject matter jurisdiction: the court has authority to hear the particular case

2. Personal jurisdiction: no political, religious or constitutional bias, authority over the parties involved in the case

3. Venue: most appropriate location. The events in question took place or are where the parties are located

This hearing and arguments were all similar to the appearance of the Boston case. I was not in the courtroom and do not know what all was said and or how it was argued and only have the documents in Pacer and on line. Show similar arguments of the Union.

## If the Judge lacks Jurisdiction all "Orders" are "Void" not "Voidable" "VOID":

That SCOTUS and this court has Binding authority, also referred to as mandatory authority, refers to cases, statutes, or regulations that a court must follow because they bind the court.

A "void" judgment, is known, grounds no rights, forms no defense to actions taken thereunder, and is vulnerable to any manner of collateral attack (thus here, by). No statute of limitations or repose runs on its holdings, the matters thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, any disgruntled litigant may reopen old wound and once more probe its depths. And it is then as though trial and adjudication had never been. *Fritts v. Krugh, Supreme Court of Michigan, 92 N.W.2d 604, 354 Mich. 97 (10/13/58)*.

> "When a judge does not follow the law, i.e., they are a *trespasser of the law*, the judge loses subject-matter jurisdiction and the judges orders are void, of no legal force or effect." The U.S. Supreme Court, in <u>Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687, 1974)</u> stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, s/he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original]. "Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." *U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980 ); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)* Any judge or attorney who does not report a judge for treason as required by law may themselves be guilty of *misprision of treason*, 18 U.S.C. Section 2382.

The United States Constitution is the Supreme Law of the Land and is being ignored by the Judges of the United States of America which Chief Justice John Roberts stated in 2005 with his opening remarks:

> "...Judges and Justices[3] are servants of the law, not the other way around. Judges are like umpires. Umpires don't make the rules, they apply them. The role of an umpire and a judge is critical. They make sure everybody plays by the rules, but it is a limited role. Nobody ever went to a ball game to see the umpire.

---

[3]https://www.uscourts.gov/about-federal-courts/educational-resources/supreme-court-landmarks/nomination-process/chief-justice-roberts-statement-nomination-process

5

Judges have to have the humility to recognize that they operate within a system of precedent shaped by other judges equally striving to live up to the judicial oath, and judges have to have modesty to be open in the decisional process to the considered views of their colleagues on the bench.

Mr. Chairman, when I worked in the Department of Justice in the Office of the Solicitor General, it was my job to argue cases for the United States before the Supreme Court. I always found it very moving to stand before the Justices and say, "I speak for my country." But it was after I left the Department and began arguing cases against the United States, that I fully appreciated the importance of the Supreme Court in our constitutional system. Here was the United States, the most powerful entity in the world, aligned against my client, and yet all I had to do was convince the Court that I was right on the law, and the Government was wrong, and all that power and might would recede in deference to the rule of law.

That is a remarkable thing. It is what we mean when we say that we are a Government of laws and not of men. It is that rule of law that protects the rights and liberties of all Americans. It is the envy of the world, because without the rule of law, any rights are meaningless."

"…Judges are not politicians who can promise to do certain things in exchange for votes. I have no agenda, but I do have a commitment. If I am confirmed, I will confront every case with an open mind. I will fully and fairly analyze the legal arguments that are presented. I will be open to the considered views of my colleagues on the bench, and I will decide every case based on the record, according to the rule of law, without fear or favor, to the best of my ability, and I will remember that it's my job to call balls and strikes, and not to pitch or bat.

Senators Lugar[4] (PDF) and Bayh[5] (PDF) talked of my boyhood back in Indiana. I think all of us retain from the days of our youth certain enduring images. For me those images are of the endless fields of Indiana, stretching to the horizon, punctuated only by an isolated silo or a barn. And as I grew older, those endless fields came to represent for me the limitless possibilities of our great land." "…If I am confirmed, I will be vigilant to protect the independence and integrity of the Supreme Court, and I will work to ensure that it upholds the rule of law and safeguards those liberties that make this land one of endless possibilities for all Americans."

The Blatant disregard of the Judiciary (Judges) to the American Citizens rights as to Political, Religious, Social Hierarchy (which can be white on white discrimination) and Constitutionalism has to be stopped.

That the appearance and the way American Citizens have felt for too long **"they have no voice within a Government that they pay for" that when a Judge rules unfairly there is no where to go.** The place you are supposed to report to - is a mafia style set up of "favors and payoffs" to look the other way. This is just one of the many reasons the American Citizens overwhelming voted "TRUMP"

The appearance is the Government is promoting and using taxpayer money , in redoubling their efforts to "stamp out every vestige of dissent" and "vilify Americans" who continue to believe differently than the Judges in the the United States District Court of the District of Columbia.

> *Obergefell v. Hodges,* 576 U.S. 644, 741 (2015) (Alito, J., dissenting). The petition should "strike[s] at the very heart of the First Amendment's guarantee of religious liberty." **Roman Catholic Diocese of Brooklyn v. Cuomo,** 141 S. Ct. 63, 68 (2020).

This Court must consider the American Citizens / Voters that gave the authority to President Donald J. Trump to make the change to the "Waste, Fraud & Abuse" by the agencies and the right to investigate with Administrative leave to protect the evidence that employees may try to erase, cover-up

---

[4] https://www.govinfo.gov/content/pkg/GPO-CHRG-ROBERTS/pdf/GPO-CHRG-ROBERTS-2-2-2.pdf
[5] https://www.govinfo.gov/content/pkg/GPO-CHRG-ROBERTS/pdf/GPO-CHRG-ROBERTS-2-2-1.pd

Example:

1. January 6 commission deletes and covers-up testimony and all information
2. Hillary Clinton destruction of emails, computers and phones

**Why should and would the American Citizens trust the Courts & the Government.**

For these reasons I Janice Wolk Grenadier, Certified ADA Advocate request an immediate investigation into this court and all cases in this court that pertain to President Donald J. Trump directly and or indirectly and for SCOTUS to investigate the other courts throughout the United States that are trying to usurp President Donald J. Trump's Executive Power that was properly given by the United States Citizens by electing him into the office of President of the United States November 5, 2024.

I also "DEMAND" for a Special Master, Master, Master Server to review any and all cases by this court due to the Obvious "Bias" of the court against President Donald J. Trump & Mr. Elon Musk (directly and or indirectly) as seen with the January 6 & Janice Wolk Grenadier cases, along with the "COVER-UP" of Chief Judge Richard Roberts who raped a 16 year old as a prosecuting attorney that this court retired early with him receiving more money in retirement than as a working judge. This was handled by Judge Merrick Garland & Judge Beryl Howell

"I solemnly swear under penalty of perjury that the foregoing is true and correct as to the best of my knowledge."

Respectfully Submitted,

Janice Wolk Grenadier

Cc: (to avoid Ex Parte Communications)
District Judge Carl J. Nichols


**James Alexander Rowell** *(Email)*
BREDHOFF & KAISER PLLC
Email: arowell@bredhoff.com

**Mark Samburg** *(Email)*
DEMOCRACY FORWARD FOUNDATION
Email: msamburg@democracyforward.org

**Abigail V. Carter** *(Email)*
BREDHOFF & KAISER P.L.L.C.
Email: acarter@bredhoff.com

7