IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*,<br><br>*Plaintiffs–Petitioners*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants–Respondents*. | Case No: 1:25-cv-00766-JEB |

### [PROPOSED ORDER] GRANTING EXTENSION OF TEMPORARY RESTRAINING ORDERS

Upon consideration of Plaintiffs' Motion to Extend the Temporary Restraining Orders, and any opposition, and further pleadings and argument thereto: Having found good cause it is, therefore, **ORDERED** that Plaintiffs' Motion to Extend the Temporary Restraining Orders to April 12, 2025, is hereby **GRANTED**; and that Defendants, their agents, representatives, and all persons or entities acting in concert with them are hereby:

**ORDERED**, pending further order of this Court, not to remove Plaintiffs, or any members of the provisionally certified class, from the United States under the Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua."

It is further **ORDERED** that Plaintiffs shall not be required to furnish security for costs.

Entered on _____, 2025 at _____ a.m./p.m.

1

_____
HON. JAMES E. BOASBERG
United States District Court Chief Judge
