UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.G.G., *et al.*, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants-Respondents. | Civil Action No. 1:25-cv-00766 |

**OPPOSITION TO MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Defendants oppose Plaintiffs' motion to extend the temporary restraining order for an additional fourteen days. ECF No. 64. As set forth in Defendants' motion to vacate the temporary restraining order, ECF No.26, the Court lacks jurisdiction over Plaintiffs' claims, which challenge matters within the President's unreviewable authority and, nonetheless, sound in habeas and must therefore be brought as habeas claims in district of confinement, *id*. at 7-13. Plaintiffs also failed to show a likelihood of success on the merits, *id*. at 13-18, and have not demonstrated an irreparable harm sufficient to overcome the President's powerful interest in managing matters of national security and foreign affairs, *id*. at 23-24 (citing *Holder v. Humanitarian Law Project*, 561 U.S. 1, 33–35 (2010)). For these reasons, which are set forth by Defendants' prior briefs and incorporated here, Defendants oppose any extension of the temporary restraining order.

Respectfully Submitted,

PAMELA J. BONDI
U.S. Attorney General

TODD BLANCHE
Deputy Attorney General

EMIL BOVE
Principal Associate Deputy
Attorney General

CHAD MIZELLE
Acting Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

*/s/ Drew C. Ensign*
DREW C. ENSIGN
Deputy Assistant Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC 20001
Tel: (202) 514-2000
Email: drew.c.ensign@usdoj.gov

AUGUST FLENTJE
*Acting Director*
U.S. Department of Justice,
Office of Immigration Litigation

EREZ REUVENI
Assistant Director

BRIAN C. WARD
Acting Assistant Director

PATRICK GLEN
Senior Litigation Counsel

*Counsel for Defendants*