## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Defendants*.

Case No: 1:25-cv-00766-JEB

### INDEX OF EXHIBITS
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

A.    Declaration of Rebecca Hanson

B.    Declaration of Andrés Antillano

C.    Supplemental Declaration of J.G.G.

D.    Supplemental Declaration of Grace Carney (for G.F.F.)

E.    Supplemental Declaration of Karyn Ann Shealy (for J.G.O.)

F.    Supplemental Declaration of Molly Lauterback (for W.G.H.)

G.    Supplemental Declaration of Melissa Smyth (for J.A.V.)

H.    Declaration of Paulina Reyes

I.    Declaration of Abigail Beckman

J.    Declaration of Steven Dudley

K.    Declaration of Linette Tobin

L.    Declaration of Austin Thierry

M.    Declaration of Osvaldo Caro-Cruz

1

N.    Declaration of Katherine Kim

O.    Declaration of A.V.S.O.

P.    Declaration of M.Y.O.R.

Q.    Declaration of M.A.A.

R.    Declaration of Y.R.R.

S.    Declaration of Oscar Sarabia Roman