# EXHIBIT C

**SUPPLEMENTAL DECLARATION OF J.G.G.**

I, J.G.G., declare:

1. I was born in Barcelona, Anzoategui, Venezuela, on August 12, 1994. I am currently detained at the El Valle Detention Facility in Raymondville, Texas. I am one of the named Plaintiffs in this case.

2. On March 14, 2025, at approximately 3am, I was awakened and was told that I was going to be transferred elsewhere. The guards told me to grab all my things because I was going to be taken immediately. I asked the guards where they were taking me, but they said that they did not know, and they refused to give me more information.

3. Soon after, they told me that the plane that I was supposed to get on malfunctioned and that I would be taken elsewhere either at night on March 14, 2025, or in the morning on March 15, 2025.

4. Since we were never told where we were being taken to, we all had to make guesses about where we were being taken. Some of the detainees and I thought we were going to Venezuela, others thought we were going to another part of the USA.

4. I was never told that I was being deported because I was being classified as an Alien Enemy. I was never given a paper to that effect. I never knew that I was supposed to be deported until I got to the airport. The other detainees and I were just given a vest that said Port Isabel on it. Port Isabel is another detention facility in Texas. I was never told that the plane that I boarded was going to El Salvador.

5. I only found out that the planes went to El Salvador because we saw it in the news after I got back to the detention center. In the detention center we have not been told by officials anything about where the flights went or why people were taken to El Salvador.

I, J.G.G., swear under penalty of perjury that the forgoing declaration was read back to me in Spanish, and that it is true and correct to the best of my knowledge and recollection.

_____     03/27/2025
J.G.G.                                                      Date


I, John Cardenas, swear under penalty of perjury that I am fluent in the English and Spanish languages, that I read the foregoing declaration to J.G.G. in Spanish, and that he agreed with its contents.

_____     03/27/2025
Name:                                                      Date