# EXHIBIT G

## DECLARATION OF MELISSA SMYTH

I, Melissa Smyth, declare:

1. I am a Staff Attorney in the Immigration Practice at Brooklyn Defender Services, and I represent J.A.V. in his removal proceedings.

2. This is a supplemental declaration; J.A.V. submitted one dated March 14, 2025; and I submitted one on March 19, 2025.

3. At no point in DHS's attempts to remove J.A.V.—neither on March 14 when ICE prepared to put him on a plane, only for the flight to be grounded, nor on March 15 when he was taken to a plane—was J.A.V. told where he was being taken or on what basis.

4. For both of those attempts to remove him, officials only told J.A.V. he would be transferred to another place.

5. J.A.V. was never told in any manner by any officials that his attempted transfer was happening because he was accused of being in Tren de Aragua, nor did any official ever mention the Alien Enemies Act as the basis to remove him.

6. Nor was I, as his lawyer, ever given any notice that the Alien Enemies Act was being used against J.A.V.

7. J.A.V. has consistently denied any involvement with Tren de Aragua. On February 27, 2025, when ICE detained J.A.V. at his asylum interview and interrogated him, ICE suggested that it was concerned about a tattoo design on his arm that includes flowers and a clock, and a tattoo on his chest that includes a crown. J.A.V. denied that any of his tattoos were connected to Tren de Aragua. He chose the design with the flowers and clock for his arm tattoo from among a tattoo artist's pre-drawn designs because he liked the style and size of the design. The crown tattoo is accompanied by the name of a saint and is meant to symbolize royalty.

I, Melissa Smyth, swear under penalty of perjury that the forgoing declaration is true and correct to the best of my knowledge and recollection.

_Melissa Smyth_ _____          03/28/2025_____

Name: Melissa Smyth

1