IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Case No: 1:25-cv-00766-JEB |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, and any opposition, reply, and further pleadings and argument thereto:

Having determined that Plaintiffs are likely to succeed on the merits of their clams that the Alien Enemies Act, 50 U.S.C. § 21 *et seq.*, does not authorize Defendants to summarily remove them from the United States; that they have suffered violations of their rights under the Administrative Procedure Act, the Immigration and Nationality Act, statutes providing protection for those seeking humanitarian relief, and due process; that Plaintiffs will suffer irreparable injury in the absence of injunctive relief; and that the balance of hardships and public interest favor a preliminary injunction, it is, therefore,

ORDERED that Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED; and that Defendants-Respondents ("Defendants"), their agents, representatives, and all persons or entities acting in concert with them are hereby:

1. ORDERED, pending further order of this Court, not to remove Plaintiffs, or any

1

members of the provisional class, from the United States pursuant to the Alien Enemies Act and any rules implementing the President's Proclamation dated March 15, 2025, invoking the Act.

It is further ORDERED that Plaintiffs shall not be required to furnish security for costs. Entered on _____, 2025 at _____ a.m./p.m.

_____
The Honorable Chief Judge James E. Boasberg

3