AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| J.G.G., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00766 |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                                                          .

Date:        03/31/2025

/s/ Cecillia D. Wang
*Attorney's signature*

Cecillia D. Wang (D.D.C. Bar No. CA00042)
*Printed name and bar number*

American Civil Liberties Union Foundation
425 California Street, Suite 700
San Francisco, CA 94104
*Address*

cwang@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

*FAX number*