UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.G.G., *et al.*, | ) |
| | ) Civil Action No. 1:25-cv-00766 |
| Plaintiffs-Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) |
| | ) |
| Defendants-Respondents. | ) |

**NOTICE REGARDING SUPREME COURT DECISION**

Defendants respectfully provide notice of the decision of the Supreme Court issued today in *Trump v. J.G.G.*, 604 U.S.——, No. 24A931, vacating this Court's temporary restraining orders. As the Supreme Court made clear, Plaintiffs' claims must be brought through a petition for a writ of habeas corpus in the respective districts of each individual Plaintiff's confinement. *See* Slip Op. at 2-3 ("The detainees are confined in Texas, so venue is improper in the District of Columbia."). This Court therefore lacked authority to enter and extend the temporary restraining orders. *See id.* at 4 ("The March 15, 2025 minute orders granting a temporary restraining order and March 28, 2025 extension of the United States District Court for the District of Columbia, case No. 1:25-cv-766, are vacated.").

Based on the Supreme Court's decision, Plaintiffs' motion for a preliminary injunction should be denied, and this case should be dismissed for lack of jurisdiction. Furthermore, the Supreme Court's decision eliminates the basis for this Court's order to show cause, which should therefore be dissolved as well.

1

        Respectfully Submitted,

        PAMELA J. BONDI
        U.S. Attorney General

        TODD BLANCHE
        Deputy Attorney General

        EMIL BOVE
        Principal Associate Deputy
        Attorney General

        CHAD MIZELLE
        Acting Associate Attorney General

        YAAKOV M. ROTH
        Acting Assistant Attorney General

        <u>s/Drew C. Ensign</u>
        DREW C. ENSIGN
        Deputy Assistant Attorney General
        950 Pennsylvania Avenue
        Washington, DC 20530
        Phone: (202) 514-2000
        Email: drew.c.ensign@usdoj.gov