AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| J.G.G. et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766-JEB |
| TRUMP, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TRUMP, et al                              .

Date:   04/16/2025

/s/ Ernesto H. Molina
*Attorney's signature*

Ernesto H. Molina (CA181304)
*Printed name and bar number*

Po BOX 878
Ben Franklin Station
Washington, DC 20044
*Address*

Ernesto.H.Molina@usdoj.gov
*E-mail address*

(202) 616-9344
*Telephone number*

*FAX number*