UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    No. 1:25-cv-00766-JEB |
| | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEAL

Defendants hereby appeal from the Court's Order and Memorandum Opinion entered April 16, 2025 (ECF Nos. 80 & 81) in the above-captioned case to the United States Court of Appeals for the District of Columbia Circuit.

    Respectfully submitted,

    YAAKOV M. ROTH
    Acting Assistant Attorney General
    Civil Division

    DREW ENSIGN
    Deputy Assistant Attorney General

    By: *s/ Ernesto H. Molina, Jr.*
    Ernesto H. Molina, Jr.
    Deputy Director
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation--
       General Litigation and Appeals Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 616-9344
    ATTORNEYS FOR DEFENDANTS

    Dated: April 16, 2026

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants. There are no unregistered participants.

<u>s/ Ernesto H. Molina, Jr.</u>
ERNESTO H. MOLINA, JR.
Deputy Director
