IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Case No: 1:25-cv-00766-JEB |

## **[PROPOSED] TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order regarding notice to class members, filed April 16, 2025, along with Plaintiffs' Motion for Class Certification, ECF No. 4, and any opposition, reply, and further pleadings and argument thereto:

It is hereby ORDERED that Plaintiffs' motion is GRANTED as to a provisionally certified class consisting of all noncitizens who were, are, or will be subject to the Alien Enemies Act ("AEA") Proclamation and/or its implementation. This provisional class includes any noncitizen in the United States whom the government designates, has designated, or intends to designate as an "alien enemy" under the Proclamation.

The specific requirements of this temporary restraining order are as follows. Defendants, their agents, representatives, and all persons or entities acting in concert with them, are hereby:

1. ORDERED, pending further order of this Court, to provide notice to each class member that they have been designated as an "alien enemy" under the Alien Enemies Act **at least 30 days prior to any attempt to remove that class member from the United States under the AEA**. The notice must be in both English and Spanish, and

   must clearly state that the class member has the right to contact an attorney and to challenge their designation and removal in court. For each class member, this notice must be provided to the class member, class counsel in this case, and the class member's immigration attorney of record, if they have one; and

2. ORDERED to facilitate each class member's ability to communicate with family members and counsel, by providing regular access to confidential phone calls, and to in-person meetings if an attorney requests it.

It is further ORDERED that Plaintiffs shall not be required to furnish security for costs.

Entered on _____, 2025, at _____ a.m./p.m.

_____
United States District Judge