UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.G.G.,** *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:25-cv-00766-JEB |
| | ) |
| **DONALD J. TRUMP,** *et al.,* | ) |
| | ) |
| Defendants. | ) |

**EMERGENCY MOTION FOR A STAY PENDING APPEAL**

For the reasons stated in the attached "Emergency Motion for a Stay Pending Appeal, or in the Alternative, a Writ of Mandamus," filed with the United States Court of Appeals for the District of Columbia Circuit on April 17, 2025, Defendants hereby request a stay of the Court's Order dated April 16, 2025, [Docket Entry 80] and the Memorandum Opinion entered on April 16, 2025 [Docket Entry 81] pending further review by the Court of Appeals. On April 17, 2025, undersigned counsel contacted Lee Gelernt, counsel for Plaintiffs, who expressed opposition to the motion on behalf of the Plaintiffs.

Respectfully submitted,

| | |
|---|---|
| YAAKOV M. ROTH | By: *s/ Ernesto H. Molina, Jr.* |
| Acting Assistant Attorney General | ERNESTO H. MOLINA, JR. |
| Civil Division | Deputy Director |
| | United States Department of Justice |
| DREW C. ENSIGN | Civil Division |
| Deputy Assistant Attorney General | Office Of Immigration Litigation – |
| | General Litigation and Appeals Section |
| | P.O. Box 878, Ben Franklin Station |
| | Washington, DC  20044 |
| | Tel: 202-616-9344 |
| | ATTORNEYS FOR DEFENDANTS |

Dated:  April 17, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants. There are no unregistered participants.

<u>s/</u> Ernesto H. Molina, Jr.
ERNESTO H. MOLINA, JR.
Deputy Director
