UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.G.G.,** *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:25-cv-00766-JEB |
| | ) |
| **DONALD J. TRUMP,** *et al.,* | ) |
| | ) |
| Defendants. | ) |

**CORRECTED EMERGENCY MOTION FOR A STAY PENDING APPEAL**

For the reasons stated in the attached "Emergency Motion for a Stay Pending Appeal, or in the Alternative, a Writ of Mandamus," filed with the United States Court of Appeals for the District of Columbia Circuit on April 18, 2025, Defendants hereby request a stay of the Court's Order dated April 16, 2025, [Docket Entry 80] and the Memorandum Opinion entered on April 16, 2025 [Docket Entry 81] pending further review by the Court of Appeals. On April 17, 2025, undersigned counsel contacted Lee Gelernt, counsel for Plaintiffs, who expressed opposition to the motion on behalf of the Plaintiffs.

Respectfully submitted,

YAAKOV M. ROTH

Acting Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

By: *s/ Ernesto H. Molina, Jr.*

ERNESTO H. MOLINA, JR.
Deputy Director
United States Department of Justice
Civil Division
Office Of Immigration Litigation –
    General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC  20044
Tel: 202-616-9344
ATTORNEYS FOR DEFENDANTS

Dated:  April 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants.  There are no unregistered participants.

*s/* Ernesto H. Molina, Jr.
ERNESTO H. MOLINA, JR.
Deputy Director
