# NOTICE AND WARRANT OF APPREHENSION AND REMOVAL UNDER THE ALIEN ENEMIES ACT

A-File No: ▮▮▮▮▮▮▮▮

In the Matter of: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date: 4/16/2025

Date of Birth: ▮▮▮▮/991   Sex: Male ✓   Female

## Warrant of Apprehension and Removal

**To any authorized law enforcement officer:**

The President has found that Tren de Aragua is perpetrating, attempting, or threatening an invasion or predatory incursion against the territory of the United States, and that Tren de Aragua members are thus Alien Enemies removable under Title 50, United States Code, Section 21.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ has been determined to be: (1) at least fourteen years of age; (2) not a citizen or lawful permanent resident of the United States; (3) a citizen of Venezuela; and (4) a member of Tren de Aragua. Accordingly, he or she has been determined to be an Alien Enemy and, under Title 50, United States Code, Section 21, he or she shall be apprehended, restrained, and removed from the United States pursuant to this Warrant of Apprehension and Removal.

Signature of Supervisory Officer: _[signature]_

Title of Officer: (A) FOD    Date: 4-18-2025

## Notice to Alien Enemy

I am a law enforcement officer authorized to apprehend, restrain, and remove Alien Enemies. You have been determined to be at least fourteen years of age; not a citizen or lawful permanent resident of the United States; a citizen of Venezuela; and a member of Tren de Aragua. Accordingly, under the Alien Enemies Act, you have been determined to be an Alien Enemy subject to apprehension, restraint, and removal from the United States. Until you are removed from the United States, you will be detained under Title 50, United States Code, Section 21. Any statement you make now or while you are in custody may be used against you in any administrative or criminal proceeding. This is not a removal under the Immigration and Nationality Act. If you desire to make a phone call, you will be permitted to do so.

After being removed from the United States, you must request and obtain permission from the Secretary of Homeland Security to enter or attempt to enter the United States at any time. Should you enter or attempt to enter the United States without receiving such permission, you will be subject to immediate removal and may be subject to criminal prosecution and imprisonment.

Signature of alien: **REFUSED TO SIGN**   Date: _____

## CERTIFICATE OF SERVICE

I personally served a copy of this Notice and Warrant upon the above-named person on _____ and ensured it was read to this person in a language he or she understands. (Date)

Name of officer/agent: _____   Signature of officer/agent: _[signature]_

Form AEA-_