# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*, <br><br><br> Plaintiffs, <br><br><br> v. <br><br><br> Donald J. Trump, *et al.* <br><br><br> Defendants. | Case No. 1:25-cv-766-JEB |

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* JOHN W. KEKER, ROBERT A. VAN NEST, ELLIOT R. PETERS, AND LAURIE CARR MIMS IN SUPPORT OF THE PLAINTIFFS

Pursuant to LCvR 7(o), undersigned counsel moves the Court for an order granting leave to file the accompanying proposed brief of amici curiae in support of the plaintiffs.

## MOVANTS' INTEREST

Amici curiae are name partners and experienced litigators in the San Francisco law firm of Keker, Van Nest & Peters LLP. The Keker firm has taken a strong public stance in support of law firms and lawyers that stand up to the President's unlawful orders and in support of courts that refuse to allow the President to rule by fiat.[1] Like many lawyers and legal observers, amici have become concerned by the Administration's increasing tendency to ignore or evade court orders, up to and including a recent unanimous order of the United States Supreme Court.[2] Amici also are concerned that courts may "pull their punches" when considering sanctions, including contempt, out of a self-protective instinct not to take on battles that they cannot win. Drawing on many decades of high-level litigation experience coupled with recent research into the problem of executive defiance of judicial orders, amici write to suggest that courts are far from impotent in the face of such defiance and that there are multiple legal avenues that courts may pursue in order to compel compliance with their orders.

---

[1] *See* John W. Keker, Robert A. Van Nest & Elliot R. Peters, *Our Law Firm Won't Cave to Trump. Who Will Join Us?* N.Y. TIMES (Mar. 30, 2025), https://www.nytimes.com/2025/03/30/opinion/perkins-coie-trump.html.

[2] *See* Order on Application to Vacate Injunction Entered by the United States District Court for the District of Maryland, *Noem v. Abrego Garcia*, No. 24A949 (U.S. Apr. 10, 2025) (ordering unanimously that the Government must "'facilitate' plaintiff Abrego Garcia's release from custody in El Salvador and ensure that his case is handled as it would have been had he not been improperly sent to El Salvador"); Stephen I. Vladeck, *What the Courts Can Still do to Constrain Trump*, THE ATLANTIC (April 15, 2025) ("[T]he Administration's foot-dragging before Judge Paula Xinis [in the *Abrego Garcia* case] has been unquestionably inconsistent with the spirit of the [Supreme] Court's ruling") (emphasis omitted).

**PARTIES SUPPORTED**

The proposed brief supports the plaintiffs.

**REASONS WHY AN AMICI BRIEF IS DESIRABLE, THE MOVANT'S POSITION IS NOT ADEQUATELY REPRESENTED BY A PARTY, AND THE MATTERS ASSERTED ARE RELEVANT TO CASE DISPOSITION**

The proposed amici curiae brief is desirable because amici have drawn upon their litigation expertise and extensive research to determine and develop options that district courts may pursue to compel executive officials to comply with judicial orders. Amici are not aware of any article or any brief filed in this case or elsewhere that has laid out those options as comprehensively as the proposed brief does. Amici believe that the Court will find their research and analysis relevant when considering contempt sanctions for the Government's conduct in this case, especially if and when the Attorney General illegally orders the U.S. Marshals Service not to enforce the Court's contempt rulings.

**POSITION OF THE PARTIES AS TO FILING OF THE BRIEF**

The parties have stated that they take no position regarding the filing of the proposed amici brief.

Respectfully submitted,

Dated:  April 18, 2025

By:     */s/ Steven A. Hirsch*

STEVEN A. HIRSCH
(D.C. Bar No. 418647)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  415-391-5400
shirsch@keker.com

Counsel of Record for Amici Curiae
John W. Keker, Robert A. Van Nest, Elliot
R. Peters, and Laurie Carr Mims

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2025, the foregoing document and all attachments were filed with the Clerk of the Court, using the CM/ECF system, causing them to be served on all parties.

Dated:  April 18, 2025                              _/s/ Steven A. Hirsch_____
                                                    STEVEN A. HIRSCH