IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Donald J. Trump, *et al.*<br><br>  Defendants. | Case No. 1:25-cv-766-JEB |

**Proposed Order Granting Motion for Leave to File Brief of *Amici Curiae* John W. Keker, Robert A. Van Nest, Elliot R. Peters, and Laurie Carr Mims in Support of the Plaintiffs**

1

2

The Court hereby GRANTS the Motion for Leave to File Brief of *Amici Curiae* John W. Keker, Robert A. Van Nest, Elliot R. Peters, and Laurie Carr Mims in Support of the Plaintiffs.

Dated: April __, 2025

_____
Honorable James E. Boasberg, Chief Judge