IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*, | ) No. 1:25-cv-766-JEB |
| *Plaintiffs*, | ) Hon. James Boasberg, U.S.D.J. |
| v. | ) |
| Donald J. Trump, *et al.*, | ) |
| *Defendants*. | ) |

**MOTION OF PUTATIVE AMICUS CURIAE COOLIDGE-REAGAN
FOUNDATION FOR LEAVE TO FILE AMICUS BRIEF**

Pursuant to D.C. District Court Local Civil Rule 7(o), Putative Amicus Coolidge-Reagan Foundation respectfully moves this Court for leave to file the attached amicus brief in opposition to contempt sanctions for Defendants and the issuance of any further interim relief pursuant to Plaintiffs' pending motions.

Pursuant to D.C. LCvR 7(o)(2), Putative Amicus Curiae Coolidge-Reagan Foundation ("CRF") declares it is a 501(c)(3) nonprofit corporation formed in Commonwealth of Virginia with offices in the District of Columbia. It is devoted to promoting fundamental First Amendment principles of freedom of expression, as well as free and fair elections and the constitutional right to vote. CRF seeks to file this amicus brief to aid the Court in properly defining the scope of the Temporary Restraining Orders at issue in this case. More importantly, it seeks to place Defendants' challenged conduct in greater context. The brief explains it is untenable to our system of Justice for courts to protect Democratic administrations to allow and even facilitate the admission of millions of illegal aliens and spurious asylees into the country through systematic failure to enforce immigration laws, thereby changing the apportionment of both House seats and Electoral College

1

votes, while simultaneously imposing searching scrutiny upon Republican administrations who attempt to undo this lawless damage to our nation and demand rigorous individualized examination of illegal aliens who allegedly also belong to foreign gangs and terrorist organizations.

The proposed brief supports the Defendants. It provides this Court with both pertinent authorities concerning the proper interpretive approach for injunctions, as well as greater context in which to consider the issues in this case. The Department of Justice, as a governmental entity, is not well suited to presenting the partisan political implications of this Court's rulings on our nation's political and electoral systems. The brief will aid this Court in deciding whether to hold Defendants in contempt and issue further interim relief.

The parties have not yet consented to the filing of this brief. In light of the rapidly changing circumstances of this case, Putative Amicus has sought to file it as quickly as possible and has emailed the Parties for consent. Pursuant to D.C. LCvR 7.2(o)(4), the brief confirms with the requirements of Rule 5.4 and does not exceed 25 pages. Pursuant to D.C. LCvR 7.2(o)(5), it complies with the requirements set forth in FRAP 29(a)(4).

The proposed brief and a proposed order are attached.

                                             Respectfully submitted,

                                             /s/ Dan Backer
                                            Dan Backer, Esq., Bar # 996641
                                            Chalmers, Adams, Backer & Kaufman LLC
                                            10521 Judicial Drive, Suite 200-A
                                            Fairfax, VA 22030
                                            Tel: (202) 210-5431
                                            dbacker@ChalmersAdams.com

                                            *Counsel for Putative Amicus*
                                            *Coolidge Reagan Foundation*