IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| J.G.G., *et al.*, | ) | No. 1:25-cv-766-JEB |
|  | ) |  |
| *Plaintiffs*, | ) | Hon. James Boasberg, U.S.D.J. |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Donald J. Trump, *et al.*, | ) |  |
|  | ) |  |
| *Defendants*. | ) |  |
|  | ) |  |

**[PROPOSED] ORDER GRANTING MOTION OF PUTATIVE AMICUS CURIAE COOLIDGE-REAGAN FOUNDATION FOR LEAVE TO FILE AMICUS BRIEF**

Having considered Putative Amicus Curiae Coolidge-Reagan Foundation's ("CRF") Motion for Leave to file an Amicus Brief, any opposition, and for good cause shown, it is hereby:

ORDERED that Putative Amicus Curiae's Motion is GRANTED;

FURTHER ORDERED that the proposed Amicus Brief submitted by CRF shall be deemed FILED;

FURTHER ORDERED that the proposed Amicus Brief shall be ENTERED into the docket; and

FURTHER ORDERED that Putative Amicus CRF shall be deemed an AMICUS in this case and may file amicus briefs regarding subsequent substantial motions in this case when they would be helpful to the Court.

SO ORDERED.

_____