AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| J.G.G., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00766-JEB |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.G.G., G.F.F., J.G.O., W.G.H., and J.A.V.                                            .

Date:    04/24/2025

/s/ Brian Netter
*Attorney's signature*

Brian Netter (DC Bar # 979362)
*Printed name and bar number*
P.O. Box 34553
Washington, DC 20043

*Address*

bnetter@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*

**Print**        **Save As...**                    **Reset**