# EXHIBIT G

**DECLARATION OF D.A.R.H.**

I, D.A.R.H., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am 65 years old and currently reside in Capacho Nuevo, Tachira, Venezuela. I am the mother of Andry Jose Hernandez Romero, a 31-year-old Venezuelan citizen. Andry has always been close to his father and me. He lived in our home until he moved out to pursue a career as a professional make-up artist. Even then, he stayed in constant communication with us and would often visit us. When he decided to leave Venezuela to seek protection in the U.S., he stayed in communication with me throughout his journey to let me know about his location and that he was safe.

2. I am submitting this declaration because I am deeply worried about my son's safety. Andry was in the middle of seeking asylum in the United States when he was taken without warning, sent to another country, and cut off from everyone. I am doing everything I can to find him and support him. I have been in contact with international human rights groups to help find him. I have also stayed in contact with his immigration attorney, Paulina Reyes, to get updates on his case and to ensure she has all the information necessary to continue his case. Since he is now unable to speak for himself or advocate for his rights, I wish to do so on his behalf.

3. Andry is a kind, humble, hardworking person. He is openly gay and worked in Venezuela as a makeup artist at a government-affiliated television station. He was targeted for both his sexual orientation and his refusal to promote government propaganda. He told me that his supervisors pressured him to post content supporting the Maduro regime and threatened him when he wouldn't comply. Around the same time, he said armed men connected to the government, called *colectivos*, started following him and threatening him too.

4. In fear for his life, Andry quit his job, went into hiding, and then left Venezuela in May 2024. He told me he used the CBP One app to present himself at the San Ysidro Port of Entry in August 2024, where he was taken into immigration custody. Later, he said he was transferred to a detention center in California.

5. Andry passed a credible fear interview and was placed into full immigration court proceedings. He told me he had found a lawyer who was helping him apply for asylum, withholding of removal, and CAT protection and submit evidence in support of his case. I stayed in regular contact with him and supported him as best as I could from here. I helped gather documents that the lawyer needed for his case and gave them to a friend of his who would send copies over e-mail.

6. One day, he told me that the U.S. government was accusing him of being part of a gang called *Tren de Aragua*. This is completely false. Andry has never been involved in any gang. He has no criminal record.

7. The only "evidence" I am aware of is that he has two tattoos, crowns next to the words "Mom" and "Dad." These have nothing to do with a gang. In our hometown, there is a cultural festival for the Three Wise Men that happens every year in early January, and Andry has participated in it since he was a seven-year-old child. He got those tattoos several years ago as a way of honoring the festival and theatre troupe "Fundacion Reyes Magos de Capacho" (Wise Men Foundation of Capacho) that acted in the festival. Most of the members of that theatre troupe also have crown tattoos and like to promote this event. He also worked with beauty pageants and often posted photos with pageant crowns as props. This is who he is—an artist, not a criminal.

8. In early March 2025, Andry was moved from California to a different detention center in Texas. The last time I heard from Andry was on March 14, 2025. Andry called to tell me that he was going to be transferred to another location because they told him that he was going to be sent to Venezuela.

9.

10. After that, no one knew where he was. His lawyer tried to find him. She asked the detention center, ICE, and the government attorney handling his court case. For days, no one gave any information. Then, on March 17, during a scheduled immigration hearing, the government attorney said Andry was "no longer in ICE custody" and had been removed from the United States to El Salvador. We confirmed it when his name appeared in a news report listing Venezuelans deported to El Salvador.

11. I have not heard from Andry since then. His lawyer has also said there is no way for her to speak with him or for him to appear at his next hearing. It is like he disappeared. On April 24, 2025, Andry's immigration attorney, Paulina Reyes, informed me that she called ICE's Enforcement and Removal Operations Detention, Reporting and Information Line (DRIL) at 1-888-351-4024 to request information about my son, who is detained at CECOT, and to speak with him. ICE did not have any information about his current location, they were only able to confirm that he was removed from the country.

12. I am terrified for my son's safety. I have read about the prison in El Salvador, where the government is sending people without a hearing. I do not know how he is being treated, what conditions he is in, or even if he is alive. As a gay man and someone falsely accused of gang activity, I fear that he is in danger every day. A photojournalist published photos about people who were sent to CECOT, and we were able to confirm that Andry was there and was being mistreated by the guards and begging for his release.

13. Andry had a future in the United States. He had filed for asylum and never had the chance to defend himself in court or to respond to the false accusations against him. He was in the middle of a legal process that had not finished. No judge ever ordered him removed.

14. As his mother, I am devoted to Andry's best interests. I have known him every day of his life. I supported him before and after he fled Venezuela, and throughout his time in the United States. I have continued to do everything I can to support him since his removal — including speaking with his lawyer and trying to find any information about where he

is. I want to make sure that his voice is not lost just because he has been taken from the country. I want to speak for him until he is able to speak for himself again.

15. I believe it is in Andry's best interest to be allowed to participate as a named petitioner in this case. I know that he would want to challenge his removal under the Alien Enemies Act. He was never given the chance to defend himself before being taken away, and I know he would want the opportunity to clear his name and continue his legal case in the United States.

16. I respectfully ask that my son be allowed to return to the United States so that he can pursue his asylum claim, be reunited with his attorney, and have a real opportunity to seek the protection he came to the United States for.

Executed this 22 day of April, 2025, in Tachira, Venezuela.



Mother of Andry Jose Hernandez Romero