# EXHIBIT H

## DECLARATION OF M.Z.V.V.

I, M.Z.V.V., declare under penalty of perjury as follows:

1.  My name is M.Z.V.V. I am a citizen and resident of Venezuela. I am the mother of
    J.A.B.V., a 24-year-old Venezuelan national.

2.  J.A.B.V. is my youngest son, and we have always been very close. He is affectionate,
    caring, and kind. I raised him since birth, and we lived together until he left Venezuela.
    We have had a strong, supportive relationship throughout his life. I helped pay for all his
    daily expense when he was in Venezuela. I am extremely worried for his safety, and I
    have had difficulty sleeping or eating since I learned that he had been deported to El
    Salvador. Not knowing what has happened to him has caused me immense distress.

3.  J.A.B.V. fled Venezuela in February 2024 after being violently targeted for his political
    beliefs. He was a supporter of opposition leader Maria Corina Machado and actively
    participated in campaign activities. In January 2024, while distributing campaign
    materials, he was abducted by masked men in a black SUV, beaten, and told he would be
    killed if he campaigned again. J.A.B.V. told me his captors threatened him, stating,
    "Today we spare your life, but if you campaign again, there will be no forgiveness next
    time." He was then held for several days at the Los Proceres police center, where he was
    tortured, denied food, and threatened repeatedly. His captors repeatedly told him he was a
    "traitor to the homeland" and that if he was found again, he would be executed.

4.  After being released, J.A.B.V. fled Venezuela, traveling through Colombia and Central
    America. J.A.B.V.'s immigration attorney, Osvaldo Caro-Cruz, informed me of
    J.A.B.V.'s immigration processes and records.  J.A.B.V. entered the United States in
    August 2024 through a CBP One appointment at the San Ysidro port of entry. He passed
    a credible fear interview and filed for asylum on November 7, 2024. His immigration
    case was pending, and he did not have a final order of removal at the time of his
    deportation.

5.  J.A.B.V. remained detained in ICE custody from the moment he entered the U.S. in
    August 2024 until he was removed in March 2025. Mr. Caro-Cruz informed me that
    although J.A.B.V. passed his credible fear interview, ICE refused to release him due to
    concerns about his tattoos, which they claimed were gang-related. His Record of
    Deportable/Inadmissible Alien (Form I-213) states he had no prior criminal history in the
    US, that he was a citizen of Venezuela, and that he was fleeing the country because he
    feared for his life. The same document states: "Subject has gang-related tattoos which
    were photographed by CBPO Clesi. The tattoos are well-known tattoos that Tren de
    Aragua gang members tend to have. Subject denied being part of Tren de Aragua or any
    other gang." J.A.B.V. was never charged with any crime and never received a clear
    explanation for why he remained in custody.

6.  J.A.B.V. has several tattoos on his arm and ribcage, including a rose, a clock with my
    name and his father's name, an angel, and a crown with his son's name. These tattoos

reflect his love for his family. They are not gang-related. J.A.B.V. has never been a member of any gang, including Tren de Aragua.

7. J.A.B.V. has no criminal record in Venezuela or the United States. His I-213 immigration paperwork states that he has no criminal history. He is not a dangerous person. He is a peaceful, respectful, and hardworking young man.

8. On or around March 15, 2025, I learned that J.A.B.V. had been deported from the United States. His attorney was not notified, and neither was our family. He had an immigration court hearing scheduled for April 2025 and was still in active removal proceedings. He never had the opportunity to appear in court or present his asylum case.

9. A few days later, I saw J.A.B.V.'s name on a public list of Venezuelans who had been deported to El Salvador. I was shocked and devastated. We were never given any information by the U.S. government about where he had been sent.

10. J.A.B.V. was deported to El Salvador and is now being held at the Terrorism Confinement Center (CECOT), a prison known for inhumane conditions. I have not been able to speak with him directly since his removal. Neither I nor his attorney has received any meaningful information about his whereabouts or well-being. I am terrified for his safety.

11. On April 24, 2025, Mr. Caro-Cruz, on my behalf, called ICE's Enforcement and Removal Operations Detention, Reporting and Information Line (DRIL) at 1-888-351-4024 to request information about my son, who is detained at CECOT, and to speak with him. ICE refused to answer his questions and stated that they could not allow him or me to speak with my son.

12. J.A.B.V.'s deportation has caused me enormous pain and fear. He is my little boy, and I raised him with love and care. He should never have been sent to a foreign prison without due process or a chance to defend himself.

13. As his mother, I am committed to advocating for J.A.B.V. and representing his best interests while he remains detained and unable to speak for himself. I am willing to serve as his next friend in this case and do everything I can to support him. He is a person of integrity and deserves the chance to continue his asylum case and clear his name.

14. I believe it is in J.A.B.V.'s best interest to participate as a named petitioner in this case and to have the opportunity to challenge his removal under the Alien Enemies Act. I know he would want to return to the United States to pursue his asylum claim and defend himself in court. I respectfully ask that my son be allowed to return and be reunited with his family.

Executed on April 24, 2025 in Portuguesa, Venezuela.



M.Z.V.V.

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Talia Roma, certify that I am fluent in both English and Spanish. On April 24, 2025, I personally spoke with M.Z.V.V. and read the foregoing information to her over the phone. M.Z.V.V. affirmed that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(412) 626-1379
troma@aclu.org