# EXHIBIT I

## DECLARATION OF M.Y.O.R.

I, M.Y.O.R., do hereby declare the following under penalty of perjury:

1. I am 34 years old and live in Barquisimeto, Lara State, Venezuela. I am a national of Venezuela. I am the younger sister of M.A.O.R., who is 36 years old. We have lived together for much of our lives and remain very close.

2. I believe that my brother was wrongfully accused of being a member of Tren de Aragua ("TdA") and removed to El Salvador. I saw my brother's name on a list published by news outlets of Venezuelans taken to El Salvador.

3. M.A.O.R. entered the United States around September 2024 through a CBP One appointment. He was in the process of seeking protection in the U.S. and had a hearing scheduled in immigration court on April 22, 2025. To my knowledge, he had no removal order.

4. On or about October 24, 2024, M.A.O.R. was detained by ICE during a raid at his workplace in or around Calexico, California. ICE allegedly targeted the workplace because two employees appeared in a video joking about being members of TdA. My brother and our cousin, Edwin, did not appear in the video, but both were arrested along with two other Venezuelan employees.

5. My brother has never been affiliated with any gang. He has no criminal record in any country and does not have any tattoos. I have known him my entire life and know him to be a hardworking person who devoted his time to supporting himself and our family. He had no reason to be involved in any gang activity.

6. After being detained, my brother was taken to the Imperial Regional Detention Facility in Calexico, California. While detained, immigration officials investigated and told my brother that they had determined that he was not in fact associated with TdA and had confirmed that he has no criminal history.

7. Around March 7, 2025, my brother was transferred to the Rio Grande Processing Center in Laredo, TX.

8. I last spoke with my brother on March 13, 2025. He told me he had been informed that he would be deported to Venezuela. On March 14, 2025, he spoke to a friend and told her that he and other detainees had been taken to an airplane that day, but the flight did not take off due to weather issues. He told her they had been told the deportation would be attempted again soon.

9. On March 15, 2025, I checked the ICE Detainee Locator and found that my brother no longer appeared in the system. That same day, his status on the GO Visits app showed as "liberated" for the first time since I began speaking with him through the app. I initially believed he had been deported to Venezuela. However, the next day, I saw news reports

that Venezuelan detainees had been taken to El Salvador. I was extremely worried. Eventually, a list of individuals transferred to El Salvador was made public, and my brother's name was on that list.

10. At no point did the government give my brother or his attorney a meaningful opportunity to respond to or rebut the allegation of TdA association before he was removed. Nor were we given any notice that he was being designated under the Alien Enemies Act based on that accusation.

11. My brother was sent to the CECOT prison in El Salvador, a facility widely reported to have overcrowded, abusive, and inhumane conditions. I am extremely worried about his health and safety. We have not received any communication from him since his transfer, and my family and I have no way of contacting him or confirming his well-being. We understand there is no way for him to challenge the government's allegations or seek any kind of review while he remains detained there.

12. At the time he was deported, M.A.O.R. was still in active removal proceedings and had not been ordered removed by an immigration judge. He had an upcoming immigration court hearing scheduled for April 22, 2025, but he was unable to appear because he had already been removed from the country. An attorney who works for a non-profit attended the hearing on April 22, and let me know that his court date was rescheduled for May 20, 2025.

13. On April 24, 2025, I called ICE's Enforcement and Removal Operations Detention, Reporting and Information Line (DRIL) at 1-888-351-4024 to request information about my brother, who is detained at CECOT, and to speak with him. ICE refused to directly answer my questions about his whereabouts and my request to speak with him and instead noted that he was no longer in ICE custody.

14. As his sister, I am dedicated to my brother's well-being and committed to representing him while he remains detained in a foreign prison and is unable to speak for himself. I believe it is in M.A.O.R.'s best interest to participate as a named petitioner in this case and to have the opportunity to challenge his removal under the Alien Enemies Act.

15. I respectfully ask that my brother be allowed to return to the United States to continue pursuing his asylum case and be reunited with his family.

Executed on this 24 day of April 2025

_____
M.Y.O.R.

## CERTIFICATE OF TRANSLATION

I, Talia Roma, certify that I am fluent in both English and Spanish. On April 24, 2025, I personally spoke with M.Y.O.R. and read the foregoing declaration to her, translated into Spanish faithfully and accurately, over the phone. M.Y.O.R. affirmed that she understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94609
(412) 626-1379
troma@aclu.org