# EXHIBIT K

# DECLARATION OF DORYS MENDOZA
# IN SUPPORT OF M.R.M.

I, Dorys Mendoza, declare the following:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently testify to them. I am providing this declaration in support of my son, M.R.M. ("Miguel"), who I believe is currently being held unlawfully in the CECOT prison in El Salvador.

2. Miguel was born in 1992, in Coro, Venezuela. He entered the United States in May 2023. He lived in Louisiana, worked caring for horses, and was in a committed relationship. He sent remittances to support me. He also provided consistent emotional and financial support to his two children from a prior relationship who live in Venezuela.

3. Miguel called me almost every day to update me about his life in the United States and check on me. He and I would discuss the latest developments in his children's lives. He would also update me about the life he was building with his partner. In late January 2025, Miguel's partner called me and told me that Miguel had been arrested for a traffic violation and was in immigration detention.

4. The time during which Miguel was held in immigration detention was terrible. I worried about him constantly, and I had no way to communicate with him. Thankfully, his partner served as our intermediary. They spoke daily, and she would relay messages from me to Miguel and tell me how he was doing. Miguel was given a court date to go before an immigration judge on April 8, 2025.

5. Around early March 2025, Miguel was transferred from the detention center in Louisiana to one in Texas. I heard from Miguel's partner on Friday, March 14, that he was being deported. However, he never arrived in Venezuela.

6. On Monday, March 17, news broke that 238 Venezuelans had been deported and thrown into prison in El Salvador. My heart sank. I knew that Miguel

was among those men. On Thursday, that fear was confirmed when the list of deported men was published, and Miguel's name was on it.

7.     Through the news, I came to understand that the U.S. government was accusing Miguel and all the other men of being members of the Tren de Aragua gang. This accusation is absurd. Miguel is not a gang member. He has no criminal record in the United States or anywhere else. He has always been a responsible, calm person who avoids trouble.  He is a son devoted to his family's needs, a good father, and a kind person.

8.     Miguel has a few tattoos, as do many people in Venezuela. Tattoos are quite fashionable among young Venezuelans. Miguel's tattoos include the names of his children, and a clock that shows the time of his daughter's birth. The fact that this was apparently the reason that he was labeled a gang member makes no sense to me.

9.     Every day since finding out that Miguel was wrongfully sent to El Salvador has been full of anguish. I do not know if my son is alive, or if he is hurt or sick or suffering. I am terrified that I will never see him again. Miguel's children need their father. Miguel also deserves to be treated fairly and according to the laws.

10.     On April 24th, 2025, I called ICE's Enforcement and Removal Operations Detention, Reporting and Information Line (DRIL) at 1-888-351-4024 to request information about my son, who is detained at CECOT, and to speak with him. ICE refused to answer my questions and stated that they could not allow me to speak with my son.

11.     I believe that it is in Miguel's best interest to participate as a named petitioner in this case and to have the opportunity to challenge the use of the Alien Enemies Act to remove him. I know that he would want to return to the United States so that he can defend himself in a lawful proceeding. I respectfully ask that

1  Miguel be allowed to return to the United States to challenge his detention and
2  removal.
3      12.    I declare under penalty of perjury that the foregoing is true and correct,
4  and that this declaration was executed in Colombia this 24th day of April, 2025.

*Dorys Mendoza*

Dorys Mendoza

CERTIFICATE OF INTERPRETATION AND AFFIRMATION

I, Emilia Garcia, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Dorys Mendoza in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Executed on April 24, 2025 at Loomis, California.

_____
Emilia Garcia