# EXHIBIT L

## DECLARATION OF EYLAN SCHULMAN

## ATTORNEY FOR T.C.I.

I, Eylan Schulman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. My name is Eylan Schulman. I am a criminal defense attorney and a member of the Criminal Justice Act (CJA) panels for the Southern and Eastern Districts of New York. I am a partner at the law firm Moskowitz Colson Ginsberg & Schulman.

2. I represent T.C.I. in a pending federal criminal case in the Eastern District of New York. He is a Venezuelan national who is currently detained in criminal custody in New Jersey.

3. On or around April 18, 2025, T.C.I. was served with a Notice of Apprehension under the Alien Enemies Act. He informed me that several individuals, whom he believed to be U.S. Marshals or detention staff, approached him and pressured him to sign a paper stating that he was a member of Tren de Aragua and subject to removal. He refused to sign.

4. He reported that the notice was read only in English and that, although an interpreter was on the phone, the notice was not read back to him in Spanish. He was told things like "Don't worry about it," "Just sign it," and "This is a decision by President Trump." He was not informed of where or when he would be removed.

5. T.C.I. was extremely alarmed by this notice and firmly denies membership in Tren de Aragua or any other gang.

6. T.C.I. entered the United States in September 2022 through a place of entry in Texas, where he turned himself in to authorities and was granted humanitarian parole. He was then brought to a bus station and travelled to New York City. T.C.I. was arrested in January 2024 by United States Marshals and is currently in custody awaiting resolution of federal, criminal charges. T.C.I. would be considerably harmed in his criminal case if he were removed from the United States prior to its resolution and sentence.

7. T.C.I. has several tattoos, including the names of family members. These are located on his chest and back. None of his tattoos are gang-related. He is extremely afraid of being sent back to Venezuela and being targeted.

8. T.C.I. is also afraid of being removed to El Salvador, where other Venezuelans accused of gang involvement have recently been sent. He is particularly concerned about being transferred to CECOT, a maximum-security prison that has been widely reported to have overcrowded, abusive, and inhumane conditions. He fears that, if sent there, he would face torture or even death, and be denied access to basic human rights and protections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2025, in New York, New York.

*Dylan Schulman*
Dylan Schulman, Esq.
Moskowitz Colson Ginsberg & Schulman
Counsel for T.C.I.