# EXHIBIT M

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of
FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

           v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

## DECLARATION OF OSCAR SARABIA ROMAN

I, Oscar Sarabia Roman, declare as follows:

1.  I am over eighteen years of age and am competent to make this declaration.

2.  I am a lawyer at the American Civil Liberties Union Immigrants' Rights Project. I
    represent the Petitioners and Plaintiffs in this case.

3.  Attached hereto as exhibits are true and correct copies of the following:

**Exhibit**           **Document**

1.        "Alien Enemy Validation Guide," "Verification of Removal," and first "Notice and
            Warrant of Apprehension and Removal Under the Alien Enemies Act" Transcription.

2.        Second "Notice and Warrant of Apprehension and Removal Under the Aline Enemies
            Act."

1

3.   Dep't of Homeland Sec., Homeland Sec. Investigations, Assessment Report of Analysis (HSI-CHI-24-455).

4.   Dep't of Homeland Sec., U.S. Border Patrol, Situational Awareness: TDA Gang Recognition Indicators (Oct. 2, 2023).

5.   Matthew Lee & Regina Garcia Cano, *US Prepares to Deport about 300 Alleged Gang Members to El Salvador*, AP News (Mar. 15, 2025), *available at* https://apnews.com/article/trump-deportations-salvador-tren-aragua-64e72142a171ea57c869c3b35eeecce7.

6.   Antonio Pequeno, *Sen. Van Hollen Says Trump Administration Made $15 Million Deal with El Salvador to Imprison Deportees Including Abrego Garcia*, Forbes (Apr. 18, 2025), *available at* https://www.forbes.com/sites/antoniopequenoiv/2025/04/18/sen-van-hollen-says-trump-administration-made-15-million-deal-with-el-salvador-to-imprison-deportees-including-abrego-garcia/.

7.   Louis Casiano, *US Paid El Salvador to Take Venezuelan Tren de Aragua Members: 'Pennies on the Dollar,' White House Says*, Fox News (Mar. 17, 2025), *available at* https://www.foxnews.com/politics/us-paid-el-salvador-take-venezuelan-tren-de-aragua-members-pennies-dollar-white-house-says.

8.   Marco Rubio (@SecRubio), X (Mar. 16, 2025, 7:59 AM), https://x.com/SecRubio/status/1901241933302825470.

9.   Nayib Bukele (@nayibbukele), X (Apr. 4, 2025, 10:23 AM), https://x.com/nayibbukele/status/1901245427216978290

10.  U.S. Dep't of Homeland Sec., How It's Going, DHS, https://www.dhs.gov/medialibrary/assets/video/59108 (last visited Apr. 23, 2025).

11.  Nayib Bukele (@nayibbukele), X (Feb. 3, 2025, 6:44 PM), https://x.com/nayibbukele/status/1886606794614587573.

12.  Marco Rubio (@SecRubio), X (Mar. 19, 2025, 12:31 PM), https://x.com/SecRubio6/status/1902442726525739445.

13.  Mary Beth Sheridan and Maria Sacchetti, *Noem Threatens to Send More Immigrants to El Salvador Prison*, Wash. Post (Mar. 26, 2025), *available at* https://www.washingtonpost.com/world/2025/03/26/el-salvador-noem-cecot-venezuelans/.

14.  Donald J. Trump (@realDonaldTrump), Truth Social (Mar. 31, 2025, 11:09 AM), https://truthsocial.com/@realDonaldTrump/posts/114258384664012595.

15. Donald J. Trump (@realDonaldTrump), Truth Social (Mar. 16, 2025, 12:54 PM), https://truthsocial.com/@realDonaldTrump/posts/114173862724361939.

16. Donald J. Trump (@realDonaldTrump), Truth Social (Mar. 18, 2025, 6:05 AM), https://truthsocial.com/@realDonaldTrump/posts/114183576937425149.

17. *President Trump Delivers Justice to Terrorists, Security for Americans*, White House (Mar. 17, 2025), *available at* https://www.whitehouse.gov/articles/2025/03/president-trump-delivers-justice-for-terrorists-security-for-americans/.

18. Charlie Savage & Julian E. Barnes, *Intelligence Assessment Said to Contradict Trump on Venezuelan Gang,* The New York Times (Mar. 22, 2025), *available at* https://www.nytimes.com/2025/03/20/us/politics/intelligence-trump-venezuelan-gang-alien-enemies.html.

19. Kristi Noem, (@Sec_Noem), X (Mar. 26, 2025, 4:08 PM), *available at* https://x.com/Sec_Noem/status/1905034256826408982.

20. Nayib Bukele, X.com, (Mar. 16, 2025, 5:13AM ET), *available at* https://x.com/nayibbukele/status/1901245427216978290.

21. "Border Czar" Tom Homan on President Trump Invoking Alien Enemies Act, C-SPAN (Mar. 17, 2025), *available at* https://www.c-span.org/program/white-house-event/border-czar-tom-homan-on-president-trump-invoking-alien-enemies-act/657338.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 24th of April, 2025, in San Francisco, California.

_____
Oscar Sarabia Roman

# EXHIBIT 1

**ALIEN ENEMIES ACT:**
**ALIEN ENEMY VALIDATION GUIDE**

In the case of: _____ A-File No:_____

1. The person named above is fourteen years or older: ☐
2. The person named above is not a citizen or lawful permanent resident of the United
   States: ☐
3. The person named above is a citizen of Venezuela: ☐

*If any of these three requirements are not satisfied, the person named above shall not be ordered removed under the Alien Enemies Act (AEA). In such a case, you should consult your supervisor and the Office of the Principal Legal Advisor (OPLA), U.S. Immigration and Customs Enforcement, and, where applicable, initiate removal proceedings under the Immigration and Nationality Act (INA).*

4. The person named above is validated as a member of Tren de Aragua (TDA), as
   determined by reference to the following evaluation form:

*Instructions: Complete the following validation evaluation form for each suspected alien targeted for removal under the AEA, or, following apprehension, for each alien potentially subject to an AEA removal.*

*After accounting for the two comments below, aliens scoring 8 points and higher are validated as members of TDA; you should proceed with issuing Form AEA-21B, titled, "Notice and Warrant of Apprehension and Removal under the Alien Enemies Act." Aliens scoring 6 or 7 points may be validated as members of TDA; you should consult with a supervisor and OPLA, reviewing the totality of the facts, before making that determination; if you determine an alien should not be validated at this time as a member of TDA, when available, you should initiate removal proceedings under the INA. Alien scoring 5 points or less should not be validated at this time as member of TDA; when available, you should initiate removal proceedings under the INA.[1]*

*Comment 1: Even if 8 points or higher, if all tallied points for an alien are from the Symbolism and/or Association categories (with no points scoring in any other category), consult your supervisor and OPLA before determining whether to validate the alien as a member of TDA (and proceed with an AEA removal) or initiate INA removal proceedings.*

_____

[1] A tally of 5 points or less, or any decision to initiate INA removal proceedings, is not a finding that an alien is *not* an Alien Enemy. Relatedly, at any time, additional information may come to light that gives reason to revisit a prior decision to forego an AEA removal.

*Comment 2*: For purposes of validating an alien as a member of TDA, at least one scoring category must involve conduct occurring, or information received, within the past five years.

| Valuation Explanation | | | |
|---|---|---|---|
| **Category** | **Definition Explanation** | **Points** | |
| **Judicial Outcomes and Official Documents** | a. Subject has been convicted of violating Title 18, United States Code, Section 521 or any other federal or state law criminalizing or imposing civil penalties for activity related to TDA | **10** | |
| | b. Court records (e.g., indictments, criminal complaints, sentencing memorandums) identifying the subject as a member of TDA, describing specific activity of TDA | **5** | |
| **Self-Admission** | a. Subject self-identifies as a member or associate of TDA verbally or in writing to law enforcement officer, even if that self identification to a law enforcement officer is unwitting, e.g., through lawful interception of communications. | **10** | |
| **Criminal Conduct and Information** | a. Subject participates in criminal activity (e.g., narcotics trafficking, human smuggling, etc.) with other members of TDA, including preparatory meetings and significant incidents directly attributed to TDA | **6** | |
| | b. Law enforcement or intelligence reporting identifying subject as a member of TDA, to include Bureau of Prisons validations and reliable foreign partner information. | **4** | |
| | c. Credible testimonies/statements from victims, community members, or informants that affirm the subject's membership in or allegiance to TDA. | **3** | |
| | d. Detailed open-source media (e.g., newspapers, investigative journalism reports) that describe arrest, prosecution, or operations of a subject as a member of TDA | **2** | |
| | e. Subject conducts and/or facilitates business with TDA (e.g., money laundering, mule, service provider) | **2** | |
| **Documents and Communications** | a. Written or electronic communications (e.g., e-mails, letters, texts, secure messages) that discuss business with, and/or are communicating with, known members of TDA; cell phone data contains multiple group, organizational, or organization leaders' or members' information. | **6** | |
| | b. Subject conducts phone calls about the business of TDA with known members of TDA | **10** | |
| | c. Financial transactions indicating criminal activity for TDA or with known members of TDA | **3** | |
| | d. Subject possesses written rules, constitution, membership certificates, bylaws, etc., indicating, together with other conduct, membership of or allegiance to TDA | **6** | |
| **Symbolism** | a. Subject has tattoos denoting membership/loyalty to TDA | **4** | |
| | b. Social media posts by the subject displaying symbols of TDA or depicting activity with other known members of TDA | **2** | |
| | c. Subject observed tagging or graffitiing to mark the territory of, and the subject's allegiance to, TDA | **2** | |
| | d. Subject observed displaying hand signs used by TDA | **2** | |
| | e. Subject displays insignia, logos, notations, drawings, or dress known to indicate allegiance to TDA, as observed by law enforcement in person or via virtual mediums | **4** | |

| **Association** | a. | Surveillance documentation that a subject is frequently observed closely associating with known leaders and members of TDA | 2 | |
| | b. | Subject part of group photos with two or more known members of TDA | 2 | |
| | c. | Subject presently resides with known members of TDA | 2 | |
| | | | **Total Points** | |
| | | | | |

## VALIDATION DETERMINATION

*Note: If any of the four requirements are <u>not</u> satisfied, do not complete this validation determination.*

Based on the validation guide and instructions above, including Comments 1 and 2, I find

that the person named above, _____:

1. Is fourteen years or older;
2. Is not a citizen or lawful permanent resident of the United States;
3. Is a citizen of Venezuela; and
4. Is a member of Tren de Aragua.

Accordingly, the above-named person is validated as an Alien Enemy.

_____     _____     _____
*Name of Agent/officer*          *Signature of agent/officer*              *Date*
*completing the form*             *completing the form*

_____     _____     _____
*Name of Supervisor*             *Signature of Supervisor*                 *Date*

## VERIFICATION OF REMOVAL

A-number_____    Date: _____

Alien Enemy's name: _____

| Departure Date | Port of Departure | Manner of Departure |
|---|---|---|
| Signature of Verifying Officer | | Title of Officer |

**Photograph of alien removed**

**Right index fingerprint of alien removed**

_____    _____
(Signature of alien whose fingerprint and    (Signature of official taking fingerprint)
Photograph appear above)

## NOTICE AND WARRANT OF APPREHENSION AND REMOVAL
## UNDER THE ALIEN ENEMIES ACT

A-File No._____    Date: _____

In the Matter of: _____

Date of Birth: _____    Sex:    Male    Female

### Warrant of Apprehension and Removal

To any authorized law enforcement officer:

The President has found that Tren de Aragua is perpetrating, attempting, or threatening an invasion or predatory incursion against the territory of the United States, and that Tren de Aragua members are thus Alien Enemies removable under Title 50, United States Code, Section 21.

_____has been determined to be: (1) at least fourteen years of
        (Full Name of Alien Enemy)
age; (2) not a citizen or lawful permanent resident of the United States; (3) a citizen of Venezuela; and (4) a member of Tren de Aragua. Accordingly, he or she has been determined to be an Alien Enemy and, under Title 50, United States Code, Section 21, he or she shall immediately be apprehended, restrained, and removed from the United States pursuant to this Warrant of Apprehension and Removal.

**Signature of Supervisory Officer:** _____

**Title of Officer:** _____    **Date:** _____

### Notice to Alien Enemy

I am a law enforcement officer authorized to apprehend, restrain, and remove Alien Enemies. You have been determined to be at least fourteen years of age; not a citizen or lawful permanent resident of the United States; a citizen of Venezuela; and a member of Tren de Aragua. Accordingly, you have been determined to be an Alien Enemy subject to apprehension, restraint, and removal from the United States. You are not entitled to a hearing, appeal, or judicial review of this notice and warrant of apprehension and removal. Until you are removed from the United States, you will remain detained under Title 40, Unite States Code, Section 21. Any statements you make now or while you are in custody may be used against you in any administrative or criminal proceeding. This is not a removal under the Immigration and Nationality Act.

After being removed from the United States, you must request and obtain permission from the Secretary of Homeland Security to enter or attempt to enter the United States at any time. Should you enter or attempt to enter the United States without receiving such permission, you will be subject to immediate removal and may be subject to criminal prosecution and imprisonment.

Signature of alien: _____    Date:_____

| **CERTIFICATE OF SERVICE** |
| --- |
|  |

# EXHIBIT 2

## NOTICE AND WARRANT OF APPREHENSION AND REMOVAL
## UNDER THE ALIEN ENEMIES ACT

A-File No:_____     Date:_____

In the Matter of: _____

Date of Birth: _____     Sex:     Male     Female

### Warrant of Apprehension and Removal

### To any authorized law enforcement officer:

The President has found that Tren de Aragua is perpetrating, attempting, or threatening an invasion or predatory incursion against the territory of the United States, and that Tren de Aragua members are thus Alien Enemies removable under Title 50, United States Code, Section 21.

_____ has been determined to be: (1) at least fourteen years of
        (Full Name of Alien Enemy)

age; (2) not a citizen or lawful permanent resident of the United States; (3) a citizen of Venezuela; and (4) a member of Tren de Aragua. Accordingly, he or she has been determined to be an Alien Enemy and, under Title 50, United States Code, Section 21, he or she shall be apprehended, restrained, and removed from the United States pursuant to this Warrant of Apprehension and Removal.

**Signature of Supervisory Officer:** _____

**Title of Officer:** _____     **Date:** _____

### Notice to Alien Enemy

I am a law enforcement officer authorized to apprehend, restrain, and remove Alien Enemies. You have been determined to be at least fourteen years of age; not a citizen or lawful permanent resident of the United States; a citizen of Venezuela; and a member of Tren de Aragua. Accordingly, under the Alien Enemies Act, you have been determined to be an Alien Enemy subject to apprehension, restraint, and removal from the United States. Until you are removed from the United States, you will be detained under Title 50, United States Code, Section 21. Any statement you make now or while you are in custody may be used against you in any administrative or criminal proceeding. This is not a removal under the Immigration and Nationality Act. If you desire to make a phone call, you will be permitted to do so.

After being removed from the United States, you must request and obtain permission from the Secretary of Homeland Security to enter or attempt to enter the United States at any time. Should you enter or attempt to enter the United States without receiving such permission, you will be subject to immediate removal and may be subject to criminal prosecution and imprisonment.

Signature of alien: _____     Date: _____

---

**CERTIFICATE OF SERVICE**

I personally served a copy of this Notice and Warrant upon the above-named person on _____
and ensured it was read to this person in a language he or she understands.                    (Date)


_____                    _____
Name of officer/agent                    Signature of officer/agent

Form AEA-21B

# EXHIBIT 3

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

## U.S. BORDER PATROL                     EL PASO SECTOR

THIS INFORMATION WAS PROVIDED BY CBP AND MAY CONTAIN INFORMATION FROM ANOTHER AGENCY. ANY DISCLOSURE OF THIS INFORMATION OUTSIDE OF CBP MAY CONSTITUTE A VIOLATION OF THE THIRD AGENCY RULE. RELEASING ANY INFORMATION TO ANY ENTITY OUTSIDE OF CBP IS STRICTLY PROHIBITED.

**Situational Awareness**                                                    **DATE: 10/02/2023**

**TDA Gang Recognition Indicators**

**(U//FOUO/LES)** The El Paso Sector (EPT) Intelligence Unit (SIU) HUMINT-Gang Unit continues to see migrants from Venezuela with confirmed and suspected links to the Tren de Aragua (TDA) gang.

**(U//FOUO/LES)** Intelligence collections have identified the below tattoos on subjects; indicative of possibly being a member or associate of the TDA.

### AK-47

  

### Gas Mask/Real Hasta la Muerte

 

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

**Stars on the Shoulders:**



**Trains:**



**Ismalito:**



**(U//FOUO/LES)** EPT HUMINT-Gang Unit collections determined that the Chicago Bulls attire, clocks, and rose tattoos are typically related to the Venezuelan culture and not a definite indictor of being a member or associate of the TDA.

**(U//FOUO/LES)** Agents are reminded to remain cognizant of their surroundings at all times and maintain a high level of situational awareness when dealing with subjects with TDA indicators.

This product was prepared by the El Paso Sector Intelligence and Operations Center.
Comments and/or questions may be directed to the El Paso Sector Intelligence HUMINT-GANG Unit EPT_SIU_HUMINT@cbp.dhs.gov.

UNCLASSIFIED//FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

# EXHIBIT 4

## Homeland Security Investigations

HSI-CHI-24-455

### WHAT IS TREN DE ARAGUA?

Tren de Aragua (TdA) is a transnational criminal organization that began as a labor union working in Venezuelan rail yards in the mid-to-late 2000s. TdA rapidly evolved into a gang that specializes in human trafficking, extreme violence, and extortion in the Aragua State of Venezuela. The foundation of the gang and its leadership is based in Venezuelan prisons but has expanded into Mexico, Brazil, Ecuador, Peru, Chile, Costa Rica, Panama, Colombia, Guatemala, and Bolivia. The gang is swiftly growing and ramping up recruiting measures to strengthen its presence in the United States. TdA is headed by Héctor Rusthenford Guerrero Flores aka "Nino Guerrero"—his current whereabouts are unknown.

### EXPANSION AND CRIMINAL INVOLVEMENT

TdA has continuously made efforts to expand its criminal enterprise into other countries. There are three major steps that are part of its expansion process:

1. **Exploration Phase:** TdA members arrive to a new area via border crossings, migration routes, hotspots, or urban areas with notable Venezuelan populations. TdA members exploit migrants and maintain a low profile while conducting illicit activities.

2. **Penetration Phase:** TdA members enter local criminal economies with low barriers to entry.

3. **Consolidation Phase:** TdA establishes roots in criminal economies, sets up a financial base, and builds criminal structures needed to maintain their illicit activities. This phase usually involves money laundering.

As depicted by a July 2023 InSight crime report (see map to the right), TdA has been involved in a variety of crimes while operating in South America.

More recently, the organization has shifted its focus to establish a presence in the United States. Open source information indicates that TdA members are present in California, Illinois, Florida, New York, Nevada, and Texas and that suspected TdA members may be involved in a variety of crimes to include kidnapping, human trafficking, sex trafficking, organized retail crime, robberies, and document fraud.



**Tren de Aragua's Regional Presence and Criminal Economies (2023)**

ASSESSMENT REPORT OF ANALYSIS



# Homeland Security Investigations



HSI-CHI-24-455

## DETECTING AND IDENTIFYING

Open source material has depicted TdA members with a combination of the below tattoos:

**ASSESSMENT REPORT OF ANALYSIS**

**"Jump Man" Symbol**



**AK-47s**



**Trains**



**Crowns**



**"Hijos de Dios" Quote**



"HJ" or "Hijos de Dios" translation: "Sons of God"

**"Real Hasta La Muerte" Quote**



"Real Hasta La Muerte" translation: "Till Death"

**Stars**



**Clocks**



**Skull with Gas Mask**



## ADDITIONAL IDENTIFIERS

Homeland Security Investigations, Chicago Field Office, has obtained additional information to help identify TdA members:

- Typically males in the age range of 18-25 years old;

- Dressed in high-end urban street wear;

- Favor the Chicago Bulls<sup>USPER</sup> basketball jersey, specifically Michael Jordan<sup>USPER</sup> jerseys with the number "23", and Jordan "Jump Man" footwear/sneakers; and / or

- Often wear sports attire from U.S. professional sports teams with Venezuelan nationals on them.

*This product contains U.S. person information that has been deemed necessary for the intended recipient to understand, assess, or act on the information provided. It has been highlighted in this document with the label* USPER *and should be handled in accordance with the recipient's intelligence oversight/information handling procedures. U.S. person information should be protected in accordance with constitutional requirements and all federal and state privacy and civil liberties laws.*

*This is a Homeland Security Investigations (HSI), Chicago Field Division document. For any questions related to this report or to provide additional information, please contact HSI Chicago at (630) 458-7400 or HSIChicagoIntake@hsi.dhs.gov.*

EXHIBIT 5

| LIVE: | LIVE: | Stock market today | Student loan collections | Earth Day |
| Trump administration | Karen Read trial | | | |
| LIVE: | LIVE: | Stock market today | Student loan collections | Earth Day |
| Trump administration | Karen Read trial | | | |

POLITICS

# US prepares to deport about 300 alleged gang members to El Salvador



U.S. Secretary of State Marco Rubio, left, meets with President Nayib Bukele at his residence at Lake Coatepeque, El Salvador, Feb. 3, 2025. (AP Photo/Mark Schiefelbein, File)

Read More

BY MATTHEW LEE AND REGINA GARCIA CANO

Updated 8:39 PM PDT, March 15, 2025

WASHINGTON (AP) — President Donald Trump's administration will pay El Salvador $6 million to imprison for one year about 300 alleged members of the Venezuelan Tren de Aragua gang, in one of the first instances of the Central American country taking migrants from the United States.

The agreement follows discussions between El Salvador's President, Nayib Bukele, and Secretary of State Marco Rubio about housing migrants in El Salvador's notorious prison. Bukele's government has arrested more than 84,000 people, sometimes without due process, since 2022 as part of his crackdown on gang violence in the small country.

It came as the American Civil Liberties Union and Democracy Forward preemptively sued Trump late Friday in federal court in Washington, D.C., saying five Venezuelan men being held at an immigration detention center in Raymondville, Texas, were at "imminent risk of removal" under the Alien Enemies Act.

The agreement may have been put on hold, however.

U.S. District Judge James E. Boasberg on Saturday blocked anyone from being deported under Trump's proclamation for two weeks and scheduled a Friday hearing to consider arguments. ACLU attorney Lee Gelernt said two flights Saturday may have carried people deported under Trump's proclamation, one to El Salvador and one possibly to Honduras. Boasberg said any such flights would have to be returned midair to the United States.

---

**RELATED STORIES**



**Trump administration deports 17 more 'violent criminals' to El Salvador**



**Venezuela-hired lawyers file petition in El Salvador aimed at freeing Venezuelans deported by US**



**The frenzied 24 hours when Venezuelan migrants in the US were shipped to an El Salvador prison**

Memos detailing the transfer did not disclose how the Trump administration identified the roughly 300 people as members of Tren de Aragua, a gang Trump repeatedly highlighted in the campaign and declared to be a terrorist organization.

"The Republic of El Salvador confirms it will house these individuals for one (1) year, pending the United States' decision on their long term disposition," wrote El Salvador's ministry of foreign affairs in a memo obtained by The Associated Press.

The Central American nation and Trump administration last month struck a deal to house migrants detained in the United States. The Trump administration contended that El Salvador could even house American citizens, though the U.S. cannot deport citizens to another country.

Rubio and Bukele discussed the specifics of the new transfer, which include a cost of about $20,000 to house each prisoner for the year. A State Department document also suggests that it may set aside $15 million to send to El Salvador to house additional members of the gang.

The Salvadoran memo also confirmed the country would take two men it said were members of the MS-13 gang, an organization that was initially comprised of Salvadoran migrants to the U.S. and had gained an increasing foothold in El Salvador prior to Bukele's crackdown.

One man, Cesar Eliseo Sorto Amaya, was convicted of double homicide in El Salvador before he was caught illegally entering the United States, according to the U.S. Justice Department. The other was charged under President Joe Biden's administration with being a high-ranking leader of the MS-13 gang.

Bukele's government did not immediately respond to a request for comment from The Associated Press.

The Tren de Aragua gang originated in a prison in the South American country and accompanied an exodus of millions of Venezuelans, the overwhelming majority of whom were seeking better living conditions after their nation's economy came undone last decade.

Trump and his allies have turned the gang into the face of the alleged threat posed by immigrants living in the U.S. illegally and formally designated it a "foreign terrorist organization" last month.

Authorities in several countries have reported arrests of Tren de Aragua members, even as Venezuela's government claims to have eliminated the criminal organization.

The government of President Nicolás Maduro has not taken back immigrants deported from the U.S., except on a few occasions. Over the past few weeks, about 350 people were deported to Venezuela, including some 180 who spent up to 16 days at the U.S. naval base in Guantanamo Bay, Cuba.

Trump's government has alleged Venezuelans sent to the naval base are Tren de Aragua members, but it has offered little evidence to back that up.

On Saturday, the government's centralized press office in Caracas did not immediately respond to a request for comment on the agreement between the U.S. and Salvadoran governments.

———

Garcia Cano reported from Caracas, Venezuela. Associated Press writer Nicholas Riccardi in Denver contributed to this report.

## MOST READ



1    **Pope Francis, first Latin American pontiff, ministered with a charming, humble style**

2    **Live updates: Pope Francis died after cerebral stroke, Vatican says**

3    **Vance meets Pope Francis on Easter Sunday after tangle over migration, gets chocolate eggs for kids**

4    **Student loans in default to be referred to debt collection, Education Department says**

5    **Which cardinals are seen as contenders to be the next pope?**

EXHIBIT 6

FORBES  >  BUSINESS

**BREAKING**

# Sen. Van Hollen Says Trump Administration Made $15 Million Deal With El Salvador To Imprison Deportees Including Abrego Garcia

**Antonio Pequeño IV** Forbes Staff

*Pequeño is a breaking news reporter who covers tech and more.*

Follow

   1

Apr 18, 2025, 06:30pm EDT

**TOPLINE** Sen. Chris Van Hollen, D-Md., said in a press conference Friday the Trump administration has promised to pay El Salvador $15 million to detain deportees including Kilmar Abrego Garcia, the Maryland resident erroneously deported last month by the Trump administration.



Van Hollen spoke to reporters Friday. (AP Photo/Jose Luis Magana)

ASSOCIATED PRESS

**KEY FACTS**

- Van Hollen, who took a high-profile trip to El Salvador Thursday to see Abrego Garcia in person, said the Trump administration has paid El Salvador $4 million of the $15 million as of Friday, adding he was "aware that there was some document that memorialized the payments."

- The senator emphasized that he has not directly seen the agreement between the White House and El Salvador, adding he was not sure what the details of the agreement were.

- The Associated Press reported last month, around the same time as multiple deportation flights were made from the U.S. to El Salvador, that the government would pay El Salvador $6 million to imprison for a year around 300 alleged members of the Tren de Aragua gang, noting a State Department document that suggested the Trump administration could put aside a total of $15 million to house more deportees.

4/22/25, 1:14 PM    Sen. Van Hollen Says Trump Administration Paying El Salvador $15 Million To Detain Abrego Garcia And Other Deportees

Case 1:25-cv-00766-JEB    Document 102-14    Filed 04/25/25    Page 30 of 104

- Van Hollen also gave updates on Abrego Garcia after meeting with him Thursday, revealing he has been moved from CECOT maximum security prison to a new prison with better conditions, though he said Abrego Garcia still has no means of communicating with the outside world.

- The senator criticized the Trump administration's resistance to court orders asking it to facilitate Abrego Garcia's return, saying its actions threaten constitutional rights at large and are "an issue for every American."

***Get Forbes Breaking News Text Alerts****: We're launching text message alerts so you'll always know the biggest stories shaping the day's headlines. Text "Alerts" to (201) 335-0739 or sign up here.*

### TANGENT

Van Hollen also accused El Salvador's government of trying to stage a photo during his meeting with Abrego Garcia. El Salvador President Nayib Bukele claimed on social media Thursday the two men were drinking margaritas during the meeting, an assertion Van Hollen denied. The senator said El Salvador government members put two drinks down during the meeting that he and Abrego did not drink from, claiming photos of the meeting show the salt rims of the drinks were untouched. Van Hollen also noted the drink put in front of Abrego Garcia came with less liquid than the other.

### KEY BACKGROUND

White House Press Secretary Karoline Leavitt has said Abrego Garcia was deported over a "clerical error," confirming a sworn statement from Immigration and Customs Enforcement Field Office Director Robert Cerna, who said the deportation was "an error" and "an oversight." Abrego was living in the U.S. under withholding of removal, a deportation protection allowing him to temporarily live and work in the country. District Court Judge Paula Xinis ordered the government to facilitate Abrego Garcia's

4/22/25, 1:14 PM    Sen. Van Hollen Says Trump Administration Paying El Salvador $15 Million To Detain Abrego Garcia And Other Deportees

Case 1:25-cv-00766-JEB    Document 102-14    Filed 04/25/25    Page 31 of 104

return earlier this month, a ruling that was supported by the Supreme Court. Justice Sonia Sotomayor said Xinis' order "properly requires" the Trump administration to facilitate Abrego Garcia's release from custody "and to ensure that his case is handled as it would have been had he not been improperly sent to El Salvador." The Trump administration has argued it does not have the authority to bring Abrego Garcia back from the "domestic custody of a foreign sovereign nation." President Donald Trump and other top government officials have said Abrego Garcia will not return to the U.S., repeatedly alleging he is an MS-13 gang member. Xinis has said the Trump administration relied on a "vague, uncorroborated allegation" to accuse Abrego Garcia of gang membership, while the 4th U.S. Circuit Court of Appeals said the government should present the allegation in a court of law if it is confident in it.

**FURTHER READING**

[Sen. Van Hollen Meets Kilmar Abrego Garcia In El Salvador](#) (Forbes)

[Trump Administration Says It Will Simply Re-Deport Kilmar Abrego Garcia If He Is Brought Back To U.S.](#) (Forbes)

*Follow me on [Twitter](#) or [LinkedIn](#). Send me a secure [tip](#).*



**Antonio Pequeño IV**

[ Follow ]

Antonio Pequeño IV is a reporter who covers breaking news, with a focus on technology and online culture. He joined Forbes in 2023 and works in Los Angeles. He's... **Read More**

Editorial Standards                                                Forbes Accolades

One Community. Many Voices. Create a free account to share your thoughts. Read our community guidelines [here](#).

🔔    Log in

What do you think?

Sort by **Best** ⌄



**MyForbes User**

19 April, 2025

Thank you Antonio for taking up for Kilmar! I don't care if he beat his wife a few years ago, the only thing that matters is teaching President Trump (and the American people) a lesson. Please keep the anger coming! Also, Forbes should give you a raise. Great job!

Reply  ·  👍  ·  Share



Powered by ⚙ OpenWeb       Terms | Privacy | Feedback

## More From Forbes



### 10 Million Student Loan Borrowers...

By <u>Adam S. Minsky</u>,
Contributor



### Meet The Largest Snake Ever ...

By <u>Scott Travers</u>,
Contributor



### White House Says It Will Seize Wage...

By <u>Alison Durkee</u>,
Forbes Staff



### Trump Issues Huge Fed Challenge—...

By <u>Billy Bambrough</u>,
Contributor



## Joe Rogan Won't Work UFC 315: 'I'd Rather Go To Russia'

By Trent Reinsmith, Contributor



## The World's Best Single Malt Scotch Whisky, According To The London...

By Joseph V Micallef, Contributor



## Northern Lights Forecast: Aurora Borealis Expected In These 10 States...

By Ty Roush, Forbes Staff



## The World's Best Bourbon, According To The London Spirits Competition

By Joseph V Micallef, Contributor



## Is Joel Really Dead In 'The Last Of Us'?...

By Monica Mercuri, Contributor



## The U.S. Trade Deficit Math In Fou...

By Trefis Team, Contributor





### Hegseth Doesn't Deny Second...

By **Sara Dorn**, Forbes Staff

### Immigration Service Targets H-1...

By **Stuart Anderson**, Contributor



## What Net Worth Puts You In The Top 1%, 5%, And 10% Of Americans?

By **Jack Kelly**, Contributor



## The American Whiskey Industry Is Getting A Much-Needed Boost

By **Hudson Lindenberger**, Contributor



## Tesla Stock Dives 6% Ahead Of Possible 'Code Red' Earnings For Elon Musk's...

By **Derek Saul**, Forbes Staff



## Why Is Peter Krause Leaving '9-1-1'? The Reason Behind His Shocking Exit As...

By **Monica Mercuri**, Contributor

# EXHIBIT 7



Print    Close

# US paid El Salvador to take Venezuelan Tren de Aragua members: 'pennies on the dollar,' White House says

By Louis Casiano

Published March 17, 2025

Fox News

The United States paid El Salvador $6 million to take in Venezuelan illegal immigrants slated to be deported to their home countries, the White House said Monday.

The Trump administration sent at least 238 members of the Venezuelan Tren de Aragua gang living illegally in the U.S. to El Salvador around the same time a federal judge moved to block deportations of illegal immigrants under a wartime law invoked by President Donald Trump.

On Monday, White House Press Secretary Karoline Leavitt detailed the cost to U.S. taxpayers.

**EL SALVADOR PRESIDENT RIPS FBI TRUMP RAID, QUESTIONS WHAT US GOV'T WOULD SAY IF HIS POLICE TARGETED CANDIDATES**



In this photo provided by El Salvador's presidential press office, prison guards transfer deportees from the U.S., alleged to be Venezuelan gang members, to the Terrorism Confinement Center in Tecoluca, El Salvador on Sunday.  (El Salvador presidential press office via AP)

"It was approximately $6 million, to El Salvador, for the detention of these foreign terrorists," she told reporters. "And I would point out that is pennies on the dollar in comparison to the cost of life, and the cost it would impose on the American taxpayer to house these terrorists in maximum security prisons here in the United States of America."

In a social media post over the weekend, El Salvadorian President Nayib Bukele said the U.S. "will pay a very low fee" for his country to house the migrants, "but a high one for us."

**RUBIO HEADS TO PANAMA, LATIN AMERICA TO PURSUE TRUMP'S 'GOLDEN AGE' AGENDA**



President of El Salvador Nayib Bukele casts his vote in a ballot box during the Municipal and Parliament (PARLACEN) elections on March 3, 2024 in San Salvador, El Salvador. (Photo by APHOTOGRAFIA/Getty Images)

"Over time, these actions, combined with the production already being generated by more than 40,000 inmates engaged in various workshops and labor under the Zero Idleness program, will help make our prison system self-sustainable. As of today, it costs $200

US paid El Salvador to take Venezuelan Tren de Aragua members, pennies on the dollar, White House says

million per year," Bukele wrote on X.

Secretary of State Marco Rubio celebrated the Salvadoran president as "the strongest security leader in our region" and "a great friend of the U.S." for accepting criminal illegal aliens.

The deportations of the gang members came as U.S. District Judge James Boasberg ordered the Trump administration to halt its deportations of illegal immigrants under the Alien Enemies Act of 1798 that Trump invoked on Friday to target Tren de Aragua members in the U.S.



A mega-prison known as Detention Center Against Terrorism (CECOT) stands in Tecoluca, El Salvador, March 5, 2023.  (AP Photo/Salvador Melendez)

**CLICK HERE TO GET THE FOX NEWS APP**

Boasberg ordered flights that were "actively departing" to return.

The wartime powers act allows the deportation of natives and citizens of an enemy nation without a hearing. It has been invoked three times before, including, during the War of 1812, World War I and World War II.

*Fox News Digital's Emma Colton contributed to this report.*

*Louis Casiano is a reporter for Fox News Digital. Story tips can be sent to louis.casiano@fox.com.*



🖨 Print     ✖ Close

URL

https://www.foxnews.com/politics/us-paid-el-salvador-take-venezuelan-tren-de-aragua-members-pennies-dollar-white-house-says

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather
Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.Do Not Sell my Personal Information - New Terms of Use - FAQ

4/22/25, 5:22 PM
Case 1:25-cv-00766-JEB    Document 102-14    Filed 04/25/25    Page 38 of 104
US paid El Salvador to take Venezuelan Tren de Aragua members, pennies on the dollar, White House says

# EXHIBIT 8

4/22/25, 2:42 PM    Secretary Marco Rubio on X: "We have sent 2 dangerous top MS-13 leaders plus 21 of its most wanted back to face justice in El S…

Case 1:25-cv-00766-JEB    Document 103-14    Filed 04/25/25    Page 40 of 104

← Post

## Post

**Secretary Marco Rubio** ✓
@SecRubio

We have sent 2 dangerous top MS-13 leaders plus 21 of its most wanted back to face justice in El Salvador. Also, as promised by @POTUS, we sent over 250 alien enemy members of Tren de Aragua which El Salvador has agreed to hold in their very good jails at a fair price that will also save our taxpayer dollars. President @nayibbukele is not only the strongest security leader in our region, he's also a great friend of the U.S. Thank you!

4:59 AM · Mar 16, 2025 · **5.1M** Views

3.6K        16K        98K        1.3K

Post your reply                                    Reply

**Eric Daugherty** ✓  @EricLDaugh · Mar 16
Wow. El Salvador is proof that there is no excuse for these nations to refuse to take their own people back. Have competent policies and you should be able to deal with your own criminals.

44        167        4.1K        116K

**Trump World** ✓  @Louaye1980 · Mar 16
Send them to the homes of the judges that want them here

37        34        2.4K        48K

**SovereignStack** ✓  @sovereignstack_ · Mar 16
"This is exactly how leadership should work! Protecting American citizens by removing violent criminals and ensuring they face justice where they belong. Hats off to President Bukele for stepping up, and to @POTUS for keeping his promise! And El Salvador proves that there's no
Show more

29        247        1.3K        33K

**Gunther Eagleman™** ✓  @GuntherEagleman · Mar 16
Thank you Sec. Rubio

Relevant peo…

Secretary M…
@SecRubio
72nd Secret
the leadersh…

## What's happe…

From
Pomp…
LIVE

Politics · Trending
**Susan Rice**
16K posts

Politics · Trending
**#PahalgamTerrori…**
Trending with Kashmi…
235K posts

Politics · Trending
**Gulf of Mexico**
8,487 posts

Sports · Trending
**Shay Shay**
6,781 posts

Show more

Terms of Service  |  Priva…
Accessibility  |  Ads info…

EXHIBIT 9



← Post

**Nayib Bukele** ✓
@nayibbukele

Today, the first 238 members of the Venezuelan criminal organization, Tren de Aragua, arrived in our country. They were immediately transferred to CECOT, the Terrorism Confinement Center, for a period of one year (renewable).

The United States will pay a very low fee for them, but a high one for us.

Over time, these actions, combined with the production already being generated by more than 40,000 inmates engaged in various workshops and labor under the Zero Idleness program, will help make our prison system self-sustainable. As of today, it costs $200 million per year.

On this occasion, the U.S. has also sent us 23 MS-13 members wanted by Salvadoran justice, including two ringleaders. One of them is a member of the criminal organization's highest structure.

This will help us finalize intelligence gathering and go after the last remnants of MS-13, including its former and new members, money, weapons, drugs, hideouts, collaborators, and sponsors.

As always, we continue advancing in the fight against organized crime. But this time, we are also helping our allies, making our prison system self-sustainable, and obtaining vital intelligence to make our country an even safer place. All in a single action.

May God bless El Salvador, and may God bless the United States.

🇸🇻🤝🇺🇸



5:13 AM · Mar 16, 2025 · **23.6M** Views

**Relevant peo**

Nayib Buke
@nayibbuke
Philosopher

**What's happe**

From
Pomp
LIVE

Politics · Trending
**Gulf of Mexico**
8,527 posts

Sports · Trending
**Shay Shay**
6,781 posts

Sports · Trending
**Yamal**
36.8K posts

Politics · Trending
**Susan Rice**
16K posts

Show more

Terms of Service | Priva
Accessibility | Ads info

Noelle Smith
@NoelleSmit3575



# EXHIBIT 10




U.S. Department of Homeland Security

# How It's Going



Do not come.

0:10 / 0:44                                    Speed: 1x                                    *Playing*

Embed Code (#embed-code)     Download Links (#download-links)     Video Usage Guidelines (/photo-video-audio-use-guidelines)

How it's going, comparison of administrations (DHS Video by DHS/Released)

## In Collections:

- Making America Safe Again (https://www.dhs.gov/medialibrary/collections/58863)
- First 100 Days (https://www.dhs.gov/medialibrary/collections/60087)

## Related Media





(/medialibrary/assets/video/59439)



(/medialibrary/assets/video/59166)



(/medialibrary/assets/video/59704)



(/medialibrary/assets/video/59155)



(/medialibrary/assets/video/59127)



(/medialibrary/assets/video/59114)



(/medialibrary/assets/video/59113)



(/medialibrary/assets/video/59112)



(/medialibrary/assets/video/59110)



(/medialibrary/assets/video/59109)



(/medialibrary/assets/video/59088)



(/medialibrary/assets/video/59063)



(/medialibrary/assets/video/59062)



(/medialibrary/assets/video/59061)


(/medialibrary/assets/video/59060)


(/medialibrary/assets/video/59054)


(/medialibrary/assets/video/59025)


(/medialibrary/assets/video/59022)


(/medialibrary/assets/video/59004)


(/medialibrary/assets/video/59002)

1(/ajax/assets/related_media?asset=59108&per_page=21&page=0)    2(/ajax/assets/related_media?asset=59108&per_page=21&page=1)

# EXHIBIT 11





Search

Home
Explore
Notifications
Messages
Grok
Bookmarks
Communities
Premium
Verified Orgs
Profile
More

Post

**Post**

**Nayib Bukele**
@nayibbukele

We have offered the United States of America the opportunity to outsource part of its prison system.

We are willing to take in only convicted criminals (including convicted U.S. citizens) into our mega-prison (CECOT) in exchange for a fee.

The fee would be relatively low for the U.S. but significant for us, making our entire prison system sustainable.

6:44 PM · Feb 3, 2025 · **40.6M** Views

12K 38K 215K 14K

Post your reply Reply

**Andrew Tate** @Cobratate · Feb 3
G
121 204 15K 446K

**Petey B** @realpeteyb123 · Feb 3
Violent life sentenced inmates cost America billions, we can turn that instead to millions for El Salvador and everyone wins.

Don't do the crime, and we won't send you to El Salvador.

💰
163 584 14K 327K

**Valentina Gomez** @ValentinaForUSA · Feb 3
Bukele, you got a deal.
Just for this, I will go catch some more pedophiles so they can be deported to El Salvador
159 406 10K 180K

**Donna Marie** @sabback · Feb 3
Here's a few to start with

**Relevant peo**
**Nayib Buke**
@nayibbuke
Philosopher

**What's happe**
**Pantl**
Starts

Politics · Trending
**Susan Rice**
16.2K posts

Politics · Trending
**#PahalgamTerrori**
Trending with Kashmi
236K posts

Politics · Trending
**Gulf of Mexico**
8,624 posts

Sports · Trending
**Yamal**
37.3K posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Noelle Smith**
@NoelleSmit3575

EXHIBIT 12

4/22/25, 5:33 PM    Secretary Marco Rubio on X: "The Trump Administration is committed to making America SAFER. Tren de Aragua is a Foreign Terr…

Case 1:25-cv-00766-JEB    Document 102-14    Filed 04/25/25    Page 52 of 104

← Post

Search X

- Home
- Explore
- Notifications
- Messages
- Grok
- Bookmarks
- Communities
- Premium
- Verified Orgs
- Profile
- More

Post

**Secretary Marco Rubio** ✓
@SecRubio

The Trump Administration is committed to making America SAFER.

Tren de Aragua is a Foreign Terrorist Organization and one of the most dangerous gangs operating inside the United States. We're thankful for @nayibbukele's support and collaboration.



0:36

12:31 PM · Mar 19, 2025 · **190.3K** Views

💬 719    🔁 2.7K    ♥ 12K    🔖 163    ⬆️

Post your reply                                    Reply

**DOGEai** ✓ @dogeai_gov · Mar 19
🤖 Automated

Designating Tren de Aragua as a Foreign Terrorist Organization is a critical step—weak borders invite chaos, and this gang's presence proves the cost of failed policies. Collaboration with El Salvador highlights what happens when leaders prioritize security over political

Show more

💬 6    🔁 3    ♥ 24    📊 823    🔖 ⬆️

**Olga Lautman** ✓ 🇺🇸🇺🇦 @OlgaNYC1211 · Mar 19
Go to hell! Reprehensible you are covering up Russia's genocide and the kidnapping of over 20,000 Ukrainian children

**Relevant peo**

**Secretary M**
@SecRubio
72nd Secret
the leadersh

**What's happe**

**Senat**
LIVE

Politics · Trending
**Susan Rice**
23.9K posts

Sports · Trending
**#FearTheDeer** 🦌

Politics · Trending
**#PahalgamTerrori**
Trending with Kashmi
259K posts

Entertainment · Trend
**Tim Pool**
43K posts

Show more

Terms of Service    |    Priva
Accessibility    |    Ads info

**Noelle Smith**
@NoelleSmit3575

4/22/25, 5:33 PM
Case 1:25-cv-00766-JEB Document 102-14 Filed 04/25/25 Page 53 of 104
Secretary Marco Rubio on X: "The Trump Administration is committed to making America SAFE again. Today I declared a Foreign Terro...

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

⚡ Verified Orgs

👤 Profile

⊙ More

Post

💬 2    ⇄ 2    ♡ 18    📊 246

**Cash Loren** ✔️ @CashLorenShow · Mar 19
Thell those activist judges to go pound sand

💬    ⇄ 1    ♡ 18    📊 319

**The Scoop** ✔️ @TheScoopUS · Mar 19
@SecRubio Secretary @MarcoRubio, your leadership and President Trump's bold actions are a beacon of hope for a safer America. The collaboration with President Bukele is a testament to strong international partnerships in combating terror and crime. Thank you for protecting our
Show more

💬 4    ⇄ 3    ♡ 9    📊 1.1K

**Fred Simon** ✔️ @FredSimonTLM · Mar 20
Thank you

💬    ⇄    ♡ 4    📊 94

**Adi** 💁 ✔️ @Adi13 · Mar 19
We love Bukele. He's doing an amazing job.

💬    ⇄    ♡ 3    📊 428

**Queenstown** 👨‍🦳 🇺🇸 @veritasrepublic · Mar 19
Not if you believe what you read on insidiously opinionated @AP. It's a small minor gang that's being unfairly picked on by @SecRubio and @realDonaldTrump

💬    ⇄ 2    ♡ 1    📊 468

**Rush Limbaugh** ✔️ @LimbaughLegacy · Mar 19
Parody account
Sending Tren de Aragua to El Salvador's Terrorism Confinement Center? Pure genius—lock up these monsters where they belong, courtesy of Bukele's iron fist. America's safety just got a major upgrade!

💬 2    ⇄ 3    ♡ 32    📊 704

**Kimberly Le** ✔️ @le_kimber77 · Mar 19
Let's take all violent criminals to the Elders Salvadorian prison to go and get their lives reset. And they're all sleeping on concrete.

**Relevant peo**

**Secretary M**
@SecRubio
72nd Secret
the leadershi

**What's happe**

Sena
LIVE

Politics · Trending
**Susan Rice**
23.9K posts

Sports · Trending
**#FearTheDeer** 🦌

Politics · Trending
**#PahalgamTerrori**
Trending with Kashmi

Entertainment · Trend
**Tim Pool**
43K posts

Show more

Terms of Service | Priva
Accessibility | Ads info

**Noelle Smith**
@NoelleSmit3575 ···

4/22/25, 5:33 PM
Case 1:25-cv-00766-JEB   Document 102-14   Filed 04/25/25   Page 54 of 104
Secretary Marco Rubio of X: "The Trump Administration is committed to making America SAFE again. People who are a Foreign Terror…



X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

⚡ Verified Orgs

👤 Profile

··· More

Post

💬 6          🔁 4          ♡ 16          📊 921          🔖  ⬆️

**The 0.01%** ✓  @mdredpillawake · Mar 19          🔁  ···
Safety comes from the judicial branch and enforcement, which is police,
NOT from the executive branch

---

**The 0.01%** ✓  @mdredpillawake · Mar 18
Like if you still believe that this mechanism still working in the US.

It's called Checks and Balances.

---

💬 2          🔁 5          ♡ 12          📊 954          🔖  ⬆️

**Relevant peo**

**Secretary M**
@SecRubio
72nd Secret
the leadersh

**What's happe**

**Senat**
LIVE

Politics · Trending
**Susan Rice**
23.9K posts

Sports · Trending
**#FearTheDeer** 🌵

Politics · Trending
**#PahalgamTerrori**
Trending with  Kashmi
259K posts

Entertainment · Trend
**Tim Pool**
43K posts

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

Noelle Smith
@NoelleSmit3575          ···



EXHIBIT 13

*Democracy Dies in Darkness*

# Noem threatens to send more immigrants to El Salvador prison

The migrants, accused of belonging to the Tren de Aragua gang, are being held at CECOT without access to either the Salvadoran or American justice systems.

Updated March 26, 2025

By Mary Beth Sheridan and Maria Sacchetti

Kristi L. Noem, the U.S. homeland security secretary, threatened Wednesday to send more immigrants from the United States to a notorious maximum-security prison in El Salvador that has become a black hole for Venezuelans spirited out of the United States with no judicial hearing.

The Trump administration is locked in a court battle over whether it acted improperly in expelling the Venezuelans, who are accused of belonging to the Tren de Aragua gang. A U.S. judge is investigating whether the government defied his order on March 15 to stop their transfer. The Trump administration maintains the ruling didn't apply to the expulsion.

Despite the legal standoff, Noem said after a visit to El Salvador's Terrorism Confinement Center, or CECOT, that the administration was prepared to send more migrants there.

"If you come to our country illegally, this is one of the consequences you could face," the secretary said in a video post, standing in front of a cell packed with shirtless, tattooed prisoners. It was unclear if the men had anything to do with the Trump administration's recent removals. "This facility is one of the tools in our tool kit, that we will use if you commit crimes against the American people."

Noem met Wednesday evening with Salvadoran President Nayib Bukele "to strengthen bilateral cooperation on security and migration," according to a post on X from the U.S. Embassy there. She also signed an agreement to improve information-sharing on fugitives.

Bukele offered last month to take in dangerous criminals held in U.S. detention facilities. Secretary of State Marco Rubio, who had previously complained about Venezuela's refusal to accept deported migrants, said the deal would "save our taxpayer dollars." The U.S. agreed to pay $6 million a year to keep them at the CECOT prison.

But the prisoners have no clear access to either the Salvadoran or U.S. justice systems. "They are in a legal limbo," said Enrique Anaya, a Salvadoran constitutional lawyer.

Several of their families have said they are not gang members at all, just migrants who had tattoos. The U.S. government has acknowledged that many did not have criminal records in the United States.

In El Salvador, "they aren't sentenced, they didn't commit crimes, they weren't tourists. What is the migration status of these people?" asked Napoleón Campos, a Salvadoran attorney specializing in international law.

Noem, in a blue ICE baseball hat and gray drawstring pants, toured the prison complex outside the capital with El Salvador's justice minister, Gustavo Villatoro. They entered one detention area, Cell 8, where some of the Venezuelans are being held. The inmates stood in white T-shirts and cotton shorts in the hot, unair-conditioned cell, looking silently at the visitors.

The Salvadoran minister pointed out one man's star-shaped tattoo, telling Noem it was a marker of Tren de Aragua. But organized-crime experts caution against determining gang membership on the basis of tattoos, noting that many of the designs are common in Latin America.

When Noem and the minister left the cell, it erupted in noise, including chants that were indecipherable, according to a press pool report.

The U.S. delegation then was taken to another cell that Villatoro said held Salvadoran prisoners. One man, the minister said, was serving a 465-year sentence for homicide and terrorism crimes. "No one expects that these people can go back to society and behave," he said.

On Monday, lawyers hired by the Venezuelan government, who said they represented 30 of the detainees, submitted a habeas corpus petition for all the jailed Venezuelans.

"There is no legal basis for their detentions," the lawyers argued in their submission to the Constitutional Chamber of El Salvador's Supreme Court. They asked for the men's release.

Legal experts said that request was unlikely to be granted. The chamber's judges were installed after Bukele's party won a congressional majority in 2021. They have consistently backed the president.

# CECOT is one of Latin America's largest prisons

The 238 Venezuelans arrived in San Salvador on three U.S. planes, along with 23 Salvadorans accused of belonging to the ruthless MS-13 gang. The Trump administration used an 18th-century law, the Alien Enemies Act, to expel 137 of the Venezuelans — essentially arguing they belonged to an invading force linked to the Venezuelan government. The act allows expedited deportation of noncitizens. The other 101 Venezuelans were removed under traditional immigration law. Bukele described all of them as members of Tren de Aragua, which was designated a terrorist group last month by the U.S. government.

The Trump administration has removed other undocumented migrants to third-party countries — deporting more than 400 people from countries such as China and Iran to Panama and Costa Rica last month.

The difference this time is that the migrants were jailed like criminals. The CECOT prison, built for 40,000, is known for its harsh conditions. Up to 70 men share a single cell, and they sleep on metal bunks with no mattresses, according to journalists who have been to the prison. The inmates are not allowed visits by their relatives or lawyers.

It wasn't clear when — or if — the Venezuelans would ever be tried or freed.

Noah Bullock, executive director of the human rights group Cristosal, said that President Donald Trump and Bukele had usurped from the courts the power to determine who was a criminal.

"Nobody here is waving the flag of Tren de Aragua," he said. "But do you want the president to have the right to determine who is a terrorist and who has rights — and who doesn't?"

Rubio has likened the removal of the Venezuelans to a counterterrorism operation. The State Department referred questions on the Salvadoran detention of the Venezuelans to DHS and the Salvadoran government.

Asked for comment, the Justice Department responded with Attorney General Pam Bondi's statement after U.S. District Judge James E. Boasberg's initial order blocking the removal of the Venezuelans. Bondi said at that point that the ruling "disregards well-established authority regarding President Trump's power."

Salvadoran attorneys said that, in order for the U.S. government to legally outsource prisoners to El Salvador, the countries would have to sign a treaty or convention, and get the approval of their legislatures. In such a treaty, "you'd have to spell out who would have legal jurisdiction over these people — the United States or El Salvador," Anaya said.

The Salvadoran presidential commissioner for human rights, Andrés Guzmán, did not respond to a request for comment.

---

**What readers are saying**

The comments overwhelmingly criticize the use of the Alien Enemies Act to deport Venezuelan migrants to El Salvador, highlighting significant legal and ethical concerns. Many commenters argue that the deportations lack due process and equate the actions to human rights... <u>Show more</u>

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

EXHIBIT 14



← **Truth Details**
924 replies                                                                          •••

**Donald J. Trump** ✓
@realDonaldTrump

Thank you President Bukele, of El Salvador, for taking the criminals that were so stupidly allowed, by the Crooked Joe Biden Administration, to enter our Country, and giving them such a wonderful place to live!



01:00

**5.08k** ReTruths   **20k** Likes

Mar 31, 2025, 11:09 AM



EXHIBIT 15

**TRUTH.**

← **Truth Details**
   3877 replies



**Donald J. Trump** ✅
@realDonaldTrump

These are the monsters sent into our Country by Crooked Joe Biden and the Radical Left Democrats. How dare they! Thank you to El Salvador and, in particular, President Bukele, for your understanding of this horrible situation, which was allowed to happen to the United States because of incompetent Democrat leadership. We will not forget!



02:59

**11.3k** ReTruths    **41.1k** Likes             Mar 16, 2025, 12:54 PM



EXHIBIT 16



← **Truth Details**
10390 replies

                                                        ...

 **Donald J. Trump** ✅
@realDonaldTrump

This Radical Left Lunatic of a Judge, a troublemaker and agitator who was sadly appointed by Barack Hussein Obama, was not elected President - He didn't WIN the popular VOTE (by a lot!), he didn't WIN ALL SEVEN SWING STATES, he didn't WIN 2,750 to 525 Counties, HE DIDN'T WIN ANYTHING! I WON FOR MANY REASONS, IN AN OVERWHELMING MANDATE, BUT FIGHTING ILLEGAL IMMIGRATION MAY HAVE BEEN THE NUMBER ONE REASON FOR THIS HISTORIC VICTORY. I'm just doing what the VOTERS wanted me to do. This judge, like many of the Crooked Judges' I am forced to appear before, should be IMPEACHED!!! WE DON'T WANT VICIOUS, VIOLENT, AND DEMENTED CRIMINALS, MANY OF THEM DERANGED MURDERERS, IN OUR COUNTRY. MAKE AMERICA GREAT AGAIN!!!

**18.3k** ReTruths  **77.6k** Likes                    Mar 18, 2025, 6:05 AM

# EXHIBIT 17

4/22/25, 5:36 PM
President Trump Delivers Justice to Terrorists, Security for Americans – The White House
Case 1:25-cv-00766-JEB   Document 102-14   Filed 04/25/25   Page 69 of 104

*The* WHITE HOUSE

ARTICLES

President Trump Delivers Justice to Terrorists, Security for Americans

The White House

March 17, 2025

This weekend, the Trump Administration deleted ruthless terrorist gang members —
illegal immigrants who invaded our country and brought unspeakable devastation to our
communities — as part of President Donald J. Trump's utilization of every possible tool to
protect the safety and security of the American people and reverse the damage done by
years of feckless Democrat leadership.

**This bold, necessary action was immediately heralded by administration officials,
members of Congress, and the American people:**

**Vice President JD Vance**: "There were violent criminals and rapists in our country.
Democrats fought to keep them here. President Trump deported them."

**Secretary of State Marco Rubio**: "We have sent 2 dangerous top MS-13 leaders plus 21
of its most wanted back to face justice in El Salvador. Also, as promised by @POTUS, we
sent over 250 alien enemy members of Tren de Aragua which El Salvador has agreed to
hold in their very good jails at a fair price that will also save our taxpayer dollars.
President @nayibbukele is not only the strongest security leader in our region, he's also a
great friend of the U.S. Thank you!"

**Border Czar Tom Homan**: "The Biden Administration released thousands of Venezuelan
Tren de Aragua criminals into the US.  They have committed armed robberies, sex
trafficked young girls, attacked US citizens, assaulted our police and raped and
murdered young women and children. But now, thanks to the American people, we have
President Trump!  Last night, 238 Tren de Aragua members along with 21 MS13 gang

members, were deported from this country adding to the thousands of criminal aliens already deported. Under President Trump's leadership, this country is becoming safer every day.  With each criminal illegal alien being deported, neighborhoods are becoming safer.   Criminal illegal aliens, gang members and national security threats can try to hide with the help of sanctuary cities, however, know this, ICE will not stop until they are found and deported. This important work, that ICE is doing will continue while Attorney General Pam Bondi takes the sanctuary jurisdictions to court.  We have much more to do AND IT WILL BE DONE!!!"

**Sen. John Barrasso**: "Deporting violent criminals, rapists, terrorists, and drug dealers who came to America illegally is commonsense. Thank you President Trump for making America safer."

**Sen. Tom Cotton**: "President Trump campaigned and won on making Americans safer. The deportation of depraved Tren de Aragua savages is the first step towards repairing our country after years of open border policies."

**Sen. Chuck Grassley**: "Another day, another judge unilaterally deciding policy for the whole country. This time to benefit foreign gang members If the Supreme Court or Congress doesn't fix, we're headed towards a constitutional crisis. Senate Judiciary Cmte taking action"

**Sen. Mike Lee**: "Do you miss the foreign terrorists now that Trump has deported them? I don't"

**Sen. Markwayne Mullin**: "You'd think everyone would believe this, but we're facing another 80/20 issue... I 100% support the Trump admin's effort to deport violent illegal aliens from the United States of America. This includes Venezuelan gang members."

**Sen. Eric Schmitt**: "While you slept, your government sent three planes full of Tren de Aragua and MS-13 thugs to the beautiful prisons of El Salvador. Thanks to the leadership of this administration—and our friend @nayibbukele—America is safer today than it was yesterday."

**Rep. Brian Babin**: "Judge Boasberg is endangering Americans! He blocked the deportation of violent Tren de Aragua gang members—rapists, murderers, and thugs. No judge should have the power to override @POTUS' national security decisions."

**Rep. Lauren Boebert**: "Democrats in Colorado called the threat of Tren De Aragua a 'figment of imagination.' Thank you @POTUS and President @NayibBukele for doing what's necessary to keep Americans safe!"

**Rep. Andrew Clyde**: "Let me get this straight… Joe Biden could blatantly violate our immigration laws to flood our country with criminal illegal aliens—but President Trump can't deport them?"

**Rep. Mike Collins**: "It's ridiculous that a Democratic president can import violent gang members, but a Republican president can't deport them."

**Rep. Eli Crane**: "The activist judges were suspiciously quiet when Joe Biden enacted all the policies that led to gang members ENTERING America. How's that work? Only vocal when President Trump DEPORTS them?"

**Rep. Byron Donalds**: "These are criminal aliens to our nation. These are gang members, murderers, and rapists. Under President Trump, they are rightly being arrested and deported, but the left wants them to stay. We are Making America Safe Again"

**Rep. Lance Gooden**: "Democrats gave illegal criminals luxury hotels. President Trump gave illegal gang members a one-way ticket to the world's most feared prison. Thank you, President @nayibbukele and El Salvador!"

**Rep. Wesley Hunt**: "It is incredible to see Democrats defend Tren De Aragua and MS-13 members. Tom Homan says these flights will continue. The Trump administration will NOT stop until every last criminal alien is out of this country!"

**Rep. Darrell Issa**: "The day @realDonaldTrump returned to the White House, America started sending criminal illegals out of our country."

**Rep. Nick Langworthy**: "Radical Left Democrats put our country in danger every single day and made every state a border state. That ended the day President Trump took his oath. He is cleaning up our country and making America safe again."

**Rep. Nicole Malliotakis**: "Thank you to President Trump & El Salvador President Bukele for getting these dangerous gang members removed from the United States. Shame on ACLU for working to shield these foreign gangs who have wreaked havoc & committed heinous crimes in our country from deportation."

**Rep. Addison McDowell**: "Yesterday, an Obama-appointed judge ruled that two flights carrying rapists and murderers from the Tren de Aragua gang be turned around & brought back to the U.S. This is flat out disgusting and I'm glad @realdonaldtrump is moving full steam ahead."

**Rep. Mary Miller**: "The government's first duty is to protect its people. President Trump stands in sharp contrast to the Biden regime and the entire Democrat Clan—they've completely failed America. Now, they're watching what real leadership looks like. This is how it's done"

**Rep. Ralph Norman**: "These are gang leaders, rapists, and murderers who thought they could find refuge in America. NOT ANYMORE!!"

**Rep. Scott Perry**: "Why did an activist judge try to stop the deportation of illegal, criminal migrants – hardcore rapists, gang members, and cartel / drug traffickers – who not only broke laws in their own country before invading our Nation, but came here to break ours as well?"

**Rep. Chip Roy**: "Judge Boasberg should be on a plane to Houston to sit with Alexis Nungaray & explain why we must keep TDA gang members who killed her daughter. Radical progressive Dems endangered us by fueling an invasion of our communities. Trump is right to take quick action to reverse it."

**Rep. María Elvira Salazar**: "BRAVO @nayibbukele and President Trump! Bukele is an expert at LOCKING UP every gang member, murderer and criminal. It's great to see us

working with our allies in the hemisphere again to get the thugs out of the USA."

**Rep. Keith Self**: "Incredible. All we needed was a new President."

**Rep. Greg Steube**: "Thank you, President Trump and President Bukele, for taking a zero-tolerance approach to criminal illegal immigrants and terrorists. The Trump administration secured a deal with El Salvador to extradite and imprison Tren de Aragua gang members who exploited Biden's open-border disaster. No country should tolerate terrorists and criminals roaming free. This is how you lead with strength."

**Rep. Marlin Stutzman**: "Cartel members who engaged in kidnapping, sexual abuse of children, robbery, and aggravated assault on a police officers belong in prison. Anyone standing in the way of their deportation and jailing is no friend of our country. Glad these criminals are off of our streets."

**Rep. Tom Tiffany**: "First, Democrats allowed Tren de Aragua members into our country. Now, a rogue judge and Democrats are fighting to keep them here. Why are they protecting illegal gang members instead of U.S. citizens?"

**Rep. Derrick Van Orden**: "I am not sure Americans understand how amazingly terrible this rogue judge's ruling was. He wanted to keep violent criminal illegal aliens, including rapist, in the United States. @realDonaldTrump & @JDVance are protecting Americans."

**Rep. Randy Weber**: "The only words Democrats should be saying right now are: 'Thank you, President Trump, for taking action to get terrorists out of our country.' These are dangerous thugs who despise everything America stands for. God bless President Trump."

**Virginia Attorney General Jason Miyares**: "Radicals want you to believe Trump is acting illegally by deporting Venezuela's Tren de Aragua gang. These aren't U.S. citizens— they're violent criminals who exploited Biden's border failures to terrorize Americans. I'll always fight for the rule of law."

**America First Legal**: "President Trump has deported 238 criminals in the violent

Venezuelan gang Tren de Aragua to El Salvador to be imprisoned in CECOT, the country's maximum-security prison. Tren de Aragua is a real and present danger, and President Trump's decisive action will protect Americans."

**Retired CIA Senior Operations Officer Rick de la Torre:** "President Trump's invocation of the Alien Enemies Act to expel Tren de Aragua (TdA) gang members from U.S. soil is not only the right move—it's a long-overdue strike against a growing national security threat."

**Attorney Mike Davis**: "Amen. For 4 years, Democrats pretended grandmas trespassing into the Capitol were a graver threat than foreign terrorists invading America. Robbers, rapists, and murderers. President Trump is fulfilling his constitutional duty, as commander-in-chief, to repel foreign invasion."

**Commentator Joe Pagliarulo:** "The Trump Administration is sending back violent gang members … Everybody in the United States, no matter which side you are on politically, should agree that they should go back."

**Discovery Institute Senior Journalism Fellow Jonathan Choe**: "This is what awaits violent criminal illegals in America. Look at this recent batch of Tren De Aragua gang members deported to an El Salvadoran prison."

**The Conservative Caucus's Jim Pfaff**: "Trump took action. While a judge blocked the deportation of Tren de Aragua criminals to Venezuela, Nayib Bukele agreed to take them into his Salvadoran prisons which are much worse for them than anything they faced In Venezuela."

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS



THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



# EXHIBIT 18

4/24/25, 5:57 PM    U.S. Deportations: Trump Tied Gang to Venezuela's Government, Intel Agencies Contradicted Him - The New York Times

Case 1:25-cv-00766-JEB    Document 102-14    Filed 04/25/25    Page 78 of 104

# *Intelligence Assessment Said to Contradict Trump on Venezuelan Gang*

To invoke wartime deportation powers, President Trump asserted that Venezuela's government controls a gang. U.S. intelligence analysts think that is not true.

---

 ▶ **Listen to this article · 9:22 min**   Learn more

 

**By Charlie Savage and Julian E. Barnes**
Reporting from Washington

Published March 20, 2025   Updated March 22, 2025

President Trump's assertion that a gang is committing crimes in the United States at the direction of Venezuela's government was critical to his invocation of a wartime law last week to summarily deport people whom officials suspected of belonging to that group.

But American intelligence agencies circulated findings last month that stand starkly at odds with Mr. Trump's claims, according to officials familiar with the matter. The document, dated Feb. 26, summarized the shared judgment of the nation's spy agencies that the gang was not controlled by the Venezuelan government.

The disclosure calls into question the credibility of Mr. Trump's basis for invoking a rarely used wartime law, the Alien Enemies Act of 1798, to transfer a group of Venezuelans to a high-security prison in El Salvador last weekend, with no due process.

The intelligence community assessment concluded that the gang, Tren de Aragua, was not directed by Venezuela's government or committing crimes in the United States on its orders, according to the officials, speaking on the condition of anonymity to discuss internal deliberations.

Analysts put that conclusion at a "moderate" confidence level, the officials said, because of a limited volume of available reporting about the gang. Most of the intelligence community, including the C.I.A. and the National Security Agency, agreed with that assessment.

Only one agency, the F.B.I., partly dissented. It maintained the gang has a connection to the administration of Venezuela's authoritarian president, Nicolás Maduro, based on information the other agencies did not find credible.

"Multiple intelligence assessments are prepared on issues for a variety of reasons," the White House said in a statement. "The president was well within his legal and constitutional authority to invoke the Alien Enemies Act to expel illegal foreign terrorists from our country."

A spokesman for the Office of the Director of National Intelligence declined to comment.

Mr. Trump's extraordinary use of wartime powers to advance his immigration crackdown has edged the administration closer to a constitutional clash with the judiciary. A judge in Washington is considering whether the administration violated his order blocking, for now, the expulsion of migrants under the law. The Justice Department denounced the order as infringing on Mr. Trump's national security powers and asked an appeals court to overturn it.

The Alien Enemies Act empowers the executive branch to summarily remove foreign citizens whose government is in a declared war with the United States or is otherwise invading or engaged in a "predatory incursion" into American territory. The government last used the law in the internment and repatriation of Japanese, Italian and German citizens during and after World War II.

On its face, the law appears to require not just an invasion or incursion, but a link to the actions of a foreign government.



German immigrants being prepared for deportation in Hoboken, N.J., during World War I in 1918. The Alien Enemies Act has been used to repatriate immigrants during World War I and II.  Universal History Archive/Universal Images Group, via Getty Images

In his proclamation, Mr. Trump effectively summoned such a link into legal existence by saying that he had determined that Tren de Aragua was a proxy for the Venezuelan government and committing crimes in the United States at its direction because Mr. Maduro sought to destabilize the country.

"I make these findings using the full extent of my authority to conduct the nation's foreign affairs under the Constitution," Mr. Trump said.

But Mr. Trump's key factual assertions contradicted the earlier intelligence assessment, the officials said. It concluded that the gang was not acting at the direction of the Maduro administration and that the two are instead hostile to each other, citing incidents in which Venezuelan security forces exchanged gunfire with gang members.

Because available information in the world of intelligence is often imperfect or incomplete, analysts assign levels of confidence to factual assertions and conclusions. Such caveats indicate that even if most or all the currently available evidence points in one direction, it remains possible that something else might turn up that would change their minds.

The overall conclusion was put at "moderate" confidence, and some supporting points put at "low" confidence, the officials said, because there was not as much reporting as analysts typically want to have "high" confidence. The United States has long scrutinized the government of Venezuela, but only recently has it begun to focus on Tren de Aragua, they said.

The assessment, according to one official, also portrayed the gang as lacking the resources and being too disorganized — with little in the way of any centralized command-and-control — to be able to carry out any government orders. And, the official said, the assessment says that while a handful of corrupt Venezuelan officials have ties to gang members, that does not amount to the gang's being under the sway of the government as a whole.

The assessment, this official also said, asserts that when the State Department designated the gang as a foreign terrorist organization last month at Mr. Trump's direction, a minister in the Maduro administration publicly praised the action. (The administration's move broke with the practice of limiting "terrorism" designations to organizations that are clearly ideologically motivated.)

Federal courts typically defer to the executive branch's factual declarations about what is happening and why, rather than probing for what may actually be going on. That is particularly the case in matters of national security and foreign policy.

But such deference is premised on the idea that officials are making determinations in good faith and drawing on executive branch resources like intelligence agencies to evaluate fast-moving and sometimes dangerous situations. Mr. Trump's pattern of distorting the truth is testing that practice.

4/24/25, 5:57 PM
Case 1:25-cv-00766-JEB Document 102-14 Filed 04/25/25 Page 82 of 104
U.S. Explorations Into Trump Tied Gang to Venezuela's Government Undercut by Contradictions - The New York Times

The administration's insistence that all the men it sent to El Salvador are members of Tren de Aragua has also been challenged. In one court filing, an official acknowledged that many have no criminal records but said the dearth of details only underscored that "they are terrorists with regard to whom we lack a complete profile."

Lawyers for some of the migrants have collected statements from family members and others denying involvement in the gang. A lawyer for one detainee, for example, identified her client as a soccer player who had been tortured for participating in anti-Maduro protests and so fled to the United States to request asylum.

The lawyer said U.S. officials accused him of being a Tren de Aragua member based on a tattoo and on a hand gesture he made in a picture on social media. But, she said, the tattoo was a version of a soccer team logo, and the hand gesture was a common "rock 'n' roll" symbol.

Mr. Trump's proclamation cited scant evidence for its core finding that Tren de Aragua as an organization has been committing crimes to destabilize the United States "at the direction, clandestine or otherwise, of the Maduro regime in Venezuela."

Its most concrete detail was that the gang had expanded from 2012 to 2017, when Tareck El Aissami served as governor of the region of Aragua, and in 2017 Mr. Maduro appointed him as vice president. But the proclamation omitted that Mr. Aissami is no longer part of the Maduro administration, which is prosecuting him on corruption charges.

Case 1:25-cv-00766-JEB    Document 102-14    Filed 04/25/25    Page 83 of 104



Tareck El Aissami was appointed as vice president by Mr. Maduro in 2017, after serving as governor of the Venezuelan region of Aragua. Mr. Aissami is now being prosecuted by the Maduro administration.  Matias Delacroix/Associated Press

On Saturday, as planeloads of Venezuelan migrants were being flown to El Salvador, Judge James E. Boasberg, the chief judge of the Federal District Court for the District of Columbia, temporarily barred the administration from summarily removing people based on the Alien Enemies Act.

A former prosecutor, he was first appointed to the bench by a Republican president and elevated to his current role by a Democratic one. His decision to block the Trump administration's deportations under the law has outraged the president and his allies, prompting Mr. Trump to call for his impeachment.

The administration has appealed to the Court of Appeals for the District of Columbia Circuit. The case is now before Judges Karen Henderson and Justin Walker, both Republican appointees, and Patricia Millett, a Democratic appointee.

Appeals courts typically reject challenges to temporary restraining orders. But the panel has ordered expedited briefings and scheduled arguments, suggesting it is considering deciding on the legal merits of Mr. Trump's invocation of Alien

Enemies Act powers.

Any ruling could turn in part on whether the judges accept Mr. Trump's assertions about Tren de Aragua and its supposed ties to the Venezuelan government, as the administration has insisted.

The Justice Department wrote that "the determination of whether there has been an 'invasion' or 'predatory incursion,' whether an organization is sufficiently linked to a foreign nation or government, or whether national security interests have otherwise been engaged so as to implicate the A.E.A., is fundamentally a political question to be answered by the president."

**Charlie Savage** writes about national security and legal policy.

**Julian E. Barnes** covers the U.S. intelligence agencies and international security matters for The Times. He has written about security issues for more than two decades.

A version of this article appears in print on , Section A, Page 13 of the New York edition with the headline: Analysis by Spy Agencies Challenges Trump's Basis For Scrutiny of Venezuela

EXHIBIT 19

Case 1:25-cv-00766-JEB Document 103-14 Filed 04/25/25 Page 86 of 104



← **Post**

**Secretary Kristi Noem** ✅
@Sec_Noem

Follow ⊘ •••

I toured the CECOT, El Salvador's Terrorism Confinement Center.

President Trump and I have a clear message to criminal illegal aliens: LEAVE NOW.

If you do not leave, we will hunt you down, arrest you, and you could end up in this El Salvadorian prison.



0:28

Last edited 4:08 PM · Mar 26, 2025 · **8.7M** Views

💬 7.5K          ⟲ 14K          ♡ 63K          🔖 3.1K          ⬆

4/24/25, 5:37 PM
Case 1:25-cv-00766-JEB    Document 103-14    Filed 04/25/25    Page 87 of 104
Secretary of Homeland Security toured the CECOT El Salvador's Terrorist Confinement Center...Residen Trump and I have a clear ...

## Post your reply                                        Reply

**Jim Stewartson, Antifascist** 🇨🇦🇺🇦 ... ✅ @jimstewarts... · Mar 26 ⊘ ···
What sort of sick concentration camp theater are you putting on here
Kristi? Where's the gay hairdresser? Got any Canadians in there on a work
visa?

Fucking disgusting. Horrible bitch.

💬 137          ⟲ 635          ♡ 4.3K          📊 59K                    🔖  ⬆️

**Jo** ✅ @JoJoFromJerz · Mar 26                                      ⊘ ···
Those are human fucking beings behind you, not fucking props!!!!!!
That looks like a concentration camp.
This is utterly reprehensible.
Shame on you.

💬 580          ⟲ 213          ♡ 4.2K          📊 54K                    🔖  ⬆️

**Jake Broe** ✅ @RealJakeBroe · Mar 27                                 ⊘ ···
You are standing in front of a green screen you clown.  The hands at second
17 jump because you looped that video to play behind you.

💬 101          ⟲ 187          ♡ 2.3K          📊 48K                    🔖  ⬆️

**KO Murphy** ✅ @klcmurphy · Mar 26                                    ⊘ ···
That prison looks like a Nazi concentration camp, with all the prisoners
piled on top of each, heads shaved. And then there's you, in your tight t-
shirt, perfectly coiffed hair and makeup.
This is really gross.

💬 112          ⟲ 103          ♡ 1.7K          📊 26K                    🔖  ⬆️

**Patrick Jaicomo** ✅ @pjaicomo · Mar 26                               ⊘ ···
Wearing what appears to be a $50k gold Rolex Daytona to film a threat of
due-process free rendition to a third-world prison is a really special touch,
Secretary.

💬 52          ⟲ 68          ♡ 1.3K          📊 71K                     🔖  ⬆️

**Richard Angwin** ✅ @RichardAngwin · Mar 26                           ⊘ ···
Kristi Noem's fear-mongering at CECOT is a disgrace. Threatening
immigrants with a prison known for torture and abuse is not leadership, it's
cruelty. Her stance ignores due process and human rights, fueling a
dangerous agenda. Shame on her.

💬 79          ⟲ 149          ♡ 776          📊 15K                     🔖  ⬆️

Secretary Kristi Noem JEB toured the El Salvador's Terrorist Confinement Center. I have a clear ...



**Nick shirley** ✔ @nickshirleyy · Mar 26
Here is a full tour from inside:

> **Nick shirley** ✔ @nickshirleyy · Jul 27, 2024
>
> INSIDE CECOT (full video):
> I entered into El Salvadors mega prison know as The Terrorism
> Confinement Center (CECOT), it is home to some of the most
> dangerous gangs and gangsters in the world. El Salvador was once
> controlled by these gangs and known as the most dangerous country
>
> Show more

💬 34    🔁 179    ♡ 707    📊 67K

Case 1:25-cv-00766-JEB   Document 103-14   Filed 04/25/25   Page 89 of 104

Secretary Kristi Noem on X: "I toured the CECOT in El Salvador's Terrorist Confinement Center. It's one of the tools in Trump and I have a clear …























EXHIBIT 20



← **Post**

**Nayib Bukele** ✔ ☐                                    Follow  ⊘  ⋯
@nayibbukele

Today, the first 238 members of the Venezuelan criminal organization, Tren de Aragua, arrived in our country. They were immediately transferred to CECOT, the Terrorism Confinement Center, for a period of one year (renewable).

The United States will pay a very low fee for them, but a high one for us.

Over time, these actions, combined with the production already being generated by more than 40,000 inmates engaged in various workshops and labor under the Zero Idleness program, will help make our prison system self-sustainable. As of today, it costs $200 million per year.

On this occasion, the U.S. has also sent us 23 MS-13 members wanted by Salvadoran justice, including two ringleaders. One of them is a member of the criminal organization's highest structure.

This will help us finalize intelligence gathering and go after the last remnants of MS-13, including its former and new members, money, weapons, drugs, hideouts, collaborators, and sponsors.

As always, we continue advancing in the fight against organized crime. But this time, we are also helping our allies, making our prison system self-sustainable, and obtaining vital intelligence to make our country an even safer place. All in a single action.

May God bless El Salvador, and may God bless the United States.

🇸🇻 🤝 🇺🇸

4/24/25, 5:41 PM
Case 1:25-cv-00766-JEB   Document 102-14   Filed 04/25/25   Page 92 of 104
Nayib Bukele on X: Today, the first 200 members of the Venezuelan criminal organization, Tren de Aragua, arrived in our country. T…

5:13 AM · Mar 16, 2025 · **23.6M** Views

| 17K | 55K | 238K | 16K | |
|---|---|---|---|---|

Post your reply                                                    Reply

**Elon Musk** ☑ ☐ @elonmusk · Mar 16

Much appreciated

💬 434          🔁 1.3K          ♡ 32K          📊 546K

**Laura Loomer** ☑ @LauraLoomer · Mar 16

This is what I voted for.

💬 166          🔁 534          ♡ 8.5K          📊 141K

**Valentina Gomez** ☑ @ValentinaForUSA · Mar 16

It's insane how a leftist judge wanted to keep these animals roaming freely in American soil.

💬 212          🔁 579          ♡ 8.2K          📊 190K

**Armando M.** ☑ @StarSpangledRoy · Mar 16

I'm so glad @SecRubio ignored the judge's order, and instead of sending them to Venezuela where they could roam free, they sent them to El Salvador to live at CECOT. So epic! 😂😂😂

Salvador to live at CECOT. So epic! 🤣🤣🤣

💬 70          ⇄ 376          ♡ 8.8K          ⊹ᡰᥣ 175K          🔖  ⬆

**Saggezza Eterna** ✓ @FinalTelegraph · Mar 16          ⊘  ···
Bukele's a genius—El Salvador just took 238 Tren de Aragua thugs and 23
MS-13 monsters from the U.S., locking them in CECOT while making
prisons self-sustainable through the Zero Idleness program. This slashes
their $200 million prison costs, all while the U.S. pays a low fee—a
Show more

💬 112          ⇄ 1.1K          ♡ 7.1K          ⊹ᡰᥣ 147K          🔖  ⬆

**Hans Mahncke** ✓ @HansMahncke · Mar 16          ⊘  ···
Marc Elias defends these thugs in the comfort of U.S. courtrooms where
Democrat judges play along. Something tells me he won't be trying that in
an El Salvador court.

💬 76          ⇄ 665          ♡ 6.3K          ⊹ᡰᥣ 136K          🔖  ⬆

**Jym** 🇺🇸🇺🇸🇺🇸 @jymminy1111 · Mar 16          ⊘  ···
It's a blessing to have such a great ally in you and El Salvador.  When the
rest of the world falls into chaos and allow criminals to terrorize at
will,Trump and Bukele protect their citizens and make their country safe

💬 108          ⇄ 768          ♡ 6.1K          ⊹ᡰᥣ 90K          🔖  ⬆

4/24/25, 5:41 PM    Nayib Bukele on X:
Case 1:25-cv-00766-JEB    Document 102-14    Filed 04/25/25    Page 94 of 104
Today, the first 200 members of the Venezuelan criminal organization, Tren de Aragua, arrived in our country. T…













































# EXHIBIT 21

# "Border Czar" Tom Homan on President Trump Invoking Alien Enemies Act | Video

**c-span.org**/program/white-house-event/border-czar-tom-homan-on-president-trump-invoking-alien-enemies-act/657338

C-SPAN                                                                    March 27, 2025



March 17, 2025

## "Border Czar" Tom Homan on President Trump Invoking Alien Enemies Act

"By the time the other order came, the plane was already over international waters," said President Trump's "Border Czar" Tom Homan as he discussed a judge's order to halt deportation flights of Venezuelan migrants that President Trump ordered under the ...Show More



0 seconds of 3 minutes, 25 secondsVolume 90%



Clipping Tool

## Event Programs

- "Border Czar" Tom Homan on President Trump Invoking Alien Enemies Act3:25
- White House Deputy Chief of Staff Stephen Miller on Venezuelan Deportations and Mexican Tariffs15:48
  - Stephen Miller Says Judge's Order Is "Patently Unlawful"
  - Says Biden's Jan. 6 Cmte. Pardons Are Void
- Trump Officials Speak to Reporters at White House2:40
- Alina Habba on Venezuelan Deportations2:47

All right. Could you, could you walk us through just some of the behind the scenes on how, uh, carried out some of the deportation of the flights from being invoked under the Alien Enemies Act. How did that play out behind the scenes the timing of the judge's order?

**00:00:01**

Look, let me say this, you know, the The president through proclamation. He took his authority under alien enemies Act and imposed it, which he has the right to do. TDA has been designated terrorist organizations. TDA is an enemy of this country. We know TDA based on a lot of evidence. They are part of the Maduro regime through the military and law enforcement. They've infiltrated them and look they've invaded this country to unsettle this country whether it's through fentanyl killing thousands of Americans or through the violence of perpetraying our cities. The president did the right thing. I stand by it. I thought we removed in one day over 200. Dangerous people, including MS-13. It was right there in the scene. I see the video that President Bukele put out. It was a beautiful thing. These people are going to be held accountable. Is a member of the gang. How do you know it and why can't they sort that out with a lawyer and hear it? Look, we abided by the court's decision. His written order was on 5 illegal amnesty and 1 deported, and we abided by that. By the time the other order came, the plane was already over international waters with a plane full of terrorists. Insignificant public safety threats and you know, to turn the plane around over international waters, we're going to refuel over international waters, come back and terrorists back to the United States. That's something this president promised the American people, but the president did exactly the right thing. So they're all trained on. I'm not with every single case on that plane, but that's my understanding. MS-13 members and TDA members, let's remember many of those on the plane were moved to Title 8, not to the Alien Enemies Act. So again, it's the right thing to do the people of this country mandated President Trump to deal with the border crisis, deal with illegal immigration, and deal with illegal. In crime and that's exactly what we did. We removed terrorists. That should be a celebration. We removed terrorists from this country. I stand by what the president did. I support that. How do you determine whether somebody is a gang member? What criteria do you use? to various investigations, you know, a lot of, a lot of the ways we do it law enforcement sense. I'm not going to share all that with you, but know whether through social media, through the activities, through their criminal records here and abroad, so you know this this has done a very The review of this issue was at the highest level I've seen, and I think again I stand by everything we did this weekend, and I think the president keeping his promise to the American people. We removed terrorists from the country this weekend. I can't believe any media would question the president's ability to remove terrorists from this country. What do you say to those who say what do you say to those who claim you're using a 200 year old law to circumvent law. Not as old as the Constitution. We still pay attention to that, don't we? But some would say. I will not

**00:00:19**   <u>Show More</u>

*This text was compiled from uncorrected Closed Captioning.

## Topics

- <u>Federal Courts</u>
- <u>Immigration</u>

## Hosting Organization

White House | News Media Stakeout

## People in this video

Tom Homan Executive Associate Director U.S. Immigration and Customs Enforcement | Enforcement and Removal Operations

More information about

### "Border Czar" Tom Homan on President Trump Invoking Alien Enemies Act

Purchase a Download

### "Border Czar" Tom Homan on President Trump Invoking Alien Enemies Act

## Recommended

- Mar 26, 2025



### Press Secretary Karoline Leavitt on MS-13 Leader Arrest

White House Press Secretary Karoline Leavitt spoke to reporters in the White House driveway about the arrest of a top MS-13 leader in Woodbridge, Virginia. She also touched on President Trump's auto tariffs and the Signal group chat security breach.

- Mar 16, 2025



### ACLU Counsel Speaks After Federal Court Hearing on Deportations Under Alien Enemies Act

ACLU layer Lee Gelent spoke to reporters following Judge James E. Boasberg hearing on the Trump administration's alleged violation of a temporary restraining order on deportations.

- Mar 16, 2025



### President Trump Attends Board Meeting at Kennedy Center

President Trump attended a board meeting at the Kennedy Center.

- Feb 10, 2025



### Border Czar Tom Homan Speaks to Reporters

Border Czar Tom Homan spoke to reporters in the White House driveway about ongoing immigration enforcement efforts by the Trump administration.

## Clips From This Video

- Mar 17, 2025



### User Clip: Tom Homan takes questions after President Trump deported TDA Gang Members

Tom Homan takes questions after President Trump deported TDA Gang Members

- Mar 17, 2025



### User Clip: illegal aliens

homan burn

- Mar 17, 2025



### User Clip: Homan on Alien Enemies Act

By the time the other order came, the plane was already over international waters," said President Trump's "Border Czar" Tom Homan as he discussed a judge's order to halt deportation flights of Venezuelan migrants that President Trump ordered under t

## Trending

- Apr 23, 2025



### President Trump Meets with Norwegian Prime Minister

President Donald Trump hosted Norwegian Prime Minister Jonas Gahr Store for a bilateral meeting in the Oval Office where the pair took questions from reporters after making brief remarks about the two countries' partnership. The president fielded most ...

- Apr 23, 2025



### President Trump Holds Lunch Meeting with Norwegian Prime Minister

President Donald Trump hosts the Norwegian Prime Minister Jonas Gahr Store for a lunch meeting with his Cabinet secretaries at the White House.

- Apr 23, 2025



### NATO Secretary General Mark Rutte Speaks to Reporters at the White House

NATO Secretary General Mark Rutte spoke to reporters after meeting with President Trump. He said the meeting focused mostly on the upcoming NATO summit, where increases in Canadian and European defense spending will be discussed. He also answered reporter ...

- Apr 23, 2025



### <u>Vice President Vance Remarks at Ramstein Air Base</u>

Vice President Vance delivered brief remarks and served beer to U.S. troops at Ramstein Air Base in Germany, during a refueling stop for Air Force Two as he returned home from a trip to Italy and India.