IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

**[PROPOSED] ORDER GRANTING PETITIONERS–PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Petitioners–Plaintiffs' ("Petitioners") Motion for Preliminary Injunction, and any opposition, reply, and further pleadings and argument thereto:

Having determined that Petitioners are likely to succeed on the merits of their clams that the Alien Enemies Act, 50 U.S.C. § 21 *et seq.*, does not authorize Respondents–Defendants ("Respondents") to summarily remove them from the United States or imprison them abroad; that they have suffered violations of their rights under the Administrative Procedure Act, the Immigration and Nationality Act, statutes providing protection for those seeking humanitarian relief, and due process; that Respondents' ongoing or imminent imprisonment of Petitioners at the Terrorism Confinement Center ("CECOT") in El Salvador violates their rights under the Fifth, Sixth, and Eighth Amendments; that Petitioners will suffer irreparable injury in the absence of injunctive relief; and that the balance of hardships and public interest favor a preliminary

1

injunction, it is, therefore,

ORDERED that Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED; and that Respondents, their agents, representatives, and all persons or entities acting in concert with them are hereby:

1. ORDERED, pending further order of this Court, to immediately request and take all reasonable steps to facilitate (i) the release of the CECOT Subclass from the CECOT prison in El Salvador, and (ii) the return of the CECOT Subclass to the United States. These steps include but are not limited to:

    a. Immediately requesting that Respondents' agents and contractors in El Salvador, including any counterparty to an agreement or contract concerning detention at CECOT, transfer the CECOT Subclass to the physical custody of the United States, and

    b. Ceasing payment to Respondents' agents and contractors in El Salvador, including any counterparty to an agreement or contract concerning detention at CECOT, to detain the CECOT Subclass;

2. ORDERED, pending further order of this Court, not to remove any member of the Criminal Custody Subclass from the United States pursuant to the Alien Enemies Act and any rules implementing the President's Proclamation dated March 15, 2025, invoking the Act;

3. ORDERED, pending further order of this Court, to provide immediate, adequate notice of designation to each member of the Criminal Custody Subclass and class counsel, and no less than 30 days to challenge their designation, detention, and removal under the AEA.

It is further ORDERED that Plaintiffs shall not be required to furnish security for costs. Entered on _____, 2025 at _____ a.m./p.m.

_____
The Honorable Chief Judge James E. Boasberg