IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**<ins>PETITIONERS-PLAINTIFFS' AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL</ins>**

Plaintiffs and Petitioners-Plaintiffs ("Petitioners")[1] by and through undersigned counsel, hereby move the Court for an order certifying this matter as a class action and designating undersigned counsel as class counsel. The grounds for this motion are set forth in the supporting Memorandum of Law and declaration, which are filed concurrently with this Motion

---

[1] Plaintiffs are the original Plaintiffs in *J.G.G. v. Trump*. Because Plaintiffs have filed habeas actions in their districts of confinement and do not seek relief in this Court through the writ of habeas corpus, they continue to be designated as "Plaintiffs," not "Petitioners." Petitioners-Plaintiffs ("Petitioners") refer to the newly amended individuals who are designated under the Proclamation and detained in El Salvador or in criminal custody in the United States. Petitioners are pursuing their claims through habeas in addition to APA and equity.

WHEREFORE, Plaintiffs and Petitioners respectfully move this Court to amend the provisionally certified class of:

> "All noncitizens in U.S. custody who are subject to the March 15, 2025, Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua' and its implementation."

To the following class definition:

> All noncitizens who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua" and/or its implementation.

Petitioners also move the Court to certify the following subclasses:

> **SUBCLASS 1 ("CECOT Subclass")**: All noncitizens in custody at the Terrorism Confinement Center ("CECOT") in El Salvador who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua" and/or its implementation.

> **SUBCLASS 2 ("Criminal Custody Subclass")**: All noncitizens in criminal custody who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua" and/or its implementation.

Plaintiffs move for an order appointing them as representatives of the amended class. Petitioners further move for an order appointing them as representatives of the amended class and new subclasses defined above. Plaintiffs and Petitioners move to appoint undersigned counsel as counsel for the amended class and new subclasses.

Plaintiffs and Petitioners further move for an order requiring the government to identify members of the class and subclasses, and provide notice when a new class or subclass member is designated.

This Motion is made pursuant to the Federal Rule of Civil Procedure 23(a) and 23(b)(2) or, in the alternative, under principles of habeas jurisdiction and equity with Federal Rule of Civil Procedure 23 as a guidepost. The Motion is based upon a supporting Memorandum of Law and accompanying declaration, which is filed concurrently with this Motion.

Dated: April 24, 2025

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Evelyn Danforth-Scott
Cody Wofsy
Cecillia D. Wang (D.D.C. Bar No. CA00042)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
edanforth-scott@aclu.org
cwang@aclu.org
cwofsy@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Aditi Shah (D.C. Bar No. 90033136)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
ashah@acludc.org


*Admission to DDC Bar pending

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Daniel Galindo (D.D.C. Bar No. NY035)
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Omar Jadwat
Hina Shamsi (D.D.C. Bar No. MI0071)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org

Somil B. Trivedi (D.C. Bar No. 1617967)
Bradley Girard (D.C. Bar No. 1033743)
Michael Waldman (D.C. Bar No. 414646)
Sarah Rich
Skye Perryman (D.C. Bar No. 984573)
Audrey Wiggins (DC Bar No. 482877)
Christine L. Coogle (DC Bar No. 1738913)
Pooja Boisture
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426

        strivedi@democracyforward.org
        bgirard@democracyforward.org
        mwaldman@democracyforward.org
        srich@democracyforward.org
        sperryman@democracyforward.org
        awiggins@democracyforward.org
        ccoogle@democracyforward.org
        pboisture@democracyforward.org

*Attorneys for Petitioners-Plaintiffs*