IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

## [PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION

This matter came before the Court on the motion of the Petitioners–Plaintiffs and Plaintiffs for class certification. Having considered the motion, the memorandum in support, and the record in this case, and having otherwise been fully advised, the Court finds that there is good cause to GRANT the motion and hereby ORDERS as follows:

1. The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are satisfied, including that:

    a. The Class and Subclasses are so numerous that joinder of all members is impracticable;

    b. There are multiple questions of law and fact common to the Class and Subclasses;

    c. The claims and defenses of the representative parties are typical of the claims

      and defenses of the Class and Subclasses;

   d. The representative parties will fairly and adequately protect the interests of the Class and Subclasses.

   e. The party opposing the Class has acted or refused to act on grounds that apply generally to the Class or Subclasses, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the Class or Subclass as a whole.

2. This case is certified as a class action on behalf of: All noncitizens who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua" and/or its implementation.

3. Two subclasses are also certified on behalf of:

   a. SUBCLASS 1 ("CECOT Subclass"): All noncitizens in custody at the Terrorism Confinement Center ("CECOT") in El Salvador who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua" and/or its implementation.

   b. SUBCLASS 2 ("Criminal Custody Subclass"): All noncitizens in criminal custody who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua" and/or its implementation.

4. Petitioners Frengel Reyes Mota, Andry Jose Hernandez Romero, J.A.B.V., M.A.O.R., G.A.A.A., M.R.M., and T.C.I., together with Plaintiffs J.G.G., G.F.F., J.G.O.,

    W.G.H., and J.A.V., are appointed as Class Representatives.

5. Petitioners Frengel Reyes Mota, Andry Jose Hernandez Romero, J.A.B.V., M.A.O.R., G.A.A.A., and M.R.M. are appointed as Subclass Representatives for Subclass 1 ("CECOT Subclass").

6. Petitioner T.C.I. is appointed a Subclass Representatives for Subclass 2 ("Criminal Custody Subclass").

7. Petitioners' and Plaintiffs' counsel from the American Civil Liberties Union Foundation, American Civil Liberties Union of the District of Columbia, and the Democracy Forward Foundation are hereby appointed as counsel for the Class.

IT IS SO ORDERED, this _____ day of _____, 2025

 

_____
The Honorable Chief Judge James E. Boasberg