## 25-cv-00766 Amicus Brief not drafted yet permission before too late in the rapid fire emergency motions case

From: Meg Kelly (meghankellyesq@yahoo.com)

To: boasberg_chambers@dcd.uscourts.gov

Cc: meghankellyesq@yahoo.com; nsmith@aclu.org; osarabia@aclu.org; aspitzer@acludc.org; smichelman@acludc.org; lgelernt@aclu.org; dgalindo@aclu.org; agorski@aclu.org; ojadwat@aclu.org; hshamsi@aclu.org; ptoomey@aclu.org; strivedi@democracyforward.org; bgirard@democracyforward.org; mwaldman@democracyforward.org; srich@democracyforward.org; sperryman@democracyforward.org; awiggins@democracyforward.org; cwofsy@aclu.org; mngo@aclu.org; abhishek.kambli@usdoj.gov; august.flentje@usdoj.gov; christina.p.greer@usdoj.gov; drew.c.ensign@usdoj.gov; ryan.costa@delaware.gov; margaret.naylor@delaware.gov

Date: Friday, March 21, 2025 at 09:24 AM EDT

Dear Honorable Chief Judge of the DC District Court Boasberg,

On Wednesday March 19, 2025, I asked state attorney generals and the plaintiffs to assert President Trump and certain Congress people's exceeded the purview of the Constitutional limits of their power by violating the First Amendment right to petition fairly in accord with 5th Amendment due process fairness by threatening a judge, Chief Judge Boesberg with impeachment to affect the outcome of the case at trial or appellate level, and by conduct of actually drafting articles to commandeer the outcome of the case by threatening a trial forum, creating threats to the appellate and Supreme Court forums should it not rule in its biased favor unfairly in violation of separation of Art. I Art. II, Art. III powers.

I made these arguments at the US Supreme Court, but the court denied consideration of writs of cert in two US Supreme Court cases, No. 23-7372 Kelly v EDPA and 23-7360 Kelly v Swartz et. al.

On Wednesday, I also asked state attorneys to intervene to protect the impartiality of the courts to preserve a fair not threatened forum by two bullying branches. You are in a scary place in DC. Your court is sitting next to those who threaten to commandeer the court the President and Congress. I would prefer to argue in any other court but yours because it is scary for you and I want to protect the courts from afar in DE, not in the thick of harm.

Nevertheless, by a miracle it is a case and controversy before your court now. To my knowledge, no one is making arguments to protect the right to petition in an impartial not threatened forum, or separation of powers to prevent two branches from threatening the court to force outcomes by impeachment and foreseeable defunding too.

I am not licensed in DC, and must file an IFP Motion. I do not have means to research on Westlaw or Lexis, but if no one stands up for the rule of law that founded in 1791, sustains and maintains these United States i fear a dissolution.

I do not understand why State Attorney generals did not make this argument in RI or in the NY Case when Honorable Judge Merchan's daughter was attacked at the trial forum. Your court may be the only forum that is ripe for adjudication at the trail level.

Yesterday, I asked the parties copies herein for their stance via email. I also called the plaintiffs and left a message.

I understand there is an emergency hearing today, March 21, 2025. I fear if no one proffers the issue at the trail forum, if I do not act quickly it may be too late to preserve the issue and the courts will be controlled to be eliminated by automation similar to the peopleless courts in China I warned the USSC and DE District Court on the records in other matters.

I act in good faith in fear if I do not nothing the case will have a decision to be appealed to quickly to even draft anything to mail. I am not even sure if i have the means to pay for postage and paper for something I have not yet written.

I pray the parties make it an issue so i would not have to consider acting quickly possibly fruitlessly as too late.

3/23/25, 12:03 PM  Yahoo Mail - Amicus Brief not drafted yet permission before too late in the rapid fire emergency motions case

Case 1:25-cv-00766-JEB    Document 104-1    Filed 04/22/25    Page 2 of 2

Nevertheless, I ask special permission, an accommodation to the normal rules in order to serve by email a submission to you and the parties this Honorable Court may accept or reject in light of the dire situation in lieu of customary service.

If the Honorable Court says no, I will respect its decision. My intent is to protect the right to an impartial forum by protecting judges from threats and temptations of bias, even when those honorable judges disagree with me.

To reiterate, I asked state attorney generals to make the arguments I seek to make, but they have not done so. What if a peon someone so insignificant like me is the only person who will make the arguments before it is too late and harm occurs that is difficult to reverse? I am scared no one will make it because opportunities arose, and no one did other than me.

Respectfully,
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
pro se Not acting as a lawyer