DC Bar – Resignation

# DC BAR
## DISTRICT OF COLUMBIA BAR

Date: June 12, 2019

District of Columbia Bar
Membership
901 4th Street NW
Washington DC 2001-2776

Dear D.C. Bar:

I hereby resign from the District of Columbia Bar for the following reason(s):

☑ ~~I no longer practice law in the District of Columbia.~~ *never* M.K.

☑ I have a license to practice in another jurisdiction.

☐ I have retired or left the practice of law. *Note: You may qualify for Retired-Inactive status. See form for criteria.*

☐ Other: _____

Under Rule II, Section 7 of the Rules Governing the Bar, a request for resignation is subject to acceptance from the Secretary of the Bar after consultation with the Office of Disciplinary Counsel. The review process takes a minimum of 30 days.

**NOTE:** Under the D.C. Bar's By-Laws, members seeking reinstatement after having voluntarily resigned are subject to the completion of the Bar's Mandatory Course on the Rules of Professional Conduct and D.C. Practice if such member has not been an active member of the Bar for five (5) years or more.

Printed Name: Meghan Kelly   Bar Number: 26 2268   Signature: *Meghan Kelly*

Confirm or provide any updates to your contact information below:
You have an obligation under the D.C. Court of Appeals Rules Governing the District of Columbia Bar to continue to file registration statements for five (5) years after your date of resignation so that you may be located in the event any complaint is made about your conduct while you were engaged in practice. You will not receive any written reminders of this obligation.

Home Address: 34012 Shawnee Dr. Dagsboro, DE 19939

Work Address: _____

Email Address: electmegkelly@icloud.com

Daytime Phone Number: 302-727-2079

Preferred Mailing Address: ☐ H ☐ W

Email: memberservices@dcbar.org
901 4th Street NW, Washington, DC 20001-2776 ■ 202-737-4700 ■ www.dcbar.org
Secure Fax: (202) 942-9752