UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.G.G. et al., | ) | Case No. 1:25-cv-766 (JEB) |
|     Plaintiff, | ) | |
| v. | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) ) ) | |
|     Defendant. | ) | |

[PROPOSED] Order on Petitioner Meghan Kelly's Motion for permission to serve the parties and the Court by Email, and Motion for permission to file by PACER if required to submit documents

Before the Court is Amicus Petitioner Meghan Kelly's Motion for permission to serve the parties and the Court by Email, and Motion for permission to file by PACER if required to submit documents. Good cause appearing therefore, the motion is GRANTED. It is SO ORDERED.

ECF Access to Meghan Kelly's PACER Account Number 6975241 shall be granted and PACER is directed to exempt Meghan Kelly from PACER costs until this case has concluded or or until July 20, 2025, whichever is longer.

Dated this ____ day of _____, 2025

_____
The Honorable Chief Judge James E. Boasberg