UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

J.G.G. et al., )  Case No. 1:25-cv-766 (JEB)
      Plaintiff, )
v. )
DONALD J. TRUMP, in his official )
capacity as President of the United )
States, et al.,. )
Defendant. )

Amended Certificate of Service of Meghan Kelly 's Amicus Petitioner Meghan Kelly's Motion for permission to serve the parties and the Court by Email, and Motion for permission to file by PACER if required to submit documents

I, Appellant Plaintiff Meghan M. Kelly, Esquire, hereby certify that on April 21, 2025, I submitted the above referenced document inadvertently missing from the April 17, 2025 submissions, through their attorneys by their emails including:

The Plaintiffs through their attorneys, including:

    Audrey Wiggins
    P.O. Box 34553
    Washington, DC 20043
    awiggins@democracyforward.org

    Ashley Gorski
    American Civil Liberties Union Foundation
    National Security Project
    125 Broad Street, 18th Floor
    New York, NY 10004
    T: (212) 284-7305
    agorski@aclu.org

    Daniel Galindo (D.D.C. Bar No. NY035)
    American Civil Liberties Union Foundation
    Immigrants' Rights Project
    125 Broad Street 18th Floor
    New York, NY 10004
    dgalindo@aclu.org

    Bradley Girard
    PO Box 984573

1

Washington, DC 20043
bgirard@democracyforward.org

Somil Trivedi (1617967)
P.O. Box 34553
Washington, DC 20043
strivedi@democracyforward.org
(202) 448-9090
(202) 796-4426

Cody H. Wofsy
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street
Suite 7th Floor
San Francisco, CA 94104
415-343-0785
Email: cwofsy@aclu.org

Daniel Antonio Galindo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
Suite 18th Floor
New York
New York, NY 10004
646-905-8907
Email: dgalindo@aclu.org

Hina Shamsi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
18th floor
New York, NY 10004
(212) 284-7321
Fax: (212) 549-2654
Email: hshamsi@aclu.org

My Khanh Ngo
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street
Ste 7th Floor
San Francisco, CA 94104
718-483-5885

Email: mngo@aclu.org

Noelle Smith
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Ste 7th Floor
San Francisco, CA 94104
214-663-7451
Email: nsmith@aclu.org

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
(212) 549-2620
Fax: (212) 549-2654
Email: ojadwat@aclu.org

Oscar Sarabia Roman
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Ste 7th Floor
San Francisco, CA 94104
916-813-7891
Email: osarabia@aclu.org

Patrick Toomey
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
212-519-7816
Email: ptoomey@aclu.org


Sarah Rich
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202-448-9090

Email: srich@democracyforward.org
PRO HAC VICE

Scott Michelman
ACLU FOUNDATION OF THE DISTRICT
OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
202-601-4267
Email: smichelman@acludc.org

Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, NY 10004
631-741-3383
Email: smahfooz@aclu.org

Skye Perryman
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
254-722-5745
Email: sperryman@democracyforward.org

Somil Trivedi
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202-904-7727
Email: strivedi@democracyforward.org

Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION
125 Broad St.
18th Floor
New York, NY 10004
212-549-2616
Fax: 212-549-2654
Email: lgelernt@aclu.org

Christine L. Coogle
(202) 448-9090

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
ccoogle@democracyforward.org

Pooja Boisture
 (202) 448-9090
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
pboisture@democracyforward.org

Michael Waldman
P.O. Box 34553
Washington, DC 20043
mwaldman@democracyforward.org
(202) 448-9090

Evelyn Danforth-Scott
American Civil Liberties Union Foundation
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0780
EDanforth-Scott@aclu.org

And Defendants through their attorneys,

Abhishek Kambli
DOJ-USAO
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-445-5496
Email: abhishek.kambli@usdoj.gov

August Edward Flentje
DOJ-Civ
PO Box 868 Ben Franklin Station
Washington, DC 20044
202-514-3309
Email: august.flentje@usdoj.gov

Drew C Ensign
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC 20004
202-514-2331

Email: drew.c.ensign@usdoj.gov

Ernesto H. Molina
Po BOX 878
Ben Franklin Station
Washington, DC 20044
Email: Ernesto.H.Molina@usdoj.gov
(202) 616-934

Dated April 21, 2025

Respectfully submitted,
/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court Bar No. 283696

Under Religious objection I declare, affirm that the foregoing statement is true and correct under the penalty of perjury.

Dated: April 21, 2025

__Meghan Kelly__ (printed)

__[signature]__ (signed)