# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br><br> Respondents. | Civil Action No. 1:25-cv-00766-JEB <br><br> <u>Declaration Of Christopher Landau</u> |

**DECLARATION OF CHRISTOPHER LANDAU**

I, Christopher Landau, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Deputy Secretary of State of the United States. As Deputy Secretary, I serve as the principal deputy, adviser, and alter ego to the Secretary of State and assist the Secretary in the formulation and conduct of U.S. foreign policy and in giving general supervision and direction to all elements of the Department of State. I previously served as the U.S. Ambassador to Mexico, among other positions.

2. I am aware that this lawsuit has been filed on behalf of the named plaintiffs and two subclasses, including aliens detained at the Terrorism Confinement Center (CECOT) and criminal

detainees in the United States, seeking an order requiring the government to facilitate the return of the CECOT subclass members to the United States from El Salvador and an order enjoining Alien Enemies Act removals of members of the criminal detainee subclass. I provide this declaration based on my personal knowledge and experience, reasonable inquiry, and information obtained from other State Department employees.

      3.      El Salvador is a sovereign, independent nation, with its own domestic law and international obligations governing the detention of individuals. El Salvador makes its own sovereign decisions, including with respect to detention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May 2025.

_____

Christopher Landau
Deputy Secretary of State