IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br><br>  *Plaintiffs*;<br><br>LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,<br><br>  *Petitioners–Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>  *Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' AND PETITIONERS–PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

  IT IS HEREBY ORDERED that Plaintiffs' and Petitioners–Plaintiffs' motion for a preliminary injunction [ECF 102] is DENIED.

Dated: _____

                     Hon. James E. Boasberg
                     Chief Judge, United States District
                     Court for the District of Columbia