AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| J.G.G., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766 |
| Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all plaintiffs                                                                                  .

Date:   05/05/2025                                      /s/ Aditi Shah
                                                                  *Attorney's signature*

                                                       Aditi Shah (D.C. Bar No. 90033136)
                                                           *Printed name and bar number*

                                                   ACLU Foundation of the District of Columbia
                                                            529 14th St. NW, Suite 722
                                                              Washington, DC 20045
                                                                      *Address*

                                                                ashah@acludc.org
                                                                  *E-mail address*

                                                                 (202) 457-0800
                                                                *Telephone number*

                                                                   *FAX number*