IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS**

Upon consideration of Petitioners' Motion for Leave to Proceed Under Pseudonyms and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioners and Next Friends are given leave to proceed under the pseudonyms M.Z.V.V., J.A.B.V., M.Y.O.R., M.A.O.R., M.M.A.A., G.A.A.A., M.R.M., and T.C.I.

Entered on _____, 2025 at _____ a.m./p.m.

_____
JAMES E. BOASBERG
United States District Court Judge