IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br><br>*Plaintiffs*;<br><br>LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' AND PETITIONERS–PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

IT IS HEREBY ORDERED that Plaintiffs' and Petitioners–Plaintiffs' motion for class certification [ECF 103] is DENIED.

Dated: _____

                                                  Hon. James E. Boasberg
                                                Chief Judge, United States District
                                                Court for the District of Columbia