IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br><br>    *Plaintiffs*;<br><br>LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,<br><br>    *Petitioners–Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    *Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB<br><br>**RESPONDENTS–DEFENDANTS'**<br>**FILING STATEMENT** |

    Respondents–Defendants have filed documents, along with a motion to seal those documents, in compliance with this Court's order of May 8, 2025, ECF No. 116. *See* ECF No. 118. These documents provide additional and sufficient evidence that the United States does not have constructive custody over the detainees in El Salvador's CECOT. As a result, Respondents–Defendants do not believe further jurisdictional discovery is necessary.

    Respectfully submitted,

    **Yaakov M. Roth**
    Acting Assistant Attorney General
    Civil Division

    **Drew C. Ensign**
    Deputy Assistant Attorney General
    Office of Immigration Litigation

        **August Flentje**
Special Counsel for Immigration

s/Tiberius T. Davis
**Tiberius T. Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

**Ernesto Molina**
Deputy Director
Office of Immigration Litigation

Dated: May 10, 2025    *Counsel for Respondents–Defendants*