UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.G.G. et al., | ) | Case No. 1:25-cv-766 (JEB) |
|         Plaintiff, | ) | |
| v. | ) | |
| DONALD J. TRUMP, in his official | ) | |
| capacity as President of the United | ) | |
| States, et al., | ) | |
|         Defendant. | ) | |

**Amicus Petitioner Meghan Kelly's Petition for leave to exceed the page limit in her Proposed Amicus Brief**

    Amicus petitioner Meghan Kelly, Esq. for good cause, pursuant to the 5th Amendment right to a fair proceeding, the 1st Amendment right to petition, the Court's equitable powers and any other applicable rule this Court deems just, move this Court to permit me to exceed the page limit under LCvR 5.4.4 exceeding the 25-page limit, and aver as follows:

    1.    Defendants through their agents indicate they are considering suspending habeas, based on the court's decision, to affect the decision in this case.  See E.g. admissible periodical exception to hearsay through agent. https://www.axios.com/2025/05/09/habeas-corpus-white-house

    2.    I have to act in haste since I believe this Court is in imminent danger of Defendants evading the law by cheating to win only to harm themselves, the people, and the rule of law that founded, sustains and maintains these United States to allow for the foundation of a dissolution or overthrow of these United States.

    3.    I actually have two more issues I would like to present after more investigation, but time is of the essence.

    4.    I tried to abbreviate words like court to "ct" and Article to "Art," but if I do not act fast, I fear harm may occur that may not be easily reversed.  I also removed details of my

requests for 40 plus other attorney generals or assistant attorney generals to petition on the issues I submit for consideration herein, or at least to preserve on appeal to the US Supreme Court.

5.     This Court has inherent equitable powers over their process to prevent abuse, oppression, and injustice, including irreparable injuries in terms of loss of 1st Amendment rights. *Gumbel v. Pitkin*, 124 U.S. 131 (1888). This Court should use its discretion to grant my request to prevent injustice by denial of words needed to preserve Article III authority from being usurped or vitiated by Art I, II threats that exceed the bounds of Constitutional limits.  This Court should also use its discretion to prevent harm towards both the Defendants, Plaintiffs and their Counsel in this case, and their 1st Amendment rights to petition fairly regardless of viewpoint or party in a case in accord with the 5th Amendment Equal Protections' component.

6.     The issues exceeding the 25-page limit include the following:

H.     The Courts and parties, including the US Supreme Court overlooked the prejudice so great in the Texas venue as to potentially violate the Plaintiffs due process right of a fair forum

I.     Trump hypocritically and in bad faith causes Constitutional confrontations between the two bullying branches against one the judiciary, while blaming the bullied judiciary branch for the crisis he manufactures, while he disrespects the Courts and evades judgment in bad faith by manipulating the courts by citing distorted interpretations of case law that commands the Court respect his lawless acts that must be restrained within the purview of Constitutional limits to preserve Article III authority

J.     Separation of powers should not mean removal of all checks the judiciary has on the two other branches leaving them unbalanced

K     There is evidence the alleged invasion is fabricated for Trump to evade the law and more seriously by the possibility of internal threats of an insurrection where the President may be acting in a manner as to be deemed an internal enemy of his own country and people ignorantly, indifferently or intentional, doesn't matter. What matters is the courts must restrain and guide misguided members of the other two branches when they give into temptation to exceed constitutional authority

L     Defense Counsel are officers of the Court bound by candor, and yet their 1st Amendment right to petition fairly must be preserved not destroyed by government threats, even by clients/bosses that are not their mere law firm or boss, but President and

Attorney General Bondi wielding a sword to retaliate against them should they adhere to their officer of the court duties unless this Court uses this case to insulate attorney generals from being defenders of one man instead of all of the United States even the courts

Wherefore, I pray this Court grants my motion, and I pray this Court dockets the amicus brief for consideration of this court, and if not considered to preserve on appeal, especially at the USSC, where I am licensed, for now at least. I believe the courts are the target, and no one can save them to preserve the country if petitions are obstructed by Art I and II threats or otherwise. It is okay if I look bad if I am able to ask you to please do good. Please in the interest of justice grant this brief with additional pages be filed. Thank you.

Dated May 11, 2025

Respectfully submitted,

/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court Bar No. 283696

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: May 11, 2025

__Meghan Kelly__ (printed)

__(signed)__