UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.G.G. et al., | ) | Case No. 1:25-cv-766 (JEB) |
|     Plaintiff, | ) | |
|     v. | ) | |
| DONALD J. TRUMP, in his official | ) | |
| capacity as President of the United | ) | |
| States, et al., | ) | |
|     Defendant. | ) | |

[PROPOSED] Order on Amicus Petitioner Meghan Kelly's Petition for leave to exceed the page limit in her Proposed Amicus Brief

Before the Court is the motion of Meghan Kelly for leave to exceed the page limit in her proposed amicus brief. Good cause appearing therefore, the motion is GRANTED.

It is SO ORDERED.

Dated this \_\_\_\_ day of _____, 2025

_____

The Honorable Chief Judge James E. Boasberg