UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

J.G.G. et al.,                              )          Case No. 1:25-cv-766 (JEB)
                    Plaintiff,              )
                    v.                      )
DONALD J. TRUMP, in his official            )
capacity as President of the United         )
States, et al.,                             )
                    Defendant.              )

**Meghan Kelly 's Motion for leave to file an amicus Brief**

I Meghan Kelly, pursuant to LCvR 7(o), move the Court to permit me to file an amicus

brief in this case to protect the integrity of the courts and the claimants' right to petition fairly

without threats towards trial judges or the innuendo of threats towards members of the US

Supreme Court and appellate courts or petitioners, especially Plaintiffs or attorneys, based on

viewpoint of speech to affect the outcome of cases.  I Incorporate all the motions I submitted to

the court contained in Docket Item Numbers ("DI") 96 on or about Apr 17, 2025 and DI 104 on

or about Apr 22, 2025, including but not limited to, 1. *Amicus petitioner Meghan Kelly's Motion*

*for an exception to pro hac vice rules* 2. *Motion to file amicus curiae Brief and documents*

*without costs or fees including filing fees*, and 3. *Amicus Petitioner Meghan Kelly's Motion for*

*permission to serve the parties and the Court by Email, and Motion for permission to file by*

*PACER if required to submit documents* found at DI 104. I also incorporate the *Amicus*

*Petitioner Meghan Kelly's Petition for leave to exceed the page limit in her Proposed Amicus*

*Brief*.  I aver as follows:

    1.  The parties have no position on this Motion or did not respond with an opposition to

my request.

    2.  Although there is no federal rule of civil procedure or statute governing participation

by amicus curiae at the district court level, see *United States v. Gotti*, 755 F.Supp. 1157, 1158

1

(E.D.N.Y. 1991)[1], a federal district court has the inherent authority to allow participation by amicus curiae to assist the court in its proceedings. *United States v. Louisiana*, 751 F.Supp. 608, 620 (E.D. La. 1990); *United States v.Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987).  The decision to accept participation by an amicus is committed to the sound discretion of the court. *Alexander v. Hall*, 64 F.R.D. 152, 155 (D.S.C. 1974).  Moreover, this District Court's local rule, LCvR 7(o), appears to permit amicus briefs.

3.      For good cause and in the interest of justice to share my unique arguments I respectfully request leave to file an amicus brief in this case.

4.      The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the court's attention to law that may otherwise escape consideration. *Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus.*, 694 F.2d 203, 204 (9 Cir. 1982); see also *New England Patriots Football Club, Inc., v. University of Colorado*, 592 F.2d 1196, 1198 n. 3 (1 Cir. 1979) (historically, the role of an amicus was "to aid the court in resolving doubtful issues of law").

5.      There is no requirement that an amicus be disinterested. *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986); *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9 Cir. 1982).

6.      If the Court believes that Meghan Kelly would bring a helpful perspective to legal issues in the case, it is appropriate to allow her to participate as Amicus.  See, e.g., *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986) ("perfectly permissible role" for amicus to "take a legal position and present legal arguments in support of it").

---

[1] Federal Rule of Appellate Procedure 29 governs participation by amici in the Courts of Appeal

7.      To the best of my knowledge, "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable by the court." *United States v. Louisiana*, 751 F.Supp. 606, 620 (E.D. La. 1990) Although some courts have required that the amicus possess some "unique information or perspective," this does not require any particular quantum of expertise beyond the expectation that the amicus will add significantly to, not merely parrot, the contributions from the lawyers from the parties.  *See Ryan v. CFTC*, 125 F.3d 1062, 1063 (7 Cir. 1997); see also *United States v. Gotti*, 755th F.Supp. 1157, 1158-59 (E.D.N.Y. 1991) (rejecting proffered amicus brief that merely parroted arguments of defendants).

8.      In this case Meghan Kelly has considered legal arguments that both the executive branch and congressional branch is limited to preserve both the public and private peoples' Constitutionally vested legal power to petition fairly in accord with due process without threats against petitioners, their counsel or the judges or their family to affect the outcome of cases usurping the independence of the judiciary in violation of separation of Article I, II, and III authority.

9.      Per the exhibits I incorporate herein attached to my Motion for an exemption to the pro hac vice requirements, I outlined arguments I made before the US Supreme court which were not considered possibly because they arose at appellate level where I requested the Court limit the official powers of the Executive and Legislative branches within the purview of the Constitutional limits to protect the legal power of the people and the public to petition fairly not before a threatened judiciary, also in violation of separation of powers. Art I, II, III.

10.     In this case, the President has attacked and threatened the judge in this case to affect the outcome of the case at trial level, and created innuendos of threats at the appellate and Supreme Court level, in violation of due process. US Amend I, V.[2]

11.     In addition, law makers have threatened the judge in this case, with innuendo of threats to Appellate and Supreme Court judges, with the intent to affect the outcome of the case by drafting articles of impeachment against the judge in this case, drafting or proposing laws to remove the authority of judges to grant relief in cases where Trump is a party in violation of Equal Protections, and by Speaker of the House's statement inferring he could defund the judge in this case to eliminate Chief Judge Boesberg to prevent decisions it disagrees with usurping Article III parties' right to fairly petition without government threats to force the outcome of cases to favor the government essentially eliminating the Constitution as law supplanted by the partial whims of one man, President Trump. [3]

12.     Most recently, Defendants' agents indicated they may declare habeas to specifically force the outcome of this case in their favor.

13.     Specifically, on Friday, May 9, 2025, per the article contained at

https://www.democracydocket.com/news-alerts/trump-looking-suspending-habeas-orpus-miller-says/ :

---

[2] https://www.washingtonpost.com/opinions/2025/03/23/letters-trump-boasberg-alien-enemies-act/
[3] https://www.congress.gov/bill/119th-congress/house-resolution/229/text ,
https://fedsoc.org/commentary/fedsoc-blog/proposed-legislative-limits-on-nationwide-injunctions (In the Senate on March 24, Senator Josh Hawley introduced companion legislation, titled the "Nationwide Injunction Abuse Prevention Act of 2025," that prohibits federal district courts from issuing injunctions in circumstances that likely violate equal protections)
https://www.nbcnews.com/politics/congress/speaker-mike-johnson-floats-eliminating-federal-courts-rcna197986 ,

"The Trump administration is looking into suspending people's right to challenge their incarceration in court, to carry out President Donald Trump's mass deportation efforts, White House aide Stephen Miller said Friday.

'The Constitution is clear, and that of course is the supreme law of the land, that the privilege of the writ of habeas corpus can be suspended in a time of invasion, so it's an option we're actively looking at," Miller said. "A lot of it depends on whether the courts do the right thing or not.'"

14.    I believe the Courts and the parties in this case will face irreparable injury in terms of loss of Constitutional liberties of Article III, and 5th Amendment due process opportunity to be heard before their lives or liberties are vitiated including the First Amendment right to petition.

15.    If the Court believes that Meghan Kelly brings a special perspective to issues in this litigation and that her contribution would be useful to the Court, it is appropriate and well within the Court's discretionary authority to grant her leave to submit her views on amicus.

16.    Meghan asked both democrats and republican State attorney generals to file amicus or otherwise intervene to protect the integrity of the courts by preventing government threats to judges like New York State Supreme Court Judge Merchan's daughter, Chief Judge John James McConnell Jr. of the United States District Court for the District of Rhode Island, or the judge in this case to influence or force the outcome in cases. To her horror, none intervened. Far worse, 25 state attorney generals wrote in support of overturning this Court's orders on amicus at the US Supreme Court level in this case.

17.    Federal attorney generals are forced to be beholden to Trump.  They are mostly sitting attorney generals in each district without nomination and confirmation until nominated by Trump to secure a permanent seat. Even if they secure the seat information in the 2025 playbook led me to believe that Trump through his agents will seek to fire or retaliate against anyone who appears to think differently than Trump. Thus, their job to protect all federal government officials

including the judiciary is chilled by government innuendoes of threats and force in violation of
even the public's right to petition fairly in accord with the due process. US Amend I, V. My right
to petition has been chilled too, based on viewpoint of speech contained in petitions.

18.     I have a special interest in this case.  My DE license to practice law was placed on
inactive disabled but for my religious freedom restoration act lawsuit against President Trump
where I sought to alleviate a substantial burden upon my exercise of religious beliefs.

19.     The State found the religious beliefs I sought to protect from government burdens
to be not only unworthy of protection but a disability.  It is rather insulting that the state found
my religious belief in Jesus so odious as to take away my right to buy or sell as an attorney.

20.     I am scared of more retaliation for even filing pleadings to this court.  I have
procrastinated in drafting anything since I am punished for suing Trump in the state of DE. It is
scary. People talked about shooting me based on political/religious beliefs. I may be the only one
who empowers the court to save itself, and thereby save all people's fundamental freedoms.

21.     The Court's power is activated by the exercise of private and public people's use
of the petition.  The government eliminates the petition by chilling dissidents to be above the
Constitution as law unfairly. Trump targeted law firms and essentially extorted them to
unwillingly commit to pro bono or forced support to his agenda or face economic, social or other
government created harm not limited to Skadden law firm. [4]

22.     It is the rule of law, that founded, sustains and maintains these United States,
which will be dissolved if the courts do not preserve it.  I do not believe anyone but me will ask

---

[4] US Amend XIII, For example, See, EO 14250:*Addressing Risks From WilmerHale*,
https://www.govinfo.gov/content/pkg/FR-2025-04-03/pdf/2025-05845.pdf
Also see, Ex Or. No. 14246: *Addressing Risks From Jenner & Block*, March 25, 2025, and Ex Or
14244: *Addressing Remedial Action by Paul Weiss*, March 21, 2025

the court to prevent threats to judges to unfairly affect the outcome of cases but me, since I asked others to do so. No one did except me.

23.    It is imprudent to think retaliatory cases in civil litigation would resolve the issue. Instead, it will give congress and the executive branch more ammunition to attack the courts on recusal issues or personal fabricated attacks to cheat to win where the court will be harmed.  It is the right to petition before an impartial, not threatened partial towards self-preservation Court, that makes us a freer people to petition to protect our right to life and liberty without human sacrifice or slavery under the falsehood of the common good or public good, or the lie mob rule through the vote is implied consent.

24.    I ran for office in 2018 because I discovered nonlawyers were lawyering and harming the state.  Then, I discovered a plan to not only eliminate lawyers but judges too, in order to allow for the dissolution of the United States.  See Exhibit 8B to Motion for leave of a Pro hac vice exception incorporated herein.

25.    In this case the government is kidnapping people and throwing them in horrific concentration camps without due process, eliminating the fair petition and power of the courts which lays the foundation to eliminate the courts and the rule of law that founded, sustains and maintains the United States.

26.    There is an overthrow schemed. The Courts are our hope of a hero.  They appear to be doing a great job at upholding the rule of law in the face of threats, but no one has petitioned to protect those who protect our freedoms by civilized means judges and petitioners from Article I, and II members' overreach.  Accordingly, I respectfully ask for permission.

27.    Trump and Congressional attacks violate Due Process even at appeal before the US Supreme Court to affect the outcome of the case potentially making the US Supreme Court's

order to change venue to a more insidious unfair venue in Texas by threats towards the judge(s) in this case. It is possible that plaintiff's attorneys may face government threats by Trump for bringing up Due Process arguments since the government and Trump threated private law firms and attorney generals. So, I seek permission to ask the courts to limit Art. I and II powers to preserve the people's Constitutional power to petition fairly before an independent fair forum without threats to commandeer outcomes by bullying branches. I am aware that entities I used to work on, Bankruptcy remote entities will likely be used to facilitate the elimination of governments to eliminate the rule of law to allow those who control the necessities of life or the channels to gain them to eliminate freedoms to force the world order they desire unrestrained from human sacrifice of life and liberty, instead profiteering off of sustaining pain, to sustain debt control power, profit streams and positions unjustly by stealth.

28.     On April 8, 2025, this Court entered the following order:

"MINUTE ORDER: In yesterday's ruling vacating this Court's TROs, the Supreme Court held that Plaintiffs cannot be deported under the Alien Enemies Act without an opportunity to challenge their removal in federal court. **It also determined that the appropriate venue for such proceedings is the Southern District of Texas or wherever Plaintiffs are currently held.** This Court accordingly ORDERS that: 1) Today's preliminary-injunction hearing is VACATED; and 2) Plaintiffs shall file a Notice by April 16, 2025, indicating whether they believe that they still have a basis to proceed on their Motion for Preliminary Injunction in this Court and, if so, proposing a briefing schedule. So ORDERED by Chief Judge James E. Boasberg on 4/8/2025. (lcjeb1)"

29.     I believe the US Supreme Court erred concerning venue and gave Plaintiffs no opportunity to present a case for venue below, especially with the insidious animosity the US Attorney General Paxton exhibited toward foreign born people in past case law. On January 24, 2024, Texas declared an invasion under Article I, § 10, Clause 3 to evade US Supreme Court decision and a President's executive authority to harm foreigners like Plaintiffs. See attached Affidavit.

30.     Venue should not be exploited to prejudice allegedly wrongly imprisoned persons in this case due to the great prejudice a removal may have in this instance.  It is not fair that the claimants were not able to argue this fairly below. I seek permission to shed light on this issue on amicus.

31.     Texas is prejudicial.  The Court or parties may use my affidavit, even if you think my private beliefs are repugnant.

32.     I sued Trump to protect freedom to believe differently than the state.

33.     I also contacted all 541 federal law makers with the proposed five articles to impeach Trump per the attached including preventing alleged immigrants or foreigners or citizens from being kidnapped at the border to gain favors for private prison profit as Trump appears to be doing with the president of El Salvador, as he appeared to do previously at detention centers that charged exorbitant fees in apparent exchange for bartered for favors, support, or other gain.

34.     I am glad Plaintiffs have no position because I want them to win.  Since, the state finds my private religious beliefs unprotected and this Court may find my personal beliefs disagreeable too that will be on me, not the plaintiffs or parties in this suit. Even if the Court disallows an amicus, by docketing and denying the requests it preserves the issues the court may consider at its discretion even on appeal to protect the courts.

35.     The attached order from the governor of Texas January 24, 2024 shows the venue is unfairly biased against the Plaintiffs.  Plaintiffs should be afforded more protections in a quasi-criminal case, the least of which is to present prejudice by a change of venue in accord with due process.  Defendants may be manipulating venues to exploit the bias in their favor unfairly in

Texas, as they appear to be doing in another case to intentionally substantially burden the right to fairly petition by design. [5]

36.    Even if the parties and the court do not contest change of venue, I seek permission to brief why relief must be granted by restraining Article I and Article II members from usurping Article III authority of courts to preserve the rule of law that founded, maintains and sustains these United States in equity or contempt.

37.    On or about April 17, 2025, I sought permission to draft an amicus.

38.    Thereafter, I learned I was too slow.

39.    On April 16, 2025 at DI 80, this Court entered the following order:

"ORDER: Given the finding of probable cause for contempt set forth in the accompanying Memorandum Opinion, the Court ORDERS that: (1) If Defendants opt to purge their contempt, they shall file by April 23, 2025, a declaration explaining the steps they have taken and will take to do so; and (2) If Defendants opt not to purge their contempt, they shall instead file by April 23, 2025, declaration(s) identifying the individual(s) who, with knowledge of the Court's classwide Temporary Restraining Order, made the decision not to halt the transfer of class members out of U.S. custody on March 15 and 16, 2025. Signed by Chief Judge James E. Boasberg on April 16, 2025. (lcjeb2) (Entered: 04/16/2025)"

40.    Defendants as expected evaded preserving a record to appeal by developing one on speculation and what ifs to deny Plaintiffs any fair opportunity to be heard before rights not yet asserted by Plaintiffs may be vitiated.

41.    Defendants appealed issues not yet ripe as to deny plaintiffs any opportunity to create a record of arguments unfairly.

42.    Since then, new issues arose and keep arising.  So, I drafted additional points I pray this Court considers along with the motion to grant pages exceeding the limit.  I may seek to

---

[5] . See, https://www.wbur.org/news/2025/05/07/federal-appeals-court-rules-ozturk-vermont-ice admissible under the periodical article exception to hearsay FRE Rule 803(18).

draft another amicus brief to include more issues unaddressed by this amicus not limited to any evidence circumstantial or otherwise I find to show bartered for benefits with El Salvador or relating to the schemed overthrow, and the "political question doctrine" especially with regards to preserving the independence of attorney generals but I will contact the sides first if and after I am able to obtain research on these issues. Right now, I am attending to family obligations. My mom is visiting form Florida. I am sorry for the delay.

43.    I respectfully request the Court permit me to file the attached amicus and the exhibits thereto, along with the exhibits hereto. If the Court disagrees with the issues I seek to present, fine. At least I grant the Court Article III authority to say what the rule of law is on the issues I introduce.

Wherefore, I pray this Court grants me permission to draft an amicus brief, and if not, it may docket my humble request and deny my requests as to allow the courts, even on appeal, a means to protect the rule of law that sustains this country from collapse.

Dated May 11, 2025

Respectfully submitted,

/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court Bar No. 283696

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: May 11, 2025

Meghan Kelly _____ (printed)

_____ (signed)

11