A

UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 159th AFFIDAVIT UPDATE CONCERN
23A607 DEPT. OF HOMELAND SEC., ET AL. V. TEXAS

Comes now Plaintiff Meghan Kelly, I declare and affirm that the foregoing statement is true and correct.

1. I do not feel so well at all.

2. I was looking through my old drafts I found emailed to myself. Attached please find a letter I never sent with information of present sense impression or belief.

3. Recall I filed the two motions the courts wrongly concealed to hide evidence of the state's violation of the rule of law.

4. Attached as exhibit 1 please find a letter I incorporate herein. The letter was never filed. Instead I filed two motions is subsequently sealed instead. Nevertheless, it is admissible under present sense impression exception. In the attached letter I asserted the following which is true:

> "I also want to alert the court, judges, may be in trouble.
> People have talked about "hanging the politicians" for years, taking the law into their own hands, under the guise of Godly freedom in Sussex County, Delaware. This talk has gone beyond words, as the nation saw on January 6, 2021, during an attempted coup.
> Now, I recall overhearing someone talk that way about you, the judges. I forget if they called judges dictators or tyrants "in black robes," under the guise of good, such evil.
> I just remember getting upset when people talk about shooting politicians and shooting judges. I do not like people talking about shooting people at the border either. There is a scary dehumanization of people and valuing property more than humanity.
> I believe holding the powerful, those with government authority, private wealth, or connections, accountable to the law, would deter unrest, and instill faith in the

1

judiciary system by teaching the world justice is not for sale by barter or exchange, but is handed out impartially with mercy and corrections to prevent condemnation and harm. No one is above the law, nor is anyone below the law, even a peon like me.

I see judges as potential life savers and eternal life savers. Justice with mercy is a command by God, a greater command per Jesus Christ, Citing Amos 5:15, Matthew 23:23. Not all people accept correction. Yet we should continue to instill hope not despair, 70 times 7. Matthew 18:22. Meaning, so long as there is life, we do not give up hope people can learn to do right by love for one another, not exploitation and harming others to serve the love of money"

5. The border crisis is a bigger Constitutional issue than I realized. I hear people say killing people at the border is the solution to chill them from entering. I heard this more than once enough to create red flags in my mind.

6. Please don't let that happen. The Courts must continue to prevent the people from unlawfully taking the law into their own hands to maintain a civilized government which is a respecter of all persons lives and liberties.

7. The Courts must continue to guide even misguided state and federal officials to resolve disputes as to what the Constitutional rule of law is.

8. On Monday January 22, 2024, the US Supreme Court granted the United States application in Application No. 23A607 *DEPT. OF HOMELAND SEC., ET AL. V. TEXAS* permitting the federal agencies to cut fence wires to prevent harm to life and health.

9. The Courts below ruled the federal government could not cut wire. *See, State v. U.S. Dep't of Homeland Sec.*, Civil Action DR-23-CV-00055-AM, at *28-29 (W.D. Tex. Nov. 29, 2023) ("While an ongoing medical emergency can justify opening the fence, the end of that exigency ends the justification. As a hypothetical example, cutting the wire to address a single individual's display of distress does not justify leaving the fence open for a crowd of dozens or hundreds to pass through.")

2

10. On or about January 24, 2024, the Governor of Texas Gregory Abbott declared an invasion to get around adhering to the highest Court's order, not to undercut the court's authority.

11. I believe Governor Abbott did this for a political reason in order to present a new case and controversy a different political theory compelling the US Supreme Court to consider in a Supplemental Brief in accordance with US Supreme Court Rules, or an additional petition by the US or new case and controversy. Under Supreme Court Rule 15 (8)

> "8. Any party may file a supplemental brief **at any time while a petition for a writ of certiorari is pending**, calling attention to new cases, new legislation, or other intervening matter not available at the time of the party's last fling. A supplemental brief shall be restricted to new matter and shall follow, insofar as applicable, the form for a brief in opposition prescribed by this Rule." [My petition for rehearing on denial of petition for writ of certiorari was pending when I submitted the November 6, 2023 filing before the US Supreme Court in the PA case]

12. Abbott seeks to argue the Constitution Article I, § 10, Clause 3 supersedes federal regulatory laws by declaring his Constitutional authority to fend off an invasion to rebut the US's arguments.

13. It is the court who determines what the Constitution says. It is for the parties to persuade the courts in a case and controversy. I do not want any lives lost or for President Biden to send forces to fight state militias. We use the rule of law which is administered through the courts to combat lawlessness.

14. In order to have a case or controversy it must be ripe, even for a Supplemental Brief. That is why the Governor violated the Order to create more arguments. The Governor of Texas asserts the Constitution supersedes federal statutory law, and that his asserted authority under the Constitution is legitimate. That is debatable as applied.

3

15. This is an important issue to address and not ignore. Courts should never weigh which Constitutional power is more important instead it should look at the underlying rights it protects supremely life and liberty not money or property.

16. Those who teach jobs, money and property matters most and is what gives lives teach a lie misleading people to harm others for moth and rust at the cost of losing their own souls in the fires of hell per Jesus. Matthew 6:24.

17. Congress errs like lazy beautiful people with big smiles who seek to be served and liked to get reelected as opposed to serve. Congress people misbehave by delegating money and their work to agencies and unelected bureaucrats who draft and enforce laws instead of sitting down to resolve the problem not with money making the problem profitable to contractors but by using their brains. They refuse to unharden their heads and hearts. The Courts cannot do their job for them but I hope the court takes away their scapegoats by rendering it unconstitutional for agencies to draft rules or judge matters in place of the legislative and judiciary branches

18. When everyone's hands are dirty, the courts are charged to clean their hands not to throw away people who erred in their choices.

19. There are considerations regarding an invasion that must be determined by the brilliant minds of people judges, not with money or military might. Please note, the conclusions may create precedent which will influence the 30 30 agenda where the federal statutes and executive agreements grant the UN entities and UN individuals allodial title and immunity. May the states, federal government or the people argue invasion down the line to prevent an overthrow. I am under the impression 30 percent of the world is the first not last step which may make part of our country no longer independent or free but controlled by outside powers to profit off of.

4

20. I am cognizant that there is a global agenda to reduce crop yields artificially by lawless people who seek to control a no longer free people by enticing people's desires with scientific conditioning by controlling people through social, economic or physical conditioning. There is an agenda to entice animosity against migrants to reduce food supply or access to food in our country, Europe and other countries to allow those with larger resources to control the populace with price hikes to bend their will, including Bill Gates.

21. The history books will likely aver the animosity against immigrants contributed to the hyper-inflation of food when in reality it was intentionally designed by those who use evil psychology to control the people. Recall I have religious objections to mental health and psychology. I believe people go to hell for even thinking or believing psycho theories as truth like the self-fulfilling prophesy. The premise of mental health scientific theories is that conditioning through environmental, genetic, chemical, economic, social conditions controls humanity. My God teaches that is a lie. God teaches we have free will no matter the substantial burdens those who reflect who reflect image of Satan exert, regardless of intent or ignorance, to control a no longer free but for slave people. I believe people commit sin by blindly doing the standardized practice that causes oppression, or other harm when their desire for money and material gain to provide for their own prevents them from seeing clearly to care for and not exploit others. That is the mark of the beast. Even children will go to hell for their unconcern at oppression per Ezekiel Chapter 9, also see Chapter 8 concerning atrocities.

22. Not knowing, not caring to know in order to love, believing a lie as truth, misunderstanding, confusion, and lack of knowledge are why people perish in hell per the Bible when it causes them to harden their hearts and heads. *See Matthew* 13, *Hosea* 4:6 and 2

5

*Corinthians* 4:4. People judges can unharden heads and hearts by guiding those misguided by the Constitutional application to the rule of law.

21. Not all people reflect the image of the natural man without eternal life by living based on desires to be controlled not free by those who entice their desires by lawless people reflecting the image of the devil while at times protected under the color of the law by government collusion or partnerships. Not all people live based on conditions. Some lay down their desires and the desires of man to do what is right by choosing to unconditionally love instead of giving into natural desires, aka temptations.

22. Any time someone says trust the science, professional, product or service, I don't. Any time someone says science, they mean marketing to sell people their idea or product. Any time someone says science it may mean they seek a patent to screw people by involuntary slavery to pay for government grants or contracts for wicked research in a forced slave market where competition is stifled by defamation and patent suits that protect subpar goods and services made to maintain pain to sustain profit streams or even new or different research or wicked fundraising money.

23. I sincerely believe people commit lawlessness by fundraising on behalf of entities or conditional issues and by using humans in science to maintain profit streams or for other material gain even knowledge to allegedly sell a life-saving product which we may later find did more harm. I believe they will go to hell even if they gain knowledge or other material gain for sacrificing the lives and health of people or for using people as human capital.

24. Human sacrifice is wrongly protected by unjust laws to serve the mark of lawlessness leading to certain death in hell. I am tired of it.

6

25. I see how the system is rigged. I see how the new system is rigged to eliminate the system to eliminate the rule of law.

26. I seek to unrig the system to preserve the rule of law that saves lives and eternal lives.

27. I am very concerned about threat of violence on the boarder. I hope the US Supreme Court prevents the situation from escalating where people hurt others only to harm themselves.

28. If it does escalate, do not despair. So long as the people have the first amendment right to petition in an actual case and controversy with standing the courts maintain authority to quell violence and worse. The people's most powerful check is not the vote but the First Amendment right to petition.

29. The courts not the other two branches protect individual liberty and grant us a democracy in our democratic republic.

Thank you.

Respectfully submitted,

Dated    1/26/2024    <u>Meghan M. Kelly</u>

Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com

7

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: Jan. 26, 2024

Meghan Kelly
(printed)

*Meghan Kelly* (signed)

MEGHAN MARIE KELLY, ESQUIRE
..................................................................................................................

April 20, 2021

**RE: Due Process, First Amendment and Equal Protections Concern/State Agents**

Dear Honorable Justices of the Delaware Supreme Court:

I must alert this Court to actions by state government agents taken to apparently impede and obstruct my access to the Courts in this proceeding. I object to such interference, and reserve these issues for appeal, mentioned in part in Exhibit 55, attached to my notice, and mentioned below, incorporated herein as if part of this letter, and in my brief.

The First Amendment prohibits state officials from retaliating against Claimants, such as myself, for exercising their right of access to the courts.

"Retaliation by public officials against exercise of First Amendment rights is itself violation of the First Amendment." *U.S.C.A. Const.Amend.* 1. *Zilich v. Longo*, 34 F.3d 359 (6th Cir. 1994).

A representative of the Chancery Court staff misled me into almost missing my deadline to file a notice of Exception. See, Docket 54, *December 1, 2020 letter, regarding Due Process concerns*, also contained in Docket 90, combined with Docket 36, attached to the notice as Exhibit F-Exhibit 55.

1

The representatives at the Chancery Court demeaned me apparently based on poverty, association or religious beliefs. See, Id.

I asked the Master for her help. She kindly helped me.

In addition, the ODC impermissibly interfered with this case by contacting Judge Clark. In mid-April, Judge Clark appeared to threaten me at BJs, a store, located in Millsboro, Delaware, as if I was on trial for standing up for my faith in Jesus, solely based on my exercise of seeking relief in court based upon alleviating the government sponsored burden government-religion has caused on my free exercise of religion in the action below.

The ODC and Judge Clark clearly violated or encouraged the violation of the judicial Code of Conduct, by seeking to use their government power to obstruct my case, showing partiality to the Defendant, the President of the United States.

"Supreme Court's two-step *Saucier analysis* governs whether a government official is entitled to qualified immunity, considering: (1) whether the facts alleged by the plaintiff show the violation of a constitutional right, and (2) whether the right at issue was clearly established at the time of the alleged misconduct." *Werkheiser v. Pocono Twp.*, 780 F.3d 172 (3d Cir. 2015).

Judge Clark knew or should have known that seeking to use his cloak of government authority, as a respected, fair judge, to chill or condemn or interfere with my ability to bring this case without government retaliation or pressure violates the Delaware judicial Code of conduct. See, *The Delaware Judges Code of Judicial Conduct,* Canon 1, "A judge should uphold the integrity and independence of the judiciary," Canon 2, "A judge should avoid impropriety and the appearance of impropriety in all activities," Canon 3. "A judge should perform the duties of the office impartially and diligently," Canon 7, "A judge should refrain from political activity inappropriate to the judge's judicial office."

My right to a fair, unobstructed trial to alleviate a substantial burden upon my free exercise of religion is a constitutional right.

I am standing up for my personal freedom to worship Jesus according to the dictates of my conscience, even if no one else shares the same beliefs, without government persecution.

I am permitted to believe differently than the government through its agents, even if what Jesus teaches seems foolish to the world. 1 *Corinthians* 1:18, 2:14-16.

"Government official's conduct violates "clearly established" law, so that the official is not entitled to qualified immunity, when, at the time of the

3

challenged conduct, the contours of a right are sufficiently clear that every reasonable official would have understood that what he is doing violates that right." *Id.*

I do not wish to have any disciplinary action against any of the government representatives for misconduct. I desire fair access to the courts, without government persecution based on my exercise of redressing a grievance to alleviate the burden upon my free exercise of religion from Government sponsored religious persecution directly caused by government establishment of government-religion and government-religious views.

I object to disparate treatment based on religious affiliation, and reserve the issue for appeal on due process, first amendment and equal protection grounds.

I also want to alert the court, judges, may be in trouble.

People have talked about "hanging the politicians" for years, taking the law into their own hands, under the guise of Godly freedom in Sussex County, Delaware. This talk has gone beyond words, as the nation saw on January 6, 2021, during an attempted coup.

Now, I recall overhearing someone talk that way about you, the judges. I forget if they called judges dictators or tyrants "in black robes," under the guise of good, such evil.

4

I just remember getting upset when people talk about shooting politicians and shooting judges. I do not like people talking about shooting people at the border either. There is a scary dehumanization of people and valuing property more than humanity.

I believe holding the powerful, those with government authority, private wealth, or connections, accountable to the law, would deter unrest, and instill faith in the judiciary system by teaching the world justice is not for sale by barter or exchange, but is handed out impartially with mercy and corrections to prevent condemnation and harm. No one is above the law, nor is anyone below the law, even a peon like me.

I see judges as potential life savers and eternal life savers. Justice with mercy is a command by God, a greater command per Jesus Christ, Citing *Amos* 5:15, *Matthew* 23:23. Not all people accept correction. Yet we should continue to instill hope not despair, 70 times 7. *Matthew* 18:22. Meaning, so long as there is life, we do not give up hope people can learn to do right by love for one another, not exploitation and harming others to serve the love of money.

5

Dated: April 20, 2021          Respectfully submitted,

         _/s/Meghan Kelly_____
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
Pro se, Party, not an attorney
advocate in this matter
Not available by phone
(Word Count 964)

(ORDER LIST: 601 U.S.)

MONDAY, JANUARY 22, 2024

ORDER IN PENDING CASE

23A607     DEPT. OF HOMELAND SEC., ET AL. V. TEXAS

The application to vacate injunction presented to Justice Alito and by him referred to the Court is granted. The December 19, 2023 order of the United States Court of Appeals for the Fifth Circuit, case No. 23-50869, is vacated.

Justice Thomas, Justice Alito, Justice Gorsuch, and Justice Kavanaugh would deny the application to vacate injunction.



GOVERNOR GREG ABBOTT

January 24, 2024

The federal government has broken the compact between the United States and the States. The Executive Branch of the United States has a constitutional duty to enforce federal laws protecting States, including immigration laws on the books right now. President Biden has refused to enforce those laws and has even violated them. The result is that he has smashed records for illegal immigration.

Despite having been put on notice in a series of letters—one of which I delivered to him by hand—President Biden has ignored Texas's demand that he perform his constitutional duties.

- President Biden has violated his oath to faithfully execute immigration laws enacted by Congress. Instead of prosecuting immigrants for the federal crime of illegal entry, President Biden has sent his lawyers into federal courts to sue Texas for taking action to secure the border.

- President Biden has instructed his agencies to ignore federal statutes that mandate the detention of illegal immigrants. The effect is to illegally allow their *en masse* parole into the United States.

- By wasting taxpayer dollars to tear open Texas's border security infrastructure, President Biden has enticed illegal immigrants away from the 28 legal entry points along this State's southern border—bridges where nobody drowns—and into the dangerous waters of the Rio Grande.

Under President Biden's lawless border policies, more than 6 million illegal immigrants have crossed our southern border in just 3 years. That is more than the population of 33 different States in this country. This illegal refusal to protect the States has inflicted unprecedented harm on the People all across the United States.

James Madison, Alexander Hamilton, and the other visionaries who wrote the U.S. Constitution foresaw that States should not be left to the mercy of a lawless president who does nothing to stop external threats like cartels smuggling millions of illegal immigrants across the border. That is why the Framers included both Article IV, § 4, which promises that the federal government "shall protect each [State] against invasion," and Article I, § 10, Clause 3, which acknowledges "the States' sovereign interest in protecting their borders." *Arizona v. United States*, 567 U.S. 387, 419 (2012) (Scalia, J., dissenting).

The failure of the Biden Administration to fulfill the duties imposed by Article IV, § 4 has triggered Article I, § 10, Clause 3, which reserves to this State the right of self-defense. For these reasons, I have already declared an invasion under Article I, § 10, Clause 3 to invoke Texas's constitutional authority to defend and protect itself. That authority is the supreme law of the land and supersedes any federal statutes to the contrary. The Texas National Guard, the Texas Department of Public Safety, and other Texas personnel are acting on that authority, as well as state law, to secure the Texas border.

Greg Abbott
Governor of Texas

UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | |
|---|---|
| Meghan Kelly ) | Civil Action No.: 1:21-1490 |
| ) | (CFC) |
| Plaintiff, ) | |
| v. ) | |
| Disciplinary Counsel Patricia B. ) | |
| Swartz, et.al ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE OF
PLAINTIFF MEGHAN KELLY'S 160th Affidavit

I, Meghan M. Kelly, Esquire, hereby certify on <u>Jan. 26, 2024</u> I had a true and correct copy of the above referenced document, served to Defendants, through their counsel through email electronically:

Zi-Xiang Shen
Delaware Department of Justice
820 North French Street
6th Floor
Wilmington, DE 19801

Respectfully submitted,

Dated <u>Jan. 26, 2024</u>

<u>Meghan M. Kelly</u>
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com

Under religious protest as declaring and swearing violates God's teachings in the Bible, I declare, affirm that the foregoing statement is true and correct.

Dated: <u>Jan. 26, 2024</u>

<u>Meghan Kelly</u> (printed)

<u>Meghan Kelly</u> (signed)

1