EFiled: Sep 22 2020 12:57PM EDT
Transaction ID 65953103
Case No. 2020-0809-



# EXHIBIT

# 7

# SAVE FREE SPEECH

# ARTICLE OF IMPEACHMET

§ 227. Wrongfully influencing a private entity's employment..., 18 USCA § 227

| United States Code Annotated |
| Title 18. Crimes and Criminal Procedure (Refs & Annos) |
| Part I. Crimes (Refs & Annos) |
| Chapter 11. Bribery, Graft, and Conflicts of Interest (Refs & Annos) |

18 U.S.C.A. § 227

§ 227. Wrongfully influencing a private entity's employment decisions by a Member of Congress or an officer or employee of the legislative or executive branch

Effective: April 4, 2012

Currentness

(a) Whoever, being a covered government person, with the intent to influence, solely on the basis of partisan political affiliation, an employment decision or employment practice of any private entity--

(1) takes or withholds, or offers or threatens to take or withhold, an official act, or

(2) influences, or offers or threatens to influence, the official act of another,

shall be fined under this title or imprisoned for not more than 15 years, or both, and may be disqualified from holding any office of honor, trust, or profit under the United States.

(b) In this section, the term "covered government person" means--

(1) a Senator or Representative in, or a Delegate or Resident Commissioner to, the Congress;

(2) an employee of either House of Congress; or

(3) the President, Vice President, an employee of the United States Postal Service or the Postal Regulatory Commission, or any other executive branch employee (as such term is defined under section 2105 of title 5, United States Code).

CREDIT(S)

Case 1:15-cv-00076-JFB Document 185-22 Filed 05/31/2 Page 4 of 81 PageID #: 17649

# IRSD: Bracelets at high school just a joke in 'poor taste'

### Parents told they shouldn't be concerned

**By Laura Walter**
Staff Reporter

Indian River School District officials said this week that the blue bracelets making their way around Indian River High School on Sept. 19 were nothing more than a bad joke.

Several students were distributing blue rubber bracelets printed with the words "Kill yourself" and a swastika, according to district officials.

"I think there were three kids who ordered these things — like 200 of them. I think they were trying to be funny," said IRSD Assistant Superintendent Mark Steele.

The students reportedly dispersed bracelets to other classmates, Counselors and administrative staff members then spent several hours collecting the bracelets back. They also met with the students involved and their parents, Steele said.

"We wanted to make sure there was nothing deeper here than just a couple kids making a dumb mistake," he said.

There was "absolutely no meaning to it at all," Steele asserted, noting that the counselors spoke with the teenagers, just to be sure. Most students laughed it off as they turned the bracelets in, Steele said, and the day ended well.

"We don't have anything parents should be concerned about," he added.

"They got ahead of it pretty quickly. I would refer to it as a poor-taste joke."

It can be frustrating for schools trying to promote a safe atmosphere, since "schools try to do everything possible, and then you just get companies that'll print anything," Steele said.

However, counselors are there for any student having trouble or feeling depressed.

"If there's anything there, anybody feels the need to talk to a counselor — by all means, talk to a counselor," Parents with questions or concerns are being encouraged to call their student's principal or an assistant principal.

Online resources are available by visiting www.irsd.net/home, selecting the "Parents and Students" tab, and clicking "Bullying and Suicide Prevention Resources."

# DSP Explorers program to hold open house Sept. 27 at Central

The Delaware State Police Explorers program consists of young men and women who have an interest in law enforcement.

The group participates in fingerprinting young children at community events; works the missing children's area at the State Fair, and many more community events. They also offer opportunities for the National Law Enforcement Exploring Conference and the Federal Leadership Academies, as

... the Delaware State Police Cadet Program.

The Explorers program teaches a variety of police procedures, including fingerprinting, evidence collection and patrol procedures.

"We strive to lead them down the right path and stand as positive role models. We also plan to instill leadership, responsibility, integrity and commitment," DSP representatives noted.

Every Explorer Post is overseen and run by Delaware State Police troopers.

Minimum qualifications include a 2.0 grade point average, and Explorers must be mature, clean-cut, as well as clean-shaven, with no criminal convictions. This is not a disciplinary program. The age range is 14 to 20 and at least in ninth grade. The program consists of high school and college students.

Open houses for the program are planned at DSP troops statewide this month, with the ____ ____ ____

Troop 4 (Georgetown) and Troop 7 (Lewes) at 6 p.m. on Tuesday, Sept. 27, at Sussex Central High School in Georgetown.

All interested students should be prepared to submit a $50 program registration fee at the open house. Checks or cash are accepted. They will also need a copy of last year's grades. For those younger than 18, a ____ ____

# Dining

*Continued from* ____

vegetables, and seven ____ ____

Case Case 1:1:5419-000766-JEBocumbentu185-2922-FiledF0le5/002531/2Bage Page 581ofP8geID #:
17650

# Guest Column

# Kelly: Chilling free speech is not cool

**By Meghan Kelly, Candidate**
Delaware House of Representatives,
38th District

My name is Meghan Kelly. I am an attorney running for the House of Representatives in the 38th District's Tuesday, Nov. 6, 2018, election.

As I candidate for a state position, I have witnessed people in positions of authority misuse their authority to unconstitutionally chill the freedom of political speech. This is no small matter. An attorney can sue people to correct such chilling of 1st Amendment rights, but what will that do? They can take all of their possessions and money. None of that — not all the money in the world — is worth as much as the freedoms we have here in our nation.

Men fought wars for the freedoms we all hold dear. Mere money cannot buy their lives back. Men did not die for money. The American dream is not about finding a job, buying a home, providing for and raising a family. People all over the world aspire for that.

The American dream is much more than merely making money, providing for your family and surviving. What makes the United States of America the dream of so many is Americans' universal respect of other people's freedoms when they step foot on our land.

What makes America great is the people. What makes America great is Americans' universal respect for the freedoms of speech, assembly, religion and association, regardless of race, religion or place of origin.

When people in positions of authority choose not to behave like Americans by respecting the rights of others (emphasis intended), that is when America becomes less great. And yet, I have hope and faith that the people will courageously and kindly confront such behavior with correction, not with more bad behavior.

I am writing about one instance where my freedom of speech was quashed. I attended a celebration for a town. When I arrived beforehand, someone working the event said they knew who I was and talked politics, demeaning my party. I attempted to respond to the discussions, but the mayor and other agents of the Town requested that I didn't.

I told the mayor his request was unconstitutional, but I complied. I was instructed by those with the blanket of authority not to discuss politics at the party. They mentioned the other candidate could not attend.

A couple hours later, I attended the Town's party at the town hall — open to the public, thereby creating a limited public forum. Solicitors of various groups sat with pamphlets, including a church, at the celebration. I did not ask for a table or a place to sit with those handing out materials. I merely desired to respond to political statements and questions.

Yet, I complied with the mayor's request, making it clear that such request was not constitutional.

The mayor's position of authority made his personal requests to refrain from exercising American freedoms more dangerous than a normal citizen.

We all have limits to our freedom of speech, but people in government, and those with authority, have even more limits in exchange for such power, to preserve the freedoms of those they serve. Otherwise, unconstitutional government restraints may inhibit the freedoms of those they serve, by causing fear of persecution.

The constitutional rights and standards differ relating to the type of

*See KELLY page A15*

# Kelly

*Continued from page A14*

forum where the speech is limited. Is it a private forum, public or limited public forum? Municipalities may use their police power to draft reasonable regulations for the public safety relating to private property. However, private property that is opened up to the public is converted to a limited public forum, where content based speech is not easily limited.

In 1980, the U.S. Supreme Court held that a large shopping store could not limit the freedom of speech, regardless of how disagreeable the speech was to the owner of the grocery store, under the facts of that case. In that case, a private forum was opened up to the public during certain hours, just like many stores are opened to the public. Thus it became a limited public forum where speech is under greater protection than a private forum.

My speech was quashed on public property, opened up to the public for a public event.

The constitutional standards differ not only with regards to the forum, where the freedom of speech may have been infringed upon, but it also differs concerning whether it was restrained by conduct-based restrictions or content-based restrictions.

Conduct-based speech may be limited in a limited public forum by time, place and manner restrictions under a relatively easier standard than the content-based restrictions. Content-neutral restrictions must advance important interests unrelated to the suppression of speech, and must not burden substantially more speech than necessary to further those interests.

In 2010, our Third Circuit ruled it was unconstitutional for a mall to discriminate against noncommercial speech in favor of commercial speech, as this was content-based not content-neutral speech.

Content-based restrictions are presumptively unconstitutional. The government must prove such restriction is necessary to serve a compelling state interest, and is narrowly drawn to achieve that end. Mere open debate

concerning political speech does not meet that standard. The freedom to speak freely about politics and other important issues, such as religion, without persecution of the government, is why many people desire to come to America.

There are limits to our freedom of speech, such as false advertising, defamation and obscenity.

The fact Americans must respect (to an extent) the freedoms of others, and in turn others (even mayors), must do the same by honoring such limits makes us all more free.

I keep thinking to myself, men died for this freedom. No amount of money or power is as precious as those men's lives, and the freedoms they bravely fought for. If men are willing to die and kill for this, I should have the courage to confront and correct people in authority so as to honor those men, and to remind the world that they mattered, and to protect what they fought for, not money, but freedom. You can't buy that. It is priceless.

Thank you for honoring our brave

by honoring the freedoms they fought for, including the freedom of speech.



# Fenwick
## Fox's Pizza Den

Try Our
**NEW MENU ITEMS**
Using Fresh Local
Produce & Fresh
Local Catch!

**Lunch Special**

September 23, 2016

35

# IRSD: Bracelets at high school just a joke in 'poor taste'

## Parents told they shouldn't be concerned

By Laura Walter
Staff Reporter

Indian River School District officials said this week that the blue bracelets making their way around Indian River High School on Sept. 19 were nothing more than a bad joke.

Several students were distributing blue rubber bracelets printed with the words "Kill yourself" and a swastika, according to district officials.

"I think there were three kids who ordered these things — like 200 of them. I think they were trying to be funny," said IRSD Assistant Superintendent Mark Steele.

The students reportedly dispersed bracelets to other classmates, counselors and administrative staff members then spent several hours collecting the bracelets back. They also met with the students involved and their parents, Steele said.

"We wanted to make sure there was nothing deeper here than just a couple kids making a dumb mistake," he said.

"There was 'absolutely' no meaning to it at all," Steele asserted, noting that the counselors spoke with the teenagers, just to be sure. Most students laughed it off as they turned the bracelets in, Steele said, and the day ended well.

"We don't have anything parents should be concerned about," he added.

"They got ahead of it pretty quickly. I would refer to it as a poor-taste joke."

It can be frustrating for schools try-ing to promote a safe atmosphere, since "schools try to do everything possible, and then you just get companies that'll print anything," Steele said.

However, counselors are there for any student having trouble or feeling depressed.

"If there's anything there, anybody, feels the need to talk to a counselor — by all means, talk to a counselor. Parents with questions or concerns are being encouraged to call their students' principal or an assistant principal.

Online resources are available by visiting www.irsd.net/home, selecting the "Parents and students" tab and clicking "Bullying and Suicide Prevention Resources."

# DSP Explorers program to hold open house Sept. 27 at Central

The Delaware State Police Explorer program consists of young men and women who have an interest in law enforcement.

The group participates in fingerprinting young children at community events; works the missing children's area at the State Fair, and many more community events. They also offer opportunities for the National Law Enforcement Exploring Conference and the Federal Leadership Academies, as well as the Delaware State Police Cadet Program.

The Explorers program teaches a variety of police procedures, including fingerprinting, evidence collection and patrol procedures.

"We strive to lead them down the right path and stand as positive role models. We also plan to instill leadership, responsibility, integrity and commitment," DSP representatives noted.

Every Explorer Post is overseen and run by Delaware State Police troopers.

Minimum qualifications include a 2.0 grade point average, and Explorers must be mature, clean-cut, as well as clean-shaven, with no criminal convictions. This is not a discipline program. The age range is 14 to 20 and at least in ninth grade. The program consists of high school and college students.

Open houses for the program are planned at DSP troops statewide this month, with the open house for Troop 4 (Georgetown) and Troop 7 (Lewes) at 6 p.m. on Tuesday, Sept. 27, at Sussex Central High School in Georgetown.

All interested students should be prepared to submit a $50 program registration fee at the open house. Checks or cash are accepted. They will also need a copy of last year's grades. For those younger than 18 ...

# Dining

Continued from —

... vegetables, and seven ...

116 TH CONGRESS

1ST SESSION

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

_____ __, 2019

_____ submitted the following resolution; which was referred to the _____

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

## RESOLUTION

*Resolved,* That Donald J. Trump,

President of the United States, is impeached for high crimes and misdemeanors, and that the following Articles of Impeachment to be exhibited to the Senate:

Articles of Impeachment to be exhibited by the House of Representatives of the United States of America in the name of itself and all of the people of the United States of America, against Donald J. Trump, President of the United States, in maintenance and support of its impeachment against him for high crimes and misdemeanors.

## ARTICLE I

### THE PRESIDENT'S VIOLATION OF CRIMINAL LAW PURSUANT TO TITLE 18 OF THE UNITED STATES CODE, SECTION 227

In his conduct while President of the United States, Donald J. Trump (herein also referred to as "President" or "Trump"), in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, defend and obey the Constitution of the United States, as well as his constitutional

1

obligation to preserve, protect, defend and obey the laws of the land, including the Federal Criminal Statute 18 U.S.C.A. § 227.

No one is above the law. No one is below the law.

Not even the President of the United States is free to willfully violate criminal laws without Constitutional justification.

The President by his words and/or deeds violated the criminal law Title 18 of the United States Code, Section 227.

Pursuant to 18 U.S.C.A. § 227,

"(a) Whoever, being a covered government person, with the intent to influence, solely on the basis of partisan political affiliation, an employment decision or employment practice of any private entity--

(1) takes or withholds, or offers or threatens to take or withhold, an official act, or

(2) influences, or offers or threatens to influence, the official act of another,

shall be fined under this title or imprisoned for not more than 15 years, or both, and may be disqualified from holding any office of honor, trust, or profit under the United States.

(b) In this section, the term "covered government person" means--

(1) a Senator or Representative in, or a Delegate or Resident Commissioner to, the Congress;

(2) an employee of either House of Congress; or

(3) the President, Vice President, an employee of the United States Postal Service or the Postal Regulatory Commission, or any other executive branch employee (as such term is defined under section 2105 of title 5, United States Code)."

The President is specifically listed as a "covered government person" under this criminal law under 18 U.S.C.A. § 227(a), (b)(3).

The President withheld an "official act" to faithfully defend and protect the NFL Players' Constitutional freedom of speech against government persecution, as required under this statute.

The President not only "withheld an official act" to defend, protect and

2

obey the United States Constitution by defending the NFL Players'
protected first amendment freedom, he also violated NFL Players'
freedom from government persecution by actively persecuting, ridiculing
and, or encouraging the ridicule and firing of the NFL players, and or the
boycott of certain teams based solely on the Players' perceived, projected
or manufactured political affiliation against Trump and/or Trump's base or
alleged American political values. Citing, 18 U.S.C.A. § 227(a)(1).

The President's withholding of such official act and active violation of the
same was made with "the intent to influence, solely on the basis of the
perceived or projected partisan political affiliation of NFL players derived
from their peaceful protest, an employment decision or employment
practice of" private entities, NFL teams. Citing, 18 U.S.C.A. § 227 (a).

The President also, "influence(d), or offer(ed) or threaten(ed) to influence,
the official acts of," others in his staff, government agents, troops, service
men and women, and congressmen and congresswomen, as well as all
Americans, when he encouraged others to persecute, ridicule, demean, or
boycott the NFL players and teams for exercising their freedom of speech.
Citing, 18 U.S.C.A. § 227 (a)(2).

The President's encouragement was made with "the intent to influence,
solely on the basis of the perceived, or projected partisan political
affiliation, against President Trump and/or his supporters and/or American
values, an employment decision or employment practice of" private
entities, NFL teams. Citing, 18 U.S.C.A. § 227 (a).

In September 2017 and thereafter, President Trump called for NFL
Players, (herein also referred to as "NFL" and "Players"), to be fired
for speech exhibited by kneeling during the national anthem before
NFL football games to peacefully protest against the government's
disparate mistreatment against black Americans in the criminal
justice system and the government's use of lethal force against black ·
Americans, including unarmed children (herein also referred to as
"protest(s)" or "peaceful protest(s)"). [1]

---

[1] (See, The Tennessean, part of the USA Today Network, President Trump: NFL teams
should fire players who protest national anthem, By Natalie Allison and Joel Ebert, Sept.
22, 2017,
https://www.tennessean.com/story/news/2017/09/22/president-trump-nfl-teams-fire-
players-protest-national-anthem/695666001/ ; also see, The Washington Post, Roger
Goodell responds to Trump's call to fire, By, Jeremy Gottlieb Sept. 22, 2017,
https://www.washingtonpost.com/news/early-lead/wp/2017/09/22/donald-trump-
profanely-implores-nfl-owners-to-fire-players-protesting-national-
anthem/?utm_term=.f6156e8f2075).

Certain NFL Players (also referred to as "Players" or "NFL") kneeled during the National anthem at football games to protest, in part, various individual policemen's shootings, killings and murders of unarmed black Americans, including black American children.

The conduct was not an attack on all police.

The peaceful protest was made, in part, against individual bad choices by individual policemen that cost the families, the community and our country the lives of little American children and Americans.

The peaceful protest was made to prevent future needless deaths of Black Americans and, including innocent children.

Our Constitution protects life, liberty and pursuit of happiness of all people, even little black children.

Trump gained support by those who became fearful, defensive and combative in response to the NFL player's peaceful protest.

Those people failed to recognize the peaceful nature of the protest.

Trump gained support of people who did not recognize the protest was not against police, whites, America, Trump or other people. The protest was made, in part, to show that the black Americans who died were worthy of love and life, and that no black American's life should be wrongfully taken.

The color of the American's skin does not make their deaths less tragic, and yet, there has been a surge of police ~~more~~ *attacks against* black Americans ~~than other Americans killed unlawfully by government agents.~~

The black lives matter movement was created to show America that those black lives do matter. People of all colors are worthy of love and respect, and are inherently "created equal" in the eyes of our constitution.

Throughout the nation, we have seen attacks against the black lives matters movement with the all lives matter movement, the police lives matters movement, white lives matter movement and other movements, all of which are constitutionally protected.

Nevertheless, the nongovernment attacks against the peaceful protests and black lives matter movement have helped Trump gain support.

4

*The teenagers gave them to Black kids in response to the Black lives matters bracelets.*

Trump wants to win.

Trump recognizes he gains more support by attacking the peaceful Constitutionally protected protest of the NFL Players.

Trump's conduct was made solely on the "basis of partisan political affiliation" attributed to the NFL players peaceful protest by Trump and specific part of the base that supports Trump.

In September of 2016, at Indian River High School located in Delaware, teenagers brought in about 200 bracelets with the words "Kill yourself" next to a Nazi symbol. [2]

Such speech is not protected speech.

The use of violence by Neo Nazies, KKK, white supremacists and other people is unprotected.

The authority of a policeman's badge, or a military or national guard position cannot convert such violence into protected activity.

The peaceful protest by the NFL players is a beautiful Constitutionally protected way to protect innocent people against unconstitutional unprotected government speech and violent acts.

The NFL's peaceful protest is Constitutionally protected.

President Trump's speech persecuting, ridiculing the NFL players is not Constitutionally protected speech.

President Trump disobeyed the Constitution in order to garner more political support.

President Trump's behavior was based solely on serving himself by attributing the NFL player's peaceful protest to a partisan political affiliation against America and troops, despite the fact the freedom to peacefully protest is one the freedoms our beloved troops fought so bravely to preserve and defend.

The President not only violated the NFL Players first Amendment right of

[2] See Coastal Point, IRSD : Bracelets at high school just a joke in poor taste, By Laura Walter, September 23. 2016.

5

speech, he also violated their perceived or projected freedom of association against the President and or his views.

~~Americans are more free to speak and share our views without fear~~ of persecution by the government because of the First Amendment.

Americans are more free to speak and share our unique views ~~without fear of persecution by the government.~~

Americans are free to protest despite their perceived or projected partisan political affiliation against the government.

What makes America great is Americans' universal respect for the freedom of speech, assembly, religion and association regardless of race, religion or place of origin.

The Players' first amendment freedom of speech affords them protection from government persecution for exercising their first amendment right to peacefully protest against government conduct.

Pursuant to the Supreme Court in McDonald v. Smith, 472 U.S. 479, 486–87, 105 S. Ct. 2787, 2791–92, Citing New York Times Co. v. Sullivan, 376 U.S. 254, 270, 84 S. Ct. 710, 721, 11 L. Ed. 2d 686 (1964),

> "The first amendment specifically protects speech against government acts and decisions citizens may disagree with. As with the freedoms of speech and press, exercise of the right to petition "may well include vehement, caustic, and sometimes unpleasantly sharp attacks on government and public officials," and the occasionally "erroneous statement is inevitable." New York Times Co. v. Sullivan, supra, 376 U.S., at 270–271, 84 S.Ct., at 720–721. The First Amendment requires that we extend substantial " 'breathing space' " to such expression, because a rule imposing liability whenever a statement was accidently or negligently incorrect would *487 intolerably chill "would-be critics of official conduct ... from voicing their criticism." 376 U.S., at 272, 279, 84 S.Ct., at 721, 725.1"

When Trump accepted a position of government authority, under our Constitution, his Constitutional rights became more limited in order to uphold the Constitutional rights of those he serves, the American people.

The Constitution limits the power of the government in order to safeguard the freedom of those who reside in America.

Trump, as president, may not unconstitutional chill the NFL Players' speech based on perceived, projected political affiliation of the players based on

6

their protest.

The freedom of speech gives Americans the freedom to voice their disagreement with government actions and ideas, including the right to protest against government violence towards black Americans by government agents, and the right to protest the disparate treatment of black Americans by some specific instances of individual conduct while acting under the cloak of government authority including specific attorney generals, police and judges.

The United States Supreme Court held, "Criticism of (a government official) conduct does not lose its constitutional protection merely because it is effective criticism and hence diminishes their official reputations." New York Times Co. v. Sullivan, 376 U.S. 254, 272–73, 84 S. Ct. 710, 722, 11 L. Ed. 2d 686 (1964).

Trump is the President of the United States.

Trump represents through his deeds and words, the government in the executive branch.

The Government through Trump's deeds and words unconstitutionally persecuted the NFL Players for exercising their first amendment freedom.

Trump violated his oath to uphold the Constitution by actively disobeying the Constitution by persecuting the NFL Players for exercising their Constitutional right to peacefully protest.

Trump intended to cause the threat of economic harm to the NFL teams and against the players who participated in the peaceful protest.

Trump has called for the firing of NFL players for protesting.

Trump encouraged fans to walk out of a game if a player protested during the anthem.

Trump encouraged fans not to purchase NFL tickets when NFL players chose to kneel.

Trump has called for the boycott of the purchase of their teams' NFL tickets.

Trump caused economic damage, including but not limited to cancelled ticket sales, lost profit at concession stands and related NFL affiliated businesses, lost ratings on TV and, or other economic harm.

Trump's words and deeds chilled the NFL Players' protected speech.

7

Trump said "'Wouldn't you love to see one of these NFL owners, when somebody disrespects our flag, to say, 'Get that son of a b---- off the field right now. Out. He's fired. He's fired!'" Id.

Trump stated "'You know, some owner's going to do that,' Trump continued. 'He's going to say, 'That guy who disrespects our flag, he's fired.'" Id.

Trump stated, "'But you know what's hurting the game more than that?' Trump said. 'When people like yourselves turn on television and you see those people taking the knee when they are playing our great national anthem.'" Id.

Trump stated "'The only thing you could do better is if you see it, even if it's one player, leave the stadium, I guarantee things will stop. Things will stop. Just pick up and leave. Pick up and leave. Not the same game anymore anyway.'" Id.

"'The NFL policy says a club will be fined if team members on the field during the anthem do not stand, and that the commissioner 'will impose appropriate discipline on league personnel who do not stand and show respect for the flag and the anthem.'"[3]

"During Thursday's games, however, a few NFL players knelt during the anthem. Others raised their fists during the song or remained in the locker room." Id.

"The NFL said in a statement ...that it has agreed with the NFL Players Association to delay implementing work rules that could result in players being disciplined while discussions between the league and the union on issues around the anthem continue." Id.

On Aug. 10, 2018, the President tweeted, "'The NFL players are at it again - taking a knee when they should be standing proudly for the National Anthem. Numerous players, from different teams, wanted to show their "outrage" at something that most of them are unable to define. They make a fortune doing what they love......'" Id.

On August 10, 2018, the President also tweeted, "'.....Be happy, be cool! A football game, that fans are paying soooo much money to watch and enjoy,

---

[3] (Citing, ABC News,<u>Trump blasts NFL players for kneeling during anthem: 'Stand proudly .... or be suspended without pay</u>, By Kelsey Walsh August 10, 2018, https://abcnews.go.com/Politics/trump-blasts-nfl-players-kneeling-national-anthem-suspended/story?id=57131857 )

8

is no place to protest. Most of that money goes to the players anyway. Find another way to protest. Stand proudly for your National Anthem or be Suspended Without Pay!'" Id.

The President is misleading the nation as to what makes America great. It is not money and wealth, but freedoms that make America already great.

Men fought wars for the freedoms we all hold dear, including the freedom to peacefully protest. Mere money cannot buy their lives back. Men did not die for money.

The American dream is not about finding a job, buying a home, providing for and raising a family. People all over the world aspire for that.

The American dream is much more than merely making money, providing for your family and surviving. What makes the United States of America the dream of so many is Americans' universal respect of other people's freedoms when they step foot on our land.

What makes America great is the people. What makes America great is Americans' universal respect for the freedoms of speech, assembly, religion and association, regardless of race, religion or place of origin.

The freedom to speak freely about politics and other important issues such as religion, without persecution of the government, is why many people desire to come to America.

When people in positions of government authority choose not to behave like Americans by respecting the *rights of others* (emphasis intended), that is when America becomes less great.

Trump made America less great by chilling the exercise of freedoms of those he serves Americans, including the NFL players,

"After the NFL first announced the new policy in May, Trump told Fox & Friends that players who don't stand during the anthem 'shouldn't be playing' and maybe 'shouldn't be in the country.'" Id.

The President's words chilled the NFL Players speech, and possibly other Americans to under the threat of economic persecution.

The lower Federal Courts recognize economic persecution as a form of government persecution. [1]

On May 24, 2018, The President tweeted, ""You have to stand proudly for the National Anthem. You shouldn't be playing, you shouldn't be there.

9

Maybe they shouldn't be in the country...the NFL owners did the right thing'" Id.

On Oct. 18, 2017, the President Trump tweeted, '"The NFL has decided that it will not force players to stand for the playing of our National Anthem. Total disrespect for our great country!'" [4]

"President Donald Trump praised an NFL policy banning kneeling during the 'The Star-Spangled Banner,' saying that 'maybe you shouldn't be in the country' if you don't stand for the anthem" [5]

In all of this, Donald J. Trump has violated the First Amendment freedom of speech against government persecution by willfully and knowingly persecuting those who exercised their freedom, Donald J.Trump.

In all of this, the President knowingly and willfully spoke and acted in a manner that violated the criminal law Title 18 of the United States Annotated Section 227.

In so doing he has undermined the integrity of his office, by violating federal criminal law and the freedoms under the Constitution, and brought disrepute on the Presidency, and betrayed his trust as President in a manner subversive of constitutional government, to the great prejudice of the cause of law and justice and to the manifest injury of the people of the United States.

Wherefore Donald J. Trump, by such conduct, warrants impeachment and trial, and removal from office ~~wherefore Donald J. Trump, by such conduct, warrants impeachment and trial, and removal from office~~

---

[4] The cases are limited to immigration cases, but the criminal statute Title 18 of the United States Code Annotated Section 227 extends government persecution by the President of the United States to economic persecution too. I applaud this branch of government for choosing to create a check on themselves and another branch of government.

[5] Citing, Associated Press, Trump suggests NFL players who kneel shouldn't be in US, By May 24, 2018, http://www.msn.com/en-us/sports/nfl/trump-lauds-nfl-policy-banning-kneeling-for-national-anthem/ar-AAxJHSz).

# PREVENT WORLD WAR 3
# ARTICLE OF IMPEACHMENT
# MEG DRAFT A COMPLETE DRAFT

Begin forwarded message:

**From:** Meghan Kelly <electmegkelly@icloud.com>
**Date:** 1/28/2020
**To:** us@justicedemocrats.com
**Subject: Fwd: Impeachment articles and related docs by Meg Kelly**

Please help!

Sent from my iPhone

Begin forwarded message:

**From:** Meghan Kelly <electmegkelly@icloud.com>
**Date:** January 5, 2020 at 8:15:50 PM EST
**To:** Meghan Kelly <electmegkelly@icloud.com>
**Cc:** League of Women Voters of De Of Women Voters Of Delaware
<lwvde@comcast.net>, darin.mccann@coastalpoint.com, Jane Hovington
<jehovahrohi@aol.com>, Glenn Rolphe
<grolfe@newszap.com>, president@dug.edu, mbraden@bakerlaw.com, Mckayla Braden
<mckayla.braden@gmail.com>, wchandler@wsgr.com, Stacie.burton@yahoo.com, house.j
dems@mail.house.gov, mckayla.braden@gmail.com, arlet.adrahamian@mail.house.gov, m
ichael.pender@mail.house.gov, tyrone.hankerson@mail.house.gov, janice.bashford@mail.
house.gov, zoe.orick@mail.house.gov, zoe.orrick@mail.house.gov, carrick.heilferty@mail.h
ouse.gov, lieu.staff@mail.house.gov, andrea.anaya@mail.house.gov, sophie.bodlovich@m
ail.house.gov, brittan.robinson@mail.house.gov, alysa.buckler@mail.house.gov, brian.garci
a2@mail.house.gov, Joe Neguse
<emma.salas@mail.house.gov>, matthewkosiorek@comcast.net, Lucy Mcbeth
<matthew.golden@mail.house.gov>, anneliese.israel@mail.house.gov, Veronica Escober
<jaqueline.sanchez@mail.house.gov>, Doug Collins
<sebastian.wigley@mail.house.gov>, steve.chabot@mail.house.gov, caralee.conklin@mail.
house.gov, ohi0ima@mail.house.gov, brittany.yanick@mail.house.gov, caleb.culver@mail.h
ouse.gov, luke.mcknight@mail.house.gov, dawn.mcarble@mail.house.gov, hayden.hayes
@mail.house.gov, kate.laborde@mail.house.gov, steve.koncar@house.mail.gov, john.zwaa
nstra@mail.house.gov, kyle.rush@mail.house.gov, rep.bencline@mail.house.gov, reginald.
darby@mail.house.gov
**Subject: Re: Impeachment articles and related docs by Meg Kelly**

Good evening,

Attached, I started drafting another set of articles, but I am making you finish it.

I am disappointed in all of you for placing your interest above your duties, by focusing on
your seats instead of serving the country. You must impeach on a second article and

2

impeach again, as needed. Combat lawlessness with the rule of law. Do not exploit it to serve yourselves.

Also attached, please find a couple of articles relating to war crimes. Get your shit together and serve your country. You have the power to prevent global war. You have the power to reflect humility and respect for the lives and property and intrinsic value of other human beings. This humility and act of peace can reconcile relations and prevent bloodshed.

Do not play games with our brave troops' lives to serve your own vanity. Shame on Trump and shame on you if you fail to act swiftly. Perfection NOT required. True leadership is.

Serve your country, not your seat. Impeach.

I expect no less.

Good night.
Meg Kelly, Esq.

cutting and pasting in case you choose not to open it.


## 116 TH CONGRESS

### 1ST SESSION


Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

_____ __, 2019

_____submitted the following resolution; which was referred to the
_____

Impeaching Donald J. Trump, President of the United
States, of high crimes and misdemeanors.


RESOLUTION


_Resolved,_ That Donald J. Trump,

President of the United States, is impeached for high crimes and misdemeanors, and that the following Articles of Impeachment to be exhibited to the Senate:

Articles of Impeachment to be exhibited by the House of Representatives of the United States of America in the name of itself and all of the people of the United States of America, against Donald J. Trump, President of the United States, in maintenance and support of its impeachment against him for high crimes and misdemeanors.

## ARTICLE I

### THE PRESIDENT'S VIOLATION OF OATH OF OFFICE, PERJURY BY FAILING TO UPHOLD THE CONSTITUTION, AND LAWS OF THE LAND, INCLUDING THE ARTICLE II WARS POWERS ACT OF 1973

In his conduct while President of the United States, Donald J. Trump (herein also referred to as "President" or "Trump"), in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, defend and obey the Constitution of the United States, as well as his constitutional obligation to preserve, protect, defend and obey the laws of the land:

The President swore an oath to uphold the Constitutional laws, Federal laws, and international agreements.

The President has a duty to review, inform himself of such laws, in order to uphold the Constitution,

The President's ignorance is not innocence.

Ignoring the laws is not a defense in the President's violation of his oath of office to uphold the same.

No one is above the law. No one is below the law.

Not even the President of the United States is free to violate the law.

The President committed perjury by violating his oath to uphold the Constitution and Laws of the land by encouraging violation of the same under his policies at the border.

18 U.S.C.A. § 1621 provides:

"Whoever--

(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States."

The President, through his policies relating to the strike that killed General Soleiman violated, Federal Law and/or International treaties and Law.

### ARTICLE II WARS POWERS ACT OF 1973

On or about January ___ 2019, President trump ordered:

The President failed to give Congress notice within 48 hours of the strike.

A "Requirement of War Powers Resolution that President report to Congress within 48 hours if United States armed forces have been introduced into hostilities or imminent hostilities and that, 60 days after report is submitted or required to be submitted, President shall terminate use of armed forces unless Congress declares war or enacts specific authorization for use of armed forces or extends 60-day period for an additional 30 days does not contemplate court-ordered withdrawal when no report is filed, but rather, leaves open possibility for court to order that report be filed or, alternatively, withdrawal 60 days after report was filed or required to be filed by court or Congress." Citing, Crockett v. Reagan, 558 F. Supp. 893 (D.D.C. 1982), aff'd, 720 F.2d 1355 (D.C. Cir. 1983), War Powers Resolution, §§ 2–9, 50 U.S.C.A. §§ 1541–1548; U.S.C.A. Const. Art. 1, § 8, cl. 11.

ARTICLE II WARS POWERS ACT OF 1973

## ARTICLE III VIOLATION OF INTERNATIONAL LAW
### BY WAR CRIMES

The Strike destroyed

In all of this, Donald J. Trump has undermined the integrity of his office, by violating federal and international criminal law and the Constitution, and brought disrepute on the Presidency, and betrayed his trust as President in a manner subversive of constitutional government, to the great prejudice of the cause of law and justice and to the manifest injury of the people of the United States.

Wherefore Donald J. Trump, by such conduct, warrants impeachment and trial, and removal from office.

On January 5, 2020 at 1:00 PM, Meghan Kelly <electmegkelly@icloud.com> wrote:

Hi folks,
I sent you 4 separate articles of impeachment to swiftly impeach on while the senate tries the first articles.

Please prevent world war 3 and draft another set now to protect our troops from dying for trump's vanity.
Impeach on a new set on the following articles

1. Perjury not upholding his oath
2. Unauthorized use of force
3. International war crimes

Perfection not required. Swift leadership is. Do not be misled by hacked likes, false mob rule. Lead, do not be misled. Serve your country not yourself by focusing on seats.

Save our troops lives before it is too late and they kill and die for Trump's mere fancies.

God help us help them.

Good day.
Meg

Sent from my iPhone

6

On Aug 7, 2019, at 6:03 PM, Meghan Kelly <electmegkelly@icloud.com> wrote:

Attached, and below, please find an email list of the contact for each of the 41 Reps on the judiciary committee considering impeachment who provided an email contact.

You may be able to contact the members by their contact info on the web site at this link below too

Please work together united as Americans to serve your country.
https://judiciary.house.gov/about/members

Please feel free to give me a call on my cell regardless of your support at 302-727-2079. Thank you. Have a great night.

1. Chair, Hon Rep. Nadler.            house.jdems@mail.house.gov Char
2. ▬▬▬▬. RepMary Gay Scanlan. [Please forward message to her for consideration]
3. Rep. Zoe Lofren        arlet.adrahamian@mail.house.gov
4. Rep. Sheila Jackson Lee        michael.pender@mail.house.gov
5. ▬▬▬▬        Rep. Steve Cohen [Please forward message to him for consideration]
6. Rep. Henry C. Johnson  tyrone.hankerson@mail.house.gov
7. ▬▬▬▬  Rep Ted. Deutch [Please forward message to him for consideration]
8. Rep. Karen Bass.        janice.bashford@mail.house.gov
9. ▬▬▬▬  Rep Cedric Richmond [Please forward message to him for consideration]
10. Rep. Hakeem S. Jaffries        zoe.orick@mail.house.gov
11. ▬▬▬▬  Rep Eric Swalwell [Please forward message to him for consideration]
12. Rep. David N Ciciline        Carrick.heilferty@mail.house.gov
13. Rep. Red Lieu    lieu.staff@mail.house.gov Sophie is the contact
14. Hon Rep Jamie Raskin andrea.anaya@mail.house.gov
15. Hon Rep. Pramila Jayapal        sophe.bodlovich@mail.house.gov
16. Hon Rep. Val Butler    brittan.robinson@mail.house.gov
17. Hon J. Luis      alysa.buckler@mail.house.gov
18. Rep. Sylvia brian.garcia2@mail.house.gov
19. Joe Neguse emma.salas@mail.house.gov
20. Lucy Mcbeth matthew.golden@mail.house.gov
21. Greg Stanton laura.munozlopez@mail.house.gov
22. Rep Madeliene Dean    anneliese.israel@mail.house.gov
23. Debbie Mucarsel        Jessica.valdes@mail.house.gov
24. Veronica Escober        Jaqueline.sanches@mail.house.gov
25. Doug Collins    Sebastian.wigley@mail.house.gov
26. ▬▬▬▬ Rep Sensebrenner
27. Rep.Steve Chabot Steve.chabot@mail.house.gov
28. Rep. Louie Gohmert        caralee.conkline@mail
29. Rep. Jim Jordan        ohi0ima@mail.house.gov
30. Rep Ken Buck    brittany.vanick@mail.house.gov
31. Rep John Ratcliffe        caleb.culver@mail.house.gov
32. Rep. Martha Roby        luke.mcknight@mail.house.gov

33. Rep Matt Gaetz dawn.mcarble@mail.house.gov
34. Rep Mike Johnson       hayden.hayes@mail.house.gov
35. Rep Andy Biggs kate.laborde@mail.house.gov
36. Rep Tom McClintock steve.koncar@mail.house.gov
37. Rep Debbie Lesko       john.zwaanstra@mail.house.gov
38. Rep. Guy Reschenthale kyle.rush@mail.house.gov
39. Rep. Ben Cline rep.bencline@mail.house.gov
40. 40. ██████ Rep. Kelly Armstrong(Please forward message to him for consideration)

Rep Greg Stuebe reginald.darby@mail.house.gov


On August 7, 2019 at 2:52 PM, Meghan Kelly <electmegkelly@icloud.com> wrote:

Good afternoon,

This is Meg Kelly, Esq., an attorney from Delaware.

I am resending the three articles of impeachment, and related documents, I emailed yesterday to 34 of the 41 members on the House judiciary committee since not all members received it.

In addition, attached, please find additional documents relating to kidnapping, false imprisonment and perjury, excluded on the email I sent yesterday.

Per my teleconference:

Game plan:

Impeach on 5 (five) separate articles of impeachment presented separately to protect

1. Freedom of speech, the NFL article of impeachment relating to the attached criminal law, 18 USC section 227

2. Freedom of the press under criminal law, 18 USC section 227

3. Due process violations at the border. While the Supreme Court allows detention during deportation hearings, the conditions at the border are so heinous that they should be considered punishment without procedural due process under the 5th amendment. Argue substantive due process if you want. The border policies of the President also violate the crimes of kidnapping under 28 USCA section 1201 and false imprisonment under federal common law.

4 obstruction of justice. Please continue your work on this

5 porn star impeachment no further investigations needed.

Porn star impeachment crimes

26 USCA 7206

26 USCA 7202

26 USCA 7201

26 USCA 7207

No investigations needed the porn star payoffs and two checks from improper accounts are enough circumstantial evidence to deem the president guilty of these crimes without further records. You can pull the records, but he delays strategically. His sister was a Federal Judge in my circuit, the third circuit. The President has much experience with law suits. I looked up 1000 plus cases related to Trump at the law library. He may the law better than an attorney with all his court experience. (had to laugh, better than crying)

The records are not necessary.

You *win* by doing the right thing, upholding the laws that grant us the freedoms we all hold dear. Without them we are not free.

Stand united together as Americans to serve your country not your seat. Impeach.

Lawlessness must be combated with the impartial rule of law via impeachment, not exploited to win elections at the country's expense.

Please act swiftly.

Perfection not required.

Leadership is required.

Different times require different measures. The 400 failed attempt to impeach Clinton will not work against President Trump.

Please serve your country. Do not exploit the President's lawlessness to serve election seats at the expense of the country. We have everything to lose, especially since elections will likely be hacked.

Thank you❤

Please feel free to call me on my cell if you have any questions.

Have a good night.

Thank you and best regards,

Meg Kelly, Esq.

Licensed DE, DC, PA, US Supreme Court

34012 Shawnee Drive

Dagsboro, DE 19939

(302)727-2079

Begin forwarded message:

**From:** Meghan Kelly <electmegkelly@icloud.com>
**Date:** 8/7/2019

9

**To:** Meghan Kelly <<u>electmegkelly@icloud.com</u>>
**Subject: Impeachment articles and related docs by Meg Kelly**

# SAVE THE PRESS

# ARTICLE OF

# IMPEACHMENT

| United States Code Annotated |
| --- |
| Title 18. Crimes and Criminal Procedure (Refs & Annos) |
| Part I. Crimes (Refs & Annos) |
| Chapter 11. Bribery, Graft, and Conflicts of Interest (Refs & Annos) |

18 U.S.C.A. § 227

§ 227. Wrongfully influencing a private entity's employment decisions by a Member of Congress or an officer or employee of the legislative or executive branch

Effective: April 4, 2012

Currentness

(a) Whoever, being a covered government person, with the intent to influence, solely on the basis of partisan political affiliation, an employment decision or employment practice of any private entity--

(1) takes or withholds, or offers or threatens to take or withhold, an official act, or

(2) influences, or offers or threatens to influence, the official act of another,

shall be fined under this title or imprisoned for not more than 15 years, or both; and may be disqualified from holding any office of honor, trust, or profit under the United States.

(b) In this section, the term "covered government person" means--

(1) a Senator or Representative in, or a Delegate or Resident Commissioner to, the Congress;

(2) an employee of either House of Congress; or

(3) the President, Vice President, an employee of the United States Postal Service or the Postal Regulatory Commission, or any other executive branch employee (as such term is defined under section 2105 of title 5, United States Code).

CREDIT(S)

116 TH CONGRESS

1ST SESSION

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

_____ __, 2019

_____ submitted the following resolution; which was referred to the _____

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

## RESOLUTION

*Resolved,* That Donald J. Trump,

President of the United States, is impeached for high crimes and misdemeanors, and that the following Articles of Impeachment to be exhibited to the Senate:

Articles of Impeachment to be exhibited by the House of Representatives of the United States of America in the name of itself and all of the people of the United States of America, against Donald J. Trump, President of the United States, in maintenance and support of its impeachment against him for high crimes and misdemeanors.

## ARTICLE I

### THE PRESIDENT'S VIOLATION OF CRIMINAL LAW PURSUANT TO TITLE 18 OF THE UNITED STATES CODE, SECTION 227

In his conduct while President of the United States, Donald J. Trump (herein also referred to as "President" or "Trump"), in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, defend and obey the Constitution of the United States, as well as his constitutional

1

obligation to preserve, protect, defend and obey the laws of the land, including the Federal Criminal Statute 18 U.S.C.A. § 227.

No one is above the law. No one is below the law.

Not even the President of the United States is free to willfully violate criminal laws without Constitutional justification.

The President by his words and/or deeds violated the criminal law Title 18 of the United States Code, Section 227.

Pursuant to 18 U.S.C.A. § 227,

"(a) Whoever, being a covered government person, with the intent to influence, solely on the basis of partisan political affiliation, an employment decision or employment practice of any private entity--

(1) takes or withholds, or offers or threatens to take or withhold, an official act, or

(2) influences, or offers or threatens to influence, the official act of another,

shall be fined under this title or imprisoned for not more than 15 years, or both, and may be disqualified from holding any office of honor, trust, or profit under the United States.

(b) In this section, the term "covered government person" means--

(1) a Senator or Representative in, or a Delegate or Resident Commissioner to, the Congress;

(2) an employee of either House of Congress; or

(3) the President, Vice President, an employee of the United States Postal Service or the Postal Regulatory Commission, or any other executive branch employee (as such term is defined under section 2105 of title 5, United States Code)."

The President is specifically listed as a "covered government person" under this criminal law under 18 U.S.C.A. § 227(a), (b)(3).

The President withheld an "official act" to faithfully defend and protect the Press's Constitutional freedom of the press from government persecution, as required under this statute.

The President not only "withheld an official act" to defend, protect and

2

obey the United States Constitution by failing to defend the Press's protected first amendment freedom, he also violated the Press's freedom from government persecution by actively persecuting, ridiculing and, or encouraging the ridicule and boycott of certain news sources, and or outlets based solely on the news reporter's and/or station or paper's (herein also referred to as the "Press," above and below, collectively or individually) perceived, projected or manufactured political affiliation against Trump and/or Trump's base or alleged American political values. Citing, 18 U.S.C.A. § 227(a)(1).

The President's withholding of such official act and active violation of the same was made with "the intent to influence," solely on the basis of the perceived or projected partisan political affiliation of news reporter(s) and/or station(s) or paper(s), "an employment decision or employment practice of private" entities, news outlet(s) (also referred herein as the "news"). Citing, 18 U.S.C.A. § 227 (a).

The President also, "influence(d), or offer(ed) or threaten(ed) to influence, the official acts of," others in his staff, government agents, troops, service men and women, and congressmen and congresswomen, as well as all Americans, when he encouraged others to persecute, ridicule, demean, and/or boycott the Press for exercising their freedom of the press. Citing, 18 U.S.C.A. § 227 (a)(2).

The President's encouragement was made with "the intent to influence, solely on the basis of the perceived, or projected partisan political affiliation, against President Trump and/or his supporters and/or American values, an employment decision or employment practice of" private entities, the news outlets. Citing, 18 U.S.C.A. § 227 (a).

Trump persuading some Americans to boycott the news based on his comments, including, but not limited comments to, such as "fake news" about the Press.

Trump gained support by those who chose to remain uninformed concerning the news.

Trump offered an excuse some Americans adopted for their decision not to be concerned with the world beyond their own community.

Trump eliminated the guilt of people who chose not to inform themselves by the news.

Trump encouraged ignorance, ignoring news concerning others, and

3

indifference, an atmosphere of unconcern for people outside of our own.

With the busyness of life, it took away the guilt of many citizens for their decision to remain uninformed.

Trump offered an excuse to feel smart for not watching, reading or listening to the news.

In fact, part of American society began to say those who watched the news and read the papers were foolish or not smart.

Throughout the nation, we have seen an unusual trend of people repeating the President's comment, "fake news."

This trend caused droppings in ratings and ending of subscriptions of the Press based on the President's comments.

This "fake news" trend has helped Trump gain support by those who reject or refuse to listen, read or watch certain news.

Trump wants to win.

Trump recognizes he gains more support by attacking sources part of his base refuse to watch, read or listen to.

Trump's comments were made solely on the "basis of partisan political affiliation" attributed to the Press for exercising their Constitutional freedom of the Press.

The President also intended "to cause an employment decision or employment practice of (a) private entity" by his persecution of the Press

1. to garner more favorable news from the Press,
2. and/or to prevent/chill the news from reporting on certain disfavorable news concerning himself, his policies and information relating to evidence and facts concerning political views, (chilling the Press's freedom of the Press and freedom of speech),
3. and or to diminish the reputation of the news to force them to state information in a light more favorable towards the President.

The President desires more favorable news by the Press to help him win.

The President claims he likes winning.

Winning is not most important. Doing the right thing is more important

4

than winning.

Violating the rules of law to win is not winning. It is cheating and destroying the laws that safeguard our freedoms that make our country already great.

America is a nation of laws, including Constitutional laws that uphold the freedom of the American citizens against persecution by the government, for lawfully exercising their freedoms.

Lawlessness is the problem. Lawlessness is not the solution. The impartial and fair administration of the rule of law is the solution.

The President's speech persecuting the Press is not protected speech.

The Press is Constitutionally protected.

The Press's freedom of speech is also Constitutionally protected.

President Trump's speech persecuting, threatening and ridiculing the Press for exercising their freedom of the Press and freedom of speech (herein referred to as "speech") is not Constitutionally protected speech.

Trump's speech is lawless violating both Constitutional law and Criminal law.

President Trump disobeyed the Constitution by persecuting, instead of protecting the Press, in order to garner and/or keep political support for the President.

The President violated the criminal law 18 USCA section 227 and the Constitutional laws safeguarding the freedom of the Press, as described herein, in an attempt to "keep winning."[1]

President Trump's behavior was based solely on serving himself by attributing to the Press a partisan political affiliation against America, against Trump and/or against Trump's base.

The President's violations of the first Amendment freedom of the Press created unsafe conditions for members of the Press.

The President did not display any concern about the safety of the Press or the foreseeable violent persecution against them based on some supporters' loyalty towards the President.

---

[1] CBS News clip found at (https://www.youtube.com/watch?v=ol54UPdNdhE)( Published, Jun 20, 2018).

5

The President's persecution, ridicule, demeaning and disparaging of the Press has led some supporters of the President to foreseeably, violently persecute and attempt to kill members of the Press in the United States of America, in an apparent defense of the President.

The President's persecution has led some Americans through his mis-leadership, to persecute the Press by words and deeds, exacerbating the chilling effect, and the mass threat of persecution to members of the Press by words or deeds.

In February 2019, Journalist Andrew Resticcia's article pointed out, "(m)ore than 24 hours after news broke that a Coast Guard officer — an avowed white nationalist — was allegedly plotting to kill Democratic politicians and journalists, Trump has, at least so far, not said a word."[2]

"'It's irresponsible and dangerous,' said Alexandra Ellerbeck, the North America program coordinator at the Committee to Protect Journalists. 'When we talk to journalists, they feel less safe than they used to.'" Id.

"Scarborough and others have noted that news of the alleged plot to kill Democratic politicians and journalists broke just hours after New York Times publisher A.G. Sulzberger chastised Trump for calling the Times the "enemy of the American people" after it published an account of the president's efforts to undercut the investigations encircling him." Id.

"'The phrase 'enemy of the people' is not just false, it's dangerous. It has an ugly history of being wielded by dictators and tyrants who sought to control public information. And it is particularly reckless coming from someone whose office gives him broad powers to fight or imprison the nation's enemies,' Sulzberger wrote. 'As I have repeatedly told President Trump face to face, there are mounting signs that this incendiary rhetoric is encouraging threats and violence against journalists at home and abroad.'" Id.

"Since 2016, Acosta has become one of the press corps' most high-profile (Press) members, regularly sparring with administration officials, such as Sanders and White House senior policy adviser Stephen Miller. For Trump — who repeatedly vents his anger at the press and CNN in particular — Acosta is a convenient foil. But the reporter's bulldog

---

[2] Politico, Trump stays silent on media-hating Coast Guard office, By Andrew Resticcia, dated February, 21, 2019, https://www.politico.com/story/2019/02/21/trump-coast-guard-officer-1179749. Also see, The Hill, Trump declares New York Times 'enemy of the people', By Brett Samuels, February 20, 2019.

6

reporting style has made him a household name." [3]

The White House suspended Mr. Acosta's Press credentials. Id.

Mr. Acosta said, "'I probably receive more death threats than I can count,'...'I get them basically once a week.'" Id.

The First Amendment freedom of the Press against government persecution protects the Press from speech by the President, and those who work or serve under the cloak of government authority, from government persecution for their exercise of their first Amendment freedoms.

Government persecution, persecution by the President, mis-leads some Americans as a command to obey and persecute those the President persecutes too.

The President has more limited freedoms in exchange for his position of government authority. He may not misuse his authority by violating the Constitution to voice his opposition and active persecution to any American who thinks differently.

The President is creating a threat of physical danger to the Press.

He has failed to safeguard, uphold, and defend the Press, and their Constitutional freedom.

The President failed to speak up and defend and safeguard the Press when members were attacked and or killed.

A journalist "Khashoggi was murdered on October 2, 2018, sometime after he entered the Saudi consulate in Istanbul, Turkey. A kill squad of Saudi agents carried out the operation, cutting the journalists body into pieces with a bone saw. Saudi leaders initially denied knowing the whereabouts of Khashoggi, but after intense international backlash, finally admitted that he had been killed inside the diplomatic facility." [4]

---

[3] Washington Post, How CNN's Jim Acosta became the reporter Trump loves to hate, By Kyle Swenson, Dated November 8, 2018, https://www.washingtonpost.com/nation/2018/11/08/how-cnns-jim-acosta-became-reporter-trump-loves-hate/?noredirect=on&utm_term=.ef2ec2711731

[4] Newsweek, Trump Defends Saudi Arabia's Murder of Journalist Jamal Khashoggi by Saying Iran Kills People Too, By Jason Lemon, Dated June 23, 2019, https://www.newsweek.com/trump-defends-saudi-arabia-jamal-khashoggi-iran-kills-people-1445430

Also see, New York Times, One Killing, Two Accounts: What We Know About Jamal Khashoggi's Death, By Ben Hubbard, Oct. 20, 2018, https://www.nytimes.com/2018/10/20/world/middleeast/khashoggi-turkey-saudi-

7

"(A)fter intelligence investigations strongly suggested that Saudi Arabia's Crown Prince Mohammed Bin Salman was likely behind the murder of Khashoggi, Trump insisted the kingdom was a 'great ally." He also criticized Iran, saying the U.S. relied on the Saudis to counter the Persian Gulf nation, buy American weapons and keep oil prices low." Id.

In June 28, 2018, a gunman shot and killed five journalists at a newspaper office in Annapolis Maryland, the Capitol. [5]

The threat of violence as a means to force suppression, chill, the Press's publication of unfavorable content is real.

The President encourages such lawlessness by his words and deeds.

The President not only violated the Press's first Amendment freedom of the Press, he also violated their first Amendment freedom of speech.

The Press's first amendment freedoms of the Press and speech affords them protection from government persecution for exercising their first amendment right to speak negatively about government conduct.

Pursuant to the Supreme Court in McDonald v. Smith, 472 U.S. 479, 486–87, 105 S. Ct. 2787, 2791–92, Citing New York Times Co. v. Sullivan, 376 U.S. 254, 270, 84 S. Ct. 710, 721, 11 L. Ed. 2d 686 (1964),

> "The first amendment specifically protects speech against government acts and decisions citizens may disagree with. As with the freedoms of speech and press, exercise of the right to petition "may well include vehement, caustic, and sometimes unpleasantly sharp attacks on government and public officials," and the occasionally "erroneous statement is inevitable." New York Times Co. v. Sullivan, supra, 376 U.S., at 270–271, 84 S.Ct., at 720–721. The First Amendment requires that we extend substantial "'breathing space' " to such expression, because a rule imposing liability whenever a statement was accidentally or negligently incorrect would *487 intolerably chill "would-be critics of official conduct ... from voicing their criticism." 376 U.S., at 272, 279, 84 S.Ct., at 721, 725.1"

---

narratives.html
[5] Citing, NBC News, Capital Gazette shooting: Suspect charged after 5 killed at Maryland newspaper, By Phil Helsel, Tom Winter and Jonathan Dienst, June 28, 2018, Updated June 29, 2018
https://www.nbcnews.com/news/us-news/multiple-people-reported-shot-maryland-newspaper-office-n887526; BBC, Annapolis journalists killed in 'targeted attack' on Capital Gazette, June 29, 2018
29 June 2018, https://www.bbc.com/news/world-us-canada-44645986

When Trump accepted a position of government authority, under our
Constitution, his Constitutional rights became more limited in order to
uphold the Constitutional laws that protect the freedoms of those he serves,
the American people.

The Constitution laws limit the power of government agents in order to
safeguard the freedoms of those who reside in America from persecution
under the cloak of government authority.

Trump, as president, may not unconstitutionally chill the Press's speech and
their freedom of the Press based on perceived, projected or manufactured
political affiliation derived from the Press's exercise of their first
amendment freedoms.

The freedom of the Press gives the Press the freedom to voice their
disagreement with government actions and ideas, including the right to
criticize the President.

The United States Supreme Court held, "Criticism of (a government
official) conduct does not lose its constitutional protection merely because
it is effective criticism and hence diminishes their official reputations."
New York Times Co. v. Sullivan, 376 U.S. 254, 272–73, 84 S. Ct. 710, 722,
11 L. Ed. 2d 686 (1964).

Trump is the President of the United States.

Trump represents through his deeds and words, the government in the
executive branch.

The Government through Trump's deeds and words unconstitutionally
persecuted the Press for exercising their first amendment freedom.

Trump violated his oath to uphold the Constitution by actively disobeying
the Constitution by persecuting the Press for exercising their Constitutional
freedom of the Press.

Arguably, the President committed perjury under 18 U.S.C.A. § 1621, for
lying under oath to uphold the Constitution and laws by actively knowingly
violating the same, and/or refusing to read them in order that he may uphold
the same.

Trump intended to cause the threat of economic harm and/or social harm
and/or physical harm to the Press and against members of the Press who
participated in the exercise of their freedom of the speech and the Press.

Trump has called for the boycott of the Press for exercising their

9

freedom.

On June 3, 2019, "President Donald Trump, in a tweet Monday morning, encouraged customers of AT&T to boycott the company to force it to make editorial changes at the CNN news network, which it owns." [6]

"The president wrote as he was preparing to meet Queen Elizabeth II at the start of a three-day state visit to the UK." Id.

"He said the only US news network he could find to watch after landing was CNN, which he found too negative in its coverage of the US." Id.

On June 3, 2019, the President tweeted, ""Just arrived in the United Kingdom, ""The only problem is that @CNN is the primary source of news available from the U.S. After watching it for a short while, I turned it off. All negative & so much Fake News, very bad for U.S. Big ratings drop. Why doesn't owner @ATT do something?" Id.

The President tweeted "I believe that if people sto(p)ed using or subscribing to @ATT, they would be forced to make big changes at @CNN, which is dying in the ratings anyway. It is so unfair with such bad, Fake News! Why wouldn't they act. When the World watches @CNN, it gets a false picture of USA. Sad!" Id.

On July 7, 2019 the President Tweeted, "Watching @FoxNews weekend anchors is worse than watching low ratings Fake News @CNN, or Lyin' Brian Williams (remember when he totally fabricated a War Story trying to make himself into a hero, & got fired. A very dishonest journalist!) and the crew of degenerate......" [7]

On July 7, 2019 Trump said Fox "network 'forgot the people who got them there.' He griped Fox News was 'loading up with Democrats' and complained it was citing The New York Times as 'a 'source' of information,' an apparent reference to the newspaper's Sunday article about disease, hunger and overcrowding at a Texas center holding migrant children." Id.

On July 11, 2019, in an article by the Fox news network, LLC, called Trump rails against 'Fake News' in bizarre tirade, warns industry will fold

---

[6] Citing, Business Insider, Trump tells people to boycott CNN parent AT&T to force more positive coverage of his administration, By Tim Porter, June 3, 2019. https://www.businessinsider.com/trump-encourages-att-boycott-over-cnn-coverage-2019-6?fbclid=IwAR2aerXjC1P2P9UOXBBfJZx1yI4-c7Vju2_A3OJB2XAYbxuRXscJlExyMPo

[7] Newsweek, TRUMP DEFENDS SAUDI ARABIA'S MURDER OF JOURNALIST JAMAL KHASHOGGI BY SAYING IRAN KILLS PEOPLE TOO, By James Lemon, dated June 23, 2019, https://www.newsweek.com/trump-defends-saudi-arabia-jamal-khashoggi-iran-kills-people-1445430

10

when he leaves office, by Brooke Sigmund states: "President Trump teed
off on the news media in a bizarre Twitter rant Thursday morning ahead of
a big social media summit at the White House slated for later in the day. [8]

"The string of tweets attacked the news media and claimed the industry
would go out of business when he leaves office, even suggesting outlets
would be forced to endorse him this cycle for the sake of their own
survival." Id.

"He went on to alternately praise himself, lob insults at familiar targets in
the 2020 Democratic field and even joke about serving more than two
terms." Id.

On January 11, 2017, in a news's conference, President persecuted the
Press, diminishing the confidence in their news by stating "this political
witch hunt by some in the media is based on some of the most flimsy
reporting and is frankly shameful and disgraceful." [9]

On February 17, 2018, Trump tweeted "Funny how the Fake News Media
doesn't want to say that the Russian group was formed in 2014, long before
my run for President. Maybe they knew I was going to run even though I
didn't know!" [10]

"Trump entered the election on June 16, 2015, after the Russian
organization was formed — a fact that, contrary to Trump's Twitter
musings, was reported by many news organizations." Id.

The President asserted facts that were not true. Id.

Yet, since he encourages Americans not to watch the news by calling it fake
news, many believed Trump's false, misleading and deceiving allegations
as truth. Id.

---

[8] Citing, Fox news network, LLC, Trump rails against 'Fake News' in bizarre tirade,
warns industry will fold when he leaves office, By Brooke Sigmund, July 11, 2019.
August 10, 2018, https://www.foxnews.com/politics/trump-rails-against-fake-news-
in-bizarre-tirade-warns-industry-will-fold-when-he-leaves-
office?fbclid=IwAR3um59LQ4S2GxajidPEPoSUdiI099OYEhjGVsUu3T1jdb7lq4rt
ysQj7oY

[9] New York Times, Donald Trump's News Conference: Full Transcript and Video,
January 11, 2017, https://www.nytimes.com/2017/01/11/us/politics/trump-press-
conference-transcript.html

[10] Citing, USA Today, Trump scolds 'Fake News Media' over reporting of Russian
meddling in 2016 election, By Michael Collins, February 17, 2018.

https://www.usatoday.com/story/news/politics/onpolitics/2018/02/17/trump-
scolds-fake-news-media-over-reporting-russian-meddling-2016-
election/348356002/

On April 1, 2017, April Fool's Day "Mr. Trump fired off two tweets Saturday, first asking when Todd, (a specific newsman) and NBC will stop covering any Russian government ties to the White House, then vilifying NBC as the same network that perpetuated the theory he had "no path to victory" before the election. Mr. Trump dubbed NBC's coverage a 'total scam.' Todd discussed Russia Friday on NBC's 'Nightly News.'" [11]

The President tweeted, "It is the same Fake News Media that said there is "no path to victory for Trump" that is now pushing the phony Russia story. A total scam!" Id.

Trump compromised the Press's integrity by claiming the Press would reward the fruits of unlawful during a news conference in July 2016 when he stated. [12]

"Russia, if you're listening, I hope you're able to find the 30,000 emails that are missing," with regards to Mrs. Clinton's deleted emails. "I think you will probably be rewarded mightily by our press." Id.

On May 4, 2017, Trump tweeted "The Fake News media is officially out of control. They will do or say anything in order to get attention - never been a time like this!" "[13]

On January 11, 2017 Trump tweeted, "I win an election easily, a great "movement" is verified, and crooked opponents try to belittle our victory with FAKE NEWS. A sorry state!" Id.

---

[11] Citing, CBS News, Trump calls "Fake Trump/Russia story" a "total scam" as investigations ramp up, By Kathryn Watson, Dated April 1, 2017,

https://www.cbsnews.com/news/trump-calls-fake-trump-russia-story-a-total-scam-as-investigations-ramp-up/

[12] Citing, New York Times, Donald Trump Calls on Russia to Find Hillary Clinton's Missing Emails, July 27, 2016

https://www.nytimes.com/2016/07/28/us/politics/donald-trump-russia-clinton-emails.html

[13] Citing, Axios, Everything Trump has called "FAKE NEWS", By Haley Britzky, Jul 9, 2017, https://www.axios.com/everything-trump-has-called-fake-news-1513303959-6603329e-46b5-44ea-b6be-70d0b3bdb0ca.html, Citing, President Donald Trump's twitter account (This article contains direct links to President Trump's twitter account.)

"FAKE NEWS media, which makes up stories and "sources," is far more effective than the discredited Democrats - but they are fading fast!"

12

On Jan 11, 2017 Trump tweeted, "We had a great News Conference at Trump Tower today. A couple of FAKE NEWS organizations were there but the people truly get what's going on" Id.

On January 13, 2017, Trump tweeted, "Totally made up facts by sleazebag political operatives, both Democrats and Republicans - FAKE NEWS! Russia says nothing exists. Probably..." Id.

On February 16, 2017, Trump tweeted, " FAKE NEWS media, which makes up stories and "sources," is far more effective than the discredited Democrats - but they are fading fast!" Id.

On February 24, 2017 Trump tweeted, " FAKE NEWS media knowingly doesn't tell the truth. A great danger to our country. The failing @nytimes has become a joke. Likewise @CNN. Sad!" Id.

On June 6, 2017 Trump tweeted, "Sorry folks, but if I would have relied on the Fake News of CNN, NBC, ABC, CBS, washpost or nytimes, I would have had ZERO chance winning WH" Id.

January 12, 2017, Trump tweeted, ".@CNN is in a total meltdown with their FAKE NEWS because their ratings are tanking since election and their credibility will soon be gone!" Id.

On June 27, 2017, Trump tweeted, "Fake News CNN is looking at big management changes now that they got caught falsely pushing their phony Russian stories. Ratings way down!" Id.

On June 28, 2017, Trump tweeted, "The failing @nytimes writes false story after false story about me. They don't even call to verify the facts of a story. A Fake News Joke!" Id.

On June 28, 2017, Trump tweeted, "The #AmazonWashingtonPost, sometimes referred to as the guardian of Amazon not paying internet taxes (which they should) is FAKE NEWS!" Id.

On June 30, 2017, Trump tweeted, "Watched low rated @Morning_Joe for first time in long time. FAKE NEWS. He called me to stop a National Enquirer article. I said no! Bad show." Id.

In all of this the President underminded the integrity of the Press as an integral part of a free society.

The Freedom of the Press and the Freedom of speech makes America more free. The dissemination of information allows people to see different views, ideas and perspectives instead of the narrow view of the few with money, power and connections who, if allowed, would buy our eyes and ears to

13

profit off of our ignorance.

The freedom of the Press, and speech must be safeguarded from persecution at the behest of those with power.

The common man is made equal under the law by the laws safeguarding the freedom of the Press and speech. That is quite beautiful. The powerful must give up power. The lowly have laws that lift them higher by granting them more power than those in positions of authority. The common man is somehow more equal with the powerful by the Constitutional laws safeguarding the freedom of the Press and speech.

That humility and respect for the dignity of other people regardless of their station in life mandated by our Constitution is worth fighting against those few with evil, self serving, greedy, gluttonous interests. Those loveless creatures who seek to enslave and to be served as opposed to serve are rooted out by the Constitutional laws that make this country already great.

Trump made America less great by chilling the exercise of freedoms of those he serves Americans, including the members of the Press.

The President's words chilled the freedom of the Press and/or speech, and possibly other Americans' freedoms under the threat of economic persecution.

The lower Federal Courts recognize economic persecution as a form of government persecution. [14]

In all of this, Donald J. Trump has violated the First Amendment freedom of the Press against government persecution by willfully and knowingly persecuting those who exercised their freedom, Donald J.Trump.

In all of this, the President knowingly and willfully spoke and acted in a manner that violated the criminal law Title 18 of the United States Annotated Section 227.

In so doing he has undermined the integrity of his office, by violating federal criminal law and the freedoms under the Constitution, and brought disrepute on the Presidency, and betrayed his trust as President in a manner subversive of constitutional government, to the great prejudice of the cause of law and justice and to the manifest injury of the people of the United States.

---

[14] The cases are limited to immigration cases, but the criminal statute Title 18 of the United States Code Annotated Section 227 extends government persecution by the President of the United States to economic persecution too. I applaud this branch of government for choosing to create a check on themselves and another branch of government.

14

Wherefore Donald J. Trump, by such conduct, warrants impeachment and trial, and removal from office.

# SAVE DUE PROCESS
# AND PREVENT KIDNAPPING BABIES AT THE BORDER
# ARTICLE OF IMPEACHMENT

116 TH CONGRESS

1ST SESSION

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

_____, 2019

_____ submitted the following resolution; which was referred to the _____

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

## RESOLUTION

*Resolved,* That Donald J. Trump,

President of the United States, is impeached for high crimes and misdemeanors, and that the following Articles of Impeachment to be exhibited to the Senate:

Articles of Impeachment to be exhibited by the House of Representatives of the United States of America in the name of itself and all of the people of the United States of America, against Donald J. Trump, President of the United States, in maintenance and support of its impeachment against him for high crimes and misdemeanors.

### ARTICLE I

THE PRESIDENT'S VIOLATION OF OATH OF OFFICE, PERJURY BY FAILING TO UPHOLD THE CONSTITUTION, AND LAWS OF THE LAND, INCLUDING THE 5TH AMENDMENT DUE PROCESS CLAUSE

In his conduct while President of the United States, Donald J. Trump (herein also referred to as "President" or "Trump"), in violation of his constitutional oath to faithfully execute the office of President of the

1

United States and, to the best of his ability, preserve, protect, defend and obey the Constitution of the United States, as well as his constitutional obligation to preserve, protect, defend and obey the laws of the land:

The President swore an oath to uphold the Constitutional laws.

The President has a duty to review, inform himself of such Constitutional laws, in order to uphold the Constitution,

The President's ignorance is not innocence.

Ignoring the Constitutional laws is not a defense in the President's violation of his oath of office to uphold the same.

No one is above the law. No one is below the law.

Not even the President of the United States is free to ~~willfully~~ violate the Constitution.

The President committed perjury by violating his oath to uphold the Constitution and Laws of the land by encouraging violation of the same under his policies at the border.

18 U.S.C.A. § 1621 provides:

"Whoever—

(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true; is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States."

The President, through his policies at the Border, has encouraged the punishment of people in this country in violation of the 5th

2

Amendment due process of law, in total disregard of his oath to uphold the Constition, including the 5th Amendment.

The US Supreme Court held:"Fifth Amendment entitles aliens to due process of law in deportation proceedings, and detention during such proceedings is constitutionally valid aspect of deportation process." U.S.C.A. Const.Amend. 5th Demore v. Kim, 538 U.S. 510, 123 S. Ct. 1708, 155 L. Ed. 2d 724 (2003).[1]

While detention is permitted at detention centers, the conditions at detention centers are so heinous must be considered punishment, not mere detention, without a hearing or trial, in deprivation of the detainees' substantive due process "right to bodily integrity," Citing, Albright v. Oliver, 510 U.S. 266, 114 S. Ct. 807, 127 L. Ed.

"Since pretrial detainees ... are similarly restricted in their ability to fend for themselves, (the Government) owes a duty to both groups that effectively confers upon them a set of constitutional rights that fall under court's rubric of "basic human needs." Hare v. City of Corinth, Miss., 74 F.3d 633 (5th Cir. 1996).

The absence of tooth paste, soap, beds, food, water and other basic needs for detainees at detention centers is unconscionable.

"Detainees described overcrowding so severe that 'it was difficult to move in any direction without jostling and being jostled.' The water provided them was foul, 'of a dark color, and an ordinary glass would collect a thick sediment.' The 'authorities never removed any filth.' A detainee wrote that the 'only shelter from the sun and rain and night dews, was what we could make by stretching over us our coats or scraps of blanket.' As for the food, 'Our ration was in quality a starving one, it being either too foul to be touched or too raw to be digested.'"[2]

"(C)hildren at a facility in Clint, Texas, were sleeping on concrete floors and being denied soap and toothpaste. (Observers) described children as young as 7 and 8, many of them wearing clothes caked with snot and tears ... 'caring for infants they've just met.' A visiting

---

[1] 1. Reno v. Flores, 507 U.S. 292, 113 S. Ct. 1439, 123 L. Ed. 1 (1993) ("Fifth Amendment entitles aliens to due process of law in deportation proceedings. U.S.C.A. Const.Amend. 5.")

[2] A Crime by Any Name, The Trump administration's commitment to deterring immigration through cruelty has made horrifying conditions in detention facilities inevitable, By Adam Serwer, July 3, 2019, https://www.theatlantic.com/ideas/archive/2019/07/border-facilities/593239/.

doctor called the detention centers 'torture facilities.' At least seven children have died in U.S. custody in the past year, compared with none in the 10 years prior. More than 11,000* children are now being held by the U.S. government on any given day. As if these conditions were insufficiently punitive, the administration has canceled recreational activities..." Id.

"At a processing center in El Paso, Texas, 900 migrants were 'being held at a facility designed for 125. In some cases, cells designed for 35 people were holding 155 people,' Id.

"The New York Times reported. One observer described the facility to Texas Monthly as a 'human dog pound.'" Id.

"The government's own investigators have found detainees in facilities run by Immigration and Customs Enforcement being fed expired food at detention facilities, 'nooses in detainee cells,'" "'inadequate medical care,' and 'unsafe and unhealthy conditions.'Id.

"An early-July inspector-general report found "dangerous overcrowding" in some Border Patrol facilities and included pictures of people crowded together like human cargo." Id.

"Some of the people detained by the U.S. government have entered the United States illegally or overstayed their visas; some are simply seeking to exercise their legal right to asylum." Id.

"Chilling first-hand reports of migrant detention centers highlight smell of 'urine, feces,' overcrowded conditions." [3]

"'Children at three of the five Border Patrol facilities we visited had

no access to showers ... [and] limited access to a change of clothes.'" Id.

In all of this, Donald J. Trump has undermined the integrity of his office, by violating federal criminal law and the freedoms under the Constitution, and brought disrepute on the Presidency, and betrayed his trust as President in a manner subversive of constitutional government, to the great prejudice of the cause of law and justice and

---

[3] Government officials and pediatricians who have toured border facilities give first-hand accounts of conditions. USA TODAY compiled their words. By, James Sergent, Elinor Aspegren, Elizabeth Lawrence and Olivia Sanchez, USA TODAY, Updated 10:32 a.m. EDT July 17, 2019
https://www.usatoday.com/indepth/news/politics/elections/2019/07/16/migrant-detention-centers-described-2019-us-government-accounts/1694638001/

4

to the manifest injury of the people of the United States.

## ARTICLE II CRIME OF KIDNAPPING

The allegations contained in paragraphs above and are repeated and realleged as though fully set forth herein.

The President encouraged, aided and abetted and, or conspired with the kidnapping of individuals under implementation of his border policies.

18 U.S.C.A. § 1201, the federal kindapping statute provides:

" (a) Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when—

(1) the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;

(2) any such act against the person is done within the special maritime and territorial jurisdiction of the United States;

(3) any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section 46501 of title 49;

(4) the person is a foreign official, an internationally protected person, or an official guest as those terms are defined in section 1116(b) of this title; or

(5) the person is among those officers and employees described in section 1114 of this title and any such act against the person is done while the person is engaged in, or on account of, the performance of official duties,

shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment.

(b) With respect to subsection (a)(1), above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce. Notwithstanding the

5

LONG LAW

preceding sentence, the fact that the presumption under this section has not yet taken effect does not preclude a Federal investigation of a possible violation of this section before the 24-hour period has ended.

(c) If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.

(d) Whoever attempts to violate subsection (a) shall be punished by imprisonment for not more than twenty years.

(e) If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States may exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the places within the provisions of sections 5 and 7 of this title and section 46501(2) of title 49. For purposes of this subsection, the term "national of the United States" has the meaning prescribed in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)).

(f) In the course of enforcement of subsection (a)(4) and any other sections prohibiting a conspiracy or attempt to violate subsection (a)(4), the Attorney General may request assistance from any Federal, State, or local agency, including the Army, Navy, and Air Force, any statute, rule, or regulation to the contrary notwithstanding.

(g) Special Rule for Certain Offenses Involving Children.--

(1) To whom applicable.--If--

(A) the victim of an offense under this section has not attained the age of eighteen years; and

(B) the offender--

(i) has attained such age; and

(ii) is not--

(I) a parent;

(II) a grandparent;

6

(III) a brother;

(IV) a sister;

(V) an aunt;

(VI) an uncle; or

(VII) an individual having legal custody of the victim;

the sentence under this section for such offense shall include imprisonment for not less than 20 years.

(h) As used in this section, the term "parent" does not include a person whose parental rights with respect to the victim of an offense under this section have been terminated by a final court order."

The President encouraged Americans and aliens to be recklessly placed in detention centers without probable cause or legal justification, in utter disregard to the rule of law.

Sorting them out later is unlawful imprisonment in violation of 18 U.S.C.A. § 1201. Due Process requires legal justification, probable cause, before detention.

In all of this, Donald J. Trump has undermined the integrity of his office, by violating federal criminal law and the freedoms under the Constitution, and brought disrepute on the Presidency, and betrayed his trust as President in a manner subversive of constitutional government, to the great prejudice of the cause of law and justice and to the manifest injury of the people of the United States.

Wherefore Donald J. Trump, by such conduct, warrants impeachment and trial, and removal from office.

Porn Star impeachment

I copied and pasted from the NY AG's complaint

You must include the 2 checks

# STORMY DANIELS AND THE MISPAID DOLLARS

# ARTICLE OF IMPEACHMENT

116 TH CONGRESS

1ST SESSION

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

_____ __, 2019

_____submitted the following resolution; which was referred to the _____

Impeaching Donald J. Trump, President of the United States, of high crimes and misdemeanors.

## RESOLUTION

*Resolved,* That Donald J. Trump,

President of the United States, is impeached for high crimes and misdemeanors, and that the following Articles of Impeachment to be exhibited to the Senate:

Articles of Impeachment to be exhibited by the House of Representatives of the United States of America in the name of itself and all of the people of the United States of America, against Donald J. Trump, President of the United States, in maintenance and support of its impeachment against him for high crimes and misdemeanors.

### ARTICLE I

### THE PRESIDENT'S VIOLATION OF CAMPAIGN FINANCE LAW

In his conduct while President of the United States, Donald J. Trump (herein also referred to as "President" or "Trump"), in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, defend and obey the Constitution of the United States, as well as his constitutional obligation to preserve, protect, defend and obey the laws of the land,

1

including the Criminal Statutes under the Internal Revenue Code.

## Back Ground

### A Campaign Finance Violations

The Federal Election Campaign Act of 1971, as amended, Title 52, United States Code, Section 30101, et *seq.*, (the "Election Act"), regulates the influence of money on politics. At all times relevant to the Information, the Election Act set forth the following limitations, prohibitions, and reporting requirements, which were applicable to President Donald J. Trump, and his campaign:

(a) Individual contributions to any presidential candidate, including expenditures coordinated with a candidate or his political committee, were limited to $2,700 per election, and presidential candidates and their committees were prohibited from accepting contributions from individuals in excess of this limit.

( b)Corporations were prohibited from making contributions directly to presidential candidates, including expenditures coordinated with candidates or their committees, and candidates were prohibited from accepting corporate contributions.

On or about June 16, 2015, President Donald J. Trump (hereinafter also "Trump") began his presidential campaign.

While MICHAEL COHEN, continued to work at the Company and did not have a formal title with the campaign, he had a campaign email address and, at various times, advised the campaign, including on matters of interest to the press, and made televised and media appearances on behalf of the campaign.

At all times relevant to this Information, Corporation-1 was a media company that owns, among other things, a popular tabloid magazine ("Magazine-1").

In or about August 2015, the Chairman and Chief Executive of Corporation-1 ("Chairman-1"), in coordination with Michael Cohen ("Cohen"), and one or more members of the campaign, offered to help deal with negative stories about Donald J. Trump's relationships with women by, among other things, assisting the campaign in identifying such stories so they could be purchased and their publication avoided. Chairman-1 agreed to keep Cohen apprised of any such negative stories.

Consistent with the agreement described above, Corporation-1 advised MICHAEL COHEN, the defendant, of negative stories during the course of

2

the campaign, and COHEN, with the assistance of Corporation-1, was able to arrange for the purchase of two stories so as to suppress them and prevent them from influencing the election.

*First,* in or about June 2016, a model actress and Playboy Playmate Karen McDougal (McDougal) began attempting to sell her story of her alleged extramarital affair with Donald J. Trump that had taken place in 2006 and 2007, knowing the story would be of considerable value because of the election. Woman-1 retained an attorney ("Attorney-1"), who in turn contacted the editor-in-chief of Magazine-1 ("Editor-1"), and offered to sell McDougal's story to Magazine-1. Chairman-1 and Editor-1 informed Cohen, the defendant, of the story. At COHEN's urging and subject to Cohen's promise that Corporation-1 would be reimbursed, Editor-1 ultimately began negotiating for the purchase of the story.

On or about August 5, 2016, Corporation-1 entered into an agreement with McDougal) to acquire her "limited life rights" to the story of her relationship with "any then-married man," in exchange for $150,000 and a commitment to feature her on two magazine covers and publish over one hundred magazine articles authored by her. Despite the cover and article features to the agreement, its principal purpose, as understood by those involved, including Cohen, and Trump, was to suppress McDougal's story so as to prevent it from influencing the election.

Between in or about late August 2016 and September 2016, MICHAEL COHEN, the defendant, agreed with Chairman-1 to assign the rights to the non-disclosure portion of Corporation-1's agreement with McDougal to COHEN for $125,000. COHEN incorporated a shell entity called "Resolution Consultants LLC" for use in the transaction. Both Chairman-1 and COHEN ultimately signed the agreement, and a consultant for Corporation-1, using his own shell entity, provided COHEN with an invoice for the payment of $125,000. However, in or about early October 2016, after the assignment agreement was signed but before COHEN had paid the $125,000, Chairman-1 contacted COHEN and told him, in substance, that the deal was off and that COHEN should tear up the assignment agreement. COHEN did not tear up the agreement, which was later found during a judicially authorized search of his office.

*Second,* on or about October 8, 2016, an agent for an adult film actress Stephanie Clifford, also known as Stormy Daniels ("Clifford") informed Editor-1 that Clifford was willing to make public statements and confirm on the record her alleged past affair with Trump. Chairman-1 and Editor-1 then contacted Cohen, the defendant, and put him in touch with Attorney-1, who was also representing Clifford. Over the course of the next few days, Cohen negotiated a $130,000 agreement with Attorney-1 to himself purchase Cohen's silence, and received a signed confidential settlement agreement and a separate side letter agreement from Attorney-1.

3

MICHAEL COHEN, the defendant, did not immediately execute the agreement, nor did he pay Clifford. On the evening of October 25, 2016, with no deal with Clifford finalized, Attorney-1 told Editor-1 that Clifford was close to completing a deal with another outlet to make her story public. Editor-1, in turn, texted

COHEN, the defendant, that "[w]e have to coordinate something on the matter [Attorney-1 is] calling you about or it could look awfully bad for everyone." Chairman-1 and Editor-1 then called COHEN through an encrypted telephone application. COHEN agreed to make the payment, and then called Attorney-1 to finalize the deal.

The next day, on October 26, 2016, MICHAEL COHEN emailed an incorporating service to obtain the corporate formation documents for another shell corporation, Essential Consultants LLC, which COHEN had incorporated a few days prior. Later that afternoon, COHEN drew down $131,000 from a fraudulently obtained HELOC, and requested that it be deposited into a bank account COHEN had just opened in the name of Essential Consultants. The next morning, on October 27, 2016, COHEN went to Bank-3 and wired approximately $130,000 from Essential Consultants to Attorney-1. On the bank form to complete the wire, COHEN falsely indicated that the "purpose of wire being sent" was "retainer." On or about November 1, 2016, COHEN received from Attorney-.1 copies of the final, signed confidential settlement agreement and side letter agreement.

Trump through his agent Cohen, caused and made the payments described herein in order to influence the 2016 presidential election. In so doing, he coordinated with one or more members of the campaign, including through meetings and phone calls, about the fact, nature, and timing of the payments. *at the request of Trump*

As a result of the payments solicited and made by Cohen, the ~~defendant~~, neither McDougal nor Clifford spoke to the press prior to the election.

In or about January 2017, Cohen, the defendant, in seeking reimbursement for election-related expenses, presented executives of the Company with a copy of a bank statement from the Essential Consultants bank account, which reflected the $130,000 payment Cohen had made to the bank account of Attorney-1 in order to keep Woman-2 silent in advance of the election, plus a $35 wire fee, adding, in handwriting, an additional "$50,000." The $50,000 represented a claimed payment for "tech services," which in fact related to work Cohen had solicited from a technology company during and in connection with the campaign. Cohen added these amounts to a sum of $180,035. After receiving this document, executives of the Company "grossed up" for tax purposes Cohen's requested reimbursement of $180,000 to $360,000, and then added a bonus of $60,000 so that Cohen would be paid $420,000 in total. Executives of the Company also

4

determined that the $420,000 would be paid to Cohen in monthly amounts of $35,000 over the course of twelve months, and that Cohen should send invoices for these payments.

On or about February 14, 2017, Cohen, the defendant, sent an executive of the Company ("Executive-1") the first of his monthly invoices, requesting "[p]ursuant to [a]retainer agreement,. payment for services rendered for the months of January and February, 2017." The invoice listed $35,000 for each of those two months. Executive-1 forwarded the invoice to another executive of the Company ("Executive-2") the same day by email, and it was approved. Executive-1 forwarded that email to another employee at the Company, stating: "Please pay from the Trust. Post to legal expenses. Put 'retainer for the months of January and February 2017' in the description."

Throughout 2017, Cohen, sent to one or more representatives of the Company monthly invoices, which stated, "Pursuant to the retainer agreement, kindly remit payment for services rendered for" the relevant month in 2017, and sought $35,000 per month.

The Company accounted for these payments as legal expenses. In truth and in fact, there was no such retainer agreement, and the monthly invoices COHEN submitted were not in connection with any legal services he had provided in 2017.  During 2017, pursuant to the invoices described above, Cohen, the defendant, received monthly $35,000 reimbursement checks, totaling $420,000. *At all times Cohen acted on behalf of, at the request of or under the instruction of President Trump.* In so doing Trump violated campaign finance law.

**B (Causing an Unlawful Corporate Contribution)**

The allegations contained in paragraphs above and below are repeated and realleged as though fully set forth herein.

From in or about June 2016, up to and including in or about October 2016, in the Southern District of New York and elsewhere, Trump through his agent, Cohen, the defendant, knowingly and willfully caused a corporation to make a contribution and expenditure, aggregating $25,000 and more during the 2016 calendar year, to the campaign of a candidate for President of the United States, to wit, Cohen caused Corporation-1 to make and advance a $150,000 payment to Playboy Playmate Karen McDougal, including through the promise of reimbursement, so as to ensure that Playboy Playmate Karen McDougal did not publicize damaging allegations before the 2016 presidential election and thereby influence that election.

**(Excessive Campaign Contribution)**

The allegations contained in paragraphs above and are repeated and realleged as though fully set forth herein.

On or about October 27, 2016, in the Southern District of New York and elsewhere, Cohen, knowingly and willfully made and caused to be made a contribution to Trump, a candidate for Federal office, and his authorized political committee in excess of the limits of the Election Act, which aggregated $25,000 and more in calendar year 2016, and did so by making and causing to be made an expenditure, in cooperation, consultation, and concert with, and at the request and suggestion of one or more members of the campaign, to wit, Cohen made a $130,000 payment to porn star Stormy Daniels, whose real name is Stephanie Clifford to ensure that she did not publicize damaging allegations before the 2016 presidential election and thereby influence that election.

Upon information and belief Pres. Trump directed Cohen to commit a crime by paying two women for the principal purpose of influencing an election.

Cohen's lawyer Lanny Davis told the press, Donald Trump directed Cohen to commit a crime by paying payments to two women for the principal purpose of influencing an election.

Cohen also testified under oath at Capital Hill that Donald Trump directed Cohen to commiy a crime by paying payments to two women for the purpose of influencing an election.

During his testimony on Capital hill in February 2019, President Trump's attorney Michael Cohen submitted copies of checks that Trump, his son Donald Trump Jr. and the COO of the Trump Organization made to him — evidence intended to support Cohen's claim that the president engaged in possible criminal conduct while in office

Cohen provided a copy of a check that he says was personally signed by Trump in 2017 to reimburse him for paying off Stormy Daniels, an adult-film actress who had alleged having an affair with Trump.

Cohen testified, "I am providing a copy of a $35,000 check that President Trump personally signed from his personal bank account on Aug. 1 of 2017 — when he was President of the United States — pursuant to the cover-up, which was the basis of my guilty plea, to reimburse me — the word used by Mr. Trump's TV lawyer — for the illegal hush money I paid on his behalf. This $35,000 check was one of 11 check installments that was paid throughout the year, while he was President," according to Cohen at a House Committee on Oversight and Reform hearing.

Cohen advised, "The President of the United States thus wrote a personal check for the payment of hush money as part of a criminal scheme to violate campaign finance laws. You can find the details of that scheme,

6

directed by Mr. Trump, in the pleadings in the U.S. District Court for the Southern District of New York."

Cohen also provided a second check ("Trust check") to Congress on Capitol Hill, from the Donald J. Trump- Revocable Trust Account to Cohen in the amount of $35,000 check, dated March 17, 2017.

The Trust Check was signed by Donald Trump Jr. and Trump organization chief operating officer Allen Weisselberg — "to reimburse me for the hush money payments," Cohen told the committee.

In all of this, Donald J. Trump has violated campaign finance law.

## Criminal Violations under the Internal Revenue Code

The allegations contained in paragraphs above and are repeated and realleged as though fully set forth herein.

In his conduct while President of the United States, Donald J. Trump (herein also referred to as "President" or "Trump"), in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, defend and obey the Constitution of the United States, as well as his constitutional obligation to preserve, protect, defend and obey the laws of the land, including the Criminal Laws under the Internal Revenue Code.

Upon information and belief, Trump failed to report the payments made to Cohen, referred to above, to the Federal Election Commission.

Upon information and belief Trump directed payment to Cohen from an improper account in an attempt to influence an election.

It is not a lawful permitted purpose of any trust to make an unlawful payment out of a trust account, including the Donald J. Trump - Revocable Account.

Cohen accepted a payment in the amount of $35,000.00 from the Donald J. Trump - Revocable Account.

It is not a lawful, permitted, purpose to make an unlawful payment out of Trump's personal account.

Cohen accepted an unlawful payment from Trump's personal account in the amount of $35,000.00.

7

Upon information and belief Trump directed his agents to make unlawful payments to McDougal and Clifford in an attempt to influence an election.

Upon information and belief the payments to McDougal, Clifford and Cohen were not paid out of the campaign account required by the Federal Election Commission.

As aforementioned the payments to McDougal and Clifford exceeded lawful campaign limits.

The payments were not accurately reported with the Federal Elections Commission.

Since improper payments were made out of improper accounts, in unlawful amounts, Trump misstated information on tax forms relating to his campaign and possibly other entities.

The tax forms are signed under oath.

In doing so, upon information and belief, Trump violated the following criminal provisions of the internal revenue code.

### A.

Pursuant to 26 U.S.C.A. § 7206.  relating to fraud and false statements, "Any person who--

**(1) Declaration under penalties of perjury.**--Willfully makes and subscribes any return, statement, or other document, which contains or is verified by a written declaration that it is made under the penalties of perjury, and which he does not believe to be true and correct as to every material matter; or

**(2) Aid or assistance.**--Willfully aids or assists in, or procures, counsels, or advises the preparation or presentation under, or in connection with any matter arising under, the internal revenue laws, of a return, affidavit, claim, or other document, which is fraudulent or is false as to any material matter, whether or not such falsity or fraud is with the knowledge or consent of the person authorized or required to present such return, affidavit, claim, or document; or

3) **Fraudulent bonds, permits, and entries.**--Simulates or falsely or fraudulently executes or signs any bond, permit, entry, or other document required by the provisions of the internal revenue laws, or by any regulation made in pursuance thereof, or procures the same to be falsely or fraudulently executed, or advises, aids in, or connives at such execution thereof; or

8

**(4) Removal or concealment with intent to defraud.**--Removes, deposits, or conceals, or is concerned in removing, depositing, or concealing, any goods or commodities for or in respect whereof any tax is or shall be imposed, or any property upon which levy is authorized by section 6331, with intent to evade or defeat the assessment or collection of any tax imposed by this title; or

**(5) Compromises and closing agreements.**--In connection with any compromise under section 7122, or offer of such compromise, or in connection with any closing agreement under section 7121, or offer to enter into any such agreement, willfully--

**(A) Concealment of property.**--Conceals from any officer or employee of the United States any property belonging to the estate of a taxpayer or other person liable in respect of the tax, or

**(B) Withholding, falsifying, and destroying records.**--Receives, withholds, destroys, mutilates, or falsifies any book, document, or record, or makes any false statement, relating to the estate or financial condition of the taxpayer or other person liable in respect of the tax; shall be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 3 years, or both, together with the costs of prosecution."

B

Pursuant to 26 U.S.C.A. § 7202.   § 7202. Willful failure to collect or pay over tax

"Any person required under this title to collect, **account for,** and pay over any tax imposed by this title who willfully fails to collect or **truthfully account for** and pay over such tax shall, in addition to other penalties provided by law, be guilty of a felony and, upon conviction thereof, shall be fined not more than $10,000, or imprisoned not more than 5 years, or both, together with the costs of prosecution." (emphasis intended).

Trump did not account for payments out of the campaign account for payments made to influence the election because he allowed, permitted or directed payments to be made out of different accounts.

The intent was in part to conceal the fact the payments exceeded campaign limits permitted since Trump did not want to get into trouble.

Upon information and belief, Trump has access to a former Circuit Court Judge, his sister and other attorneys.

Upon information and belief, Trump knew, or should have known, his conduct was improper, unlawful and or wrong.

9

## C.

Pursuant to 26 U.S.C.A § 7201. Attempt to evade or defeat tax

Any person who willfully attempts in any manner to **evade** or defeat any tax imposed by this title or the payment thereof shall, in addition to other penalties provided by law, be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 5 years, or both, together with the costs of prosecution. (emphasis intended).

Trump willfully sought to evade reporting improper payments with the Federal Election Commission.

Trump willfully permitted payments out of an improper account with the intent, in part, to influence an election.

## D.

Pursuant to 26 U.S.C.A § 7207.Fraudulent returns, statements, or other documents

"Any person who willfully delivers or discloses to the Secretary any list, return, account, statement, or other document, known by him to be **fraudulent** or to be **false** as to any material matter, shall be fined not more than $10,000 ($50,000 in the case of a corporation), or imprisoned not more than 1 year, or both. Any person required pursuant to section 6047(b), section 6104(d), or subsection (i) or (j) of section 527 to furnish any information to the Secretary or any other person who willfully furnishes to the Secretary or such other person any information known by him to be fraudulent or to be false as to any material matter shall be fined not more than $10,000 ($50,000 in the case of a corporation), or imprisoned not more than 1year, or both." (emphasis intended).

Upon information and belief, Trump failed to report all payments made and or accepted with an intent to influence an election on his tax forms.

The fact payments were made from improper accounts is circumstantial evidence that Trump failed to report the money in proper accounts as required by the Federal Elections Commission.

In all of this, the President knowingly and willfully spoke and acted in a manner that violated the criminal laws under the Internal Revenue Code.

In so doing he has undermined the integrity of his office, by violating federal criminal law and the Constitution, and brought disrepute on the Presidency, and betrayed his trust as President in a manner subversive of constitutional government, to the great prejudice of the cause of law and

10

justice and to the manifest injury of the people of the United States.

Wherefore Donald J. Trump, by such conduct, warrants impeachment and trial, and removal from office ~~wherefore Donald J. Trump, by such conduct, warrants impeachment and trial, and removal from office~~

THIS CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK AND HAS MICRO PRINTING IN THE SIGNATURE LINE

**DONALD J. TRUMP**
**725 5TH AVENUE**
**NEW YORK, NY 10022**

CAPITAL ONE, N.A.
53 WEST 57TH STREET
NEW YORK, NY 10019

60-791/214

NO.
002821

CHECK DATE
08/01/17

CHECK AMOUNT
****$35,000.00**

PAY **THIRTY FIVE THOUSAND DOLLARS AND NO CENTS**************************************

TO THE
ORDER OF
MICHAEL D. COHEN ESQ
# 10A
NEW YORK, NY 10022

**DONALD J. TRUMP - REVOCABLE TRUST ACCOUNT**
725 5TH AVENUE
NEW YORK, NY 10022

CAPITAL ONE, N.A.
81 WEST 57TH STREET
NEW YORK, NY 10019

50-791/214

NO.
000147

CHECK DATE
03/17/17

CHECK AMOUNT
****$35,000.00**

PAY   **THIRTY FIVE THOUSAND DOLLARS AND NO CENTS*******************************

TO THE
ORDER OF   MICHAEL D COHEN ESQ
# 10A
NEW YORK, NY 10022

TWO SIGNATURES NEEDED ON AMTS OVER $10,000.

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:14 PM 09/30/2016
FILED 01:14 PM 09/30/2016
SR 20166016733 - File Number 6163356

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

### RESOLUTION CONSULTANTS LLC

**First:** The name of the limited liability company is Resolution Consultants LLC.

**Second:** The address of its registered office in the State of Delaware is 160 Greentree Drive, Suite # 101 in the City of Dover, County of Kent, Zip code 19904. The name of its registered agent at such address is National Registered Agents, Inc.

**In Witness Whereof,** the undersigned has executed this Certificate of Formation this 30th day of September, 2016.

By: /s/ Michael Cohen
Authorized Person

Name: Michael Cohen

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:21 AM 10/17/2016
FILED 10:21 AM 10/17/2016
SR 20166222994 - File Number 6185135

# STATE *of* DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE *of* FORMATION

## ESSENTIAL CONSULTANTS LLC

**First:** The name of the limited liability company is Essential Consultants LLC.

**Second:** The address of its registered office in the State of Delaware is 160 Greentree Drive, Suite # 101 in the City of Dover, County of Kent, Zip code 19904. The name of its registered agent at such address is National Registered Agents, Inc.

**In Witness Whereof,** the undersigned has executed this Certificate of Formation this 17th day of October, 2016.

By: /s/ Michael Cohen
Authorized Person

Name: Michael Cohen

ORIGINAL                    **Judge Pauley**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

     - v. -

MICHAEL COHEN,                      :

          Defendant.       :

- - - - - - - - - - - - - - - - - x

**INFORMATION**

18 Cr. ___ (WHP)

# 18 CRIM  602

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 2 1 2018

The United States Attorney charges:

## Background

### The Defendant

1.  From in or about 2007 through in or about January 2017, MICHAEL COHEN, the defendant, was an attorney and employee of a Manhattan-based real estate company (the "Company"). COHEN held the title of "Executive Vice President" and "Special Counsel" to the owner of the Company ("Individual-1").

2.  In or about January 2017, COHEN left the Company and began holding himself out as the "personal attorney" to Individual-1, who at that point had become the President of the United States.

addition to working for and earning income from

11 times relevant to this Information, MICHAEL

.nt, owned taxi medallions in New York City and

.lions of dollars.   COHEN owned these taxi

I copied and post
The table
that from
his folder
(on)

### Campaign Finance Violations

The United States Attorney further charges:

24.  The Federal Election Campaign Act of 1971, as amended, Title 52, United States Code, Section 30101, *et seq.*, (the "Election Act"), regulates the influence of money on politics. At all times relevant to the Information, the Election Act set forth the following limitations, prohibitions, and reporting requirements, which were applicable to MICHAEL COHEN, the defendant, Individual-1, and his campaign:

    a.  Individual contributions to any presidential candidate, including expenditures coordinated with a candidate or his political committee, were limited to $2,700 per election, and presidential candidates and their committees were prohibited from accepting contributions from individuals in excess of this limit.

    b.  Corporations were prohibited from making contributions directly to presidential candidates, including expenditures coordinated with candidates or their committees, and candidates were prohibited from accepting corporate contributions.

25.  On or about June 16, 2015, Individual-1 began his presidential campaign. While MICHAEL COHEN, the defendant, continued to work at the Company and did not have a formal title with the campaign, he had a campaign email address and, at various times, advised the campaign, including on matters of interest to

11

the press, and made televised and media appearances on behalf of the campaign.

26. At all times relevant to this Information, Corporation-1 was a media company that owns, among other things, a popular tabloid magazine ("Magazine-1").

27. In or about August 2015, the Chairman and Chief Executive of Corporation-1 ("Chairman-1"), in coordination with MICHAEL COHEN, the defendant, and one or more members of the campaign, offered to help deal with negative stories about Individual-1's relationships with women by, among other things, assisting the campaign in identifying such stories so they could be purchased and their publication avoided. Chairman-1 agreed to keep COHEN apprised of any such negative stories.

28. Consistent with the agreement described above, Corporation-1 advised MICHAEL COHEN, the defendant, of negative stories during the course of the campaign, and COHEN, with the assistance of Corporation-1, was able to arrange for the purchase of two stories so as to suppress them and prevent them from influencing the election.

29. *First*, in or about June 2016, a model and actress ("Woman-1") began attempting to sell her story of her alleged extramarital affair with Individual-1 that had taken place in 2006 and 2007, knowing the story would be of considerable value because

12

of the election.  Woman-1 retained an attorney ("Attorney-1"), who in turn contacted the editor-in-chief of Magazine-1 ("Editor-1"), and offered to sell Woman-1's story to Magazine-1.  Chairman-1 and Editor-1 informed MICHAEL COHEN, the defendant, of the story. At COHEN's urging and subject to COHEN's promise that Corporation-1 would be reimbursed, Editor-1 ultimately began negotiating for the purchase of the story.

    30.  On or about August 5, 2016, Corporation-1 entered into an agreement with Woman-1 to acquire her "limited life rights" to the story of her relationship with "any then-married man," in exchange for $150,000 and a commitment to feature her on two magazine covers and publish over one hundred magazine articles authored by her.  Despite the cover and article features to the agreement, its principal purpose, as understood by those involved, including MICHAEL COHEN, the defendant, was to suppress Woman-1's story so as to prevent it from influencing the election.

    31.  Between in or about late August 2016 and September 2016, MICHAEL COHEN, the defendant, agreed with Chairman-1 to assign the rights to the non-disclosure portion of Corporation-1's agreement with Woman-1 to COHEN for $125,000.  COHEN incorporated a shell entity called "Resolution Consultants LLC" for use in the transaction.  Both Chairman-1 and COHEN ultimately signed the agreement, and a consultant for Corporation-1, using

13

his own shell entity, provided COHEN with an invoice for the payment of $125,000. However, in or about early October 2016, after the assignment agreement was signed but before COHEN had paid the $125,000, Chairman-1 contacted COHEN and told him, in substance, that the deal was off and that COHEN should tear up the assignment agreement. COHEN did not tear up the agreement, which was later found during a judicially authorized search of his office.

32.   *Second*, on or about October 8, 2016, an agent for an adult film actress ("Woman-2") informed Editor-1 that Woman-2 was willing to make public statements and confirm on the record her alleged past affair with Individual-1. Chairman-1 and Editor-1 then contacted MICHAEL COHEN, the defendant, and put him in touch with Attorney-1, who was also representing Woman-2. Over the course of the next few days, COHEN negotiated a $130,000 agreement with Attorney-1 to himself purchase Woman-2's silence, and received a signed confidential settlement agreement and a separate side letter agreement from Attorney-1.

33.   MICHAEL COHEN, the defendant, did not immediately execute the agreement, nor did he pay Woman-2. On the evening of October 25, 2016, with no deal with Woman-2 finalized, Attorney-1 told Editor-1 that Woman-2 was close to completing a deal with another outlet to make her story public. Editor-1, in turn, texted

14

MICHAEL COHEN, the defendant, that "[w]e have to coordinate something on the matter [Attorney-1 is] calling you about or it could look awfully bad for everyone." Chairman-1 and Editor-1 then called COHEN through an encrypted telephone application. COHEN agreed to make the payment, and then called Attorney-1 to finalize the deal.

34. The next day, on October 26, 2016, MICHAEL COHEN, the defendant, emailed an incorporating service to obtain the corporate formation documents for another shell corporation, Essential Consultants LLC, which COHEN had incorporated a few days prior. Later that afternoon, COHEN drew down $131,000 from the fraudulently obtained HELOC, discussed above in paragraphs 19 through 21, and requested that it be deposited into a bank account COHEN had just opened in the name of Essential Consultants. The next morning, on October 27, 2016, COHEN went to Bank-3 and wired approximately $130,000 from Essential Consultants to Attorney-1. On the bank form to complete the wire, COHEN falsely indicated that the "purpose of wire being sent" was "retainer." On or about November 1, 2016, COHEN received from Attorney-1 copies of the final, signed confidential settlement agreement and side letter agreement.

35. MICHAEL COHEN, the defendant, caused and made the payments described herein in order to influence the 2016

15

presidential election.   In so doing, he coordinated with one or more members of the campaign, including through meetings and phone calls, about the fact, nature, and timing of the payments.

36.   As a result of the payments solicited and made by MICHAEL COHEN, the defendant, neither Woman-1 nor Woman-2 spoke to the press prior to the election.

37.   In or about January 2017, MICHAEL COHEN, the defendant, in seeking reimbursement for election-related expenses, presented executives of the Company with a copy of a bank statement from the Essential Consultants bank account, which reflected the $130,000 payment COHEN had made to the bank account of Attorney-1 in order to keep Woman-2 silent in advance of the election, plus a $35 wire fee, adding, in handwriting, an additional "$50,000." The $50,000 represented a claimed payment for "tech services," which in fact related to work COHEN had solicited from a technology company during and in connection with the campaign.   COHEN added these amounts to a sum of $180,035.   After receiving this document, executives of the Company "grossed up" for tax purposes COHEN's requested reimbursement of $180,000 to $360,000, and then added a bonus of $60,000 so that COHEN would be paid $420,000 in total. Executives of the Company also determined that the $420,000 would be paid to COHEN in monthly amounts of $35,000 over the course of

16

twelve months, and that COHEN should send invoices for these payments.

      38. On or about February 14, 2017, MICHAEL COHEN, the defendant, sent an executive of the Company ("Executive-1") the first of his monthly invoices, requesting "[p]ursuant to [a] retainer agreement, . . . payment for services rendered for the months of January and February, 2017." The invoice listed $35,000 for each of those two months. Executive-1 forwarded the invoice to another executive of the Company ("Executive-2") the same day by email, and it was approved. Executive-1 forwarded that email to another employee at the Company, stating: "Please pay from the Trust. Post to legal expenses. Put 'retainer for the months of January and February 2017' in the description."

      39. Throughout 2017, MICHAEL COHEN, the defendant, sent to one or more representatives of the Company monthly invoices, which stated, "Pursuant to the retainer agreement, kindly remit payment for services rendered for" the relevant month in 2017, and sought $35,000 per month. The Company accounted for these payments as legal expenses. In truth and in fact, there was no such retainer agreement, and the monthly invoices COHEN submitted were not in connection with any legal services he had provided in 2017.

40.  During 2017, pursuant to the invoices described above, MICHAEL COHEN, the defendant, received monthly $35,000 reimbursement checks, totaling $420,000.

## COUNT 7
### (Causing an Unlawful Corporate Contribution)

The United States Attorney further charges:

41.  The allegations contained in paragraphs 1 through 3, and 24 through 40 are repeated and realleged as though fully set forth herein.

42.  From in or about June 2016, up to and including in or about October 2016, in the Southern District of New York and elsewhere, MICHAEL COHEN, the defendant, knowingly and willfully caused a corporation to make a contribution and expenditure, aggregating $25,000 and more during the 2016 calendar year, to the campaign of a candidate for President of the United States, to wit, COHEN caused Corporation-1 to make and advance a $150,000 payment to Woman-1, including through the promise of reimbursement, so as to ensure that Woman-1 did not publicize damaging allegations before the 2016 presidential election and thereby influence that election.

(Title 52, United States Code, Sections 30118(a) and 30109(d)(1)(A), and Title 18, United States Code, Section 2(b).)

## COUNT 8
### (Excessive Campaign Contribution)

The United States Attorney further charges:

43.   The allegations contained in paragraphs 1 through 3, and 24 through 40 are repeated and realleged as though fully set forth herein.

44.   On or about October 27, 2016, in the Southern District of New York and elsewhere, MICHAEL COHEN, the defendant, knowingly and willfully made and caused to be made a contribution to Individual-1, a candidate for Federal office, and his authorized political committee in excess of the limits of the Election Act, which aggregated $25,000 and more in calendar year 2016, and did so by making and causing to be made an expenditure, in cooperation, consultation, and concert with, and at the request and suggestion of one or more members of the campaign, to wit, COHEN made a $130,000 payment to Woman-2 to ensure that she did not publicize damaging allegations before the 2016 presidential election and thereby influence that election.

(Title 52, United States Code, Sections 30116(a)(1)(A), 30116(a)(7), and 30109(d)(1)(A), and Title 18, United States Code, Section 2(b).)

Begin forwarded message:

**From:** Meghan Kelly <megkellyesq@yahoo.com>
**Date:** 2/21/2020
**To:** Kenneth Mcdowell <kennetha.mcdowell@state.de.us>,Anthony J Albence <anthony.albence@delaware.gov>,erikjschramm@gmail.com,Jesse Chadderdon <jesse@deldems.org>,Meghan Kelly <electmegkelly@icloud.com>,coe_campaignfinance@state.de.us,Meghan Kelly <megkellyesq@yahoo.com>
**Subject: Bo/ is awesome even though this decision is not**

Hi Bo and good morning Mr. Albence, Jesse and Honorable Chairman,

My waiver relates solely on religious reasons.

Even if I had the money, it would still violate my belief in Jesus's teachings since the money may be used to pay people to support or buy support for candidate's giving into the temptation of voting for whoever buys you. " owe nothing to anyone but to love them"

Candidates should not be bought, bartered by those who can afford to pay folks to create the illusion of popularity when in truth it is mere deep pockets.

In addition such money may be used to contribute to Matthew 6 violations leading many to harm and hell by teaching them to worship the mark of the beast.

This is no small matter for me Bo. I actually believe Jesus Christ and understand the Bible as the Holy Spirit was reflected out of certain people who laid down their will, their desires, by choosing God's will, God's purpose, despite the hardships it caused.

Bo, I do not want to attach checks on public record and thus compromise the accounts.

So I think I will include such payments on my pleading. So do not perform unnecessary legal research Attorney generals office or democrats.

I will show the fact that I paid the filing fee in the past and the Democratic contributions in the past, and will explain how I grew to understand this too violates Jesus's teachings.

I do not want to disobey Jesus and serve Satan by violating his teachings thereby misleading others to believe such evil is good. You are not the enemy despite disagreeing on me on the important issue. Injustice is the enemy.

I did not know it was evil. (It is possible that even adults like myself can learn and grow). I learned it was, as I discovered corruption even by our own party, Yipes. I do not want to compromise my soul by contributing to such corruption.

Bo, I might send you an email to confirm I have the dates right. ( Bo is a Saint. He is like an angel sent by God. He patiently helped me with most of all the filings in 2018. This potential

1

law suit is not a reflection upon his kind efforts. It is a reflection upon the bad choice of those with the power to choose to persecute me based on my faith in Jesus Christ)

I am so happy to look through emails to see how kind you have been to me Bo. ♡ It is not your fault those in power made an unlawful decision Bo.

Thank you ♡