Case 1:25-cv-00766-JEB    Document 122-4    Filed 05/11/25    Page 1 of 7

# Federal appeals court rules immigration officials must bring Öztürk to Vermont by next week



Updated May 07, 2025

By Jesús Marrero Suárez



People gather for a rally in support of Tufts University student Rumeysa Ozturk and Columbia University student activist Mohsen Mahdawi in New York City. (Michael M. Santiago/Getty Images)

An appeals court in New York on Wednesday rejected a motion by the federal government to delay or block Rümeysa Öztürk's transfer to Vermont for a hearing.

The Second Circuit Court of Appeals issued its opinion a day after hearing arguments from both parties. The ruling says the government is unlikely to succeed on the merits of its case and that it failed to show "irreparable injury" would result from moving Öztürk.

Lawyers with the Department of Justice had argued that an order by a lower court to transfer Öztürk to Vermont to for a bail hearing should be overruled, contending the federal judge there lacks jurisdiction. But the appeals court judges said the government's jurisdiction arguments didn't stand up, and ordered immigration officials to transfer the Tufts University student to Vermont by next Wednesday.

"Any confusion about where habeas jurisdiction resides arises from the government's conduct during the twenty-four hours following Öztürk's arrest," the judges wrote in their opinion, citing agents moving her in secret across state lines.

The Department of Homeland Security indicated it would continue to fight the case. In an emailed statement, spokeswoman Tricia McLaughlin said, "Being granted a visa to live and study in the United States is a privilege not a right. Today's ruling does not prevent the continued detention of Ms. Ozturk, and we will continue to fight for the arrest, detention, and removal of aliens who have no right to be in this country."

For six weeks, Öztürk, a 30-year-old Turkish doctoral student has been at a remote, privately operated detention facility in Louisiana where U.S. Immigration and Customs Enforcement holds detainees. Her hearing scheduled for this Friday was still on the Vermont court's calendar at midday; it could be held remotely.

On March 25, Öztürk was arrested by plainclothes immigration agents in Somerville, placed in an unmarked SUV and taken away, unaware that her student visa had been revoked days earlier. For nearly 24 hours, agents

refused to let her contact her lawyer as they shuffled her across three states and eventually to Louisiana.

Federal judges in Massachusetts and Vermont have both ruled that a challenge to ICE's arrest and detention of Öztürk should play out in Vermont — not Louisiana — given that's where Öztürk was located when her attorney filed a habeas petition challenging her detention as unlawful.

Federal Judge William Sessions in Vermont later ordered Öztürk be transferred to ICE custody in his state so she could attend her upcoming hearings in person. The government appealed last week.

But in their ruling, the three judges on the New York appeals panel rejected the government's arguments about jurisdiction, saying Vermont "is likely the proper venue" since that's where Öztürk was physically located at the time her attorney filed an initial habeas corpus petition.

Her attorneys contend she was detained in retaliation for co-writing an op-ed critical of Israel last year — a violation of her free speech and due process rights. The appeals court judges appeared to agree: "Such an act would be a violation of the Constitution — quite separate from the removal procedures followed by the immigration courts," they wrote.

The government had argued that Öztürk's detention is inextricably linked to her removal order and that statutory provisions strip district courts of jurisdiction to hear her petition.

The judges disagreed, stating that the two matters are separate.

"No one should be arrested and locked up for their political views. Every day that Rümeysa Öztürk remains in detention is a day too long," Öztürk attorney Esha Bhandari said in a statement after the ruling was issued. We're grateful the court refused the government's attempt to keep her isolated

from her community and her legal counsel as she pursues her case for release."

# Rümeysa Öztürk: A timeline of events

### Visa revoked

**March 21**
Federal authorities revoke Rümeysa Öztürk's visa. Her lawyers say she was never told of this change.

### Öztürk arrested

**March 25**
**5:15 p.m.**
Six plainclothes officers swarm and arrest Öztürk outside of her apartment in Somerville. She's put into an unmarked SUV and taken away.

### Arrives in Vermont

**March 25**
**10:28 p.m.**
After stops in Methuen, Mass., and Lebanon, N.H., Öztürk arrives at St. Albans, Vt. where she's held overnight.

### Judge's order

**March 25**
**10:55 p.m.**
A federal judge orders federal immigration officials to keep Öztürk in Massachusetts, unaware she's already in Vermont.

### Flown to Louisiana

**March 26**
**4 a.m.**
ICE agents fly Öztürk to a processing facility in Louisiana. Prosecutors later argued Öztürk's lawyer's petition to release her should be moved to that jurisdiction.

### Rubio comments

comments

March 27
Secretary of State
Marco Rubio
confirms he
canceled Öztürk's
visa, saying he
would continue to
do so for other
student activists.
"If you come into
the United States
as a visitor and
create a ruckus for
us, we don't want
it."

## Case moved to Vermont

April 04
Federal Judge
Denise Casper
says Öztürk's
habeas corpus
petition should be
transferred to
Vermont, where
she was when her
lawyer filed the
request.

## Louisiana judge denies release

April 16
An immigration judge in Louisiana denied
Öztürk's request for release from
detention, saying DHS had shown she
was a flight risk.

## Judge orders ICE to bring Öztürk to Vermont

April 18
Citing "significant constitutional
concerns," a federal judge in Vermont
ordered ICE to return Öztürk to Vermont
by May 1. The Trump administration
appealed the ruling.

## Appeals court pauses transfer to Vermont

April 28
The 2nd Circuit
Court of Appeals
paused Öztürk's
transfer to
Vermont in order
to consider an
appeal by the
Trump
administration.

## Transfer appeal hearing

May 06
The 2nd Circuit heard the federal
government's appeal of the lower court's
order to transfer Öztürk back to Vermont.
A bail hearing is set in Vermont for May 9.

5/10/25, 12:08 PM                    Federal appeals court rules immigration officials must bring Öztürk to Vermont by next week | WBUR News

Case 1:25-cv-00766-JEB    Document 122-4    Filed 05/11/25    Page 7 of 7

### 2nd Circuit allows Öztürk transfer

**May 07**
The higher court denied the government's appeal heard the day before, clearing the way for Öztürk to return to Vermont and attend her hearings there.

(Roberto Scalese/WBUR)

✳ **A Flourish data visualization**

*This is a developing story; it will be updated.*

*This article was originally published on May 07, 2025.*



**Jesús Marrero Suárez** Fellow, Investigations
Jesús Marrero Suárez is a fellow working with WBUR's investigations team. More...