UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.G.G. et al., | ) | Case No. 1:25-cv-766 (JEB) |
|     Plaintiff, | ) | |
| v. | ) | |
| DONALD J. TRUMP, in his official | ) | |
| capacity as President of the United | ) | |
| States, et al., | ) | |
|     Defendant. | ) | |

Certificate of Service

I certify on May 11, 2025, I caused Meghan Kelly 's Motion for leave to file an amicus Brief, and Amicus Petitioner Meghan Kelly's Petition for leave to exceed the page limit in her Proposed Amicus Brief, including all accompanying documents, to be served on counsel for Plaintiffs and Defendants by email.

Dated May 11, 2025

Respectfully submitted,

/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court Bar No. 283696

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: May 11, 2025

__Meghan Kelly__ (printed)

__Meghan Kelly__ (signed)