Saw Trump is appealing Jan 10 2025 sentencing/Not attorney advice/Alternative arguments congressional threats against Merchan by subpoening his kid to compel incrimination and Trump's threats violate due process fairness

From: Meg Kelly (meghankellyesq@yahoo.com)

To: wus@dany.nyc.gov

Cc: meghankellyesq@yahoo.com

Date: Thursday, January 30, 2025 at 03:40 PM EST



Hello,

Thank you for being a hero by doing what is right showing all that no one is above the law, nor below the law.

I am in trouble and my license was placed on inactive disabled for suing Trump under the religious freedom restoration act based on state of DE's disdain for my religious beliefs I sought to safeguard. So, this is not attorney advice. I am only active before the US Supreme Court now.

Part of my arguments is the desire to safeguard the 5th and 14th Amendment fair right to petition under teh 1st Am without threats against petitioners (me), David Weiss, judges (Honorable Merchan, Alito, Thomas), or their kids, Hon. Merchan's kid, wives of USSC, and others to affect the outcome in violation of due process.

Per the news Trump alleges he will appeal the conviction despite no sentence. Donald Trump appeals his New York hush-money conviction

**Donald Trump appeals his New York hush-money conviction**

President seeks to overturn conviction of falsifying records in alleged scheme to hide payment to adult film actor

Can you please make alternative arguments, due process was violated by the government by threatening Merchan through his daughter to affect or influence the outcome of the case, or president elect's threats and defamatory per se remarks against Merchan to affect the outcome of the case unfairly by threats of harm to position, person or character.

Per the attached, I wrote in hopes to limit congress and presidential powers or speech so as not to chill and diminish the people and public's right to petition fairly in accord with due process. US Am I, V, XIV.

They did not listen to me. They may listen to you. You have access to research and resources I do not have

access to.

This issue is near and dear to the justices hearts since every one of the USSC has faced attacks by people in Congress on both sides.  Your appeal may limit power fort a fair forum and protect all courts even the USSC.

Please think about it.

Thank you for making a difference in my life and in the world by doing the right thing. That makes you a winner no matter the outcome.

Very truly,
Meg


----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Meg Kelly <meghankellyesq@yahoo.com>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; Gail Olson <gail_olson@paed.uscourts.gov>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; Attorneygeneral Info <info@attorneygeneral.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; Ike Adams <iadams@sidley.com>; Tim Mastrogiacomo <tmastro@gmail.com>; Matthew <matthewkosiorek@comcast.net>; Bradd Grossman <braddgrossman@gmail.com>; Cris Barrish <cbarrish@whyy.org>; Darin McCann <darin.mccann@coastalpoint.com>; Glenn Rolphe <grolfe@newszap.com>; Glenn Rolfe <grolfe@iniusa.org>; Harriet Brumberg <harriet.brumberg@pacourts.us>; Anthony Sodroski <anthony.sodroski@pacourts.us>; Parker Bethany (Courts) <bethany.parker@delaware.gov>
**Sent:** Saturday, January 25, 2025 at 05:03:15 PM EST
**Subject:** Not merely economic change but an overthrow/Opponents may be heroes to save the US and the world

Hello,

I am really freaked out and know the courts, attorney generals and petitioners are in danger by an intended elimination of the rule of law for a time of lawlessness misleading most of humanity to give into temptation to lose their eternal lives to gain a crappy part of the world.

Attached are some petitions I presented to the US Supreme Court WHERE I AM TRYING to protect the court from giving into temptation of hurting itself, hurting AGs capacity to petition in accord with DP and petitioners capacity to petition in accord with DP. Without protecting the petition the courts are powerless, which is the plan to eliminate freedom for business.

The only reason why I ran for office in 2018 was to stand up for my deceased attorney friend Richard Goll ("Dick")and others from nonlawyers lawyering harming many. Dick was exploited by non lawyers lawyering in place of lawyers. I lamented to everyone but no one did anything about nonlawyers lawyering harming the people and public. The DE ODC Kathleen Vavla was irritated al reported the problem to her back in 2018.  So, I tried to do something about it. I ran for office, but I lost.   My own party democrats took down my pamphlets and asked me not to run because I was not compromised to collective agendas instead of doing what was right. Plus I oppose fundraising on religious grounds. I believe people go to hell for organized charity and fundraising per Jesus's teachings Matthew 6:1-4. I am not for sale and I am not going to buy votes. Votes are not a freedom if they for sale not based on free choice but economically forced choice. That is naughty.

I learned there were people talking about eliminating judges and the rule of law to reign by temptations like devils, lawless people, to be controlled not free by those who control the resources or the channels of necessities or those who rule by physical, social or economic threats by eliminating freedom by government backed and colluding substantial burdens.

It is true I believe the founders booby trapped us and created poison pills in our Constitution to cause the US to dissolve to be enslaved not free under the debt provisions and full faith and credit provisions.

There are other plans for harm too. I intend to protect my opponents, the courts and my life and liberty even when I petition to correct not destroy them.

Can you please work with me and try to understand the dangers PLEASE.

I oppose elimination of life tenure and judicial disciplinary rules and procedures.

You may be my opponents but  you are my hope of a hero.

The courts and government violate equal protections and I believe sin risking hell when they defer to experts, professionals, their product, science, or service or delegate duties. As repugnant as it is Jesus teaches most people go to hell, bummer.

I believe people sin by deferring to science, experts, professionals, money, their product or service unrestrained by love or just rule of law to prevent slavery or human sacrifice under the guise of public good, common good, and such. I believe they may be saved from sin and death in hell if they stop sinning ie repent. It is idolatry to defer to man or man's creation as God, especially based on affiliation like presidency. Plato taught Satan's model of rulers not servants in republic as opposed to our democratic republic founded in 1791 not 1776 with the people and public's constitutional legal power of the petition coupled with due process fair opportunity to be heard in a nation of humble laws, where no one is God, all are humbled by the check of the people and public.

Not knowing is guilt, bummer by idolatry causing hardness of hearts and hardness of heads, a type of blindness and dumbness of not knowing that damns people to eternal death. That is why courts and attorney generals are so important because you can correct people blinded by desire to care for their own or please the vanity of the many that they harm, oppress,enslave or sacrifice others under the lie of lawless people public good, common good, collective good.  Slavery and human sacrifice is always naughty.

Even courts need guidance so they are not led astray to harm themselves and others.

There is an overthrow schemed, a new economic model with new corporate structures.

I think the reason why Jesus teaches most people go to hell is that money is created out of debt plus interest that cannot be paid off by design, and because governments collude with private and foreign partners instead of governing and guiding to prevent harm. Governments sustain pain to sustain their partners power and profit streams when they seek to create jobs, improve the economy and such.

 In Kelly v Trump I write about that temptation which may be removed. :(

People are tricked by making money guide, savior or God, when it is a debt instrument designed to trick the people into being the evil harming one another to get as much as they can for as little, only to be damned to hell, bummer. The talk about debt ceilings is all deception. Money is sin. Money is a debt instrument not merely a means of exchange. The bible teaches damned to hell are you if you lend out anything for profit or interest instead of merely for return should we not repent. The new economy is based on violating Ezekiel 18:13 on steroids by elimination of private property and renting out everything and everyone at profit in a subscription model. All will be tempted to be damned to hell. It is horrible. They intend to eliminate the rule of law to eliminate then governments to rule by the mark of death in hell business unrestrained eliminating every freedom under the lie of consent in a forced market.

Oh my gosh. There is an overthrow schemed and the courts I seek to save keep tanning my butt.

Please know if I petition to make Trump pay or protect you should he foreseeably withhold pay or make other threats to rule over no longer free Attorney generals or courts, it is done in good faith because I believe you are in trouble, meaning we all are in trouble.

We cannot let Jack Smith get hurt either. We have to protect petitioners and the right to petition without prejudice based on affiliation or viewpoint, meaning we have to protect people we disagree with too. How will we learn or get smarter if only one view is acceptable and no one is free just forced to think based on the

Presidential one person view.

No Trump v US 939 really eliminated the rule of law. We need to fight to get it back before Trump and Musk manipulates the courts to eliminate them. I get it the USSC members are scared. I intend to protect the court even when I disagree with them.

I am copying the law librarian. In case I am taken out because I think she is super smart.  She can help judges research should their pay be conditioned to control a no longer impartial judiciary. Coining correctly without slavery debt that tempts people to harm the people to profit off of more debt creation of money to pay those the government owes and is owned by would resolve problems. A government must not be owned or be a debtor of anyone. Otherwise it is ruled and owned not free. I really do have religious objections against debt.

We can create new entities to store value that allow people to buy and sell by free choice not government standardized subpar forced choice or go without like our current model, Plato's terribly sinful model.

We do not have to create money through banks or through businesses like Walmart (corporate and beneficial entities, new corporate structure) who are starting to bank to take over the banks as schemed by businesses.

With great sadness,
Meg

 18 Start over Eastern Dist PA Pet for rehearing Oct 7 order.docx
92.4kB

 9 Eastern Dist PA Pet for rehearing Oct 7 order.docx
89.7kB

 9 Eastern Dist PA Pet for rehearing Oct 7 order.pdf
407.9kB

 10 Start over Eastern Dist PA Supplemental Brief.docx
65.7kB

 8 Pet for rehearing Oct 7 Brief Civil rights case.docx
72.8kB

 8 Pet for rehearing Oct 7 Brief Civil rights case.pdf
353.5kB

 1 of 3 Brief.pdf
794.6kB

 2 of 3 Brief.pdf
784.1kB

 3 of 3 Signed signature Civil rights complaint March 8 2024.pdf
90.2kB

 Donald Trump appeals his New York hush-money conviction _ Donald Trump trials _ The Guardian.pdf
1.5MB

Re: Saw Trump is appealing Jan 10 2025 sentencing/Not attorney advice/Alternative arguments congressional threats against Merchan by subpoening his kid to compel incrimination and Trump's threats violate due process fairness

From: Meg Kelly (meghankellyesq@yahoo.com)

To: wus@dany.nyc.gov

Cc: meghankellyesq@yahoo.com

Date: Thursday, January 30, 2025 at 03:47 PM EST



Can you argue that Judge Merchan should be permitted to re sentence Trump in safety without threats?

Alternatively, after Trump leaves office can you say due process was violated at sentencing to reopen the case past the normal limits to allow Trump to be sentenced fairly not based on threats.

I just don't know. I know that the Court personally faces threats to affect teh outcome of cases. Maybe they will listen to you because they do not listen to me.

Thank you,
Meg

On Thursday, January 30, 2025 at 03:40:35 PM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Hello,

Thank you for being a hero by doing what is right showing all that no one is above the law, nor below the law.

I am in trouble and my license was placed on inactive disabled for suing Trump under the religious freedom restoration act based on state of DE's disdain for my religious beliefs I sought to safeguard. So, this is not attorney advice. I am only active before the US Supreme Court now.

Part of my arguments is the desire to safeguard the 5th and 14th Amendment fair right to petition under teh 1st Am without threats against petitioners (me), David Weiss, judges (Honorable Merchan, Alito, Thomas), or their kids, Hon. Merchan's kid, wives of USSC, and others to affect the outcome in violation of due process.

Per the news Trump alleges he will appeal the conviction despite no sentence.Donald Trump appeals his New York hush-money conviction





# Trump calls for Judge Merchan disbarment



*Judge Juan M. Merchan poses in his chambers in New York, March 14, 2024. (AP Photo/Seth Wenig, File) Judge Juan M. Merchan poses in ... more >*

By Alex Miller and Tom Howell Jr.
*The Washington Times*
Saturday, January 4, 2025

President-elect Donald Trump on Saturday demanded that the New York judge overseeing his business-record case be disbarred.

Mr. Trump's ire was directed at New York State Supreme Court Judge Juan Merchan, who on Friday decided he would uphold the criminal conviction against the president-elect but wouldn't impose jail time.

In May, Mr. Trump was convicted by a jury on 34 counts of falsifying business records in connection to concealing payments made by his lawyer, Michael Cohen, on his behalf to cover up an alleged affair with porn star Stormy Daniels.

"I was hiding nothing, everything was out in the open for all to see," Mr. Trump posted on Truth Social. "Every legal scholar of note said there IS NO CASE AGAINST ME. The judge should be disbarred! This is why people, and companies, are FLEEING New York — A corrupt court system."

Mr. Trump argued that he never falsified business records and that the conviction came from "a fake, made up charge by a corrupt judge who is just doing the work of the Biden/Harris Injustice Department."

He added, "He may be the most conflicted judge in New York State history. The accountant testified, with total corroboration, that the records were perfect & totally above board. A legal expense was called, on the books, a legal expense. There was nothing else it could have been called."

Mr. Trump's sentencing, which has been delayed repeatedly since he was convicted last year, is set for Jan. 10.

He was ordered to appear in person or virtually, but his legal team has vowed to fight the order, placing the timing of his sentencing up in the air.

ADVERTISEMENT

Advertisement

"President Trump must be allowed to continue the presidential transition process and to execute the vital duties of the presidency, unobstructed by the remains of this or any remnants of the witch hunts," Trump communications director Steven Cheung said. "There should be no sentencing, and President Trump will continue fighting against these hoaxes until they are all dead."

Mr. Trump's critics hoped the conviction, along with his other legal troubles, would sink his bid for a second term. Ultimately, he seemed to thrive from the adversity and won

election against Vice President Kamala Harris.

Special counsel Jack Smith moved to dismiss federal cases against him, and a Georgia racketeering case against Mr. Trump is in limbo due to a conflict of interest concerning Fulton County District Attorney Fani Willis.

Judge Merchan refused to dismiss the conviction against the president-elect over claims that the Supreme Court's presidential immunity ruling invalidated the case. The judge wrote that dismissing the conviction and jury's decision would "not serve the concerns set forth by the Supreme Court" and would instead undermine the law.

In his decision to move ahead with sentencing, Judge Merchan said the best way to dispose of the case was with an unconditional discharge, which is a more lenient alternative to probation or jail time.

ADVERTISEMENT

Advertisement

"It seems proper at this juncture to make known the court's inclination to not impose any sentence of incarceration, a sentence authorized by the conviction but one the people concede they no longer view as a practicable recommendation," Judge Merchan wrote.

Mr. Trump was ordered to appear either in person or virtually, but his legal team has vowed to fight the order, placing the timing of his sentencing up in the air.

• Tom Howell Jr. can be reached at thowell@washingtontimes.com.

• Alex Miller can be reached at amiller@washingtontimes.com.

Copyright © 2025 The Washington Times, LLC. Click here for reprint permission.

**Please read our comment policy before commenting.**



**TOP OF THE TIMES**

Advertisement

Fw: DC Case funding for NGO partners Fw: Splits 5th circ v 3rd, 6,th 7th 8th 10th not sure other circuits Re: RI attorneys help them is you can/US Supreme Court response due Feb 28 2025/ 24A831 department of State v you/Meg doesn't think gov pensions and social security are protected but will be vitiated too unless we change errant law too

From:   Meg Kelly (meghankellyesq@yahoo.com)

To:     galen.wilson@delaware.gov; bethany.parker@delaware.gov; margaret.naylor@delaware.gov

Cc:     meghankellyesq@yahoo.com

Date:   Thursday, February 27, 2025 at 09:45 AM EST

Hi sorry for the typos. I meant to say Gov Shapiro, not God Shapiro. I am a terrible typist.

There are plans to eliminate your position by automation, and to eliminate official positions in state and local government too. then, to screw people out of retirement and social security.

I am trying to persuade my opponents and attorney generals and those in active cases to do so.

thank you for  helping me. Should they succeed, it is because of your help too.

Thank you.  I think you three are smarter than normal lawyers because you can research yourself to protect your own pay, pension and social security. There are attorneys in battle now fighting part of the good fight with words not weapons to care for not enslave and destroy people for moth and rest under the guise human sacrifice for material gain is for the public good like naughty mayans throwing people into volcanoes in exchanged for belief in the lie of better crops. it is dubious deception.

Love
meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; usapam.contact@usdoj.gov <usapam.contact@usdoj.gov>; Attorneygeneral Info <info@attorneygeneral.gov>; Harriet Brumberg <harriet.brumberg@pacourts.us>; Anthony Sodroski <anthony.sodroski@pacourts.us>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, February 27, 2025 at 12:44:39 AM EST
**Subject:** Fw: DC Case funding for NGO partners Fw: Splits 5th circ v 3rd, 6,th 7th 8th 10th not sure other circuits Re: RI attorneys help them is you can/US Supreme Court response due Feb 28 2025/ 24A831 department of State v you/Meg doesn't think gov pensions and social security are protected but will be vitiated too unless we change errant law too

PA and the Third Circuit appears not to protect state/federal/local government positions as much as the 5th, but I just see that AGs are fired even in the 5th Circuit unfairly

In saw PA Governor Shapiro sued Trump, was appointed by Trump in a Board of Governor's favorable position.  Then PA God Shapiro said Trump released funds to him potentially causing him to drop the law suit by backroom deal only to hurt PA later if not more imminently.  That was weird.

I do not have easy access to research. Please try to protect your pensions and social security by researching now before it is eliminated. So you are more capable of fighting to fully fund it.

All government employees are in danger regardless of affiliation. Errant case law may be used by both parties wrongly.

Please help others fight for your cause too. Without you there is no government.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** WUS@DANY.NYC.GOV <wus@dany.nyc.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, February 27, 2025 at 12:31:14 AM EST
**Subject:** Fw: DC Case funding for NGO partners Fw: Splits 5th circ v 3rd, 6,th 7th 8th 10th not sure other circuits Re: RI attorneys help them is you can/US Supreme Court response due Feb 28 2025/ 24A831 department of State v you/Meg doesn't think gov pensions and social security are protected but will be vitiated too unless we change errant law too

Hello,

You are brilliant. Can you please help them below if you have any good ideas.

Thank you. None of the US District Attorneys are nominated and confirmed yet. They are sitting attorneys beholden to Trump to get security in their seats. MY District AG Weiss left Jan 21. I had to call the District Court to indicate their web site was wrong. We have sitting not confirmed US AGs in most districts.

That means they will not likely restrain Trump from violating Constitutional laws.

You are our hope and a hero. You actually are already a hero for doing the right thing, win or lose that matters most. It makes you a winner. Thank you.
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** jmorton@democracyforward.org <jmorton@democracyforward.org>; kfriedl@democracyforward.org <kfriedl@democracyforward.org>; kgolden@democracyforward.org <kgolden@democracyforward.org>; rthurston@democracyforward.org <rthurston@democracyforward.org>; sperryman@democracyforward.org <sperryman@democracyforward.org>; vanessa.kassab@delaware.gov <vanessa.kassab@delaware.gov>
**Cc:** laura.faer@doj.ca.gov <laura.faer@doj.ca.gov>; alex.hemmer@ilag.gov <alex.hemmer@ilag.gov>; Angela.Cai@njoag.gov <angela.cai@njoag.gov>; katherine.dirks@mass.gov <katherine.dirks@mass.gov>; Joshua.Bendor@azag.gov <joshua.bendor@azag.gov>; Shannon.Stevenson@coag.gov <shannon.stevenson@coag.gov>; Michael.skold@ct.gov <michael.skold@ct.gov>; ian.liston@delaware.gov <ian.liston@delaware.gov>; Andrew.mendrala@dc.gov <andrew.mendrala@dc.gov>; kaliko.d.fernandes@hawaii.gov <kaliko.d.fernandes@hawaii.gov>; jason.anton@maine.gov <jason.anton@maine.gov>; akirschner@oag.state.md.us <akirschner@oag.state.md.us>; Banghart-LinnL@michigan.gov <banghart-linnl@michigan.gov>; liz.kramer@ag.state.mn.us <liz.kramer@ag.state.mn.us>; HStern@ag.nv.gov <hstern@ag.nv.gov>; dmosteller@ncdoj.gov <dmosteller@ncdoj.gov>; asamant@nmdoj.gov <asamant@nmdoj.gov>; Tina.BeattyWalters@doj.oregon.gov <tina.beattywalters@doj.oregon.gov>; Jonathan.rose@vermont.gov <jonathan.rose@vermont.gov>; andrew.hughes@atg.wa.gov <andrew.hughes@atg.wa.gov>; leah.brown@atg.wa.gov <leah.brown@atg.wa.gov>; bibbaj@doj.state.wi.us <bibbaj@doj.state.wi.us>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, February 27, 2025 at 12:21:00 AM EST
**Subject:** Splits 5th circ v 3rd, 6,th 7th 8th 10th not sure other circuits Re: RI attorneys help them is you can/US Supreme Court response due Feb 28 2025/ 24A831 department of State v you/Meg doesn't think gov pensions and social security are protected but will be vitiated too unless we change errant law too

Can you use the potential split based on affiliation? ie mass firing by defunding by past administration, political appointment of pay???? I am pulling from thin air out of my heart. The court focuses too much on splits to evade due process notice requirements by not protecting the underlying claims to protect life and liberty. I hate that the court cares about splits based on positions to defend to terminate pay and positions. :(

God help you by having the courage to help one another.
Thank you,
Meg

On Thursday, February 27, 2025 at 12:13:56 AM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:


I am so discouraged The 5th Circuit seems to throw away attorney generals too argh. I thought that circuit had more favorable protections from executive firings, which defunding does. :( The Free Speech of Public Employees at a Time of Political Polarization: Clarifying the Pickering Balancing Test | Published in Houston Law Review



**The Free Speech of Public Employees at a Time of Political Polarization:...**

Ofer Raban

By Ofer Raban. 60 Hous. L. Rev. 653 (2023)

,

Is there a separation of power issue? Congress delegates funding. Can the Attorney Generals Taking Care argument to distribute funding as Congress proposed help you?

I do not have means to research, but I hope AGs help us by helping you too by preventing Trump from eliminating the rule of law unrestrained by courts if it were not for petitioners like you.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Wilson, Galen (Courts) <galen.wilson@delaware.gov>; Parker Bethany (Courts) <bethany.parker@delaware.gov>; Naylor Margaret (Courts) <margaret.naylor@delaware.gov>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Wednesday, February 26, 2025 at 03:06:33 PM EST

**Subject:** Thank you Galen and Bethany Could New cite may work/5th only circuit meg found may prevent political firings of state local 3rd circuit stinks case law throws people away bummer Could you please try the US Supreme Ct cite for shepherds and annotations instead of the 5th

Thank you both. Could you try this different cite please for the United States Supreme Court opinion  at Pickering v. Bd. of Ed., 391 U.S. 563, 568 (1968)

This is to protect public employees from being eliminated due to partiality in firing and hiring people beholden to those who appoint at state level too.

The Third Circuit stinks and allows axing people which is a bummer. We are wrong in our circuit. the 5th circuit affords a test the 3rd and 7th reject to protect people.

I was only granted a temp password to research this in 2023. So I wanted to make sure there is still a jxn that protects state and local employees from mass fiiring. Either alito or kavanaugh is charged with applications in the 5th cir. They are not protective of freedom but abuse of power by presidents bummer. :( This is not legal advice. Just trying to research.

Thank you,
Meg

"The Supreme Court has unequivocally rejected the notion that public employees forfeit their right to freedom of speech by virtue of their public employment. Pickering v. Bd. of Ed., 391 U.S. 563, 568 (1968). However, the Court has also recognized that the State has an interest in regulating the speech of its employees. Id. When presented with these competing interests, courts are directed to "arrive at a balance between the interests of the [public employee], as a citizen, in commenting upon matters of public concern and the interest of the State, as an employer, in promoting the efficiency of the public services it performs through its employees." Id.
To determine whether the public employee"

On Wednesday, February 26, 2025 at 02:39:34 PM EST, Wilson, Galen (Courts) <galen.wilson@delaware.gov> wrote:

Hello Meg,

Unfortunately we haven't had a lot of success on this one. We were not able to find the case on Lexis at all (I asked Bethany to double check just in case I was missing something, and she couldn't find it either). I was able to find it on Westlaw, but it didn't have much in the History or Citing References sections. What it did have, I am sending to you. Sorry we couldn't be more helpful this time.

Galen

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Wednesday, February 26, 2025 12:51 PM
**To:** Wilson, Galen (Courts) <Galen.Wilson@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Subject:** Hi Galen Thank you May I please have the shepherds report and annotations to U.S. v. Pickering*, 138 F.3d 952 (5th Cir. 1998) Thank you

Hi Galen,

May I please have the shepherds report and annotations for the 5th circuit case

# U.S. v. Pickering*, 138 F.3d 952 (5th Cir. 1998)

The 5th circuit does not permit executive officers to blindly fire staff for political reasons. Even loyal, people to trump may be stabbed in the back should they contest new ideas especially us attorneys in district states.

I cut in past from 2023  but the case law below shows a split. i want make sure its not resolved yet.

This was from 2023 notes: "Thus, the *Pickering* balancing test would apply to such a retaliatory action. We realize that this decision places us squarely in conflict with several other circuits, a posture we do not adopt lightly. We also agree with the Seventh and Third Circuits that this is an area in which Supreme Court guidance is particularly needed."

*Umbehr v. McClure,* 44 F.3d 876, 883 (10th Cir. 1995)

A number of other courts have held that governments may award or terminate public contracts on the basis of political affiliation or support. See Triad Assocs., Inc. v. Chicago Hous. Auth., 892 F.2d 583 (7th Cir. 1989) (holding that independent contractor claiming loss of and denial of contracts because of political affiliation was not protected by First Amendment), cert. denied, 498 U.S. 845, 111 S.Ct. 129, 112 L.Ed.2d 97 (1990); LaFalce v. Houston, 712 F.2d 292 (7th Cir. 1983) (holding that independent contractor claiming denial of public contract because of political affiliation was not protected by First Amendment), cert. denied, 464 U.S. 1044, 104 S.Ct. 712, 79 L.Ed.2d 175 (1984); Horn v. Kean, 796 F.2d 668 (3d Cir. 1986) (en banc) (holding that independent contractors whose contracts were terminated following a change in administration were not protected by the First Amendment); Sweeney v. Bond, 669 F.2d 542, 545 (8th Cir.) (holding that fee agents who were not employees but were "`more in the nature of independent contractors'" who were dismissed following a change in administration were not protected by the First Amendment), cert. denied, 459 U.S. 878, 103 S.Ct. 174, 74 L.Ed.2d 143 (1982); Ambrose v. Knotts, 865 F. Supp. 342, 345 (S.D.W.Va. Oct. 17, 1994) (holding that independent contractor claiming termination of contract in retaliation for petition was not protected by First Amendment); O'Hare Truck Serv., Inc. v. City of Northlake, 843 F. Supp. 1231, 1234 (N.D.Ill. 1994) (holding that independent contractor claiming removal from city towing rotation list because of political affiliation was not protected by First Amendment); Inner City Leasing and Trucking Co. v. City of Gary, 759 F. Supp. 461, 464 (N.D.Ind. 1990) (holding that independent contractor claiming termination of contract because of political affiliation not protected by First Amendment); MEDCARE HMO v. Bradley, 788 F. Supp. 1460, 1464-66 (N.D.Ill. 1992) (holding that independent contractor claiming termination of contract because of lobbying and other political activities not protected by First Amendment); see also Lundblad v. Celeste, 874 F.2d 1097, 1102 (6th Cir.), vacated, 882 F.2d 207 (6th Cir. 1989), reinstated in pertinent part, 924 F.2d 627 (6th Cir. 1991) (holding that it was not clearly established that independent contractor claiming denial of public contract because of political affiliation was protected under First Amendment), cert. denied, 501 U.S. 1250, 111 S.Ct. 2889, 115 L.Ed.2d 1054 (1991). But see Horn, 796 F.2d at 680-85 (Gibbons, Sloviter, Mansmannt, Stapleton, JJ., dissenting) (rejecting view that independent contractors can be treated differently than employees for First Amendment purposes).

Our own circuit has suggested, without analysis, that independent contractors do enjoy protection against retaliation for the exercise of First Amendment rights. Abercrombie, 896 F.2d at 1233. In Abercrombie, the Plaintiff was the owner of a wrecker business who received referrals from the City of Catoosa police chief. The Plaintiff had received all wrecker referrals from the police for a period of time, but after testifying in court as a witness in a suit against the city, he no longer received all wrecker referrals; instead he shared them with another wrecker company. After campaigning on behalf of a mayoral candidate running against the incumbent mayor, the Plaintiff was removed entirely from the police department's wrecker rotation log. He brought a section 1983 action against the city, the police chief, and the mayor, claiming, inter alia, that he had been deprived of a property interest without due process and that Defendants had retaliated against him for the exercise of his First Amendment rights.

Umbehr v. McClure, 44 F.3d 876, 879-80 (10th Cir. 1995)

Lundblad v. Celeste, 924 F.2d 627, 628 (6th Cir. 1991);(" We conclude that no legal principles developed under the Equal Protection Clause "clearly establish" that state officials may not award public contracts on the basis of partisan politics or party affiliation. In Rutan v. Republican Party of Illinois, ___ U.S. ___, 110 S.Ct. 2729, 111 L.Ed.2d 52 (1990), Branti v. Finkel, 445 U.S. 507, 100 S.Ct. 1287, 63 L.Ed.2d 574 (1980), and Elrod v. Burns, 427 U.S. 347, 96 S.Ct. 2673, 49 L.Ed.2d 547 (1976), the Supreme Court has developed principles under the First Amendment prohibiting the hiring and firing of employees on a partisan political basis, but the Court has not developed such principles under the Equal Protection Clause, nor has it extended these First Amendment principles to the area of public contracts. "); Labalokie v. Capitol Area Interm. Unit, 926 F. Supp. 503, 507 (M.D. Pa. 1996) ("Clearly, partisan politics lies at the very core of our democratic process, and just as clear is the notion that permitting those who hold public office to employ independent contractors based on political party affiliation provides an effective method to implement the administrations' program. Policy implementation is just as important as policymaking"); " Downtown Auto Parks, Inc. v. City of Milwaukee, 938 F.2d 705, 708 (7th Cir. 1991;POTENTIAL SPLIT But see, McBee v. Jim Hogg County, 730 F.2d 1009, 1026-18 (5th Cir. 1984) ("The spoils system, which views public employment as pure political patronage, inhibits the free functioning of the electoral process. 'Conditioning public employment on partisan support prevents support of competing political interest.' By holding a public employee's job hostage to his political activities or affiliation, the rebirth of the spoils system sanctioned by the majority allows an incumbent or a victorious challenger to accomplish indirectly what neither could legally do by mandate: the coercion of political support from the public employee."); Elrod v. Burns, 427 U.S. 347, 357 (1976) ("Patronage, therefore, to the extent it compels or restrains belief and association, is inimical to the process which undergirds our system of government and is "at war with the deeper traditions of democracy embodied in the First Amendment." Illinois State Employees Union v. Lewis, 473 F.2d, at 576. "); SPLITS CONTINUED But see, Umbehr v. McClure, 44 F.3d 876, 879-80 (10th Cir. 1995) (This Court outlined cases in other of other jurisdictions where independent contractors may be eliminated based on the exercise of First Amendment liberties including speech criticizing politicians or political groups, and came to the opposite conclusion by protecting independent contractors for political criticism.).  It appears there is a split. The Court in Umbehr v. McClure, 44 F.3d 876, 879-80 (10th Cir. 1995) noted , ( A"number of courts have held that governments may award or terminate public contracts on the basis of political affiliation or support. See Triad Assocs., Inc. v. Chicago Hous. Auth.,892 F.2d 583 (7th Cir. 1989) (holding that independent contractor claiming loss of and denial of contracts because of political affiliation was not protected by First Amendment), cert. denied,498 U.S. 845, 111 S.Ct. 129, 112 L.Ed.2d 97 (1990); LaFalce v. Houston,712 F.2d 292 (7th Cir. 1983) (holding that independent contractor claiming denial of public contract because of political affiliation was not protected by First Amendment), cert. denied, 464 U.S. 1044, 104 S.Ct. 712, 79 L.Ed.2d 175 (1984; Horn v. Kean,796 F.2d 668 (3d Cir. 1986) (en banc) (holding that independent contractors whose contracts were terminated following a change in administration were not protected by the First Amendment)(emphasis to show our Circuit rules the wrong way in favor of corruption and the partial application of the rule of law by government money and partial backing); Sweeney v. Bond,669 F.2d 542, 545 (8th Cir.) (holding that fee agents who were not employees but were "`more in the nature of independent contractors'" who were dismissed following a change in administration were not protected by the First Amendment); Ambrose v. Knotts,865 F. Supp. 342, 345 (S.D.W.Va. Oct. 17, 1994) (holding that independent contractor claiming termination of contract in retaliation for petition was not protected by First Amendment); O'Hare Truck Serv., Inc. v. City of Northlake,843 F. Supp. 1231, 1234 (N.D.Ill. 1994) (holding that independent contractor claiming removal from city towing rotation list because of political affiliation was not protected by First Amendment); Inner City Leasing and Trucking Co. v. City of Gary,759 F. Supp. 461, 464 (N.D.Ind. 1990) (holding that independent contractor claiming termination of contract because of political affiliation not protected by First Amendment); MEDCARE HMO v. Bradley,788 F. Supp. 1460, 1464-66 (N.D.Ill. 1992) (holding that independent contractor claiming termination of contract

because of lobbying and other political activities not protected by First Amendment); see also Lundblad v. Celeste,874 F.2d 1097, 1102 (6th Cir.), vacated,882 F.2d 207 (6th Cir. 1989), reinstated in pertinent part,924 F.2d 627 (6th Cir. 1991) (en banc) (holding that it was not clearly established that independent contractor claiming denial of public contract because of political affiliation was protected under First Amendment), cert. denied,501 U.S. 1250, 111 S.Ct. 2889, 115 L.Ed.2d 1054 (1991). But see Horn,796 F.2d at 680-85 (Gibbons, Sloviter, Mansmannt, Stapleton, JJ., dissenting) (rejecting view that independent contractors can be treated differently than employees for First Amendment purposes).

I think the third circuit does protect employees firing like the 5th circuit. 6th, 7th, 8th 10th  are unfavorable too.

From research state pensions social security may be eliminated with little protections too.

Not only do I believe state, county, local government agents and agencies are in jeopardy to be eliminated for automation, but I think there's a plan to wipe out their social security and pensions too. 100 years of case law do not protect government pensions or social security.  See, the dicta in *Weinberger v. Salfi*, 422 U.S. 749, 772 (1975)"); "Like Social Security, and unlike most private pension plans, railroad retirement benefits **are not contractual**. Congress may alter, and even eliminate, them at any time." This should change to protect those who accept social security, government pay as government employees and government pensions.  Also see, *Frisbie v. United States*, 157 U.S. 160, 166 (1895) ("The pension granted by the government is a matter of bounty. "No pensioner has a vested legal right to his pension. Pensions are the bounties of the government, which Congress has the right to give, withhold, distribute, or recall, at its discretion. *Walton v. Cotton*, 19 How. 355." *United States v. Teller*, 107 U.S. 64, 68.Congress being at liberty to give or withhold a pension, may prescribe who shall receive it, and determine all the circumstances and conditions under which any application therefor shall be prosecuted. No man has a legal right to a pension, and no man has a legal right to interfere in the matter of obtaining pensions for himself or others. The whole control of that matter is within the domain of Congressional power. United States v. Hall, 98 U.S. 343.") Federal pay and federal pensions of contracted employees should be protected under the Contracts Clause to prevent impending harm. Without federal employees, there is no federal government.

Thank you for helping me with the annotations and shepherds report for one case.

I think that I will put aside my other concerns. Please do not think less if me if I sue trump again to protect federal funding to pay you to prevent planned automation too.

Thank you Galen.

Very truly,

Meg


1A justice roberts order feb 26 2024 response due.pdf
44.6kB


1B trump's appeal.pdf
274.1kB

From: Meg Kelly (meghankellyesq@yahoo.com)

To: nsmith@aclu.org; osarabia@aclu.org; aspitzer@acludc.org; smichelman@acludc.org; lgelernt@aclu.org; ...o@aclu.org; agorski@aclu.org; ojadwat@aclu.org; hshamsi@aclu.org; ptoomey@aclu.org; strivedi@democracyforward.org; bgirard@democracyforward.org; mwaldman@democracyforward.org; srich@democracyforward.org; sperryman@democracyforward.org; awiggins@democracyforward.org; cwofsy@aclu.org; mngo@aclu.org; abhishek.kambli@usdoj.gov; august.flentje@usdoj.gov; christina.p.greer@usdoj.gov; drew.c.ensign@usdoj.gov

Cc: meghankellyesq@yahoo.com; ryan.costa@delaware.gov; david.weiss@usdoj.gov; supremectbriefs@usdoj.gov; info@attorneygeneral.gov; usapae.usattorney@usdoj.gov; iadams@sidley.com; tmastro@gmail.com; margaret.naylor@delaware.gov; julie.veroff@doj.ca.gov; supremectbriefs@usdoj.gov; jessie.alloway@alaska.gov; henry.whitaker@myfloridalegal.com; edmund.lacour@alabamaag.gov; ccarr@law.ga.gov; josh.turner@ag.idaho.gov; alan.hurst@ag.idaho.gov; eric.wessan@ag.iowa.gov; anthony.powell@ag.ks.gov; justin.matheny@ago.ms.gov; samuel.freedlund@ago.mo.gov; josh.divine@ago.mo.gov; anthony.j.galdieri@doj.nh.gov; eric.hamilton@nebraska.gov; peter.torstensen@mt.gov; pjaxt@nd.gov; garry.gaskins@oag.ok.gov; esmith@scag.gov; spurser@agutah.gov; paul.swedlund@state.sd.us; lane.polozola@atg.wa.gov; joshua.bendor@azag.gov; rebekah.newman@ilag.gov; michael.casper@doj.oregon.gov; katherine.dirks@mass.gov; yael.shavit@mass.gov; elizabeth.carnes-flynn@mass.gov; nathaniel.j.hyman@mass.gov; rabia.muqaddam@ag.ny.gov; molly.thomas-jensen@ag.ny.gov; gina.bull@ag.ny.gov; lucia.choi@doj.ca.gov; michael.newman@doj.ca.gov; srividya.panchalam@doj.ca.gov; james.stanley@doj.ca.gov; natasha.reyes@doj.ca.gov; david.d.day@hawaii.gov; kaliko.d.fernandes@hawaii.gov; ewan.rayner@hawaii.gov

Date: Thursday, March 20, 2025 at 11:20 AM EDT

Good morning,

My name is Meghan Kelly. I emailed you yesterday about the matter 25-00766 without providing a case number. I tried to call various numbers you provided in your pleading to contact you by phone yesterday but kept getting a machine. I am not an attorney in DC. I placed my license on retired years ago. I am acting pro se.

Early this morning, I left a message on whether you the plaintiffs may petition concerning President Trump and Congress's impermissible threats to impeach the judge in your trial forum to affect the outcome of your case by a threatened forum, a threatened appellate forum and a threatened USSC forum also in violation of separation of powers. Art I, Art II, Art III, US Amend I, V.

I copy my opponent in DE, though I seek to protect his position, pay, pension and bank account too.

I copy the other side in 25-766 to get their position on an amicus brief and IFP Motion due to religious beliefs and poverty creating a substantial burden to my access to the courts.

There appears to be a split in the circuit on government contracts and disposal of government employees based on politics. Case law does not appear to protect social security or pensions either. (MK Side note, That means case law must change or someone must petition to change it.) See,

There is so much harm schemed but you have standing to protect judges, their family and petitioners from impermissible threats from two branches to commandeer the only branch that protects individuals and individual liberty from being sacrificed for the fickle ever changing fads of the mob under the lie the vote is consent to eliminate all freedom for the guise of common good, when it is bad naughty.

So, I left a message asking your stance on an amicus brief should you not assert due process and right to petition violations?

Thank you for your kind consideration. I will also have to file an IFP motion if I do this. I am not sure if interjecting in DC is what I will do, but I am asking in case it is the only means available to preserve the rule of law, to preserve these United States by defending the impartiality and independence of the courts.

The attorney generals are in danger too. I have an idea to fully fund the government without stealing from Peter to pay Paul too I placed on the record in another court.

I would prefer to argue this in DE, but a shut down did not occur which would have granted me standing.

I previously stated:
55. There is a way to create money without stealing from Peter to pay Paul as President Lincoln successfully did previously and President Kennedy tried to do. President Lincoln created debt free, interest free money by signing the Act of Feb.25, 1862, ch. 33 § 1, 12 stat. 345.28. President Kennedy signed FR 5605, Exec. Order No. 11110, which also created money without debt or interest, albeit after he was murdered it was withdrawn. president Lincoln was able to pay soldiers who fought in the civil war money without enslaving the people to debt to create it unjustly through compelled involuntary servitude.
56. The United States Supreme Court indicated President Lincoln's paper money was constitutional, overturning a prior case. In Knox v Lee, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in Hepburn v. Griswold, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash, which is designed to eliminate people staff to automation.
57. A court must compel the President and the Treasury to Defendants to coin money without debt and interest under 31 U.S.C. § 5112 (k) to pay off the national debt in full and to pay for federal employees and the operations of the federal government for all sums exceeding the budget given the exigent circumstances.
58. 31 U.S.C. § 5112 (k) allows the Secretary of the Treasury to coin money through the platinum bullion without debt and interest by her discretion, not the Federal Reserve.
59. The Courts should find it an abuse of discretion not to fund the judiciary [or the government] while funding the President's pay and congressional pay. The Courts should find it an abuse of discretion to be enslaved to any debt to be controlled not free to whomever the government owes.
...
62. The US Supreme court in Knox indicated it is permissible to create money out of nothing to fully pay off debts. It is freedom not debt created money that is the treasure.
63. 31 U.S.C. § 5112 (k) provides: "(k) The Secretary may mint and issue platinum bullion coins and proof platinum coins in accordance with such specifications, designs, varieties, quantities, denominations, and inscriptions as the Secretary, in the Secretary's discretion, may prescribe from time to time."

Ryan you know I believe is sin and that God damns to hell those who create money out of debt secured partially based on other people's deposits, from 10 percent reserves to zero, plus interest. See Ezekiel 18:13 to confirm the bible teaches people go to hell for lending out at a profit instead of mere return of collateral without repentance. (Hence the planned borrowing subscription economy violates my religious beliefs on steroids where no one owns anything and pretends to be happy so they are not taken out of their misery and killed, citing WEF 2016 article with my own side notes cutting through the fluff) Money creation by enslaving people to debt that cannot be paid back by design even if gold backed it in part like it did around 2000 BC in Babylon. They could not nor can we pull gold out of thin air to allow for the payment in interest in full. People say it is hard to understand because it is made not to logically work out to sustain the debt to sustain slavery control on a people who are products not free. Let us clean our hands and coin correctly to care for not control others."

Maybe Plaintiffs may use 31 U.S.C. § 5112 (k) in an argument that others need not be substantially burdened by payments to care for and protect due process rights of immigrants who should be deemed innocent until proven otherwise in accord with due process. Hypocritic use of God's name while violating God's law in a forced government backed religion by Trump should not be permitted either. For one example see, Leviticus 19:33-34 ("33 "When a foreigner resides among you in your land, do not mistreat them. 34 The foreigner residing among you must be treated as your native-born. Love them as yourself, for you were foreigners in Egypt. I am the Lord your God.")

I copy and paste from my affidavit filed last in another court.

54. Someone must sue to compel the President and Treasury to coin correctly freely not out of slavery debt to entice law makers and Presidents to incite debt by war, job corps,

sicknesses or other pain to keep the debt creation money rolling to enrich pockets of their partners unjustly, while patting their own back or the public back for job creation, a scam of the money creation. There should be no privatization of the government or partnerships.

55. There is a way to create money without stealing from Peter to pay Paul as President Lincoln successfully did previously and the public knows. President Lincoln created debt free, interest free money by signing the Act of Feb.25, 1862, ch. 33 § 1, 12 stat. 345.28. President Kennedy signed FR 5605, Exec. Order No. 11110, which also created money without debt or interest, albeit after he was murdered it was withdrawn. president Lincoln was able to pay soldiers who fought in the civil war money without enslaving the people to debt to create it unjustly through compelled involuntary servitude.

56. The United States Supreme Court indicated President Lincoln's paper money was constitutional, overturning a prior case. In Knox v Lee, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in Hepburn v. Griswold, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash, which is designed to eliminate people staff to automation.

57. A court must compel the President and the Treasury to Defendants to coin money without debt and interest under 31 U.S.C. § 5112 (k) to pay off the national debt in full and to pay for federal employees and the operations of the federal government for all sums exceeding the budget given the exigent circumstances.

58. 31 U.S.C. § 5112 (k) allows the Secretary of the Treasury to coin money through the platinum bullion without debt and interest by her discretion, not the Federal Reserve.

59. The Courts should find it an abuse of discretion not to fund the judiciary while funding the President's pay and congressional pay. The Courts should find it an abuse of discretion to be enslaved to any debt to be controlled free to whomever the government owes.

60. Even if the courts do not yet separate the government from science and private partnerships yet, so it may restrain private people from enslaving and sacrificing others under the lie of public good, the courts may consider requiring the President and Treasurer fully fund its branch and itself to prevent a schemed overthrow with colluders within the government who attack the government.

61. Sin hurts my heart. Other people's sins too. It makes me care to do something about it in hopes the sinner does not harm others, die to be doomed to hell.

62. The US Supreme court in Knox indicated it is permissible to create money out of nothing to fully pay off debts. It is freedom not debt created money that is the treasure.

63. 31 U.S.C. § 5112 (k) provides: "(k) The Secretary may mint and issue platinum bullion coins and proof platinum coins in accordance with such specifications, designs, varieties, quantities, denominations, and inscriptions as the Secretary, in the Secretary's discretion, may prescribe from time to time."

Ryan  you know I believe is sin and that God damns to hell those who create money out of debt secured partially based on other people's deposits, from 10 percent reserves to zero, plus interest. See Ezekiel 18:13 to confirm the bible teaches people go to hell for lending out at a profit instead of mere return of collateral without repentance. (Hence the planned borrowing subscription economy violates my religious beliefs on steroids where no one owns anything and pretends to be happy so they are not taken out of their misery and killed, citing WEF 2016 article with my own side notes cutting through the fluff)  Money creation by enslaving people to debt that cannot be paid back by design even if gold backed it in part like it did around 2000 BC in Babylon. They could not nor can we pull gold out of thin air to allow for the payment in interest in full. People say it is hard to understand because it is made not to logically work out to sustain the debt to sustain slavery control on a people who are products not free. Let us clean our hands and coin correctly to care for not control others.

The Court is the only forum that avaiuls protection for religious and other excercise of beliefs that do not conform to the traditions of men, like mine. Matthew 7:7-9

I am hoping plaintiffs step up to protect the only fair impartial forum, and if not I ask both plaintiffs and defendants their stance should I file permission IFP and Amicus Brief to protect the forum that makes this nation already great.

Even the courts alluded that congress may have no power to use their power to affect the outcome of cases before it in violation of not only separation of powers but the right to petition fairly. See what I wrote the USSC which ignored:
 " Congress through its attorney Todd Garvey even conceded this USSC may limit its investigatory power to protect the superseding rights 1st and 5th Am right to pet. coupled with DP in cases and controversies so as not to threaten and commandeer the Courts. Art I, Art III. In Congress's Contempt power and the enforcement of congressional subpoenas: Law, History, Practice and procedure, in Congressional Research service dated May 12, 2017 at page 4 by Citing Sinclair v. United States, 279 U.S. 263, 295 (1929), holding, "It may be conceded that Congress is without authority to compel disclosure for the purpose of aiding the prosecution of pending suits; but the authority of that body, directly or through its committees to require pertinent disclosures in aid of its own constitutional power is not abridged because the information sought to be elicited may also be of use in such suits." Id  I asked this USSC to make this the limit by law to prevent threats towards judges, their wives, their kids or themselves by Congress's improper use of investigatory or impeachment powers to commandeer the court in violation of separation of Article I and Article III powers where congress seeks to act in place of Art III judges and in violation of my 1st and 5th Am rights as applied." unfortunately the USSC denied my petitions of consideration.

Congress is not Art III judge. Congressional Research services, Congress's Contempt power and enforcement of congressional subpoenas: Law, History, Practice and Procedure, by Todd Garvey legislative Attorney May 12, 2017 Congress appears to seek to use the purse strings like a mobster by extortion by penalties against the courts and those who give them power petitioners attorney generals by alluding "....

The other two branches scheme to control the judiciary, to eliminate it to shower the laws that prevents this nation from dissolution by economic, physical and social control like the devil via temptations espoused by misguided Hamilton in Federalist 78, to eliminate all freedom for business rewarding sustaining pain to sustain profit streams, and unlawful debt creation of money backed and securitized by other people's souls, the land and resources in our schemed to be slave nation should the courts not save us from demise.

The founders taught no man may have absolute discretion or be their own judge.
See, Federalist 10 "No man is allowed to be a judge in his own cause, because his interest would certainly bias his judgment, and, not improbably, corrupt his integrity. With equal, nay with greater reason, a body of men are unfit to be both judges and parties at the same time; yet what are many of the most important acts of legislation, but so many judicial determinations, not indeed concerning the rights of single persons, but concerning the rights of large bodies of citizens? And what are the different classes of legislators but advocates and parties to the causes which they determine? Is a law proposed concerning private debts? It is a question to which the creditors are parties on one side and the debtors on the other. Justice ought to hold the balance between them." When courts balance Constitutional authority and restraints it must uphold the express purpose this Country was founded to protect life and liberty not to sacrifice it for the mark of the beast, lawless lusts leading to hell including avoidance of costs, material gain, convenience, comforts, positions, power and other vain desires if not restrained or repented of.

Federalist 80 "No man ought certainly to be a judge in his own cause, or in any cause in respect to which he has the least interest or bias. This principle has no inconsiderable weight in designating the federal courts as the proper tribunals for the determination of controversies between different States and their citizens.")

The Founders left England to prevent tyrant reign by kings and law makers.  case law should restrain Presidents for acting like the devil in Isaiah 14, by being his own God, judge and guide unrestrained by love or the just rule of law to restrain and tame the beast sin, lawlessness that damns business greed to prevent human sacrifice and slavery.

Williams v. Pennsylvania, 579 U.S. 1, (2016) ("Due process guarantees an absence of actual bias on the part of a judge." U.S.C.A. Const.Amend. 14.); Id at 8–9, (2016) Citing Murchison, 349 U.S., at 136–137, ("This objective risk of bias is reflected in the due process maxim that "no man can *9 be a judge in his own case and no man is permitted to try cases where he has an interest **1906 in the outcome." Id, at 136, 75 S.Ct. 623.); Caperton v. A.T. Massey Coal Co., 556 U.S. 868, (2009) ("In deciding whether probability of actual bias on part of judge is too high to be constitutionally tolerable, court's inquiry is objective one, that asks not whether judge is actually, subjectively biased, but whether average judge in judge's position is likely to be neutral, or whether there is unconstitutional potential for bias.") Id. ("There is serious risk of actual bias, based on objective and reasonable perceptions, when person with personal stake in particular case had significant and disproportionate influence in placing judge on case by raising funds or by directing judge's election campaign when case was pending or imminent.")

I do not want to file an amicus brief, but if no one steps up, I seek to do what is right.

I may provide additional evidence of a schemed overthrow not merely an economic change, with no corporate structures to implement the change called beneficial entities.  Upon information and belief, the corporate entities I used to work on called bankruptcy remote entities will facilitate the overthrow.

I pray I can persuade both sides to stop it.

Please let me know your position on an amicus brief. I understand my position conflict with past case law in DC court, but I should be permitted to indicate how to improve on errant misguided or distinguished decisions to sust...

On an aside, I copy witnesses in case I should be threatened por attacked based on my viewpoint of speech in petitions or religious beliefs since I have been attacked before.

I also asked state attorney generals to file friends of court or interplead in this case, despite my religious objections and due process objections to amicus briefs in that they unfairly substantially burden common folk or poor people from being disadvantaged due to unaffordable costs of serving and printing or researching to rebut amicus briefs.

There are exceptions to the rule, where there is a risk of eliminating an impartial forum by two bullying branches to prevent a schemed overthrow of the rule of law that protects our freedom.

I copy them. I hope plaintiffs or attorney generals step up on this issue, but if not please tell me your stance on an amicus brief please.

Thank you. Have a good day.

Very truly,
Meg

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** julie.veroff@doj.ca.gov <julie.veroff@doj.ca.gov>; SUPREMECTBRIEFS@USDOJ.GOV <supremectbriefs@usdoj.gov>; jessie.alloway@alaska.gov <jessie.alloway@alaska.gov>; henry.whitaker@myfloridalegal.com <henry.whitaker@myfloridalegal.com>; Edmund.LaCour@AlabamaAG.gov <edmund.lacour@alabamaag.gov>; ccarr@law.ga.gov <ccarr@law.ga.gov>; Josh.Turner@ag.idaho.gov <josh.turner@ag.idaho.gov>; Alan.Hurst@ag.idaho.gov <alan.hurst@ag.idaho.gov>; eric.wessan@ag.iowa.gov <eric.wessan@ag.iowa.gov>; Anthony.Powell@ag.ks.gov <anthony.powell@ag.ks.gov>; justin.matheny@ago.ms.gov <justin.matheny@ago.ms.gov>; samuel.freedlund@ago.mo.gov <samuel.freedlund@ago.mo.gov>; Josh.Divine@ago.mo.gov <josh.divine@ago.mo.gov>; anthony.j.galdieri@doj.nh.gov <anthony.j.galdieri@doj.nh.gov>; eric.hamilton@nebraska.gov <eric.hamilton@nebraska.gov>; Peter.Torstensen@mt.gov <peter.torstensen@mt.gov>; pjaxt@md.gov <pjaxt@md.gov>; Garry.Gaskins@oag.ok.gov <garry.gaskins@oag.ok.gov>; esmith@scag.gov <esmith@scag.gov>; Spurser@agutah.gov <spurser@agutah.gov>; paul.swedlund@state.sd.us <paul.swedlund@state.sd.us>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; Attorneygeneral Info <info@attorneygeneral.gov>; Ike Adams <iadams@sidley.com>; Tim Mastrogiacomo <tmastro@gmail.com>; Matthew <matthewkosiorek@comcast.net>; Bradd Grossman <braddgrossman@gmail.com>; usapam.contact@usdoj.gov <usapam.contact@usdoj.gov>; aura.faer@doj.ca.gov <aura.faer@doj.ca.gov>; alex.hemmer@ilag.gov <alex.hemmer@ilag.gov>; Angela.Cai@njoag.gov <angela.cai@njoag.gov>; katherine.dirks@mass.gov <katherine.dirks@mass.gov>; Joshua.Bendor@azag.gov <joshua.bendor@azag.gov>; Shannon.Stevenson@coag.gov <shannon.stevenson@coag.gov>; Michael.skold@ct.gov <michael.skold@ct.gov>; ian.liston@delaware.gov <ian.liston@delaware.gov>; Andrew.mendrala@dc.gov <andrew.mendrala@dc.gov>; kaliko.d.fernandes@hawaii.gov <kaliko.d.fernandes@hawaii.gov>; jason.anton@maine.gov <jason.anton@maine.gov>; akirschner@oag.state.md.us <akirschner@oag.state.md.us>; Banghart-LinnL@michigan.gov <banghart-linnl@michigan.gov>; liz.kramer@ag.state.mn.us <liz.kramer@ag.state.mn.us>; HStern@ag.nv.gov <hstern@ag.nv.gov>; dmosteller@ncdoj.gov <dmosteller@ncdoj.gov>; asamant@nmdoj.gov <asamant@nmdoj.gov>; Tina.BeattyWalters@doj.oregon.gov <tina.beattywalters@doj.oregon.gov>; Jonathan.rose@vermont.gov <jonathan.rose@vermont.gov>; Meghan Kelly <megkellyesq@yahoo.com>; Darin McCann <darin.mccann@coastalpoint.com>; Cris Barrish <cbarrish@whyy.org>; Glenn Rolphe <grolfe@newszap.com>
**Sent:** Tuesday, March 11, 2025 at 02:55:10 PM EDT
**Subject:** Eliminating lawyers to eliminate the law for a time of lawlessness that tempts people to give into temptation or lose the necessities of life only to lose eternal life in hell/super bad

Exhibit 8 B is where I show evidence to eliminate lawyers. You have to scroll down.

https://www.supremecourt.gov/
DocketPDF/23/23-7372/330502/20241028234829331_1%20App%20A%20Orders%20App%20B%20congress%20commandeering%20App%20B%20exhibit%208%20scheme%20to%20overthrow%20by%20eliminate%20rule%20of%20law%20civ%20rts.pdf

There really is a plan to eliminate attorney generals and other petitioners to eliminate the rule of law that restrains public and private peoples from committing human sacrifice or slavery. I actually believe they scheme a time of lawlessness tempting humanity to give into scientific physical, social, economic pressures to be controlled by their desires not free not lay down their desires without substantial burdens to do what is right, misleading them to harm themselves and one another only to lose of eternal life in hell to gain a potentially subpar shoddy part of the world. It makes sense to me how the temptations will damn humanity to hell without attorney generals restraining even presidents. Attorney generals are being attacked though. We need the courts to protect you. There are Congressional attorney service articles attacking you too. I previously forwarded one to my opponent.

In 2016 nonlawyers were lawyering in DE. I complained to everyone and no one did anything about it. So, I ran for office and lost in 2018. I discovered plans to eliminate not only lawyers but judges too. In China they have peopless courts.

You are in danger, I may email you next week for books or stuff showing I believe your positions, pay, pensions and even bank accounts are in danger. :(

Here's an article I drafted in the paper trying to prevent the nonlawyers from lawyering messing up the chain of title in real estate in DE. I appear to be invisible and boring, but you are esteemed and respected. You have the power to protect the rule of law that sustains these United States from very real dissolution. I am so discouraged, but maybe you are the heroes we need.
https://www.coastalpoint.com/opinion/letter-candidate-discusses-title-companies-issues/article_9d1130dd-3671-5ee2-b11e-e3497a389cdd.html

On an aside, in the Middle Strict of PA, a family member related by affinity was President Judge, my Uncles' Uncle, Judge Conaboy, related to the cousin who was murdered when I was in la school by poison. Judge Richard P. Conaboy | Middle District of Pennsylvania | United States District Court



**Judge Richard P. Conaboy | Middle District of Pennsylvania | United Stat...**

I might show you how a congressional attorney also cites or attacks attorney generals to be tools of submission instead of free thinking, impartial, independent, free advocates of what is right not biased towards whoever threatens or rewards them no longer free but slaves.

Thank you,
Meg

 App B exhibit 8 scheme to overthrow by eliminate rule of law civ rts.pdf
21.6MB

 0 docket sheet-2.pdf
458.5kB

## Position Ryan Costa/Fw: Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

From: Meg Kelly (meghankellyesq@yahoo.com)

To: ryan.costa@delaware.gov

Cc: david.weiss@usdoj.gov; meghankellyesq@yahoo.com; usapae.usattorney@usdoj.gov; info@attorneygeneral.gov; margaret.naylor@delaware.gov; matthewkosiorek@comcast.net; anthony.sodroski@pacourts.us; harriet.brumberg@pacourts.us

Date: Saturday, February 22, 2025 at 08:43 PM EST

Ryan,

David Weiss is no longer with the DOJ. State, counties and local governments are next on the chopping block for planned subpar automation.

Your pay, pension and livelihood are all in danger, same as teachers, cops, prison guards, doctors, nurses, universities and colleges and others. There are plans I take seriously to unravel.

I have your back even if you tan my behind. You are absolutely in danger too not just federal employees. I am copying David Weiss because whoever is in his office will face me, and before God and man I seek to protect my opponents position and pay too. There's a plan to automate the law, to eliminate people judges. I already showed you there are peopleless courts in China. i want to protect US Attorney Generals too.

PA eliminated sitting US AGs too. Everyone in all states have not been appointed and confirmed yet to tempt them to be partial or risk losing their potential positions. It's more than a month out, and no US AG has been properly confirmed since David Weiss left.

I am seriously thinking about suing Trump and Bessent to require they coin through the trillion dollar coin to fully fund the government. I may have to wait until the Fed touches funding that affects me, but that is scheduled to happen soon.

What is your position if I write a motion to reopen in our case with leave and time to sue Trump and Bessent first. That way I can safeguard your pay and position, and allow for time for Richard to hopefully overturn his case to potentially represent me.

You have nothing to lose. I averred repeatedly and alluded to it in Kelly v Trump my belief of the crash and schemed overthrow down the line.

Anthony and Harriet, I absolutely believe your pension and pay will be affected, and I want to require funding what is due without stealing from Peter to pay Paul to try to prevent you from losing everything too.

If I am taken out work together to save what makes this nation already great you, the rule of law that protects life and liberty not sacrificing it for the mark of the beast material gain. matthew 6:24. Human slavery and sacrifice even of one is bad, naughty and never good.

I copy and paste from my affidavit filed last ryan.

54. Someone must sue to compel the President and Treasury to coin correctly freely not out of slavery debt to entice law makers and Presidents to incite debt by war, job corps, sicknesses or other pain to keep the debt creation money rolling to enrich pockets of their partners unjustly, while patting their own backs for enslaving the people by the pretty words job creation. There should be no privatization of the government or partnerships.
55. There is a way to create money without stealing from Peter to pay Paul as President Lincoln successfully did previously and President Kennedy tried to do. President Lincoln created debt free, interest free money by signing the Act of Feb.25, 1862, ch. 33 § 1, 12 stat. 345.28. President Kennedy signed FR 5605, Exec. Order No. 11110, which also created money without debt or interest, albeit after he was murdered it was withdrawn. president Lincoln was able to pay soldiers who fought in the civil war money without enslaving the people to debt to create it unjustly through compelled involuntary servitude.
56. The United States Supreme Court indicated President Lincoln's paper money was constitutional, overturning a prior case. In Knox v Lee, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in Hepburn v. Griswold, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash, which is designed to eliminate people staff to automation.
57. A court must compel the President and the Treasury to Defendants to coin money without debt and interest under 31 U.S.C. § 5112 (k) to pay off the national debt in full and to pay for federal employees and the operations of the federal government for all sums exceeding the budget given the exigent circumstances.
58. 31 U.S.C. § 5112 (k) allows the Secretary of the Treasury to coin money through the platinum bullion without debt and interest by her discretion, not the Federal Reserve.
59. The Courts should find it an abuse of discretion not to fund the judiciary while funding the President's pay and congressional pay. The Courts should find it an abuse of discretion to be enslaved to any debt to be controlled not free to whomever the government owes.
60. Even if the courts do not yet separate the government from science and private partnerships yet, so it may restrain private people from enslaving and sacrificing others under the

lie of public good, the courts may consider requiring the President and Treasurer fully fund its branch and itself to prevent a schemed overthrow with colluders within the government who attack the government.

61. Sin hurts my heart. Other people's sins too. It makes me care to do something about it in hopes the sinner does not harm others, die to be doomed to hell.

62. The US Supreme court in Knox indicated it is permissible to create money out of nothing to fully pay off debts. It is freedom not debt created money that is the treasure.

63. 31 U.S.C. § 5112 (k) provides: "(k) The Secretary may mint and issue platinum bullion coins and proof platinum coins in accordance with such specifications, designs, varieties, quantities, denominations, and inscriptions as the Secretary, in the Secretary's discretion, may prescribe from time to time."

Ryan  you know I believe in sin and that God damns to hell those who create money out of debt secured partially based on other people's deposits, from 10 percent reserves to zero, plus interest. See Ezekiel 18:13 to confirm the bible teaches people go to hell for lending out at a profit instead of mere return of collateral without repentance. (Hence the planned borrowing subscription economy violates my religious beliefs on steroids where no one owns anything and pretends to be happy so they are not taken out of their misery and killed, citing WEF 2016 article with my own side notes cutting through the fluff)  Money creation by enslaving people to debt that cannot be paid back by design even if gold backed it in part like it did around 2000 BC in Babylon. They could not nor can we pull gold out of thin air to allow for the payment in interest in full. People say it is hard to understand because it is made not to logically work out to sustain the debt to sustain slavery control on a people who are products not free. Let us clean our hands and coin correctly to care for not control others.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** david.weiss@usdoj.gov <david.weiss@usdoj.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Friday, August 20, 2021 at 04:41:23 PM EDT
**Subject:** Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

Dear Honorable US Attorney General David Weiss,

I hope you choose to balance the branches in court with kind correction and guidance to preserve our government.

You have many different options to save the world with your position as United States Attorney General.

You know that everyone's pensions and retirement are tied to debt, resold in the form of stocks, empty bubbles that appear more valuable by stock buy backs and manipulative reselling in bulk transactions.

There is an intentional preventable stock market crash that will disarm our government of the power of the purse strings before taking over government power to the misbehaving private partners of government.

We are in danger and respectfully request your help to save the world .

Criminal theories should you seek to reverse a crash that already occurred. Possibly allege a Ponzi scheme. The banks and stock market resell debt they do not have capital to pay for. Deflations enrich the common man by making his money and savings buy more, while harming banks who make money off of the misery of others in desperate need forcing them to become slaves to debt and interest. The federal reserve is run by the banks, with federal backing to save the banks not the customers.  It is lawless, with no government oversight. The Great Depression and the  2008 recession were manufactured by the banks for the benefits of the banks. Can you brain storm a ponzi theory with the banks and stock market, not to pursue revenge but a change and correction, to care for the people?

Please take the power of the government to coin for the profit of private industry back to the government to care for the people, not exploit them for private industries and entities too.

Can you think of a second criminal theory.

In Delaware wolves, CEOs, Members, officials insulated from entities are taking bonuses and high salaries and hiding it in off shore accounts, essentially robbing our elderly of pensions before a crash occurs. You could use criminal theories related to fiduciary roles to possibly take back the money. You see how the super rich are getting richer even though, true value is diminishing since businesses have been closed, employees laid off. It doesn't make sense.

Attached please find Lincoln and Kennedy's executive orders to care for the people with the coining power, not feed the people's fat, their labor to wolves, by enslaving them to debt and interest, a tax by the banks.

I have other ideas, but I am drained. I am concerned that I may die during this pandemic.  So, I have a fire in my belly to ask you for help, in case it may be too late to ask.  Forgive me if I have typos or do not make sense.  I think that you are the hope of the world.

Attached, please find a pdf version I found online of the Fourth industrial revolution, the 2017 update is longer. In addition, to a book that explains banking issues. You can key search it to show banks create money out of nothingness, and get not only that money back in their pockets, but the interest too. The government should coin to care for the people, without interest, and to fully fund the government.

I hope you have a nice weekend.

Thank you for considering being our hero, and the hero of the world.  I hope you stay healthy and alive. We need you.

Very truly,
Meg

 The Creature From Jekyll Island.pdf
6.8MB

 The_Fourth_Industrial_Revolution_pdf.pdf
1.6MB

 Lincoln's act westlaw.pdf
210.7kB

 President Kennedy's debt free interest free money.pdf
145.2kB

Fw: Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

From: Meg Kelly (meghankellyesq@yahoo.com)

To: michael.casper@doj.oregon.gov; rebekah.newman@ilag.gov; joshua.bendor@azag.gov; lane.polozola@atg.wa.gov

Cc: meghankellyesq@yahoo.com

Date: Thursday, March 13, 2025 at 05:27 PM EDT



fyi
I know that you have a very important case, and I am rooting for you to uphold and protect the Constitution and birth right citizenship.

Place these concerns on the back burner.

You are our hope of a hero.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** julie.veroff@doj.ca.gov <julie.veroff@doj.ca.gov>; SUPREMECTBRIEFS@USDOJ.GOV <supremectbriefs@usdoj.gov>; jessie.alloway@alaska.gov <jessie.alloway@alaska.gov>; henry.whitaker@myfloridalegal.com <henry.whitaker@myfloridalegal.com>; Edmund.LaCour@AlabamaAG.gov <edmund.lacour@alabamaag.gov>; ccarr@law.ga.gov <ccarr@law.ga.gov>; Josh.Turner@ag.idaho.gov <josh.turner@ag.idaho.gov>; Alan.Hurst@ag.idaho.gov <alan.hurst@ag.idaho.gov>; eric.wessan@ag.iowa.gov <eric.wessan@ag.iowa.gov>; Anthony.Powell@ag.ks.gov <anthony.powell@ag.ks.gov>; justin.matheny@ago.ms.gov <justin.matheny@ago.ms.gov>; samuel.freedlund@ago.mo.gov <samuel.freedlund@ago.mo.gov>; Josh.Divine@ago.mo.gov <josh.divine@ago.mo.gov>; anthony.j.galdieri@doj.nh.gov <anthony.j.galdieri@doj.nh.gov>; eric.hamilton@nebraska.gov <eric.hamilton@nebraska.gov>; Peter.Torstensen@mt.gov <peter.torstensen@mt.gov>; pjaxt@nd.gov <pjaxt@nd.gov>; Garry.Gaskins@oag.ok.gov <garry.gaskins@oag.ok.gov>; esmith@scag.gov <esmith@scag.gov>; Spurser@agutah.gov <spurser@agutah.gov>; paul.swedlund@state.sd.us <paul.swedlund@state.sd.us>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>
**Sent:** Tuesday, March 11, 2025 at 12:26:32 PM EDT
**Subject:** Fw: Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

Thank you for your consideration.

If you have any ideas how I can protect your positions, please let me or my opponent Ryan know.

I think you getting booby trapped to believing money is the solution when the new economy carbon/credit debit enslaves you far worse. Both Biden/Trump/Trump's kid are in the know and have attended colluding planning at the WEF. We are in DE the source of all corporate corruption in the universe and patents to control not care for the world. That gives us the capacity to potentially prevent the overthrow should the Prince of Patent law at the Federal court or the King of Corporate law the Chancery Court serve humanity not sacrifice it to gain the world by sustaining environmental data to create money out of environmental debt under the lie more money will fix it, when it rewards and sustains more harm for more cha ching debt created money by carbon credit creation.

There are other books that allude to eliminating you, but there is time. Banks are scheduled to default on March 14. March 15 is when the budget default will allegedly occur.

The republican plan will eliminate state and local cops for a military state for homeland security. Funding to the states will be eliminated by the budget by design even if it passes. The scheme is to defund the government, to privately control the resources to control the government to make it not free but sold, to eliminate the government. See Club of Rome book 2054.

Trump through treasurer bessent has the power to fully coin out of nothing because Congress delegated it to them by the trillion dollar coin. Anything he says may be deception.  All this pain is preventable and reversible.  Do not trust him or the other side. Both sides have dirty hands. You are attorney generals and can clean them and save them from themselves not destroy them. That is special. You are worthy of protection. The rule of law in 1791 not 1776 is what founded, sustains and maintains these United States, not money and might. Without the petition, there is no rule of law in a civilized forum.

You are in danger. :(
With concern and love,
Meg

Thank you,
Meg
----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** david.weiss@usdoj.gov <david.weiss@usdoj.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Friday, August 20, 2021 at 04:41:23 PM EDT
**Subject:** Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

Dear Honorable US Attorney General David Weiss,

I hope you choose to balance the branches in court with kind correction and guidance to preserve our government.

You have many different options to save the world with your position as United States Attorney General.

You know that everyone's pensions and retirement are tied to debt, resold in the form of stocks, empty bubbles that appear more valuable by stock buy backs and manipulative reselling in bulk transactions.

There is an intentional preventable stock market crash that will disarm our government of the power of the purse strings before taking over government power to the misbehaving private partners of government.

We are in danger and respectfully request your help to save the world .

Criminal theories should you seek to reverse a crash that already occurred. Possibly allege a Ponzi scheme. The banks and stock market resell debt they do not have capital to pay for. Deflations enrich the common man by making his money and savings buy more, while harming banks who made money off of the misery of others in desperate need forcing them to become slaves to debt and interest. The federal reserve is run by the banks, with federal backing to save the banks not the customers. It is lawless, with no government oversight. The Great Depression and the 2008 recession were manufactured by the banks for the benefits of the banks. Can you brain storm a ponzi theory with the banks and stock market, not to pursue revenge but a change and correction, to care for the people?

Please take the power of the government to coin for the profit of private industry back to the government to care for the people, not exploit them for private industries and entities too.

Can you think of a second criminal theory.

In Delaware wolves, CEOs, Members, officials insulated from entities are taking bonuses and high salaries and hiding it in off shore accounts, essentially robbing our elderly of pensions before a crash occurs. You could use criminal theories related to fiduciary roles to possibly take back the money. You see how the super rich are getting richer even though, true value is diminishing since businesses have been closed, employees laid off. It doesn't make sense.

Attached please find Lincoln and Kennedy's executive orders to care for the people with the coining power, not feed the people's fat, their labor to wolves, by enslaving them to debt and interest, a tax by the banks.

I have other ideas, but I am drained. I am concerned that I may die during this pandemic.  So, I have a fire in my belly to ask you for help, in case it may be too late to ask.  Forgive me if I have typos or do not make sense.   I think that you are the hope of the world.

Attached, please find a pdf version I found online of the Fourth industrial revolution, the 2017 update is longer. In addition, to a book that explains banking issues. You can key search it to show banks create money out of nothingness, and get not only that money back in their pockets, but the interest too. The government should coin to care for the people, without interest, and to fully fund the government.

I hope you have a nice weekend.

Thank you for considering being our hero, and the hero of the world.  I hope you stay healthy and alive. We need you.

Very truly,
Meg

 The Creature From Jekyll Island.pdf
6.8MB

 The_Fourth_Industrial_Revolution_pdf.pdf
1.6MB

 Lincoln's act westlaw.pdf
210.7kB

 President Kennedy's debt free interest free money.pdf
145.2kB

From: Meg Kelly (meghankellyesq@yahoo.com)

To: julie.veroff@doj.ca.gov; supremectbriefs@usdoj.gov; jessie.alloway@alaska.gov; henry.whitaker@myfloridalegal.com; edmund.lacour@alabamaag.gov; ccarr@law.ga.gov; josh.turner@ag.idaho.gov; alan.hurst@ag.idaho.gov; eric.wessan@ag.iowa.gov; anthony.powell@ag.ks.gov; justin.matheny@ago.ms.gov; samuel.freedlund@ago.mo.gov; josh.divine@ago.mo.gov; anthony.j.galdieri@doj.nh.gov; eric.hamilton@nebraska.gov; peter.torstensen@mt.gov; pjaxt@nd.gov; garry.gaskins@oag.ok.gov; esmith@scag.gov; spurser@agutah.gov; paul.swedlund@state.sd.us; ryan.costa@delaware.gov; meghankellyesq@yahoo.com

Date: Tuesday, March 11, 2025 at 12:03 PM EDT

fyi

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Kendra.Johnson@state.de.us <kendra.johnson@state.de.us>; debra.heffernan@state.de.us <debra.heffernan@state.de.us>; Ray.Seigfried@state.de.us <ray.seigfried@state.de.us>; Quinton.Johnson@state.de.us <quinton.johnson@state.de.us>; Kevin.Hensley@state.de.us <kevin.hensley@state.de.us>; Sean.Matthews@state.de.us <sean.matthews@state.de.us>; jeff.spiegelman@state.de.us <jeff.spiegelman@state.de.us>; Krista.Griffith@state.de.us <krista.griffith@state.de.us>; John.L.Mitchell@state.de.us <john.l.mitchell@state.de.us>; Peter.Schwartzkopf@state.de.us <peter.schwartzkopf@state.de.us>; Valerie.Longhurst@state.de.us <valerie.longhurst@state.de.us>; FranklinD.Cooke@state.de.us <franklind.cooke@state.de.us>; Nnamdi.Chukwuocha@state.de.us <nnamdi.chukwuocha@state.de.us>; Melissa.MinorBrown@state.de.us <melissa.minorbrown@state.de.us>; David.Bentz@state.de.us <david.bentz@state.de.us>; kimberly.williams@state.de.us <kimberly.williams@state.de.us>; Michael.Ramone@state.de.us <michael.ramone@state.de.us>; Michael.F.Smith@state.de.us <michael.f.smith@state.de.us>; Paul.Baumbach@state.de.us <paul.baumbach@state.de.us>; Edward.Osienski@state.de.us <edward.osienski@state.de.us>; John.Kowalko@state.de.us <john.kowalko@state.de.us>; John.Viola@state.de.us <john.viola@state.de.us>; Earl.Jaques@state.de.us <earl.jaques@state.de.us>; William.Carson@state.de.us <william.carson@state.de.us>; William.Bush@state.de.us <william.bush@state.de.us>; Shannon.Morris@state.de.us <shannon.morris@state.de.us>; Sean.Lynn@state.de.us <sean.lynn@state.de.us>; andria.bennett@state.de.us <andria.bennett@state.de.us>; charles.postles@state.de.us <charles.postles@state.de.us>; Lyndon.Yearick@state.de.us <lyndon.yearick@state.de.us>; Jesse.Vanderwende@state.de.us <jesse.vanderwende@state.de.us>; Bryan.Shupe@state.de.us <bryan.shupe@state.de.us>; Ruth.BriggsKing@state.de.us <ruth.briggsking@state.de.us>; Ronald.Gray@state.de.us <ronald.gray@state.de.us>; Daniel.Short@state.de.us <daniel.short@state.de.us>; Timothy.Dukes@state.de.us <timothy.dukes@state.de.us>; R.Collins@state.de.us <r.collins@state.de.us>; jessica.borky@delaware.gov <jessica.borky@delaware.goc>; emily.david@delaware.gov <emily.david@delaware.gov>; darin.mccann@coastalpoint.com <darin.mccann@coastalpoint.com>; grolfe@newszap.com <grolfe@newszap.com>; ltgov@delaware.gov <ltgov@delaware.gov>; dean.hall274@gmail.com <dean.hall274@gmail.com>; ashley.brown@irsd.k12.de.us <ashley.brown@irsd.k12.de.us>; cbarrish@whyy.org <cbarrish@whyy.org>; matthewkosiorek@comcast.net <matthewkosiorek@comcast.net>; lwvde@comcast.net <lwvde@comcast.net>; sebastian.wigley@mail.house.gov <sebastian.wigley@mail.house.gov>; steve.koncar@house.mail.gov <steve.koncar@house.mail.gov>; steve.chabot@mail.house.gov <steve.chabot@mail.house.gov>; stacie.burton@yahoo.com <stacie.burton@yahoo.com>; rep.bencline@mail.house.gov <rep.bencline@mail.house.gov>; president@duq.edu <president@duq.edu>; ohi0ima@mail.house.gov <ohi0ima@mail.house.gov>; lieu.staff@mail.house.gov <lieu.staff@mail.house.gov>; kyle.rush@mail.house.gov <kyle.rush@mail.house.gov>; janice.bashford@mail.house.gov <janice.bashford@mail.house.gov>; house.jdems@mail.house.gov <house.jdems@mail.house.gov>; brian.garcia2@mail.house.gov <brian.garcia2@mail.house.gov>
**Cc:** Veronica Escober <jaqueline.sanchez@mail.house.gov>; Mckayla Braden <mckayla.braden@gmail.com>; Rep Martha Roby <luke.mcknight@mail.house.gov>; Lucy Mcbeth <matthew.golden@mail.house.gov>; Joe Neguse <emma.salas@mail.house.gov>; Jane Hovington <jehovahrohi@aol.com>; zoe.orrick@mail.house.gov; zoe.orrick@mail.house.gov <zoe.orrick@mail.house.gov>; Hakeem Jeffries <zoe.orick@mail.house.gov>; wchandler@wsgr.com <wchandler@wsgr.com>; Henry C Hank Johnson <tyrone.hankerson@mail.house.gov>; Pramila Jayapal Washington <sophie.bodlovich@mail.house.gov>; W Greg Steube <reginald.darby@mail.house.gov>; Shelia Jackson Lee <michael.pender@mail.house.gov>; mbraden@bakerlaw.com <mbraden@bakerlaw.com>; Andy Biggs <kate.laborde@mail.house.gov>; Debbie Lesko <john.zwaanstra@mail.house.gov>; Mike Johnson <hayden.hayes@mail.house.gov>; Matt Gaetz <dawn.mcarble@mail.house.gov>; David N Ciciline <carrick.heilferty@mail.house.gov>; Louie Gohmert <caralee.conklin@mail.house.gov>; John Ratcliffe <caleb.culver@mail.house.gov>; Ken Buck <brittany.yanick@mail.house.gov>; Val Butler Demings <brittan.robinson@mail.house.gov>; Zoe Lofren Representative California <arlet.adrahamian@mail.house.gov>; Madeline Dean <anneliese.israel@mail.house.gov>; andrea.anaya@mail.house.gov <andrea.anaya@mail.house.gov>; J luis correa Representative <alysa.buckler@mail.house.gov>
**Sent:** Tuesday, February 25, 2025 at 07:45:08 PM EST
**Subject:** Re: Position Ryan Costa/Fw: Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

Good evening,

Your government pensions and pay are not protected either. Your bank accounts are not protected in full at least or at all if FDIC is eliminated.See, the dicta in *Weinberger v. Salfi*, 422 U.S. 749, 772 (1975)"); "Like Social Security, and unlike most private pension plans, railroad retirement benefits **are not contractual**. Congress may alter, and even eliminate, them at any time." This should change to protect those who accept social security, government pay as government employees and government pensions.  Also see, *Frisbie v. United States*, 157 U.S. 160, 166 (1895) ("The pension granted by the government is a matter of bounty. "No pensioner has a vested legal right to his pension. Pensions are the bounties of the government, which Congress has the right to give, withhold, distribute, or recall, at its discretion. *Walton v. Cotton*, 19 How. 355." *United States v. Teller*, 107 U.S. 64, 68.Congress being at liberty to give or withhold a pension, may prescribe who shall receive it, and determine all the circumstances and conditions under which any application therefor shall be prosecuted. No man has a legal right to a pension, and no man has a legal right to interfere in the matter of obtaining pensions for himself or others. The whole control of that matter is within the domain of Congressional power. United States v. Hall, 98 U.S. 343.") Federal pay and federal pensions of contracted employees should be protected under the Contracts Clause to prevent impending harm. Without federal employees, there is no federal government.

There is an overthrow schemed. It is not a mere economic system change.

I believe your government is in trouble. My religious objections to money creation by borrowing it into existence to enslave the government officials to be enslaved to sin and death in hell by making mammon God, material gain by sacrificing and enslaving those they purport to serve but exploit may offer me unique standing to temporally compel the president and Bessent to coin lawfully without enslaving itself and its people to those it owes. The government may coin without borrowing to fully fund your pensions, pay, social security should a default occur.

16.     The US Supreme Court once announced, "It is wise to remember that the taxing and licensing power is a dangerous and potent weapon which, in the hands of unscrupulous or bigoted men, could be used to suppress freedoms and destroy religion unless it is kept within appropriate bounds. " Follett v. McCormick, 321 U.S. 573, 579 (1944)(emphasis intended).

        17.     The licensing power should not be used to eliminate my religious beliefs, even if the majority and the state believes differently than I do.

        18.     I have religious beliefs against the improper way money is coined and distributed which may grant me standing in another case to reverse or prevent an economic crash.

        19.     I have religious beliefs against debt.  Money is coined out of debt by banks through fractional reserve or as of 2020 no reserves.  Money is also coined through the federal reserve because Congress wrongly gave its coining power away to banks who gain more profit the worse off and more debt we are in.  There is a conflict of interest.

        20.     The government should not have any debt.  The government should not require taxes either.  If the Federal government coined without enslaving the people to pay it back with interest to the banks, the government would protect freedom. US Amend XIII.

        21.     Under Article I, Section 8, Clause 5: "[The Congress shall have Power . . . ] To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measure."

        22.     Congress wrongly gave away its coining power to the banks.  The banks create money out of debt violating the 13th amendment by compelled servitude to pay the debt plus interest.  This makes money master to pay for freedom from bondage to debt  misleading people to hell.  The Federal Reserve has made money a commodity to buy and sell instead of a tool to serve the people as a means of exchange. Congress should determine the value of money, not banks who manipulate interest for self gain.

        23.     Congress should take its coining power back, and should not borrow in violation of the 13th Amendment despite the fact Article I, Section 8, Clause 1: permits  congress to create taxes "to pay the Debts and provide for the common Defense and general Welfare of the United States."

        24.     If Congress coined money without enslaving the people and the government to debt, it would not require taxes to pay off debt.  There would be no debt.  The Government could coin money correctly to serve as opposed to enslave the people while protecting their liberty to buy and sell as they choose with the limit of just laws to prevent oppression, slavery, killing, stealing and destroying of others to serve the bottom line.  The government would coin based on need, not exploitation to serve business greed.

        25.     Money should be the government's servant by coining without debt and interest to care for not control a free people. Presidents Lincoln and President attempted to coin correctly.

        26.     While President Jackson still used small state banks, he was correct about national banks.  The Government should not be enslaved to any debt, nor should it enslave its

people to pay debt. In my complaint I proposed the government pay off all its debt by coining without interest and debt to prevent the elimination of fiat currency and the transition to Central Bank Digital Currency which will be requiring banks to lend out what they have instead of creating money out of the fractional reserve ponzi scheme.

27. The Central banks are not loyal to the governments. 91 or more Central banks have entered an agreement Network for Greening the Financial System ("NGFS") under a carbon debt plan that allows the banks not the governments to enslave governments, entities and people based on involuntary compelled debt. [1] The Central banks appear to be acting in concert to enslave governments to debt and credits, ruling over them by controlling money, making money guide and God of governments. The governments should be concerned with caring for the people while protecting the people's liberties.[2] Instead, governments will be tempted to sacrifice liberties and the lives of the people under the lie of sustaining the world.

banks should not have the power to borrow money into existence enslaving governments and people.
the banks function is dumb to create currency instead of the government to be controlled by those who make more profit on interest the worse off the government and people are. In turn the government is tempted to be enslaved to sin and death in hell by sustaining problems to sustain the slavery job creation to sell alleged solutions made to cause more problems to require more debt created money to fund marketing aka science to sell more bad products and services into infinity. It is damnable sin.

US Supreme Court held. "We said in Tiffany v. National Bank of Missouri, 18 Wall. 409, that national banks "were established for the purpose, in part, of providing a currency for the whole country, and in part to create a market for the loans of the general government. It could not have been intended, therefore, to expose them to the hazard of unfriendly legislation by the States, or to ruinous competition with state banks."

The language of the Revised Statutes is that national banks "may take, receive, reserve and charge on any loan . . . upon any note . . . interest allowed by the laws of the State, Territory or district" where located, "and no more, except that where by the laws of any State a different rate is limited for banks of issue organized under state laws, the rate so limited shall be allowed for associations organized or existing in any such State under this title."

Daggs v. Phoenix National Bank, 177 U.S. 549, 555 (1900)

This purpose is folly. The government must coin to care not enslave and control the people.

None of the US Attorney Generals have been appointed and confirmed yet. So they are sitting attorney generals meaning they are beholden to Trump until they get confirmed.

Case law may have a split in the circuits as to whether you can fire appointed peoples. So even if they get confirmed as US AGs in districts of DE and PA and so forth, even if they are loyal to Trump, Trump may change his mind about what is loyalty should they contest any potentially unconstitutional conduct. This would be a real implementation of justice in violation of equal protections where those who agree with Trump are above the constitution or criminal laws in cases enforced by US AGs unfairly.

Third circuit is unfavorable to protecting freedom but serves the mark of the beast business greed unrestrained from sacrifice and slavery and tyrannical loyalty to elected officials. this is evil not good.
I do not have easy access to case law to discern if the split was resolved yet.

This was from 2023 news: "Thus, the *Pickering* balancing test would apply to such a retaliatory action. We realize that this decision places us squarely in conflict with several other circuits, a posture we do not adopt lightly. We also agree with the Seventh and Third Circuits that this is an area in which Supreme Court guidance is particularly needed."
*Umbehr v. McClure*, 44 F.3d 876, 883 (10th Cir. 1995)

A number of other courts have held that governments may award or terminate public contracts on the basis of political affiliation or support. See Triad Assocs., Inc. v. Chicago Hous. Auth., 892 F.2d 583 (7th Cir. 1989) (holding that independent contractor claiming loss and denial of contracts because of political affiliation was not protected by First Amendment), cert. denied, 498 U.S. 845, 111 S.Ct. 129, 112 L.Ed.2d 97 (1990); LaFalce v. Houston, 712 F.2d 292 (7th Cir. 1983) (holding that independent contractor claiming denial of public contract because of political affiliation was not protected by First Amendment), cert. denied, 464 U.S. 1044, 104 S.Ct. 712, 79 L.Ed.2d 175 (1984); Horn v. Kean, 796 F.2d 668 (3d Cir. 1986) (en banc) (holding that independent contractors whose contracts were terminated following a change in administration were not protected by the First Amendment); Sweeney v. Bond, 669 F.2d 542, 545 (8th Cir.) (holding that fee agents who were not employees but were "more in the nature of independent contractors" who were dismissed following a change in administration were not protected by the First Amendment), cert. denied, 459 U.S. 878, 103 S.Ct. 174, 74 L.Ed.2d 143 (1982); Ambrose v. Knotts, 865 F. Supp. 342, 345 (S.D.W.Va. Oct. 17, 1994) (holding that independent contractor claiming termination of contract in retaliation for petition was not protected by First Amendment); O'Hare Truck Serv., Inc. v. City of Northlake, 843 F. Supp. 1231, 1234 (N.D.Ill. 1994) (holding that independent contractor claiming removal from city towing rotation list because of political affiliation was not protected by First Amendment); Inner City Leasing and Trucking Co. v. City of Gary, 759 F. Supp. 461, 464 (N.D.Ind. 1990) (holding that independent contractor claiming termination of contract because of political affiliation not protected by First Amendment); MEDCARE HMO v. Bradley, 788 F. Supp. 1460, 1464-66 (N.D.Ill. 1992) (holding that independent contractor claiming termination of contract because of lobbying and other political activities not protected by First Amendment); see also Lundblad v. Celeste, 874 F.2d 1097, 1102 (6th Cir.), vacated, 882 F.2d 207 (6th Cir. 1989), reinstated in pertinent part, 924 F.2d 627 (6th Cir. 1991) (en banc) (holding that it was not clearly established that independent contractor claiming denial of public contract because of political affiliation was protected under First Amendment), cert. denied, 501 U.S. 1250, 111 S.Ct. 2889, 115 L.Ed.2d 1054 (1991). But see Horn, 796 F.2d at 680-85 (Gibbons, Sloviter, Mansmann, Stapleton, JJ., dissenting) (rejecting view that independent contractors can be treated differently than employees for First Amendment purposes).

Our own circuit has suggested, without analysis, that independent contractors do enjoy protection against retaliation for the exercise of First Amendment rights. Abercrombie, 896 F.2d at 1233. In Abercrombie, the Plaintiff was the owner of a wrecker business who received referrals from the City of Catoosa police chief. The Plaintiff had received all wrecker referrals from the police for a period of time, but after testifying in court as a witness in a suit against the city, he no longer received all wrecker referrals; instead he shared them with another wrecker company. After campaigning on behalf of a mayoral candidate running against the incumbent mayor, the Plaintiff was removed entirely from the police department's wrecker rotation log. He brought a section 1983 action against the city, the police chief, and the mayor, claiming, inter alia, that he had been deprived of a property interest without due process and that Defendants had retaliated against him for the exercise of his First Amendment rights.
Umbehr v. McClure, 44 F.3d 876, 879-80 (10th Cir. 1995)

Lundblad v. Celeste, 924 F.2d 627, 628 (6th Cir. 1991);(" We conclude that no legal principles developed under the Equal Protection Clause "clearly establish" that state officials may not award public contracts on the basis of partisan politics or party affiliation. In Rutan v. Republican Party of Illinois, ___ U.S. ___, 110 S.Ct. 2729, 111 L.Ed.2d 52 (1990), Branti v. Finkel, 445 U.S. 507, 100 S.Ct. 1287, 63 L.Ed.2d 574 (1980), and Elrod v. Burns, 427 U.S. 347, 96 S.Ct. 2673, 49 L.Ed.2d 547 (1976), the Supreme Court has developed principles under the First Amendment prohibiting the hiring and firing of employees on a partisan political basis, but the Court has not developed such principles under the Equal Protection Clause, nor has it extended these First Amendment principles to the area of public contracts. "); Labalokie v. Capitol Area Interm. Unit, 926 F. Supp. 503, 507 (M.D. Pa. 1996) ("Clearly, partisan politics lies at the very core of our democratic process, and just as clear is the notion that permitting those who hold public office to employ independent contractors based on political party affiliation provides an effective method to implement the administrations' program. Policy implementation is just as important as policymaking); " Downtown Auto Parks, Inc. v. City of Milwaukee, 938 F.2d 705, 708 (7th Cir. 1991);POTENTIAL SPLIT But see, McBee v. Jim Hogg County, 730 F.2d 1009, 1026-18 (5th Cir. 1984) ("The spoils system, which views public employment as pure political patronage, inhibits the free functioning of the electoral process. 'Conditioning public employment on partisan support prevents support of competing political interest.' By holding a public employee's job hostage to his political activities or affiliation, the rebirth of the spoils system sanctioned by the majority allows an incumbent or a victorious challenger to accomplish indirectly what neither could legally do by mandate: the coercion of political support from the public employee."); Elrod v. Burns, 427 U.S. 347, 357 (1976) ("Patronage, therefore, to the extent it compels or restrains belief and association, is inimical to the process which undergirds our system of government and is "at war with the deeper traditions of democracy embodied in the First Amendment." Illinois State Employees Union v. Lewis, 473 F.2d, at 576. "); SPLITS CONTINUED But see, Umbehr v. McClure, 44 F.3d 876, 879-80 (10th Cir. 1995) (This Court outlined cases in other of other jurisdictions where independent contractors may be eliminated based on the exercise of First Amendment liberties including speech criticizing politicians or political groups, and came to the opposite conclusion by protecting independent contractors for political criticism.). It appears there is a split. The Court in Umbehr v. McClure, 44 F.3d 876, 879-80 (10th Cir. 1995) noted, ( A"number of courts have held that governments may award or terminate public contracts on the basis of political affiliation or support. See Triad Assocs., Inc. v. Chicago Hous. Auth.,892 F.2d 583 (7th Cir. 1989) (holding that independent contractor claiming loss of and denial of contracts because of political affiliation was not protected by First Amendment), cert. denied,498 U.S. 845, 111 S.Ct. 129, 112 L.Ed.2d 97 (1990); LaFalce v. Houston,712 F.2d 292 (7th Cir. 1983) (holding that independent contractor claiming denial of public contract because of political affiliation was not protected by First Amendment), cert. denied, 464 U.S. 1044, 104 S.Ct. 712, 79 L.Ed.2d 175 (1984); Horn v. Kean,796 F.2d 668 (3d Cir. 1986) (en banc) (holding that independent contractors whose contracts were terminated following a change in administration were not protected by the First Amendment)(emphasis to show our Circuit rules the wrong way in favor of corruption and the partial application of the rule of law by government money and partial backing); Sweeney v. Bond,669 F.2d 542, 545 (8th Cir.) (holding that fee agents who were not employees but were "more in the nature of independent contractors"' who were dismissed following a change in administration were not protected by the First Amendment; Ambrose v. Knotts,865 F. Supp. 342, 345 (S.D.W.Va. Oct. 17, 1994) (holding that independent contractor claiming termination of contract in retaliation for petition was not protected by First Amendment); O'Hare Truck Serv., Inc. v. City of Northlake,843 F. Supp. 1231, 1234 (N.D.Ill. 1994) (holding that independent contractor claiming removal from city towing rotation list because of political affiliation was not protected by First Amendment); Inner City Leasing and Trucking Co. v. City of Gary,759 F. Supp. 461, 464 (N.D.Ind. 1990) (holding that independent contractor claiming termination of contract because of political affiliation not protected by First Amendment); MEDCARE HMO v. Bradley,788 F. Supp. 1460, 1464-66 (N.D.Ill. 1992) (holding that independent contractor claiming termination of contract because of lobbying and other political activities not protected by First Amendment); see also Lundblad v. Celeste,874 F.2d 1097, 1102 (6th Cir.), vacated,882 F.2d 207 (6th Cir. 1989), reinstated in pertinent part,924 F.2d 627 (6th Cir. 1991) (en banc) (holding that it was not clearly established that independent contractor claiming denial of public contract because of political affiliation was protected under First Amendment), cert. denied,501 U.S. 1250, 111 S.Ct. 2889, 115 L.Ed.2d 1054 (1991). But see Horn,796 F.2d at 680-85 (Gibbons, Sloviter, Mansmann, Stapleton, JJ., dissenting) (rejecting view that independent contractors can be treated differently than employees for First Amendment purposes).

On a side note I believe people go to hell for teaching the lies creating unjust lawlessness that eliminates freedom: 1 that business is freedom and 2 that contract is freedom. No it is bondage to evil people who unjustly use wealth, connections, power or position to force their will be done like the lawless one the devil in Isaiah 14 if unrestrained by just laws to prevent human sacrifice and slavery NOT REWARD profiting by causing it. That is the mark of beast, aka sin, aka lawlessness and my God teaches enslaved to sin and death in hell are those blinded by the desire to care for their own they sustain pain, harm or enslave others to increase earning or other profit streams. Not knowing and delegation of duties is damnable guilt not innocence.I don't want people to harm others, thinking they help others, only to die to be damned to hell for getting it wrong. I believe court correction prevents condemnation. I believe when we repent by turning away from being the evil in our thinking and doing we are saved from sin and death in hell.

Lobbyists are talking about eliminating the government by coining the Bible of the law instead unless the blood of the innocent people must comply or die of want unrestrained by any law, just business greed which I averred is the mark of the beast if unrestrained from just decrees to protect individual lives and free will.

Good night. I am writing imperfectly because you are on the chopping block down the line. Let's take away the hatchet and coin correctly.

thank you
meg

On Sunday, February 23, 2025 at 05:33:32 PM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Good evening,

I believe that state, county and local government pay, pensions and positions will be vitiated next.

I have a plan to fully fund the government.

I am not acting as an attorney but acting pro se to assert the right to petition in accord with due process.

I think injustice occurs for two reasons 1. the government colludes with private partners instead of governing and guiding. The governments hands cannot clean its partners hands when its own hands are dirty, and 2. Money is created out of debt, securitized by fractional reserves risking depositors property, not the bankers, plus charging interest on debt that cannot be paid back by design. Since all money is borrowed into existence since about 4,000 years ago per the first recorded bank in Babylon.

Instead of creating a government as a market and coining to enslave and control, we could actual protect life and liberty with the limit no one is free to enslave and sacrifice another under the lie of the public good, collective good, welfare or so on. Human slavery or sacrifice of even one is always naughty, bad not good.

Just like the federal government is letting go of agencies and funding I believe this will happen to you soon.

Please hold off on thinking about increasing taxes. Do not amend the laws to allow more immediate increases in school funding. That would actually lose funding by pushing people out of their owns through foreclosures as unaffordable, making fewer tax payers in bulk, since bank owned and REOs likely pay no school taxes.

There is a plan to eliminate brick and mortar schools for dumbed down slavery of life long learners to use people as products. It eliminates freedom by economic pressures.

Please hold off on the temptation to increase taxes please. We would not need any taxes period if we coined correctly.

On an aside, none of the US Attorney Gnerals in state offices have been nominated or confirmed. In DE just like PA they eliminated US AGs like David Weiss quietly. They sitting US AGs who are tempted to be partial towards trump in order to gain their position through nomination and confirmation of the senate. Trump may not even do that. He is sitting on it. It is not likely any of them would restrain Trump when their positions have not been secured yet.

States may face Contract clause case whereas the contract clause does not apply to the Federal governments, albeit due process or equal protections are considerations at the federal level.

I believe the debt provisions and contract clause provisions will be used to enslave the government and allow for its dissolution down the line if someone does not put their foot down to coin correctly. That someone might be me. I just hope the court does not place their foot towards my butt to kick a case out.

Please do not increase taxes. I am acting in good faith.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Costa Ryan (DOJ) <ryan.costa@delaware.gov>
**Cc:** david.weiss@usdoj.gov <david.weiss@usdoj.gov>; Meg Kelly <meghankellyesq@yahoo.com>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; Attorneygeneral Info <info@attorneygeneral.gov>; Naylor Margaret (Courts) <margaret.naylor@delaware.gov>; Matthew <matthewkosiorek@comcast.net>; Anthony Sodroski <anthony.sodroski@pacourts.us>; Harriet Brumberg <harriet.brumberg@pacourts.us>
**Sent:** Saturday, February 22, 2025 at 08:43:29 PM EST
**Subject:** Position Ryan Costa/Fw: Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

Ryan,

David Weiss is no longer with the DOJ. State, counties and local governments are next on the chopping block for planned subpar automation.

Your pay, pension and livelihood are all in danger, same as teachers, cops, prison guards, doctors, nurses, universities and colleges and others. There are plans I take seriously to unravel.

I have your back even if you tan my behind. You are absolutely in danger too not just federal employees. I am copying David Weiss because whoever is in his office will face me, and before God and man I seek to protect my opponents position and pay too. There's a plan to automate the law, to eliminate people judges. I already showed you there are peopleless courts in China. i want to protect US Attorney Generals too.

PA eliminated sitting US AGs too. Everyone in all states have not been appointed and confirmed yet to tempt them to be partial or risk losing their potential positions. It's more than a month out, and no US AG has been properly confirmed since David Weiss left.

I am seriously thinking about suing Trump and Bessent to require they coin through the trillion dollar coin to fully fund the government. I may have to wait until the Fed touches funding that affects me, but that is scheduled to happen soon.

What is your position if I wrote a motion to reopen in our case with leave and time to sue Trump and Bessent first. That way I can safeguard your pay and position, and allow for time for Richard to hopefully overturn his case to potentially represent me.

You have nothing to lose. I averred repeatedly and alluded to it in Kelly v Trump my belief of the crash and schemed overthrow down the line.

Anthony and Harriet, I absolutely believe your pension and pay will be affected, and I want to require funding what is due without stealing from Peter to pay Paul to try to prevent you from losing everything too.

If I am taken out work together to save what makes this nation already great you, the rule of law that protects life and liberty not sacrificing it for the mark of the beast material gain. matthew 6:24. Human slavery and sacrifice even of one is bad, naughty and never good.

I copy and paste from my affidavit filed last ryan.

54. Someone must sue to compel the President and Treasury to coin correctly freely
not out of slavery debt to entice law makers and Presidents to incite debt by war, job corps,
sicknesses or other pain to keep the debt creation money rolling to enrich pockets of their
partners unjustly, while patting their own backs for enslaving the people by the pretty words job
creation. There should be no privatization of the government or partnerships.
55. There is a way to create money without stealing from Peter to pay Paul as
President Lincoln successfully did previously and President Kennedy tried to do. President
Lincoln created debt free, interest free money by signing the Act of Feb.25, 1862, ch. 33 § 1, 12
stat. 345.28. President Kennedy signed FR 5605, Exec. Order No. 11110, which also created
money without debt or interest, albeit after he was murdered it was withdrawn. president Lincoln
was able to pay soldiers who fought in the civil war money without enslaving the people to debt
to create it unjustly through compelled involuntary servitude.

56. The United States Supreme Court indicated President Lincoln's paper money was constitutional, overturning a prior case. In Knox v. Lee, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in Hepburn v. Griswold, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash, which is designed to eliminate people staff to automation.

57. A court must compel the President and the Treasury to Defendants to coin money without debt and interest under 31 U.S.C. § 5112 (k) to pay off the national debt in full and to pay for federal employees and the operations of the federal government for all sums exceeding the budget given the exigent circumstances.

58. 31 U.S.C. § 5112 (k) allows the Secretary of the Treasury to coin money through the platinum bullion without debt and interest by her discretion, not the Federal Reserve.

59. The Courts should find it an abuse of discretion not to fund the judiciary while funding the President's pay and congressional pay. The Courts should find it an abuse of discretion to be enslaved to any debt to be controlled not free to whomever the government owes.

60. Even if the courts do not yet separate the government from science and private partnerships yet, so it may restrain private people from enslaving and sacrificing others under the lie of public good, the courts may consider requiring the President and Treasurer fully fund its branch and itself to prevent a schemed overthrow with colluders within the government who attack the government.

61. Sin hurts my heart. Other people's sins too. It makes me care to do something about it in hopes the sinner does not harm others, die to be doomed to hell.

62. The US Supreme court in Knox indicated it is permissible to create money out of nothing to fully pay off debts. It is freedom not debt created money that is the treasure.

63. 31 U.S.C. § 5112 (k) provides: "(k) The Secretary may mint and issue platinum bullion coins and proof platinum coins in accordance with such specifications, designs, varieties, quantities, denominations, and inscriptions as the Secretary, in the Secretary's discretion, may prescribe from time to time."

Ryan  you know I believe is sin and that God damns to hell those who create money out of debt secured partially based on other people's deposits, from 10 percent reserves to zero, plus interest. See Ezekiel 18:13 to confirm the bible teaches people go to hell for lending out at a profit instead of mere return of collateral without repentance. (Hence the planned borrowing subscription economy violates my religious beliefs on steroids where no one owns anything and pretends to be happy so they are not taken out of their misery and killed, citing WEF 2016 article with my own side notes cutting through the fluff) Money creation by enslaving people to debt that cannot be paid back by design even if gold backed it in part like it did around 2000 BC in Babylon. They could not nor can we pull gold out of thin air to allow for the payment in interest in full. People say it is hard to understand because it is made not to logically work out to sustain the debt to sustain slavery control on a people who are products not free. Let us clean our hands and coin correctly to care for not control others.

Thank you,
Meg
----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** david.weiss@usdoj.gov <david.weiss@usdoj.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Friday, August 20, 2021 at 04:41:23 PM EDT
**Subject:** Other ideas to save the baby boomers/David Weiss our hope of a hero to save the world

Dear Honorable US Attorney General David Weiss,

I hope you choose to balance the branches in court with kind correction and guidance to preserve our government.

You have many different options to save the world with your position as United States Attorney General.

You know that everyone's pensions and retirement are tied to debt, resold in the form of stocks, empty bubbles that appear more valuable by stock buy backs and manipulative reselling in bulk transactions.

There is an intentional preventable stock market crash that will disarm our government of the power of the purse strings before taking over government power to the misbehaving private partners of government.

We are in danger and respectfully request your help to save the world .

Criminal theories should you seek to reverse a crash that already occurred. Possibly allege a Ponzi scheme. The banks and stock market resell debt they do not have capital to pay for. Deflations enrich the common man by making his money and savings buy more, while harming banks who make money off the misery of others in desperate need forcing them to become slaves to debt and interest. The federal reserve is run by the banks, with federal backing to save the banks not the customers.  It is lawless, with no government oversight. The Great Depression and the  2008 recession were manufactured by the banks for the benefits of the banks. Can you brain storm a ponzi theory with the banks and stock market, not to pursue revenge but a change and correction, to care for the people?

Please take the power of the government to coin for the profit of private industry back to the government to care for the people, not exploit them for private industries and entities too.

Can you think of a second criminal theory.

In Delaware wolves, CEOs, Members, officials insulated from entities are taking bonuses and high salaries and hiding it off shore accounts, essentially robbing our elderly of pensions before a crash occurs. You could use criminal theories related to fiduciary roles to possibly take back the money. You see how the super rich are getting richer even though, true value is diminishing since businesses have been closed, employees laid off. It doesn't make sense.

Attached please find Lincoln and Kennedy's executive orders to care for the people with the coining power, not feed the people's fat, their labor to wolves, by enslaving them to debt and interest, a tax by the banks.

I have other ideas, but I am drained. I am concerned that I may die during this pandemic.  So, I have a fire in my belly to ask you for help, in case it may be too late to ask.  Forgive me if I have typos or do not make sense.   I think that you are the hope of the world.

Attached, please find a pdf version I found online of the Fourth industrial revolution, the 2017 update is longer. In addition, to a book that explains banking issues. You can key search it to show banks create money out of nothingness, and get not only that money back in their pockets, but the interest too. The government should coin to care for the people, without interest, and to fully fund the government.

I hope you have a nice weekend.

Thank you for considering being our hero, and the hero of the world.  I hope you stay healthy and alive. We need you.

Very truly,
Meg

Exhibit 8 to App B

Exhibits on an Agenda to

Eliminate people in the law to eliminate the law to eliminate the government that restrains entities from getting as much as they can for as little unrestrained from the just rule of law from oppressing, killing, stealing or destroying human life, liberty or health for the bottom line

chandlerfuneralhome.com
302.478.7100



**RICHARD KURT GOLL**
AGE: 76 • FENWICK ISLAND

Richard Kurt Goll, age 76, of Fenwick Island died Sunday, June 12, 2016 at Atlantic General Hospital in Berlin. He was born in Havre de Grace, MD and was the son of the late Eugene and Elsa (Ziegler) Goll.

He was a respected attorney for over 50 years in Wilmington Delaware, Sussex County Delaware and Havre de Grace, Maryland.

He is survived by his wife, Nancy M. Goll of Fenwick Island; a son, Richard K. Goll Jr. and his wife Jennifer of Selbyville; a daughter, Cynthia G. Smith of Severna Park, MD; two brothers, Eugene Goll of Easton and Robert Goll of Havre de Grace, MD; a sister, Nancy Gibbons of Westminster, MD; two grandchildren; Carson Smith and Parker Smith.

Services will be held at a later date.

In lieu of flowers, donations in his memory may be sent to the American Diabetes Association (diabetes.org) or to the Sepsis Alliance (sepsis.org).

Condolences may be sent by visiting www.bishophastingsfh.com

law.

Lenox graduated from Howard High School and Lincoln University. He received an honorable discharge from the U.S. Army, serving in WWII.

Lenox retired after working over 40 years with the U.S. Post Office. His friends there often called him Stonewall Jackson.

Lenox was a member of the Monday Club, Inc., and he was inducted into the Delaware Afro-American Sports Hall of Fame in April 2001.

Lacey loved Photography and listening to Jazz.

He was a well-known figure in the Wilmington Community and will be sorely missed.



House of Wright



**DESMOND JONES**
AGE: 65 • NEW CASTLE, DE

Mr. Jones departed this life June 02, 2016. Funeral 10AM, Sat., June 18th at Cathedral of Fresh Fire, 2300 Northeast Blvd., Wilm, DE; viewing 8-9:45am only. Burial, Gracelawn Memorial Park.

CONGO FUNERAL HOME
congofuneralhome.com
302.652.8887

delawareonline

ued to live and work in the area until his death.

Clarence is survived by his son, Clarence Jarrett, Jr.; three grandchildren, Isaiah, Ellis and Cameron; sisters Linda (Walter) Nickerson, Brenda (Robert) Young, and Flora Jarret; two brothers, Fred (Valerie) Jarrett and Earnest Daniels, Jr. and a host of nieces, nephew, relatives and friends.

Viewing will be held at The House of Wright Mortuary, 208 E. 5th St., Wilm, DE, Saturday, June 18 from 10:00 am to 10:00 am. Celebration of Life will begin at 11:00 am. Interment will be private.

House of Wright

## IN MEMORIAM

The Family Of
**JOHN L.
(JOE LOUIS)
BAISE**

*Would like to thank
everyone for all
The acts of kindness
shown to us
During our bereavement.
You may
Have sent a card, gave
monetary or
Food donation,
volunteered your time
Or talent, it was greatly
appreciated
God bless you all.*

**Loretta Baise and
Family**

## BURIAL NOTICES

**SMITH, JUDY**
Judy Smith, 67, of S. DuPont Blvd., Smyrna, died on 6/11/2016.

Any relatives or friends are requested to immediately contact Joseph Kelly at Chandler Funeral Homes at office (302-478-7100) to claim the remains.

Dick Goll →

My friend who died

His wife died a few years later. ☹

He has a son who was out of work. ☹

He helped him.

A16

**Coastal Point**

*July 6, 2018*

# Letters

### Continued from page A15

in criminal prosecution. While there will always be a need for fraud investigation, I will advocate for fraud prevention and actively participate in training that supports good fiscal operations for the various entities that collect and receive state funds.

My goals are to ensure timely completion of audit mandates; to support the elimination of significant noncompliance, fraud and waste based on clearly defined criteria; to perform follow-up of prior unresolved findings and recommendations; and to provide program evaluation and process recommendations that support government transparency and good government.

On a personal note, I live in Dover with my husband, Jerry, who is retired from 20 years of active-duty service in the Air Force. He currently serves as the union president for the American Federation of Government Employees,

Local 1709, at Dover Air Force Base. We have three children and four grandchildren.

In the end, no amount of technology, contracting or delegating that can replace experience, leadership and management specific to the field of state auditing and investigating. As you research the candidates, please consider the need for state auditing qualifications and experience prior to the upcoming elections.

I humbly ask for your vote in the Thursday, Sept. 6, primary.

**Kathleen Davies**
Candidate for Delaware Auditor of Accounts

## Reader offers idea to lessen strife

### Editor:

I would like to share with you a "quick fix" to the problem of the political divide engulfing this country, if not the world...

Rewrite the Civil Rights Act of 1964

with the addition of two words: "prohibits discrimination because of race, color, sex, religion, political view or national origin."

**Henry R Hensel**
Ocean View

## Keeley responds to previous letters

### Editor:

I am writing in response to a number of letters in the June 29 Coastal Point.

First, Lloyd Elling's seemingly gross misinterpretations of the Second Amendment; the NRA and President Trump's actions are viewed as preposterous positions by many of us that support our rights as citizens.

Second, Valerie Reeves' denounces President Trump's policy on the enforcement of our laws at the border. Even though he's following the same tough policies as President Obama. The very same tough policies that were overlooked by Obama's fawning media. She also mentions "due process," which I believe requires citizenship. Detention of people entering our country illegally, with or without children, is certainly necessary to protect our borders and, in the long run, our country.

Third, Diane Meyer asks for term limits while noting the immigration quagmire currently strangling our Congress. A solution to the immigration quagmire was one of President Trump's main campaign promises, but he has problems with the professional politi-

cians on both sides of the aisle with this issue.

Unfortunately, the quagmire is not limited to immigration. She has a very good point especially when she mentions our own Sen. Tom Carper, who appears to be the definition of a professional politician. Term limits would certainly be a great step toward getting things done in Washington, especially since our representatives in both parties currently seem to spend most of their efforts at getting reelected!

Fourth and last, Henry R. Hensel states that he believes that our political strife will end. I, however, do not see that happening any time soon! We do have the choice between parties where, simply put, one wants smaller government, verses one that believes bigger government is the answer. Our founding fathers feared this type situation, and it seems they were correct!

I do agree with Mr. Hensel's suggestion that we turn off the 24/7 barrage of so-called news thrown at us by the radio, TV and newspapers. But that is easier said than done, and then where would we be?

**Thomas M. Keeley III**
Ocean View

## Candidate discusses title companies' issues

### Editor:

My name is Meghan Kelly. I am an

See LETTERS page A18



The Lastest from the Off The Hook Restaurant Group...

EAT DRINK PLAY

TAILCHASERS



Article starts here

A18      **Coastal Point**      *July 6, 2018*



Carpets &
Renovations
by the Ocean

**FLOORING & CARPETING**
**KITCHENS & BATHROOMS**

0% FINANCING AVAILABLE

BY THE OCEAN
*Your Friends At The Beach Since 1973*

12021 Hammer Rd • Bishopville, MD
410-524-RUGS (7847)
www.ByTheOcean.net

Showroom Hours:
Monday-Friday 9-5
Saturday 10-4
Sunday by appointment only

## Letters

**Continued from page A16**

attorney running for the House of Representatives in the 38th District, which includes Frankford, Selbyville, Ocean View, Bethany Beach and parts of Dagsboro.

One of the reasons why I am running is, two years ago, I found a problem that no one cares to fix. I care.

I found a lot of money not getting taxed by the State of Delaware relating to out-of-state real estate title insurance companies. I contacted various people and entities in an attempt to resolve the issue; however, to date, no one has addressed the problem. So, I am stepping up to confront the issue and to correct the problem.

It appears out-of-state title companies have been practicing Delaware law without a license for more than a decade. I talked with other real estate attorneys and discovered this has been a common practice for many years.

The problem arises, real estate attorneys gain work from those same title companies. So, they fear they will lose profit should they confront this misunderstanding.

The out-of-state title companies do not pay income tax in Delaware. So, the State of Delaware is not receiving income tax for this work. In addition, this has caused errors in the chain of title for deeds. So, good title may not be transferred in real estate transac-

tions if errors are not fixed. So, I sought to correct this by discussing this with the real estate section of the Bar.

Justice Holland gave me a call and offered to draft rules, but he retired.

In addition, [state Sen. Gerald] Hocker suggested we fine the title companies for exceeding the scope of their license. I think Mr. Hocker's idea is an excellent one.

I contacted legislators concerning this, but to date this problem has not been alleviated.

Thus, I strongly urge the Delaware Assembly to draft laws to clearly address this problem by giving notice to those out-of-state title companies with a license to sell title insurance the scope of the activities they may receive payment for in the State of Delaware. Should they exceed the scope, unless authorized permitted by law, fine them a specified amount of money.

The clarification will assist title companies in performing their work in accordance with Delaware Supreme Court case law. In addition, this correction will prevent the legislators from stepping on the Delaware Supreme Court's toes by discussing the unauthorized practice of law.

Thank you for your kind consideration. As a future legislator, I hope to participate in this correction, but I am running not only to win — I am running to make a positive difference in the community I grew up in and love.

Thank you for supporting me in serving you.

**Meghan Kelly**
*Dagsboro*

## Steele weighs in on previous letters

**Editor:**

This letter is to answer three letters published June 29.

First, to Mr. Ewing: Your comments about President Trump and the crying little girl on the cover of Time magazine is flat-out wrong. That little girl was crying because she was lost for a few minutes from her family and her father found her just after that photo was taken. She was immediately reunited with her mother and father. Let's face it, when will Time magazine or you care to state the facts correctly?

Secondly, what does the Second Amendment have anything to do with illegal immigration? Maybe you are confused and do not know what the Second Amendment is about, basically, the right to bear arms. And that is what the Americans, who live along our southern border, are doing to protect themselves from armed gang members from Mexico plus the drug and human smugglers crossing the border.

You ask the question, "Whose side will you defend?" My answer: Always the Constitution! How about you?

Second, to Mr. Hansel: Thank you!

*See LETTERS page A20*

Out of state title companies are practicing real estate law without a license, messing up the chain of title, costing the public $, and taking advantage of lawyers like my esteemed colleague.

Web Site https://www.thevenusproject.com/faq/how-can-the-use-of-laws-be-eliminated/#:~:text=When%20Earth%E2%80%99s%20resources%20are%20seen%20as%20the%20common,against%20abuse%20could%20be%20designed%20into%20the%20environment.

Home » How can the use of Laws be eliminated?



## How can the use of Laws be eliminated?

Today we try to control human behavior by enacting laws or signing treaties without changing the physical conditions responsible for aberrant behavior. When Earth's resources are seen as the common heritage of all people, irrelevant laws and social contracts will vanish.

In a resource-based economy, social responsibility would not be a function of artificial laws or force. Safeguards against abuse could be designed into the environment. An example of this is the proposed design of cities where people have free access to resources without debt. This would eliminate theft. Such measures are not a matter of passing and enforcing laws to prevent and punish abuse. Rather, they are a means of designing the flaws out of any social venture, thus eliminating the need for many laws.

We are proposing doing away with the systems that cause corruption and human suffering in the first place. In a city with safe, clean, mass transportation, we do not need police to monitor drivers' speed, behavior at stop signs, or proper papers.

Other examples are the air and the water. Although both are necessary to our well-being and survival, there are no laws regulating how many breaths are taken per hour because we have such abundance at this time. No one monitors a gushing spring to see how much water is taken from it, although fresh water is absolutely necessary for the support of life. If it is abundant, no one monitors it.

I must emphasize that this approach to global governance has nothing in common with the present aims of an elite few to form a world government with themselves at the helm, and with the vast majority subservient to them. This newer vision of globalization empowers every person on the planet to be all they can be, without living in abject subjugation to a corporate governing body.

A society with human concern "designs out" laws and proclamations by making all things available to all people, regardless of race, color, or creed. When governments make laws, we are led to believe that these laws are made to enhance people's lives. In truth, laws are byproducts of insufficiency.

The question is, "can we grow beyond thinking that "someone" has to make decisions for us?"

A better understanding of natural law involves human's relationship to the environment, which supports all life. All of nature is subservient to natural law. Natural law cannot be violated without serious consequences to individuals or societies. Natural laws dominate all living systems. For example, without water, sun, or nutrients, plants and animals die.

An environment of scarcity, hunger, and poverty is a threat to everyone.

Case 1:15-cv-01556-CRC Document 123-1 Filed 07/08/21 Page 16 of 80 PageID: 16520

Foreword by Satya Nadella, CEO of Microsoft

# Shaping the Future of the Fourth Industrial Revolution

# Klaus Schwab

Founder and Executive Chairman, World Economic Forum

with Nicholas Davis

# Shaping the
# Future of the Fourth
# Industrial Revolution

*A Guide to Building a Better World*

## Klaus Schwab

**With Nicholas Davis**



**CURRENCY
NEW YORK**

Copyright © 2018 by World Economic Forum All rights reserved. Published in the United States by Currency, an imprint of the Crown Publishing Group, a division of Penguin Random House LLC, New York.

currencybooks.com

Originally published by World Economic Fund, Geneva, Switzerland, in 2018.

CURRENCY and its colophon are trademarks of Penguin Random House LLC.

Library of Congress Cataloging-in-Publication Data is available.

ISBN   9781984822611

that not only have commercial value but also serve the public good. We must avoid the tendency of past industrial revolutions to treat the natural world as a sink for the costs of emerging technologies. This will not be easy, yet leaders have no other choice than to manage the externalities of the Fourth Industrial Revolution so unintended consequences are carried collectively rather than concentrated on vulnerable populations or, via environmental damage, on future generations. Given the fragility of the Earth's biosphere after three previous industrial revolutions, the cost of failure is simply too high.

## Society and citizens

In addition to their geopolitical and environmental impacts, technological revolutions can affect the social landscape by altering the skills needed to be deemed successful. For example, the third Industrial Revolution improved the lives of knowledge workers, making them better off than the factory workers who had seen their living standards increase during the second Industrial Revolution. The famous elephant graph by economist Branko Milanović (Figure 10) shows how the distribution of global income changed between 1988 and 2008: the benefits bypassed not only the very poorest but also those around the 80th percentile globally, the lower–middle class in advanced economies. There, many industrial workers have joined "the precariat," facing lives of insecurity and stagnating wages. Now, increasing automation has the potential to change who benefits once again.

New forms of automation, including robots and algorithms driven by recent advances in AI, are not just replacing factory workers but increasingly accountants, lawyers and other professional workers. In 2000, Goldman Sachs's New York office employed 600 traders. In 2017, only two equity traders were left, supported by automated

There is also the fact that secure, anonymous, programmable networks could lower the cost of criminal activity. The same protocols that allow for smart contracts to protect the interests of individuals through encryption also allow consortiums to perform illicit activities, such as illegal drug trading, human trafficking, fraud, and more.[96] Another issue is the accessibility of the technology itself. While bitcoin "wallets" are becoming easier to access and use, few mass or widespread incentives exist for individuals and organizations to accept the switching costs of moving to blockchain-enabled platforms. The lack of abundant platforms and intuitive applications, though they are not far away, poses another barrier.

## A Technology for Trust

By Carsten Stöcker, Head, Blockchain Competence Team, innogy SE, Germany, and Burkhard Blechschmidt, Head, CIO Advisory, Cognizant, Germany

Historically, trust was added on to products or transactions as they flowed through the manufacturing supply chain. Physical, or electronic, records trailed every object to prove its origin, destination, quantity and history. Producing, tracking and verifying all this information imposes a massive "trust tax" of time and effort on banks, accountants, lawyers, auditors and quality inspectors. Important information could be lost, inaccessible or even intentionally hidden.

As the Fourth Industrial Revolution unfolds, blurring the line between the physical and digital worlds, blockchain is emerging to allow digital product memories to follow physical objects and guide

based on situational context and to generalize without having to train through vast data pools, but this is not yet possible. New technologies, such as quantum computing, may be able to change how AI applications interrogate problems and learn from feedback loops, potentially mimicking human cognitive appreciation of the world. If so, they could bring economic benefits by eroding human error and taking over synthetic tasks that lead to fatigue.

Even without such breakthroughs, progress is quick and hopes are high. Robots are being developed to travel to Mars, to assist nurses and even to build themselves.[131] Swarms of tiny robots, controlled by AI in the cloud, may someday feed data via AI applications to centralized servers capable of coordinating tasks and deploying resources. AI is already advancing into knowledge-based professions, such as journalism, medicine, accountancy and law. Even if it does not altogether replace lawyers or doctors, AI applications that can synthesize and analyze case studies and diagnostic images will change these professions. And while AI is busy improving itself, robotics' industry spending is set to exceed $135 billion in 2019, nearly double its 2015 figure.[132] Not only will vehicles lose their drivers, the vehicles themselves are likely to be built by robots, especially since the automotive industry is the number one buyer of automated robots (Figure 17).[133]

**Figure 17: Number of Multipurpose Industrial Robots (All Types) per 10,000 Employees in the Automotive Industry and in All Others, 2014**

fully automatable. Instead, as analysis by AlphaBeta has shown, the biggest impact of AI and robotics on the future of work will be the automation of a range of repetitive or technical tasks, freeing up people's time for more interpersonal and creative work.

10. The impact of AI and robotics depends on how we adopt them. The way that AI and robotics systems are applied by organizations to real-life problems is the primary driver of their impact. This means that, as AI and robotic systems become more powerful and capable, the decision-making processes for boards and managers in determining where and when to use them also rise in importance.

## Five key ideas

1. AI has improved rapidly in recent years due to machine-learning techniques that take advantage of the increase in available data, sensors and processing power. Machine learning has reached a level where it is capable of mimicking close to (or better than) human-level interaction in constrained scenarios involving areas such as gameplay, customer service queries, medical diagnostics and the navigation of autonomous vehicles.

2. Robotic potential has increased in the last decade as AI has begun to power new physical systems. Humans and machines, working together, will likely begin to take over and reduce the number of roles traditionally needed for educated or skilled persons, such as doctors, lawyers, pilots and truck drivers. This is creating concern about the role of human expertise and to what extent human intelligence and judgment will be needed for many tasks that could be given over to automated systems.



# The Fourth Industrial Revolution

Klaus Schwab

global economy would return to its previous high-growth pattern was widespread. But this has not happened. The global economy seems to be stuck at a growth rate lower than the post-war average – about 3-3.5% a year.

Some economists have raised the possibility of a "centennial slump" and talk about "secular stagnation", a term coined during the Great Depression by Alvin Hansen, and recently brought back in vogue by economists Larry Summers and Paul Krugman. "Secular stagnation" describes a situation of persistent shortfalls of demand, which cannot be overcome even with near-zero interest rates. Although this idea is disputed among academics, it has momentous implications. If true, it suggests that global GDP growth could decline even further. We can imagine an extreme scenario in which annual global GDP growth falls to 2%, which would mean that it would take 36 years for global GDP to double.

There are many explanations for slower global growth today, ranging from capital misallocation to over indebtedness to shifting demographics and so on. I will address two of them, ageing and productivity, as both are particularly interwoven with technological progress.

## Ageing

The world's population is forecast to expand from 7.2 billion today to 8 billion by 2030 and 9 billion by 2050. This should lead to an increase in aggregate demand. But there is another powerful demographic trend: ageing. The conventional wisdom is that ageing primarily affects rich countries in the West. This is not the case, however. Birth rates are falling below replacement levels in many regions of the world – not only in Europe, where the decline began, but also in most of South America and the Caribbean, much of Asia including China and southern India, and even some countries in the Middle East and North Africa such as Lebanon, Morocco and Iran.

Ageing is an economic challenge because unless retirement ages are drastically increased so that older members of society can continue to contribute to the workforce (an economic imperative that has many economic benefits), the working-age population falls at the same time as the percentage of dependent elders increases. As the population ages and there

33

What evidence supports this and what does it tell us about what lies ahead? The early signs point to a wave of labour-substitutive innovation across multiple industries and job categories which will likely happen in the coming decades.

## Labour substitution

Many different categories of work, particularly those that involve mechanically repetitive and precise manual labour, have already been automated. Many others will follow, as computing power continues to grow exponentially. Sooner than most anticipate, the work of professions as different as lawyers, financial analysts, doctors, journalists, accountants, insurance underwriters or librarians may be partly or completely automated.

So far, the evidence is this: The fourth industrial revolution seems to be creating fewer jobs in new industries than previous revolutions. According to an estimate from the Oxford Martin Programme on Technology and Employment, only 0.5% of the US workforce is employed in industries that did not exist at the turn of the century, a far lower percentage than the approximately 8% of new jobs created in new industries during the 1980s and the 4.5% of new jobs created during the 1990s. This is corroborated by a recent US Economic Census, which sheds some interesting light on the relationship between technology and unemployment. It shows that innovations in information and other disruptive technologies tend to raise productivity by replacing existing workers, rather than creating new products needing more labour to produce them.

Two researchers from the Oxford Martin School, economist Carl Benedikt Frey and machine learning expert Michael Osborne, have quantified the potential effect of technological innovation on unemployment by ranking 702 different professions according to their probability of being automated, from the least susceptible to the risk of automation ("0" corresponding to no risk at all) to those that are the most susceptible to the risk ("1" corresponding to a certain risk of the job being replaced by a computer of some sort).[23] In Table 2 below, I highlight certain professions that are most likely to be automated, and those least likely.

This research concludes that about 47% of total employment in the US is at risk, perhaps over the next decade or two, characterized by a much broader

scope of job destruction at a much faster pace than labour market shifts experienced in previous industrial revolutions. In addition, the trend is towards greater polarization in the labour market. Employment will grow in high-income cognitive and creative jobs and low-income manual occupations, but it will greatly diminish for middle-income routine and repetitive jobs.

is a well-worn development pathway, allowing countries to accumulate capital, transfer technology and raise incomes. If this pathway closes, many countries will have to rethink their models and strategies of industrialization. Whether and how developing economies can leverage the opportunities of the fourth industrial revolution is a matter of profound importance to the world; it is essential that further research and thinking be undertaken to understand, develop and adapt the strategies required.

The danger is that the fourth industrial revolution would mean that a winner-takes-all dynamic plays out between countries as well as within them. This would further increase social tensions and conflicts, and create a less cohesive, more volatile world, particularly given that people are today much more aware of and sensitive to social injustices and the discrepancies in living conditions between different countries. Unless public- and private-sector leaders assure citizens that they are executing credible strategies to improve peoples' lives, social unrest, mass migration, and violent extremism could intensify, thus creating risks for countries at all stages of development. It is crucial that people are secure in the belief that they can engage in meaningful work to support themselves and their families, but what happens if there is insufficient demand for labour, or if the skills available no longer match the demand?

## 3.1.3 The Nature of Work

The emergence of a world where the dominant work paradigm is a series of transactions between a worker and a company more than an enduring relationship was described by Daniel Pink 15 years ago in his book *Free Agent Nation*.[26] This trend has been greatly accelerated by technological innovation.

Today, the on-demand economy is fundamentally altering our relationship with work and the social fabric in which it is embedded. More employers are using the "human cloud" to get things done. Professional activities are dissected into precise assignments and discrete projects and then thrown into a virtual cloud of aspiring workers located anywhere in the world. This is the new on-demand economy, where providers of labour are no longer employees in the traditional sense but rather independent workers who perform specific tasks. As Arun Sundararajan, professor at the Stern School

of Business at New York University (NYU), put it in a *New York Times* column by journalist Farhad Manjoo: "We may end up with a future in which a fraction of the workforce will do a portfolio of things to generate an income – you could be an Uber driver, an Instacart shopper, an Airbnb host and a Taskrabbit".[27]

The advantages for companies and particularly fast-growing start-ups in the digital economy are clear. As human cloud platforms classify workers as self-employed, they are – for the moment – free of the requirement to pay minimum wages, employer taxes and social benefits. As explained by Daniel Callaghan, chief executive of MBA & Company in the UK, in a *Financial Times* article: "You can now get whoever you want, whenever you want, exactly how you want it. And because they're not employees you don't have to deal with employment hassles and regulations."[28]

For the people who are in the cloud, the main advantages reside in the freedom (to work or not) and the unrivalled mobility that they enjoy by belonging to a global virtual network. Some independent workers see this as offering the ideal combination of a lot of freedom, less stress and greater job satisfaction. Although the human cloud is in its infancy, there is already substantial anecdotal evidence that it entails silent offshoring (silent because human cloud platforms are not listed and do not have to disclose their data).

Is this the beginning of a new and flexible work revolution that will empower any individual who has an internet connection and that will eliminate the shortage of skills? Or will it trigger the onset of an inexorable race to the bottom in a world of unregulated virtual sweatshops? If the result is the latter – a world of the precariat, a social class of workers who move from task to task to make ends meet while suffering a loss of labour rights, bargaining rights and job security – would this create a potent source of social unrest and political instability? Finally, could the development of the human cloud merely accelerate the automation of human jobs?

The challenge we face is to come up with new forms of social and employment contracts that suit the changing workforce and the evolving nature of work. We must limit the downside of the human cloud in terms of possible exploitation, while neither curtailing the growth of the labour market nor preventing people from working in the manner they choose. If we

ethics.

## New frontiers in global security

As stressed several times in this book, we only have a limited sense of the ultimate potential of new technologies and what lies ahead. This is no less the case in the realm of international and domestic security. For each innovation we can think of, there will be a positive application and a possible dark side. While neurotechnologies such as neuroprosthetics are already employed to solve medical problems, in future they could be applied to military purposes. Computer systems attached to brain tissue could enable a paralysed patient to control a robotic arm or leg. The same technology could be used to direct a bionic pilot or soldier. Brain devices designed to treat the conditions of Alzheimer's disease could be implanted in soldiers to erase memories or create new ones. "It's not a question of if non-state actors will use some form of neuroscientific techniques or technologies, but when, and which ones they'll use," reckons James Giordano, a neuroethicist at Georgetown University Medical Center, "The brain is the next battlespace."[51]

The availability and, at times, the unregulated nature of many of these innovations have a further important implication. Current trends suggest a rapid and massive democratization of the capacity to inflict damage on a very large scale, something previously limited to governments and very sophisticated organizations. From 3D-printed weapons to genetic engineering in home laboratories, destructive tools across a range of emerging technologies are becoming more readily available. And with the fusion of technologies, a key theme of this book, unpredictable dynamics inherently surface, challenging existing legal and ethical frameworks.

## Towards a more secure world

In the face of these challenges, how do we persuade people to take the security threats from emerging technologies seriously? Even more importantly, can we engender cooperation between the public and private sectors on the global scale to mitigate these threats?

Over the second half of the last century, the fear of nuclear warfare gradually gave way to the relative stability of mutually assured destruction

83

# Shift 17: The Sharing Economy

**The tipping point**: Globally more trips/journeys via car sharing than in private cars

**By 2025**: 67% of respondents expected this tipping point to have occurred

The common understanding of this phenomenon is the usually technology-enabled ability for entities (individuals or organizations) to share the use of a physical good/asset, or share/provide a service, at a level that was not nearly as efficient or perhaps even possible before. This sharing of goods or services is commonly possible through online marketplaces, mobile apps/location services or other technology-enabled platforms. These have reduced the transaction costs and friction in the system to a point where it is an economic gain for all involved, divided in much finer increments.

Well-known examples of the sharing economy exist in the transportation sector. Zipcar provides one method for people to share use of a vehicle for shorter periods of time and more reasonably than traditional rental car companies. RelayRides provides a platform to locate and borrow someone's personal vehicle for a period of time. Uber and Lyft provide much more efficient "taxi-like" services from individuals, but aggregated through a service, enabled by location services and accessed through mobile apps. In addition, they are available at a moment's notice.

The sharing economy has any number of ingredients, characteristics or descriptors: technology enabled, preference for access over ownership, peer to peer, sharing of personal assets (versus corporate assets), ease of access, increased social interaction, collaborative consumption and openly shared user feedback (resulting in increased trust). Not all are present in every "sharing economy" transaction.

**Positive impacts**
– Increased access to tools and other useful physical resources
– Better environmental outcomes (less production and fewer assets required)
– More personal services available
– Increased ability to live off cash flow (with less need for savings to be able to afford use of assets)
– Better asset utilization
– Less opportunity for long-term abuse of trust because of direct and public feedback loops
– Creation of secondary economies (Uber drivers delivering goods or food)

**Negative impacts**
– Less resilience after a job loss (because of less savings)
– More contract / task-based labour (versus typically more stable long-term employment)
– Decreased ability to measure this potentially grey economy
– More opportunity for short-term abuse of trust
– Less investment capital available in the system

**Unknown, or cuts both ways**
– Changed property and asset ownership
– More subscription models
– Less savings
– Lack of clarity on what "wealth" and "well off" mean

144



# Could an AI ever replace a judge in court?

Will an AI ever replace a judge

Will an AI ever replace a judge

Nov 07, 2017

**Briony Harris**

Senior Writer at Formative Content

Share the Article

  

Xiaofa stands in Beijing No 1 Intermediate People's Court, offering legal advice and helping the public get to grips with legal terminology. She knows the answer to more than 40,000 litigation questions and can deal with 30,000 legal issues. Xiaofa is a robot.

China already has more than 100 robots in courts across the country as it actively pursues a transition to smart justice. These can retrieve case histories and past verdicts, reducing the workload of officials. Some of the robots even have specialisms, such as commercial law or labour-related disputes.

Chinese courts also use artificial intelligence to sift through private messages or comments on social media that can be used as evidence in court. And traffic police are reportedly using facial recognition technology to identify and convict offenders.

But these legal uses for AI are just the beginning of what may be possible in the future.

## An aide to judges

China has a civil law system that uses case law to determine the outcome of trials. With just 120,000 judges to deal with 19 million cases a year, it is little wonder the legal system is turning to AI, law firm Norton Rose Fulbright says.

The Supreme People's Court has asked local courts to take advantage of big data, cloud computing, neural networks and machine learning. It wants to build technology-friendly judicial systems and explore the use of big data and AI to help judges and litigants resolve cases.

An application named Intelligent Trial 1.0 is already reducing judges' workloads by helping sift through material and producing electronic



"The application of artificial intelligence in the judicial realm can provide judges with splendid resources, but it can't take the place of the judges' expertise," said Zhou Qiang, the head of the Supreme People's Court, who advocates smart systems.

## Eliminating bias?

But recent advances in AI mean the technology can do far more than sifting through vast quantities of data. It is developing cognitive skills and learning from past events and cases.

This inevitably leads to questions as to whether AI will one day make better decisions than humans.

All human decisions are susceptible to prejudice and all judicial systems suffer from unconscious bias, despite the best of intentions.

Algorithms that can ignore factors that do not legally bear on individual cases, such as gender and race, could remove some of those failings.

One of the most important considerations for judges is whether to grant bail and how long prison sentences should be. These decisions are usually dictated by the likelihood of reoffending.

Algorithms are now able to make such decisions by giving an evidence-based analysis of the risks, rather than relying on the subjective decision-making of individual judges.

Despite these obvious advantages, it is far from clear who would provide oversight of the AI and check their decisions are not flawed. And more cautious observers warn that AIs may learn and mimic bias from their human inventors or the data they have been trained with.

## Making connections

But AI could also help solve crimes long before a judge is involved. VALCRI, for example, carries out the labour-intensive aspects of a crime analyst's job by wading through texts, lab reports and police documents to highlight areas that warrant further investigation and possible connections that humans might miss.

AIs could also help to detect crimes before they happen. Meng Jianzhu, former head of legal and political affairs at the Chinese Communist Party, said the Chinese government would start to use machine learning and data modelling to predict where crime and disorder may occur.

"Artificial intelligence can complete tasks with a precision and speed unmatchable by humans, and will drastically improve the predictability, accuracy and efficiency of social management," Mr Meng said.

## Setting a precedent

It is as yet uncertain which of these technologies may become widespread and how different governments and judiciaries will choose to monitor their use.

The day when technology will become the judge of good and bad human behaviour and assign appropriate punishments still lies some way in the future.

However, legal systems often provide ideal examples of services that could be improved, while trials are likely to benefit from better data analysis.

The law often requires a trial to set a precedent – so watch out for the test case of AI as judge.





About          Events & Initiatives          Community          العربية

Awards

News Room

Download on
the App Store

 Download on
Google Play

Enter your email address          Send

Follow Us

   

Terms & Conditions          Privacy Policy          Copyrights          Sitemap

Copyright © 2023 World Government Summit.

# Robot justice: China's use of Internet courts

By Tara Vasdani

*This article was originally published by The Lawyer's Daily (https://www.thelawyersdaily.ca/), part of LexisNexis Canada Inc.*

Would it scare you if I said that China has been doing this since 2017?

In December 2019, China has announced that millions of legal cases are now being decided by "Internet courts" that do not require citizens to appear in court. The "smart court" includes non-human judges, powered by artificial intelligence (AI) and allows participants to register their cases online and resolve their matters via a digital court hearing.

The Chinese Internet courts handle a variety of disputes, which include intellectual property, e-commerce, financial disputes related to online conduct, loans acquired or performed online, domain name issues, property and civil rights cases involving the Internet, product liability arising from online purchases and certain administrative disputes. In Beijing, the average duration of a case is 40 days; the average dispositive hearing lasts 37 minutes; almost 80 per cent of the litigants before the Chinese Internet courts are individuals, and 20 per cent corporate entities; and 98 per cent of the rulings have been accepted without appeal.

It is 2020. Your Canadian commercial dispute is paperless. A document management platform sifts through all parties' documents to flag relevant vs. non-relevant documents. A subsequent platform reviews the relevant documents, and tells you that your case has the stronger evidentiary background.

A legal research tool in the meantime is determining whether a shareholder may attract wages for services performed, or simply be paid dividends. It's time to move to summary judgment. An Online Dispute Resolution (ODR) tool reviews your motion materials, your Affidavit (e-signed) and the Responding Record. An AI judge flags a case from 1970 that still applies today and — you win your dispute. The decision can be appealed to a human judge.

Cost savings? Astronomical. A preliminary decision? Within one month. The AI judge's eye for 1970 case law? Well, he's not hungry or tired like your articling student.

China's first Internet court was established in the eastern city of Hangzhou in 2017 and in 2019, it was reported that users completed more than 3.1 million legal activities using the court system from March

through to October. More than one million citizens were registered with the system, along with approximately 73,000 lawyers.

Judicial officials recently invited reporters to the Hangzhou Internet court to see how it operates. In a demonstration, citizens were seen using video messaging to communicate with the AI judges, and the following was observed:

"Does the defendant have any objection to the nature of the judicial blockchain evidence submitted by the plaintiff?" a virtual judge asked during a pretrial meeting. The non-human judge was represented in the system by an image of a man wearing a black robe.

"No objection," the human plaintiff answered.

The judges "appeared" by hologram and are artificial creations — there is no real judge present. The holographic judge looks like a real person but is a synthesized, 3D image of different judges, and sets schedules, asks litigants questions, takes evidence and issues dispositive rulings.

A Hangzhou court official told China's state-run CGTN television network that the Internet court system operates 24 hours a day, seven days a week.

In today's marketplace where almost everything is purchased or transacted online, the potential for this type of court system is significant.

In a previous article (https://www.thelawyersdaily.ca/articles/11582/estonia-set-to-introduce-ai-judge-in-small-claims-court-to-clear-court-backlog-), I commented on Estonia's adoption of an AI judge to settle small claims disputes. Prior to that, I commented on the Ontario Superior Court of Justice's pilot project launched on Feb. 11, 2019, the Digital Hearing Workspace (https://www.thelawyersdaily.ca/articles/10192/digital-hearing-workspace-pilot-project-one-step-closer-to-court-modernization-) (DHW). The program is currently used to deliver, store, organize and retrieve all documents relevant to a file, electronically. It applies to all Commercial List proceedings, and failure to upload documents to the platform is addressed by a presiding court official.

Combined with an ODR system or AI-powered judges, and considering the backlog of civil and commercial disputes experienced by litigants in Canada, the idea of an AI judge seems to resolve many current issues. And it is not too far from our midst.

The U.S. recently forecasted a time when AI-driven legal assistants might be presenting judges with case law, precedents and the background needed to make a decision. Hear that? Legal assistants.

In 2019, I reviewed a very helpful, and very vanguard legal research AI tool championed by the Toronto-based company, Alexsei.

Tools such as Alexsei use machine learning to identify relevant and up-to-date case law across the web and

scan the Internet to discern lawyers' opinions on cases as identified in their legal blogs. The software then generates a legal memorandum within 24 hours of being asked a legal research question.

China, or Estonia as I reported in 2019, are not the first to mix AI and the law. In the United States, algorithms assist in recommending criminal sentences. The widely popular U.K.-based app DoNotPay, an AI-driven chatbot, overturned 160,000 parking tickets in London and New York a few years ago.

The international deployment of Internet courts is just another step in the saga of the eventual automation of certain legal tasks and processes.

Taken in harmony, the last year in Canada alone saw the adoption of directives within the federal government regarding AI's replacement of mundane administrative tasks; judges' reprisal for the failure to use legal research AI tools to assist in conducting research and saving client legal fees; the DHW, requiring counsel and parties to upload their documents to an electronic filing system; and my personal favourite, Google's Duplex which I hope will arrive into our industry soon.

All in all, I repeat, adopt and reiterate that the legal industry's resistance to the above changes will create great hurdles to lawyers and their staff alike. Modern judiciaries have already begun to expect the employ of legal tech tools by counsel, students and the courts. Should lawyers choose not to live up to the challenge, they could end up with a very disappointed client, potentially large and assessment-worthy client cost consequences and since 2017, an algorithm's reprisal.

*Tara Vasdani is the principal lawyer and founder of* Remote Law Canada (https://www.remotelawcanada.com/). *Her practice centres on employment law, civil litigation and remote work. She has been featured in* Forbes. *She was the first Canadian lawyer to serve a statement of claim via Instagram, and you can reach her directly at* tara@remotelawcanada.com (mailto:tara@remotelawcanada.com).

*Interested in writing for us? To learn more about how you can add your voice to* The Lawyer's Daily (http://www.thelawyersdaily.ca/), *contact Analysis Editor Peter Carter at* peter.carter@lexisnexis.ca (mailto:peter.carter@lexisnexis.ca) *or call 647-776-6740.*

< Back to In-House Counsel Resource Page

(https://www.lexisnexis.ca/en-ca/products/in-house-counsel.page#HOME)

# The Lawyer's Daily

This article was originally published by *The Lawyer's Daily* – providing Canadian legal news, analysis and current awareness for lawyers and legal professionals who need a real-time view on the shifting legal landscape.

## TAKE A 14-DAY FREE TRIAL (HTTPS://WWW.THELAWYERSDAILY.CA/SUBSCRIBE /GET_INSTANT_ACCESS)

---

CONTACT US

**LexisNexis Canada**

111 Gordon Baker Road
Suite 900
Toronto, ON, M2H 3R1

1-800-255-5174 (tel:1-800-255-5174)

Support (/en-ca/about-us/contact-us/contact-us.page#support)

Training (/en-ca/training/training-overview.page)

Sales (/en-ca/about-us/contact-us/contact-us.page#sales)

ABOUT US

Careers (/en-ca/about-us/careers.page)

Leadership (/en-ca/about-us/leadership/local-leadership.page)

Rule of Law (/en-ca/about-us/rule-of-law.page)

Responsibility (/en-ca/about-us/corporate-responsibility.page)

Customer Charter (/en-ca/support/customer-charter.page)

Privacy Policy (https://www.lexisnexis.com/global/privacy/en/privacy-policy-ca.page)

Privacy Center (https://www.lexisnexis.com/global/privacy/en/privacy-center-ca.page)

Terms & Conditions (/en-ca/terms.page)

Email Permissions (https://go.lexisnexis.ca/preferences)

CONNECT WITH US

LinkedIn (https://www.linkedin.com/company/lexisnexis-canada/)

Facebook (https://www.facebook.com/lexisnexiscanada)

Twitter (https://twitter.com/lexisnexiscan/)

YouTube (https://www.youtube.com/channel/UCSZZnJmXOAyqjTPn1BYCe5g/)

UPCOMING EVENTS

PARTNERS

 (https://www.cba.org/Home)        (https://www.ccca-accje.org
/Membership/CBA-Preferred-Suppliers)

Copyright © 2022 LexisNexis. All rights reserved. (https://www.lexisnexis.com/terms/copyright.aspx)

Case 1:21-cv-01490-CFC    Document 55-12    Filed 04/13/22    Page 1 of 166 PageID #: 6121

# THE GREAT NARRATIVE

## For a Better Future



## KLAUS SCHWAB
## THIERRY MALLERET

FORUM PUBLISHING

# THE
# GREAT
# NARRATIVE

Klaus Schwab

Thierry Malleret

FORUM PUBLISHING

Edition 1.0

© 2022 World Economic Forum

All rights reserved
No part of this publication may be reproduced or transmitted in any form or by any means, including photocopying or recording, or by any information storage and retrieval system.

World Economic Forum
91-93 route de la Capite
CH-1223 Cologny/Geneva
Switzerland
Tel.: +41 (0)22 869 1212
Fax: +41 (0)22 786 2744
mail: contact@weforum.org
www.weforum.org

Print ISBN: 978-2-940631-30-8
ePub ISBN: 978-2-940631-31-5

(4) The strong and rapid emergence of cryptocurrencies, and more broadly fintech, entangles economics with technological innovation in such a complex way that it makes it hard to identify how the causality runs and what some of the potential applications and policy implications might be. Analysts and media reports give the impression that national currencies already compete with cryptocurrencies since individuals and institutions can hold digital wallets with whichever crypto asset they chose. As Parag Khanna states:

> We are about to enter an age of global monetary competition, where national currencies must earn their place in someone's wallet portfolio every hour of every day, even among citizens of their own countries. The digital version of the Japanese yen will be plunged into head-to-head global competition with the Swiss franc, the Brazilian real, and any other asset with an open capital account, including Bitcoin. Everyone becomes a foreign-exchange trader, all the time, and only the best national currencies – or cryptocurrencies – are ever held by anyone.[34]

*Elimination of fiat $ to trackable money/coins at the pleasure of banks.*

It might be that government-supported cryptocurrencies compete with each other, as hinted at by Khanna. If they do so, they'd blur the line with fiat money and would change the financial system in terms of financial stability and traditional monetary policy in a way that nobody can yet predict.

Currently, both monetary authorities and private institutions issue cryptocurrencies as viable, mainstream payment vehicles. Central banks and governments experiment with "govcoins", or Central Bank Digital Currencies, while private "sponsors" develop "stablecoins" – cryptocurrencies whose value is pegged to the value of an underlying asset. The trajectory and endgame for govcoins and stablecoins remain unknown, but their respective fates may ultimately be decided by adoption and above all regulation (the power of the state). The only certainty: their economic, societal and possibly geopolitical impacts will be considerable. Will physical cash still be accepted? Will cryptocurrencies pervade our privacy? How will they redefine the role of technology in our daily lives? What will their impact be on the effectiveness of monetary policy? Could they foster greater financial inclusion? Could cryptocurrencies advance environmental objectives and the policies that support them? Could they be used to accelerate the demise of the US dollar? Will

*They predict it, they plan it in their agenda.*

*The elimination of the dollar is discussed in other WEF documents*

future. Their original ideas translate into narratives that produce models which in turn influence behaviour and help construct the future. Ultimately, they become instruments of policy and project market power. By way of demonstration, four innovative projects, or sets of projects, are described, all different from each other but all pertaining to the environmental sector (this macro category was chosen arbitrarily because it is where the stakes are the highest). Just a few years ago, all these ventures were unknown or in their infancy. Now, they are a collective testimony to the power of imagination of those who conceived them.

(1) Network for Greening the Financial System and beyond: Imagining new policies

The Network for Greening the Financial System (NGFS) is a group of 91 central banks and supervisors committed to mobilizing mainstream finance to support the transition towards a sustainable economy. It is investigating many bold financial innovations[117] that could (and most likely will) one day revolutionize the way in which climate-related risks are accounted for in central banking and banking supervision. In short, alongside governments (which have a much broader and more effective range of tools and policies available to prevent and mitigate climate-related risks), central banks will adapt their monetary policy operational frameworks to reflect climate-related risks. This will involve the mitigation of balance sheet risks that stem from climate change and environmental degradation, but also the active support of the transition to a non-carbon, green economy. Imagining what form this might take and devising policy tools and instruments to get there is the task of the NGFS, and largely depends on how climate risks will affect the economy and financial system through a range of different transmission channels.[118] The menu of options available is extensive and encompasses changes in all three most important policy fields of a central bank: credit operations, collateral policies and asset purchases. It is not the purpose of this book to delve into the technicalities of what this involves[119] but, suffice to say, some of the options represent a radical departure from standard central bank operational policies. They are, in short, the product of central bankers' imagination.

Some ideas go into uncharted territory, well beyond the scope of what the NGFS is devising in terms of possible policies. Creating "carbon quantitative easing" policies is one of them. It's a novel, untested and somewhat outlier

*The rule of law is the "product of the bankers' imagination" when bankers gain more & the worse off we are. This is terribly horrifying.*



119TH CONGRESS
1ST SESSION

# H. RES. 229

Impeaching James E. Boasberg, United States District Court Chief Judge for the District of Columbia, for high crimes and misdemeanors.

————————————

## IN THE HOUSE OF REPRESENTATIVES

MARCH 18, 2025

Mr. GILL of Texas (for himself, Mr. CRANE, Mr. COLLINS, Mr. CARTER of Georgia, Mr. MOORE of Alabama, and Mr. CLYDE) submitted the following resolution; which was referred to the Committee on the Judiciary

————————————

# RESOLUTION

Impeaching James E. Boasberg, United States District Court Chief Judge for the District of Columbia, for high crimes and misdemeanors.

1   *Resolved,* That James E. Boasberg, Chief Judge,
2  United States Court for the District of Columbia, is im-
3  peached for high crimes and misdemeanors, and that the
4  following article of impeachment be exhibited to the
5  United States Senate.
6      Article of impeachment exhibited by the House of
7  Representatives of the United States of America in the
8  name of itself and of the people of the United States of
9  America, against James E. Boasberg, Chief Judge, United

2

States District Court for the District of Columbia, in
maintenance and support of its impeachment against him
for high crimes and misdemeanors.

ARTICLE I: ABUSE OF POWER

Chief Judge Boasberg, in violation of his oath of of-
fice, did knowingly and willfully use his judicial position
to advance political gain while interfering with the Presi-
dent's constitutional prerogatives and enforcement of the
rule of law.

The Constitution provides that the House of Rep-
resentatives "shall have the sole Power of Impeachment"
and that "civil Officers of the United States," including
Federal Judges, are subject to impeachment and removal.

Further, the separation of powers under the Con-
stitution grants the President broad authority over the ex-
ecutive branch, including authority to protect the nation,
as part of his role in ensuring the administration of laws,
including the Alien Enemies Act, and policies of the
United States.

The Alien Enemies Act commits to the President's
sole and unreviewable discretion the authority to invoke
the provisions of the Act, including the power to determine
whether an invasion has taken place. As the Supreme
Court has explained, for a court to second-guess a Presi-
dent's determination under the Alien Enemies Act "would

3

1 be assuming the functions of the political agencies of the
2 Government" and "[i]t is not for [courts] to question" the
3 President's determinations under the Alien Enemies Act
4 because "[t]hese are matters of political judgement for
5 which judges have neither technical competence nor offi-
6 cial responsibility." Ludecke Y. Watkins, 335 U.S.
7 160(1948). Yet, notwithstanding this binding precedent
8 from the highest court in the land, Chief Judge Boasberg
9 has done exactly what the Supreme Court command not
10 be done, and has illegitimately tried to substitute his own
11 judgement for that of the elected President of the United
12 States, thereby usurping the role of the Executive and uni-
13 laterally taking upon himself the power and authority of
14 the President.

15    Through his conduct, in which he violated his oath
16 to the Constitution and duty of impartiality to the people
17 of the United States, Chief Judge Boasberg has abused
18 the powers of his judicial authority, having engaged in ac-
19 tions that prioritize political.gain over the duty of impar-
20 tiality owed to the public and litigants as follows:

21        (1) Chief Judge Boasberg has prevented Presi-
22        dent Trump from removing aliens associated with
23        Tren de Aragua, a designated Foreign Terrorist Or-
24        ganization from the United States.

4

1        (2) Chief Judge Boasberg required President
2        Trump to turn around planes midair that had aliens
3        associated with Tren de Aragua, a designated For-
4        eign Terrorist Organization.

5    This conduct jeopardizes the safety of the nation,
6    represents an abuse of judicial power, and is detrimental
7    to the orderly functioning of the judiciary. Using the pow-
8    ers of his office, Chief Judge Boasberg has attempted to
9    seize power from the Executive Branch and interfere with
10   the will of the American people.

11       In so doing, Chief Judge Boasberg used the powers
12   of his position to engage in actions that overstep his judi-
13   cial authority. By making a political decision outside the
14   scope of his judicial duties, he compromised the impar-
15   tiality of our judicial system and created a constitutional
16   crisis.

17       Wherefore, Chief Judge Boasberg is guilty of high
18   crimes and misdemeanors and should be removed from of-
19   fice.

○



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

November 8, 2024

**Via email: MRUFOIA.Requests@usdoj.gov**

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530

     **Re:** FOIA request for Department of Justice records regarding Special Prosecutor Jack Smith's probe of President-elect Donald Trump.

Dear FOIA Officer,

     This letter serves as an official Freedom of Information Act (FOIA) request by the State of Texas, facilitated through Texas Attorney General Ken Paxton's office in relation to Special Counsel Jack Smith's investigation into President-elect Trump.

     Texas's requests are set forth below. Should any record or portion of records be claimed as exempt under FOIA, then a sufficient amount of information must be provided in response that allows our office to assess the validity of that claim. *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). Further, as per 5 U.S.C. § 552(b), all reasonably segregable information must be produced, even if other information is exempt under FOIA.

     The State of Texas is requesting a waiver of all fees, and meets the criteria per Justice Department policy. This information request is in the public interest, as it will provide critical information for the public understanding of the Office of Special Counsel's activities. This request does not serve the commercial interest of the Attorney General's office. This request is made in the State of Texas's sovereign capacity. And this FOIA request seeks information that is important for the American people. FOIA serves as "a means for citizens to know what their Government is up to." *Nat'l Archives & Records Admin. v. Favish*, 541 U.S. 157, 171 (2004). And it provides "a structural necessity in a real democracy." The Texas Attorney General's Office frequently updates constituents on important, newsworthy information. The Office issues press releases, and posts

news on its website that is frequently reported on by the press. The information from this FOIA request will significantly contribute to the public's understanding of the Special Counsel's investigation, particularly when the subject of that investigation has been elected as the 47th President of the United States.

Regrettably, past Offices of Special Counsel appear to have intentionally destroyed documents responsive to similar requests made for their records at the end of their tenure.[1] Our office would consider any destruction of the documents requested herein to be a crime under 18 U.S.C. § 1361, and would refer the matter for prosecution in the event destruction occurs. Furthermore, the following requests constitute only a subset of the Office of Special Counsel's records. Our office may make further requests in the near future. We accordingly demand that, in addition to your existing records retention obligations under federal law, you retain all records in the event that litigation over this request or future ones becomes warranted.

The following definitions apply to each of the following requests:

The term "Communications" means any disclosure, transfer, or exchange of information or opinion, however made, including oral, graphic, written, or electronic transmittal of information.

The term "Document" or "Documents" means any written, photocopied, transcribed, recorded or otherwise produced information however produced or reproduced in the possession of DOJ including, but not limited to, inter-office communications; memoranda; reports; correspondence; manuals; guidelines; meeting agendas; minutes of meetings; calendar appointments; records; instructions; notes; diaries; plans; photographs; photocopies; charts; descriptions; drafts, whether or not they resulted in a final document; agreements; letters; conferences; records or notes of telephone or other conversations or communications; publications; directives; statements; proposals; studies; working papers; indices; recordings or materials similar to any of the foregoing.

---

[1]   https://www.grassley.senate.gov/news/news-releases/doj-foia-release-members-mueller-team-repeatedly-wiped-phones-watchdog-sought.

## REQUESTS

1. All Communications from any current or former member of the Office of Special Counsel Jack Smith to any New York State governmental office since November 18, 2022. This request includes, but is not limited to, all Communications sent to any of the following email domains:
   i. @exec.ny.gov
   ii. @ag.ny.gov
   iii. @dany.nyc.gov

2. All Communications from any current or former member of the Office of Special Counsel Jack Smith to the Fulton County District Attorney's office since November 18, 2022. This request includes, but is not limited to, all Communications sent to any of the following email domains:
   i. @fultonda.org

3. All Communications from any current or former member of the Office of Special Counsel Jack Smith to any Congressional office. This request includes, but is not limited to, all Communications sent to any of the following email domains:
   i. mail.house.gov
   ii. .senate.gov

4. All communications from any current or former member of the Office of Special Counsel Jack Smith to any governmental or law enforcement officer in the State of Texas. This request includes, but is not limited to, all Communications sent to any of the following email domains:
   i. @dps.texas.gov
   ii. @traviscountytx.gov
   iii. @house.texas.gov
   iv. @senate.texas.gov

5. Documents memorializing the Office of Special Counsel Jack Smith's final reasoning to request that a trial against President-elect Trump to start in January of 2024. These documents should include all internal messages that contributed to a final decision, communications with actors who are not employed in the Office of the Special Counsel or by the federal government, and any memorandums circulated within the Office of Special Counsel Jack Smith regarding this subject.

6. Documents sufficient to show all mobile numbers and corresponding asset tag numbers assigned to the staff of Office of Special Counsel Jack Smith.

*Ken Paxton*

Ken Paxton
Texas Attorney General



**Congress of the United States**
*Washington, DC 20515*

November 8, 2024

Mr. Jack Smith
Special Counsel
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Dear Mr. Smith:

The Committee on the Judiciary is continuing its oversight of the Department of Justice and the Office of Special Counsel. According to recent public reports, prosecutors in your office have been "gaming out legal options" in the event that President Donald Trump won the election.[1] With President Trump's decisive victory this week, we are concerned that the Office of Special Counsel may attempt to purge relevant records, communications, and documents responsive to our numerous requests for information.[2] The Office of Special Counsel is not immune from transparency or above accountability for its actions. We reiterate our requests, which are itemized in the attached appendix and incorporated herein, and ask that you produce the entirety of the requested material as soon as possible but no later than November 22, 2024.

Furthermore, this letter serves as a formal request to preserve all existing and future records and materials related to the Office of Special Counsel's investigations and prosecutions of President Trump. You should construe this preservation notice as an instruction to take all reasonable steps to prevent the destruction or alteration, whether intentionally or negligently, of all documents, communications, and other information, including electronic information and metadata, that are or may be responsive to this congressional inquiry. This instruction includes all electronic messages sent using official and personal accounts or devices, including records created using text messages, phone-based message applications, or encryption software.

---

[1] Katelyn Polantz, *Special counsel Jack Smith's office is bracing for retribution if Trump wins*, CNN (Nov. 1, 2024).
[2] Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, to Hon. Merrick B. Garland, Atty Gen., U.S. Dep't of Just. (June 1, 2023); Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, to Hon. Merrick B. Garland, Atty Gen., U.S. Dep't of Just. (June 6, 2023); Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, to Hon. Merrick B. Garland, Atty Gen., U.S. Dep't of Just. (Aug. 29, 2023); Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, to Jack Smith, Special Couns., U.S. Dep't of Just. (Sept. 7, 2023); Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, and Rep. Andy Biggs, Chairman, H. Comm. on the Judiciary's Subcomm. on Crime and Fed. Gov't Surveillance, to Jack Smith, Special Couns., U.S. Dep't of Just. (Dec. 21, 2023); Letter from Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary, to Jay I. Bratt, Couns. to the Special Couns., U.S. Dep't of Just. (June 6, 2024).

Mr. Jack Smith
November 8, 2024
Page 2

If you have any questions about this request, please contact Committee staff at (202) 225-6906. Pursuant to the Rules of House of Representatives, the Committee on the Judiciary is authorized to conduct oversight of the Justice Department.[3]

Thank you for your prompt attention to this matter.

Sincerely,

Jim Jordan
Chairman
Committee on the Judiciary

Barry Loudermilk
Chairman
Subcommittee on Oversight
Committee on House Administration

cc:    The Honorable Jerrold L. Nadler, Ranking Member, Committee on the Judiciary
The Honorable Norma Torres, Ranking Member, Subcommittee on Oversight,
Committee on House Administration

Enclosure

---

[3] Rules of the U.S. House of Representatives, R. X, 118th Cong. (2023).

Mr. Jack Smith
November 8, 2024
Page 3

**Appendix: Outstanding Oversight Requests**

June 1, 2023:

1. Provide information about the use of FBI personnel by Special Counsel Jack Smith, including but not limited to the following:

    a. The total number of FBI employees assigned to work on the investigation;

    b. The number of FBI employees from FBI Headquarters working on the investigation; and

    c. The number of FBI employees from the Washington Field Office working on the investigation;

2. Explain whether any FBI employees who have worked on Special Counsel Smith's investigation previously worked on any other matters concerning President Trump; and

3. Explain whether Special Counsel Smith's investigation relies on any information or material gathered exclusively by the FBI prior the Special Counsel's appointment.

August 29, 2023:

1. All documents and communications referring or relating to any appointment, meeting, or other visit by Jay Bratt to the White House or the Executive Office of the President; and

2. All documents and communications between the Executive Office of the President and the Department of Justice referring or relating to the investigation and/or prosecutions of Special Counsel Jack Smith.

September 7, 2023:

1. All documents and communications referring or relating to any appointment, meeting, or other visit by Stanley Woodward to the Justice Department, including the Office of the Special Counsel, concerning the representation of Walt Nauta;

2. All documents and communications between or among the Office of the Special Counsel, the Office of the Attorney General, or the Office of the Deputy Attorney General referring or relating to Mr. Woodward and his representation of individuals involved in the matters before you; and

3. All documents and communications referring or relating to Mr. Woodward's application to fill a vacancy on the Superior Court of the District of Columbia.

Mr. Jack Smith
November 8, 2024
Page 4

December 21, 2023:

1.  All documents and communications between or among the Office of Special Counsel, the Office of the Attorney General, or the Office of the Deputy Attorney General referring or relating to the investigation and prosecution of President Donald Trump;

2.  All documents and communications sufficient to identify the universe of current and former Office of Special Counsel staff members, including but not limited to the following information:

    a.  Salaries for each Office of Special Counsel member of staff;

    b.  Travel costs incurred and trips taken by each Office of Special Counsel member of staff as it relates to the investigation and prosecution of President Trump; and

    c.  The organizational structure of the Office of Special Counsel.

3.  All documents and communications referring or relating to the hiring and selection of current and former Office of Special Counsel staff members, including but not limited to the following information:

    a.  Job postings or solicitations;

    b.  Hiring criteria or prospective employees' evaluations; and

    c.  Communications between the Office of Special Counsel and prospective employees.

4.  All documents and communications referring or relating to the "Warrant by Telephone or Other Reliable Electronic Means," filed In the Matter of the Search of Information That Is Stored at Premises Controlled by Twitter Inc., Identified in Attachment A, Case No. 23-SC-31 (D.D.C. 2023).

June 6, 2024:

1.  All documents and communications referring or relating to meetings between FBI and Justice Department officials sent to or received by you prior to the execution of the search warrant on President Trump's private residence;

2.  All documents and communications between or among yourself, employees of the Department of Justice, and employees of the Executive Office of the President from January 2021 to the present, related to the investigation and prosecution of President Trump, including, but not limited to, email communications and notes taken during your meetings with White House officials;

3.  All documents and communications sent to or received by you referring or relating to your May 24, 2024, motion to modify President Trump's conditions of release, including,

Mr. Jack Smith
November 8, 2024
Page 5

but not limited to, all drafts of the motion and communications between employees of the Office of Special Counsel Jack Smith discussing the motion and timing of its filing; and

4.  All documents and communications between or among you and the Office of Professional Responsibility about your course of improper conduct and unethical actions as an employee of the Office of Special Counsel Jack Smith.

 INDEPENDENT

# Republicans push for criminal probe into judge in Trump hush money case – and the judge's daughter

Mike Bedigan

Sun, November 10, 2024 at 6:34 PM EST
4 min read

💬 177



Republicans push for criminal probe into judge in Trump hush money case – and the judge's daughter

 

In the wake of Donald Trump's sweeping victory, Republicans are turning their attention to those in the judicial system who went up against the president-elect in the courts.

Speaking on Fox News on Sunday, Florida Representatives Anna Paulina Luna and Cory Mills floated the idea that criminal charges could be brought against Judge Juan Merchan – and his daughter Loren Merchan.

Merchan oversaw Trump's high-profile hush money case where he was ultimately convicted of 34 felonies in New York earlier this year. His daughter subsequently became the target of attacks by the president-elect due to her Democrat-leaning political activities.

ADVERTISEMENT

"Let's look at Judge Merchan and his daughter, who was actually a fundraiser and was actually trying to support Kamala Harris and Joe Biden when it came to raising funds on the back of President Trump being in the New York court system," Mills said.

"I think that what we're seeing right now is that the Department of Injustice and the lawfare that was going on is now coming to a screeching halt with President-elect Donald Trump coming back into office."

During the hush money trial, Trump ignored an order from Merchan that he should rein in his fiery posts on social media, in which he accused the judge of having a "Trump-hating family" with ties to Kamala Harris.







▶ ANNA PAULINA LUNA (R-FL) | HOUSE OVERSIGHT COMMITTEE

**ROOTING OUT POLITICIZATION WITHIN THE DOJ FI**



Florida Representatives Anna Paulina Luna (left) and Cory Mills (right) floated the idea that criminal charges could be brought against Judge Juan Merchan, and his daughter (Fox News)

"I have a Trump-hating judge with a Trump-hating wife and family, whose daughter worked for Kamala Harris, and now receives money from the Biden-Harris campaign – and a lot of it," he said.

ADVERTISEMENT

According to Mike Nellis, founder of political consulting firm Authentic Campaigns Inc, which employs Loren Merchan, she did some work for Harris's presidential campaign in 2019 but never "developed an individual personal relationship" with the candidate, and had only "minimal input or contact with any political clients" during the 2024 election cycle.

Nellis said Merchan had received death threats following Trump's comments and had been advised to stay away from the family home.

In August, the House judiciary chairman Jim Jordan, a key ally of Trump, subpoenaed the firm to testify as part of his investigation into what he called the "weaponization" of the federal goverment. However, Nellis said any suggestion

that the company played any part in Trump's criminal trial or conviction was "completely false and purely politically motivated."

On Sunday, Mills and Luna also discussed possible criminal cases being <span style="color:#2a6ebb">pursued</span>

trying to subvert the 2020 presidential election and mishandling classified documents.



Judge Juan Merchan oversaw Trump's high profile hush money case where he was ultimately convicted of 34 felonies in New York earlier this year (AP)

It was reported this week that Smith and the Justice Department are trying to "wind down" the federal criminal cases against Trump before he returns to the White House in January, in order to comply with its long-standing policy not to prosecute sitting presidents.

ADVERTISEMENT

## More in Politics



**Lady Gaga's dad reveals their relationship has been 'dicey' since he 'came out as a Republican'**

The Independent



**Trump still hasn't signed ethics agreement required for presidential transition**

CNN



**Nikki Haley responds to Trump's announcement that she's not welcome back in his second administration**

The Independent

"What I will tell you... is that Jack Smith violated the Constitution," Luna said.

"And I'm really happy that Jim Jordan and the House Judiciary is telling him to preserve evidence because even after President Trump is elected, we need to ensure that this never happens to any other candidate for president ever again."

She added: "And so we have to follow through, see who exactly ordered that," she continued. "And if it means that we need to bring criminal prosecution, I think that we need to."

**Top Stories**    Dems' working-class exodus    Deathbed discussion    1974 killer found    Paint colors and h



# yahoo!news

M



It was recently reported that Jack Smith (pictured) and the Justice Department are trying to 'wind down' the federal criminal cases against Trump before he returns to the White House (AFP via Getty)...More

Their comments stopped short of shocking remarks previously aired on Fox, in which hosts Dana Perino and Greg Gutfeld joked that Smith and others who had prosecuted Trump should receive the death penalty.



ADVERTISEMENT

"Dana… a lot of the people that were on this and wanted it so badly, how are they going to survive? Do you think they need therapy," Gutfeld asked Perino.

"Yes, they definitely need therapy," the former White House press secretary responded. "Maybe also the death penalty?"

💬 View comments (177)

Terms and Privacy Policy     Privacy Dashboard     About Our Ads

Up next