**13**

(ORDER LIST: 601 U.S.)

MONDAY, JANUARY 22, 2024

ORDER IN PENDING CASE

23A607       DEPT. OF HOMELAND SEC., ET AL. V. TEXAS

The application to vacate injunction presented to Justice Alito and by him referred to the Court is granted. The December 19, 2023 order of the United States Court of Appeals for the Fifth Circuit, case No. 23-50869, is vacated.

Justice Thomas, Justice Alito, Justice Gorsuch, and Justice Kavanaugh would deny the application to vacate injunction.