15 OLD Research MK

**LexisNexis**

## *BlackRock Series Fund, Inc.; Form N-PX, Part 2 of 2*

August 22, 2007

## Company Information

**Address:** WILMINGTON, DE, 19809

**CIK:** 319108

## Filing Data

**Report Period:** June 30, 2007

**SEC File Number:** 811-03091

**Accession Number:** 0000900092-07-000358

## Text

```
UNITED STATES
            SECURITIES AND EXCHANGE COMMISSION
                  Washington, D.C. 20549
                        FORM N-PX
     ANNUAL REPORT OF PROXY VOTING RECORD OF REGISTERED
                MANAGEMENT INVESTMENT COMPANY
Investment Company Act File Number 811-03091
Name of Fund:  BlackRock Series Fund, Inc.
               BlackRock Balanced Capital Portfolio
               BlackRock Fundamental Growth Portfolio
               BlackRock Global Allocation Portfolio
               BlackRock High Income Portfolio
               BlackRock Large Cap Core Portfolio
               BlackRock Global SmallCap Portfolio
               BlackRock Equity Dividend Portfolio
               BlackRock Mid Cap Value Opportunities Portfolio
               BlackRock Small Cap Index Portfolio
```

Meg Kelly

BlackRock Series Fund, Inc.; Form N-PX, Part 2 of 2

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1 | Elect Director Thomas W. Adams | For | For | Management |
| 2 | Elect Director Peter D. Kinnear | For | For | Management |
| 3 | Ratify Auditors | For | For | Management |

TRONOX, INC
Ticker:      TRX          Security ID: 897051207
Meeting Date: MAY 8, 2007   Meeting Type: Annual
Record Date:  MAR 19, 2007

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1 | Elect Director Thomas W. Adams | For | For | Management |
| 2 | Elect Director Peter D. Kinnear | For | For | Management |
| 3 | Ratify Auditors | For | For | Management |

TRUE RELIGION APPAREL, INC.
Ticker:      TRLG         Security ID: 89784N104
Meeting Date: MAY 16, 2007  Meeting Type: Annual
Record Date:  MAR 30, 2007

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1.1 | Elect Director Jeffrey Lubell | For | For | Management |
| 1.2 | Elect Director Joseph Coulombe | For | For | Management |
| 1.3 | Elect Director G. Louis Graziadio, III | For | For | Management |
| 1.4 | Elect Director Robert L. Harris, II | For | For | Management |
| 1.5 | Elect Director Mark S. Maron | For | For | Management |
| 2 | Ratify Auditors | For | For | Management |

TRUMP ENTERTAINMENT RESORTS INC
Ticker:      TRMP         Security ID: 89816T103
Meeting Date: MAY 2, 2007   Meeting Type: Annual
Record Date:  MAR 9, 2007

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1.1 | Elect Director Morton E. Handel | For | For | Management |
| 1.2 | Elect Director James B. Perry | For | For | Management |
| 1.3 | Elect Director Donald J. Trump | For | For | Management |
| 2 | Ratify Auditors | For | For | Management |

TRUSTCO BANK CORP NY
Ticker:      TRST         Security ID: 898349105
Meeting Date: MAY 14, 2007  Meeting Type: Annual
Record Date:  MAR 22, 2007

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1.1 | Elect Director Joseph A. Lucarelli | For | For | Management |
| 1.2 | Elect Director Robert A. McCormick | For | For | Management |
| 2 | Ratify Auditors | For | For | Management |

TRUSTMARK CORP.
Ticker:      TRMK         Security ID: 898402102
Meeting Date: MAY 8, 2007   Meeting Type: Annual
Record Date:  MAR 12, 2007

| # | Proposal | Mgt Rec | Vote Cast | Sponsor |
|---|---|---|---|---|
| 1.1 | Elect Director J. Kelly Allgood | For | For | Management |
| 1.2 | Elect Director Reuben V. Anderson | For | For | Management |
| 1.3 | Elect Director Adolphus B. Baker | For | For | Management |
| 1.4 | Elect Director William C. Deviney, Jr. | For | For | Management |
| 1.5 | Elect Director C. Gerald Garnett | For | For | Management |
| 1.6 | Elect Director Daniel A. Grafton | For | For | Management |
| 1.7 | Elect Director Richard G. Hickson | For | For | Management |
| 1.8 | Elect Director John M. McCullouch | For | For | Management |
| 1.9 | Elect Director Richard H. Puckett | For | For | Management |
| 1.10 | Elect Director R. Michael Summerford | For | For | Management |
| 1.11 | Elect Director Kenneth W. Williams | For | For | Management |
| 1.12 | Elect Director William G. Yates, Jr. | For | For | Management |



*OLD Research
Meg cares*

**Results for: Donald Trump**

**Company and Financial**

1. ## BLACKROCK MUNIYIELD NEW JERSEY FUND, INC.

   Form DEFR14A Feb 09, 2018

   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... 12 months. Municipal bonds moved lower early in the period once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...

2. ## BLACKROCK MUNIYIELD NEW JERSEY FUND, INC.

   Form DEF 14A Feb 09, 2018

   ... 12 months. Municipal bonds moved lower early in the period once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...

3. ## QUANTITATIVE MASTER SERIES LLC

   Form N-PX Aug 21, 2007

4. ## QUANTITATIVE MASTER SERIES LLC

   

   Form N-PX Aug 21, 2007

   ... Elect Director James B. Perry For For Management 1.3 Elect Director **Donald J. Trump**     For     For     Management 2     Ratify Auditors         For     For     Management...
   ... Elect Director James B. Perry For For Management 1.3 Elect Director **Donald J. Trump**     For     For     Management 2     Ratify Auditors         For     For     Management...

Meg Kelly


LexisNexis

**Results for: Donald Trump**
**Company and Financial**

1. BLACKROCK MUNIYIELD NEW JERSEY FUND, INC.

   Form DEFR14A Feb 09, 2018

   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... 12 months. Municipal bonds moved lower early in the period once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...

2. BLACKROCK MUNIYIELD NEW JERSEY FUND, INC.

   Form DEF 14A Feb 09, 2018

   ... 12 months. Municipal bonds moved lower early in the period once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...
   ... yields move in opposite directions.) The weakness accelerated in November once **Donald Trumps** election victory caused investors to factor in the possibility of faster ...

3. QUANTITATIVE MASTER SERIES LLC

   Form N-PX Aug 21, 2007

4. QUANTITATIVE MASTER SERIES LLC

   Form N-PX Aug 21, 2007

   ... Elect Director James B. Perry For For Management 1.3 Elect Director **Donald J. Trump**    For    For    Management 2    Ratify Auditors          For    For    Management...
   ... Elect Director James B. Perry For For Management 1.3 Elect Director **Donald J. Trump**    For    For    Management 2    Ratify Auditors          For    For    Management...

Meg Kelly

5. <u>**WILMINGTON FUNDS**</u>

    Form N-CSR Jul 07, 2017

    ... the fourth quarter of 2016 in response to the election of **Donald Trump**, a republican congress and the expectation for tax reform and ...

    ... the 4th quarter of 2016 in response to the election of **Donald Trump**, a republican congress and the expectation for tax reform and ...

    ... the fourth quarter of 2016 in response to the election of **Donald Trump**, a republican congress and the expectation for tax reform and ...

    ... the 4th quarter of 2016 in response to the election of **Donald Trump**, a republican congress and the expectation for tax reform and ...

6. <u>**WT MUTUAL FUND**</u>

    Form N-PX Aug 30, 2007

    ... Elect Director James B. Perry For For Management 1.3 Elect Director **Donald J. Trump**    For    For    Management 2    Ratify Auditors    For    For    Management...

7. <u>**WT MUTUAL FUND**</u>

    Form N-PX Aug 30, 2007

    ... Elect Director James B. Perry For For Management 1.3 Elect Director **Donald J. Trump**    For    For    Management 2    Ratify Auditors    For    For    Management...

8. <u>**BLACKROCK MARYLAND MUNICIPAL BOND TRUST**</u>

    Form N-CSRS May 03, 2017

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

9. <u>**BLACKROCK MASSACHUSETTS TAX-EXEMPT TRUST**</u>

    Form N-CSRS May 03, 2017

    ... yields move in opposite directions.) The downturn accelerated in November once **Donald Trumps** election victory caused investors to adjust their expectations in favor of ...

## *QUANTITATIVE MASTER SERIES LLC; Form N-PX, Part 1 of 2*

August 21, 2007

## Company Information

**Address:** WILMINGTON, DE, 19809

**CIK:** 1025836

## Filing Data

**Report Period:** June 30, 2007

**SEC File Number:** 811-07885

**Accession Number:** 0000900092-07-000341

## Text

SEC EDGAR Filings, Combined

End of Document

Meg Kelly



# *SOFO REALTY CORP; Experian Commercial Credit Scores*

August 14, 2019

SOFO REALTY CORP

299 S STATE ST

DOVER, Delaware 19901-6727

UNITED STATES

**Metropolitan Statistical Area:** 2190-DOVER DE
**County:** KENT
**Other Locations:**
**ADDRESS TYPE:** Street Address

**LOCATION:** Single Entity

**LATITUDE:** 39.157243 North

**LONGITUDE:** 75.524113 West

**Content/Coverage Date:**    ESTABLISH DATE (in Experian Database):    September 30, 1991

## Company Identifiers

**EXPERIAN BUSINESS ID:** 715504138

## Company Information

**Employees:**
**Legal Status:** Corporation
**EXECUTIVE COUNT:** 1

Meg Kelly

SOFO REALTY CORP; Experian Commercial Credit Scores

**YEARS IN BUSINESS:** Over 10 Years
**YEAR BUSINESS STARTED:** 1991

Experian Powered Business Reports

## Executives

**_DONALD J TRUMP_**, PRES

## Description

**Industry Type:** Financial / Insurance / Real Estate

## Market And Industry

**NAICS Codes:**

531210 - Offices of Real Estate Agents and Brokers
**SIC Codes:**

6531 - Real-estate agents and managers

65310000 - Real Estate Agents and Managers

## Business Analysis

**MOST RECENT UPDATE:** 0 - 3 Months

\* \* \* \* \* \* \* \* \* \* **COMMERCIAL CREDIT RATING MODEL** \* \* \* \* \* \* \* \* \* \*
**Business Delinquency Risk** - The propensity for a business to fall 90+ days past its payment terms in the coming 12 months

| Delinquency Risk | Score Range |
|---|---|
| Low | 76-100 |
| Low-Medium | 51-75 |