UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.G.G. et al., | ) | Case No. 1:25-cv-766 (JEB) |
|     Plaintiff, | ) | |
| v. | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) ) ) | |
|     Defendant. | ) | |

[PROPOSED] Order on Meghan Kelly's Motion to file amicus Brief

Before the Court is the motion of Meghan Kelly for leave to file a brief as amicus curiae. Good cause appearing therefore, the motion is GRANTED.

It is SO ORDERED.

Dated this \_\_\_\_ day of _____, 2025

_____

The Honorable Chief Judge James E. Boasberg