# Exhibit A

**Proposed Discovery Requests**

**Requests for Admission**

1. Admit that the United States requested of El Salvador that CECOT Class Petitioners (hereinafter "Petitioners") be detained in El Salvador.

2. Admit that the United States has committed to provide El Salvador with funds that it has not yet provided in recognition of El Salvador's cooperation in detaining alleged members of Tren de Aragua.

3. Admit that, prior to Petitioners' removal, the United States was aware that Petitioners would be detained at CECOT once removed to El Salvador.

4. Admit that the United States, acting pursuant to the Alien Enemies Act, decided that each of the Petitioners should be removed to El Salvador.

5. Admit that El Salvador did not request that any particular Petitioner be sent to El Salvador.

6. Admit that prior to Petitioners' arrival in El Salvador on March 15-16, 2025, El Salvador had not charged any of the Petitioners with a crime.

7. Admit that prior to Petitioners' arrival in El Salvador on March 15-16, 2025, El Salvador had not convicted any of the Petitioners of a crime.

8. Admit that President Trump stated to ABC News on April 29, 2025, that he could secure the return of Mr. Kilmar Abrego Garcia to the United States from El Salvador.

9. Admit that the United States has not requested the return of any Petitioner from El Salvador to the United States.

10. Admit that the United States has taken no actions to obtain the return of any Petitioner from El Salvador to the United States.

11. Admit that the Vice President of El Salvador said in an interview that El Salvador is providing a "service" to the United States by detaining Petitioners at CECOT.[1]

12. Admit that the Vice President of El Salvador said in an interview that the status of the detainees sent to El Salvador is assessed by the country sending the detainees.[2]

---

[1] *See* https://legrandcontinent.eu/es/2025/05/06/cualquier-pais-puede-requerir-los-servicios-de-las-instalaciones-penitenciarias-de-el-salvador-la-entrevista-con-el-consigliere-de-bukele-x.
[2] *See id.*

1

## Interrogatories

1. List all efforts by the United States to request or secure the return of Petitioners to the United States.

2. Identify the date and time that the United States informed El Salvador of the specific identities of the individuals that the United States removed to El Salvador on March 15-16, 2025, pursuant to the Alien Enemies Act.

3. List the measures taken by the United States to pursue the return of Mr. Kilmar Abrego Garcia from El Salvador to the United States.

4. Identify all individuals that the United States removed to El Salvador solely pursuant to the Alien Enemies Act.

5. Describe the process followed by the United States to identify the individuals to be removed to El Salvador pursuant to the Alien Enemies Act.

6. Identify all individuals that the United States removed to El Salvador whom the United States has designated as members of Tren de Aragua.

## Requests for Production

1. All documents memorializing, documenting, or describing the arrangements between the United States and El Salvador concerning the detention of alleged Tren de Aragua members in El Salvador.

2. All communications between the United States and El Salvador concerning the matters identified in paragraph 9 of the declaration filed on May 9, 2025, in this matter. *See* Exhibit 1 to ECF No. 118.