UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al., ) | Case No. 1:25-cv-766 (JEB) |
|         Plaintiff, ) | |
|         v. ) | |
| DONALD J. TRUMP, in his official ) | |
| capacity as President of the United ) | |
| States, et al., ) | |
|         Defendant. ) | |

**Meghan Kelly's Motion for leave to file an amicus Brief**

    I Meghan Kelly, pursuant to LCvR 7(o), move the Court to permit me to file an amicus brief in this case to protect the integrity of the courts and the claimants' right to petition fairly without threats towards trial judges or the innuendo of threats towards members of the US Supreme Court and appellate courts or petitioners, especially Plaintiffs or attorneys, based on viewpoint of speech to affect the outcome of cases. I Incorporate all the motions I submitted to the court contained in Docket Item Numbers ("DI") 96 on or about Apr 17, 2025 and DI 104 on or about Apr 22, 2025, including but not limited to, 1. *Amicus petitioner Meghan Kelly's Motion for an exception to pro hac vice rules* 2. *Motion to file amicus curiae Brief and documents without costs or fees including filing fees*, and 3. *Amicus Petitioner Meghan Kelly's Motion for permission to serve the parties and the Court by Email, and Motion for permission to file by PACER if required to submit documents* found at DI 104. I also incorporate the *Amicus Petitioner Meghan Kelly's Petition for leave to exceed the page limit in her Proposed Amicus Brief*. I also incorporate the docket items at Docket Items ("DI") 122 and 123 I aver as follows:

    1. The parties have no position on this Motion or did not respond with an opposition to my request.

1

2. On May 11, 2025, I submitted *Amicus Petitioner Meghan Kelly's Petition for leave to exceed the page limit in her Proposed Amicus Brief*, at DI 121, *Meghan Kelly 's Motion for leave to file an amicus Brief* DI 122-123.

3. However, I did not know how to place the exhibit as a supplement in another DI number and numbered it errantly as MOTION for Leave to File Amicus Brief by MEGHAN KELLY a second time. I am sorry for my error.

4. I emailed the court immediately to apologize and correct it.

5. I acted in haste in light on this Court's May 8, 2025 Order at DI 116, providing:

"ORDER: As explained at the conclusion of yesterday's hearing, the Court ORDERS that: 1) By May 9, 2025, Respondents shall submit any declarations they wish to provide regarding whether the United States has constructive custody over the proposed CECOT class; 2) By May 12, 2025, Petitioners shall submit to the Court a notice regarding whether they wish to seek jurisdictional discovery, and, if so, the specific discovery they propose to propound; and 3) By May 14, 2025, Respondents shall submit any response to Petitioners' discovery proposal. Signed by Chief Judge James E. Boasberg on 5/8/2025. (lcjeb4) (Entered: 05/08/2025)

, 6. I was hoping the Plaintiffs would seek discovery on bartered for favors that benefit Trump or those who Trump buys loyalty with for personal favors.

7. Nevertheless, the Plaintiffs did not focus on that at all per their request for discovery.

https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.125.1_2.pdf

8. It is possible the discovery may be amended, especially if I can dig up evidence that should be investigated more thoroughly through research.

9. In the Meghan Kelly's Motion for leave to file an amicus Brief at DI 122 last few paragraphs I even stated the following:

"42.   Since then, new issues arose and keep arising.  So, I drafted additional points I pray this Court considers along with the motion to grant pages exceeding the limit.  I may seek to draft another amicus brief to include more issues unaddressed by this amicus not limited to **any evidence circumstantial or otherwise I find to show bartered for benefits with El Salvador or relating to the schemed overthrow**, and the "political question doctrine" especially with regards to preserving the independence of attorney generals but I will contact the sides first if and after I am able to obtain research on these issues.  Right now, I am attending to family obligations. My mom is visiting form Florida. I am sorry for the delay.

43.   I respectfully request the Court permit me to file the attached amicus and the exhibits thereto, along with the exhibits hereto.  If the Court disagrees with the issues I seek to present, fine.   At least I grant the Court Article III authority to say what the rule of law is on the issues I introduce.

Wherefore, I pray this Court grants me permission to draft an amicus brief, and if not, it may docket my humble request and deny my requests as to allow the courts, even on appeal, a means to protect the rule of law that sustains this country from collapse."

10.   I suspect fraud, criminal behavior and ignorant, intentional or indifferent contribution to treason a very real plan to overthrow the government only the courts and petitioners may stop or reverse.  I included reasons why the Court should require the President obey the law at DI 122.  I see state attorneys are using carrying out the law Constitutional provision to argue this, but their state and US Attorney Generals will lose their authority to sue on this too if the courts should not protect their Art III, US Am I, and V right to petition fairly regardless of person or viewpoint of petition, including attorney generals.

11.   I argued US Supreme Court erred when saying the President is above the law, including above criminal law.  Yet, Trump is partaking as an enemy of the country to contribute to its dissolution which someone should prove, even if Trump is ignorant.  Ignorance does not remove guilt, albeit it may reduce level of culpability the gravity of guilt. I believe explicit guidance of Constitutional limits by a court of first impression may be sufficient to safeguarding the Court's authority under Article III for now, and guiding misguided Article I and II members to preserve these United States.

12. I wanted someone to make the argument the most important freedom to secure all other freedoms is the petition coupled with due process. Yet, even this petition is limited and not protected by attorney client privilege if attorneys of communications in aide of fraud or criminal activity.

13. The ABA Model Rule of Professional Conduct 1.6 generally requires lawyers to keep client information confidential, but it includes exceptions, including the "crime-fraud exception". This exception allows lawyers to disclose information when a client is seeking to use legal services to further a crime or fraud. In other words, the attorney-client privilege does not protect communications made with the intent of committing or covering up a crime or fraud

14. I was hoping to draft a separate amicus concerning different issues, including whether the judge made "state secrets doctrine" should apply or whether in this exceptional case where state and private attorneys are being threatened to chill their 1st Amendment right to petition fairly an exception to the state secrets doctrine should and must be created to precent Defendants from committing pride, crime or intentionally, indifferently or ignorantly contributing to an overthrow, so the courts may preserve the government.

15. There is no rational reason this exception to confidential communications cannot be extended to the President to his invocation of state secret's communications in light of the imminent harm to plaintiffs and to our national security based on the rule of law, not executive might or congressional money, but the most powerful, indispensable branch that safeguards lives and individual liberties by allowing the petition coupled with due process in an impartial forum.

16. Safeguarding the court from threats and other temptations to protect what is not the courts to dispense with the 1st amendment right to petition fairly in accord with 5th and 14th Amendment due process is necessary to prevent the planned overthrow Trump appears to be in

the know on. On or about May 20, 2025, President Trump ("Trump") said he was ahead of schedule. https://www.nbcnews.com/politics/congress/trump-pushes-house-gop-holdouts-get-massive-bill-agenda-rcna207812 He specifically said, ""I think we're going to get it done," he added. "I'm not losing patience. We're ahead of schedule."

17. This remark shows Trump is appears to be in the know of the planned economic crash, for the transition to the new economic model which will eliminate the government restraint by the rule of law to prevent human sacrifice and slavery while creating a foundation of eliminating the governments.

18. Trump alludes to a plan that is scheduled, the global plan I am aware of which will overthrow the government if unrestrained by the courts.

19. Moreover, even though Plaintiffs did not request additional discovery, evidence of fraud appeared by an admission of a party opponent, the administration's agents through other means showing Defendants in JCC v Trump appeared to be trying to commit fraud in proclamation of a national emergency relating to ren de Aragua (TDA). Per the official redacted attached document, as an admission, "intelligence indicating that regime leaders are directing or enabling TDA migration to the United States is not credible."

20. This disproved the purpose of kidnapping folks, human trafficking them and throwing them in dungeons to be exploited for prison profit, bartered for favors and potential human sacrifice or slavery for material gain, the mark of the beast sin.

https://static01.nyt.com/newsgraphics/documenttools/32f71f10c36cc482/d90251d5-full.pdf

21. Tulsi Gabbard fired staff to cover up truth by making her hands dirtier.

https://www.yahoo.com/news/tulsi-gabbard-fires-officials-assessment-194823870.html

22. Last week in *Gacia v Noem*, pleadings were presented on the state secrets doctrine I oppose, I must read. See, https://www.courtlistener.com/docket/69777799/abrego-garcia-v-noem/

23. Last week, Chief Judge Boesberg ordered a briefing schedule on discovery, which would include arguments on state secrets doctrine.

https://www.courtlistener.com/docket/69741724/jgg-v-trump/

24. Docket Item 128 provides in part.

"May 16, 2025
ORDER: The Court ORDERS that: 1) By May 19, 2025, Petitioners shall serve the requests listed in this Order upon Respondents in the finalized form contemplated by the Federal Rules of Civil Procedure; 2) By May 23, 2025, Respondents shall provide responses to the requests listed in this Order, assert any applicable privileges, and explain why such privilege applies; and 3) By May 26, 2025, Petitioners shall file any response to Respondents' submissions. Signed by Chief Judge James E. Boasberg on 5/16/2025. (lcjeb1) (Entered: 05/16/2025)"

25. I pulled some Congressional research services and intend to look at the case law Defendants point to in the MD District Court briefs in Garcia v Noem.

26. I expect things to get worse very fast. I intended to file a different separate proposed amicus brief with different arguments including but not limited to:

>Trump's communications should be revealed even in confidential proceedings when it is suspected to conceal evidence of crime (despite the bad ruling that he is immune), fraud, and even more so of evidence of collusion in aid of a very real overthrow of these United States. The presidents' power is subordinate to the people and public's check of the petition coupled with due process. One man must not be allowed to overthrow the government because the US Supreme Court allow him to have absolute discretion to do so.
>We learn from experience that it was a bad decision to allow the President to be above the law. So, a petitioner may petition the courts to correct this errant decision.
>The state and US Attorney Generals cannot protect the courts if they are not protected by the courts to allow them some independence of all three branches. Even normal attorneys are being persecuted by the government to prevent them from protecting the government by asserting limits. Extending the rationale for the exceptions of fraud and crime to the attorney client privilege to the state secrets doctrine privilege would be a

sound way to protect attorney generals in their exercise of duties as officers of the court defending not violating the Constitution under legal fictions which are lies.
There are plans for harm, unnatural by design despite planted scape goats.
The issues coming before the Court are of first impression. It is possible to argue Fraud to commit violations under the emoluments clause should not be protected under the state's secret doctrine either…

27. The reason why I presented the Motion for leave of pages DI 121, and Motion for leave to file an amicus brief DI 122-123 in haste is I wanted the plaintiffs to gather additional information showing Defendants committed fraud, crime, unconstitutional acts and most importantly evidence in partaking in the overthrow.

28. I was cognizant of this court's order, but I incorrectly uploaded the documents by indicating a supplement was another leave to file an amicus brief. I am sorry. I emailed the court's kind staff to correct my error.

29. This Court denied leave to file in excess pages at DI 123 in light of the imminent injury to national security, the plaintiff's and the world, I respectfully ask this court reconsider the denial of pages to docket the proposed amicus brief contained in the motion for leave to file on docket items 122-123. This Court further entered an order May 13, 2025

> "MINUTE ORDER: The Court ORDERS that Amicus's 122 Motion for Leave is DENIED WITHOUT PREJUDICE. She must attach her proposed brief to any motion for leave to file. So ORDERED by Chief Judge James E. Boasberg on 5/13/2025. (lcjeb1)"

30. In the alternative, I submit a shorter brief for consideration. Although I think the brief at DI 123 grants the court and party more Article III power to preserve Article III authority of both the courts and parties, while avoiding foreseeable harm.

31. Per the article contained in the link Trump appeared to incite threats against USSC members to affect the outcome of cases. https://www.the-independent.com/news/world/americas/us-politics/trump-supreme-court-deportation-truth-social-b2753057.html

"President Donald Trump endorsed the idea that the United States Supreme Court had placed an "illegal injunction" on him by temporarily blocking his administration's ability to deport Venezuelans, accused of being gang members, without due process, while litigation on the matter plays out in lower courts.

On Truth Social on Saturday, Trump reposted two posts made by attorney Mike Davis, a close Trump ally and the founder of the Article III project, calling the court's recent decision "illegal" and claiming it was "heading down a perilous path" by not allowing Trump to continue a constitutionally questionable action.

"The Supreme Court still has an illegal injunction on the President of the United States, preventing him from commanding military operations to expel these foreign terrorists," Davis wrote.

President Donald Trump endorsed the idea that the Supreme Court had violated law by refusing to allow his administration to deport people under the Alien Enemies Act (AP)

He continued, "The President should house these terrorists near the Chevy Chase Country Club, with daytime release."

Chevy Chase Country Club is located in Maryland, near the homes of Chief Justice John Roberts and Justice Brett Kavanaugh.

The Supreme Court is the highest court in the nation and has the final say on legal disputes involving constitutional or federal law challenges.

The court told the Trump administration on Friday it would not allow it to resume deporting Venezuelans accused of belonging to a gang under the Alien Enemies Act while litigation continues in lower courts. In their decision, the justices flagged concerns about the administration bypassing due process rights.

Trump raged at the justices for not allowing his Department of Homeland Security to proceed with deportations under the act, calling it "bad" and "dangerous." His recent comments are a distinct reversal from comments he made last year, praising the court when they ruled in his favor.

Saturday's endorsement of the idea that the Supreme Court, the ultimate decider of law, was carrying out an "illegal" act on him by not allowing him to do something that lower courts have also consistently ruled against, is part of a recent trend.

Trump has lashed out at federal judges for ruling against him in dozens of cases – an act that Chief Justice John Roberts warned against (AFP via Getty Images)

Trump and his administration have been accused of defying federal judges' rulings – most notably not facilitating the return of Kilmar Abrego Garcia despite the Supreme Court directing the administration to do so.

The president has personally lashed out at judges who have ruled against him, asserting they are "rogue" or "activists." Roberts and Justice Ketanji Brown Jackson have both warned that attacking judges is harmful to the independence of the judiciary.

His behavior has led to some concerns from critics that the president will ignore court orders and continue doing whatever he wants with the help of his allies in the government, thus overextending his presidential power.

> Justices Amy Coney Barrett and Elena Kagan raised some questions over Trump refusing to follow court orders during oral arguments in the challenge to birthright citizenship this past week.
> In a separate Truth Social post, also re-posted by Trump, Davis insinuated the court was being unfair to Trump by not allowing him to resume deportations under the Alien Enemies Act.
> 'The Supreme Court must come to the RESCUE OF AMERICA," Trump wrote in response.'"

32. I take trump's words seriously. Governor Desantis allegedly deceived the migrants through his agents under the guise of caring or sheltering them only to ship them to out of state by trickery.[1] I don't think it is too lowly for Trump to do the same near the Justices' homes.

33. Chief Justice Roberts of the United States Supreme Court misbehaved and was without legal authority when he spoke on an issue of public concern concerning the appeal not impeachment is the way to resolve disputes relating to this very case JGG v Trump.[2]

34. Chief Justice Roberts sets himself up to possible recusals and attacks. Further Chief Justice's freedoms under the 1st Amendment are more limited to protect claimants' due process rights to petition fairly. Besides the obvious, it appeared he gave into temptation and did not act independently because he threw Chief Justice Boesberg under the bus and ruled against him in JCC v Trump on appeal, though indicated due process must be conducted. I think Trump and defendants violated due process by actually creating a biased threatened unfair forum at USSC. Things are getting out of hand when Trump makes threats unrestrained against even the highest Court's Chief Justice Roberts. Please allow me to petition to preserve the docket for DC

---

[1] https://www.nytimes.com/2022/10/02/us/migrants-marthas-vineyard-desantis-texas.html
[2] https://www.cnn.com/2025/03/18/politics/john-roberts-donald-trump-impeachment

9

Court of appeals Number 25-5124. They may be the hero to save the US from designed dissolution.

35. It is up to claimants to remove threats by asking judges to protect those who may seek to rebuff protections that not only protect the USSC justices but the petitioners, public and people by explicitly allowing lower courts to outline constitutional limits which apply to all three branches by the most powerful check the petition coupled with due process in our democratic republic established 1791, not 1776.

36. I do not think the US Supreme Court will protect Chief Judge Boesberg or trial courts. I think petitioners must make the court's words have meaning in an Article III case in this case, not by public comment which endangers the justices to threats of backlash, recusal or other incriminating harm.

37. The USSC Court is not going to protect district courts unless petitioners make them by removing the threats, but I see the DC Court of appeals may be a hope of a hero yet.

38. I was not planning on filing anything until I completed research regarding state secrets doctrine because I did not want to burden the court's staff. I errantly thought publicizing the May 11, 2025 submissions on the docket was sufficient to preserve the issues. After Justice Alito used prejudicial words by calling attacked trial court judges, "monarchs," in the oral hearing last week in Trump v. CASA, Inc., I realized that it is not enough to make a request to be heard on amicus that will likely be ignored or denied in substance at USSC, even if entertained.[3]

37. I saw the Court's order at DI 125 "May 13, 2025

---

[3] See pages 97-98 of the transcript found at
https://www.supremecourt.gov/oral_arguments/argument_transcripts/2024/24a884_c07d.pdf

MINUTE ORDER: The Court ORDERS that Amicus's 122 Motion for Leave is DENIED WITHOUT PREJUDICE. She must attach her proposed brief to any motion for leave to file. So ORDERED by Chief Judge James E. Boasberg on 5/13/2025. (lcjeb1)"

38.    The staff kindly corrected my ECF error and I thank them. They attached the proposed amicus brief as a Supplement by attaching it to the motion for leave to file. The staff are not replaceable by automation and are necessary to uphold the individual liberties of those who do not conform to the standardardized mold of the many.[4] Without the people element we are not free, there is no freedom of life or individual liberties. The people would be mere controlled slave products in a forced unfair system made to sustain harm to sustain more debt created money securitized on what is not the bankers or in the new model businesses, the souls, land, resources and other people's assets, without reserves as of 2020 to allow for the planned fall Defendants appear to be in the know on.[5] That makes people staff and people judges necessary to preserve the professed purpose of our separation form England outlined in the preamble to the Constitution.

39.    I previously believed merely docketing a proposed brief was sufficient to afford this Court and our nation from imminent harm. I was wrong.

40.    On Monday May 19, 2025, Plaintiffs filed a certificate of interested parties, including amici. I was not included. I called the Appellate Court for DC and asked if my pleadings would be considered. I learned they do consider amicus briefs below.

41.    I believe the Appellate Court may be our hope of a hero to preserve the Courts to preserve the rule of law, the glue that makes these United States stick from being dismantled.

---

[44] See Bible, *Romans* 12:2.
[5] https://www.federalreserve.gov/monetarypolicy/reservereq.htm Setting up for a planned bank run similar to 1907-1908

11

42. I respectfully request the Court reconsider the denial of excess pages to allow the appellate court mere preserved issues to save the courts that make us a freer people in a fairer more just system of United States. In the alternative, I pray the Court accept the shorter attached proposed brief that the appellate court may consider in a relation back theory due to my desire to correct mistakes in excess pages and filing.

43. This Court has inherent equitable powers over their process to prevent abuse, oppression, and injustice. *Gumbel v. Pitkin*, 124 U.S. 131 (1888); *Covell v. Heyman*, 111 U.S. 176 (1884); *Buck v. Colbath*, 70 U.S. 334 (1865); *Krippendorf v. Hyde*, 110 U.S. 276, 283 (1884). This Court may grant Amicus petitioner Meghan Kelly's Motion for an exception to pro hac vice rules at DI 96 and grant any relief it deems just.

44. The Court's inherent equitable powers are required to preserve its own power to say what the rule of law is by Article I and II threats.

45. On May 13, 2025 PA District Court of the Western District Court of PA opinion in ASR v Trump ruled Trump's use of the Aliens Enemy Act ("AEA") was lawful. https://storage.courtlistener.com/recap/gov.uscourts.pawd.318716/gov.uscourts.pawd.318716.72.0_4.pdf

46. This creates a split in the circuits, where the parties and courts are unfairly left with skeletal dockets, and Plaintiffs act under duress with no time to consider the issues I present as their clients face irreparable injury.

47. Although there is no federal rule of civil procedure or statute governing participation by amicus curiae at the district court level, see *United States v. Gotti*, 755 F.Supp. 1157, 1158 (E.D.N.Y. 1991)[6], a federal district court has the inherent authority to allow

---

[6] Federal Rule of Appellate Procedure 29 governs participation by amici in the Courts of Appeal

participation by amicus curiae to assist the court in its proceedings. *United States v. Louisiana*, 751 F.Supp. 608, 620 (E.D. La. 1990); *United States v.Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987). The decision to accept participation by an amicus is committed to the sound discretion of the court. *Alexander v. Hall*, 64 F.R.D. 152, 155 (D.S.C. 1974). Moreover, this District Court's local rule, LCvR 7(o), appears to permit amicus briefs.

48. For good cause and in the interest of justice to share my unique arguments I respectfully request leave to file an amicus brief in this case.

49. The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the court's attention to law that may otherwise escape consideration. *Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus.*, 694 F.2d 203, 204 (9 Cir. 1982); see also *New England Patriots Football Club, Inc., v. University of Colorado*, 592 F.2d 1196, 1198 n. 3 (1 Cir. 1979) (historically, the role of an amicus was "to aid the court in resolving doubtful issues of law").

50. There is no requirement that an amicus be disinterested. *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986); *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9 Cir. 1982).

51. If the Court believes that Meghan Kelly would bring a helpful perspective to legal issues in the case, it is appropriate to allow her to participate as Amicus. See, e.g., *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986) ("perfectly permissible role" for amicus to "take a legal position and present legal arguments in support of it").

52. To the best of my knowledge, "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must

13

merely make a showing that his participation is useful to or otherwise desirable by the court." *United States v. Louisiana*, 751 F.Supp. 606, 620 (E.D. La. 1990) Although some courts have required that the amicus possess some "unique information or perspective," this does not require any particular quantum of expertise beyond the expectation that the amicus will add significantly to, not merely parrot, the contributions from the lawyers from the parties. *See Ryan v. CFTC*, 125 F.3d 1062, 1063 (7 Cir. 1997); see also *United States v. Gotti*, 755th F.Supp. 1157, 1158-59 (E.D.N.Y. 1991) (rejecting proffered amicus brief that merely parroted arguments of defendants).

53. In this case Meghan Kelly has considered legal arguments that both the executive branch and congressional branch is limited to preserve both the public and private peoples Constitutionally vested legal power to petition fairly in accord with due process without threats against petitioners, their counsel or the judges or their family to affect the outcome of cases usurping the independence of the judiciary in violation of separation of Article I, II, and III authority.

54. Per the exhibits I incorporate herein attached to my Motion for an exemption to the pro hac vice requirements, I outlined arguments I made before the US Supreme court which were not considered possibly because they arose at appellate level where I requested the Court limit the official powers of the Executive and Legislative branches within the purview of the Constitutional limits to protect the legal power of the people and the public to petition fairly not before a threatened judiciary, also in violation of separation of powers. Art I, II, III.

55.     In this case, the President has attacked and threatened the judge in this case to affect the outcome of the case at trial level, and created innuendos of threats at the appellate and Supreme Court level, in violation of due process. US Amend I, V.[7]

56.     In addition, law makers have threatened the judge in this case, with innuendo of threats to Appellate and Supreme Court judges, with the intent to affect the outcome of the case by drafting articles of impeachment against the judge in this case, drafting or proposing laws to remove the authority of judges to grant relief in cases where Trump is a party in violation of Equal Protections, and by Speaker of the House's statement inferring he could defund the judge in this case to eliminate Chief Judge Boesberg to prevent decisions it disagrees with usurping Article III parties' right to fairly petition without government threats to force the outcome of cases to favor the government essentially eliminating the Constitution as law supplanted by the partial whims of one man, President Trump. [8]

57.     More recently, Defendants' agents indicated they may declare habeas to specifically force the outcome of this case in their favor.

58.     Specifically, on Friday, May 9, 2025, per the article contained at https://www.democracydocket.com/news-alerts/trump-looking-suspending-habeas-orpus-miller-says/ :

---

[7] https://www.washingtonpost.com/opinions/2025/03/23/letters-trump-boasberg-alien-enemies-act/
[8] https://www.congress.gov/bill/119th-congress/house-resolution/229/text , https://fedsoc.org/commentary/fedsoc-blog/proposed-legislative-limits-on-nationwide-injunctions (In the Senate on March 24, Senator Josh Hawley introduced companion legislation, titled the "Nationwide Injunction Abuse Prevention Act of 2025," that prohibits federal district courts from issuing injunctions in circumstances that likely violate equal protections) https://www.nbcnews.com/politics/congress/speaker-mike-johnson-floats-eliminating-federal-courts-rcna197986 ,

15

"The Trump administration is looking into suspending people's right to challenge their incarceration in court, to carry out President Donald Trump's mass deportation efforts, White House aide Stephen Miller said Friday.

'The Constitution is clear, and that of course is the supreme law of the land, that the privilege of the writ of habeas corpus can be suspended in a time of invasion, so it's an option we're actively looking at," Miller said. "A lot of it depends on whether the courts do the right thing or not.'"

59. I believe the Courts and the parties in this case will face irreparable injury in terms of loss of Constitutional liberties of Article III, and 5th Amendment due process opportunity to be heard before their lives or liberties are vitiated including the First Amendment right to petition.

60. If the Court believes that Meghan Kelly brings a special perspective to issues in this litigation and that her contribution would be useful to the Court, it is appropriate and well within the Court's discretionary authority to grant her leave to submit her views on amicus.

62. Meghan asked both democrats and republican State attorney generals to file amicus or otherwise intervene to protect the integrity of the courts by preventing government threats to judges like New York State Supreme Court Judge Merchan's daughter, Chief Judge John James McConnell Jr. of the United States District Court for the District of Rhode Island, or the judge in this case to influence or force the outcome in cases. To her horror, none intervened. Far worse, 25 state attorney generals wrote in support of overturning this Court's orders on amicus at the US Supreme Court level in this case.

63. Federal attorney generals are forced to be beholden to Trump. They are mostly sitting attorney generals in each district without nomination and confirmation until nominated by Trump to secure a permanent seat. Even if they secure the seat information in the 2025 playbook led me to believe that Trump through his agents will seek to fire or retaliate against anyone who appears to think differently than Trump. Thus, their job to protect all federal government officials

including the judiciary is chilled by government innuendoes of threats and force in violation of even the public's right to petition fairly in accord with the due process. US Amend I, V. My right to petition has been chilled too, based on viewpoint of speech contained in petitions.

64. I have a special interest in this case. My DE license to practice law was placed on inactive disabled but for my religious freedom restoration act lawsuit against President Trump where I sought to alleviate a substantial burden upon my exercise of religious beliefs.

65. The State found the religious beliefs I sought to protect from government burdens to be not only unworthy of protection but a disability. It is rather insulting that the state found my religious belief in Jesus so odious as to take away my right to buy or sell as an attorney.

66. I am scared of more retaliation for even filing pleadings to this court. I have procrastinated in drafting anything since I am punished for suing Trump in the state of DE. It is scary. People talked about shooting me based on political/religious beliefs. More recently, state agents on Dec 17, 2024 talked about locking me up because of my expressed religious beliefs, and the previous month I was denied access to the courts and the physical law library and rely on email. I may be eliminated like my cousin was murdered while I was in law school. I may be the only one who empowers the court to save itself, and thereby save all people's fundamental freedoms, but I may not be around for long. I thank this court for making me safer by docketing pleadings for a stint. I am scared. The state court secretly sealed the attached pleadings in addition to pleadings I am not aware of according to Lexis, then fired two court staff, and prevented me form calling them to cover up their cover up of denial of First amendment violations.[9] Far worse, the US Supreme Court fired the case manager in my case to cover up she

---

[9] See, 2021 DE S. CT. BRIEFS LEXIS 422 and Kelly v. Trump_ 2021 DE S. CT. BRIEFS LEXIS 423 I provided lexis the docket. Lexis noted no indication of sealing it and publicized the

17

appeared to have lost my pleadings and sent me another pro se parties' pleadings by mistake Lisa Nesbitt. I think the Court of appeals of DC is your hope of a hero, not the USSC. I am trying to protect them but they do not receive edification to save not destroy them.

67. The Court's power is activated by the exercise of private and public people's use of the petition. The government eliminates the petition by chilling dissidents to be above the Constitution as law unfairly. Trump targeted law firms and essentially extorted them to unwillingly commit to pro bono or forced support to his agenda or face economic, social or other government created harm not limited to Skadden law firm. [10]

68. It is the rule of law, that founded, sustains and maintains these United States, which will be dissolved if the courts do not preserve it. I do not believe anyone but me will ask the court to prevent threats to judges to unfairly affect the outcome of cases but me, since I asked others to do so. No one did except me.

69. It is imprudent to think retaliatory cases in civil litigation would resolve the issue. Instead, it will give congress and the executive branch more ammunition to attack the courts on recusal issues or personal fabricated attacks to cheat to win where the court will be harmed. It is the right to petition before an impartial, not threatened partial towards self-preservation Court, that makes us a freer people to petition to protect our right to life and liberty without human sacrifice or slavery under the falsehood of the common good or public good, or the lie mob rule through the vote is implied consent.

---

motions excluding exhibits attached hereto even if others may or may not be able to see them publicly after I pointed out the error outside of the court's docket.

[10] US Amend XIII, For example, See, EO 14250:*Addressing Risks From WilmerHale*, https://www.govinfo.gov/content/pkg/FR-2025-04-03/pdf/2025-05845.pdf
Also see, Ex Or. No. 14246: *Addressing Risks From Jenner & Block*, March 25, 2025, and Ex Or 14244: *Addressing Remedial Action by Paul Weiss*, March 21, 2025

70. I ran for office in 2018 because I discovered nonlawyers were lawyering and harming the state. Then, I discovered a plan to not only eliminate lawyers but judges too, in order to allow for the dissolution of the United States. See Exhibit 8B to Motion for leave of a Pro hac vice exception incorporated herein.

71. In this case the government is kidnapping people and throwing them in horrific concentration camps without due process, eliminating the fair petition and power of the courts which lays the foundation to eliminate the courts and the rule of law that founded, sustains and maintains the United States.

72. There is an overthrow schemed. The Courts are our hope of a hero. They appear to be doing a great job at upholding the rule of law in the face of threats, but no one has petitioned to protect those who protect our freedoms by civilized means judges and petitioners from Article I, and II members' overreach. Accordingly, I respectfully ask for permission.

73. Trump and Congressional attacks violate Due Process even at appeal before the US Supreme Court to affect the outcome of the case potentially making the US Supreme Court's order to change venue to a more insidious unfair venue in Texas by threats towards the judge(s) in this case.[11] It is possible that plaintiff's attorneys may face government threats by Trump for bringing up Due Process arguments since the government and Trump threated private law firms and attorney generals. So, I seek permission to ask the courts to limit Art. I and II powers to preserve the people's Constitutional power to petition fairly before an independent fair forum without threats to commandeer outcomes by bullying branches. I am aware that entities I used to work on, Bankruptcy remote entities will likely be used to facilitate the elimination of governments to eliminate the rule of law to allow those who control the necessities of life or the

---

[11] https://www.supremecourt.gov/opinions/24pdf/24a931_2c83.pdf

channels to gain them to eliminate freedoms to force the world order they desire unrestrained from human sacrifice of life and liberty, instead profiteering off of sustaining pain, to sustain debt control power, profit streams and positions unjustly by stealth.

74. Trump appears to attack Chief Justice Roberts to affect the outcome of his cases, including this case by filing the DC law suit through his coconspirator or agents, AMERICA FIRST LEGAL FOUNDATION v. ROBERTS (1:25-cv-01232).

https://www.courtlistener.com/docket/69924761/america-first-legal-foundation-v-roberts/

75. The Justices have a 5th Amendment right not to self-incriminate and should consider teaching the world asserting their rights not to allow their words to be twisted to affect the outcome of law suits by threats is good. No person should be ashamed of asserting their liberties under the Bill of rights and amendments thereto. Asserting the 5th Amendment may end FOIA improper requests meant solely to threaten to commandeer to control the Article III branch under the guise of protecting the same from threats both parties hypocritical make against the USSC, not merely soon to be retired Senators Whitehouse and Durbin.

76. On or about May 20, 2025, President Trump ("Trump") said he was ahead of schedule. https://www.nbcnews.com/politics/congress/trump-pushes-house-gop-holdouts-get-massive-bill-agenda-rcna207812 He specifically said, ""I think we're going to get it done," he added. "I'm not losing patience. We're ahead of schedule."

Wherefore, I pray this Court grants any relief it deems just, including accepting the attached proposed brief or docketing the brief at DI 123.