

Fw: (file and serve)(reach out to Jason on claim No)Re: Meghan Kelly/Delaware Supreme Court/ Question dates sealing and unsealing matters/o 119-2021 and matter No 58-2022

| | |
|---|---|
| From: | Meg Kelly (meghankellyesq@yahoo.com) |
| To: | sean.lambdin@lexisnexis.com; source.acquisition@lexisnexis.com; habib.jamal@tr.com |
| Cc: | meghankellyesq@yahoo.com |
| Date: | Wednesday, July 24, 2024 at 11:47 AM EDT |

Hi Sean,

Thank you for talking with me.

 I am seeking to place a citation for two motions the DE Supreme Court previously sealed. Per file and serve they and per Clerk of Court's email the court indicated it unsealed it.

I write to please request Source acquisition please pace a citation on the mere motions and upload the documents on CourtLink.

Transaction ID 66649842, docket item 21.
Transaction ID 66639035, docket item 16

These documents were previously on Court Link. I do not understand why they are no longer available.

I am going to forward three emails.

I intend to cite these two motions in Kelly v Trump in other cases.

The court previously allegedly uploaded them on Court Link when I confronted them for wrongly sealing them without lawful reason, but the law librarians can no longer find them.  The DE Supreme Court fired two court staff to cover up misconduct too to prevent me from calling them as witnesses in another case.

I am going forward the email from the law librarians, and the two emails I filed the documents.

I attach the docket in Kelly v Trump 21-119, that I attached to my appeal to the US Supreme Court 22-5522 Kelly v Trump. I seek to protect freedom of religion by separating religion from government forced worship through partnerships with the church, with my church, which causes a substantial burden upon my exercise of religious belief.

Below you will see proof of 4 documents wrongly concealed without notification on the docket and alleged corrections.  I am going to call file and serve again.

I am trying to get this fixes and made public on both Lexis and Westlaw.  So, I am copying source acquisition and Habib at Westlaw too.

Thank you,
Meg


----- Forwarded Message -----
**From:** Jason Gonzales <jgonzales@fileandserve.com>
**To:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Wednesday, November 16, 2022 at 03:27:07 PM EST
**Subject:** RE: (file and serve)(reach out to Jason on claim No)Re: Meghan Kelly/Delaware Supreme Court/ Question dates sealing and unsealing matters/o 119-2021 and matter No 58-2022

Hi Ms. Kelly.

I've gathered the information you requested.  The Access Type reflects the security status of the transaction document and the Submit Date reflects the date the Access Type was updated.


**CASE 119,2021**

Transaction ID 66649842, docket item 21.

| Submit Date | Review Status | Reviewer | Reason | Comment | Document Type | Document Title | Access Type | Statutory Fee |
|---|---|---|---|---|---|---|---|---|
| May 17 2022 8:21AM EDT | Accepted (6/2/2021) | 28, Supreme Court | | | Motion - Other | Document entitled "Motion for recusal" filed by appellant. (283)(dja) | Public | $0.00 |
| Jun 3 2021 8:36AM EDT | Accepted (6/2/2021) | 28, Supreme Court | | | Motion - Other | Document entitled "Motion for recusal" filed by appellant. (283)(dja) | Sealed, electronic | $0.00 |
| Jun 2 2021 11:55AM EDT | Accepted (6/2/2021) | 28, Supreme Court | | | Motion - Other | Document entitled "Motion for recusal" filed by appellant. (dja) | Sealed, electronic | $0.00 |
| Jun 2 2021 11:29AM EDT | Pending | | | Document created | Motion - Other | Document entitled "Motion for recusal" filed by appellant. (dja) | Sealed, electronic | |

Transaction ID 66639035, docket item 16

| Submit Date | Review Status | Reviewer | Reason | Comment | Document Type | Document Title | Access Type | Statutory Fee |
|---|---|---|---|---|---|---|---|---|
| May 17 2022 8:20AM EDT | Accepted (5/27/2021) | 28, Supreme Court | | | Motion - Other | Document entitled "appellant's motion for the Delaware Supreme Court to rein in its arms through its agents from unlawfully pressuring appellant to forgo or impede her case to protect her free exercise of religion by relief it seems just" (documents received by email 5-25-21) (556) (dja) | Public | $0.00 |
| May 27 2021 3:09PM EDT | Accepted (5/27/2021) | 28, Supreme Court | | | Motion - Other | Document entitled "appellant's motion for the Delaware Supreme Court to rein in its arms through its agents from unlawfully pressuring appellant to forgo or impede her case to protect her free exercise of religion by relief it seems just" (documents received by email 5-25-21) (556) (dja) | Sealed, electronic | $0.00 |
| May 27 2021 2:52PM EDT | Pending | | | Document created | Motion - Other | Document entitled "appellant's motion for the Delaware Supreme Court to rein in its arms through its agents from unlawfully pressuring appellant to forgo or impede her case to protect her free exercise of religion by relief it seems just" (documents received by email 5-25-21) (556) (UNDER SEAL)(dja) | Sealed, electronic | |

Transaction item number 66667019, Docket Item 40, appendix A-4, Docket item 41 Appendix A-5.

| Submit Date | Review Status | Reviewer | Reason | Comment | Document Type | Document Title | Access Type | Statutory Fee |
|---|---|---|---|---|---|---|---|---|
| May 17 2022 8:22AM EDT | Accepted (6/8/2021) | 28, Supreme Court | | | Appendix | Appendix A-4. (dja) | Public | $0.00 |
| Jun 8 2021 4:10PM EDT | Accepted (6/8/2021) | 28, Supreme Court | | | Appendix | Appendix A-4. (dja) | Sealed, electronic | $0.00 |

| Jun 8 2021 4:00PM EDT | Pending | | | Document created | Appendix | Appendix A-4. (dja) | Sealed, electronic | |

| Submit Date | Review Status | Reviewer | Reason | Comment | Document Type | Document Title | Access Type | Statutory Fee |
|---|---|---|---|---|---|---|---|---|
| May 17 2022 8:22AM EDT | Accepted (6/8/2021) | 28, Supreme Court | | | Appendix | Appendix A-5. (dja) | Public | $0.00 |
| Jun 8 2021 4:10PM EDT | Accepted (6/8/2021) | 28, Supreme Court | | | Appendix | Appendix A-5. (dja) | Sealed, electronic | $0.00 |
| Jun 8 2021 4:00PM EDT | Pending | | | Document created | Appendix | Appendix A-5. (dja) | Sealed, electronic | $0.0 |

**Case 58,2022**

Per the September 7, 2022 order in the first docket attached hereto, relating to Delaware Supreme Court matter IMO Meghan Kelly a member of the bar, the court ordered the case unsealed.

 At the end of September, the Court contacted File & ServeXpress, where it was discovered that a configuration at the Case Class level was hindering the security setting in the case.  Upon, File & ServeXpress's suggestion, the court updated the case type on September 29, 2022 which made most of the documents in the is case public on September 30, 2022.

Additionally, the court notified File & ServeXpress on October 5, 2022 that some case documents were not viewable at the Public Access Terminals and in CourtLink.  It was discovered that some documents did not take to the case type update.  The solution required intervention from our DEV OPS team who were able to resolve the issue.  We delivered a resolution on October 6, 2022 that made all case document public.

I hope that helps.

Thank you.
Jason

**Jason Gonzales**
Manager, Account Management, File & ServeXpress
972-893-6632    jgonzales@fileandserve.com




CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Jason Gonzales
**Sent:** Thursday, November 3, 2022 12:02 PM
**To:** Meg Kelly <meghankellyesq@yahoo.com>
**Subject:** RE: (file and serve)(reach out to Jason on claim No)Re: Meghan Kelly/Delaware Supreme Court/ Question dates sealing and unsealing matters/o 119-2021 and matter No 58-2022

Good afternoon Ms. Kelly.

I understand you have made phone calls to our Client Support team regarding sealing/unsealing docs in cases 119-2021 and 58-2022, respectively.  I am diligently working to provide answers to your questions.

My goal is to have answers for you no later than EOD tomorrow, Friday, 11/4/2022.

I am your liaison for this matter.  Please contact me should you have any questions.

Thank you for your patience while I work to provide answers to your questions.

Best regards,
Jason

**Jason Gonzales**
Manager, Account Management, File & ServeXpress
972-893-6632    jgonzales@fileandserve.com




CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Meg Kelly <meghankellyesq@yahoo.com>

**Sent:** Tuesday, November 1, 2022 4:10 PM
**To:** Jason Gonzales <jgonzales@fileandserve.com>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Subject:** (file and serve)(reach out to Jason on claim No)Re: Meghan Kelly/Delaware Supreme Court/ Question dates sealing and unsealing matters/o 119-2021 and matter No 58-2022

Hi Jason,

I just spoke with Kelly and placed a ticket item for the issues below, 156496.

Thank you for your help. I also sent in another email today.

Have a good night.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr.
Dagsboro, DE 19939

meghankellyesq@yahoo.com

(302)493-6693

On Thursday, October 13, 2022 at 06:00:36 PM EDT, Jason Gonzales <jgonzales@fileandserve.com> wrote:


My pleasure, Ms. Kelly.

Let me do some research on our side to see what information we can glean.

Thank you.
Jason



**Jason Gonzales**
Manager, Account Management, File & ServeXpress
📞 972-893-6632  ✉
jgonzales@fileandserve.com

---

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Wednesday, October 12, 2022 5:41 PM
**To:** Jason Gonzales <jgonzales@fileandserve.com>
**Cc:** Support <support@fileandserve.com>; Meg Kelly <meghankellyesq@yahoo.com>
**Subject:** Re: Meghan Kelly/Delaware Supreme Court/ Question dates sealing and unsealing matters/o 119-2021 and matter No 58-2022

Hi Jason,

Thank you so much. The court misbehaved by sealing and leaving documents unsealed to protect the court.

Are you able to provide dates documents were unsealed and sealed in both matters?

I have contacted the court. The court provided inaccurate information on the unsealing and sealing of documents in the two matter.

Thank you for the email indicating it is not file serve's fault or under your control.

Thank you,
Meg
Please forgive typos.
Sent from my iPhone

On Oct 12, 2022, at 4:52 PM, Jason Gonzales <jgonzales@fileandserve.com> wrote:

Good afternoon Ms. Kelly.

Our Support team forwarded your email to me. I can confirm that our platform is integrated with the Delaware Courts. Our system automatically updates when the court takes action on or changes the status of a case/filing/documents. File & ServeXpress does not assume the authority to seal and unseal documents.

I encourage you to contact the court should you have any questions about the security status of a case and/or a document(s).

Thank you.

Sincerely,

Jason

**Jason Gonzales**
Manager, Account Management, File & ServeXpress

<image011.png>
972-893-6632
<image012.png>
jgonzales@fileandserve.com

<image018.png>

<image013.png> <image014.png> <image015.png> <image016.png> <image017.png>

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Support <support@fileandserve.com>
**Sent:** Monday, October 10, 2022 1:19 PM
**To:** 'Meg Kelly' <meghankellyesq@yahoo.com>
**Cc:** Support <support@fileandserve.com>
**Subject:** RE: Meghan Kelly/Delaware Supreme Court/ Question dates sealing and unsealing matters/o 119-2021 and matter No 58-2022

Hello Ms. Kelly!

I have reached out to our team to provide some clarify for your inquires below, and will follow up with you before the end of the day with additional information.

<image001.gif>

Client Support JR, File & ServeXpress

<image002.png>
888-529-7587
<image003.png>
support@fileandserve.com

<image009.png>

<image004.png> <image005.png> <image006.png> <image007.png> <image008.png>

<image010.jpg>

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Monday, October 10, 2022 12:01 PM
**To:** Support <support@fileandserve.com>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Subject:** Meghan Kelly/Delaware Supreme Court/ Question dates sealing and unsealing matters/o 119-2021 and matter No 58-2022

Good morning,

Per the September 7, 2022 order in the first docket attached hereto, relating to Delaware Supreme Court matter IMO Meghan Kelly a member of the bar, the court ordered the case unsealed. Did the Court process the request on September 29, 2022, and did it go through on September 30, 2022?

In the second docket attached hereto, case number 119, 2021, Case name Meghan Kelly v Donald Trump, could you please provide the dates the following four documents were sealed and unsealed?

Transaction ID 66649842, docket item 21.

Transaction ID 66639035, docket item 16

Transaction item number 66667019, Docket Item 40, appendix A-4, Docket item 41 Appendix A-5.

Could you please confirm that Delaware Courts are an integrated courts.  By integrated Courts I mean the courts are in charge of what is sealed and unsealed.  File and serve does not assume the authority to seal and unseal documents by request.  It is physically entered by the attorneys and courts.

I am a party in both cases.

Thank you,

Meg

Meghan Kelly

34012 Shawnee Dr.

Dagsboro, DE 19939

meghankellyesq@yahoo.com

📄 Appendix 1. c. DE Supreme Court Docket.pdf
152.9kB