IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly, | ) | |
| | ) | No. 119, 2021 |
| Plaintiff Below, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Donald Trump, a.k.a. Donald J. | ) | |
| Trump, a.k.a. President Trump | ) | |
| a.k.a. President Donald Trump, | ) | |
| in his official capacity as President of | ) | |
| the United States | ) | |
| | ) | |
| Defendant Below, | ) | |
| | ) | |
| Appellant, | ) | |

APPELLANT'S MOTION FOR THE DELAWARE SUPREME COURT TO
REIN IN ITS ARMS THROUGH ITS AGENTS FROM UNLAWFULLY
PRESSURING APPELLANT TO FORGO OR IMPEDE HER CASE TO
PROTECT HER FREE EXERCISE OF RELIGION.
BY RELIEF IT DEEMS JUST

1.     I, Meghan Kelly, pro se appellant, having been granted in forma

pauperis relief, move this honorable Delaware Supreme Court, unopposed, to reign

in its arms through its agents unlawfully pressuring appellant to forgo or impede

her case to protect her free exercise of religion, by relief it deems just.  I suggest

private guidance.

2.     My faith in God may appear crazy to others.  Nevertheless, I have the

freedom to believe by the dictates of my conscience, no matter what the

government through its agents believes. *Cantwell v. State of Connecticut*, 310 U.S. 296, 60 S. Ct. 900, 84 L. Ed. 1213 (1940). I am allowed to think differently instead of being conditioned to worship as the state's forced will of materialism, pursuit of money, and unholy charity that damns people to hell per Jesus, such as fundraising or organized charity. Jesus teaches people "have their reward," meaning they have no reward, no eternal life from God. Matthew 6:1. Organized charity, fundraising, pro bono, and volunteering is no small sin. It is not true charity, but damns people to hell by teaching business greed is love. *See Matthew 6:1-5.* Also *see*, *State ex rel. Tate v. Cubbage*, 210 A.2d 555, 557, 1965 Del. Super. LEXIS 67, *1, 58 Del. 430, 433, ("It is no business of courts to say that what is a religious practice or activity for one group is not religion under the protection of the First Amendment. Nor is it in the competence of courts under our constitutional scheme to approve, disapprove, classify, regulate, or in any manner control sermons delivered at religious meetings."); *See, Africa v. Pennsylvania*, 662 F.2d 1025, 1025, 1981 U.S. App. LEXIS 16448, *1, (3d Cir.), *cert. denied*, 456 U.S. 908, 72 L. Ed. 2d 165, 102 S. Ct. 1756 ("It is inappropriate for a reviewing court to attempt to assess the truth or falsity of an announced article of faith. Judges are not oracles of theological verity, and the founders did not intend for them to be declarants of religious orthodoxy. However, while the truth of a belief is not open to question, there remains the significant question whether it is

truly held.  Without some sort of required showing of sincerity on the part of the

individual or organization seeking judicial protection of its beliefs, the U.S. Const.

amend.  I would become a limitless excuse for avoiding all unwanted legal

obligations.”); *Burwell v. Hobby Lobby Stores, Inc*., 573 U.S. 682, 682, 134 S. Ct.

2751, 2759, 189 L. Ed. 2d 675, 680, 2014 U.S. LEXIS 4505, *1.  (“Courts have no

business addressing whether sincerely held religious beliefs asserted in a RFRA

case are reasonable.”); *Employment Div., Dept. of Human Resources of Ore. v.

Smith*, 494 U. S. 872, 887, 110 S. Ct. 1595, 108 L. Ed. 2d 876 (1990).

(“Repeatedly and in many different contexts, we have warned that courts must not

presume to determine the place of a particular belief in a religion or the plausibility

of a religious claim.”); *Presbyterian Church in U. S. v. Mary Elizabeth Blue Hull

Memorial Presbyterian Church*, 393 U. S. 440, 450, 89 S. Ct. 601, 21 L. Ed. 2d

658 (1969) (holding that “the First Amendment forbids civil courts from”

interpreting  “particular church doctrines” and determining “the importance of

those doctrines to the religion.”);  *Ben-Levi v. Brown*, 136 S. Ct. 930, 934, 194 L.

Ed. 2d 231, 235-236, 2016 U.S. LEXIS 991, *10-12.  See, *Holt v. Hobbs*, 574 U.S.

352, 352, 135 S. Ct. 853, 856, 190 L. Ed. 2d 747, 747, 2015 U.S. LEXIS 626, *1,

83 U.S.L.W. 4065, 93 A.L.R. Fed. 2d 777, 25.

     3.     I write to alert this Honorable Court concerning actions by state

government agents taken to apparently impede and obstruct my access to the

Courts in this proceeding.  I object to such interference, and reserve these issues for appeal, mentioned in part in Exhibit 55, attached hereto, and mentioned below, incorporated herein as if part of this letter, and in my brief, below. Dckt 60 at 63-64.

4.    The First Amendment prohibits state officials, employees and agents from retaliating against claimants, such as myself, for exercising their right of access to the courts.

5.    "Retaliation by public officials against exercise of First Amendment rights is itself violation of the First Amendment." *U.S.C.A. Const. Amend.* 1. *Zilich v. Longo*, 34 F.3d 359 (6th Cir. 1994).

6.    A representative of the Chancery Court staff misled me into almost missing my deadline to file a notice of Exception.  See, Docket 54, December 1, 2020 letter, regarding Due Process concerns, also contained in Docket 90, combined with Docket 36, attached to the notice as Exhibit F- Exhibit 55.

7.    The representatives at the Chancery Court demeaned me apparently based on poverty, association or religious beliefs.  See, Id.

8.    I asked the Master for her help.  She kindly helped me. Dckt 55, 58.

9.    In addition, the ODC impermissibly interfered with this case by contacting Judge Clark, per Judge Clark's admission.

10.    In mid-April, Judge Clark appeared to threaten me at BJs, a store, located in Millsboro, Delaware, as if I was on trial for standing up for my faith in Jesus, solely based on my exercise of seeking relief in court based upon alleviating the government sponsored burden government-religion has caused on my free exercise of religion in the action below.

11.    The ODC and Judge Clark clearly violated or encouraged the violation of the judicial Code of Conduct, by seeking to use their government power to obstruct my case, showing partiality to the Defendant, the President of the United States.

12.    "Supreme Court's two-step *Saucier* analysis governs whether a government official is entitled to qualified immunity, considering: (1) whether the facts alleged by the plaintiff show the violation of a constitutional right, and (2) whether the right at issue was clearly established at the time of the alleged misconduct." *Werkheiser v. Pocono Twp*., 780 F.3d 172 (3d Cir. 2015).

13.    Judge Clark knew or should have known that seeking to use his cloak of government authority, as a respected, fair judge, to chill or condemn or interfere with my ability to bring this case without government retaliation or pressure violates the Delaware judicial Code of conduct.  See, *The Delaware Judges Code of Judicial Conduct,* Canon 1, "A judge should uphold the integrity and independence of the judiciary," Canon 2, "A judge should avoid impropriety and

the appearance of impropriety in all activities," Canon 3. "A judge should perform the duties of the office impartially and diligently," Canon 7, "A judge should refrain from political activity inappropriate to the judge's judicial office."

14.    My right to a fair, unobstructed trial to alleviate a substantial burden upon my free exercise of religion is a constitutional right.

15.    "Congress, the Executive, and the Judiciary all have a duty to support and defend the Constitution." *Salazar v. Buono*, 559 U.S. 700, 130 S. Ct. 1803, 176 L. Ed. 2d 634 (2010)

16.    "There is no 'de minimis' defense to a First Amendment violation." Doe v. Indian River Sch. Dist., 653 F.3d 256, 259, 2011 U.S. App. LEXIS 16121.

17.    "The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." Mullin v. Sussex County, 861 F. Supp. 2d 411, 415, 2012 U.S. Dist. LEXIS 67571, *1

18.    I will likely continue to suffer government threats by the state if the Court does not help me by upholding the Constitutional limits from state overreach.

19.    I am standing up for my personal freedom to worship Jesus according to the dictates of my conscience, even if no one else shares the same beliefs, without government persecution.

6

20.    I am permitted to believe differently than the government through its agents, even if what Jesus teaches seems foolish to the world.  1 *Corinthians* 1:18, 2:14-16.

21.    "Government official's conduct violates "clearly established" law, so that the official is not entitled to qualified immunity, when, at the time of the challenged conduct, the contours of a right are sufficiently clear that every reasonable official would have understood that what he is doing violates that right."  Id.

22.    I do not wish to have any disciplinary action against any of the government representatives for misconduct.  I desire fair access to the courts, without government persecution based on my exercise of redressing a grievance to alleviate the burden upon my free exercise of religion from Government sponsored religious persecution directly caused by government establishment of government-religion and government-religious views.

23.    I object to disparate treatment based on religious affiliation on due process, first amendment and equal protection grounds.  I object under RFRA too. See, *Tanzin v. Tanvir*, 141 S. Ct. 486, 208 L. Ed. 2d 295 (2020). The Supreme Court in dicta explained RFRA applied to state and local employees and agents, not merely federal officials.

24.    I received additional pressure by the arms of this Honorable Delaware Supreme Court on May 24, 2021.  I received an E-mail offering alleged help from an arm of the Court, the Delaware Lawyers Assistance Program ("DE-LAP"), from Carol P. Waldhauser, Executive Director, copying a mental health professional, relating to a past request for a waiver of attorney filing fees.   Attached hereto as an Exhibit.

25.    It was not help to pay the fee.  I paid the fee long ago, though I did not receive a response from this Honorable Supreme Court, per my request back in January 2021 or secondary request in February 2021.  I certainly hope this Honorable Court did not instigate the abuse by its arms.  If so, please desist.

26.    DE-LAP was looking after its own interests, which conflicts from mine.

27.     I am a Christian.  I believe people go to hell for trusting in what psychologists, mental health professionals, psychiatrists and behavioral theorists teach, which often is focused on being happy or productive materially instead of being holy.  The organization premises its existence on mental health theories which I believe harm people.  I believe such theories teach patients to seek to fulfill their own material desires instead of doing what is right, thereby teaching people to reflect a little piece of hell on earth, the image of Satan by living for self, conditionally caring based on relationship, reward and avoidance of harm with no

sacrificial unconditional love or God in them, teaching a lie that damns. See Isaiah 14 to understand how Satan wanted to be his own God, as high as God, to place self-first. I believe their thinking misleads patients to hell, especially BJ Skinner's theories, which most teachers, including myself learned.

28.     These mental health professionals focus on misleading people to feel good, not be good, which is not good. I believe it is evil, misleading those they exploit for a paycheck to harm and hell.

29.     Carol P. Waldhauser created the appearance of a threat by inaction by requiring a response within ten days.

30.     While I believe artificial entities without hearts such as the ODC and DE-LAP, per se behave based on the mark of beast, absence of love, survival, for reward and avoidance of harm, serving greed by exploiting need, not doing good by their love of humanity, but seeking to control, eliminating free will by forcing the entities' will, its interest by threat of punishment, this Court has the power to reign in beasts, aka artificial entities without hearts, organizations, LLCs, corporations and such, with restraint in the form of the rule of law, which teaches love of humanity, not exploitation to serve the beasts' interests, the love for profit and praise at the cost of inhibiting freedom in the form of free will, freedom of

conscience by forced will under the threat of government sponsored persecution by funding such entities or otherwise.[1]

31.    I have the freedom to chase after God instead of chasing after money at this time in my life.

32.    I have the freedom to pursue my religion by justice in the courts, to protect my freedom to worship by the dictates of my free will, not the forced will, not the dictates of the state through its agents to worship money, which I believe leads to damnation.

33.    I believe business greed is the mark of the beast.  Jesus teaches you cannot serve God and money.  Matthew 6:24. 1 Timothy 6:10,  I stand by God.

---

[1] I did not know how bad the world was until I ran office.  I think artificial entities without hearts, charities, organizations, not for profits and businesses through alternative entities ("beasts") tempt world leaders through donations, signatures or support in elections, essentially controlling the leaders to mislead by serving the leaders' self-interest by serving the beasts at the expense of the people.  The entities who appear to control the world through world leaders arguably likely have contacts in Delaware.  I have been writing US Attorney General Garland concerning ideas how he may persuade this Court to save the world in other cases, including one to alleviate an economic crash using laws like 18 USC section 666, considering bailouts, grants and tax breaks as bribes, especially concerning the big payouts in 2020.  The courts can tame beasts without hearts with the rule of law, since Judges are not beasts or mere puppets of power or mere robots.  Judges are powerful because they may choose to reflect the image of God by love for humanity, sacrificing potential profit for people, making many people richer in love and materially, instead of the few.  Entities without hearts who seek to get as much as they can for as little as they can will devour humanity, if humanity does not tame them.  The heartless entities will seek to control people, if the courts do not take control of them, forcing people to reflect the image of Satan by behaving like heartless beasts too.  I hope the Delaware courts will be our world's hero should an economic crash occur too, saving lives and eternal lives.

34.    I am in danger, a different type the bodily harm I will discuss in my brief, albeit I have been visibly shaken up clenching my teeth, and have cried concerning the state attacks related to this motion too.

35.    Justice in the courts is a command by God. Amos 5:15. "Justice, mercy and faithfulness are greater commands" superseding concerns relating to costs and convenience.  Citing Matthew 23:23.

36.    Courts should sacrifice potential profit to serve people, not sacrifice people for the love of profit through entities' unjust gains.

37.    Please instruct your arms to stop bothering me or other relief this Honorable Court deems just, and to allow me to pursue my case without government threats.

38.    I respectfully request the Court guide its arms through relief it deems just.  I suggest correction through loving instruction, guidance to prevent additional government interference in this action.  Please help.

39.    On an aside, I am crying as I type this since I am reliving the wounds of the past where an arm of the Supreme Court economically persecuted me to protect those with shared interests.

40.    While I took the Delaware Bar my ceiling at the dorm caved in with a leak and destroyed my bar materials, I paid thousands of dollars for.  I complained to the supreme court.  As a result, an arm of the court, the Board of Bar Examiners

punished me and threatened me and made a complaint against me because I asked for help.

41.    Where you see smoke, you think fire.  I joined RLF on a contract for about $135,000 a year.  I did not get my contract renewed as the law firm participated in my bar admission.

42.    Prior to that in law school, I had rats in my apartment the last semester and during bar exams.  I complained.

43.    Duquesne, a Christian Law School responded by blaming me and hiking up my rent.

44.    The press helped me by putting me on TV and the newspaper, but no actual relief resulted, only harm.  I was freaked out and emotionally exhausted. There was a bunch of baby rats trying to climb up my bed as I tried to get sleep.  I was horrified.  I did not pass the bar the first time.  I got super high scores the second time and allegedly high scores in Delaware passing on the first try.  I should not be ashamed.  I am disappointed in the cold heartedness by the officials of a Christian law school.

45.    While I was in law school, my brother was also in an accident.  I sought permission to travel and take off time to delay my first bar exam, to see my brother, to make sure he would live.

46.     Duquesne said yes.  But a day or two before the exam I found a note in my box.  They changed their mind.  They tried to call me.  I did not have a phone.  I do not buy things I cannot afford.  I go without as incurring debt is against my religious beliefs.

47.     I took the exam in Civil Procedure, and received my worst grade, and hated civil procedure ever since as a reminder of the cold heartedness of the Christian university.

48.     The fact I have a heart to fight heartless beasts, including charities, not for profits, businesses and churches, does not make me weak.  It makes me human with the power to reflect the image of God by love, stronger than heartless beasts who seek cold hard cash for survival.

49.     My cousin, Peter Conaboy ("PJ"), also was murdered while I was in law school.   So, this is all very painful to relive, and to be reminded of by the May 24, 2021 letter.

50.     His mother, my Aunt Jackie Conaboy is in the hospital now.  She is doing poorly.  She may not make it in this life or the next.  At PJ's funeral the priest said "hurry it up. I have a luncheon" as people shared stories about PJ.  I scolded the priest as I left. "What would Jesus say."  My aunt Jackie remembered that.  Ever since then, she has not gone to church, and she turned to wine not God for comfort.  I do not think she will go to heaven, if she does not turn towards God

13

for comfort.  I pray, but recognize prayers are not enough at times since people have free choice.  She may die soon.  God's plan is the same for all.  I discern whether people are lost or saved, whether they do man's plan or God's.  She is not okay.

51.    I learned early to turn to God for comfort, not to turn to any imperfect person or thing in this world for my comfort.  I am not like the world.  I am sad for the world, as I seek to heal it with love, through justice in the courts, shedding light on evil, not celebrating evil as good.

52.    While scars remain well beyond our fleeting lives, harming future generations, and relived by new attacks such as the May 24, 2021 attack, this Court can prevent future harm to me by government actors misbehaving by seeking their own power and profit in this case, right here, right now, before it is too late, and additional harm is incurred, lasting beyond the fleeting lives of the perpetrators who act on self-interest, not love.

May 25, 2021                                        Respectfully Submitted,

                                                   /s/ Meghan Kelly
                                                   Meghan Kelly
                                                   34012 Shawnee Drive
                                                   Dagsboro, DE 19939
                                                   pro se, as a party, not an
                                                   attorney advocate
                                                   meghankellyesq@yahoo.com

I declare under the penalty of perjury under the laws of Delaware that the

information in *Appellant's Motion for the Delaware Supreme Court to rein in its*

*arms through its agents from unlawfully pressuring appellant to forgo or impede*

*her case to protect her free exercise of religion by relief it deems just* is true and

correct in, to the best of my knowledge and belief

Executed on the 26th Day of May 25, 2021

_____Meghan Kelly_____    (printed name)
Meghan Kelly

_____Meghan Kelly_____    (signature)
Meghan Kelly

EXHIBIT

55

December 1, 2020

Court of Chancery Courthouse
34 The Circle
Georgetown, DE 19947

      **RE: Meghan Kelly v. the President Donald Trump, et. Al.**
      **Case No. 2020-0809- Master PWG**

      **Due Process concerns**

Dear Honorable Master Patricia W. Griffin:

      I believe I may have received disparate treatment based on my wealth, political affiliation and or religious orientation, and will continue to receive such treatment without your assistance.

      The staff in your court appear to be subverting my case, by serving as advocates for President Trump.

      I sensed this early on when I was having trouble gaining a copy of everything, pursuant to your kind order granting me one copy. I felt like my case was not treated as a serious matter.

      I sensed this when I when I felt mistreated by your staff around October 12, and October 13, and went home crying for days. See Exhibit A, emails, admissible under the present sense exception.

I filed the letter dated October 19, 2020, regarding the fact I am not an officer in this court to address and qualify my position as the party, not a mere attorney in hopes to prevent future abuse.

I am without the insulation or protection of counsel. I am the party. The staff may more freely scold and criticize attorneys without display of improper partiality towards a party.

I sensed this when Arline Simmons misled me concerning your November 2, 2020 as something trivial on November 4, not November 2 as indicated in my letter dated to this Honorable Court dated November 6, 2020, apparently, in hopes I would not seek exception to your rulings.

Then, I realized the court's staff may be scared of messing up with regards to paper filing, and the unique Covid19 amendments the requirements. I believe the Supreme Court is merciful concerning trite matters such as the fact none of us appeared to be aware of the waiver of notary requirements. I applaud the Supreme Court's leadership in safeguarding people's lives more than safeguarding business as usual.

Yet, my suspicions of partiality towards me proved correct. On December 1, 2020, your staff appeared to be attempting to bleed me dry of resources to continue this proceeding by denying me the benefits of the Chancery Court Rule 171 (c)'s authorization which provides in part. "…1

2

copy of all briefs shall be mailed to **or filed** with the Register who shall immediately docket them and mail or deliver the original to the Judge to whom the matter has been assigned…" (emphasis intended).

The court's staff appears to be playing the advocate to win the case for President Trump by directing me to mail everything to the Court in Wilmington or pay for gas to drive two hours away despite the fact she is aware of my limited resources. See Exhibit B.

I should not be additionally taxed by unnecessary costs because the court's staff opposes my position.

This case will likely remain alive, with possible interpleading by churches who care more about money than humanity. Under the guise of freedom of religion some churches will foreseeably display whoredom, selling my God for a price too high, costing lives and health to serve their bottom line. An order requiring, I mail everything to upper Delaware is unjust, based on bad faith of the court's staff, intentionally causing me to withdraw my case due by running out my limited funds in mailing costs.

The Court's agents cannot act as the Defendant's advocate by indicating I am not worthy of a fair and impartial case because of poverty that inconveniences the Court, political orientation or political beliefs.

3

I understand, most people support President Trump down here, and that most people do not think or believe as I do. Yet, I still have the freedom to pursue my unpopular belief, and my desire "not to be conformed to the world," without government persecution or threat of persecution. Romans 12:2.

I have chosen to confront the most powerful man in the world with endless resources paid by the federal government. That fact does not make my case trivial.

I believe "God chose the foolish things of the world (like me) to shame the wise; God chose the weak things (like me) of the world to shame the strong." 1 Corinthians 1:27.

Part of what makes this country already great is the impartiality required by the courts, creating an equalizer in fairness, regardless of wealth or poverty, power, position, race, religion, affiliation or place of origin.

Justice is not guaranteed. Yet the opportunity for justice, even by a peon like me against the most powerful man in the world, is. Should I fail, that is on me, not the court. This Honorable Court must allow me to try.

I believe the staff's behavior is not a reflection on the Court, nor a reflection on you, Honorable Master Patricia W. Griffin. They add a buffer between me and you to prevent ex parte communications.

4

Yet, the buffer has broken to the point that the floods of injustice may arise without the protection of the court's guidance on its own staff to uphold the integrity of the law.

"To be actionable, claim of denial of access to courts need not allege total or complete denial of access; rather, plaintiffs need only claim that interference with and potential prejudice to right of access to redress in state court rises to level of constitutional deprivation."  In re Cincinnati Radiation Litig., 874 F. Supp. 796 (S.D. Ohio 1995).

"Opportunity to be heard is essential requisite of due process of law in judicial proceedings."  Richards v. Jefferson Cty., Ala., 517 U.S. 793, 116 S. Ct. 1761, 135 L. Ed. 2d 76 (1996).

Please assure me the protection of due process, without rendering an order displaying partiality to the opposing side, to prevent infringement upon my right of due process in this case.

Respectfully Submitted,

Meghan Kelly, Esquire
Pro Se
34012 Shawnee Drive
Dagsboro, DE 19939
(Word Count 993)

5

# Exhibit A

**Re: Thursday afternoon/Meg/3 Original summons/**

meghankellyesq@.../Inbox

 **Meg Kelly** <meghankellyesq@yahoo.com>
To: Kruger, Katrina (Courts) <katrina.kruger@delaware.gov>,
Simmons, Arline (Courts) <arline.simmons@delaware.gov>
Cc: Meg Kelly <meghankellyesq@yahoo.com>

Oct 14 at 9:20 AM

Hi Arline,

Thank you for responding so quickly. Will do. If anything comes up I will let you know.

Arline, Thank you for holding off on the summons from Friday October 9, 2020 for the civil processor. I did not want you to do it twice with the incorrect amount of days the Defendant has to respond. I explained to the Honorable Court, the Defendants are allowed 60 days instead of 20 in the documents I filed. I alerted the Honorable Master to this in the filings.

Accordingly, I am missing three summonses for the Second Amended Complaint, and one summonses and copy of the praecipe for all three Defendants. They have 60 days to respond. I do not believe the Honorable Master Patricia W. Griffin can not make a determination on anything until all three Defendants are served.

I will draft more detailed certificates of service. So Katrina knows what links up with what.

Thank you for letting me know, you need more specificity Katrina.

I did not sleep at all last night (and I always sleep well) and cried this morning after yesterday and Monday too. I would not have filed this case if I thought things would be ok, I do not. I am seeking to expedite this case because I believe people are deceived by the Defendant to be harmed and damned to hell. I am still crying. I thank you for your hard work on this case. It is worth the effort, even if you do not believe I am worth it. I am Katrina. I love and respect you in real life but was so saddened by the way you demeaned me as an inconvenience. I am entitled to a fair impartial opportunity to be heard under the law, despite the required work for the Honorable Court to listen to my words. Justice is not to be earned, bought or bartered for by those with money. It must be granted to the rich and poor alike without bias towards those with money. Otherwise it is injustice guaranteed.

I am still crying. I might need a day to collect myself and refocus my attention on the case at hand. I intend to come in tomorrow morning. I will let you know if I can not make it.

I will draft a more detailed certificate of service for the 3 summonses I will file. So, you know what goes with what.

Thank you.

Love,
Meg

On Wednesday, October 14, 2020, 08:11:11 AM EDT, Simmons, Arline (Courts) <arline.simmons@delaware.gov> wrote:

Hello Meg,
Please come on THURSDAY before 11:00 a.m.

-----Original Message-----
From: Meg Kelly <meghankellyesq@yahoo.com>
Sent: Tuesday, October 13, 2020 6:46 PM
To: Kruger, Katrina (Courts) <Katrina.Kruger@delaware.gov>; Kruger, Katrina (Courts) <Katrina.Kruger@delaware.gov>
Cc: Simmons, Arline (Courts) <Arline.Simmons@delaware.gov>
Subject: Thursday afternoon/Meg

Hi Katrina and Arline,

I have a CLE scheduled on Friday.  May I please come in Thursday afternoon.

Thank you,
Meg

## RE: Monday Meg Kelly

meghankellyesq@.../Inbox

 **Simmons, Arline (Courts)** <arline.simmons@delaware.gov>                                        Oct 14 at 3:52 PM
To: 'Meg Kelly' <meghankellyesq@yahoo.com>, Kruger, Katrina (Courts) <katrina.kruger@delaware.gov>

Monday is fine-Can you come before 11:00 a.m. ?

-----Original Message-----
From: Meg Kelly <meghankellyesq@yahoo.com>
Sent: Wednesday, October 14, 2020 3:41 PM
To: Simmons, Arline (Courts) <Arline.Simmons@delaware.gov>; Kruger, Katrina (Courts) <Katrina.Kruger@delaware.gov>; Kruger, Katrina (Courts) <Katrina.Kruger@delaware.gov>
Cc: Meg Kelly <meghankellyesq@yahoo.com>
Subject: Monday Meg Kelly

Hello,

May I please come in Monday instead?  I am still shaken up. Remember I am behaving as the inured party, not bringing this complaint as an advocate with the insulation of representation.

I think a couple days, may help Attorney General William Barr, Esq. and President Trump too recover from Covid19 too. The Honorable Master can not rule on anything until all 3 Defendants are served to afford notice, or at least attempted notice to all parties.  Attorney General William Barr and the US Attorney General agent, the civil process clerk, are deemed the United States, a necessary party according to the rules of Federal procedure Rule 12 3(A).

Arline is wiser than I. She kindly indicated "do you need the United States as a party. I did not know until I looked it up."  I am sorry that required I had to amend the complaint.  I tend to look things up to confirm, but now I no longer have the ability to easily look things up.  Arline thank you for your kindness and mercy.

Thank you.
Meg

Meg/Sorry Katrina/Meg is not an attorney advocate in this case — Yahoo Mail

**Meg/Sorry Katrina/Meg is not an attorney advocate in this case**

meghankellyesq@.../Sent

 **Meg Kelly** <meghankellyesq@yahoo.com>
To: katrina.kruger@delaware.gov, katrina.kruger@delaware.gov
Cc: Simmons Arline (Courts) <arline.simmons@delaware.gov>,
Meg Kelly <meghankellyesq@yahoo.com>

Oct 15 at 12:20 PM

Hello,

I do not know I do this, but I have been told I raise my voice when I am upset and passionate. I do not notice it. I apologize Katrina.

When Katrina said I was not allowed to file anything, though I must or it will be kicked out, she behaved like Defendant's advocate, not as an impartial government agent.

When Katrina said I needed a phone when the rules afford leeway for those without a working phone, it made me feel as if you represented Defendant's interest and the Court's convenience over truth and justice.

You made me feel less than, when you said I should let someone ahead of me on Monday, when I am trying to expedite this case for immediate relief.

The Court's agents cannot act as the Defendant's advocate by indicating I am not worthy of a fair and impartial case because of poverty that inconveniences the Court, political orientation, or religious beliefs.

I understand, most people support President Trump down here, and that most people do not think or believe as I do. Yet I still have the freedom to pursue my belief, and my desire "not to be conformed to the world," without government persecution or threat of government persecution.

I am sorry I need to clean my dirty heart of the sin of fear. It appears I am raising my voice with other people when I talk about pursuing an action to safeguard freedom to worship or not according to the dictates of our conscience, not the dictates of the government, under the threat of government sponsored public or private persecution.

I am not an attorney advocate in this case. I am without the insulation and protection of counsel. I am a pro se litigant. I am the party and not the party's counsel. If I was a mere attorney, an officer of the Court, as opposed to the party, it would be different.

Thank you for understanding. I will work on cleaning my dirty heart of sin. I am sorry Katrina. I am having a real hard time with my wimpy high voice. I need to become brave, and have faith in pursuit of justice in the courts. I have never been so scared in my entire life. I am scared of letting God down, and this Honorable Court down. It is humbling. I have chosen to confront the most powerful man in the world with endless resources paid by the federal government. Yet "...God has chosen the weak things of the world to shame the things which are strong." 1 Corinthians 1:27

I apologize in advance for not having easy access to the law too.

Thank you. Have a good weekend.

Kind regards,
Meg
Meg

Exhibit B

## Fw: Meg v Trump Case 2020-0809 -PWG/letter Requesting permission to exceed the Rule 171(f) word limit

From: Meg Kelly (meghankellyesq@yahoo.com)

To: katrina.kruger@delaware.gov; arline.simmons@delaware.gov; meghankellyesq@yahoo.com

Date: Monday, November 30, 2020, 01:29 PM EST


Hi Katrina,

May I please drop them off to your court as the rules allow? The cost of continuously mailing verses dropping off are prohibitive. It is stressing me out, and I am already at risk of a heart attack. My blood pressure is higher than expected. I didn't know my heart was hurting because my blood pressure is high, 138 over 87, most recently. That is why my heart hurts when people say I am not a Christian. It upsets me to the point it may eventually kill me.

Thank you,
Meg


   ----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Kruger, Katrina (Courts) <katrina.kruger@delaware.gov>; Simmons, Arline (Courts) <arline.simmons@delaware.gov>; McKinnon, Brenda (Courts) <brenda.mckinnon@delaware.gov>; Boyer, Sheila (Courts) <sheila.boyer@delaware.gov>
**Cc:** Bauer, Cecelia (Courts) <cecelia.bauer@delaware.gov>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Monday, November 30, 2020, 01:14:02 PM EST
**Subject:** Re: Meg v Trump Case 2020-0809 -PWG/letter Requesting permission to exceed the Rule 171(f) word limit

Hi Katrina and Sheila,

Since I have very little money to mail, it is more plausible for me to adhere to the rules by dropping it off to Sussex County. Thereby, I seek the benefits of the rules, without waiving them.

Thank you for your suggestion, and understanding.

Have a good day.

Very truly,
Meg



On Monday, November 30, 2020, 12:57:56 PM EST, Boyer, Sheila (Courts) <sheila.boyer@delaware.gov> wrote:


Thank you, Katrina –


You have detailed everything perfectly. Since Vice Chancellor Fioravanti is assigned to this case to hear the Exceptions to Master's Report part of this case, anything having to do with those documents, or correspondence to Vice Chancellor Fioravanti, need only be sent to his Case Manager, Brenda McKinnon – and/or to the Register in Chancery in Wilmington – mailing address is shown below with my signature block.

Sheila

Sheila L. Boyer

Judicial Case Management Supervisor

Register in Chancery Wilmington

500 N. King Street, Suite 11600

Wilmington, DE 19801

302-255-0552

**From:** Kruger, Katrina (Courts) <Katrina.Kruger@delaware.gov>
**Sent:** Monday, November 30, 2020 12:48 PM
**To:** Meg Kelly <meghankellyesq@yahoo.com>; Simmons, Arline (Courts) <Arline.Simmons@delaware.gov>;
McKinnon, Brenda (Courts) <Brenda.McKinnon@delaware.gov>; Boyer, Sheila (Courts)
<Sheila.Boyer@delaware.gov>
**Cc:** Bauer, Cecelia (Courts) <Cecelia.Bauer@delaware.gov>
**Subject:** RE: Meg v Trump Case 2020-0809 -PWG/letter Requesting permission to exceed the Rule 171(f) word limit

Hi Meg,

Just to make sure I got this correct. I received the Letter to Vice Chancellor Fioravanti asking to exceed the word count and also the certificate of service in today's mail. According to your email below, you also sent BOTH documents to the Register's Office in New Castle County. Is that correct? I am including in this email Brenda McKinnon, the case manager to the Vice Chancellor, and also Sheila Boyer, office manager, in the event that Brenda is out of the office. There is no need for both counties to docket the same thing. It currently is not on the docket. I will go ahead and efile both documents. ALSO, you need to wait and see how the judge rules before mailing the brief for anyone to efile.

From this point forward, it is best to send the filings to just *one office*. Since this is now assigned to a judge in New Castle County, mail the documents upstate and bypass the Sussex County office altogether. Otherwise it gets too confusing. If Brenda or Sheila feel differently, they will advise in this email chain.

Thanks,

Katrina

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Monday, November 30, 2020 12:15 PM
**To:** Simmons, Arline (Courts) <Arline.Simmons@delaware.gov>; Kruger, Katrina (Courts)

<Katrina.Kruger@delaware.gov>
**Subject:** Meg v Trump Case 2020-0809 -PWG/letter Requesting permission to exceed the Rule 171(f) word limit

Good morning,

I hope you are safe and well.

I wanted to give you a head's up.  On Friday, I mailed the attached letter requesting permission to exceed the Chancery Court Rule 171(f) Rule word limit for briefs and the related certificate of service to Defendant Barr.

Could you please confirm receipt, once it is docketed?

I see in under Rule 171(c)  that I merely have to drop off the brief to the Court, and the Court will mail it to the upper DE Vice Chancellor.  This is weird for me.  I am learning it is unusual for you too. I really appreciate your time and assistance even more. Thank you.

I actually mailed the letter and the certificate of receipt to the upper Delaware Court and your court too. So, you may not have to mail what I sent if he confirms receipt or dockets it first. Sorry for mailing it to both courts.

Thank you. Have a great day.


Very truly,

Meg

October 19, 2020

Court of Chancery Courthouse
34 The Circle
Georgetown, DE 19947

RE: Meghan Kelly v. United States, President of the United States, Defendant, Donald Trump, a.k.a. Donald J. Trump, a.k.a. President Trump, a.k.a. President Donald Trump, his official capacity as President of the United States, No. 2020-0809- Master PWG
**Plaintiff Not officer of the Court/Economic Crash/Forum**

Dear Honorable Master Griffin:

Thank you for taking the case.

I am not an attorney advocate in this case. I am without the insulation and protection of counsel. I am a pro se litigant. I am the party, not the party's counsel. If I was a mere attorney, an officer of the Court, as opposed to the party, it would be different. Lawyers are permitted to talk to judges, but not on matters relating to matters, ex parte. I am not allowed to talk to you ex parte period.

The court's staff adds a buffer, and are not the Judge on the case.

It is strange for the staff, and for me. For instance, I could not share the rules that required 60 day notice instead of 20 days notice to the staff ex parte to give to you, even though I had them in my hand, and the staff kindly said she could take them.

1

Instead, I must communicate with the defense counsel simultaneously, electronically, or by mail while speaking directly to this honorable Court.

I do not know whether this case will remain in this Court or be removed to federal Court. This area heavily supports President Trump. One of Defendant's biggest campaign contributors allegedly lives in Sussex, and Delaware's liason for President Trump, Rob Arlett, lives in Sussex.

Although I am cognizant of the pro Trump atmosphere in this county, I have faith in the fair impartial rule of law by this Honorable Court.

The federal courts are more of a concern for me. The President's sister presided as a judge in the Third Circuit until recently. In addition, the President placed two Third Circuit judges on his list of potential nominees for Supreme Court, creating a concern that the federal judges may be biased toward their colleagues' potential nominations at the death of the next Supreme Court justice, Justice Hardiman and Justice Phipps.

I believe this Honorable Court, from the smallest state, has more power to save the country than the Supreme Court.

This is the corporate capital of the globe.

The biggest government expense globally is healthcare. (See the web site cited in Second Amended Complaint ("SAC"), Count 234). The US spends more money on social security and healthcare than any other sector.

2

That fact is often hidden by discretionary charts, instead of mandatory spending charts. The US now must pay out more.

The country and the globe have the biggest bill in the history of the world that has fallen due, healthcare and retirement for the baby boomers. Those who value money more than humanity are seeking to get out of paying this earned and owed debt, by bad business. Bad business, made to fail, made to bail out or bankrupt as directors continue to collect hefty salaries and potential bonuses, should not be rewarded by the government for the profit of the few at the expense of the many. (See, SAC, Counts 229-286)

Directors have the power to artificially inflate stocks through stock buy backs. Entities may resell worthless debt in bankruptcy remote entities into infinity while creating the illusion the economy is above water. I used to draft these bankruptcy remote entities at RLF, Delaware's largest home-grown corporate law firm.

With regard to business bailouts and business incentives, creating artificial debt and charging interest to give to businesses to enslave the people to desperate conditions to require the people pay debt back is the sin of inequity and oppression, arguably violating the 13th Amendment by creating wage slaves, or forced volunteering.

3

Creating jobs is not helping the people. (See, Romans 4:4. "Now to the one who works, wages are not credited as a gift but as an obligation.")

Creating jobs is not a gift.

It is exploiting the people to serve those who already profited at their expense with bail outs and incentives, under the deception of doing people a favor by employment.

Soon we will see entities exploit people in a different way only to gain praise by those they oppress, by the elimination of welfare such as social security and medicare, and replacing it with charity violating Matthew 6 misleading people to hell.

This Honorable Court is the only Court in the world that can prevent a global economic crash, while saving government pensions, retirement, social security, lives' savings and Medicare by cutting through the corporate veil of entities to hold those people, directors or otherwise, responsible for made to fail, made to profit from, bad business.

Misleaders and deceivers exacerbate desperate conditions to exploit those they are charged to serve for self-gain. Leaders look after those they serve by alleviating desperate conditions.

This Court is the king of corporate law.  Now we need this Court to be a servant leader by slicing the ill gained fat of a few to save the many.

4

Years ago, I negotiated for a really cool lawyer tool either from Westlaw or Lexis that gave me people and entity's information, including people's social security numbers, except the last two, which is scary because you could go upstairs in the Superior Court and get the last two numbers for Defendants.

The source provided relationships with other people and entities, including entity information in other countries relating to entities here.

Lawyers now have the means to cut through entity shells. The Court is powerless to save the world if lawyers do not have the courage to ask.

I am grateful for the opportunity to be heard.

Please find additional hearing exhibits, to include with the exhibits to the complaint, and a filing list.

Thank you,

Meghan Kelly
Pro Se
34012 Shawnee Drive
Dagsboro, DE 19939
(Words 1000)

5

SOLACE and LAC

From:  Carol Waldhauser (cwaldhauser@de-lap.org)

To:      meghankellyesq@yahoo.com

Cc:      emkiesel@aol.com

Date:  Monday, May 24, 2021, 11:58 AM EDT


Meghan:


Please find attached a self-explanatory letter.


Please contact us within the next 10 days regarding it.


Thank you.


Carol


Carol P. Waldhauser, Executive Director

The Delaware Lawyers Assistance Program

(DE-LAP)

405 N. King Street, Suite 100B

Wilmington, DE    19801

(302) 777-0124

Cell:  (410) 409-8874

cwaldhauser@de-lap.org

www.de-lap.org


DE-LAP is a Confidential, Free, Non-Judgmental Service Just for Delaware Lawyers and Judges

*CHECK IT OUT ON YOUR PHONE, TABLET OR COMPUTER, DE-LAP'S NEW WEBSITE AT SAME ADDRESS: WWW.DE-LAP.ORG*

*FREE, CONFIDENTIAL AND NON-JUDGMENTAL, DE-LAP has assisted the Delaware Bar with quality of life and quality of professionalism issues.   We Do Together What Need Not Be Done Alone!*

*-Carol P. Waldhauser, Executive Director*

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately and return the original message to us at the address above.  Thank you.

 2021_05_24_11_52_37.pdf
296.6kB

 2021_05_24_11_53_47.pdf
678.2kB



**Lawyers Assistance Program**

Carol P. Waldhauser, Executive Director
The Renaissance Centre
405 N. King Street, Suite 100 B
Wilmington, Delaware 19801
www.de-lap.rog

Private: (302) 777-0124
Toll Free: 877-243-3527
Fax: (302) 658-5212
cwaldhauser@de-lap.org

*MAY 24, 2021*                                    ***CONFIDENTIAL***
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE.   19939

Dear Meghan:

We understand that you may be experiencing some financial difficulties with regard to license fees, etc. As a member of the Delaware Bar we care about you. For that reason, we are reaching out, confidentially, to see if we might be able to offer assistance to you.

The Delaware Lawyers Assistance Program, The SOLACE Committee, The Delaware Lawyers Assistance Fund and the Professional Guidance Committee all provide support to attorneys who may need resources for basic needs, as well as referral options as needed or required. Again, these services are free and confidential.

To better understand, how we can assist, we want to meet with you - either virtually - or in person. Do you have WIFI available where we might meet virtually? Or in the alternative, are you able to come in Georgetown to meet? Once again, this is confidential, and we would like to be able to explore our resources and determine if our services can help you.

So please, reach out to us either by e-mail or phone. Our information is: Carol cwaldhauser@de-lap.org and/or Eleanor can be reached at emkiesel@aol.com,, or call Carol at DE-LAP 302-777-0124. We hope that you can connect with us and see if our resources and/or referrals can assist you Remember, DE-LAP is a Confidential, Free, Non-Judgmental Service Just for Delaware Lawyers and Judges. Equally important, we do together what need not be done alone!

Very truly yours,

*Eleanor M Kiesel, CPer*

Eleanor M. Kiesel, Esquire, PhD, Lawyers Assistance Committee

*Carol P Waldhauser*

Carol Waldhauser, Executive Director, Lawyers Assistance Program (DE-LAP)

Electronically forwarded with encls:  meghankellyesq@yahoo.com

Fw: Kelly v Trump/Kelly v Biden/Case No 119-2021/Appellant's Motion for the Delaware Supreme to require the recusal of the Honorable Chief Justice Collins J. Seitz

From:  Meg Kelly (meghankellyesq@yahoo.com)

To:  julie.veroff@doj.ca.gov; supremectbriefs@usdoj.gov; jessie.alloway@alaska.gov; henry.whitaker@myfloridalegal.com; edmund.lacour@alabamaag.gov; ccarr@law.ga.gov; josh.turner@ag.idaho.gov; alan.hurst@ag.idaho.gov; eric.wessan@ag.iowa.gov; anthony.powell@ag.ks.gov; justin.matheny@ago.ms.gov; samuel.freedlund@ago.mo.gov; josh.divine@ago.mo.gov; anthony.j.galdieri@doj.nh.gov; eric.hamilton@nebraska.gov; peter.torstensen@mt.gov; pjaxt@nd.gov; garry.gaskins@oag.ok.gov; esmith@scag.gov; spurser@agutah.gov; paul.swedlund@state.sd.us; lane.polozola@atg.wa.gov; joshua.bendor@azag.gov; rebekah.newman@ilag.gov; michael.casper@doj.oregon.gov; katherine.dirks@mass.gov; yael.shavit@mass.gov; elizabeth.carnes-flynn@mass.gov; nathaniel.j.hyman@mass.gov; rabia.muqaddam@ag.ny.gov; molly.thomas-jensen@ag.ny.gov; gina.bull@ag.ny.gov; lucia.choi@doj.ca.gov; michael.newman@doj.ca.gov; srividya.panchalam@doj.ca.gov; james.stanley@doj.ca.gov; natasha.reyes@doj.ca.gov; david.d.day@hawaii.gov; kaliko.d.fernandes@hawaii.gov; ewan.rayner@hawaii.gov; wus@dany.nyc.gov; david.weiss@usdoj.gov; usapae.usattorney@usdoj.gov; meghankellyesq@yahoo.com; ryan.costa@delaware.gov; tmastro@gmail.com; iadams@sidley.com; cbarrish@whyy.org; darin.mccann@coastalpoint.com; grolfe@newszap.com

Date:  Wednesday, March 19, 2025 at 02:07 PM EDT

This was secretly sealed too.  I had to fight to get it unsealed after the case closed, but per Lexis not all items were available on the docket I sent them.

Thank you

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** supreme_courtfilings@delaware.gov <supreme_courtfilings@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Friday, May 28, 2021 at 03:35:15 PM EDT
**Subject:** Kelly v Trump/Kelly v Biden/Case No 119-2021/Appellant's Motion for the Delaware Supreme to require the recusal of the Honorable Chief Justice Collins J. Seitz

Good afternoon,

I hope you are safe and well.

Attached, please find
1. Appellant's Motion for the Delaware Supreme to require the recusal of the Honorable Chief Justice Collins J. Seitz
2. Exhibit 1, Receipt Meg Kelly paid her bar fees
3. Exhibit 2, Emails between Meg Kelly and Mark Vavala
4. Exhibit 3, Feb. 2, letter from the Court in response to fee waiver request.
5. Exhibit 4, Meg Kelly's February 5, letter regarding Suspension of lawyer fees/Equal Protections concern/New Request 2022, flat fee for all licensure fees not based on years which is not rationally related to a legitimate purpose, instead arguably may be age discrimination to weed out older lawyers
6. Declaration relating to Appellant's Motion for the Delaware Supreme to require the recusal of the Honorable Chief Justice Collins J. Seitz
7. and the proposed order relating to Appellant's Motion for the Delaware Supreme to require the recusal of the Honorable Chief Justice Collins J. Seitz

I hope you have a nice weekend.

Very truly,
Meg Kelly, pro se, party, not an attorney advocate in this case

 Appellant's Motion for recusal of Chief Justice Seitz.pdf
202.6kB

 Exhibit 1 Receipt Meg paid bar fees.pdf
20.4kB

 Exhibit 2 Emails May 27 Mark Vavala and Meg Kelly.pdf
200.7kB

 Exhibit 3 Court response fee waiver Meg Kelly 2-2-21 letter (2).pdf
9kB

 Exhibit 4 feb 5 2 request Susepnsion of fees without disparate treatment.pdf
319.4kB

 Declaration May 28 Appellant's Motion for the Delaware Supreme to require the recusal of the Honorable Chief Justice Collins J. Seitz.pdf
15.3kB

 May 28 Order regarding Recusal of Cheif Justice.pdf
116.4kB

(4)

## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly, | ) | |
| | ) | No. 119, 2021 |
| Plaintiff Below, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Donald Trump, a.k.a. Donald J. | ) | |
| Trump, a.k.a. President Trump | ) | |
| a.k.a. President Donald Trump, | ) | |
| in his official capacity as President of | ) | |
| the United States | ) | |
| | ) | |
| Defendant Below, | ) | |
| | ) | |
| Appellant, | ) | |

### APPELLANT'S MOTION FOR THE DELAWARE SUPREME COURT TO REQUIRE THE RECUSAL OF THE HONORABLE CHIEF JUSTICE COLLINS J. SEITZ, JUNIOR IN THIS MATTER

1.    I, Meghan Kelly, pro se appellant, unopposed, having been granted in forma pauperis relief, move this honorable Delaware Supreme Court, unopposed, move to recuse the Honorable Chief Justice Collins J. Seitz, Junior ("Chief Justice Seitz") from participating in review of my case, requiring delegation to the other honorable Justices.

2.    On about May 25, 2021, I sent the honorable Court *Appellant's (unopposed) Motion to guide or reign in the arms of the Delaware Supreme Court,*

1

*or for other relief this Court deems just*, (the "motion"), incorporated herein as if included in the first instance.  I suggested private guidance.  Motion at 1, 37, 38.

3.      One of the allegations in the motion was concerning De-Lapp's response to a request for a suspension of bar fees to serve De-Lapp's purpose not to help to pay any fee since I paid such fees.  Motion at 24 -30.  Attached please find my receipt of payment of the Bar registration fee, incorporated as an exhibit, as if expressly stated herein.

4.      I attached the May 24, 2021 attack letter as an exhibit to the motion, and incorporate it herein as if included as part of the motion.

5.      In the May 24, 2021 attack letter, Carol Waldauser and Eleanor Kiesel state, "We understand that you may be experiencing some financial difficulties with regard to license fees."

6.      The only person who knew I made a request for suspension of Attorney Registration of license fees is Chief Justice Seitz, since I made the request to him, and Mark Vavala.

7.      I reached out to Mark Vavala ("Mark") per the emails, attached herein and included and incorporated herewith as if alleged as part of this motion ("Emails"), admitted under the state of mind exceptions, belief and admissions. See Exhibit, the Emails.

2

8.     I turned to Mark for guidance, as he has always treated me as a judge should, with respect regardless of poverty, religious belief or association, as to requesting relief for attorney registration fees.

9.     In the past I turned to Mark when he was a commissioner when Cathy Marshall, the former Supreme Court Clerk treated me with great cruelty and disregard for humanity for cost and convenience, reflecting the image of Satan with regard to unbending rules and penalties regarding the rather unsafe requirement of registration online and by required use of emails during a heightened time of increased threats to electronic hacks.[1]

---

[1] I am trying to persuade US Attorney General Garland to close the back doors on electronic devices President Bush Junior opened up under the guise of safety from terrorism. Bush opened the door to economic, speech and privacy attacks, making the entire globe less safe, especially with regards to health data, health insurance hacks and systems in recent years. Our information is more easily manipulated making us believe we are safe when the pandemic may not be waning as much as suspected. Please note, worldometer has not been reporting all states in its data but has excluded about ten states every day for the past two weeks. I suspect it is being manipulated, hacked, to market the vaccine as working better than it is. I have checked worldometer every day for over a year. They included most states every other day. This is strikingly concerning to me. See, Dckt 71, Exhibit E, Exhibit 26, copy of the web site worldometer, to show healthcare is the biggest global money maker and expense.

Bush sold our freedoms for money by opening the door to those who will kill, steal and destroy or diminish freedoms and lives to gain more material gain. Freedom is not for sale. People are not for sale, to those who require they pay for freedom. People are priceless not price tags, worthy of protection by this Court. Throwing money at a problem or grants is never the solution. Neither is money given to government agencies without strings attached. The spend it as you see fit or lose it provisions reward waste. Strings attached to laws must be tied with all government money offering guidance for good not evil greed, the mark of the

_____

damned. The desire for more government money for government partnered entities under the guise of charity or otherwise, including churches, is the problem. Business greed, to use for the study of things, science to manipulate to gain grants or business profit for something different or for a different fix instead of removing the problem should end. Entities are rewarded with more money by not resolving the problem. Government must fund itself, not pay bribes to entities which per se try to get as much as they can for as little as they can. Then, such entities may supplement with fundraising and charity which I believe damns people to hell. Schools, sports and the post offices would be fully funded if the government paid bills instead of bribes. Children learn to go the way to hell by learning early to rely on associations and organizations, artificial entities without hearts, that run on the mark of the beast to represent their interests, instead of choosing to use their own brains to think, to care, to know, to love, individually and specially, as the treasure they are. We lose treasures to hell. Children are forced to fundraise for sports and schools which will damn them to hell should they not unharden their heads and learn such evil is bad, all to pay bribes of government agents to serve their interest. Property taxes should not be increased to fund government bribes, thereby creating disparate treatment by zip code, based on home values in violation of the Equal Protections Clause applicable to the states via the Fourteenth Amendment, with no rationally related purpose. The government would decrease waste, create a more fair, equal and just union if government employees, including Presidents and law makers, did their jobs instead of exploiting tasks to serve government agents personal interest including but not limited to getting out of work or liability, while arguably creating artificial debt in violation of the 13th amendment to serve greed not need, by paying entities to profit off of its government duties at a greater bill to its people in terms of not merely monetary loss but loss of constitutional freedoms. It is an abomination. The government itself is a heartless beast should the agents not use their power to individually use their free will, their brains, to think, to care, to know, to love people, instead of acting as heartless robots going through mechanical motions of a system. Then brainlessly blaming the system, instead of themselves, for problems they cared naught to address.

I digress, government funding for science is bad and a black hole, that should be closed from sucking the life blood and souls out of humanity by indentured servitude to feed unsatiable greed by entities without hearts. Just laws, just policies and justice in the courts is the solution to close the black hole. The government rewards businesses for made to break, made to repair and replace products, polluting in the production and polluting with replaced parts and products in the landfills. The US through its unjust decrees, including but not limited to the UCC, tax code wrote offs and insurance laws is the reason why the

world is so polluted. China would not make made to break, service and replace products if our courts and laws did not reward such, instead of made to last goods, decreasing polluting in production and in parts. Money is never the solution, since it rewards misbehavior, to create the endless lust for greed to make something different, or use of a product for a different function, not made to last, not made to work. Science is the study of things. When the pupils, doctors and scientists declare themselves to be the masters of the universe on a subject, the experts, or knowing the answers, they are per se stupid, and defeat science. Science, after all, is the mere study of things, not the master of things as defined by the scientific method with built in recognized uncertainties called variables, unknown and known. Meaning possible error, not knowing everything, is declared as part of the scientific method. Learning is good, but manipulating data while using good science, retrieved from tests for self-gain, not knowledge, is deceptive and wicked. Our government appears to be partnered with private industries, not for profits, businesses, and churches, by bought or bartered for bribes, in exchange for loyalty or backing of elections, paid with money taken from being used for the people's need, government infrastructure, not Biden's bad plan either, to be used to pay entities to perform the government's job because the government employees evade responsibility of working and blame for expenditures and plans not working, grants and bailouts to exploit the problem to waste money and cause harm to the world for self-gain, by creating industries to profit off of the problems instead of correcting the problem by making the world more safe by closing the back doors in electronics, including but not limited to making lawyers money by adding an unnecessary additional field, insurance companies, fields for miners who sell our data, anti-virus software companies. I am still brainstorming constitutional and criminal theories to persuade the US AG Garland to save us regarding foreseeable looming threats not by people but by entities without hearts, businesses, LLCs and such, by protecting our freedom of speech without government sponsored or encouraged threats against privacy or speech, and a potential 13th amendment argument regarding artificial debt which is a sin against God in the old testament especially, called inequity and will damn the perpetrators to hell despite their stupidity and ignorance. See, Matthew 13, Hosea 4:6. It is no small matter. It is a matter of heaven and hell. The Bible teaches people go to hell for misunderstanding evil for good and good for evil. Not knowing can kill you eternally. You have to care to think, care to know, care to love to escape the fire of the second death at the resurrection of the dead the last day. You must use you free will, your brain, not your belly, meaning your desires. *Philippians* 3:19, "Their end is destruction, their god is their belly (meaning their appetites, their desires), and they glory in their shame, with minds set on earthly things." I argued

_____

that Trump does not use his brain, but is reigned by his desires, the mark of the beast, the whore, the damned, the mark sadly most of humanity has should they not erase that mark before it is too late and they are dead.   See Dckt 60 at 21,94,123, 124, 413.  Trump is reigned by desires, emotions, instead of laying down his desires, to care to think to love others, by sacrificing to self.  I am pointing this out to confirm believe not using your brain to think, to care, to love, is sin.

As a licensed teacher, previously substituting in the schools, I tried to teach kids they were loved and respected no matter whether they failed or succeeded, and to love and respect one another regardless as to whether others succeed or fail.  I taught them to think for themselves, instead of writing what they thought I wanted to hear.  I taught them their diverse unique view made us all smarter, by shedding light on a different perspective.  I tried to teach kids the way to heaven young by Jesus's new command in John, to love one another, without violating the separation of church and state, without using God's name or bible verses in vain.  I am pointing this out as I try to live my faith, live my religious beliefs by doing the will of God, through understanding Jesus's words.  I believe Jesus is not kidding.

I also have ideas on how Attorney General Merrick Garland can safeguard the right to vote, and eliminate the temptations for law makers to create unjust decrees and policies by removing three temptations to do so, eliminating money in politics, ending entity and private backing with money, by allowing the people to more equally and freely, not by purchase of support or opposing a candidate by the only equal, fair, free form, the vote.

Our laws fund grants for science that serve greed, the bottom line, not learning or truth to improve societal conditions.  Our tax laws, grant policies and other laws increase temptations to make made to break, made to replace, polluting in the production, and polluting by throwing away replaced parts and products in landfills into infinity, to gain more money by selling replacement parts or products.  More grants are given out for some different research. Greed for money is rewarded, driving out love for humanity leading to exploitation of the people and the environment, and I believe damnation in hell.

Additionally, our health care harms health to make people feel better, by feeling nothing, or by masking the ailment, often inhibiting people's faculties, their ability to use their free will, their brain, their mind, I believe guaranteeing their damnation in hell.  I believe eternity is determined at the last day of your life.  (See, Docket 77, Exhibit F, Exhibit 43, Article I drafted and factors relating to my passion to improve healthcare, to care for the sick and elderly's health, not destroy health by comfort care, eliminating the pain by causing patients to feel nothing, like vegetables, often inhibiting their free will which I believe they need to use to go to heaven, likely misleading the sick and elderly to hell, which breaks my heart, 1.

6

10.    Mark is not hard headed, hard hearted or hard handed.  He

understands the rules are there to serve humanity, not exploit humanity for the cost

_____

Coastal Point, Guest Column, *Representative candidate says health is wealth*, By
Meghan Kelly, Esq., Candidate Delaware House of Representatives, 38th District,
2. Document, "*Your Health is your Wealth You are Priceless.  Not a price tag*!
Kelly seeks Federal Consideration of Health Care Proposal, 3. Meghan Kelly's
teaching certificate, which goes to credibility.  I learned psychology and behavior
theories like BF Skinner's.  I also am licensed to teach health so I know something
about health.  4. Meghan Kelly's redacted law school transcript to show she took a
course Health Care Finance and the course Law and Medicine while attending
Duquesne School of Law.  5.  Meghan Kelly's redacted undergraduate college
transcript to show she took relevant courses related to
a.    History of Western Medicine
b.    Economics
c.    Medieval Philosophy
d.    Psychology courses
6.    Evidence of surgery that requires I drink water, rest and eat so I do not faint
or die due to dehydration when I have my period.   I lose five pounds every month.
This is still a challenge. I must assert my right to live because many people serve
Satan by not wanting to be inconvenienced to care to adapt to safeguard my life, or
the lives and health of others.)

Drugging the elderly and sick people up so they cannot use their free will to choose
to think, to care, to know, to love removes their freedom of conscience to choose
the way to eternal life.
It is healthcare, not comfort care, deceiving people to believe you are healing them
only to be killing them in this life and the next by concealing pain.  At this time, I
may not have standing with these unrelated issues, but the Attorney General may
have standing down the line.  It is noteable, about 33 billion has been misused for
years via NIH for bad healthcare that cares less about patients' health and more
about entities' wealth.
Without protecting freedom of conscience, none are free, none have liberty, all are
controlled by the forced will of heartless beasts, organizations and entities, even
government, to serve what I argue is the mark of the beast, business greed.  We
must allow our judges to use their brain, their free will too, to think, to care, to
love, instead of robotically adhering as troops in a war, where they no longer lead
but are misled by heartless beasts that rule over them.

and convenience by those who wield government power.  See *Matthew* 23:11,

regarding Jesus's claim leaders are servants.  I believe servants of self are

misleaders and deceivers, who exploit those they are charged to serve to serve

those who serve them thereby serving themselves, reflecting the image of Satan,

aka children of the devil not choosing to be saved from the fire the last day by

laying down their desires to care to love those outside their own, specifically those

who inconvenience them, and their greed by need.  See, *John* 8:47, 1 *John* 3:10-11,

*Acts* 13:10, *Matthew* 13:38, regarding children of devil.

11.     I thought I sinned against God by forgetting to look after Mark's

daughter, an attorney within the arms of the ODC.  I thought Mark's kid may have

lost her job at the ODC, with the news of a new hiring at the ODC, because her

father helped me in the form of guidance with regard to requesting a suspension or

waiver of attorney fees from the Honorable Supreme Court by official request to

Chief Justice Seitz.  See Emails.

12.     I realized the only two people on the planet aware of my request for

the waiver are Chief Justice Seitz and Mark Vavala per that revelation in the E-

mail.  See Emails

13.     In my horror and great sadness, I confronted Mark to determine

whether he "threw me under the bus."  Citing Emails.  I quickly confronted him to

determine the worst possible scenario to eliminate any doubt that may tarnish a

professional relationship based on mutual respect for the dignity of all, even one another.

14.    I tested him.  Mark did not instigate the ODC and DE-Lapp attacks. See Emails.

15.    Besides passing the test, I trust Mark Vavala as a former judge, a commissioner, without partiality based on self-interest.  I sought Mark's help for years to gain his wisdom and kind guidance.   He is smart and wise, and unafraid of tough questions, because he answers honestly with integrity, even with the honest response, I don't know.

16.    The conclusion Mark Vavala was not the perpetrator of potential abuse me, led me to determine that Chief Justice Seitz may have instigated the abuse by De-Lapp and the ODC.

17.    The interest for fees for an arm may have tarnished Chief Justice's vision as I noted in my motion, the Supreme Court itself may have instigated the abuse. Motion at 25.

18.    Far worse, the Chief Justice may have instigated attacks by the ODC and De-Lapp discussed in my motion because my second request relating to waiving attorney registration fees is based on and intertwined with religious arguments in violation of my free exercise and the RFRA which applies to state agents too, including judges and judges' agents, its arms, ODC, De-Lapp, and their

9

agents, foreseeably impeding and obstructing my access to the Courts in this proceeding.

19.    I must correct my allegation at Motion at 25.  I was blinded by my desire to persuade this court to save the world by saving me in my case, and possibly other matters, even if the court does not want to.  Jesus says if we believe we can move mountains, we will move them. Citing Jesus, Mark 11:23.  I believe I have an opportunity, not a guarantee, that I may move a mountain by moving this Court's justices' hearts to be our heroes.   Mountains after all means impediments on our hearts, temptations to sin by comfort, costs and convenience instead of doing what is right.  Id., (See, *Luke* 8:10.  Jesus speaks in parables so only those who seek his will instead of their own or the mere will of man understand what Jesus says by mountains and in general.  Others do not choose to use their brains, their free will, to understand God's will, God's plan which is love.  They, instead, willfully are blinded by worldly temptations and do not use their brains to think, to care to know, to care to love in truth, not lust, not covetousness based on lies.)

20.    I forgot, this court did answer my first request for a suspension of fees relating to attorney registration based on unemployment or financial impediment.  I am including the response attached to and incorporated therewith as an exhibit.  See, the Court's response attached hereto.

21.　　In a letter dated February 2, 2021 the Court responded, "The Court acknowledges receipt of (my) letter dated January 7, 2021, wherein (I) request that the attorney registration fees for lawyers out of work due to the pandemic be waived.

22.　　I responded per the attached February 5, 2021 letter, attached hereto and incorporated herewith in toto, as an Exhibit.  I provide in part:

> "Thank you for the February 2, 2021 letter in which the Court indicated it would consider requests for waivers of attorney fees on a case by case basis, by formal request.
> My concern, is accepting applications for waivers on a case by case basis violates the Equal Protections Clause applicable to the State's agencies, even the courts via the 14th Amendment, by disparate treatment within a class.  I am likely not the only one out of work due to the pandemic.  Others are struggling too.  A case by case determination would likely be per se unconstitutional.
> I will likely never have standing to stand up for those similarly situated with myself.  Yet, if I made such a request, I would be asking the Court to treat me with preference instead of impartiality as required by law.
> My conscience may not allow me to make such a request, tempting this Honorable Court to misbehave to serve my own gain.
> I can, however, request that all fees for attorney registrations be the same regardless of years barred.  So, I am making such a request for future consideration for 2022 and beyond. Please treat all lawyers the same by requiring the same lawyer registration fee for every lawyer, without persecution towards attorneys with more years of experience by an increased fee.  There is no rational basis for an increase in lawyer's fees based on number of years, except the desire for more money.
> It is wrong to assume the longer you have been barred, the more money you have or must pay.
> I am saddened when I see unjust decrees and policies based on the love of money, desire for money, at the cost of driving out the love for humanity, the people the state serves.
> On an aside, the reason why I became a lawyer is my faith in Jesus Christ. Justice in the Courts is a command by God.  See Amos 5:15. Jesus Christ

11

taught that "justice, mercy, and faithfulness" are more important commands. Matthew 23:23.

23.     In my second request relating to attorney fees, dated February 5, 2021, I go on to discuss more religious concerns therein.

24.     I note, Mark Vavala in the Email exhibits noted 5 other attorneys reached out to him regarding attorney fee cost issues.

25.     Imagine how many other lawyers may be struggling due to the pandemic, possibly catching the sickness or caring for a loved one or merely life's struggles unforeseeably hampering lawyer's capability to pay the Registration fee.

26.     Such case by case application creates disparate treatment by the hidden reign of lusts or likes as it suits the judges interests, not the impartial rule of law, without selective application.

27.     The Court should create a form that permits lawyers without the ability to pay to waive such fees, to automatically apply for waiver based on debt or financial burden, and such waivers should be freely given, instead of enslaving already financially desperate people with additional pressure.

28.     No one is above the law.  No one is below the law, not even judges who administer the laws.  Judges must maintain their independence from self interest, and their appearance of independence.

27.     "The Founders rejected the medieval myth that sovereign (rulers, even judges and Presidents) are anointed by God to rule over them.  The Founders laid a

12

new foundation for our country, based not on the lie of divine right, (but by free choice, the free will of the people based on the universal belief that) all people are created equal and all just powers are derived from the consent of the governed. They changed the very source and nature of Law. Law does not emerge from the mouth of a king but rather the votes of the freely chosen representations of the people," with limited, not absolute power, limited by the Constitution by the Courts. Citing, Duquesne Lawyer, *The Rule of Law, the Constitution and Democracy,* by Wilson Huhn, Professor of Law, Spring 2021 Edition.

28.     Partiality and the appearance of impartiality must be maintained in my case to protect the integrity of the courts.

29.     I seek to protect the judiciary.

30.     To maintain the integrity of the three branches of government.

31.     In this United States, the Founders created checks and balances to prevent and fix branch overreach. The fact a check is made, means the system is focused on maintaining a more equal, fair, just union.  Humans with hearts are in control and in charge of choosing to maintain, and service the checks on the executive, judicial and legislative branches, like a car in need of oil to run better. People must choose to use their brain to care to think, to care to know, to care to love humanity, instead of comfort, convenience and cost by avoiding tune ups in our system of government.

32.     The fact I seek correction will not prevent me from seeking protection of the same system I am seeking to tune up through law suits, to prevent the engine of our nation from failing us, the impartial rule of law.

33.     The Courts can uphold the integrity, encourage faith in the system by having the humility to understand it is run by imperfect people in need of guidance through checks and balances, the executive branch, the legislative branch and even the judiciary.

34.     In addition, my little cousin, Ikey Adams, a family member, is a partner in Sidley Austin, in DC, where Chief Justice Seitz's daughter appears to work too.

34.     These two issues, as to who instigating the government threats via the ODC and De-Lapp, and the familial relations, create the appearance of partiality, or bias that may blemish a rather historical case, should this Court allow me to go forward with arguments.

35.     The President(s) need the court's heavy hand of loving guidance to reign in the Presidents' abuse and misuse of power and government funding by dissolving the establishment of government-religion.  President Bush Junior, President Obama, President Trump, and President Biden all misbehaved, and misbehavior will continue well past their fleeting lives, should this court fail to declare the Presidents are not above the Constitution.  Sovereign immunity seems

to be waived for RFRA claims per the Supreme Court against officials, including the President.  *Tanzin v. Tanvir*, 141 S. Ct. 486, 208 L. Ed. 2d 295 (2020)

36.    I respectfully request that the Honorable Chief Justice be recused from deciding this case.

May 28, 2021                                          Respectfully Submitted,

                                                     /s/ Meghan Kelly
                                                     Meghan Kelly
                                                     34012 Shawnee Drive
                                                     Dagsboro, DE 19939
                                                     pro se, as a party, not an
                                                     attorney advocate
                                                     meghankellyesq@yahoo.com

15

I declare under the penalty of perjury under the laws of Delaware that the

information in *Appellant's Motion for the Delaware Supreme to require the*

*recusal of the Honorable Chief Justice Collins J. Seitz* is true and correct in, to the

best of my knowledge and belief

Executed on the 28th Day of May, 2021

_____ (printed name)
Meghan Kelly

_____ (signature)
Meghan Kelly

Re: Nick of time response/Glad your kid is okRe: Your kid/meg worried

From:   Meg Kelly (meghankellyesq@yahoo.com)

To:     mvavala@dsba.org

Date:   Thursday, May 27, 2021, 02:19 PM EDT


Thank you Mark.

Please remain uninvolved, as I might have to seek further action, and state agents may get in trouble. Please remain uninvolved, even with your child.

I am grateful, she has her job.

This is a serious matter.

Very truly,
Meg

On Thursday, May 27, 2021, 01:24:20 PM EDT, Mark Vavala <mvavala@dsba.org> wrote:


Meg, I won't be involved in whatever transpires.  As for my knowing your situation, there have been at least five other members who have approached me since COVID who needed assistance in some form and were in financial difficulties.  I didn't refer anyone who contacted me to either ODC or DE-LAP, so I really don't know anything more.


Again, you will remain in my prayers.


Mark


**Mark S. Vavala, Esq.,**

Executive Director,

Delaware State Bar Association

405 N. King Street, Suite 100

Wilmington, DE 19801


(302) 658-5279 (office)

(302) 658-5212 (fax)



*www.dsba.org*

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, May 27, 2021 1:12 PM
**To:** Mark Vavala <MVavala@dsba.org>
**Subject:** Re: Nick of time response/Glad your kid is okRe: Your kid/meg worried

Mark

You are the only one in the world, other than the Supreme Court who knew of my waiver. I am disappointed. I sought relief from the Delaware Supreme Court to make both the ODC and DE-Lapp desist. Please refrain from participating further. It is in the Supreme Court's hands now, whether my order will be granted or denied.

Thank you,

Meg

On Thursday, May 27, 2021, 12:10:15 PM EDT, Mark Vavala <mvavala@dsba.org> wrote:

Hi Meg. I don't know what you are referring to. I didn't submit your name to any ODC/DE-LAP matter at all. My correspondences with you have always been cordial. I saw the letter you sent as a copy in your last email and that was the first time I saw DE-LAP had contacted you. Carol and I have a good working relationship and I respect all she does to help out attorneys, but she keeps her matters confidential from me. If it is something else I did, please let me know as I take seriously any accusation that I threw someone under the bus. I know how hard you work and how passionate you are about your issues.

That being said, if DE-LAP reaches out, then someone did suggest you needed help and I encourage everyone to go that route rather than having ODC get your case. Carol is confidential and has helped a lot of attorneys...not just those who need help, but those who have been referred unnecessarily and having her in your corner is great. She works tirelessly to make sure that people don't run into trouble.

Again, though, I see that as your personal right to make that choice.

Please take care,

Mark

**Mark S. Vavala, Esq.,**

Executive Director,

Delaware State Bar Association

405 N. King Street, Suite 100

Wilmington, DE 19801

(302) 658-5279 (office)

(302) 658-5212 (fax)



*www.dsba.org*

**From:** Meg Kelly <<u>meghankellyesq@yahoo.com</u>>
**Sent:** Thursday, May 27, 2021 8:34 AM
**To:** Mark Vavala <<u>MVavala@dsba.org</u>>; Meg Kelly <<u>meghankellyesq@yahoo.com</u>>
**Subject:** Fw: Nick of time response/Glad your kid is okRe: Your kid/meg worried

Mark,

Maybe you threw me under the bus for self interest because I asked for help in the past? I am disappointed.

Please do better by refraining from participating in burdening my first amendment freedoms in my suit, my free exercise of religious beliefs, freedom of conscience from substantial burden by persecution by the forced will of the state through its arms to serve money and material gain, not good by love and respect for humanity, instead exploitation to serve self interest by the mere fact I choose to live God's will

Thank you,

Meg

----- Forwarded Message -----

**From:** Meg Kelly <<u>meghankellyesq@yahoo.com</u>>

**To:** Mark Vavala <mvavala@dsba.org>

**Sent:** Thursday, May 27, 2021, 07:55:17 AM EDT

**Subject:** Nick of time response/Glad your kid is okRe: Your kid/meg worried

Hi Mark,

Thank you for writing back as I was going to draft something to look after your kid.

I sent a motion for the supreme court to rein in its arms.  I actually retained the new ODC guy in a case as an arbitrator.  He should know better than to unlawfully interfere.

I am reviewing a slew of executive orders where I see Bush Junior, Obama, Trump, and Biden all misbehaved.  In particular Bush Junior talked about deregulating obstacles meaning the free exercise clause in 3 or more of his orders to pay churches to perform government work in a whored, bought or bartered, bribed union of church and state to essentially whore churches to the state, the blasphemous backing by buying the appearance of backing of God.  This is an abomination.

I digress, Biden misbehaved in his Feb 14 executive order by talking about preserving the free exercise clause while destroying the same by continuing to purchase churches bough, bartered for, bribed, backing not free but bought, for services to perform government work, causing inefficiencies guaranteed.  The churches create the illusion of charity but they serve business greed and supplement with fundraising which as you know I believe damns people to hell as not true charity by teaching deception as truth.  Business greed is not true charity per Jesus Matthew 6:1-5, but is the mark of children of the devil, the beast, should they not wash away such inequity and be made clean.

The root of the religious dissention we have seen in our country in recent years is the love of money not the love of any God.  Trump merely watered it, allowing it to pierce through the surface with unholy weeds. (biblical reference weeds).  I see federal servants speaking of global war, using my God as Mickey mouse mascot for war profit, exploiting the pandemic.  That is not okay. The courts are my hope for a hero to correct and prevent harm. They can make Biden behave too. They will be in charge of guiding him to do good, by love of humanity, not evil, by love of funding and money at the cost of sacrificing troops lives.  God desires mercy not sacrifice. Christians go after the 1 and leave the 99 behind.  I should fear God should I sacrifice the weak,  the sick, the elderly, the vulnerable, the misguided to the wolves to serve the pack. Troops are manipulated like the government's bitches, like dogs by praise and profit to be exploited like call girls for war money, not freedom. I must seek to protect them.  You may see my words and deeds as an insult offense, but God teaches it is love to reign in folks from the slaughter. Love is not feeling good. It is actually feeling bad, having a conscience at harm to one's brother, our brother is all of humanity, to lose one to eternal sin, is to lose an irreplaceable treasure forever. Courts can guide the misled back to the narrow way and save souls, if I guide the misled courts to do so. The Supreme Court is hard headed and confused. I must seek to correct them. I am pretty sure my case will go to the Supreme Court eventually if not on this appeal, unless Biden surprises me by agreeing to a stipulation.

I asked the court to stand down its arms.

So, glad you spoke up since I already drafted something and held off on sending it since it was late. Please tell your arms to stand down and stop interfering to prevent escalation. Attached, please find a motion the court received where I respectfully requested your arms stop interfering in my case through threats or otherwise, especially Judge Clark. I was so disappointed in him.

Thank you.  Have a good day.


With love and gratitude your kid is okay,

Meg




On Wednesday, May 26, 2021, 07:17:58 PM EDT, Mark Vavala <mvavala@dsba.org> wrote:


Hi Meg.  No worries! My daughter moved to New York after working with ODC only for a short while.  She wanted to live in Manhattan.  My niece Kathy still works at ODC.


Thank you for your kind words.  I really hope that you are well and aren't too stressed over all the things you wrote me about last time.  I think the last President did some horrible things and I'm hopeful we all get a break from that behavior.  It would be nice if everyone just treated each other with compassion and kindness.  We never know what someone is going through.


Please take care of yourself.  And stay safe.


Mark



**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Wednesday, May 26, 2021 11:54 AM
**To:** Mark Vavala <MVavala@dsba.org>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Subject:** Your kid/meg worried


Hi Mark,


You were kind to me, and respected me as a human, even if you did not agree with me over all these years.


Others have not been so kind.  Thank you.

I am concerned that your daughter may have lost her job at the ODC, because you were kind, and treated people like me fairly, without disparate treatment based on poverty, religion or political association.

I am sad I did not write anything to the court to address that.

I am sorry people get into trouble in this world for doing the right thing.

I hope your kid is working at another safe place.

Thank you for being a hero by your love for humanity, not sacrificing people for profit or praise.  That makes you different.

Love,

Meg

SUPREME COURT OF DELAWARE

LISA A. DOLPH                                                                 SUPREME COURT BUILDING
    *Clerk*                                                                  55 THE GREEN
_____                                                              DOVER DE 19901

DORIS J. ADKINS
    *Chief Deputy Clerk*
DEBRA J. ZATLOKOVICZ                                                         (302) 739-4155
    *Senior Court Clerk*                                                 (302) 739-4156
RENÉ A. WORRELL
    *Senior Court Clerk*
ELIZABETH A. FELICIANO
    *Senior Court Clerk*

February 2, 2021

Meghan Marie Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE  19939

Dear Ms. Kelly;

      The Court acknowledges receipt of your letter dated January 7, 2021, wherein you request that the attorney registration fees for lawyers out of work due to the pandemic be waived.  Attorneys wishing to have the assessment fee waived must file a formal request.  The Court will take each request under consideration as received and act appropriately.

Very truly yours,

*/s/ Lisa A. Dolph*

# MEGHAN MARIE KELLY, ESQUIRE

34012 Shawnee Drive
Dagsboro, DE 19939

February 5, 2021

Delaware Supreme Court
55 The Green
Dover, DE 19901

**RE: Suspension of lawyer fees/Equal Protections concern/New Request 2022, flat fee for all licensure fees not based on years which is not rationally related to a legitimate purpose, instead arguably may be age discrimination to weed out older lawyers**

Dear Honorable Supreme Court Chief Justice Collins J. Seitz, Jr.:

I hope you are healthy and well. Thank you for the February 2, 2021 letter in which the Court indicated it would consider requests for waivers of attorney fees on a case by case basis, by formal request.

My concern, is accepting applications for waivers on a case by case basis violates the Equal Protections Clause applicable to the State's agencies, even the courts via the 14th Amendment, by disparate treatment within a class. I am likely not the only one out of work due to the pandemic. Others are struggling too. A case by case determination would likely be per se unconstitutional.

I will likely never have standing to stand up for those similarly situated with myself. Yet, if I made such a request, I would be asking the Court to treat me with preference instead of impartiality as required by law.

1

My conscience may not allow me to make such a request, tempting this Honorable Court to misbehave to serve my own gain.

I can, however, request that all fees for attorney registrations be the same regardless of years barred. So, I am making such a request for future consideration for 2022 and beyond. Please treat all lawyers the same by requiring the same lawyer registration fee for every lawyer, without persecution towards attorneys with more years of experience by an increased fee. There is no rational basis for an increase in lawyer's fees based on number of years, except the desire for more money.

It is wrong to assume the longer you have been barred, the more money you have or must pay.

I am saddened when I see unjust decrees and policies based on the love of money, desire for money, at the cost of driving out the love for humanity, the people the state serves.

On an aside, the reason why I became a lawyer is my faith in Jesus Christ. Justice in the Courts is a command by God. See Amos 5:15. Jesus Christ taught that "justice, mercy, and faithfulness" are more important commands. Matthew 23:23.

2

Just like not all secular laws are afforded the same weight, but are superseded by greater laws for example federal laws preempt and supersede conflicting state laws, not all of God's laws are afforded the same weight but are superseded by the law of love. (See, John 19:11, Jesus told Pilate …" the one who handed me over to you has the **greater** sin."); (See, 1 John 5:17, "All wrongdoing is sin, and there is sin that does not lead to death."); (See, Luke 6:3-4 "Jesus replied, 'Have you not read what David did when he and his companions were hungry? He entered the house of God, took the consecrated bread and gave it to his companions, and ate what is lawful only for the priests to eat.'" King David violated the Levitical laws to live for God. Yet, he was not guilty of wrong doing.); (See Hosea 6:6, Matthew 9:13, Matthew 12:7, Proverbs 21:3, Isaiah 1:11, God desires mercy not sacrifice.); (See, Isaiah 1:13-15 "Bring your worthless offerings no more; your incense is detestable to Me—your New Moons, Sabbaths, and convocations. I cannot endure iniquity in a solemn assembly. 14I hate your New Moons and your appointed feasts. They have become a burden to Me; I am weary of bearing them. When you spread out your hands in prayer, I will hide My eyes from you; even though you multiply your prayers, I will not listen. Your hands are covered with blood."); (See, Matthew 12:1-8, Mark 2: 23:28, and Luke 6:1-5, Jesus picks grain on the Sabbath, allegedly violating

3

the law of the Sabbath, but not breaking the law.); (See, Matthew 12:9-14, Mark 3:1-6, and Luke 6:6-11, Jesus healed a man with a withered man on the Sabbath); (Luke 13:10-17, Jesus healed a woman with a hurt back on the Sabbath.); (Luke 14:1-6, Jesus healed a man with dropsy on the Sabbath); (John 5:1-9, John 7:21-24, Jesus healed a cripple man, who could not go into a pool of water without help.);  (John 9:1-41, Jesus cures a blind man on the Sabbath.).

I believe the courts have the power to save lives and eternal lives. Our nation is in need of a hero.  I know that the Courts have no power unless lawyers humble themselves and ask for their help.  Now is a time I need my license to practice law the most.

I live in Sussex County where Bible boys gone wild teach anarchy, lawlessness, is freedom.  Lawlessness is not freedom, but tyranny by those with money, power and connections without restraint, called laws to stop them from harming others to serve their own.

Some churches are misbehaving by inciting insurrection and disobedience to laws to attend services, which they call Sabbath, to serve their coffers.

Many preach breaking the Sabbath violates Jesus Christ's teachings. Jesus teaches us we break a greater law of love by not safeguarding the

4

health and valuing the dignity of lives of others, by failing to break the so-called Sabbath to preserve the health and lives of others. Id.

They preach for their own vanity, their own purpose, not to glorify God by his love and mercy. They are confused, and really do not know. They are tempted to break small laws meant for their benefit, to break greater laws by profiting off of the unholy cries for "Gods, guns and freedom." My God is a God of life and love not death for dollars.

Our nation and the world is in trouble. I believe the Courts have the power to be our hero to save us, if we only have the courage to ask.

Things are not ok down here in Sussex. People see evil as good and good as evil.

The government through its agents misbehaves by citing the same passages in the Bible the KKK cites to serve their own gain under the guise of Godliness by violating Jesus's teachings too.

Jesus says there is "no greater sacrifice than to lay down your life for one's friend." John 15:13 Jesus next says "You are my friend if you do what I command you." John 15:14 Jesus commands us to love our enemies, not kill them. Matthew 5:38-48, Luke 6:27–36, Romans 12:14-21, Proverbs 25:21, Exodus 23:4-5. Yet, the military misleads our troops to harm enemies, under the guise of Godliness, but in truth to serve the vanity of

5

men.  The troops are misled to potentially be damned to hell by serving reign by might not right, reign by violence and threat of death like barbarians instead of logic and reason in the courts.  See, Hebrews 2:14, the devil has power over death. Jesus came to give life and eternal life. See, John 6:51.

With the acceptance of the cloak of government authority, government servants have fewer freedoms to share their belief and may not condemn nor support a religious belief under the inherent threat of persecution against people for believing differently than those with government authority.

This Court does not have to believe as I do, to safeguard everyone's freedom to worship or not according to the dictates of their own conscience, without government sponsored persecution.

The Supreme Court misbehaves too. Please see the attached.  I fear Justice Alito, Justice Kavanaugh and Justice Thomas are confused into believing in sacrificing human life to keep the so-called Sabbath and to serve business greed is keeping the law.  They are wrong.  They love money not humanity, and will sacrifice those the Constitution protects to serve the almighty dollar under the guise of an almighty God or good.  See, Matthew 6:24.  I think those justices will go to hell if they are not corrected by our courts or otherwise. Confusion kills. See 2 Corinthians 4:4.

6

This Court has the power to save lives and eternal lives, even the lives of US Supreme Court justices, via correction with mercy, to prevent condemnation by transforming wrong doers into right doers, by love for one another, not exploitation of one another to serve the love of money.

Thank you for your kind consideration.

Respectfully submitted,

Meghan Kelly, Esquire
Bar # 4968
34012 Shawnee Drive
Dagsboro, DE 19939
(Word Count 1431)

CC: LD, via Email

7

Smooth as
butter is i—
the bible concerning
leaders who mislead
with sweet nothing
Psalm 55:21

Psalm 55, 21
"His talk is smooth
as butter, yet
war is in his
♡"

**Freedoms are not for sale**
**Business is not religion**
**Business Greed is not God**

The Supreme Court has before it a case to determine whether a government entity violates the free exercise of religion of a religious business organization by refusing to pay a Catholic agency to foster kids.

I argue it is not. I must confess, the Cake decision in Masterpiece Cakeshop v. Colorado Civil Rights Commission, where a similar issue arose, was as smooth as butter, so easy to swallow. But I realize now, the Honorable Supreme Court's decision is poison in that case too. It just took months to get through my hard head because I was so captivated by the brilliant, persuasive writing of the Supreme Court Justices.

Thank you for allowing me to share some hard to swallow words, that are nourishment to maintaining our freedom from government sponsored private oppression.

The distinguishing element in the Cake case and the one before the Honorable Supreme Court now is performing business by barter or exchange is not freedom, but costs a form of exchange. The critical element is looking at the permission to accept money in the form of business verses lawlessly turning people away, from serving a good or service based on personal religious beliefs or beliefs of conscience. The license to accept money verses the fundamental right to give money for a service or good without being turned away, based on religion, like race, or place of origin, is the critical.

Think of the horrors of our own history that we have overcome, the signs "No Catholics served here," "No Irish," or "No blacks."

Think of Delaware's ugly scar in *William Burton v Wilmington Parking Authority*, 365 U.S. 715 (1961), a government agency wrongfully permitted a business it leased a restaurant building to, to maintain a policy of saying no blacks served here. The Supreme Court kindly, like a loving parent, corrected our own misbehavior Delaware. It is wrong to tell people they may not be served here, even under the guise of God or good.

We have the freedom to worship or not according to the dictates of our own conscience, without government sponsored public or private persecution.

I thought hard about the 13th Amendment, involuntary servitude, and truth clunked in my hard head. Business is not a right. Freedoms are not for sale. Business is not a religion. Business greed is not God.

Businesses should not be in business if they get to turn away certain segments of society. If your religion requires discrimination in the business, you may choose a different business.

Freedom is not for sale. The government misbehaves by endorsing the premise those who do not conform to the beliefs of businessmen, women or entities may be turned away. Will business greed under the guise of Godliness become the religion of many more? Jesus Christ says, "You cannot serve both God and money." Citing, Matthew 6:24. I choose to guide folks to love one another, not exploit others to serve their own for their love and trust in money, as God.

Should the Supreme Court declare the mark of the beast, business greed is God, Congress through the interstate commerce clause has the power to balance, correct the Supreme Court's misbehavior, by passing laws to prevent businesses from turning people away based on religion, or other factors under the guise of religion, such as race, or place of origin.

Thank you for allowing me to share my concerns.