# Exhibit 5

## MEGHAN MARIE KELLY, ESQUIRE
34012 Shawnee Drive
Dagsboro, DE 19939

January 7, 2021

Delaware Supreme Court
55 The Green
Dover, DE 19901

**RE: Covid 19 order/Please suspend attorney fees for lawyers unemployed due to the pandemic**

Dear Honorable Supreme Court Chief Justice Collins J. Seitz, Jr.:

Thank you for allowing lawyers to file pleadings with the court via email so we do not die of Covid 19.

I am writing to respectfully request this Honorable Court waive attorney registration fees for lawyers, out of work, due to the pandemic.

I worked in 2018, but in 2019-2020, I worked without pay, actually sacrificing from what I little I had by contacting federal law makers in an attempt to:

1. Prevent the elimination of social security and Medicare, replaced with Matthew 6 violations (forced volunteering or business, not for profit and charitable donations and fundraising which I believe violate Jesus's teachings leading to harm and hell by teaching giving to get is love, driving out God, love, from the hearts of men replaced with business greed, which I believe is the mark of the damned should they not unharden their hearts).

2. Prevent oil and gas drilling up and down our coast.

On an aside, I am disappointed in my relative by affinity, Mark Braden, Esq., former counsel to the Republican party in DC. His kid has a job related to off shore drilling. So did one of Mr. George Cole's kids. Mr. George Cole retired from office, as the longest serving local politician in one seat in Delaware's history. (Mike Castle does not count since he hopped seats.). It is wrong to compromise the environment and people's lives to serve your own family, especially by political people charged to serve the public.

3. Improve healthcare. Our healthcare is terrible because our laws and policies reward misbehavior and bad or different, not better care, at the expense of human life and health. Changing the laws would improve care. Throwing money at fundraisers and healthcare is incentive for more bad care, greed for more and more money.

Just decrees teach people to care about other people. Unjust decrees teach people to love money, rewarding misbehavior, encouraging folks to harm one another by ignorance or otherwise to serve money.

4. Prevent the kill old people laws suggested to save money. People are priceless, not price tags. The elderly, ill and vulnerable are easily manipulated into believing hurting themselves helps others through the death with dignity acts.

There is too much temptation for people to encourage the elderly to harm themselves, die, and sadly I believe go to hell. Judas and Saul went to hell in the Bible for killing themselves.

Leaders misbehave when they draft laws and policies which encourage those they serve to die and potentially go to hell. I want people to live and have eternal life. Per the bible, just decrees and justice in the courts has the power to save lives and eternal lives.

You really have the power to be life savers and eternal life savers as judges, via correction to prevent condemnation in hell for the love of money driving out love for humanity.

5. I proposed 5 articles of impeachment and contacted all 541 federal law makers.

Since, I did not work during 2019-2020, I am not eligible for the $600 bail out, and will not likely be eligible for future bail outs.

My old law firm was interested in me in 2020. I was negotiating for a position, per the attached emails. I stopped the negotiations to sue the Democrats because seeking to do the right thing is more important than money. Then, the pandemic hit. I withdrew my law suit since I did not want people to die, and reached out to my law firm. Negotiations are on a stand still. Covid19 hampered prospects.

I am concerned about dying for dollars, during this pandemic. I actually was born with breathing problems, and have severe allergies that make my throat close up. So, catching covid19 would likely be a death sentence for me.

Thank you for considering my life potentially more valuable than a few hundred dollars.

The Supreme Court could possibly include a suspension of lawyer fees, solely for the unemployed, in their covid19 measures. I tried to contact the Governor too. The Governor could also include a suspension for licensure fees for those unemployed, limited to those not using their license during the pandemic, too.

Thank you for your kind consideration.

                                                   Respectfully submitted,

                                                   _____
                                                   Meghan Kelly, Esquire
                                                   Pro Se, Bar # 4968
                                                   34012 Shawnee Drive
                                                   Dagsboro, DE 19939
                                                   (Word Count 76P6)

# Exhibit 6

## MEGHAN MARIE KELLY, ESQUIRE
34012 Shawnee Drive
Dagsboro, DE 19939

February 5, 2021

Delaware Supreme Court
55 The Green
Dover, DE 19901

>**RE: Suspension of lawyer fees/Equal Protections concern/New Request 2022, flat fee for all licensure fees not based on years which is not rationally related to a legitimate purpose, instead  arguably may be age discrimination to weed out older lawyers**

Dear Honorable Supreme Court Chief Justice Collins J. Seitz, Jr.:

I hope you are healthy and well. Thank you for the February 2, 2021 letter in which the Court indicated it would consider requests for waivers of attorney fees on a case by case basis, by formal request.

My concern, is accepting applications for waivers on a case by case basis violates the Equal Protections Clause applicable to the State's agencies, even the courts via the 14th Amendment, by disparate treatment within a class. I am likely not the only one out of work due to the pandemic.  Others are struggling too.  A case by case determination would likely be per se unconstitutional.

I will likely never have standing to stand up for those similarly situated with myself. Yet, if I made such a request, I would be asking the Court to treat me with preference instead of impartiality as required by law.

My conscience may not allow me to make such a request, tempting this Honorable Court to misbehave to serve my own gain.

I can, however, request that all fees for attorney registrations be the same regardless of years barred. So, I am making such a request for future consideration for 2022 and beyond. Please treat all lawyers the same by requiring the same lawyer registration fee for every lawyer, without persecution towards attorneys with more years of experience by an increased fee. There is no rational basis for an increase in lawyer's fees based on number of years, except the desire for more money.

It is wrong to assume the longer you have been barred, the more money you have or must pay.

I am saddened when I see unjust decrees and policies based on the love of money, desire for money, at the cost of driving out the love for humanity, the people the state serves.

On an aside, the reason why I became a lawyer is my faith in Jesus Christ. Justice in the Courts is a command by God. See Amos 5:15. Jesus Christ taught that "justice, mercy, and faithfulness" are more important commands. Matthew 23:23.

Just like not all secular laws are afforded the same weight, but are superseded by greater laws for example federal laws preempt and supersede

conflicting state laws, not all of God's laws are afforded the same weight but are superseded by the law of love. (See, John 19:11, Jesus told Pilate …" the one who handed me over to you has the **greater** sin."); (See, 1 John 5:17, "All wrongdoing is sin, and there is sin that does not lead to death."); (See, Luke 6:3-4 "Jesus replied, 'Have you not read what David did when he and his companions were hungry?  He entered the house of God, took the consecrated bread and gave it to his companions, and ate what is lawful only for the priests to eat.'" King David violated the Levitical laws to live for God. Yet, he was not guilty of wrong doing.); (See Hosea 6:6, Matthew 9:13, Matthew 12:7, Proverbs 21:3, Isaiah 1:11, God desires mercy not sacrifice.); (See, Isaiah 1:13-15 "Bring your worthless offerings no more; your incense is detestable to Me—your New Moons, Sabbaths, and convocations. I cannot endure iniquity in a solemn assembly. 14I hate your New Moons and your appointed feasts. They have become a burden to Me; I am weary of bearing them. When you spread out your hands in prayer, I will hide My eyes from you; even though you multiply your prayers, I will not listen. Your hands are covered with blood."); (See, Matthew 12:1-8, Mark 2: 23:28, and Luke 6:1-5, Jesus picks grain on the Sabbath, allegedly violating the law of the Sabbath, but not breaking the law.); (See, Matthew 12:9-14, Mark 3:1-6, and Luke 6:6-11, Jesus healed a man with a withered man on the Sabbath); (Luke 13:10-17, Jesus healed a woman with a hurt back on the Sabbath.); (Luke 14:1-6, Jesus healed a man with

dropsy on the Sabbath); (John 5:1-9, John 7:21-24, Jesus healed a cripple man, who could not go into a pool of water without help.); (John 9:1-41, Jesus cures a blind man on the Sabbath.).

I believe the courts have the power to save lives and eternal lives. Our nation is in need of a hero. I know that the Courts have no power unless lawyers humble themselves and ask for their help. Now is a time I need my license to practice law the most.

I live in Sussex County where Bible boys gone wild teach anarchy, lawlessness, is freedom. Lawlessness is not freedom, but tyranny by those with money, power and connections without restraint, called laws to stop them from harming others to serve their own.

Some churches are misbehaving by inciting insurrection and disobedience to laws to attend services, which they call Sabbath, to serve their coffers.

Many preach breaking the Sabbath violates Jesus Christ's teachings. Jesus teaches us we break a greater law of love by not safeguarding the health and valuing the dignity of lives of others, by failing to break the so-called Sabbath to preserve the health and lives of others. Id.

They preach for their own vanity, their own purpose, not to glorify God by his love and mercy. They are confused, and really do not know. They are tempted to break small laws meant for their benefit, to break greater laws by profiting off of

the unholy cries for "Gods, guns and freedom." My God is a God of life and love not death for dollars.

Our nation and the world is in trouble. I believe the Courts have the power to be our hero to save us, if we only have the courage to ask.

Things are not ok down here in Sussex. People see evil as good and good as evil.

The government through its agents misbehaves by citing the same passages in the Bible the KKK cites to serve their own gain under the guise of Godliness by violating Jesus's teachings too.

Jesus says there is "no greater sacrifice than to lay down your life for one's friend." John 15:13 Jesus next says "You are my friend if you do what I command you." John 15:14 Jesus commands us to love our enemies, not kill them. Matthew 5:38-48, Luke 6:27–36, Romans 12:14-21, Proverbs 25:21, Exodus 23:4-5. Yet, the military misleads our troops to harm enemies, under the guise of Godliness, but in truth to serve the vanity of men. The troops are misled to potentially be damned to hell by serving reign by might not right, reign by violence and threat of death like barbarians instead of logic and reason in the courts. See, Hebrews 2:14, the devil has power over death. Jesus came to give life and eternal life. See, John 6:51.

With the acceptance of the cloak of government authority, government servants have fewer freedoms to share their belief and may not condemn nor

support a religious belief under the inherent threat of persecution against people for believing differently than those with government authority.

This Court does not have to believe as I do, to safeguard everyone's freedom to worship or not according to the dictates of their own conscience, without government sponsored persecution.

The Supreme Court misbehaves too. Please see the attached. I fear Justice Alito, Justice Kavanaugh and Justice Thomas are confused into believing in sacrificing human life to keep the so-called Sabbath and to serve business greed is keeping the law. They are wrong. They love money not humanity, and will sacrifice those the Constitution protects to serve the almighty dollar under the guise of an almighty God or good. See, Matthew 6:24. I think those justices will go to hell if they are not corrected by our courts or otherwise. Confusion kills. See 2 Corinthians 4:4.

This Court has the power to save lives and eternal lives, even the lives of US Supreme Court justices, via correction with mercy, to prevent condemnation by transforming wrong doers into right doers, by love for one another, not exploitation of one another to serve the love of money.

Thank you for your kind consideration.

    Respectfully submitted,

    _____
    Meghan Kelly, Esquire

CC: LD, via Email

Bar # 4968
34012 Shawnee Drive
Dagsboro, DE 19939
(Word Count 1431)