Fw: 1 23-7360 petition for rehearing/US Solicitor Miss Idaho may be in danger Victoria please protect her Miss PA 2024/Meg deprived of Due process Notice and access to the courts/ US Supreme Court accepted only one full copy the original and the original and 10 copies of the IFP with the required exhibit and 10 copies of Pet for rehearing without exhibits

Case 1:25-cv-00766-JEB    Document 30-7    Filed 05/21/25    Page 1 of 3

**From:** Meg Kelly (meghankellyesq@yahoo.com)
**To:** rmeek@supremecourt.gov; ryan.costa@delaware.gov; supremectbriefs@usdoj.gov; jbickell@supremecourt.gov; dbaker@supremecourt.gov; meghankellyesq@yahoo.com
**Date:** Monday, November 18, 2024 at 09:00 PM EST

Robert Meek, Danny Bickel and Dinald Baker,

I assert my right to due process before deprivations of my 1st Amendment rights.

I do not waive them against you either.

I left messages for Danny and Robert Meek about obstruction to my access. I called the case number at her believed number. No one answered. I reserve and do not waive my rights against deprivations by the highest court.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** jrobberts@supremecourt.gov <jrobberts@supremecourt.gov>; jroberts@supremecourt.gov <jroberts@supremecourt.gov>; abarrett@supremecourt.gov <abarrett@supremecourt.gov>; ssotomayor@supremecourt.gov <ssotomayor@supremecourt.gov>; salito@supremecourt.gov <salito@supremecourt.gov>; cthomas@supremecourt.gov <cthomas@supremecourt.gov>; ekagan@supremecourt.gov <ekagan@supremecourt.gov>; ngorsuch@supremecourt.gov <ngorsuch@supremecourt.gov>; kkavanaugh@supremecourt.gov <kkavanaugh@supremecourt.gov>; kjackson@supremecourt.gov <kjackson@supremecourt.gov>
**Cc:** supremectbriefs@usdoj.gov <supremectbriefs@usdoj.gov>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; Anthony Sodroski <anthony.sodroski@pacourts.us>; Harriet Brumberg <harriet.brumberg@pacourts.us>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; sco_jls_supremectbriefs@usdoj.gov <sco_jls_supremectbriefs@usdoj.gov>; info@attorneygeneral.gov <info@attorneygeneral.gov>; usapam.contact@usdoj.gov <usapam.contact@usdoj.gov>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; Meg Kelly <meghankellyesq@yahoo.com>; Matthew <matthewkosiorek@comcast.net>; victoria.kush@bipc.com <victoria.kush@bipc.com>; gormley@duq.edu <gormley@duq.edu>; president@duq.edu <president@duq.edu>
**Sent:** Monday, November 18, 2024 at 08:38:07 PM EST
**Subject:** 1 23-7360 petition for rehearing/US Solicitor Miss Idaho may be in danger Victoria please protect her Miss PA 2024/Meg deprived of Due process Notice and access to the courts/ US Supreme Court accepted only one full copy the original and the original and 10 copies of the IFP with the required exhibit and 10 copies of Pet for rehearing without exhibits

Dear Honorable Court,

I assert my First Amendment right to petition without deprivation of Due Process.

I have sincere religious beliefs against debt, and many religious philosophies of man. I believe many things are sin, and I keep myself separate by not partaking in sin by government incited threats.

Early this morning, I submitted an electronic filing per the attached.  I apologize for saving the certificate of service under the wrong title, under Certificate of word count.  I also saved a draft of the exact same documents pending should they be disparately removed as one done by this Court's staff for some not all cases.

This Court deprived me of fair access to the courts depriving me of the right to petition fairly without due process but may be cured by accepting what was filed today one copy. I will send you the complete submission by email.

I submitted the attached by electronic filing and have a draft copy since this Court has a tendency to selectively remove receipt of some not all electronic submissions. So, I have a draft of the submission on the electronic filing too in case that should occur. My apologies for using the Certificate of word count button instead of certificate of service.

Victoria, I copy you, I am in danger by denial of access to the Courts by the US Supreme Court.

All other filings were accepted by the police except one over the weekend, even though all prior filings were off hours.  While the Court accepted pleadings on a different matter, the Court neither filed nor returned with due process notice of lack of docketing Nov 6, 2023, documents relating to a PA case.

Thereafter Sgt Turpin rejected a filing on the weekend indicating the reason was, there were more than ten boxes, again even though I filed more than ten boxes previously, numerous times.  On another occasion, the police also forgot to give me my license back.  I could not drive until they mailed my driver's license back.

Sgt Turpin instructed me to file during the week during working hours should I have more than 10 boxes.  I have been substantially burdened due to time limits, but I have complied since that denial.

Without Due Process 5th Amendment notice of any changes, today one police said no, I could not park at the normal drop off spot. I indicated, I have always parked at the drop off spot or where I can find a spot.  He changed his mind. Then he said I could park there. He permitted me to park at the normal spot permitted for others for drop offs.

**Without Due Process 5th Amendment notice of any changes,** the Capital police said they would not take my complete filings, despite the rules requiring one original and 10 copies and my substantially burdened compliance to Sgt  Turpin's instruction who previously made me drive back a 5-6 hour costly trip I cannot afford to do on another occasion with knowledge of poverty and obstruction to my access to the courts unfairly in violation of US Amend I, V.

A Police said they would only take 10 boxes.  They said 10 boxes.  I called the DE District Court and had them listen on. They heard 10 boxes knowing I have always filed more. They heard me assert my right to access to the courts which are impeded as an obstacle so great as to deny it by failure to accept the in person drop off.

There was a total of 17 boxes and 1 envelop for a total of 18 items that contained 1 original and 11 copies in accordance with the rules to file the petition for rehearing filed submitted with a petition to file in forma pauperis.

 In state court, DE, the courts incited its arms to attack me to cover up its violation of Constitutional and criminal laws and caused me to be impoverished despite having a job lined up with McDonnell and Association after the competition of the lawsuit 21-5522 by placing my license on inactive disabled in deprivation of due process by violating my right to call witnesses. The DE Supreme Court fired two court of Chancery staff to cover up the deprivations to access to the courts. They also secretly concealed evidence in my favor I did not discover until after the case. This is not okay. Judges are not above the Constitution as law and when we assert rights it is to protect them and uphold the law not to destroy those who erred or misbehaved.

I asked the staff at the DE District Court to please stay on the phone with me and put me on speaker since I was scared.

The DE District Court listened on to hear ten boxes, but things became worse not better.

I called Davis Weiss US Attorney Generals, DE District Court, Third Circuit staff Desiree and the police by 911 to listen onto the conversations.  I called Jordan Bickel, aka Danny Bickel, Robert Meeks and attempted to call the case manager Sara Simmons who replaced the case manager Lisa Nesbitt.  No one was available. I left messages and indicated I was having trouble submitting the entire filing in deprivation of my right to petition fully, completely and fairly.  I even called Honorable US Solicitor General and left a message indicating the deprivation of fair access to the courts to exercise my 1st Amendment right to petition with Due Process.

I tried to call Danny Bickel for help since he is aware of the deprivation of access over the weekend which substantially burdens my access to the courts, and the amount of items I previously filed in the rejected petition for rehearing which required additional language in the certification not merely in accord with the rules by reference.

. The US Supreme Court changed their mind and said they would only take one box, not ten.  They said they were making up a new policy. I asked when it was stated and asserted my right from disparate treatment when it accepts different amounts from others. They responded it was not uniform. Some staff accepted multiple boxes.

 It appears the policy was disparately focused without Due Process notice in light I adhered to their instructions by driving during work hours to drop off filings containing more than 10 boxes, since I submitted 1 original and 10 copies for all justices.

I asserted to the US Supreme Court through their agents the police, I did not have due process notice. I indicated my religious beliefs against debt and asserted poverty is an obstacle so great that I cannot afford to mail the documents. They responded I could drive up here one box a day.  I said I cannot afford to do that, and the due date is Nov 20. I asserted my 1st Amendment rights to petition, religious belief and exercise of religious beliefs. Poverty and my religious belief people go to hell fare an instruction so great as to deprive me of the petition without due process.

I reserved and invoked my right to Due Process notice before I am deprived of the First Amendment right to petition to defend my religious exercise of belief in Jesus without punishment by infringements on my license to buy and sell but for the exercise of a fundamental right in the occupation of my choice.

My religious beliefs are not popular, but they are genuine.

In the civil rights case, I note a history of about 20 years of retaliation against me based on my exercise of the right to petition to defend my religious beliefs and other rights.

Without the petition coupled with due process there are no freedoms just ruling by temptations by lawless lusts of economic, social and physical force not freedom. Without the petition coupled with due process individual right to life and liberty is a lie not the reason for the law's protection.

I was so upset; I started to cry. I was so upset I was shaking. I again indicated the rules require 1 original and 10 copies.
Sgt Turpin said he contacted Emily Walker or someone with a similar name who was in charge of filings, and he said I would not be required to submit the 10 copies.

Sgt Turpin changed his mind again from 10 boxes, to one box, to finally one copy, plus the 11 IFP and 11 Petition without exhibits, leaving only one copy the original of all exhibits.  Sgt Turpin said I would only have to submit one complete copy. He took two boxes and one App with the 93rd affidavit where I proposed a tentative way to fully fund the courts and the petitioners who enforce the rule of law the attorney generals should the budget default while the other two branches remain fully funded in violation of Equal Protections of the courts and due process fair not weakened or threatened access to an impartial forum to petition.

So, the court only has the original filing with everything. The original certificate of service and perhaps a copy, and an original and ten copies of the motion to file IFP with the required affidavit, and petition for rehearing. Albeit the copies of the petition for rehearing do not have the exhibits thereto.

I cried all the way home and I cry now.

I told the US Supreme Court police I went to the state court because people talked about shooting me based on the exercise of fundamental rights, and the state retaliated against me for asking for help. I outlined more details in person.

The state police made one report about a less serious attack based on a yard sign.  The police did not make a report for a more serious matter where the police came to the gym when I emailed them because someone threw something on my car based on the religious political speech on the bumper and sides.  I took off the stickers. No report was made. I went to all of the departments. Perhaps they were outside of their jurisdiction. At that time, I told them that people in Dagsboro talked about shooting me when I was in the off roads at a stop sign. During that time people were getting run over and killed based on religious-political beliefs and I was scared rightfully when someone talks about shooting me.

In the exhibits to the submitted filing, I note people talked about shooting me, but for then President Trump's incitement.

I do not want to get killed. I am scared, especially with Trump reelected.

I went to the courts to assert the right to petition to protect my life and liberty to believe in Jesus Christ and to buy and sell without deprivations in retaliation of my 1st Amendment rights. The Courts punished me for exercising the right to petition to safeguard my life and liberties based on my religious beliefs.  The state and now this court deprives me of access to the courts to impede or chill my first amendment rights without Due Process notice unfairly.

The Police last stated one copy is all they need. They said, I filed electronically and that is okay. The Supreme Court rules say otherwise. I left a message for Sarah the new case manager who replaced Lisa Nesbitt.

I indicated the police said I Emily Walker said I was only allowed to one copy the original. I indicated I had all documents to submit but they deprived me of access to the courts to do so.

I do not want to be killed or taken for my religious beliefs.  DE Supreme Court secretly sealed and concealed evidence in my favor document outlines my cousin was murdered while I was in law school. I explained his mom my aunt Jackie turned away from God because of the heartless words of the priest at the funeral who I scolded. The priest said hurry it up when people shared stories. People were cut off from sharing their loving words. I scolded the priest by stating "What would Jesus say."

My aunt Jackie died on Saturday, November 15, 2024 this weekend, and has turned away from God. Now I am sad because I believe she may go to hell for hardening her heart towards God based on a callous priest.  I would like time to pray that God will grant her a fuller type of love at the resurrection of the dead the last day (No they are not in heaven or the second death yet and burial does matter), and I would like to go through pictures for my cousins. Instead, I am asserting my rights from deprivations to protect my life and liberty unfairly. The attached exhibits include the concealed motions Lexis published because I provided them court stamped copies and the docket despite the fact the public record and complete docket with the sealed motions and exhibits were not available to Lexis, Westlaw or Case text to continuously conceal evidence in my favor that affected the outcome of the appeal in Kelly v Trump, US Supreme No 21-5522, the state disciplinary case, the reciprocal cases and all relevant cases.

I hope David Weiss's office recorded my communications. David Weiss thank you for helping me be safer.

I copy opponents and Victoria for safety of her peer in Miss America of 2004 should  former Miss Idaho Honorable Solicitor General Elizabeth Prelogar become endangered for exercising her right to petition in this case should this court permit it in light of the fact this case relates to the religious freedom restoration act law suit I brought against President Trump to alleviate a substantial burden upon my religious exercise his establishment of government religion caused.

I argue against immunity.

 The Judiciary committee threatened a NY Judge and his daughter of criminal prosecution to chill the judge's independent exercise of impartial judicial power without fear or threat to commandeer his decision to control the outcome of a case against Trump on immunity on Nov 10, 2024.  On Nov 8, 2024, the Judiciary committee colluding with Texas AG Paxon threatened Jack Smith's 1st Amendment right to petition fairly in accord with the 5th without government threats to commandeer the outcome of his case regarding Trump too.

Thus, should Solicitor General be permitted to respond to the petition which alludes to my opposition to immunity, I ask Victoria to please protect Solicitor Genral from threats when you speak as an expert attorney in the Pittsburgh news should she be so threatened.

Per the email below dated November 10, 2024, I asked Solicitor General her position.

The petition coupled with due process, not money or might is what protects the people by improving the administration of the government by correction not destruction of the three branches through the public and private people's legal power, the only balance on the government from sacrificing or enslaving individuals for the lie of the collective good, common good, or public good or the second lie that all liberties are eliminated by representative rule. There is no social contract or consent to mob representative rule by the other two branches to allow for the elimination of fundamental Constitutional rights unrestrained by the courts by asserted petitions which should not be punished no matter how repugnant you may find my religious beliefs in Jesus Christ.

I write in haste to assert my rights and not to waive them willingly.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagbsoro, DE 19939



----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** supremectbriefs@usdoj.gov <supremectbriefs@usdoj.gov>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; Anthony Sodroski <anthony.sodroski@pacourts.us>; Harriet Brumberg <harriet.brumberg@pacourts.us>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; sco_jls_supremectbriefs@usdoj.gov <sco_jls_supremectbriefs@usdoj.gov>; info@attorneygeneral.gov <info@attorneygeneral.gov>; usapam.contact@usdoj.gov <usapam.contact@usdoj.gov>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Sunday, November 10, 2024 at 11:05:49 PM EST
**Subject:** Re: 23-7372 november 20, 2024 Jack Smith/horrific threats against a judge to affect outcome of proceeding

It is horrific that there are government incited threats to impair a judge's impartiality in violation of a fair and impartial forum. These threats discussed against NY Judge attached hereto are not okay.

You will be targeted and attacked to if you permit congress to commandeer and control no longer impartial but threatened forums and threatened petitioners.

On Sunday, November 10, 2024 at 09:51:14 PM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:


Good evening,

Yesterday, I got the final box of my returned items, and must file a petition for rehearing by November 20, 2024, not much time.

I have been adamant of my belief, your positions, pay and pensions are not secure, and I have proferred on different ideas to protect them for the schemed economic transition that will ultimately allow for an overthrow of these United States if someone does not petition to stop it. How can you petition to guide the misguided branches of the government when the government threatens you attorney Generals.

It is not okay that congress called in David Weiss. It is not is it ok that congress colludes with Texas AG to threaten to prosecute or sue Attorney Jack Smith to compel him to self incriminate against the 5th Amendment to violate attorney client product to protect all of the government not the biased, unfair, partial, horse and pony forum of congress to be exploited for selfish political gain by jeopardizing the rule of law that sustains these United States.

Texas AG cites National Archives and Records Administration v. Favish, 541 U.S. 157 (2004) holds 5 U. S. C. §552. This case allegedly holds FOIA does not apply if the requested data fall within one or more exemptions. Exemption 7(C) excuses from disclosure "records or in- formation compiled for law enforcement purposes" if their production "could reasonably be expected to constitute an unwarranted invasion of personal privacy." §552(b)(7)(C). They chill to diminish the AG's 1st Amendment right to petition fairly without threats and it is not okay.

You may disagree with me but we have the freedom to disagree and petition to resolve disagreements or to allow me to hold religious beliefs that do not conform to the traditions of mere man. Citing Jesus Mark 7:7-10.

I should not face government incited social, political or economic attacks for my perceived religious or political beliefs.

Just today, I went to BJs, and noted it was unusual for the store to be well stocked for toilet paper and water. It was as if it was the calm before the storm, toilet paper even had coupons. Before items skyrocket they usually go on sale to allow those in the know to stock up on it.  With the Canadian strikes and the drought in the NE it is foreseeable toilet paper from Canda, lumbar and other things will go up. With the drought caused by those who profiteer off of exploiting the lie of solutions, water is expected to continue to increase in price and become scarce.

Well two men yelled at me as I was talking to someone, saying leave the country if I did not vote for Trump.  I was not talking about Trump,and voted for neither candidate since I want to preserve the petition to guide them as they both give into temptations and are misguided and controlled to harm themselves and others.

I did not know I was upset until after I left the store.  A gentleman came out and said he heard the altercation and I did not deserve to be yelled at like that.

I did not see it as an altercation. I just indicated I did not vote for either and was just quiet when they went off on me. It was strange how this is the norm. yet we are free to speak politics and religion without government incited threat and my religious beliefs require it. However, if I was in government my freedom to express religious beliefs would be diminished and restrained in order to safeguard those I would serve the freedom of the people without government force even social force by my improper sharing. The cloak of government authority by speech or economic backing creates threats towards those who do not share the same belief as Trump.

My church, the Catholic church received a lot of ppp funds/ Ok I am going to stop talking about that.

When I got back to my car as the guy left, I started to cry. I have become accustomed to people and the government threatening me talking about shooting me. None of this is okay. I have religious objections to organized charity, fundraising and such, and I think that's where a lot of threats came. I cry as I type this.

I had a job lined up with my former firm David Weiss in case I am taken out, you can contact McDonnell and Associates and do a RICO suit or another government suit. I am not safe. We were waiting until after Kelly v Trump and last talked in August 2021 until the latest threats to threaten me to forgo my appeal to the USSC before I could discover the DE Supreme Court signed off on firing two staff who prevented service to David Weiss, drafting notes on one praecipe and directing me to cross off his address on another....
That was before I knew the State Court secretly concealed evidence in my favor or reported yes the DE court copies me to the board and secretly sealed two motions and two exhibits necessary for my appeal to DE Supreme Court

I am obviously less safe with Trump in office.

Rule 44 does not permit Honorable Solicitor General an opportunity to respond to my potential brief. Do you want me to ask for you Solicitor General so you can fight for your independence, attorney client privilege, protection from government threats like Jack Smith and David Weiss and the 2025 agenda.

Want me to ask the court for permission to allow you to preserve your position to preserve the government and the rule of law the court's authority rests on?

I am scared. I do not want to be attacked or taken out or deemed disabled because of my religious/political beliefs.

I do not access to research and think it would be good for me to argue you should be afforded an opportunity to speak Solicitor General on behalf of the country.

If you do not respond, I can say you did not oppose.

You are absolutely brilliant US Solicitor General. I listen to the oral arguments and the Justices seem to look up to you. You will not likely be here long and there is little hope of the new Attorney General working with me since 2025 appears to require loyalty by AGs or threaten sanctions and elimination. How do we preserve the impartial application of the Const and crim laws by independent AGS who should not be in fear of reprisal. How can I use this opportunity to protect you.  You are needed to preserve these United States.

I am sorry if I let you down. If I am eliminated, I ask my opponents to work together to protect the integrity of your positions to protect all of the government without targeted government incited substantial burdens. Your positions, pay and pensions are NOT safe.

People are talking about eliminating you. I attached the agenda to eliminate the rule of law. There are real plans, but we cannot unravel them if we cannot petition.

I cry as I type this because I should not be in fear of my safety in the exercise of my 1st Amendment rights. No one should, especially you, the guardians of life and liberty.

Thank you,
Meg

 3 Electronic docketing my side- Electronic Filing System External nov 18 2024.pdf
288.7kB

 4 Email receipt - meghankellyesq@yahoo.com - Yahoo Mail.pdf
68.3kB

 Victoria Bechtold Kush _ Buchanan Ingersoll & Rooney PC.pdf
746.2kB

 5 pictures USSC meg went Nov 18 2024.pdf
97.6kB

 6 Meg did go to USSC Nov 18.pdf
119.3kB

 7 Meg had 18 items ready for submission.pdf
650.6kB

 8 Trunk ready to deliver.pdf
828.8kB