**From:** Meg Kelly (meghankellyesq@yahoo.com)

**To:** ssotomayor@supremecourt.gov; salito@supremecourt.gov; cthomas@supremecourt.gov; ekagan@supremecourt.gov; ngorsuch@supremecourt.gov; kkavanaugh@supremecourt.gov; kjackson@supremecourt.gov; jrobberts@supremecourt.gov; abarrett@supremecourt.gov

**Cc:** meghankellyesq@yahoo.com; sco_jls_supremectbriefs@usdoj.gov; info@attorneygeneral.gov; usapam.contact@usdoj.gov; usapae.usattorney@usdoj.gov; usapaw.webmaster@usdoj.gov; iadams@sidley.com; tmastro@gmail.com; supremecourtbriefs@usdoj.gov; president@duq.edu; gormley@duq.edu; victoria.kush@bipc.com; matthewkosiorek@comcast.net; darin.mccann@coastalpoint.com; cbarrish@whyy.org; dbaker@supremecourt.gov; jbickell@supremecourt.gov; rmeek@supremecourt.gov; ryan.costa@delaware.gov; david.weiss@usdoj.gov

**Date:** Monday, December 16, 2024 at 09:04 AM EST

With humble respect your Honors,

I write in haste in fear of the worst of being deprived of a fair opportunity to be heard before loss of liberty and other claims and threats to my life.

The court should not make dead men with theories based on a foundation that is designed to make the nation fall, money out of debt that cannot be paid back unless the Government coins correctly as Lincoln did and Kennedy tried to do.

Should the court be defunded to weaken and commandeer to control it like lawless beasts using temptations like the devil to make the branch no longer free, I may seek to remove the yoke off the courts neck not to destroy the other two misguided branches but to preserve this Democratic republic.

You are the only necessary branch that makes us freer by lawless people like Alexander Hamilton and Plato who sought to rule and control a no longer free people under the lie of the lawless one ordered liberty through temptations, scientific conditioning to control.

Just laws make us freer with the limit we may not enslave or sacrifice others by increasing economic, social, chemical, biological or physical burdens or threats upon other people to unfairly bend their will to their dictates. There is no consent in the law. The law of God applies to all regardless of knowledge or consent just like the Constitution must arguably be the law for all even the president to prevent human sacrifice and compelled involuntary servitude even of the judiciary by future threats.

The global plan is to make the law irrelevant delegate it to business by eliminating freedom under the lie of the devil consent in a forced digital economy where people are compelled unfreely to partake or go without the necessary material things of life by those who unjustly control it or control the channels to access it.

The only hope of a hero we have are the courts to maintain the rule of law that restrains both public and private people and entities from involuntary enslaving and sacrificing the people they purport to serve under the veiled deception of public good, common good or sustaining the world, where they will sustain pain, to sustain positions and profit streams and research for more planned harm into infinity to rule like the lawless one by killing, stealing and destroying, villains purporting to be heroes.

We need the courts to be heroes even if it is not popular because people want to act in the image of the devil, lawlessly, by doing what they want to do, what powerful people want to do without regard to oppression, harm, or unfair sacrifice of life and liberty of others unrestrained by unconditional love in their hearts or the just rule of law because the courts power is diminished or the court is controlled by threats by mobster like use of Art 1 and Art 2 power because they gave into temptation to appease the other two branches only to be entrapped and ruled over to ultimately be eliminated.

I am trying to save you, as I seek to safeguard my precious life and liberty. I am trying to save liberties too. It is not freedom you uphold but destroy if you teach the tie business is free or freedom when it is reign by misguided people wielding power by connections, power, position, wealth unrestrained by love or the just rule of law for in our world collectively entities per se rule by lawlessness as the law incapacitated by the collective goal to lay down desires to do what is right to overcome lusts to love in truth.

Below, see how the freedom of religion will be eliminated from business. Business greed unrestrained by love or the just rule of law from slavery and human sacrifice is the mark of the beast, living conditionally with no unconditional love in them. Liars like BF Skinner taught there is no such thing as unconditional love. All science is based on the lies of the devil and it is idolatry to defer to them in violation of the first commandment risking harming the people and losing our souls in hell because they are based on conditions without regard of unknown variables including the capacity for man to reflect the image of God by unconditional love.

My God teaches us we may choose not to give into temptation of social, physical or economic pressures, scientific conditioning by children of the devil who seek to control like Hamilton's federalist 78.

Courts should protect freedom not lawless tyranny written into the law by double talking or sometimes deceived misguided men who are tricked into believing a lie to harm others and themselves, including the founders, and experts.

The founders disagreed with one another, misbehaved like lawless beasts especially Ben Franklin and naughty prideful Hamilton who died like a naughty man in a gun duel. He was uncivilized. He refused to use his words and the petition to resolve grievances, but used might. My God in Wisdom Chapter 2 explained twice dead people without eternal life teach the lie "might makes right" like Darwin, no it is naughty eliminates freedom by threats if unrestrained by the courts. It is not okay for people to threaten me physically, economically and socially under the color of the law lawlessness too. That is not okay.

My God teaches me to pray for my enemies so they repent and do not die eternally on judgment day, but my God teaches exposing evil being the light and the salt by shedding light on lawlessness called sin is love to help people become free of temptations to be saved to sin no more onto eternal life.

My God also teaches justice in the courts is a command. Amos 5:15, Matthew 23:23.

When I petition to restrain the 3 branches to prevent human sacrifice and slavery under the lie of Lucifer the devil the public good, common good, welfare, sustaining the world it is not to destroy but to preserve the government by preserving teh foundation that holds it together the rule of law, not mobster uncivilized use of money and might. Please do not believe naughty Alexander Hamilton's federalist 78. He was sinning. His eyes were evil per Matthew 6 looking at people to use and control not protecting freedom. He was wrong when he said the judiciary is the weakest.

Your branch is the mightiest branch and is used to enforce the rule of law in a civilized manner, not by killing people or using money like a mobster but through reason to protect people we may disagree with.

Another attorney scared me by stating this court would not save itself by preventing the end of life time limits and regulations on all federal judges only to be more regulated to be eliminated down the line.

So, I write in haste in case this comes to fruition because I care about this court. When you get it wrong, you may be corrected by the petition, not by congress. When people get it wrong, even me, we may be corrected not destroyed for asking for help because government threatens my life, liberty and livelihood but for standing up for my religious beliefs in Jesus.

I feel sick that I know the court will be hurt and this planned economic crash and the ultimately goal an overthrow is preventable by the petition because the courts will not hear petitions because they commit idolatry and make other men's imperfect errant judgments and errant theories the law under the guise of traditions (Matthew 7:7-9), leaving wrong thinking uncorrected and an unjust world whose purpose is to control not safeguard life and liberty.
All freedoms will be eliminated by the mark of the beast business unrestrained. If the courts teach money is God and business is the means of worship under the marketed deception of following Jesus, the courts enslave and sacrifice the people to artificial entities without hearts. It is not good or charity to give someone a job., Romans 4:4.

Yet I see churches enslaving the poor to subpar wages and homeless people to vouch for another entities shelter. They serve the mark of the devil money and material gain as God. Those they exploit through organized charity like the food bank do not sin. It is the oppressors who sin.

It is not sin for preachers to ask for money to sustain their and the church's need. It is sin to exploit the needy to serve the greedy by organized charity, tax breaks, marketing and such in violation of Matthew 6:1-4.

While I strongly oppose taxing the church, and priests and all are free or should free to beg for what they need the sustenance of life it is sin to make churches a place to seek material gain instead of spiritual gain which misleads humanity to harm and hell eliminating freedom for business. Matthew 6:24.

All freedoms will be eliminated if business is the law. The courts must save us and make us free not for sale human capital by those without eternal life who act in the image of the lawless one.

I am scared people are threatening me. If I am going down I fight the good fight until the end with words of truth in love to guide the misguided in lawlessness that destroys to eternal life.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Lisa D. Nesbitt <lnesbitt@supremecourt.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Shen Zi-Xiang (DOJ) <zi-xiang.shen@delaware.gov>
**Sent:** Wednesday, March 20, 2024 at 07:10:05 PM EDT
**Subject:** Thank you Lisa Nesbitt Kelly v Swartz/Meg asserts right to live/religious objections to healthcare, science and mental healthcare by idolatry Meg believes leading to hell by making men and men's desires or creation master/guide/God in place of God

Hi Lisa Nesbitt,

Thank you for sending the boxes back swiftly. I like your brilliant idea to label the pages like the attached to prevent needless review of letters by the clerk.

That was absolutely brilliant. Thank you.

I received 13 boxes per the attached pictures. 6 were dropped off in the morning of March 16 with a note that the postal staff would come by in the afternoon to drop off 7 more. She came by and dropped off 7 more on March 16.

I appeared to be only missing a box labeled 13 of 14, which I think included two copies of the exhibits to the IFP Motion, which I printed out. I have not gone through the Petition and Exhibits to the petitions yet. I am hoping I have one original and ten copies. I really hope I do not have to print additional copies for the court.

Actually the 13 out of 14 box came today 3/20/2024 and included two copies of exhibits to the IFP.

I redid the Informa pauperis motion and labeled the exhibits A 1 B 2 etc. so it will not be confused with the exhibits to the petition. Thank you for letting me know I could draw on the exhibits with a marker even if the ones I filed electronically are naked.  I was scared they would be rejected if different.  Thank you for confirming it would be acceptable.

I tried to use the PDF writer per the attached.  I drafted another Informa pauperis motion to reflect these changes and to condense it together to add additional information.

I appreciate your time and help. Talking to you offers clarity and prevents hours, days and weeks of needless work.  That makes people staff irreplaceable by automation.

I copy opposing counsel to keep her apprised.

On an aside, I am not feeling so well. I had harmful surgery as a teenager. I have to drink obscene amounts of water and get additional rest and exercise for about a week every month in order to sustain my health and not die.  I have had to assert my religious right to live and not die for the vanity, or convenience of others for more than 20 years.  I provided the attached to all courts not limited to DE Courts. I assert my religious exercise of belief to live and not die or harm my health or eternal life before this court too.

I have religious objections to science, healthcare and mental healthcare. I actually believe people sin risking damnation in the fires of hell for even carelessly telling others to trust the science, professional or expert because it makes imperfect men God and guide and their work or product God and guide in place of God. See Romans 1:25. See Matthew 12:36-37 ("I tell you, on the day of judgment people will render an account for every careless word they speak. For by your words you will be justified, and [b]by your words you will be condemned.")

Plus, I have religious objections to government's partiality towards business by deferring to science, professionals and experts by sacrificing freedom in violation of equal protections despite the lengthy case law excusing it under a rational basis standard.  I also hold religious beliefs against partiality in the courts towards professionals, science and experts as opposed to the impartial application of the Constitution to the rule of law which prevents private and public entities and people from killing, stealing and destroying human life, liberty or health for convenience or material gain.  Human sacrifice is against my religious beliefs. (Also see, Leviticus 19:15 ""You must not pervert justice; you must not show partiality to the poor or favoritism to the rich; you are to judge your neighbor fairly"); (see, Exodus 23:6, "You shall not deny justice to the poor in their lawsuits."); (see, Deuteronomy 16:19, "Do not deny justice or show partiality"); (also see, Deuteronomy 1:17,  "Show no partiality in judging; hear both small and great alike. Do not be intimidated by anyone, for judgment belongs to God. And bring to me any case too difficult for you, and I will hear it.").

I believe judges can save souls from hell by restraining people from committing human sacrifice of other people's lives and liberties for material gain.

I do not write to offend but to assert my religious beliefs from vitiation even by this court.

I see a case for conference March 28, 2024 where a lady believes like I do.  No. 23-665 Tina Goade v Astrazeneca Pharmaceuticals, LP and Department of Employment and Economic Development or social services.

In her petition counsel avers. "...she also believes [certain healthcare the vaccine] is harmful to her body, which she believes is a 'temple of the Holy Spirit,' App. 74a."

In the Bible at 1 Corinthians 6:19-20 provides: "Don't you realize that your body is the temple of the Holy Spirit, who lives in you and was given to you by God? You do not belong to yourself, 20for God bought you with a high price. So you must honor God with your body."

In the Bible at 1 Corinthians 3:16-17 provides: "Don't you know that you yourselves are God's temple and that God's Spirit dwells in your midst? 17If anyone destroys God's temple, God will destroy that person [in hell the second death]; for God's temple is sacred, and you together are that temple."

I believe our body is a temple of God and that God will destroy people in hell who ignorantly, indifferently or intentionally harm other people's bodies for material gain should they not be made clean by turning away from such evil and by sinning no more.  N

I do not want people to go to hell. So, I oppose exploiting and harming people for profit, research, learning or other material gain. I have religious objections to my data being used or tracked for statistics too.

I believe people go to hell for using people for research even with their consent because it makes products to exploit for material gain instead of to respect unearned required.  I believe people go to hell for blindly doing what they are told to do, trained to do, without regard to how their business harms others.  They are blinded by desire for material necessities to care for their own, they do not love others. Matthew 13. I believe courts can help the blind see, to prevent people from oppressing one another to get as much as they can for as little at the cost of harming others.

When we look at others with what Jesus calls the evil eye in Matthew 6:22-23 we have a heart of an idolator looking to extract money, material gain, contributions loving the convenience or material benefit from people driving out our love for them...

With regards to the Wisconsin case on requiring Catholic Charities to pay unemployment. I believe Catholic Charities violates Jesus's teachings by teaching business is charity. See Matthew 6:1-4 to confirm Jesus says they will have no reward from their father, meaning no salvation from death, should they not repent.

Distinguish this when a preacher collects money based on need of the building and the preacher's salary or staff who preach.  They do not do business including fundraisers. I do not see asking for yourself based on need as sin.  But giving to get is business. Preachers ask for alms out of their own need, not greed, not even the praise of men by taking donations to give to another under the guise of giving from self, which is sin.  Teaching business is charity leads to damnation in hell by teaching people to love money driving out their love for one another and God and turning to money as savior. Since Jesus teaches you cannot serve God and money, I believe they serve greed not good leading to damnation in the fires of hell without turning away from evil and being made clean. Matthew 6:24.

Further, I do not think it is sin for needy people to ask for help unearned required. I do believe Jesus teaches people will go to hell for not helping people in secret directly and will go to hell the second death for what they failed to care to think to do.
See, Matthew 25,

"Then He will say to those on His left, 'Depart from Me, you who are cursed, into the eternal fire prepared for the devil and his angels. 42For I was hungry and you gave Me nothing to eat, I was thirsty and you gave Me nothing to drink, 43I was a stranger and you did not take Me in, I was naked and you did not clothe Me, I was sick and in prison and you did not visit Me.' 44And they too will reply, 'Lord, when did we see You hungry or thirsty or a stranger or naked or sick or in prison, and did not minister to You?'  45Then the King will answer, 'Truly I tell you, whatever you did not do for one of the least of these, you did not do for Me.'46And they will go away into eternal punishment, but the righteous into eternal life."

Also see, Luke 10:25-37:
The Parable of the Good Samaritan
25 On one occasion an expert in the law stood up to test Jesus. "Teacher," he asked, "what must I do to inherit eternal life?"
26 "What is written in the Law?" he replied. "How do you read it?"
27 He answered, "'Love the Lord your God with all your heart and with all your soul and with all your strength and with all your mind'[a]; and, 'Love your neighbor as yourself.'[b]"
28 "You have answered correctly," Jesus replied. "Do this and you will live. [meaning not die in the second death in hell]"
29 But he wanted to justify himself, so he asked Jesus, "And who is my neighbor?"
30 In reply Jesus said: "A man was going down from Jerusalem to Jericho, when he was attacked by robbers. They stripped him of his clothes, beat him and went away, leaving him half dead. 31 A priest happened to be going down the same road, and when he saw the man, he passed by on the other side. 32 So too, a Levite, when he came to the place and saw him, passed by on the other side. 33 But a Samaritan, as he traveled, came where the man was; and when he saw him, he took pity on him. 34 He went to him and bandaged his wounds, pouring on oil and wine. Then he put the man on his own donkey, brought him to an inn and took care of him. 35 The next day he took out two denarii[c]
and gave them to the innkeeper. 'Look after him,' he said, 'and when I return, I'll reimburse you for any extra expense you may have.'
36 "Which of these three do you think was a neighbor to the man who fell into the hands of robbers?"
37 The expert in the law replied, "The one who had mercy on him."
Jesus told him, "Go and do likewise."

This parable of the Good Samaritan complies with true alms verse false alms Jesus discusses in Matthew 6:1-4.

The church is set up to fall by deeming religion business.  Religion is not business. Jesus teaches in John 2:16 those who do business as worship are not welcome in his father's house, meaning they will go to hell, bummer.

Teaching religion is business teaches the way to hell by eliminating unconditional love by making everything conditional by compromise or bartered for exchange.  There is a scheme to eliminate freedom of religion by making freedom for sale no longer free but business.  Some things are not for sale.  Constitutional liberties are free.  They are not for sale; or they are not freedom.

The elimination of freedom of worship towards compelled stakeholder worship of mammon as master, guide and God, the way to hell, is part of the global agenda.

Unfortunately eliminating the governments to eliminate the rule of law from restraining private and public organizations from enslaving, harming and sacrificing humanity for utter control is part of the plan too.

There is a time of lawlessness under the lie eliminating laws and governments is freedom schemed.  Those with power connections and profit will rule unrestrained by love, God or the law because entities and associations or groups act collectively with no capacity to do good by unconditional love.  Only people have the capacity to unconditionally love or serve.  That makes people judges, people attorneys like my opponent and people judges special and more powerful than all the money in the world.

Our only hope of a hero are the courts, but they keep tanning my butt instead of saving it. I cry as I type this.  I do not know when the end will come where many people will go to hell, bummer. Jesus says no one knows that time, but there is a planned lawlessness.  If the courts prevent the time of lawlessness by maintaining control as to what the rule of law is tempered with the people's legal check the right to petition with fair opportunity to be heard on petitions, we may have more time to save more souls from hell.

I went to law school because I believe courts can save lives and eternal lives. I believe Judges have this power to do good, even if they believe differently or find my religious beliefs weird. See Amos 5:15, Matthew 23:23.

Thank you Lisa Nesbitt.

Very Truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

Brilliant Idea Lisa Nesbitt thank you.pdf
866.3kB

13 boxes morning missing 13 of 14 okay will print 2.pdf
9.9MB

Meg marked exhibits per your kind suggestion did not know I was allowed.pdf
5.7MB

Exhibit 43 to Appendix F.pdf
732.8kB

last box.pdf
710kB