# EXHIBIT 43

Documents regarding improving healthcare while spending less money, to prevent taking advantage of the sick by killing or concealing illness to serve business greed. More money is the problem not the solution. Just decrees, and justice in the courts are the solution.

1. Coastal Point, Guest Column, Representative candidate says health is wealth, By Meghan Kelly, Esq., Candidate Delaware House of Representatives, 38th District

2. Document, "Your Health is your Wealth You are Priceless. Not a price tag! Kelly seeks Federal Consideration of Health Care Proposal

3. Meghan Kelly's teaching certificate, credibility

4. Meghan Kelly's redacted law school transcript to show she took a course Health Care Finance and the course Law and Medicine while attending Duquesne School of Law

5. Meghan Kelly's redacted undergraduate college transcript to show she took relevant courses related to

    a. History of Western Medicine

    b. Economics

    c. Medieval Philosophy

    d. Psychology courses

6. Evidence of the surgery that inspired me to study healthcare issues.

Due to the surgery referred to therein, I am (self) required to drink water, rest, exercise and eat. So, I do not faint or die due to dehydration when I have my period. I lose five pounds of water weight every month. This is still a challenge. I must assert my right to live because many people serve Satan by hardness of heart. Many do not want to be inconvenienced to care, to adapt to safeguard the lives and health of others, including my own. I am a child of God. My body is not my own. I am commanded to be holy because God is holy, to care for and treasure my body, and the lives and health of others too. "I am not my own." Other people are loved by God too.

**Coastal Point**                                                      *July 20, 2018*

# Guest Column

# Representative candidate says health is wealth

By Meghan Kelly, Esq.
Candidate, Delaware House
of Representatives, 38th District

My name is Meghan Kelly, Esq. I am a candidate for the House of Representatives in the Nov. 6 race in the 38th District. I am running, in part, because I have a desire to draft laws to create better health care for Delawareans, and I want to persuade the federal legislators to draft specific legislation to reduce the price of care instead of eliminating care to those who need it most by rendering it unaffordable.

I am uniquely qualified to propose solutions in this area as an attorney who studied the history of medicine at University of Delaware, and health care finance and health care law at Duquesne School of Law School. I even received a small scholarship for healthcare law.

So, I thank you for your kind consideration, as I truly care about serving the people in the community I grew up in, and love and protecting their life and health.

This week, I will write about improving health care concerning the state of Delaware. Next week, I will submit a suggestion to our federal legislators regarding making health care more affordable. Instead of reducing the amount of care, I respectfully urge our federal legislators to reduce the price of care. Only they have the power to do so, I will not.

In Delaware, I specifically want to draft legislation to improve the quality of health care, instead of merely getting massive bad care. Funding is more easily received when health care entities and professionals are researching cutting-edge techniques, which is dangerous for patients since they are still working out the kinks.

Think of the National Institute of the Health (NIH), charities who accept funding from the army and NIH, and private research or health care entities who make money on analysis. So they can use patient's records to sell alleged health care miracles in bulk, based on data. Part of the HIPPA waiver we sign at each doctor's visit allows our information to be used in this scientific research. So, patients may be lawfully used as lab rats.

I want to draft legislation to prevent the abuses we have seen by doctors like Dr. Earl Bradley, who allegedly molested hundreds of children; repeal the involuntary sterilization statute; and make it easier to prevent doctor and health care abuse of patients for a buck...

I want to prevent doctors from prescribing addictive drugs under the facade of benefiting the patient, but in truth to benefit their own pockets, to keep patients coming back for prescriptions for their addiction, not for good health.

I want to stop doctors like the local Delaware doctor who used cutting-edge treatments, hip replacements, on people, including my father. He said everything was fine for years, despite readily available information to the contrary, to cover his own back, instead of serving the patients like my father, the legendary retired teacher, lifeguard and coach Pat Kelly of Indian River High School.

No care is better than bad care. Thus, I desire to create legislation to ensure our health care providers are taking care of the patients, not taking advantage of the patients for profit. Our laws serve money — not people, not patients.

I want to create laws that penalize health care professionals for drugging the elderly at the elderly homes to make them easier to tend, like vegetables. We need to value and respect our elderly, (not keep them in an institution for our convenience). These institutions should

*See KELLY page A15*

# Kelly

Continued from page A14

be developed to serve and respect the elderly, not take advantage of them for a profit.

Now is the time to value human life and health more than money. Now is the time to hold health care professionals accountable for their bad choices to harm instead of heal patients.

I desire to repeal the involuntary Sterilization statute in Delaware under Title 16, Chapter 57 of the Delaware Code. There is too much incentive to sterilize people to use their stem cells for profit and research, instead of alleged need. Besides, the fact is sterilization is barbaric and arguably violates Delawareans' right to life, liberty and pursuit of happiness, despite the United States Supreme Court decision in Buck v Bell, 274 US 200 (1927).

I desire to amend the medical malpractice act. It is very difficult to correct doctors under this act. In Delaware, a patient has two years from the date of the medical provider's misconduct, if a patient is younger than 6, until the patient's sixth birthday. The time may be extended in limited circumstances — for instance, if a doctor left a foreign object in a patient's body.

In addition to the short statute of limitations, in Delaware, you also need to get another health care professional to give an expert opinion concerning the malpractice of the medical provider. This is very tough to get because doctors do not want to give an opinion against a peer when they know they are capable of mistakes or a sloppy job, too.

The requirements of the expert opinion are also hard to meet. So, a lot of lawsuits are kicked out for failure to adhere to the requirements. For instance, if an expert says the doctor's act was a substantial factor in causing the harm, the opinion will get kicked out. In Delaware, the expert must state the "but for" the doctor's conduct the harm would not have occurred.

Overall, if a doctor messes up on you, you most likely will be out of luck. The longer you wait to pursue legal relief, the tougher it will be for the attorney to find an expert required to have a case.

It is important to correct doctors, as the treatment they provide may harm other people for life or kill them. Since it's so difficult to sue, it's hard to prevent further harm by showing how certain treatments make people worse off. That's why we must amend the medical malpractice act in Delaware. We must prevent further patient harm and deaths.

By electing me you will be electing a candidate that will fight for your life and health. You are priceless — more valuable than all the money in the world. By electing me, you will be electing someone who serves people, not greed.

**Your Health is Your Wealth**
**You are Priceless. Not a price Tag!**
**Kelly seeks Federal Consideration of Health Care Proposal**

My name is Meghan Kelly. I am an attorney running in the November 6, 2018 race for the House of Representatives seat in the 38th District, which includes Bethany Beach, Fenwick, Millville, Frankford, Ocean View, Selbyville and parts of Dagsboro.

I am running, in part, because I discovered I had a deep passion to change the laws to better serve people. I have had the opportunity to review proposed laws for more than ten years, starting at Richards, Layton and Finger, PA. I have proposed comments on legislation to other attorneys in different bar sections, such as Corporate Law, E-Discovery, Personal and Real Property. Each section votes by majority. Unfortunately, I always get voted out since I tend to seek what serves Delawareans better, instead of what is convenient and profitable to our own practice. So, I continued to look at alternative ways to improve the laws.

I made calls to legislators, met with people, sent emails and letters in an attempt to amend the laws. Unfortunately, I was not successful. Yet, every time I observed corruption, abuse or misuse of power, my desire to improve the laws grew stronger. So, I found myself paying the filing fee to run for office. So, here I am.

I am running for a state legislative position. Nevertheless, the point of this letter is to discuss a suggestion relating to affordable health care that I submitted to our **federal legislators** and **President Trump's Delaware liaison, Councilman Rob Arlett**, in an attempt to gain their kind consideration at the federal level. Only the federal legislators will be able to address this issue, I will not. I am printing parts of some emails I sent to Rob Arlett in hopes the **federal officials** will reduce the price of health care instead of eliminating care to those who need it the most by rendering it unaffordable.

"...President Trump's initial idea was brilliant. Focus on reducing the cost of care instead of indirectly eliminating care, due to the astronomical cost. I understand your concern about appealing to emotion, but I believe people will die if they cannot afford care, just like many did prior to 1986.

Prior to 1986, Emergency Rooms ("ERs"), were turning away pregnant ladies and people in need of immediate care, due to their lack of insurance and inability to pay. Babies had complications, lots of pregnant moms died. It created public outrage.

So, Congress enacted Emergency Medical Treatment & Labor Act (EMTALA) in 1986, by using its power under Article 1 Section 8 of the Constitution, (the spending power), to require all hospitals with Emergency Rooms accept all patients regardless of their lack of insurance and inability to pay. Congress attached strings to such entities, by requiring the ERs accept all patients if they receive any Medicare or Medicaid, or be penalized financially.

Similarly, Congress can create price ceilings for drugs or health care for any entity receiving Medicare and Medicaid. This will extend to uninsured people as well.

The National Institute of the Health (NIH), is another vehicle the federal government may use to

implement President Trump's initial plan. This entity provides grants and subsidies for drug research. The Federal Government through basic contract law may condition the acceptance of such money upon the drug company's agreement to price ceilings. Should the drug company not honor such ceiling, they may draft a provision requiring the company to pay all such money back in addition to a penalty." (citation to email omitted). Medical providers may still choose to reduce the price of care to stay competitive. The price ceilings prevent entities from rendering people worthless or too expensive to care for.

"Instead of indirectly taking away care from people who cannot afford it, let's make it more affordable for people. So, like you said, Americans can assume more responsibility and autonomy in their own care.

Artificial entities without hearts care more about the bottom line than those they serve, unless caring will affect the bottom line. Congress has the ability to affect the bottom line to reduce the cost of healthcare instead of eliminating care indirectly by making it unaffordable.

Healthcare is an inelastic good, a necessity, meaning no matter how rich or poor you are, you would probably give all you had, including your home, to pay for care to save the life of your child, a loved one, or even your own life. The demand does not change with price. This is an exception to normal market theories of supply and demand dictating prices. Artificial entities will get as much money as they can, at the expense of lives.

The board members are far removed from those they serve. They most likely are thinking about how they can afford to pay for their kid's schooling instead of the individuals they serve. Since they are focused on the bottom line," please use your power federal legislators to affect the bottom. (citations to email omitted). Only you have the power to do so, I will not.

The federal legislators have Medicare, Medicaid, NIH and other mechanisms of federal funding to use as bargaining chips. They should use the bargaining chips to reduce the price of healthcare (and improve care), instead of threatening to reduce Medicare, Medicaid, or take those chips away. What will they have left to bargain with if they take everything away.

Thank you for your kind consideration.

Official Verification of Licensure Available at https://deeds.doe.k12.de.us

License No. 18929

Issue Date: September 25, 2006
Effective Date:
Expiration Date:

# State of Delaware

## Department of Education

### Initial License

Know all persons by these Present, that

**Meghan Marie Kelly, Esq.**

has fulfilled the Licensure and Certification requirements of the Professional Standards Board and is certified in the following area(s):

STANDARD: Teacher of Elementary Grades K-6 **
STANDARD: Teacher of Exceptional Children Grades K-12
STANDARD: Teacher of Health Education Grades 5-12
STANDARD: Teacher of Middle Level Mathematics Grades 6-8 **
STANDARD: Teacher of Physical Education Grades K-12
STANDARD: Teacher of Social Studies Grades 9-12 (Valid 5-8 in a Middle School)

This is a valid license. This license will be activated upon employment with a Delaware Public School District/Charter School.

_____
Secretary of Education

** Indicates Highly Qualified in content areas covered by this certificate

Each License Holder is Responsible for Knowing and Satisfying License Renewal Requirements or Any Provisions Required to Reinstate His or Her License/Certificate



LAW Transcript

# DUQUESNE UNIVERSITY
600 FORBES AVENUE  PITTSBURGH, PA 15282-0299

Record as of: 07/01/05

**MS. MEGHAN M. KELLY**

Student ID:

DEGREE: JURIS DOCTOR
MAJOR: Juris Doctor - Day
MINOR:

| SEM | COURSE DESCRIPTION | DEPT | CAT | GRD | ATT | COMPL | G.PTS |
|---|---|---|---|---|---|---|---|
| | LEGAL PROCESS AND PROCEDUR | LAW | C156 | | 3.00 | 3.00 | 7.5000 |
| 02-FAL | SEMESTER GPA = 2.5000  CUMULATIVE GPA = 2.50 | | | | 3.00 | 3.00 | 7.5000 |
| | CONTRACTS | LAW | C13 | | 6.00 | 6.00 | 15.0000 |
| | PROPERTY | LAW | C14 | | 6.00 | 6.00 | 19.5000 |
| | TORTS | LAW | C105 | | 6.00 | 6.00 | 18.0000 |
| | CIVIL PROCEDURE I | LAW | C99 | | 3.00 | 3.00 | 9.7500 |
| | CRIMINAL LAW & PROCEDURE | LAW | C87 | | 4.00 | 4.00 | 11.0000 |
| | LEGAL RESEARCH AND WRITING | LAW | C129 | | 3.00 | 3.00 | 11.2500 |
| 03-SPL | SEMESTER GPA = 3.1250  CUMULATIVE GPA = 3.0045 | | | | 28.00 | 28.00 | 87.5000 |
| | SEM CAUSE WRONGF CRIM.CONV | LAW | C301 | | 2.00 | 2.00 | 7.5000 |
| 03-SUL | SEMESTER GPA =  3.7500  CUMULATIVE GPA = 3.1061 | | | | 2.00 | 2.00 | 7.5000 |
| | LABOR LAW | LAW | C79 | | 3.00 | 3.00 | 9.0000 |
| | HEALTH CARE FINANCE | LAW | C204 | | 2.00 | 2.00 | 7.5000 |
| | EVIDENCE SECT B | LAW | C335 | | 3.00 | 3.00 | 10.5000 |
| 03-FAL | SEMESTER GPA = 3.3750  CUMULATIVE GPA = 3.1585 | | | | 8.00 | 8.00 | 27.0000 |
| | LAW AND MEDICINE | LAW | C42 | | 2.00 | 2.00 | 7.0000 |
| | CONSTITUTIONAL LAW SECT.B | LAW | C36 | | 5.00 | 5.00 | 15.0000 |
| | TAXATION | LAW | C10 | | 4.00 | 4.00 | 13.0000 |
| | CORPORATIONS-SECT B | LAW | C336 | | 4.00 | 4.00 | 13.0000 |
| | FAMILY LAW | LAW | C74 | | 2.00 | 2.00 | 7.0000 |
| 04-SPL | SEMESTER GPA = 3.1153  CUMULATIVE GPA = 3.181 | | | | 17.00 | 17.00 | 55.0000 |
| | TRIAL COURT CLERKSHIP | LAW | C242 | | 3.00 | 3.00 | 0.0000 |
| 04-SUL | SEMESTER GPA = 0.0000  CUMULATIVE GPA = 3.181 | | | | 3.00 | 3.00 | 0.0000 |
| | PROFESSIONAL RESPONSIBILIT | LAW | C36 | | 3.00 | 3.00 | 0.0000 |
| | ESTATES AND TRUSTS | LAW | C429 | | 3.00 | 3.00 | 9.7500 |
| | TRIAL ADVOCACY | LAW | C51 | | 3.00 | 3.00 | 10.5000 |

| SEM | COURSE DESCRIPTION | DEPT | CAT | | T COMPL | G.PTS |
|---|---|---|---|---|---|---|
| | COMMERCIAL TRANSACTIONS I | LAW | C446 | | 3.00 | 8.2500 |
| | APPELLATE PRACTICE & PROCE | LAW | C414 | | 0.00 | 0.0000 |
| 04-FAL | SEMESTER GPA = 3.1667  CUMULATIVE GPA = 3.175 | | | | 12.00 | 28.9500 |
| | CONFLICTS OF LAW | LAW | C32 | | 3.00 | 10.5000 |
| | BANKRUPTCY | LAW | C45 | | 2.00 | 7.0000 |
| | FED COURTS & THE FED SYS | LAW | C91 | | 3.00 | 9.7500 |
| | ROMAN LAW | LAW | C144 | | 2.00 | 7.5000 |
| | COMMERCIAL TRANSACTIONS II | LAW | C448 | | 3.00 | 9.7500 |
| 03-SPL | SEMESTER GPA = 3.4231  CUMULATIVE GPA = 3.213 | | | | 13.00 | 44.5000 |

TOTALS CRED CPT = 86.00

* JURIS DOCTOR Degree Awarded on 06/05
* Majors                Minors               Specializations
* Juris Doctor - Day

MEGHAN M. KELLY

RAISED SEAL NOT REQUIRED
This official University transcript is printed on Secured paper and does not require a raised seal.

Patricia E. Jakub
University Registrar

ISSUED TO STUDENT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT ANGLE TO VIEW

**Name:** Meghan Marie Kelly   **Sex:** FEMALE   **Date:** 06/11/02   **Page:** 2

# UNIVERSITY OF DELAWARE — TRANSCRIPT

**Current Academic Program:**
College of Arts and Science
Bachelor of Arts
Major: History Education

**UNIVERSITY OF DELAWARE Degrees Conferred:** May 26, 2001
College of Arts and Science
Bachelor of Arts
Major: History
Rank: 1213 of 3174 in class, 13 of 73 in History
Graduation GPA: 3.159

**Completed NCATE/State Approved Teacher Education Program in Social Studies Education Confirmed May 2002**

**Admitted Program:**
College of Education
Bachelor of Science in Education
Major: Elementary Teacher Education

**Transferred To:**
College of Arts and Science
Bachelor of Arts
Major: History Education

---

**Fall 1996**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| EDSY-247 | PROF ISSUES:HIST PERSPECTIVES | | 3 | 10.000 |
| ENGL-110 | CRITICAL READING & WRITING | (3) | 1 | 4.000 |
| HPER-120 | EXERCISE AND CONDITIONING | | 3 | 11.000 |
| MATH-251 | MATH FOR ELEMENTARY SCHOOL I | | 3 | 6.000 |
| POSC-240 | INTRO TO INTERNATIONAL RELATIONS | | 3 | 8.000 |
| THEA-104 | INTRO TO THEATRE AND DRAMA | | 3 | 8.000 |

Term    16  13.00  13  39.000
Cumulative  16  13.00  13  39.000

---

**Winter 1997**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| BISC-207 | INTRODUCTORY BIOLOGY I | (4) | 3 | 12.000 |
| HIST-206 | UNITED STATES HISTORY | | | |
| HPER-120 | BEGINNING BALLROOM DANCE | | 1 | |

Term    8  4.00  3  12.000
Cumulative  24  17.00  16  51.000

---

**Spring 1997**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| BISC-207 | INTRODUCTORY BIOLOGY I | | 4 | 12.000 |
| ENGL-110 | CRITICAL READING & WRITING | | 3 | 7.000 |
| GEOL-113 | EARTH SCIENCE | | 4 | 12.000 |
| HPER-120 | WALK FOR FITNESS | | 1 | 4.000 |
| MATH-252 | MATH FOR ELEMENTARY SCHOOL II | | 3 | 9.000 |

Term    15  15.00  15  44.000
Cumulative  39  32.00  31  95.000

NO ENTRIES BELOW THIS LINE ********

797/3538

---

**Fall 1997**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| HIST-102 | WESTERN CIV: 1648-PRESENT | | 3 | 8.000 |

Term    16  3.00  3  8.000
Cumulative  55  16.00  47  103.667

**Academic Status: Dean's list**

---

**Winter 1998**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| EDDV-210 | INTRO TO ED AND ITS TEACHING | | 3 | 11.000 |
| EDST-203 | HUMAN DEVELOPMENT: GRADES 5-8 | | 3 | 9.000 |
| HIST-101 | WESTERN CIV TO 1648 | | 3 | 12.000 |
| MATH-253 | MATH FOR ELEMENTARY SCHOOL III | | 3 | 7.000 |
| SCEN-101 | PHYSICAL SCIENCE | | 4 | 14.667 |

Term    16  16.00  16  53.667
Cumulative  55  48.00  47  198.667

---

**Spring 1998**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| ECON-152 | INTRO MACROECON: PRICE & MARKET | | 3 | 10.000 |
| GEOG-102 | HUMAN GEOGRAPHY | | 3 | 7.000 |
| HIST-103 | WORLD HISTORY TO 1648 | | 3 | 11.000 |
| NIDT-200 | NUTRITION CONCEPTS | | 3 | 10.000 |
| POSC-313 | AMERICAN FOREIGN POLICY | | 3 | 9.000 |

Term    15  15.00  15  48.000
Cumulative  73  66.00  65  194.667

832/3502

---

**Fall 1998**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| ECON-151 | INTRO MICROECON: PRICE & MARKET | | 3 | 10.000 |
| GEOG-120 | WORLD REGIONAL GEOGRAPHY | | 3 | 8.000 |
| HIST-104 | WORLD HISTORY: 1648 TO PRESENT | | 3 | 11.000 |
| POSC-105 | AMERICAN POLITICAL SYSTEM | | 3 | 10.000 |
| SPAN-106 | SPANISH II – ELEM/INTER | | 4 | 9.000 |

Term    16  16.00  16  46.333
Cumulative  89  82.00  81  241.000

---

**Winter 1999**

| Course | Title | Grade | Credits | Quality Points |
|---|---|---|---|---|
| SPAN-107 | SPANISH III – INTERMEDIATE | | 3 | 7.000 |
| SPAN-207 | CONTEMPORARY LATIN AMERICA | | 4 | 10.667 |

Term    16  7.00  7  21.667
Cumulative  96  89.00  88  272.667

NO ENTRIES BELOW THIS LINE ********

1035/3757

---

UNIVERSITY OF DELAWARE — NEWARK, DELAWARE 19716-6020

FURNISHED AT REQUEST OF STUDENT
DO NOT RELEASE TO OTHERS WITHOUT CONSENT OF STUDENT

This would copy appears when photocopied.
A black and white document is not official.

## TRANSCRIPT LEGEND

**ACADEMIC YEAR**

University of Delaware adopted a tri-semester system effective Fall 1991, in addition to two semesters, a 3-week winter session and a summer session offering 5-week and 7 1/2 week sessions are held. The unit of credit is generally based on one period (50 minutes) of class, laboratory or other activity per week per semester. For shorter sessions, the length of the period and/or changes to the instructional time is comparable to that in a regular semester.

**FINAL GRADES**

| | Quality points |
|---|---|
| A+ | 4.00 per credit |
| A  | 3.67 per credit |
| A- | 3.33 per credit |
| B+ | 3.33 per credit |
| B  | 3.00 per credit |
| B- | 2.67 per credit |
| C+ | 2.33 per credit |
| C  | 2.00 per credit |
| C- | 1.67 per credit |
| D+ | 1.33 per credit |
| D  | 1.00 per credit |
| D- | 0.67 per credit |
| F  | 0.00 per credit |

**TEMPORARY GRADES**
- I – Incomplete
- N – Satisfactory Progress
- P – (Unsatisfactory Progress)
- Z – No Grade Reported by Instructor

LW – Listener Withdrawal
PR – Pass (Registered)
W  – No Credit, Registered
WE – Official Withdrawal Passing
WF – Official Withdrawal Failing

**COURSE NUMBERS**
- 001-099 — Non-degree courses
- 100-199 — Introductory level courses
- 200-299 — Intermediate-level courses
- 300-499 — Advanced courses
- 500-599 — Graduate-level courses
- 600-999 — Practicum courses

Graduate credit earned at the University of Delaware only by those students who are properly registered as formally admitted students in a Graduate program.

From: Meghan Marie Kelly

## UNIVERSITY OF DELAWARE — NEWARK, DELAWARE 19716-5226

**Sex:** FEMALE

| COURSE | TITLE | ATT CREDIT | EARNED CREDIT | QUALITY POINTS | GRADE | RANK IN CLASS |
|---|---|---|---|---|---|---|

### Spring 1999

| ECON-300 | INTERMED MICROECONOMIC THEORY | 3 | 9.000 | | | |
| EDUC-391 | DIVERSITY IN THE CLASSROOM | 3 | 10.000 | | | |
| GEOG-101 | PHYSICAL GEOGRAPHY | 3 | 9.000 | | | |
| HIST-205 | UNITED STATES HISTORY | 3 | 11.000 | | | |

Term        12  12.00  12  39.000
Cumulative  108 101.00 100 311.667    998/3294

### Fall 1999

| EDUC-304 | ED PSYCHOLOGY: SOCIAL ASPECTS | 3 | 11.000 | | | |
| EDUC-305 | ED PSYCHOLOGY: COGNITIVE ASPECTS | 3 | 12.000 | | | |
| GEOG-203 | INTRO TO CULTURAL GEOGRAPHY | 3 | 10.000 | | | |
| MATH-114 | COLLEGE MATHEMATICS & STATISTICS | 3 | 10.000 | | | |

Term        12  12.00  12  43.000
Cumulative  120 113.00 112 354.667    Academic Status: Dean's List.

### Winter 2000

| HIST-367 | REEL HIST:HOLLYWOOD & AMER PAST | 3 | 10.000 | | | |
| THEA-102 | INTRODUCTION TO PERFORMANCE | 3 | 11.000 | | | |

Term        6   6.00   6   21.000
Cumulative  126 119.00 118 375.667    1363/4003

### Spring 2000

| CSCC-382 | HISTORY OF WESTERN MEDICINE | 3 | 7.000 | | | |
| HIST-268 | SEM:IRELAND 1915-PRESENT | 3 | 10.000 | | | |
| HIST-343 | MEDIEVAL EUROPE:1050-1350 | 3 | 8.000 | | | |
| PHIL-302 | MEDIEVAL PHILOSOPHY | 3 | 6.000 | | | |
| POSC-387 | AMERICAN POLITICAL THOUGHT | (3) | | | | |
| THEA-200 | INTRO TO THEATRE PRODUCTION | 3 | 10.000 | | | |

Term        18  15.00  15  41.000
Cumulative  144 134.00 133 416.667    1714/4569

### Fall 2000

| EDUC-420 | READING IN THE CONTENT AREAS | 1 | 4.000 | | | |
| HESC-368 | COACHING TRACK & FIELD | (1) | | | | |
| HIST-368 | MODERN CHINA: 1600-1920'S | 3 | 11.000 | | | |
| HIST-440 | SEM:AFRICA UNDER COLONIAL RULE | 3 | 9.000 | | | |
| HIST-491 | PLANNING A COURSE OF INSTRUCTION | (3) | | | | |
| POSC-380 | INTRODUCTION TO LAW | 3 | 11.000 | | | |

Term        14  10.00  10  35.000
Cumulative  158 144.00 143 451.667    1419/3931

### Spring 2001 — Program Changed to: Major: History

| EDUC-400 | STUDENT TEACHING:SOCIAL STUDIES | | 0.000 | | | |
| HIST-493 | PROB IN TCHG HIST & SOC SCI | | 0.000 | | | |

Term        12   0.00   0    0.000
Cumulative  170 144.00 143 451.667

Academic Status: Readmit.

### Spring 2002 — Program Changed to: Major: History Education

Requirements completed for Bachelor of Arts

| EDUC-400 | STUDENT TEACHING:SOCIAL STUDIES | | 7.000 | | | |
| HIST-493 | PROB IN TCHG HIST & SOC SCI | | | | | |

Term        12  12.00   3    7.000
Cumulative  182 156.00 146 458.667

NO ENTRIES BELOW THIS LINE

---

**TRANSCRIPT LEGEND**

**ACADEMIC YEAR**
The University follows a semester plan. In addition to two semesters, a 5-week winter session and summer sessions offering 5-week and 7 1/2 week classes are held. The unit of credit is the semester credit hour which is generally based on one period (50 minutes) of lecture, laboratory or quiz, recitation per week per semester. For shorter sessions the length of the period and/or number of sessions per week is increased to afford an educational experience that is an integrated semester.

University of Delaware adopted a ++ grading system effective Fall 1991.

**FINAL GRADES**
- A Excellent — Quality points 4.00 per credit
- A-  — 3.67 per credit
- B+  — 3.33 per credit
- B Good — 3.00 per credit
- B-  — 2.67 per credit
- C+  — 2.33 per credit
- C Fair — 2.00 per credit
- C-  — 1.67 per credit
- D+  — 1.33 per credit
- D Poor — 1.00 per credit
- D-  — 0.67 per credit
- F Failure — 0.00 per credit
- X Failure - Academic Dishonesty
- Z Failure - Unofficial Withdrawal
- P Passing — If an instructor has no quality point value to enter, this is entered by registrar without credit for course
- I Incomplete — Extension required
- N No Grade Reported
- W Official Withdrawal - Passing
- WF Official Withdrawal - Failing
- L Audit (Withdrawal - Passing)
- L-F Audit (Withdrawal - Failing)

**TEMPORARY GRADES**
- I - Incomplete
- P - Satisfactory Progress
- U - Unsatisfactory Progress
- H - No Grade Reported by Instructor

**COURSE NUMBERS**
- 001-099 Non-degree courses
- 100-199 Introductory level courses
- 200-299 Introductory/intermediate courses
- 300-499 Advanced courses
- 500-599 Graduate level courses
- 600-969 Ph.D. level courses

Graduate credit is granted by the University of Delaware only to those students who are properly registered as formally admitted students in a Graduate program.

**FURNISHED AT REQUEST OF STUDENT**
**DO NOT RELEASE TO OTHERS WITHOUT CONSENT OF STUDENT**

The word COPY appears when photocopied. A black and white document is not official.

BEEBE MEDICAL CENTER
424 SAVANNAH ROAD
LEWES, DELAWARE 19958
(302) 645-3300

DATE OF ADMISSION: 11-1-95
DATE OF DISCHARGE: 11-4-95

## DISCHARGE SUMMARY

**FINAL DIAGNOSIS:** Serous cyst of the left ovary with torsion.

**HISTORY:** She is a [ ] year old white female, Gravida 0, Para 0-0-0-0, whose last menstrual period was early October 1995. She was admitted for an exploratory laparotomy because of a large cyst in her left pelvic adnexa. She had abrupt onset of left lower quadrant abdominal pain on the morning of admission. She also had some nausea and vomiting.

**PHYSICAL EXAM:** She is a healthy white female in some distress. Blood pressure was 110/64. On the abdominal exam, the abdomen was flat, soft with hypoactive bowel sounds. Pelvic exam – The vagina showed normal mucosa. Cervix showed no inflammation. The uterus was midline and felt small. Adnexa on the right side was negative. The left side showed a large, irregular cyst. Rectal exam was confirmatory.

**LAB DATA:** Admitting CBC shows a hemoglobin of 15.2 gm/dl, hematocrit 43.3%. Serum pregnancy test was negative.

**HOSPITAL COURSE:** The patient had an exploratory laparotomy on 11-1-95 with excision of a large cystic left ovary plus the fallopian tube, both of which had torsion at their base. Postoperatively, the patient's hemoglobin was 12.9 gm/dl, hematocrit 35.5%. She had a normal postop course and was discharged on 11-4-95 to return to the office in two weeks.

NW/nas
dictated: 11-14-95
transcribed: 11-15-95
cc: Dr. Washburn

Newell Washburn, M.D.