**Fw: ASSERTING RIGHTS NOT MAKING Case/Meg does not want staff to lose jobs/Lisa Nesbitt/pet to delay conference to supplement in EDPA to protect the USSC from threats violating due process even if not...**

From: Meg Kelly (meghankellyesq@yahoo.com)

To: StephanieT.Bolden@state.de.us; Sherry.DorseyWalker@state.de.us; Kendra.Johnson@state.de.us; debra.heffernan@state.de.us; Ray.Seigfried@state.de.us; Quinton.Johnson@state.de.us; Kevin.Hensley@state.de.us; Sean.Matthews@state.de.us; jeff.spiegelman@state.de.us; Krista.Griffith@state.de.us; John.L.Mitchell@state.de.us; Peter.Schwartzkopf@state.de.us; Valerie.Longhurst@state.de.us; FranklinD.Cooke@state.de.us; Nnamdi.Chukwuocha@state.de.us; Melissa.MinorBrown@state.de.us; David.Bentz@state.de.us; kimberly.williams@state.de.us; Steve.Smyk@state.de.us; Michael.Ramone@state.de.us; Michael.F.Smith@state.de.us; Paul.Baumbach@state.de.us; Edward.Osienski@state.de.us; John.Kowalko@state.de.us; John.Viola@state.de.us; Earl.Jaques@state.de.us; William.Carson@state.de.us; William.Bush@state.de.us; Shannon.Morris@state.de.us; Sean.Lynn@state.de.us; andria.bennett@state.de.us; charles.postles@state.de.us; Lyndon.Yearick@state.de.us; Jesse.Vanderwende@state.de.us; Bryan.Shupe@state.de.us; Ruth.BriggsKing@state.de.us; Ronald.Gray@state.de.us; Daniel.Short@state.de.us; Timothy.Dukes@state.de.us; R.Collins@state.de.us; jessica.borky@delaware.goc; emily.david@delaware.gov; darin.mccann@coastalpoint.com; grolfe@newszap.com; ltgov@delaware.gov; dean.hall274@gmail.com; ashley.brown@irsd.k12.de.us; bradley.layfield@irsd.k12.de.us; mark.steele@irsd.k12.de.us; cbarrish@whyy.org; mikematthewsde@gmail.com

Date: Monday, October 14, 2024 at 03:38 PM EDT

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Dolph Lisa (Courts) <lisa.dolph@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; supremectbriefs@usdoj.gov <supremectbriefs@usdoj.gov>; harriet.brumberg@pacourts.us <harriet.brumberg@pacourts.us>; anthony.sodroski@pacourts.us <anthony.sodroski@pacourts.us>; info@attorneygeneral.gov <info@attorneygeneral.gov>; usapam.contact@usdoj.gov <usapam.contact@usdoj.gov>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; iadams@sidley.com <iadams@sidley.com>; tmastro@gmail.com <tmastro@gmail.com>; jbickell@supremecourt.gov <jbickell@supremecourt.gov>; Robert Meek <rmeek@supremecourt.gov>; dbaker@supremecourt.gov <dbaker@supremecourt.gov>; jrobberts@supremecourt.gov <jrobberts@supremecourt.gov>; jroberts@supremecourt.gov <jroberts@supremecourt.gov>; abarrett@supremecourt.gov <abarrett@supremecourt.gov>; ssotomayor@supremecourt.gov <ssotomayor@supremecourt.gov>; salito@supremecourt.gov <salito@supremecourt.gov>; cthomas@supremecourt.gov <cthomas@supremecourt.gov>; ekagan@supremecourt.gov <ekagan@supremecourt.gov>; ngorsuch@supremecourt.gov <ngorsuch@supremecourt.gov>; kkavanaugh@supremecourt.gov <kkavanaugh@supremecourt.gov>; kjackson@supremecourt.gov <kjackson@supremecourt.gov>; supremecourtbriefs@usdoj.gov <supremecourtbriefs@usdoj.gov>
**Sent:** Wednesday, October 2, 2024 at 01:45:39 PM EDT
**Subject:** ASSERTING RIGHTS NOT MAKING Case/Meg does not want staff to lose jobs/Lisa Nesbitt/pet to delay conference to supplement in EDPA to protect the USSC from threats violating due process even if not substance of petition preserved below not considered to prevent concern of unusual arguments to call witnesses is not so considered yet to call witnesses in quasi criminal cas to protect due process remove threats against court by limiting congress's impeachment and investigatory power to preserve right to petition fairly and Art I Art III separation of powers/

Hi Lisa,

Lisa I apologize I accidentally copied you on an email to the USSC **not for a case**, but to assert and not waive my rights against the Court itself for clerical mistakes which violate my right to access to the courts to exercise the first Amendment right to petition fairly in accord with the 5th Amendment by petitions not docketed timely or at all. I thought her email was working earlier this week and phone too, but her phone does not appear to work now.

Today, October 2, 2024, I called Donald Baker. He said my filing is not accepted or rejected as of October 2, 2024 yet Ryan by the way.

Donald said Lisa Nesbitt is no longer with the US Supreme Court.

Ryan, I did not want her to lose her job merely because I asserted my right to correct clerical mistakes. The petitions for clerical corrections were rejected by the clerics who made them. So, I sought to assert them by the members of the court as I have to do in order not to waive a cure by a Non adversarial petition where the court is not a party in violation of my right to a fair forum.

Lisa her phone and access do not appear to be working. I am so sorry I emailed you when I meant to send it to Lisa Nesbit. Thank you for confirming you are disregarding the emails.

Ryan, I did not want Lisa Nesbit to lose her job. We all make mistakes. Petitioning to improve the world by correcting them as opposed to hiding them is the better way. I am so sad.

I am copying the US Supreme Court too because I don't think eliminating people who make mistakes prevents problems. It destroys people. Petitioning to correct errors is the better way, and leaving the door open to other petitions to allow even claimants to correct court mistakes is better than destroying people in disciplinary proceedings or job loss.

I do not want any of the staff to lose their jobs, not Jordan Bickell, not Robert Meek and not Donald Baker I copy too.

When I petition it is to uphold my rights and the rights of others to improve the world, not to make it worse by destroying people by controlled force by sinful errant thinking like Hamilton's Federalist 78 The courts are not the weakest but the most powerful and most important despite the lies of Hamilton I reject.

I do not want the USSC to throw the staff under the bus either even when they may misbehave or make mistakes. I simply seek access to the courts before my fundamental rights are vitiated without due process, including the right to petition fairly and at all and other rights such as a right to a fair forum not threatened by outside threats to affect the outcome of my case I reserve the right to argue the substance below.

It does not appear the court considered either supplemental brief where I sought to postpone conference to allow me to draft a brief and seek legal authority for the USSC itself to create case law that prevents congress from violating my due process rights by threatening Justice Alito, Justice Thomas and their wives to affect decisions against me I preserve in cases below.

I think it would be more just for the court itself to restrain third parties from attacking its members to affect the outcome in issues in my pending cases because it violates my right to petition and fairly even if the court does not consider the substance of my arguments below against disciplinary proceedings against the appellate US Supreme court in my Eastern District Court of Appeal.

I have a right to a fair forum without threat by congress to affect the outcome of issues in my case where I argue against disciplinary proceedings and regulations against the USSC members because it creates a partial unfair forum biased toward evading punishment to maintain seats instead of upholding the superseding impartial application of the Constitution to the rule of law to protect my asserted rights to life, liberty and property without deprivations of due process.

The court only has the power to restrain Congress's power to impeach and investigate so as not to deprive me and others like Trump if someone petitions to ask it to uphold their right to due process in a fair not threatened, possibly retaliatory or biased toward evading self-harm.

It is not normal for congress to threaten two members Alito and Thomas and their wives to affect the outcome in my case and Trump's case where I argue against disciplinary rules and they sought to force them.

It is not normal for a NY Judge's child to be threatened and subpoened to affect the outcome of another case.

It is not okay that Justice Thomas and Alito's wives were threatened to affect the outcome on issues below in my cases to compel USSC regulations, Disciplinary proceedings or amendments either.

I assert my right to petition to ask for an opportunity to file a supplemental brief in two cases but it appears the court did not consider either of them. It was not filed in one case, and it was not distributed in the other.

Whitehouse, and Congress propose regulations based on not liking the outcome of cases, asserting unfair forums. It is up to petitioners not congress to require impartiality and to document concerns that may violate due process. Congress seeks to take the legal power of the petitioner coupled with due process away from me now. I do not relinquish that and assert my right to ask the court to protect the right to petition fairly by restraining Congress's attacks so as not to violate my 1st Amendment right to petition fairly in accord with 5th Amendment due process.

Congress exceeds Constitutional limits by attacking subpoenaing NY judge's kid to affect the outcome of a NY judge case. Congress threatens the government's counsel David Weiss in a Trump case to affect the outcome. Whitehouse and now another congressman threaten rules and amendments to control a no longer free but threatened or controlled court to affect issues in my case where I argue all of that is unconstitutional as tempting judges to adhere to lesser rules to evade discipline while violating the superseding Constitution as the rule of law to protect life and liberty of all, not the partial whims of congress and presidents.

The court does not have to rule on the constitutionality of US Supreme Court regulations now though I appealed it, and it may do so. It may allow me to file or supplement a brief where I ask it to prevent Congress from attacking judges, their kids or wives by misusing their power. Otherwise, no federal judge, nor their family, nor parties in cases like David Weiss are free from the threats and inquisitions and required 5th Amendment violations congress seeks to use to force its judgement and commandeer the court in violation of separation of powers of Art I and III unless the US Supreme Court restrains it. Congress's investigatory and impeachment powers must be restrained to protect the rights to petition fairly without threat towards judges or parties or the family made by congress to affect outcomes in cases **including issues in my case.** I respectfully assert my right to fairly ask the court to fairly do so please by docketing petitions, because I seek to save it and preserve my rights and assert my right to access by the USSC too.

The USSC appears to have denied me the right to ask it for a fair opportunity by postponing conferences by not docketing an application and other brief for 23-7372 and not distributing another brief for the civil rights case.

I am upset Whitehouse argues in place of the petitioner where petitioners have the right to assert or waive arguments. He takes the right away from me and others and deprives me of the most important legal power that is the only means to safeguard individual liberty from collective compromised conformity, the petition and due process. He violates my 6th Amendment right by acting as a witness where I am the accused testifying loudly and publicly to coerce the court to rule against me on issues in my cases. It is not fair. A threatened court cannot be impartial. Please allow me to petition to remove the threats. The USSC cannot allow me to do something if they do not timely and fairly docket my petitions making the requests. I face irreparable injuries in terms of loss of 1st Amendment rights and vitiation of rights without fair or any opportunity to be heard.

I assert and do not waive rights. I am sleep deprived and in tears. Please excuse typos. I would rather do the right thing imperfectly than nothing at all.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** jrobberts@supremecourt.gov <jrobberts@supremecourt.gov>; jroberts@supremecourt.gov <jroberts@supremecourt.gov>; abarrett@supremecourt.gov <abarrett@supremecourt.gov>
**Cc:** meghankellyesq@yahoo.com <meghankellyesq@yahoo.com>; ryan.costa@delaware.gov <ryan.costa@delaware.gov>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; supremectbriefs@usdoj.gov <supremectbriefs@usdoj.gov>; harriet.brumberg@pacourts.us <harriet.brumberg@pacourts.us>; anthony.sodroski@pacourts.us <anthony.sodroski@pacourts.us>; info@attorneygeneral.gov <info@attorneygeneral.gov>; usapam.contact@usdoj.gov <usapam.contact@usdoj.gov>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; iadams@sidley.com <iadams@sidley.com>; tmastro@gmail.com <tmastro@gmail.com>; ssotomayor@supremecourt.gov <ssotomayor@supremecourt.gov>; salito@supremecourt.gov <salito@supremecourt.gov>; cthomas@supremecourt.gov <cthomas@supremecourt.gov>; ekagan@supremecourt.gov <ekagan@supremecourt.gov>; ngorsuch@supremecourt.gov <ngorsuch@supremecourt.gov>; kkavanaugh@supremecourt.gov <kkavanaugh@supremecourt.gov>; kjackson@supremecourt.gov <kjackson@supremecourt.gov>; Meghan Kelly <megkellyesq@yahoo.com>
**Sent:** Wednesday, October 2, 2024 at 10:53:42 AM EDT
**Subject:** Fw: Meg Submitted Application September 18 2024 not the 19th Re: 23-7372/Fw: Application to Justuce Alito to recuse Justice Jackson/Fw: Your Electronic Filing record has been submitted. no number application number required it relates to 23-7372 incorrectly noted related to 23-7360 on top

Please see all of the messages below, especially the earliest.

On an aside, I was reviewing the class of people this United States supreme Court appears to selectively deny asserted Constitutional fundamental rights the First Amendment right to petition and 5th Amendment Due process fair or any opportunity to be heard before this government arm may deprive petitioners of life, liberty and property based on viewpoint of speech, petitions against the government and association pro se claimants suing the government for deprivations of Constitutional liberties in violation of Equal Protections.  US Amend I, V, applicable to state via 14th Amendment.

I see that the US supreme Court wants to do the right thing but is stuck because claimants are required to extinguish due process rights in order to sue the court to get access to it.  There must be a better way for the court to conduct of upholding the impartial application of the rule of law to safeguard life and liberty instead of removing a class of people from its protections as deemed below the law, and others as above the law based on affiliation.

I petition to prevent deprivations by this Court not to destroy the court, but to preserve the rule of law that founded, sustains and maintains these United states from a planned overthrow and to protect my private rights most importantly my religious belief in Jesus Christ without government incited persecution.

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** dbaker@supremecourt.gov <dbaker@supremecourt.gov>
**Cc:** Costa Ryan (DOJ) <ryan.costa@delaware.gov>; supremectbriefs@usdoj.gov <supremectbriefs@usdoj.gov>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Wednesday, September 25, 2024 at 03:09:55 PM EDT
**Subject:** Meg Submitted Application September 18 2024 not the 19th Re: 23-7372/Fw: Application to Justuce Alito to recuse Justice Jackson/Fw: Your Electronic Filing record has been submitted. no number application number required it relates to 23-7372 incorrectly noted related to 23-7360 on top

This was filed on September 18, 2024. The other one was submitted on the 19th. My apologies for the typo.

I am on hold with Donald Baker now.

Thank you,
Meg

On Wednesday, September 25, 2024 at 03:02:15 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:


Hi Donald Baker,

Thank you for your help. I think the matter for 23-7372 is being confused for the other matter where I asked for similar relief.  I filed an application in the civil rights case and a motion in the EDPA case.

I copy Honorable Justice Alito and opposing counsel since he is the person I submitted it to.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** salito@supremecourt.gov <salito@supremecourt.gov>; ryan.costa@delaware.gov <ryan.costa@delaware.gov>
**Cc:** Costa Ryan (DOJ) <ryan.costa@delaware.gov>; supremectbriefs@usdoj.gov <supremectbriefs@usdoj.gov>; david.weiss@usdoj.gov <david.weiss@usdoj.gov>; meghankellyesq@yahoo.com <meghankellyesq@yahoo.com>; harriet.brumberg@pacourts.us <harriet.brumberg@pacourts.us>; anthony.sodroski@pacourts.us <anthony.sodroski@pacourts.us>; info@attorneygeneral.gov <info@attorneygeneral.gov>; usapam.contact@usdoj.gov <usapam.contact@usdoj.gov>; usapae.usattorney@usdoj.gov <usapae.usattorney@usdoj.gov>; usapaw.webmaster@usdoj.gov <usapaw.webmaster@usdoj.gov>; ssotomayor@supremecourt.gov <ssotomayor@supremecourt.gov>; salito@supremecourt.gov <salito@supremecourt.gov>; cthomas@supremecourt.gov <cthomas@supremecourt.gov>; ekagan@supremecourt.gov <ekagan@supremecourt.gov>; ngorsuch@supremecourt.gov <ngorsuch@supremecourt.gov>; kkavanaugh@supremecourt.gov <kkavanaugh@supremecourt.gov>; kjackson@supremecourt.gov <kjackson@supremecourt.gov>
**Sent:** Wednesday, September 25, 2024 at 12:25:02 PM EDT
**Subject:** 23-7372/Fw: Application to Justuce Alito to recuse Justice Jackson/Fw: Your Electronic Filing record has been submitted. no number application number required it relates to 23-7372 incorrectly noted related to 23-7360 on top

Dear Justice Alito,

I submitted an application to you relating to Case Number 23-7372 to recuse Justice Jackson for rendering an advisory opinion on or about September 1, 2024 against me in issues in two pending cases depriving me of a fair opportunity to be heard on the same.

My phone was cut off by my parents but temporally reactivated for an unknown time.  So, I emailed the staff below a copy of the application given the grave loss In face should their be delays in docketing so as to deprive me of a fair opportunity to be heard. US Amend I, V.

On September 24, 2024, I called Head Clerk Danny Bickell given the grave loss I face should their be delays in docketing preventing me from resubmitting the application should you deny it or preventing a fair opportunity to be heard before the entire court should you consider granting it as it appeared you may do.

Danny seemed to dismiss my concerns despite the dire loss I face in terms of irreparable loss of First Amendment rights to religious belief in Jesus Christ, the right to petition to defend the same, association, speech based on viewpoint, 6th amendment right to self represent, claims for emotional and physical harm not limited to shingles and weight gain based on foreseeable distress intentionally caused by state attacks, economic harm and other injury.

I sent the application on September 19, 2024. To my horror, there were delays in delivery preventing the same until 3 days of the expected date, delivered early Monday morning on September 23, 2024 per the attached proof of delivery.

This Court is in the physical possession of the application and has been sitting on it since Monday morning despite my assertion delays in docketing are deprivations to my access to the courts per this US Supreme Court.  See, the attached proof of service.

I checked a moment ago as it approaches noon and it is still not filed.

I took pictures to show that this item was not filed even though it is in this Court's possession for a third day.  Please see the pictures from this morning.

I assert my right to a fair proceeding to present petitions to this Court on appeal per US Amend I, V. In Stokes v. Delo, 495 U.S. 320, 323 (1990), "Delay or default by courts in the federal system must not be allowed to deprive parties, including States, of the lawful process to which they are entitled."

In another case I recall this court's staff denied me a fair opportunity to petition by docketing items as filed the business day before the conference, while noting on the docket the relation back date of filing.

The date I submitted the application was September 19, 2024.  So, the court will relate back the item as time of service as it has done in all prior cases which conceals the actual docketing date as filed to present for review. I assert my right to fair review, and do not seek to destroy the staff only to safeguard my fundamental rights and the fair equal protections of the Constitution applied to the rule of law for all, not disparately some, even the least of these like me.

Given the staff mailed me someone else's petition and deprived me of the right to petition at all in another case by neither docketing or providing due process notice of rejection along with the missing petitions I have proof of submitting, I err on the side of preserving Constitutional liberties to avoid irreparable injury and to cure defects by clerical error or otherwise without further obstruction as to deny me the right to petition and innumerable fundamental liberties now and in the future.

My opponent in this matter is Ryan Costa, Federalist head in the state of DE, a worthy opponent to hash out the Constitutional challenges of disciplinary proceedings. He defends the DE ODC.

I copy others since this relates to all cases.

The Court in United States v. Mitchell, 20 F.3d 1480"held, "extreme delay in the processing of an appeal may amount to a violation of due process." U.S. v. Mohawk, 20 F.3d 1480, 1485 (9th Cir. 1994)
To date, the court has neither docketed nor rejected the application with opportunity to cure any alleged defects in accord with customs and due process notice.

The US Supreme Court held in St. L. S.F.R.R. v. Spiller, 275 U.S. 156 (1927)  "Errors by court "due to mistake of the clerk may be corrected after expiration of the term at which the judgment was entered." ("emphasis intended");  See, United States v. Finnell, 185 U.S. 236, 249 (1902) ("The clerk is a ministerial officer, and, without statutory authority, can exercise no judicial functions. ")

The US Supreme Court held in Wetmore v. Karrick, 205 U.S. 141, 142 (1907) "The judgment of dismissal of June 12, 1899, having been entered improvidently through a mistake or oversight as to an entry of record, the Massachusetts court did not thereby lose jurisdiction, and had the power to vacate the dismissal and restore the case to the docket after the term. The Palmyra, 12 Wheat. 1; Alviso v. United States, 6 Wall. 457. Rice v. Railroad Co., 21 How. 82, distinguished. " Also see, Isaacs v. Caldwell, 530 S.W.3d 449, 455 (Ky. 2017)

The US Supreme Court in Wetmore v. Karrick, 205 U.S. 141, 142 (1907), further held, "In almost every case in which the rule is laid down by this court that judgments cannot be vacated after the term, judgments of dismissal by mistake are excepted. See Phillips v. Negley, 117 U.S. 665, and cases therein cited. "

However, I am deprived of the First Amendment access to the courts when the courts do not docket colorable pleadings by mistake.  I am prejudiced by an unfair deprivation of my fundamental rights

I am even more prejudiced when the clerk's staff prevents me from docketing petitions to cure clerical errors as what was done in the PA case obstructing my access to the courts based on viewpoint in the petitions where I seek to cure their defects so they may cover up mistakes.

What was troubling is the staff disparately removed the existence of the PA pleadings on the electronic side to unfairly obstructing this Court from sua sponte making corrections as it has in other cases.

Do I want to destroy the staff, no. I merely seek to improve the effective administration of the rule of law to protect my claims and the right for others to petition without disparate treatment based on viewpoint of speech in the petitions in violation of Equal Protections by making the Constitution not the law that safeguards freedom but the sword and shield of government agents who enslave and sacrifice instead of serve the people.

Without the courts no one is free we are all slaves to those who reign by temptations like the devil by economic, social or physical force to tempt humanity to bend their will to the dictates of those who threaten or reward them. That makes the courts special and petitioners even my opponents more important than all the money in the world or the military might in the world for it is you who sustains these United States with the rule of law not money nor might. Wisdom Chapter 2 (My God teaches might makes wrong not right.)

Thank you,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939


----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Lisa D. Nesbitt <lnesbitt@supremecourt.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; jbickell@supremecourt.gov <jbickell@supremecourt.gov>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; Robert Meek <rmeek@supremecourt.gov>
**Sent:** Wednesday, September 18, 2024 at 07:27:47 PM EDT
**Subject:** Application to Justuce Alito to recuse Justice Jackson/Fw: Your Electronic Filing record has been submitted. no number application number required it relates to 23-7372 incorrectly noted related to 23-7360 on top

Good evening,

Hi, Lisa I had to cut off my phone and cannot call you.  So I am using email to prevent confusion.   I just mailed out an application to recuse Justice Jackson with a blank application number to be filled in.  I accidentally indicated it related to 23-7360.  That is incorrect. It related to 23-7372.  I am sorry for my error.

I copy opposing counsel for this submission, Federalist Chair Ryan Costa, US Supreme Court clerk Robert Meek and Chief Clerk of the court Danny Bickell too.

Thank you for your time and help.  Have a good night.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939


----- Forwarded Message -----
**From:** "no-reply@sc-us.gov" <no-reply@sc-us.gov>
**To:** "meghankellyesq@yahoo.com" <meghankellyesq@yahoo.com>
**Sent:** Wednesday, September 18, 2024 at 07:17:04 PM EDT
**Subject:** Your Electronic Filing record has been submitted.

Your Application to Justice Alito to Recuse the Honorable Justice Jackson has been submitted. It will be reviewed once the hard copy is received. If you are not expecting this email, please contact the Supreme Court Electronic Filing Support Group at eFilingSupport@supremecourt.gov.