UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br>       Plaintiff,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>       Defendant. | Case No. 1:25-cv-766 (JEB) |

Certificate of Service

I certify on May 11, 2025, I caused Meghan Kelly's Motion for leave to file an amicus Brief, including all accompanying documents, to be served on counsel for Plaintiffs and Defendants by email.

Dated May 21, 2025

Respectfully submitted,

/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court Bar No. 283696

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: May 21, 2025

_____Meghan Kelly_____ (printed)

_____[signature]_____ (signed)