May. 6th, 2025

Dear Clerk of Court,

Please docket this motion that I, Joshua Hall and my co-movant, Eric Heilner are bringing forth to intervene in Civil Case No. 25-766 (JEB) and disqualify Judge James E. Boasberg from presiding over it on the public docket under the case, Civil Case No. 25-766 (JEB) so that it may be decided and ruled on by an appropriate judge of this court (The US District Court-District of Columbia). We have also demanded that Judge James Boasberg recuse himself from ruling on our motion on the basis that we currently have a lawsuit pending against him in this court and so his ruling on it would constitute a grave conflict of interest. Please send a confirmation of receipt of our motion, our two pending lawsuits in this district and that they have been appropriately filed on the public docket to us at the address below as well as any future rulings, necessary correspondence from the court, etc. at the address below to us at your earliest convenience. Thank you kindly.

Respectfully Submitted, Joshua Hall and Eric Heilner

Address:
Joshua Hall
DCP #104525
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111-1299

RECEIVED
Mail Room
MAY 15 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

JGG
VS.
Trump

May 6th, 2025

Civil Case No. 25-766 (JEB)

In The United States District Court
For The District of Columbia

To The Honorable Judge James E. Boasberg

## Motion To Intervene In The Above-Captioned Case And Disqualify Judge James E. Boasberg From Presiding

We bring forth this motion to intervene in the above-captioned matter on behalf of the American citizenry and President Donald J. Trump - whom we the people elected to enact our agenda on the grounds that Judge James E. Boasberg is acting illegally and outside the bounds of his judicial scope to interfere with and undermine the will of the American people to remove alien enemies from our country pursuant to The Alien Enemies Act of 1798. His illegal actions in ordering Tren de Aragua gang members whom a co-equal branch of government has found to be alien enemies to be harbored and in some cases brought back into our country after they have already been deported violate several civil and criminal statutes including 18 USCS §2333, 18 USCS §951, 18 USCS §2381 and §1324 involving the bringing in and harboring of certain aliens. The Supreme Court also recently ruled that Judge Boasberg had no jurisdiction to order the executive branch to not remove these alien enemies from our country or bring those that had already been deported back into our sovereign territory. He thus issued an illegal order that he had no legitimate authority in so doing and hence he can be held liable for his actions in a court of law and they are not protected by judicial immunity. Because he issued an illegal.... (turn page)

order that was made null and void by the highest court in the land, he has no legal basis to initiate and preside over these criminal contempt proceedings against President Trump and/or his executive officers that refused to comply with his illegal, illegitimate order that attempted to sabotage the Constitutional obligations of a duly-elected President to "take care that the laws - including The Alien Enemies Act of 1798 - be faithfully executed". By extension, Judge Boasberg betrayed we the citizenry who elected President Trump to enact our agenda and unlawfully provided aid and comfort to enemies of our nation at a time of war. He thus conspired against our rights and conspired to defraud The United States. For the foregoing reasons as well as the blatant and open hostility and political bias that Judge Boasberg has displayed toward both President Trump and his supporters along with the American citizenry at large throughout this case, we bring forth this motion to intervene in the above-captioned matter and move for Judge Boasberg to immediately DISQUALIFY and REMOVE himself from this case. He has demonstrated that he can no longer fairly and impartially preside over this matter and his continued doing so would be a grave conflict of interest, unethical and constitute a serious miscarriage of justice that would continue to erode the American public's rapidly deteriorating trust in our nation's courts. We the citizenry of this great country deserve nothing less than honest and apolitical judicial officers who apply the law with integrity without weaponizing the power of the bench against the people. We the people are the rule of law in this country and our nation's judges are supposed to work for us - Not alien enemies. Because we have filed a separate lawsuit against Judge Boasberg......(next page)

We do not believe it to be proper or ethical for him to make the ultimate decision on our motion to intervene and disqualify him from presiding over this case. In Judge Boasberg's own words in a previous opinion in this case, he stated, and I quote, "The foundational "rule of law" reflects a belief that in the fair administration of justice no man can be judge in his own case, no matter how "exalted his station" or "righteous his motives". On this, we agree with Judge Boasberg wholeheartedly and for him to rule on this motion would be a serious conflict of interest and raise ethical concerns due to our lawsuit involving him as a defendant. It would also violate and run contrary to the very foundational rule of law that he has enthusiastically (and correctly, might we add) referenced in this case because Judge Boasberg would be deciding on a motion to disqualify himself which in his own words he cannot do in the fair administration of justice. We thus move for him to also DISQUALIFY and RECUSE himself from deciding and ruling on this motion to intervene and disqualify him from presiding over this case on this basis. We demand that a fair and impartial judge who has not shown deep-seated animous and hostility toward President Trump and the American citizenry who elected him be assigned to decide on this motion and would prefer that President Trump himself be assigned to do so in his official capacity as The Chief Law Enforcement Officer in our country who is above the authority of this court or any other in our nation. We will leave it to the court to decide on who will be assigned to rule on this motion but are advising you that if Judge Boasberg attempts to rule on it or refuses to allow us to intervene or DISQUALIFY himself from this case, we will be..... (turn pg

immediately appealing such a ruling to the DC Circuit on the basis that it would be a grave conflict of interest, highly inappropriate, unethical and would violate the foundational rule of law itself. The American citizenry deserve no less. Therefore, it is on behalf of said American citizenry and President Donald J. Trump whom we elected to enact our agenda that I, Joshua Hall and my co-movant, Eric Heilner, bring forth this motion to intervene in Civil Case No. 25-766 (JEB) in this court, DISQUALIFY Judge James E. Boasberg from presiding over Civil Case No. 25-766 (JEB) and DISQUALIFY Judge James E. Boasberg from deciding on the merits of and ruling on this motion. We are requesting from the court an evidentiary hearing on this matter.

Respectfully Submitted, Joshua Hall and Eric Heilner

Signed this 6th day of May, 2025

Joshua A. Hall
(Signature of Movant)

Eric Heilner
(Signature of Movant)