IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Liyanara Sanchez,** as next friend on behalf of **Frengel Reyes Mota** *et al.*,<br><br>　　　　Petitioners-Plaintiffs,<br><br>**J.G.G.** *et al.*,<br><br>　　　　Plaintiffs,<br><br>**v.**<br><br>**Donald J. Trump** *et al.*,<br><br>　　　　Defendants. | **Civil Case No. 25-cv-766** |

**NOTICE OF ATTORNEY WITHDRAWAL**

Please take notice that I, Pooja Boisture, hereby withdraw as one of the attorneys of record for Plaintiffs and Petitioners-Plaintiffs in the above-captioned case. The remaining attorneys of record will continue to represent Plaintiffs and Petitioners-Plaintiffs in this case.

May 23, 2025					Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_/s/   Pooja Boisture_____
　　　　　　　　　　　　　　　　　　　　　　　Pooja Boisture
　　　　　　　　　　　　　　　　　　　　　　　Democracy Forward Foundation
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 34553
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20043
　　　　　　　　　　　　　　　　　　　　　　　(202) 448-9090
　　　　　　　　　　　　　　　　　　　　　　　pboisture@democracyforward.org