IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Liyanara Sanchez,** as next friend on behalf of **Frengel Reyes Mota** *et al.*, <br><br> Petitioners-Plaintiffs, <br><br> **J.G.G.** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Donald J. Trump** *et al.*, <br><br> Defendants. | **Civil Case No. 25-cv-766** |

## NOTICE OF ATTORNEY WITHDRAWAL

Please take notice that I, Somil Trivedi, hereby withdraw as one of the attorneys of record for Plaintiffs and Petitioners-Plaintiffs in the above-captioned case. The remaining attorneys of record will continue to represent Plaintiffs and Petitioners-Plaintiffs in this case.

May 23, 2025                                                                                   Respectfully submitted,

                                                                                                    */s/    Somil Trivedi*
                                                                                                    Somil Trivedi (DC Bar No. 1617967)
                                                                                                    Democracy Forward Foundation
                                                                                                    P.O. Box 34553
                                                                                                    Washington, DC 20043
                                                                                                    (202) 448-9090
                                                                                                    strivedi@democracyforward.org