## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Liyanara Sanchez,** as next friend on behalf of **Frengel Reyes Mota** *et al.*,

       Petitioners-Plaintiffs,

**J.G.G.** *et al.*,

       Plaintiffs,

**v.**

**Donald J. Trump** *et al.*,

       Defendants.

**Civil Case No. 25-cv-766**

## NOTICE OF ATTORNEY WITHDRAWAL

Please take notice that I, Michael Waldman, hereby withdraw as one of the attorneys of record for Plaintiffs and Petitioners-Plaintiffs in the above-captioned case. The remaining attorneys of record will continue to represent Plaintiffs and Petitioners-Plaintiffs in this case.

May 23, 2025

Respectfully submitted,

   */s/   Michael Waldman*
Michael Waldman (DC Bar No. 414646)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mwaldman@democracyforward.org