# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioners–Plaintiffs' Unopposed Motion for Leave to File Under Seal, ECF No. 141, including all accompanying documents, has been furnished by email on May 27, 2025, to all counsel of record for Respondents–Defendants.

Dated: May 27, 2025

By: /s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Petitioners–Plaintiffs*