AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| J.G.G., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766 |
| Trump, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs    .

Date:   06/04/2025

/s/ Michael King Thomas Tan
*Attorney's signature*

Michael King Thomas Tan (D.D.C. Bar No. NY0636)
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

m.tan@aclu.org
*E-mail address*

(808) 490-3806
*Telephone number*

(332) 220-1702
*FAX number*