UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.G.G.**, *et al.*,<br><br>    Plaintiffs,<br><br>**LIYANARA SANCHEZ**, as next friend on behalf of **FRENGEL REYES MOTA**, *et al.*,<br><br>    Petitioners-Plaintiffs,<br><br>    v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>    Respondents-Defendants. | Civil Action No. 25-766 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' [102] Motion for Preliminary Injunction is GRANTED IN PART and DENIED IN PART;

2. Plaintiffs' [103] Motion for Class Certification is DENIED WITHOUT PREJUDICE as to the Criminal Custody Class and GRANTED as to the CECOT Class with modifications. The latter Class shall be defined as follows:

    > All noncitizens removed from U.S. custody and transferred to the Terrorism Confinement Center (CECOT) in El Salvador on March 15 and 16, 2025, pursuant solely to the Presidential Proclamation entitled, "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua"; and

3. By June 11, 2025, Defendants shall submit a Notice to the Court advising how they intend to facilitate the ability of the CECOT Class to seek habeas relief.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: June 4, 2025