In the United States District Court
for the District of Columbia

| | |
|---|---|
| J.G.G. et al.,<br><br>*Plaintiffs*;<br><br>LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB<br><br><br><br><br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that all Respondents–Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court entered in this case on June 4, 2025, docketed at ECF No. 147, and all orders merging therewith.

Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation

**August Flentje**
Special Counsel for Immigration

1

                                <u>s/Tiberius T. Davis</u>
                                **Tiberius T. Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

**Ernesto Molina**
Deputy Director
Office of Immigration Litigation

Dated: June 10, 2025                  *Counsel for Respondents–Defendants*

**Certificate of Service**

I hereby certify that I served this document on June 10, 2025, by filing it with the Court's CM/ECF system, which will electronically deliver the document to all other parties or their counsel.

s/Tiberius T. Davis
*Counsel for Respondents–Defendants*
