IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br><br> *Plaintiffs*;<br><br>LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,<br><br> *Petitioners–Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br> *Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB<br><br><br><br><br><br>**[PROPOSED] ORDER GRANTING RESPONDENTS–DEFENDANTS' MOTION TO STAY ORDER PENDING APPEAL** |

 IT IS HEREBY ORDERED that this Court's order of June 4, 2025, ECF No. 147, is STAYED until the mandate of the United States Court of Appeals for the District of Columbia Circuit is sent down in Respondents–Defendants' appeal of that order.

Dated: _____

                         _____
                         Hon. James E. Boasberg
                         Chief Judge, United States District Court