**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.G.G. et al., | Case No. 1:25-cv-00766-JEB |
| *Plaintiffs*; | |
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., | |
| *Petitioners–Plaintiffs,* | |
| v. | **[PROPOSED] ORDER GRANTING RESPONDENTS– DEFENDANTS' UNOPPOSED MOTION FOR CLARIFICATION OR STAY** |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| *Respondents–Defendants.* | |

IT IS HEREBY ORDERED THAT no responsive pleading or dispositive motion

is due from Respondents–Defendants until further order of this Court.

Dated: _____          _____
                                    Hon. James E. Boasberg
                                    Chief Judge, United States District Court