## LIST OF NAMES AND ADDRESSES OF
## ATTORNEYS ENTITLED TO BE NOTIFIED

Pursuant to LCvR 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of Dorsey's proposed order upon its entry:

### PLAINTIFFS

| | |
|---|---|
| Lee Gelernt (D.D.C. Bar No. NY0408) | lgelernt@aclu.org |
| Daniel Galindo (D.D.C. Bar No. NY035) | dgalindo@aclu.org |
| Ashley Gorski | agorski@aclu.org |
| Michael King Thomas Tan | m.tan@aclu.org |
| Patrick Toomey | ptoomey@aclu.org |
| Sidra Mahfooz | smahfooz@aclu.org |
| Omar Jadwat | ojadwat@aclu.org |
| Hina Shamsi (D.D.C. Bar No. MI0071) | hshamsi@aclu.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

| | |
|---|---|
| Noelle Smith | nsmith@aclu.org |
| Oscar Sarabia Roman | osarabia@aclu.org |
| My Khanh Ngo | mngo@aclu.org |
| Cody H. Wofsy | cwofsy@aclu.org |
| Cecillia D. Wong | cwang@aclu.org |
| Evelyn Danforth-Scott | edanforth-scott@aclu.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104

| | |
|---|---|
| Arthur B. Spitzer (D.C. Bar No. 235960) | aspitzer@acludc.org |
| Scott Michelman (D.C. Bar No. 1006945) | smichelman@acludc.org |
| Aditi Shah (D.C. Bar No. 90033136) (admission pending) | ashah@acludc.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045

Continues on next page

**LIST OF NAMES AND ADDRESSES OF
ATTORNEYS ENTITLED TO BE NOTIFIED**
(Continued)

| | |
|---|---|
| Bradley Girard (D.C. Bar No. 1033743) | bgirard@democracyforward.org |
| Christine L. Coogle (DC Bar No. 1738913) | ccoogle@democracyforward.org |
| Brian D. Netter | bnetter@ democracyforward.org |

c/o DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043

## DEFENDANTS

| | |
|---|---|
| Drew C. Ensign<br>Deputy Assistant Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | drew.c.ensign@usdoj.gov |
| August E. Flentje<br>US Department of Justice, Civil Division<br>PO Box 868<br>Ben Franklin Station<br>Washington, DC 20044 | august.flentje@usdoj.gov |
| Tiberius T. Davis<br>Abhishek Kambli<br>Suite 400<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | tiberius.davis@usdoj.gov<br>abhishek.kambli@usdoj.gov |
| Ernesto H. Molina, Jr.<br>Deputy Director<br>US Department of Justice, Civil Division<br>Office of Immigration Litigation--<br>General Litigation and Appeals Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 | ernesto.h.molina@usdoj.gov |

Continues on next page

## LIST OF NAMES AND ADDRESSES OF
## ATTORNEYS ENTITLED TO BE NOTIFIED
(Continued)

### AMICI

Dan Backer  
Chalmers, Adams, Backer & Kaufman LLC  
Suite 200-A  
10521 Judicial Drive  
Fairfax, VA  22030

dbacker@ChalmersAdams.com  &  
notices@coolidgereagan.org

Representing  
COOLIDGE REAGAN FOUNDATION  
(doc 95)

---

Steven A. Hirsch  
KEKER, VAN NEST & PETERS LLP  
633 Battery Street  
San Francisco, CA  94111

shirsch@keker.com

Representing  
JOHN W KEKER;  Robert A Van Nest; Elliot Peters; Laurie Carr Mims  
(doc 94)

---

Kelly Brian McClanahan  
NATIONAL SECURITY COUNSELORS  
Suite 250  
1451 Rockville Pike  
Rockville, MD 20852

kel@nationalsecuritylaw.org

Representing  
Mark Rozell; Heidi Kitrosser; Mitchel Sollenberger  
(doc 60)

6/11/2025

Paul M. Dorsey, *pro-se*  
110 Westminster Drive  
West Hartford, CT  06107  
(860) 521-0081  
p.dorsey@comcast.net

## CERTIFICATE OF SERVICE

Pursuant to FRCP 4(b), I hereby certify that a true and correct copy of the foregoing Motion to Intervene was served by both United States Postal Service first-class mail, postage prepaid, and, as a courtesy, by electronic mail on the 11th day of June, 2025, upon:

<u>PLAINTIFFS</u>

| | |
|---|---|
| Lee Gelernt (D.D.C. Bar No. NY0408) | lgelernt@aclu.org |
| Daniel Galindo (D.D.C. Bar No. NY035) | dgalindo@aclu.org |
| Ashley Gorski | agorski@aclu.org |
| Michael King Thomas Tan | m.tan@aclu.org |
| Patrick Toomey | ptoomey@aclu.org |
| Sidra Mahfooz | smahfooz@aclu.org |
| Omar Jadwat | ojadwat@aclu.org |
| Hina Shamsi (D.D.C. Bar No. MI0071) | hshamsi@aclu.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004

| | |
|---|---|
| Noelle Smith | nsmith@aclu.org |
| Oscar Sarabia Roman | osarabia@aclu.org |
| My Khanh Ngo | mngo@aclu.org |
| Cody H. Wofsy | cwofsy@aclu.org |
| Cecillia D. Wong | cwang@aclu.org |
| Evelyn Danforth-Scott | edanforth-scott@aclu.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104

| | |
|---|---|
| Arthur B. Spitzer (D.C. Bar No. 235960) | aspitzer@acludc.org |
| Scott Michelman (D.C. Bar No. 1006945) | smichelman@acludc.org |
| Aditi Shah (D.C. Bar No. 90033136) (admission pending) | ashah@acludc.org |

c/o AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045

Continues on next page

## CERTIFICATE OF SERVICE
(Continued)

Bradley Girard (D.C. Bar No. 1033743)    bgirard@democracyforward.org
Christine L. Coogle (DC Bar No. 1738913) ccoogle@democracyforward.org
Brian D. Netter                          bnetter@ democracyforward.org

c/o DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043

## DEFENDANTS

Drew C. Ensign                           drew.c.ensign@usdoj.gov
Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20004

August E. Flentje                        august.flentje@usdoj.gov
US Department of Justice, Civil Division
PO Box 868
Ben Franklin Station
Washington, DC  20044

Tiberius T. Davis                        tiberius.davis@usdoj.gov
Abhishek Kambli                          abhishek.kambli@usdoj.gov
Suite 400
950 Pennsylvania Avenue, NW
Washington, D.C.  20004

Ernesto H. Molina, Jr.                   ernesto.h.molina@usdoj.gov
Deputy Director
US Department of Justice, Civil Division
Office of Immigration Litigation--
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

Continues on next page

## CERTIFICATE OF SERVICE
(Continued)

### AMICI

Dan Backer  
Chalmers, Adams, Backer & Kaufman LLC  
Suite 200-A  
10521 Judicial Drive  
Fairfax, VA  22030

dbacker@ChalmersAdams.com  &  
notices@coolidgereagan.org

Representing  
COOLIDGE REAGAN FOUNDATION  
(doc 95)

---

Steven A. Hirsch  
KEKER, VAN NEST & PETERS LLP  
633 Battery Street  
San Francisco, CA  94111

shirsch@keker.com

Representing  
JOHN W KEKER;  Robert A Van Nest; Elliot Peters; Laurie Carr Mims  
(doc 94)

---

Kelly Brian McClanahan  
NATIONAL SECURITY COUNSELORS  
Suite 250  
1451 Rockville Pike  
Rockville, MD 20852

kel@nationalsecuritylaw.org

Representing  
Mark Rozell; Heidi Kitrosser; Mitchel Sollenberger  
(doc 60)

6/11/2025

Paul M. Dorsey, *pro-se*  
110 Westminster Drive  
West Hartford, CT  06107  
(860) 521-0081  
*p.dorsey@comcast.net*