UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIYANARA SANCHEZ**, as next friend on Behalf of **FRENGEL REYES MOTA**, et al., <br><br> Petitioners-Plaintiffs, <br><br> **J.G.G.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP**, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No: 1-25-cv-00766-JEB |

## PROPOSED ORDER

For the reasons to be set forth in a Memorandum Opinion to be issued by the Court within the next fourteen days, absent extraordinary circumstances, the Court will grant Paul M. Dorsey's motion for leave to intervene for the limited purpose of challenging two orders from this court that granted leave to plaintiffs and petitioners-plaintiffs to proceed under pseudonyms. Accordingly, it is hereby

**ORDERED** that Paul M. Dorsey's Motion For Leave to Intervene For the Limited Purpose of Challenging Petitioners-Plaintiffs Proceeding Under Pseudonyms, ECF # ___ is **GRANTED.** It is further

**ORDERED** that Paul M. Dorsey will have seven (7) days to docket his Proposed Motion to Unproceed Under Pseudonyms with the Court. It is further

**ORDERED** that the parties will have fourteen (14) days to respond to Dorsey's motion. It is further

**ORDERED** that Dorsey will have seven (7) days to reply to any response filed by either party. It is further

**ORDERED** that Dorsey's Reply may specifically link Petitioners' initials to any of the 238 names publicly available on a CBS list (available at *https://perma.cc/9M8L-WTL9*) without regard to this Court's Order of May 8, 2025 ("All parties shall use the pseudonyms listed in the Amended Complaint in all documents filed in this action") ECF #117, ¶2, provided that Plaintiff-Petitioners do not unequivocally withdraw their previously made argument (". . . the general nature of the list does not link any particular anonymous Petitioner to a known person detained at CECOT") ECF #113 at pg 7.

SO ORDERED this _____ day of June, 2025.

_____
JAMES E. BOASBERG
Chief Judge