# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5067**  **September Term, 2024**

**1:25-cv-00766-JEB**

**Filed On: June 24, 2025** [2122173]

J.G.G., et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

    Appellants

------------------------------

Consolidated with 25-5068

    **BEFORE:**   Henderson, Millett, and Walker, Circuit Judges

### O R D E R

Upon consideration of the motion of movant Paul Andrew Mitchell for leave to intervene and transfer to cure want of jurisdiction; the joint motion to govern further proceedings; and appellants' unopposed motion for voluntary dismissal, it is

**ORDERED** that the motion for leave to intervene and transfer be denied.  It is

**FURTHER ORDERED** that the motion for voluntary dismissal is granted and these cases are hereby dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk