**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.G.G. et al., <br><br> *Plaintiffs*; <br><br> LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., <br><br> *Petitioners–Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Respondents–Defendants.* | Case No. 1:25-cv-00766-JEB <br><br><br><br><br> **NOTICE OF FILING** |

On June 25, 2025, Plaintiffs submitted additional evidence styled as "supplemental authority" in the D.C. Circuit cases *J.G.G. v. Trump*, Nos. 25-5124 & 25-5217. On June 26, 2025, Plaintiffs filed a notice of these submissions in this Court. ECF 158. On June 26, 2025, Defendants filed responses in the Court of Appeals. *See* Exs. A & B.

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation

**August Flentje**
Special Counsel for Immigration

s/Tiberius Davis
_____
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

**Ernesto Molina**
Deputy Director

Dated: July 3, 2025                    *Counsel for Respondents–Defendants*

1