# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

J.G.G. et al.,

*Plaintiffs*;

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,

*Petitioners–Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Respondents–Defendants.*

Case No. 1:25-cv-00766-JEB

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2025, I caused Respondents–Defendants' motion for leave to file under seal, ECF No. 161, including all accompanying documents as well as the associated notice of electronic filing, to be served on counsel for Plaintiffs and Petitioners–Plaintiffs by email.

Respectfully submitted,

s/Tiberius T. Davis
**Tiberius T. Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

Dated: July 12, 2025

*Counsel for Respondents–Defendants*