# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

J.G.G., et al.,
Plaintiffs,
v.
DONALD J. TRUMP, et al.,
Defendants.

No. 1:25-cv-00766 (D.D.C.)

## MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING THE GOVERNMENT'S MOTION TO SEAL ECF NO. 161

Movant Gloria Browning, a United States citizen and the wife of one of the 252 Venezuelan men currently detained in CECOT prison in El Salvador following removal from U.S. custody, respectfully moves to intervene in the above-captioned matter for the limited purpose of opposing the Government's motion to seal documents referenced in ECF No. 161.

This motion is made pursuant to the First Amendment and the common law right of public access to judicial proceedings and court documents.

### GROUNDS FOR THIS MOTION

1. **Public Importance**: The sealed documents appear to concern agreements or positions adopted by the United States in connection with mass removals and extraterritorial detention under the Alien Enemies Act. These actions directly affect the constitutional rights and liberty of hundreds of individuals, as well as the rights of their families, including Movant.
2. **Presumption of Access**: Courts have long recognized a presumptive right of public access to judicial records. That right is at its apex when the records relate to executive actions with constitutional implications.
3. **Narrow Tailoring Requirement**: Any sealing of court records must be narrowly tailored and justified by a compelling government interest. The current sealing motion (ECF 161) offers no public explanation to satisfy this standard.



RECEIVED

JUL 14 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

4. **Direct Personal Interest**: Movant is the wife of one of the affected individuals. The continued secrecy surrounding the U.S. government's agreement or position directly impacts her ability to seek accountability, redress, and reunion with her family.

## RELIEF REQUESTED

Movant respectfully requests that this Court:

1. Grant this motion to intervene for the limited purpose of challenging the sealing;
2. Deny the Government's motion to seal (ECF No. 161), or in the alternative;
3. Order the Government to file a redacted version of the sealed materials for public inspection.

Dated: July 13, 2025

Respectfully submitted,
**Gloria Browning**
Pro se Movant
Brooklyn, NY

## DECLARATION OF GLORIA BROWNING

I, Gloria Browning, declare as follows:

1. I am a U.S. citizen residing in Brooklyn, New York.
2. I am the wife of one of the 252 Venezuelan men who were removed from U.S. immigration custody and are currently being held in CECOT prison in El Salvador.
3. I have filed legal complaints, human rights petitions, and requests for intervention at the national and international level regarding this ongoing situation.
4. On or about July 12, 2025, I became aware of ECF No. 161 in this case, in which the U.S. Government seeks to seal certain filings related to its agreements and actions regarding these removals.
5. I have a direct interest in accessing these documents in order to understand the legal basis and international agreements under which my husband, along with more than 250 other Venezuelan men, has been detained in a country not of his origin or nationality.
6. Public access to these judicial records is essential to accountability, transparency, and justice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 13, 2025

Gloria Browning

## [PROPOSED] ORDER

Upon consideration of the Motion to Intervene and to Oppose the Government's Motion to Seal ECF No. 161, it is hereby:

ORDERED that the motion is GRANTED; and
FURTHER ORDERED that the Clerk shall docket Movant Gloria Browning's intervention for the limited purpose of opposing the sealing of documents; and
FURTHER ORDERED that the Government shall, within 14 days, either file redacted versions of the sealed materials or show cause why public access should be denied.

SO ORDERED.

Dated: _____

Hon. James Boasberg
U.S. District Judge