AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-00766-JEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk, U.S. Attorney's Office for D.C.
was received by me on *(date)* 03/15/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: A copy of the complaint and summons was emailed to USADC.ServiceCivil@usdoj.gov on 3/24/2025. I received an email confirmation of receipt and acceptance of service with a service date of 3/24/2025 on 3/30/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/15/2025

*Server's signature*

Talia Roma, Paralegal
*Printed name and title*

American Civil Liberties Union
425 California St, 7th Floor
San Francisco, CA 94104
*Server's address*

Additional information regarding attempted service, etc:

 **Outlook**

## RE: J.G.G. et al v. Trump et al., 1:25-cv-00766-JEB

**From** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Date** Sun 3/30/2025 12:39 PM
**To** Talia Roma <troma@aclu.org>

**This Message Is From an External Sender**
This message came from outside your organization.

Your service package has been received and accepted with a service date of March 24, 2025. Thank you.

**From:** Talia Roma <troma@aclu.org>
**Sent:** Monday, March 24, 2025 7:01 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Subject:** [EXTERNAL] J.G.G. et al v. Trump et al., 1:25-cv-00766-JEB

Please find attached the summons, complaint and emergency application for temporary restraining order in the case of **J.G.G. et al v. Trump et al, 1:25-cv-00766-JEB**.

**Talia Roma**
Paralegal
Immigrants' Rights Project
American Civil Liberties Union
(412) 626-1379 | troma@aclu.org