IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**NOTICE OF CHANGED CIRCUMSTANCES**

Petitioners-Plaintiffs ("Plaintiffs") provide notice to the Court of significant new developments bearing on this litigation. According to a declaration filed by the government in *J.O.P. v. United States Dep't of Homeland Sec.*, No. 8:19-cv-01944 (D. Md.), 252 Venezuelan nationals in El Salvador are being flown to Venezuela. *J.O.P.*, ECF No. 352, Ex. A ¶ 7 (Declaration of Mellissa B. Harper, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, Acting Assistant Director, filed July 18, 2025) (attached as Ex. A). The declaration states that this is the result of "diplomatic efforts" that included the United States. *Id.* ¶ 8. It further states:

> As part of these negotiations, the United States obtained assurances from the Maduro regime that (1) if and when U.S. legal proceedings reach a stage where the appearance of one of the 252 Venezuelan nationals formerly housed at CECOT may be called for in legal proceedings or required by a court; (2) if the U.S. government is prepared to facilitate the person's travel to the United States for that purpose; and

1

(3) if the individual is willing to travel to the United States for that purpose, the Maduro regime will not impose obstacles to the individual's travel.

*Id.* ¶ 9.

These individuals appear to include all members of the certified class in this litigation, based on the government's representations in *J.O.P.*, *id.* ¶ 8, a social media post from El Salvador's president,[1] and public reporting.[2] In light of these developments, Plaintiffs respectfully request that this Court request an immediate status update from the government as to whether it is prepared to bring the members of the class back to the United States for habeas proceedings.

//

---

[1] Nayib Bukele, X (Jul. 18, 2025), https://x.com/nayibbukele/status/1946296384035918284.
[2] *Prisoner Swap Frees Americans in Venezuela for Migrants in El Salvador*, N.Y. Times, Jul. 18, 2025, https://www.nytimes.com/2025/07/18/world/americas/venezuela-us-prisoner-swap-migrants-el-salvador.html.

Dated: July 18, 2025

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo (D.D.C. Bar No. CA00219)
Cody Wofsy
Spencer Amdur
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
cwofsy@aclu.org
samdur@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Aditi Shah (D.C. Bar No. 90033136)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
ashah@acludc.org

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Daniel Galindo (D.D.C. Bar No. NY035)
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Omar Jadwat
Hina Shamsi (D.D.C. Bar No. MI0071)
Michael K.T. Tan
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org
m.tan@aclu.org

Brian D. Netter (D.C. Bar No. 979362)
Bradley Girard (D.C. Bar No. 1033743)
Christine L. Coogle (DC Bar No. 1738913)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
bnetter@democracyforward.org
bgirard@democracyforward.org
ccoogle@democracyforward.org

*Attorneys for Petitioners-Plaintiffs*