IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> J.G.G., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**JOINT STATUS REPORT**

Per the Court's Order at the status conference on July 24, 2025, counsel for the parties provide the following update.

**Plaintiffs' Position**

Through a variety of means, counsel for Plaintiffs have sought to notify the entire class that we would like to discuss next steps with them in individual calls and, in particular, gauge their interest in pursuing their claims. Since that initial outreach, we have been able to speak with dozens of class members in individual calls. However, we anticipate that it may require several more weeks to reach class members and schedule and complete calls. In addition to the amount of time required to reach class members and schedule calls, the calls themselves are delicate and require a significant amount of time due to the trauma suffered from four months of incarceration and isolation at CECOT. But at this juncture, we can report that many class members reached wish to

pursue their cases to return to the United States. Lastly, Plaintiffs would respectfully request that the joint status reports now be filed monthly.

**Defendants' Position**

The Government reports that two individual habeas petitioners who were detained at CECOT and claimed the United States had constructive custody voluntarily dismissed their cases after El Salvador transferred them to Venezuela. The cases are *QUINTERO CHACON v. DICKERSON*, 4:25-cv-00050-CDL-AGH (M. D. Ga.) and *Bastidas v. Warden*, et al, 4:24-cv-00185-CDL-AGH (M. D. Ga.). The Government has no other new information to report.

Dated: August 7, 2025                                    Respectfully submitted,

                                                         /s/ *Lee Gelernt*
Noelle Smith                                             Lee Gelernt
Oscar Sarabia Roman (D.C. Bar No. 90011262)              Daniel Galindo
My Khanh Ngo                                             Ashley Gorski
Cody Wofsy                                               Patrick Toomey
Spencer Amdur                                            Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION                           Omar Jadwat
FOUNDATION                                               Hina Shamsi
425 California Street, Suite 700                         Michael K.T. Tan
San Francisco, CA 94104                                  AMERICAN CIVIL LIBERTIES UNION
(415) 343-0770                                           FOUNDATION
nsmith@aclu.org                                          125 Broad Street, 18th Floor
osarabia@aclu.org                                        New York, NY 10004
mngo@aclu.org                                            (212) 549-2660
cwofsy@aclu.org                                          lgelernt@aclu.org
samdur@aclu.org                                          dgalindo@aclu.org
                                                         agorski@aclu.org
Arthur B. Spitzer (D.C. Bar No. 235960) Scott            ptoomey@aclu.org
Michelman (D.C. Bar No. 1006945)                         smahfooz@aclu.org
Aditi Shah (D.C. Bar No. 90033136)                       ojadwat@aclu.org
AMERICAN CIVIL LIBERTIES UNION                           hshamsi@aclu.org
FOUNDATION OF THE DISTRICT OF                            m.tan@aclu.org
COLUMBIA
529 14th Street, NW, Suite 722                           Brian D. Netter (D.C. Bar No. 979362)
Washington, D.C. 20045                                   Bradley Girard (D.C. Bar No. 1033743)
(202) 457-0800                                           Christine L. Coogle (DC Bar No. 1738913)

aspitzer@acludc.org
smichelman@acludc.org
ashah@acludc.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500
Khuddleston@aclu.org

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar

DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
bnetter@democracyforward.org
bgirard@democracyforward.org
ccoogle@democracyforward.org

*Counsel for Petitioners-Plaintiffs*


**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation

**August Flentje**
Special Counsel for Immigration

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

**Ernesto Molina**
Deputy Director

*Counsel for Respondents–Defendants*