AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| J.G.G, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-00766 |
| Trump, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                      .

Date:     10/14/2025

/s/ Sean Lau
*Attorney's signature*

Sean Lau (N.Y. Bar No. 6015622)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

slau@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

*FAX number*