IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of
FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs,*

J.G.G., *et al.*,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Respondents–Defendants.*

Case No: 1:25-cv-00766-JEB

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(f) AND 83.2(g)

I, Sean M. Lau, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the New York Bar. My New York Bar number is 6015622.

2. I am employed by the American Civil Liberties Union Foundation.

3. I am representing all Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Lee Gelernt, Dan Galindo, Hina Shamsi, Patrick Toomey, and Ashley Gorski of the American Civil Liberties Union Foundation, and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

1

5.  Pursuant to Local Civil Rules 83.2(f) and 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.2(f) and 83.8(b).

Dated: October 14, 2025

Respectfully submitted,

_____
Sean M. Lau
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2500
slau@aclu.org

*Attorney for Plaintiffs*