IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(f) AND 83.2(g)**

    I, Kathryn Huddleston, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

    1.    I am a member in good standing of the Texas Bar and the Arizona Bar. My Texas Bar number is 24121679 and my Arizona Bar number is 33622.

    2.    I am employed by the American Civil Liberties Union Foundation.

    3.    I am representing all Plaintiffs.

    4.    I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Lee Gelernt, Daniel Galindo, and Hina Shamsi of the American Civil Liberties Union Foundation and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

    5.    Pursuant to Local Civil Rules 83.2(f) and 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in

1

Rules 83.2(f) and 83.8(b).

Dated: October 14, 2025                                  Respectfully submitted,

_____
Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500
Khuddleston@aclu.org

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar*

*Attorney for Plaintiffs-Petitioners*