IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**INDEX OF EXHIBITS**
**PLAINTIFFS' MOTION FOR RENEWED PRELIMINARY INJUNCTION**

A. Supplemental Declaration of Andres Antillano
B. Redacted Declaration
C. Redacted Declaration
D. Redacted Declaration
E. Redacted Declaration
F. Evidence in Support of Erez Reuveni's Whistleblower Complaint Part I
G. Evidence in Support of Erez Reuveni's Whistleblower Complaint Part II
H. U.S. Grant Letter to El Salvador
I. U.S. – El Salvador Diplomatic Notes
J. Declaration of Noelle Smith