# EXHIBIT A

## DECLARACION SUPLEMENTARIA DE ANDRES ANTILLANO

Yo, Andrés Antillano, declaro lo siguiente de conformidad con 28 U.S.C. § 1746, y declaro bajo pena de perjurio que lo siguiente es verdadero y correcto según mi leal saber y entender:

1. Para un resumen de mis calificaciones profesionales, sírvase consultar mi declaración anterior, presentada como ECF No. 102-3. Con base en mi experiencia, se me ha pedido que describa la situación en Venezuela para los hombres enviados por los Estados Unidos a CECOT en marzo de 2025 y luego enviados a Venezuela en julio.

2. Los detenidos del CECOT fueron rápidamente politizados tanto por el régimen de Maduro como por la oposición en Venezuela.

3. El régimen de Maduro se ha usado a estos hombres como herramientas de propaganda para demostrar las deficiencias de Estados Unidos y la benevolencia del estado venezolano. Por ello, los ha presentado de forma destacada en propaganda, incluyendo la divulgación de detalles personales sobre ellos y su tiempo en CECOT.

4. Esta atención extrema pone a los hombres en peligro por varias razones.

5. En primer lugar, los detenidos de CECOT que se nieguen a participar en la propaganda gubernamental o que se expresen en contra del régimen se enfrentarán a amenazas (o algo peor) por parte del régimen de Maduro. En el pasado, el régimen de Maduro no ha dudado en arrestar y detener a solicitantes de asilo que regresan y se manifiestan en contra del gobierno venezolano para enviar un mensaje. Esto es especialmente cierto cuando se manifiestan personalidades prominentes, y por la propia naturaleza de su campaña de propaganda, el gobierno venezolano ha dado a muchos de los detenidos de CECOT un lugar destacado.

1

6. En segundo lugar, los detenidos del CECOT se enfrentan a violencia política de ambos bandos. Venezuela sigue experimentando una violencia política persistente. El régimen colabora con grupos paramilitares que amenazan, intimidan y atacan regularmente a personas consideradas simpatizantes de la oposición. Si el régimen de Maduro percibe a alguno de los detenidos como miembro o simpatizante de la oposición porque expresa su oposición al régimen (o simplemente se niega a participar en la propaganda), es probable que sea objeto de violencia física por parte de los grupos paramilitares afines al régimen.

7. Así como los grupos paramilitares afines al régimen atacan a simpatizantes de la oposición, los grupos afines de la oposición a veces atacan físicamente a los simpatizantes del régimen de Maduro. Dado que estos hombres aparecen ampliamente en la propaganda gubernamental y, por lo tanto, tienen vínculos públicos con el régimen, es probable que sean objetos de la violencia de los grupos de la oposición. Por consiguiente, se enfrentan a una situación peligrosa: o participan en la propaganda y se enfrentan a la violencia de los grupos de la oposición, o se niegan a participar en la propaganda y se enfrentan a la violencia de los grupos afines al gobierno.

8. A diferencia del régimen de Maduro, los líderes de la oposición derechista en Venezuela han insistido en que los hombres son criminales peligrosos y miembros del Tren de Aragua. La oposición sostiene que la Administración Trump no cometió ningún error al designarlos como miembros del TdA.

9. Ser etiquetados prominentemente como miembros de TdA por líderes políticos de alto perfil, tanto de los Estados Unidos como de Venezuela, conlleva graves consecuencias, a pesar de la falsedad de las acusaciones en la gran mayoría de los casos. Pandillas rivales que creen erróneamente en las declaraciones públicas de que estos hombres son miembros de TdA

pueden amenazarlos o atacarlos como lo harían con cualquier otro miembro de una pandilla rival. TdA, u otras pandillas relacionadas con TdA, pueden someter a los detenidos de CECOT a retaliaciones, ya que perciben que los hombres fingieron pertenecer a TdA. Estas amenazas simultáneas pueden hacer que la vida cotidiana de estos hombres sea muy peligrosa.

10. En resumen, los detenidos del CECOT se enfrentan a una red de amenazas compleja en Venezuela. Dado que tanto el régimen de Maduro como la oposición han buscado agresivamente utilizarlos para sus fines políticos, las amenazas suelen ser inevitables.

Fecha: 10 08 2025_____

Andres Antillano

## SUPPLEMENTAL DECLARATION OF ANDRÉS ANTILLANO

I, Andrés Antillano, declare the following pursuant to 28 U.S.C. § 1746, and declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. For a summary of my professional qualifications, please refer to my previous declaration, filed as ECF No. 102-3. Based on my experience, I have been asked to describe the situation in Venezuela for the men sent by the United States to CECOT in March 2025 and then sent to Venezuela in July.

2. The CECOT detainees were quickly politicized by both the Maduro regime and the opposition in Venezuela.

3. The Maduro regime has used these men as propaganda tools to demonstrate the shortcomings of the United States and the benevolence of the Venezuelan state. Therefore, it has prominently featured them in its propaganda, including disclosing personal details about them and their time at CECOT.

4. This extreme attention puts men in danger for several reasons.

5. First, CECOT detainees who refuse to participate in government propaganda or speak out against the regime will face threats (or worse) from the Maduro regime. In the past, the Maduro regime has not hesitated to arrest and detain returning asylum seekers who demonstrate against the Venezuelan government in order to send a message. This is especially true when prominent figures speak out, and by the very nature of its propaganda campaign, the Venezuelan government has given many CECOT detainees a prominent position.

6. Second, CECOT detainees face political violence from both sides. Venezuela continues to experience persistent political violence. The regime collaborates with paramilitary groups that regularly threaten, intimidate, and attack individuals perceived as opposition

1

sympathizers. If the Maduro regime perceives any of the detainees as members or sympathizers of the opposition because they express opposition to the regime (or simply refuse to participate in propaganda), they are likely to be subjected to physical violence by pro-regime paramilitary groups.

7. Just as pro-regime paramilitary groups attack opposition supporters, pro-opposition groups sometimes physically attack supporters of the Maduro regime. Because these men feature heavily in government propaganda and therefore have public ties to the regime, they are likely targets of opposition groups' violence. Consequently, they face a dangerous situation: either participate in propaganda and face violence from opposition groups, or refuse to participate in propaganda and face violence from pro-government groups.

8. Unlike the Maduro regime, right-wing opposition leaders in Venezuela have insisted that the men are dangerous criminals and members of the Tren de Aragua. The opposition maintains that the Trump administration made no mistake in designating them as members of the TdA.

9. Being prominently labeled as TdA members by high-profile political leaders in both the United States and Venezuela carries serious consequences, despite the falsity of the accusations in the vast majority of cases. Rival gangs that mistakenly believe public statements that these men are TdA members may threaten or attack them as they would any other rival gang member. TdA, or other TdA-related gangs, may subject CECOT detainees to retaliation, as they perceive the men to have pretended to belong to TdA. These simultaneous threats can make daily life for these men very dangerous.

10. In short, CECOT detainees face a complex web of threats in Venezuela. Given that both the Maduro regime and the opposition have aggressively sought to use them for their political ends, threats are often unavoidable.

Date: 10 08 2025_____

*[signature]*

Andres Antillano

3

## CERTIFICATE OF TRANSLATION

I, Jennifer Reyes, certify that I am fluent in both English and Spanish and that I have translated the foregoing declaration from Andres Antillano, faithfully and accurately, from Spanish into English. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Jennifer Reyes
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2635
jreyes@aclu.org