# EXHIBIT B

1. I am one of the men who was removed to CECOT under the Alien Enemies Act on March 15. ███████████████████████. I was sent from CECOT to Venezuela on July 18, 2025.
2. When we landed in El Salvador, we asked the American officials on the plane if we could speak to the Venezuelan consulate. They denied our requests and physically forced us out of the planes after we refused to get out.
3. The first night at CECOT, the Director of CECOT spoke to us. I later learned that his name is Belarmino Garcia. He told us that we were detained at CECOT because we were terrorists and members of Tren de Aragua. He also told us that the United States had directed El Salvador to lock us up in this place in order to "do justice."
4. About one and a half or two months after we arrived at CECOT, the Director said to us, "if it were up to me, I would let you go. But the order comes from above. It comes from Donald Trump."
5. We asked the guards why we were being detained in CECOT since we had never broken any laws in El Salvador. They told us that there was an agreement between the United States and El Salvador to keep us in CECOT and that the orders to keep us in CECOT came from the United States. They told us that the United States thought it was more economical to keep us in CECOT than in the United States.
6. The guards told us that the only way that we would be released was if the United States ordered it. They said that the United States needed to reach an agreement with Venezuela for that to happen.
7. While I was detained at CECOT, officials from the United States visited on two occasions. One time, a woman came with photographers. I recognized her as Secretary Noem from watching the news when I was detained in the United States. Another time, a few Americans came together. Some were wearing suits and others wore military gear. I knew they were American because they were speaking English and the military uniforms had American flags on the sleeves.
8. I also knew that they were Americans because the Salvadoran guards told us so. They said that the fact that Americans were visiting was a good sign because it meant that our case would continue to move along. They told us that the officials coming meant that an agreement between the United States and Venezuela was in progress, and that we would likely soon be transferred to Venezuela.
9. Around the beginning of July, our conditions began to improve. We were given better food and haircuts, and the beatings stopped. Prison officials told us these changes were under orders from the United States. The guards also told us that our detention had to do with our immigration cases and status in the United States. They said that because Venezuela had come to an agreement with the United States, the Venezuelan government would be coming to pick us up soon.

10. On July 18, we were transferred to a Venezuelan plane and flown to Caracas. I am now ▮▮▮.
11. I would like to return to the United States legally to live. I was in the middle of my asylum case when I was deported to CECOT. I want to continue pursuing my asylum claim.
12. If I were granted asylum, I would remain in the United States for the long term and live with ▮▮▮.
13. I am afraid to leave Venezuela because I have heard that the United States has labeled me as a gang member and an "international criminal." This could lead to difficulties if I try to go to another country, including the United States. In my view, the United States is giving me no choice but to remain in Venezuela.
14. I would like to be able to leave Venezuela and travel freely. ▮▮▮

Sworn on this 9th day of October 2025

## CERTIFICATE OF TRANSLATION

I, Talia Roma, certify that I am fluent in both English and Spanish. On October 9, 2025, I personally spoke with ▓▓▓ and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. ▓▓▓ affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Talia Roma
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
troma@aclu.org