# EXHIBIT D

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

1. I was removed to CECOT under the Alien Enemies Act on March 15. ▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
2. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
3. I never had the chance to present evidence in support of my asylum case nor defend my case in front of an immigration judge because I was taken to the CECOT prison in El Salvador before my individual hearing date.
4. I was flown to El Salvador in a plane with officials wearing ICE uniforms. We were all shackled. When we landed and realized that we were in El Salvador, everyone on my flight was confused and scared. We had heard that there had been negotiations between Trump and El Salvador about detaining immigrants at CECOT. We also knew that CECOT was a maximum-security prison.
5. An ICE officer presented a form for us to sign. The form was in English. One of the other detainees on the flight who could read English translated it for us. It said we were members of TdA and we would be in CECOT for up to a year. I refused to sign the form because I am not a member of TdA.
6. We were terrified of being detained at CECOT so we refused to get off the plane. The ICE officials on the plane beat us and forced us off the plane.
7. When we arrived at CECOT, the director at CECOT spoke to us. He said that the United States had an agreement with El Salvador to detain us because we were members of TdA.
8. While we were detained at CECOT, we asked the guards why we were in detention in El Salvador. We did not understand because we had committed no crimes there. The guards told us that the U.S. government put us there because we were members of TdA. The guards told us that we could only be released if the U.S. said so.
9. At one point, some Americans came to CECOT to inspect the prison. We could tell that they were American because they spoke English with an American accent. They had photographers with them.
10. On July 18, we were transferred from CECOT to Venezuela. We were initially taken to Caracas, where we were interviewed by Venezuelan government officials. They made us take a lie detector test while we answered their questions. After processing in Caracas, government officials drove me to my house. When they dropped me off, they told me that I had to behave. I understood this to be a threat that if I spoke out against the government, they would do something bad to me.
11. I am afraid about remaining in Venezuela for several reasons. All of the men from CECOT have received a lot of publicity in Venezuela. People recognize me and know that I was at CECOT. I do not feel safe being so high profile here. It has made me particularly visible to and a target of the Venezuelan government. I am afraid that they could threaten me or worse for anything I say.
12. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ I avoid going anywhere else because government stops are common in Venezuela. I am afraid that the government officials who stop me

will try to extort me based on the allegations that I'm a terrorist or involved in TdA. This happened to one of the people I was in CECOT with—he had to move because of the extortion he was experiencing from government officials.

13. Being labeled as TdA makes life difficult here. ███████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████ I am in touch with other men who were detained at CECOT, and many of them have been unable to find a job because people think they are gang members.
14. I feel stuck in Venezuela. I have heard that I cannot travel to other countries that have agreements with the United States because I am now designated as a member of TdA and a terrorist.
15. It is important to me to have an opportunity to clear my name. I am a hard worker. I am not a member of TdA. I have never been in a gang or involved in any crime or terrorism. I want people to know that about me. I do not want the label of "Tren de Aragua" attached to me for the rest of my life.
16. I would like to have the opportunity to live legally in the United States.

Sworn on this 14th day of October 2025



_____

## CERTIFICATE OF TRANSLATION

I, Jennifer Reyes, certify that I am fluent in both English and Spanish. On October 14, 2025, I personally spoke with ▮▮▮▮ and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. ▮▮▮▮ affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_[signature]_
_____
Jennifer Reyes
Paralegal
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2635
jreyes@aclu.org