# EXHIBIT E

1. █████████████████████████████████████████████████████████

2. On Friday, July 18, 2025, I was finally released from the CECOT prison in El Salvador where the U.S. government sent me on March 15, 2025. I spent 125 grueling days in the prison where I endured significant and severe physical, mental and emotional torture.

3. Due to the abuse I suffered while I was at CECOT, it is hard for me to talk about my time there. I remember when we first arrived to CECOT, the director of the prison met with us and said he was waiting for orders from the U.S. about what to do with us. Throughout our time at CECOT the Salvadoran guards made comments about us being criminals and said that President Trump sent us to CECOT because we were criminals. The guards often said things like, "you're going to spend the rest of your life here" and "neither Venezuela or the US will ever come get you." I remember the guards telling us that we would stay at CECOT as long as the U.S. said we had to stay there.

4. When I returned to Venezuela on July 18, the government kept us at a hotel for a few days for medical exams and interviews with government officials. Officers from Servicio Bolivariano de Inteligencia Nacional (SEBIN), which is the Venezuela intelligence agency, interviewed me in my hotel room. During the interview they connected me to a polygraph machine. They asked me questions about which political party I belonged to and what I thought about the government rescuing us from CECOT. I felt pressured to answer everything positively towards the government because I feared I would not be able to leave freely if I did not say what they wanted me to say.

5. At some point during the interviews, SEBIN officials said to me, "we know you were asking for asylum in the US but for now we aren't going to act on it since we don't have any evidence of your application, but if we ever get evidence you're going to be in danger for being a traitor to the country."

6. While we were still at the hotel, Venezuelan government officials told me that all of us who had been at CECOT had been designated as terrorists. I was told that if I left Venezuela, I would be subject to arrest and imprisonment of 10 years because of the designation. I believe that by telling me this they were trying to make me too scared to travel outside of Venezuela again.

7. 

8. Since I have been in Venezuela, there have been several situations that have frightened me and made me feel unsafe. Throughout the months of August and September 2025, I was stopped multiple times by people who made remarks to me about how I should be careful and that they knew about me. I assume they mean that , people from the government or 'colectivos' connected to the government were watching me. I feel unsafe because of these remarks, so I now only go out in public if it is absolutely necessary.

9. There have been several instances of negative encounters with people . People have told me things like "you are part of Tren de Aragua" and . These accusations weigh on me because I am not and have never been part of Tren de Aragua or any gang, nor have I otherwise been associated with Tren de Aragua.

10. Because the U.S. government said that I was part of Tren de Aragua, some people now think this is true. It has affected me because and no one wants to hire me. I think it's because I have the stigma of being accused of being part of Tren de Aragua. It feels like I am being shunned by my community because of all the accusations that were made against me.

11. 

12. 

13. I have had severe long term mental impact from being sent by the United States to CECOT. I have problems falling asleep and most nights I stay awake until 2 or 3 in the morning, which was not something that regularly happened to me before all this happened. I feel exhausted and depressed and keep reliving the nightmare I experienced in El Salvador. Thinking about what happened and the abuse I suffered is what keeps me up at night.

14. My physical health has also been impacted. ███████████████, and I believe I am feeling weak and sick from the stress I have experienced as a result of my time at CECOT and the threats I now face in Venezuela. I didn't have adequate medical care for four months, and the stressful and dangerous situation I am in now makes it extremely difficult to recover from that.

15. I want people to know that I am not a gang member and the U.S. government falsely accused me of being in Tren de Aragua. ███████████████. I have never been involved in any criminal activities. ███████ I want to be able to speak to a judge in the U.S. and prove to everyone that what they said is not true. I want to clear my name.

16. I would also like to return to the United States to continue my asylum claim. I was in the middle of the asylum process and never had a chance to have my day in court. I don't feel safe in Venezuela, especially given everything that has happened since I was returned here from El Salvador. If I won asylum, my plan would be to stay in the United States for the long term and rebuild my life. ███████████████

Sincerely,

███████████████

October 14, 2025
Date

## Certification of Interpretation

I, ███████, certify under penalty of perjury that I am fluent in the English and Spanish languages and that I read this document to ███ in Spanish, who verified that he understood the translation and that its contents are true and accurate.

Interpreter Signature: ███
Interpreter Name: ███
Date: ███