# EXHIBIT I



~~CONFIDENTIAL//FGI//MOD~~

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Republic of El Salvador and has the honor to request that El Salvador accept, by March 14, 2025, César Antonio Lopez Larios, Mara Salvatrucha (MS-13) gang leader requested by President Bukele, César Eliseo Sorto Amaya, MS-13 gang leader convicted of murder in El Salvador, and up to 500 Venezuelan Tren de Aragua (TdA) members.

The United States understands that El Salvador will take these actions in accordance with its authorities under Salvadoran domestic law, and in a manner that is consistent with El Salvador's international legal obligations regarding human rights and treatment of prisoners, including the Convention Against Torture. Further, with regard to the TdA members, the United States understands El Salvador intends to accommodate them for a duration of one year unless or until a determination concerning their long-term disposition is made.

[~~CONFIDENTIAL//FGI//MOD~~]
**DIPLOMATIC NOTE**

~~CONFIDENTIAL//FGI//MOD~~

-2-

In recognition of El Salvador's assistance on this matter, and in order to advance the shared objective of advancing the anti-crime and anti-drug objectives of our countries, the United States intends, consistent with U.S. domestic legal requirements to provide in-kind and financial support to the Government of El Salvador.

This note serves as 24-hour notice of the arrival of the Lopez Larios, Amaya, and up to 500 Venezuelan TdA members.

The United States requests the Ministry of Foreign Affairs of the Republic of El Salvador confirm receipt of this diplomatic note and provide a response to the Embassy of the United States of America confirming that it shares the understandings set forth in this note.

The Embassy avails itself of this opportunity to express to the Ministry of Foreign Affairs the renewed assurances of its highest consideration.

Embassy of the United States of America,

San Salvador, March 13, 2025.



Declassified by Michael G. Kozak
Senior Bureau Official
Western Hemisphere Affairs
Declassified on: 20250509

Classified By: Michael G. Kozak, WHA Senior Bureau Official

Reasons: 1.4(b) & (d), E.O. 13526

Declassify On: Exempt from auto declass sec. 3.3(b)(6), foreign government information, consult with El Salvador prior to declassification.

CONFIDENTIAL//FOREIGN GOVERNMENT INFORMATION/MODIFIED HANDLING AUTHORIZED



**THE MINISTRY OF FOREIGN AFFAIRS
OF THE REPUBLIC OF EL SALVADOR**

Antiguo Cuscatlán, March 14, 2025.

To the Honorable Embassy of the United States of America:

In response to your Diplomatic Note No. 2025-068, regarding the transfer of two individuals identified as members of the terrorist organization MS-13 (Cesar Antonio Lopez Larios and Cesar Eliseo Sorto Amaya), as well as individuals designated by the United States as members of the foreign terrorist organization "Tren de Aragua," we wish to communicate the following:

The Ministry of Foreign Affairs of the Republic of El Salvador reaffirms its commitment to assist the United States in combating terrorism and promoting peace and freedom across our nations, while upholding human rights. In this context, we respectfully:

Agree to the transfer of the two individuals mentioned above, who are members of MS-13.

Express our readiness to accommodate approximately 300 members of the foreign terrorist organization "Tren de Aragua," currently detained by the United States. The Republic of El Salvador confirms it will house these individuals for one (1) year, pending further decisions on their long-term disposition.

Furthermore, we assure you that the reception of these individuals will be conducted in accordance with Salvadoran law and international obligations, including adherence to the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, of which we have been a signatory since May 19, 1994.

We also wish to express our appreciation for the United States offer of in-kind and financial support to El Salvador in recognition of this cooperation.

In closing, we take this opportunity to reiterate our highest esteem and consideration for the Honorable Embassy of the United States of America.

Minister of Foreign Affairs
Republic of El Salvador

Declassified by Michael G. Kozak
Senior Bureau Official
Western Hemisphere Affairs
Declassified on: 20250509

Classified By: Michael G. Kozak, WHA Senior Bureau Official

Reasons: 1.4(b) & (d), E.O. 13526

Declassify On: Exempt from auto declass sec. 3.3(b)(6), foreign government information, consult with El Salvador prior to declassification.

CONFIDENTIAL//FOREIGN GOVERNMENT INFORMATION/MODIFIED HANDLING AUTHORIZED

CONFIDENTIAL//FOREIGN GOVERNMENT INFORMATION/MODIFIED HANDLING AUTHORIZED

No. 2025-93

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Republic of El Salvador and wishes to express its appreciation for the Government of El Salvador's support in combatting the crisis of illegal immigration and its acceptance of Foreign Terrorist Organization members.

This note acknowledges one flight which arrived in El Salvador March 30, 2025, carrying 16 passengers as per the attached manifest. All seven non-Salvadoran passengers are identified as Venezuelan members of the Foreign Terrorist Organization Tren de Aragua (TdA). All nine Salvadoran passengers are identified as members of the Foreign Terrorist Organization MS-13. The United States highlights the importance of the Government of El Salvador's previous assurance that El Salvador's reception and treatment of TdA and MS-13 individuals will be in accordance with Salvadoran law and international obligations, including adherence to the Convention Against Torture.

DIPLOMATIC NOTE

CONFIDENTIAL//FOREIGN GOVERNMENT INFORMATION/MODIFIED HANDLING AUTHORIZED

CONFIDENTIAL//FOREIGN GOVERNMENT INFORMATION/MODIFIED HANDLING AUTHORIZED

The Embassy of the United States avails itself of this opportunity to express to the Ministry of Foreign Affairs the renewed assurances of its highest consideration.

Embassy of the United States of America

San Salvador, March 31, 2025.



Classified By: Michael G. Kozak, WHA Senior Bureau Official

Reasons: 1.4(b) & (d), E.O. 13526

Declassify On: Exempt from auto declass sec. 3.3(b)(6), foreign government information, consult with El Salvador prior to declassification.



Declassified by Michael G. Kozak
Senior Bureau Official
Western Hemisphere Affairs
Declassified on: 20250509

CONFIDENTIAL//FOREIGN GOVERNMENT INFORMATION/MODIFIED HANDLING AUTHORIZED