# EXHIBIT J

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

## DECLARATION OF NOELLE SMITH

I, Noelle Smith, declare as follows:

1. I am over eighteen years of age and am competent to make this declaration.

2. I am a lawyer at the American Civil Liberties Union Immigrants' Rights Project. I

   represent the Petitioners and Plaintiffs in this case.

3. Attached hereto as exhibits are true and correct copies of the following:

**Exhibit**

1. Attorney General, Memorandum for Law Enforcement Officers re: Guidance for Implementing the Alien Enemies Act (Mar. 14, 2025).

2. Dep't of Homeland Sec., Louisiana Lockup: A New Partnership with DHS and the State of Louisiana to Expand Detention Space (Sept. 3, 2025), https://perma.cc/6T73-3CEG.

3. Video posted by Secretary Noem (@sec_noem) and DHS (@dhsgov), Instagram (Sept. 4, 2025), https://perma.cc/5C2A-7RRX.

4.  Dep't of Homeland Sec, *DHS Releases Names of Worst of the Worst Convicted Criminal Illegal Aliens Detained at Guantanamo Bay* (July 8, 2025), https://perma.cc/58GH-85W7.

5.  The Charlie Kirk Show: *Left-Wing Judges: The Gangsters in Black with Ken Paxton and Stephen Miller* (Sept. 27, 2023), *interview available at* https://thecharliekirkshow.com/podcasts/the-charlie-kirk-show/left-wing-judges-the-gangsters-in-black-with-ken-p (approximate transcript, available at https://app.podscribe.com/episode/88595585?transcriptVersionReqId=d55a7c39-4466-44dd-8326-26a17cb2ef66, attached here for the court's convenience).

6.  Frances Robles et al., *U.S. Botched a Deal to Swap Venezuelans Held in El Salvador for Americans*, N.Y. Times (July 8, 2025), https://perma.cc/5YBW-CDUL.

7.  Caitlin Yilek et al., *10 Americans Freed in Prisoner Swap Between U.S., El Salvador and Venezuela*, CBS News (July 18, 2025), https://perma.cc/EQ6P-B4TL.

8.  Jennifer Hansler & Priscilla Alvarez, *Trump Admin Proposed Sending Up to 500 Alleged Venezuelan Gang Members During Negotiations to Use El Salvador's Mega-Prison*, CNN (Apr. 28, 2025), https://perma.cc/29VZ-PP4Y.

9.  Marco Rubio, Dep't of State, *Welcoming the Release of U.S. Nationals and Political Prisoners Held in Venezuela*, U.S. Dep't of State (July 18, 2025), https://perma.cc/636K-A92J.

10. Hamed Aleaziz et al., *'Can We Extradite Him?' How U.S. Officials Grappled with the Release of a Triple Murderer*, N.Y. Times (Aug. 1, 2025), https://perma.cc/2EQE-ZXLK.

11. Karen DeYoung & Samantha Schmidt, *U.S.-Venezuela Prisoner Swap Frees Americans for Migrants in El Salvador*, Wash. Post (July 18, 2025), https://perma.cc/5R85-296Y.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on the 14th of October, 2025, in San Francisco, California.

Noelle Smith

# EXHIBIT 1



# Office of the Attorney General
## Washington, D. C. 20530

March 14, 2025

MEMORANDUM FOR LAW ENFORCEMENT OFFICERS

FROM:                     THE ATTORNEY GENERAL *Pei*

SUBJECT:                  GUIDANCE FOR IMPLEMENTING THE ALIEN ENEMIES ACT

The President's Proclamation under 50 U.S.C. § 21 et seq., titled, "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren de Aragua" ("the Proclamation"), directs the Attorney General and Secretary of Homeland Security to apprehend, restrain, secure, and remove every Alien Enemy subject to the Proclamation. The Proclamation further grants authority to the Attorney General to issue any guidance necessary to effectuate the prompt apprehension, detention, and removal of Alien Enemies. This memorandum provides guidance on implementing the President's invocation of the Alien Enemies Act ("AEA"). This guidance shall take effect when the Proclamation is made public by the President.

*** ***

### (1) Definitions

For purposes of this guidance memorandum, an "Alien Enemy" under the Proclamation and 50 U.S.C. § 21 is a person who is: (1) fourteen years of age or older; (2) not a citizen or lawful permanent resident of the United States; (3) a citizen of Venezuela; and (4) a member of the hostile enemy Tren de Aragua, as determined by reference to Form AEA-21A, titled, "Alien Enemies Act: Alien Enemy Validation Guide," attached to this memorandum.

### (2) Removal of Alien Enemies

All aliens who are determined to be Alien Enemies under the Proclamation and 50 U.S.C. § 21 shall be issued a Notice and Warrant of Apprehension and Removal under the AEA and removed from the United States, except as provided in section (8) of this memorandum. In effectuating the removal of Alien Enemies, law enforcement officers and agents ("officers") must follow the procedures below.

#### A. Apprehension and Removal Procedures in Proactive Matters

##### i.    Step 1: Validation of Alien Enemy Status and Execution of Form AEA-21A

At Step 1 of the proactive AEA apprehension and removal procedures, a line officer, or any other available officer ("line officer"), is responsible for determining whether an individual qualifies as an Alien Enemy. As outlined above, that requires determining that an individual is: (1) at least fourteen years of age; (2) not a citizen or lawful permanent resident of the United States; (3) a citizen of Venezuela; and (4) a member of Tren de Aragua.

Form AEA-21A guides the analysis of these four requirements. Accordingly, at Step 1, a line officer must complete Form AEA-21A for each suspected Alien Enemy. As outlined in that form, there may be instances where removal proceedings under the Immigration and Nationality Act ("INA") would be more appropriate based upon a review of the facts of the case than removal under the AEA. Line officers should adhere to the instructions in Form AEA-21A, including consulting with their supervisor(s) and the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, in making such a determination.

At the conclusion of Step 1, if all four requirements stated above are satisfied, the line officer must validate the subject individual as an Alien Enemy by signing the Validation Determination section of Form AEA-21A. Thereafter, a supervisor must review the line officer's determination and approve the reviewing officer's determination by signing in the space allotted in Form AEA-21A. In this supervisory review, the supervisor may consider all relevant facts, including but not limited to, supporting documentation, identity verification documentation, and statements made by the alien regarding his or her alienage and connection to Tren de Aragua. The supervisor may request additional information from any source and may require an interview of the alien.

### ii.    Step 2: Issuance of Warrant of Apprehension and Removal

If, at the conclusion of Step 1, a supervisor approves the line officer's validation determination, a supervisor must then issue a Warrant of Apprehension and Removal for the subject Alien Enemy by signing the top portion of Form AEA-21B, titled "Notice and Warrant of Apprehension and Removal Under the Alien Enemies Act."

### iii.    Step 3: Deconfliction

To the extent possible, before apprehending an Alien Enemy, officers should conduct standard conflict checks (e.g., DICE, DARTS) to ensure apprehending and removing the Alien Enemy is consistent with the interests of justice.

### iv.    Step 4: Apprehension of Alien Enemies in Proactive Matters

After a supervisor issues a Warrant of Apprehension and Removal and deconfliction is complete, officers shall use all available tools to immediately apprehend validated Alien Enemies wherever they are found in the United States, including, but not limited to, inside Alien Enemies' residences and workplaces. Prior to entering an Alien Enemy's residence to apprehend an Alien Enemy, officers must have reason to believe the validated Alien Enemy is present inside the residence.

To be clear, as outlined below in the section titled, "Apprehension and Removal Procedures in Reactive Matters," it is not necessary to complete Forms AEA-21A and AEA-21B prior to apprehending an Alien Enemy, where an officer has a reasonable belief that all four requirements to be validated as an Alien Enemy are met. In such circumstances, officers are authorized to apprehend the Alien Enemy and thereafter complete Forms AEA-21A and AEA-21B.

While a judicial or administrative arrest warrant is not necessary to apprehend a validated Alien Enemy, to perfect apprehension operation plans, officers should consider consulting federal prosecutors in the relevant district to obtain criminal search warrants and/or criminal arrest warrants based on violations of, for example, 8 U.S.C. § 1304(e) (failure to carry immigration documents), 8 U.S.C. § 1306 (failure to register and failure to comply with address obligations), 8 U.S.C. § 1324 (smuggling and harboring aliens), 8 U.S.C. §§ 1325–1326 (illegal entry and re-entry); and 18 U.S.C. § 922(g)(5) (possession of firearm by alien). Beyond these common crimes, because Tren de Aragua has been designated as a Foreign Terrorist Organization and a Specially Designated Global Terrorist, crimes including 18 U.S.C. § 2339B (providing material support or resources to designated Foreign Terrorist Organizations) and 50 U.S.C. § 1705 (violating orders issued under the International Emergency Economic Powers Act) may also be relevant to address in any consultation. While the ultimate goal is immediate identification and removal of Alien Enemies, coordination with federal prosecutors—who are required to support these operations at every step—may enhance officers' ability to conduct apprehensions safely and efficiently, and may assist in the collection of evidence identifying additional Tren de Aragua members in the vicinity of the Alien Enemy to be apprehended.

### v.   Step 5: Service of Notice and Warrant of Apprehension and Removal

Upon apprehension, an officer must serve the Alien Enemy with Form AEA-21B. This Notice and Warrant of Apprehension and Removal must include a statement by the officer that notifies the Alien Enemy that:

a) The officer has been authorized to apprehend, restrain, and remove Alien Enemies;
b) The alien has been determined to be an Alien Enemy;
c) The alien has been determined to be at least fourteen years of age;
d) The alien has been determined to not be a citizen or lawful permanent resident of the United States;
e) The alien has been determined to be a citizen of Venezuela;
f) The alien has been determined to be a member of Tren de Aragua;
g) The alien is not entitled to a hearing, appeal, or judicial review of the apprehension and removal warrant;
h) The Alien Enemy shall be detained pending removal from the United States; and
i) After being removed from the United States, the Alien Enemy may not enter or attempt to enter the United States without the permission of the Secretary of Homeland Security.

After serving Form AEA-21B upon the validated Alien Enemy, the serving officer must obtain the signature of the Alien Enemy and execute the certificate of service on Form AEA-21B. If the Alien Enemy refuses to sign, the officer should so indicate on the signature line.

**LAW ENFORCEMENT SENSITIVE/LIMITED OFFICIAL USE**

### vi.    Step 6: Detention

All apprehended Alien Enemies must be detained under 50 U.S.C. § 21 until removal is effectuated because all Alien Enemies subject to the Proclamation are chargeable with actual hostility or other crime against the public safety. Such detention may occur in any location deemed suitable by officers in the Department of Justice or the Department of Homeland Security, and may include facilities maintained by the federal government, state or local governments, or contracted private entities.

### vii.    Step 7: Removal

Immediately upon apprehension, officers should commence arrangements to promptly remove the Alien Enemy out of the territory of the United States. At the time of removal, officers must verify removal of the Alien Enemy on Form AEA-21C, titled, "Verification of Removal," and fully execute such form.

### B. Apprehension and Removal Procedures in Reactive Matters

As much as practicable, officers should follow the proactive procedures above—and have an executed Warrant of Apprehension and Removal—before contacting an Alien Enemy. However, that will not always be realistic or effective in swiftly identifying and removing Alien Enemies. For example, consistent with the law, officers may need to contact a suspected Alien Enemy to develop further facts or otherwise confirm any of the four requirements for validation as an Alien Enemy. Or an officer may encounter a suspected Alien Enemy in the natural course of the officer's enforcement activity, such as when apprehending other validated members of Tren de Aragua. Given the dynamic nature of enforcement operations, officers in the field are authorized to apprehend aliens upon a reasonable belief that the alien meets all four requirements to be validated as an Alien Enemy. This authority includes entering an Alien Enemy's residence to make an AEA apprehension where circumstances render it impracticable to first obtain a signed Notice and Warrant of Apprehension and Removal (Form AEA-21B).

Whenever officers make a reactive apprehension under the AEA, officers must thereafter complete each relevant step of the Proactive Removal Procedures outlined above. And prior to removal of an Alien Enemy, officers must complete all forms described above, namely, Forms AEA-21A, AEA-21B, and AEA-21C.

### (3) Independent Arrest Authority

Many Alien Enemies and suspected Alien Enemies are already subject to immediate arrest under traditional criminal and immigration arrest authority. Those arrests should already be occurring. And in such cases, adhering to traditional arrest requirements, there is no reason to wait for validation of Alien Enemy status before making an arrest. Following such arrests officers have discretion to initiate an AEA removal if all requirements set forth herein are satisfied.

### (4) Recordkeeping

All records associated with the apprehension and removal of an Alien Enemy, including all forms identified above and all supporting documentation, must be maintained by the Department of Homeland Security.

### (5) Limitations on Relief From Removal

#### a. No entitlement to hearings, appeals, or judicial review of removal order

An alien determined to be an Alien Enemy and ordered removed under the Proclamation and 50 U.S.C. § 21 is not entitled to a hearing before an immigration judge, to an appeal of the removal order to the Board of Immigration Appeals, or to judicial review of the removal order in any court of the United States.

#### b. Ineligibility for relief or protection from removal

An alien determined to be an Alien Enemy under the Proclamation and 50 U.S.C. § 21 shall be ineligible for any relief or protection from removal.

### (6) Reporting of Apprehension and Removal Warrants

All issued Forms AEA-21B under this guidance memorandum must be reported to the Secretary of Homeland Security.

### (7) Apprehension and Removal Authority

All Department of Justice and Department of Homeland Security officers and agents are hereby authorized to perform the actions described herein, including but not limited to, determining Alien Enemy status, issuing notices and warrants of apprehension and removal, and effectuating removals of Alien Enemies from the United States. At the direction of the Attorney General or the Secretary of Homeland Security, subject to applicable law, any other law enforcement officer or agent may also perform the actions described herein.

### (8) Exemptions from Removal

An alien determined to be an Alien Enemy under the Proclamation and 50 U.S.C. § 21 may be exempted from the immediate removal requirement of section (2) of this memorandum in the following circumstances:

    **a.** First, immediate removal is not mandated when an Assistant United States Attorney or other Department of Justice attorney determines that the Alien Enemy may have engaged in criminal misconduct in violation of federal laws and investigation and/or prosecution of that criminal misconduct would best serve the interests of justice. In such a case, the Alien Enemy shall be detained under 50 U.S.C. § 21

**LAW ENFORCEMENT SENSITIVE/LIMITED OFFICIAL USE**

(irrespective of any conditions of release set under 18 U.S.C. § 3142),[1] until the conclusion of any investigation, prosecution, and custodial sentence, or until an Assistant United States Attorney or other Department of Justice attorney determines that continued investigation or criminal prosecution no longer best serves the interests of justice. At such time, the Alien Enemy shall be removed from the United States under the AEA.

    **b.** Second, immediate apprehension and removal of an Alien Enemy is not mandated when the investigating agency determines that such actions would substantially compromise a significant law enforcement investigation or prosecution, and the participating U.S. Attorney's Office concurs in writing with the agency's determination.[2]  These determinations should be made with all relevant circumstances in mind, including the safety of the public and the desire to swiftly remove Alien Enemies from the United States. Delay in apprehension and removal of an Alien Enemy under this subsection is permitted only for such time as is reasonably necessary to complete the investigation or prosecution. Further, in the event it would not impair an investigation or prosecution to hold an Alien Enemy in custody during the pendency of the investigation or prosecution, the Alien Enemy shall be detained under 50 U.S.C. § 21.

    All exemptions under this section shall be disclosed as Urgent Reports pursuant to Justice Manual § 1-13.130; such reports shall specify the anticipated charges, the anticipated timeframe for bringing charges, and, where applicable, the significance of an Alien Enemy's role in an ongoing investigation or prosecution.

**(9) Prosecution Referrals**

    Consistent with the exemptions outlined in section (8), throughout the removal process described herein, officers should be alert to cases where a referral to the U.S. Attorney's Office for criminal prosecution, rather than immediate removal as an Alien Enemy, may better serve the interests of justice.

**(10)**     **Attachments**

    a.  Form AEA-21A ("Alien Enemies Act: Validation Guide")

---

[1] In the event a court orders an Alien Enemy detained pending trial under 18 U.S.C. § 3142, officers should be prepared to resume custody of the Alien Enemy under 50 U.S.C. § 21 when the Alien Enemy's custodial status changes (e.g., when conditions of release are later set by the court or the criminal case terminates).

[2] There may be instances where a federal agency is partnered with a state or local prosecutor on an active investigation or prosecution. The presumption in such cases is that any associated Alien Enemy will be subject to immediate apprehension and removal under the AEA. This presumption may be overcome only upon approval from the Office of the Deputy Attorney General following a written request from the subject agency and prosecutor's office.

**LAW ENFORCEMENT SENSITIVE/LIMITED OFFICIAL USE**

Memorandum for Federal Law Enforcement Officers                                    Page 7
Subject: Guidance For Implementing the Alien Enemies Act

  b. Form AEA-21B ("Notice and Warrant of Apprehension and Removal Under the Alien Enemies Act")

  c. Form AEA-21C ("Verification of Removal")

**LAW ENFORCEMENT SENSITIVE/LIMITED OFFICIAL USE**

# ALIEN ENEMIES ACT:
# ALIEN ENEMY VALIDATION GUIDE

In the case of: _____    A-File No.: _____

1. The person named above is fourteen years or older: ☐
2. The person named above is not a citizen or lawful permanent resident of the United States: ☐
3. The person named above is a citizen of Venezuela: ☐

*If any of these three requirements are not satisfied, the person named above shall not be ordered removed under the Alien Enemies Act (AEA). In such a case, you should consult your supervisor and the Office of the Principal Legal Advisor (OPLA), U.S. Immigration and Customs Enforcement, and, where applicable, initiate removal proceedings under the Immigration and Nationality Act (INA).*

4. The person named above is validated as a member of Tren de Aragua (TDA), as determined by reference to the following evaluation form:

*Instructions: Complete the following validation evaluation form for each suspected alien targeted for removal under the AEA, or, following apprehension, for each alien potentially subject to an AEA removal.*

*After accounting for the two comments below, aliens scoring 8 points and higher are validated as members of TDA; you should proceed with issuing Form AEA-21B, titled, "Notice and Warrant of Apprehension and Removal under the Alien Enemies Act." Aliens scoring 6 or 7 points may be validated as members of TDA; you should consult with a supervisor and OPLA, reviewing the totality of the facts, before making that determination; if you determine an alien should not be validated at this time as a member of TDA, when available, you should initiate removal proceedings under the INA. Aliens scoring 5 points or less should not be validated at this time as members of TDA; when available, you should initiate removal proceedings under the INA.[1]*

*Comment 1: Even if 8 points or higher, if all tallied points for an alien are from the Symbolism and/or Association categories (with no points scoring in any other category), consult your supervisor and OPLA before determining whether to validate the alien as a member of TDA (and proceed with an AEA removal) or initiate INA removal proceedings.*

---

[1] A tally of 5 points or less, or any decision to initiate INA removal proceedings, is not a finding that an alien is *not* an Alien Enemy. Relatedly, at any time, additional information may come to light that gives reason to revisit a prior decision to forego an AEA removal.

1

*Comment 2*: For purposes of validating an alien as a member of TDA, at least one scoring category must involve conduct occurring, or information received, within the past five years.

| Validation Evaluation | | | |
|---|---|---|---|
| **Category** | **Definition/Explanation** | **Points** | **✓** |
| **Judicial Outcomes and Official Documents** | a. Subject has been convicted of violating Title 18, United States Code, Section 521 or any other federal or state law criminalizing or imposing civil penalties for activity related to TDA | **10** | |
| | b. Court records (e.g., indictments, criminal complaints, sentencing memorandums) identifying the subject as a member of TDA, describing specific activity of TDA | **5** | |
| **Self-Admission** | a. Subject self-identifies as a member or associate of TDA verbally or in writing to law enforcement officer, even if that self-identification to a law enforcement officer is unwitting, e.g., through lawful interception of communications | **10** | |
| **Criminal Conduct and Information** | a. Subject participates in criminal activity (e.g., narcotics trafficking, human smuggling, etc.) with other members of TDA, including preparatory meetings and significant incidents directly attributed to TDA | **6** | |
| | b. Law enforcement or intelligence reporting identifying subject as a member of TDA, to include Bureau of Prisons validations and reliable foreign partner information | **4** | |
| | c. Credible testimonies/statements from victims, community members, or informants that affirm the subject's membership in or allegiance to TDA | **3** | |
| | d. Detailed open-source media (e.g., newspapers, investigative journalism reports) that describe arrest, prosecution, or operations of a subject as a member of TDA | **2** | |
| | e. Subject conducts and/or facilitates business with TDA (e.g., money laundering, mule, service provider) | **2** | |
| **Documents and Communications** | a. Written or electronic communications (e.g., e-mails, letters, texts, secure messages) that discuss business with, and/or are communicating with, known members of TDA; cell phone data contains multiple group, organizational, or organization leaders' or members' information | **6** | |
| | b. Subject conducts phone calls about the business of TDA with known members of TDA | **10** | |
| | c. Financial transactions indicating criminal activity for TDA or with known members of TDA | **3** | |
| | d. Subject possesses written rules, constitution, membership certificates, bylaws, etc., indicating, together with other conduct, membership of or allegiance to TDA | **6** | |
| **Symbolism** | a. Subject has tattoos denoting membership/loyalty to TDA | **4** | |
| | b. Social media posts by the subject displaying symbols of TDA or depicting activity with other known members of TDA | **2** | |
| | c. Subject observed tagging or graffitiing to mark the territory of, and the subject's allegiance to, TDA | **2** | |
| | d. Subject observed displaying hand signs used by TDA | **2** | |
| | e. Subject displays insignia, logos, notations, drawings, or dress known to indicate allegiance to TDA, as observed by law enforcement in person or via virtual mediums | **4** | |

Form AEA-21A

| | | | | |
|---|---|---|---|---|
| **Association** | a. | Surveillance documentation that a subject is frequently observed closely associating with known leaders and members of TDA | 2 | |
| | b. | Subject part of group photos with two or more known members of TDA | 2 | |
| | c. | Subject presently resides with known members of TDA | 2 | |
| | | | **Total Points** | |
| | | | | |

## VALIDATION DETERMINATION

*Note: If any of the four requirements are <u>not</u> satisfied, do not complete this validation determination.*

Based on the validation guide and instructions above, including Comments 1 and 2, I find

that the person named above, _____:

1.  Is fourteen years or older;
2.  Is not a citizen or lawful permanent resident of the United States;
3.  Is a citizen of Venezuela; and
4.  Is a member of Tren de Aragua.

Accordingly, the above-named person is validated as an Alien Enemy.

_____     _____     _____

*Name of agent/officer*          *Signature of agent/officer*          *Date*
*completing the form*            *completing the form*

_____     _____     _____

*Name of supervisor*            *Signature of supervisor*            *Date*

3

Form AEA-21A

## NOTICE AND WARRANT OF APPREHENSION AND REMOVAL
## UNDER THE ALIEN ENEMIES ACT

A-File No:_____    Date:_____

In the Matter of: _____

Date of Birth: _____    Sex:    Male    Female

### Warrant of Apprehension and Removal

**To any authorized law enforcement officer:**

The President has found that Tren de Aragua is perpetrating, attempting, or threatening an invasion or predatory incursion against the territory of the United States, and that Tren de Aragua members are thus Alien Enemies removable under Title 50, United States Code, Section 21.

_____ has been determined to be: (1) at least fourteen years of
          (Full Name of Alien Enemy)
age; (2) not a citizen or lawful permanent resident of the United States; (3) a citizen of Venezuela; and (4) a member of Tren de Aragua. Accordingly, he or she has been determined to be an Alien Enemy and, under Title 50, United States Code, Section 21, he or she shall immediately be apprehended, restrained, and removed from the United States pursuant to this Warrant of Apprehension and Removal.

**Signature of Supervisory Officer:** _____

**Title of Officer:** _____    **Date:** _____

### Notice to Alien Enemy

I am a law enforcement officer authorized to apprehend, restrain, and remove Alien Enemies. You have been determined to be at least fourteen years of age; not a citizen or lawful permanent resident of the United States; a citizen of Venezuela; and a member of Tren de Aragua. Accordingly, you have been determined to be an Alien Enemy subject to apprehension, restraint, and removal from the United States. You are not entitled to a hearing, appeal, or judicial review of this notice and warrant of apprehension and removal. Until you are removed from the United States, you will remain detained under Title 50, United States Code, Section 21. Any statement you make now or while you are in custody may be used against you in any administrative or criminal proceeding. This is not a removal under the Immigration and Nationality Act.

After being removed from the United States, you must request and obtain permission from the Secretary of Homeland Security to enter or attempt to enter the United States at any time. Should you enter or attempt to enter the United States without receiving such permission, you will be subject to immediate removal and may be subject to criminal prosecution and imprisonment.

Signature of alien: _____    Date: _____

| CERTIFICATE OF SERVICE |
|---|

I personally served the original of this Notice and Warrant upon the above-named person on _____.
                                                                                                    (Date)

_____          _____
Name of officer/agent                      Signature of officer/agent

Form AEA-21B

## VERIFICATION OF REMOVAL

A-File No:_____    Date:_____

Alien Enemy's name:_____

| Departure Date | Port of Departure | Manner of Departure |
|---|---|---|
| Signature of Verifying Officer | | Title of Officer |

**Photograph of alien removed**

**Right index fingerprint of alien removed**

_____
(Signature of alien whose fingerprint and photograph appear above)

_____
(Signature of official taking fingerprint)

Form AEA-21C

# EXHIBIT 2

10/13/25, 2:12 PM    Louisiana Lockup: A New Partnership with DHS and the State of Louisiana to Expand Detention Space | Homeland Security

Case 1:25-cv-00766-JEB    Document 177-12    Filed 10/15/25    Page 18 of 84



| NOTICE | Due to the lapse in federal funding, this website will not be actively managed. Click here for more information. |



U.S. Department of Homeland Security

# Louisiana Lockup: A New Partnership with DHS and the State of Louisiana to Expand Detention Space

**Release Date:** September 3, 2025

*Louisiana Lockup, Cornhusker Clink, and Speedway Slammer give ICE the ability to lock up some of the worst of the worst criminal illegal aliens including murderers, rapists, pedophiles, drug traffickers, and gang members*

**WASHINGTON** – Today, the Department of Homeland Security (DHS) announced a new partnership with the state of Louisiana to expand ICE detention space by up to 416 beds. These beds will be available at the Louisiana State Penitentiary also known as, Angola Prison. This facility dubbed "Louisiana Lockup" will house some of the worst of the worst criminal illegal aliens arrested by ICE.

This agreement was made possible by the One Big Beautiful Bill which provided funding to secure 80,000 new beds for ICE to utilize when detaining and deporting the worst of the worst.

*"COMING SOON: Louisiana Lockup. Today, we're announcing a new partnership with the state of Louisiana to expand detention space,"* said **Secretary Noem**. *"Thank you to Governor Landry for his partnership to help remove the worst of the worst out of our country. If you are in America illegally, you could find yourself in CECOT, Cornhusker Clink, Speedway Slammer, or Louisiana Lockup. Avoid arrest and self deport now using the CBP Home App."*

*"Criminal illegal aliens beware: Louisiana Lockup is where your time in America ends,"* **said Gov. Landry.** *"Louisiana Lockup will give ICE the space it needs to lock up some of the worst of the worst criminal illegal aliens—murderers, rapists, pedophiles, drug traffickers, and gang members—so they can no longer threaten our families and communities. This facility fulfills President Trump's Make America Safe Again promise. I want to thank President Trump, Secretary Kristi Noem, Attorney General Pam Bondi, and ICE Deputy Director Madison Sheahan for their leadership and partnership. Together, we're making Louisiana and America safer."*

Below are some of the dangerous criminal illegal aliens arrested by ICE New Orleans. These are the types of violent criminal illegal aliens who could end up being detained at Louisiana Lockup:



ICE New Orleans removed Omar Martinez-Garcia, a 39-year-old criminal illegal alien from Mexico. His criminal history includes a conviction for **homicide-murder 2nd degree.**



ICE New Orleans removed Colon Pibaque, a 51-year-old criminal illegal alien from Ecuador. His criminal history includes a conviction for **cocaine-smuggling**.

10/13/25, 2:12 PM Louisiana Lockup: New Partnership with DHS and the State of Louisiana to Expand Detention Space | Homeland Security

Case 1:25-cv-00766-JEB Document 177-12 Filed 10/15/25 Page 19 of 84



ICE New Orleans removed Rafael Ojeda-Acosta, a 70-year-old criminal illegal alien from Cuba. His criminal history includes a conviction for **rape with a weapon and forcible sodomy**.



ICE New Orleans removed Jelber Gomez-Lopez, a 32-year-old criminal illegal alien from Guatemala. His criminal history includes a conviction for **DWI and possession of controlled substance**. Gomez is wanted by in Guatemala for **murder, conspiracy and criminal association.**



ICE New Orleans arrested Aris Manuel Santana, a 45-year-old criminal illegal alien from the Dominican Republic. His criminal history includes a conviction for **conspiracy to possess with intent to distribute 5 kilograms or more of cocaine**.

ICE New Orleans arrested Julio Lara-Avila, a 30-year-old criminal illegal alien from Mexico. His criminal history includes a conviction for **battery-family violence, cruelty to children 3rd degree.**



ICE New Orleans arrested Humberto Vargas-Lopez, a 55-year-old criminal illegal alien from Cuba. His criminal history which includes convictions for **aggravated rape, aggravated burglary, possession of controlled substance- cocaine, possession of marijuana, obstruction of public officer,**

10/13/25, 2:12 PM    Louisiana Lockup: A New Partnership with DHS and the State of Louisiana to Expand Detention Space | Homeland Security

Case 1:25-cv-00766-JEB    Document 177-12    Filed 10/15/25    Page 20 of 84

**and battery with a deadly weapon with serious bodily harm.**



ICE New Orleans arrested Clairvorn Seanclair Kelly, a 28-year-old criminal illegal alien from St. Kitts-Nevis. His convictions include **possession for firearm with altered serial number, unlawful transfer of firearms out-of-state, illegally dealing in firearms, and conspiracy**.



ICE New Orleans arrested Juan Carlos Abreu-Sanchez, a 48-year-old criminal illegal alien from the Dominican Republic. His criminal history includes **Operating a Vessel Used to Smuggle 1,600 Kilograms of Cocaine** into Puerto Rico.



ICE New Orleans arrested Olvin Rodriguez-Inestroza, a 22-year-old criminal illegal alien from Honduras. He had outstanding warrants for **394 counts of pornography involving juveniles and 2 counts of sexual abuse of an animal.**



ICE New Orleans arrested Edgardo Amador-Rodriguez, a 28-year-old criminal illegal alien from Honduras. This **MS-13 gang member's** criminal history includes convictions for **domestic violence, possession of a firearm, negligent carrying of a concealed firearm, and misrepresentation during booking.**



ICE New Orleans arrested Anwar Jehad Abdelmajid, a 37-year-old criminal illegal alien from Venezuela. His criminal history includes convictions for **conspiracy to commit fraud, conspiracy to commit drug trafficking, and aggravated assault.**

### 

## Topics

SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

CITIZENSHIP AND IMMIGRATION SERVICES (/TOPICS/CITIZENSHIP-AND-IMMIGRATION-SERVICES)    LAW ENFORCEMENT (/TOPICS/LAW-ENFORCEMENT)

## Keywords

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)    ALIEN (/KEYWORDS/ALIEN)    CRIME (/KEYWORDS/CRIME)

DEPORTATION (/KEYWORDS/DEPORTATION)    FUNDING (/KEYWORDS/FUNDING)    ILLEGAL (/KEYWORDS/ILLEGAL)

IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)    LAW ENFORCEMENT (/KEYWORDS/LAW-ENFORCEMENT)

LAW ENFORCEMENT PARTNERSHIP (/KEYWORDS/LAW-ENFORCEMENT-PARTNERSHIP)    MAKING AMERICA SAFE AGAIN (/KEYWORDS/MAKING-AMERICA-SAFE-AGAIN)

PARTNERSHIP (/KEYWORDS/PARTNERSHIP)    PRESIDENT TRUMP (/KEYWORDS/PRESIDENT-TRUMP)    SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)

Last Updated: 09/04/2025

# EXHIBIT 3

*Instagram*

# Instagram

Log In    **Sign Up**

 **sec_noem** and **dhsgov** 
Original audio

⋯



 **sec_noem** ✔ 5w
We are announcing a new partnership
with the state of Louisiana to expand
detention space. Thank you to Governor
Jeff Landry for his partnership to help
remove the WORST of the WORST from
our country.

If you are in America illegally, you could
find yourself in CECOT, Cornhusker Clink,
Speedway Slammer, or Louisiana Lockup.
Avoid arrest and self deport NOW using
the CBP Home App.

♡  ○  ◁                                    🔖

**3,335 likes**
September 4

Log in to like or comment.

**More posts from sec_noem**

# Instagram

Log In     Sign Up



# EXHIBIT 4

10/13/25, 2:14 PM    DHS Releases Names of Worst of the Worst Convicted Criminal Illegal Aliens Detained at Guantanamo Bay | Homeland Security

Case 1:25-cv-00766-JEB    Document 177-12    Filed 10/15/25    Page 26 of 84



| NOTICE | Due to the lapse in federal funding, this website will not be actively managed. Click here for more information. |
|---|---|



U.S. Department of Homeland Security

# DHS Releases Names of Worst of the Worst Convicted Criminal Illegal Aliens Detained at Guantanamo Bay

**Release Date:** July 8, 2025

*Pedophiles, murderers, kidnappers, and other violent criminals are being held at the military facility*

WASHINGTON – The Department of Homeland Security (DHS) today released the names of some of the dangerous, criminal illegal aliens detained at the Guantanamo Bay.

*"We're arresting criminal illegal aliens and getting them off America's streets. Guantanamo Bay is holding the worst of the worst including child predators, rapists and murderers,"* **said Assistant Secretary Tricia McLaughlin.** *"Whether it is CECOT, Alligator Alcatraz, Guantanamo Bay or another detention facility, these dangerous criminals will not be allowed to terrorize U.S. citizens. President Trump and Secretary Noem are using every tool available to get criminal illegal aliens off our streets and out of our country. Our message is clear: Criminals are not welcome in the United States."*

Below are examples of **nearly 30 high-threat, violent criminal illegal aliens** that have committed **heinous crimes** and are detained at Guantanamo Bay. These dangerous aliens are **convicted criminals** with **final orders of removal from an immigration judge.**

- Olma Juarez-Mendez, an illegal alien from Guatemala, has been **convicted of domestic abuse**.
- Hung Vo, an illegal alien from Vietnam, has been **convicted** of **robbery with a weapon.**
- Quan Phung, an illegal alien from Vietnam, has been **convicted** of **aggravated assault with a weapon**.
- Andis Noe Cortes Zepeda, an illegal alien from Honduras, has been **convicted** of **sexual assault**.
- Antonio Erazo-Ramos, an illegal alien from Honduras, has been **convicted** of **assault**.
- Xiang Liu, an illegal alien from China, has been **convicted** of **robbery**.
- Jin Feng Lu, an illegal alien from China, has been **convicted** of **homicide**.
- Hieu Tran, an illegal alien from Vietnam, has been **convicted** of **robbery**.
- Shubham Singh, an illegal alien from India, has been **convicted** of **child pornography**.
- Franklin Almendarez-Alvarez, an illegal alien from Honduras, has been **convicted** of **lewd acts with a minor.**
- Ramiro Villanueva, an illegal alien from Colombia, has been **convicted** of **smuggling cocaine**.
- Tien Minh Cao, an illegal alien from Vietnam, has been **convicted** of **kidnapping**.
- Khang Huy Trang, an illegal alien from Vietnam, has been **convicted** of **kidnapping for ransom**.
- Carlos Olivo Orellana, an illegal alien from El Salvador, has been convicted of **lewd acts with a minor.**
- Wen Lin, an illegal alien from China, has been **convicted** of **robbery**.
- Guillermo Gonzales-Tiul, an illegal alien from Guatemala, has been **convicted** of **assault**.
- Yong Liang, an illegal alien from China, has been **convicted** of **kidnapping**.
- Luis Fernando Ospina Tabarez, an illegal alien from Colombia, has been **convicted** of **smuggling heroin**.
- Ilie Bogde, an illegal alien from Romania, has been **convicted** of **robbery**.
- Jose Diego Pereira Valdez, and illegal alien from El Salvador, has been **convicted** of **aggravated assault with a gun**.
- Larry Medina, an illegal alien from Venezuela, has been **convicted** of **sexual assault**.
- Brayan Vasquez-Montero, an illegal alien from Colombia, has been **convicted** of **aggravated assault with a weapon**.
- Nathaniel Akeen, an illegal alien from Liberia, has been **convicted** of **robbery.**
- Eric Gresford Miller, an illegal alien from Jamaica, has been **convicted** of **aggravated assault with a gun**.
- Nigel Tomlinson, an illegal alien from the United Kingdom, has been **convicted** of **child sexual abuse**.
- Victor Bonilla-Alvarez, an illegal alien from El Salvador, has been **convicted** of **trafficking weapons.**

On January 29, 2025, President Donald J. Trump signed an [executive order](https://www.whitehouse.gov/presidential-actions/2025/01/expanding-migrant-operations-center-at-naval-station-guantanamo-bay-to-full-capacity/), Expanding Migrant Operations Center at Naval Station Guantanamo Bay to Full Capacity, directing Secretary Noem to expand the Migrant Operations Center at Naval Station Guantanamo Bay to provide additional detention space for high-priority criminal aliens illegally present in the United States.

###

## Topics

BORDER SECURITY (/TOPICS/BORDER-SECURITY)      HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

## Keywords

ALIEN (/KEYWORDS/ALIEN)      GUATEMALA (/KEYWORDS/GUATEMALA)      ILLEGAL (/KEYWORDS/ILLEGAL)      IMMIGRATION (/KEYWORDS/IMMIGRATION)

IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)      REMOVAL (/KEYWORDS/REMOVAL)

Last Updated: 07/08/2025

# EXHIBIT 5

# Left-Wing Judges: The Gangsters in Black with Ken Paxton and Stephen Miller

🇺🇸 **thecharliekirkshow.com**/podcasts/the-charlie-kirk-show/left-wing-judges-the-gangsters-in-black-with-ken-p

**Podcasts > The Charlie Kirk Show**

RSS Feed

Charlie is America's hardest working grassroots activist who has your inside scoop on the biggest news of the day and what's really going on behind the headlines. The founder of Turning Point USA and one of social media's most engaged personalities, Charlie is on the

front lines of America's culture war, mobilizing hundreds of thousands of students on over 3,500 college and high school campuses across the country, bringing you your daily dose of clarity in a sea of chaos all from his signature no-holds-barred, unapologetically conservative, freedom-loving point of view.

You can also watch Charlie Kirk on Salem News Channel

https://thecharliekirkshow.com/

**SUBSCRIBE:**      **APPLE PODCASTS**      **SPOTIFY**      **RSSFEED**

Wednesday, September 27, 2023

Ken Paxton has survived his sham impeachment scare, and now he's back on the warpath. Charlie talks to the Texas AG about his plan for slowing Joe Biden's illegal migration flood, checking voter fraud, and making Texas as red as voters want it to be, despite constant sabotage from the court system. Plus, Stephen Miller makes the surprising case for why there is a 2024 candidate who should be disqualified for insurrection against the United States...and that candidate is Joe Biden.

PODCASTS    THE CHARLIE KIRK SHOW

## Related Episodes

**The Peacemaker President Does it Again + Who Knew About Charlie's Assassin?**

Wednesday, September 27

**Ask Us Anything 239: Halftime Show Music? Conservative Boycott Power? Win in Virginia?**

Wednesday, September 27

**Charlie's Last Interview**

Wednesday, September 27

# The Gangsters in Black with Ken Paxton and Stephen Miller" episode transcripts, sponsors, audience info, episodes, content rating

 **app.podscribe.com**/episode/88595585

0
00:00:00

We get it. You're busy. You don't have time to waste on the mainstream media. That's why Salem News Channel is here. We have hosts worth watching, actually discussing the topics that matter. Andrew Wilco, the next Isa, Brandon Tatum. And more open debate and free speech you won't find anywhere else. We are not like the other guys. We are Salem News Channel. Watch anytime on any screen for free. 24 7 at SNC tv and on local now Channel 5 25

1
00:00:30

Hey everybody, Tan The Charlie Kirk Show Ken Paxton recently acquitted in Texas is telling us about what he plans to do to get to work. Then Stephen Miller as we have a very in-depth, extremely detailed and important conversation about immigration. Email us as always, freedom at Charlie Kirk dot com. That is freedom at Charlie Kirk dot com. Subscribe to our podcast. Open up your podcast application and type in Charlie Kirk Show and get involved with Turning Point U s a at tp USA dot com. That is tp USA dot com. Buckle up everybody. Here we go. Charlie,

2
00:01:07

What you've done is incredible here. Maybe

3
00:01:08

Charlie Kirk is on the college Campus

0
00:01:10

I want

2

00:01:10
You to
4
00:01:11

Know we are lucky to have Charlie Kirk

2
00:01:13

Charlie, Kirk's running the White House folks.

5
00:01:17

I want to thank Charlie. He's an incredible guy. His spirit, his love of this country. He's done an amazing job building, one of the most powerful youth organizations ever created. Turning Point U. s a

2
00:01:27

We will not Embrace the ideas that have destroyed countries, destroyed lives. and we are gonna fight for freedom on Campuses across the country. That's why we're here.

1
00:01:39

Brought to you by the loan experts. I trust Andrew and Todd at Sierra Pacific mortgage at Andrew and Todd dot com. He's back to work and he's more motivated than ever. Joining us now is the Attorney General of Texas Ken Paxton Ken. Welcome to the program. Been a couple months since we have chatted. We tried to do our part. I'm glad that you got through that clown show and that nonsense. First of all, how are you doing?

7
00:02:08

You know what? It's just really great to be back. I appreciate your help and we have a lot to do and believe me, you're right. I'm very motivated.

1
00:02:16

Well, good. And and we're gonna go through some of the specifics because what happened is that you were put on the sidelines for what, three, four months. You weren't even allowed to do your job because you had to fight all this crap. I I wanna go through some of the specifics though, for our national audience. Texas is being invaded. Texas is seeing a crime wave in certain parts of the area. We have major issues. We have these, you know, illegal cities that you're gonna go after. But why is it that the insiders in Austin felt the need to go out of their way to try to derail you? What, what was really driving this? It's perplexing as a non Texan to witness.

7

00:02:51

It doesn't look like it makes any sense, but it really makes a lot of sense. If you understand how the Texas House works, then you understand why this happened. We have 150 members of the house, 65 are Democrat. The 65 Democrats block vote for speaker, and it takes 76 votes to become speaker. And speaker controls everything. All the legislation getting through committee assignments. What happens is completely controlled by that one person. And so what happens is the Democrats will pick the Republican that gives them the most for their money and they pick Dave Phelan and Dave Phelan cut a deal with the Democrats and the Democrats. House Democrats, I believe did this for Joe Biden and the Washington Democrats to take me out because we filed 48 lawsuits against him.

7

00:03:36

And so it looks like the Republicans did it, but the reality is the Democrats motivated it and Dave Felan is controlled by the Democrats.

1

00:03:44

Yeah. And so, I mean, I was, I was in Texas a couple weeks ago while this whole thing was unfolding and someone came up to me, they said, Hey Charlie, you know this speaker of the house is like a really, he's a drunk. I was like, oh, come on. Like that's, but then there's this piece of tape I saw that I just, I have to play play Cut 1 24. You guys be the judge. Is is Dade Felan a fun, a low functioning alcoholic play Cut 1 24

8

00:04:05

Speaker. I'll move that. Mr. Campbell send amendment is settle of the author. Is there objection to the opposition amendment? The chair has members adopted.

9

00:04:18

Mr. Chair recognizes Mr. Johnson of Harris to speak in

8

00:04:21

Opposition. The chair recognizes Mr. Mr. Johnson of Harris, Mr. Johnson of Harris to speak in opposition to the bill.

1

00:04:34

So, so, so Ken. I I have to play that because that's the guy who made you go through hell. That's the guy who impeached you. I mean, so, so just to go, you could comment on that if you want, but I, I have to do that 'cause it's just hilarious. So this guy's obviously either on pills drunk or having a stroke, which I don't think he was. But then he, he sided with Democrats. Why is the, the great state of Texas, the Red state of Texas, having Democrats choose a speaker of the House who designed that system.

7

00:04:57

So it's, it's, we're getting outsmarted in the house. The Republicans should block vote themselves and decide which Republican they want. But that's not the way it works. The Democrats get together, they, they align all of their votes. And if you think about it, you need 76 votes. The speaker's gonna vote for himself. He only needs 10 Republican votes with the Democrats. And so it's pretty easy once you have 66 votes to get there, because then he tells 10 Republicans, Hey, I'll make you chair of this, I'll make you chair of this. And it's a done deal. So it's control, it's, it's stupid. But we've let the Democrats do this for over a decade where they control. And you can see the difference between the Texas Senate and Texas House with Dan Patrick in charge.

7

00:05:37

The Texas Senate is very conservative, does really good things for Texas. The Texas House on the other hand, has democratic chairs. They, they don't get a lot of good things done for the state of Texas. They block a lot of good legislation both by Governor Abbott who's trying to get school choice done. And they've been blocking many things done by the Senate that Governor Patrick's tried to get done.

1

00:05:56

So, so Ken just one final thought on this then I wanna get to the work that you're doing. That's the most important thing. Can you just add more, you, you said this with Tucker Carlson, but it's worth repeating how this was really a Bush family driven operation and how the people spoke and they were able to push back against it. Add a little bit more to that, more context please.

7

00:06:13

So we, in this process, we were getting information. We, they finally had to disclose emails and there was, there were definitely connections between Carl Rove, George P. Bush, obviously pushed by Carl Rove in, in the last election against me and a group called Texans for Lawsuit Reform, which is supposedly a Republican group, but they've, they've aligned in the Bush camp. And that's two guys named Dick Victor Bolse and Dick Weekly who have spent millions of dollars to take people like me out. Carl Rose participated in this and George p was supposed to be their guy. And it's interesting because he went to get his license, literally the day that these guys turned me over for supposedly violating the law to the F B I who I was investigating, by the way, for breaking the law.

7

00:06:56

And there's no doubt that there's a connection between the ex-employees who also got emails and text messages from Carl Roe, Carl Roe, Texans for lawsuit reform, the Bushes, they're all aligned.

1

00:07:07

So, so Ken, let's now get to the work that you're doing. What are the top priorities? What are the lawsuits you're filing and the things that you wanna bring to completion?

7

00:07:15

Well, everybody can see what's going on in the border. It's not gotten any better since I left. Unfortunately, you know, with the four months out, we were, we're stopped in our progress. But we are looking at many things along the border to try to fight back the Biden administration's un you know, unlawful activity. We're also going down to look at Liberty County, which is where this village or city has been set up that's been growing like crazy. And there's all kinds of crime there. There's all kinds of difficulties there. We're gonna try to figure out how we can stop that. Obviously I've only been back for a week, so we've, we've, I've got a lot of catching up, but I can promise you this. Whatever we can do in those situations, we

are going to do and we're gonna continue our investigation of big pharma. We had an investigation of some of the, the vaccine manufacturers potentially lying to Texas consumers and to the world about the efficacy of their, of their vaccines.

7

00:08:03

So we've got a lot to do a along with finishing our lawsuits against big tech.

1

00:08:08

And look, this is Ken. Can you just remind our audience the size of your office? It is the largest ags office in the country, isn't it?

7

00:08:16

It is the largest Republican office. I think New York and New Jersey, Manhattan and California may have larger democratic offices. It is the largest Republican office. We have about 4,200 employees. We have close to 800 lawyers. Our budget's about 1.8 billion for the biennium. And so we do a lot of things that a lot of people don't know about and we're very active in really trying to defend Texas and defend the Constitution.

1

00:08:38

Yeah, and with with, with that sort of enormity, you can now defend the rule of law and like talk about this though. This is what I'm a little confused about. There's this local DA AG office tension where you can't bring criminal cases. Can you just talk about that a little bit? 'cause it's confusing to some people in our audience.

7

00:08:56

Well, and I'm glad you brought that up because this is the riskiest thing going on for Texas for since 1951. The, the Attorney General's office, I, I'm not that old so I wasn't around then. But we've been authorized or directed by the legislature to prosecute voter fraud. We have a dual court system. We have the Court of Criminal Appeals, that is the final say on criminal matters. and we have the Texas Supreme Court. That is the final say on civil matters. The Court of Criminal Appeals is Republican, but largely unknown. And I'm very suspicious of them now. And I think we need to change that court because they struck down the only statute that allowed me to prosecute any type of criminal activity, which was voter fraud, which we were doing.

7
00:09:37

We had over 900 cases of real voter fraud that we were investigating or prosecuting. Now all of that is stopped and it's up to the local das who, again, are largely Soros funded in the bigger cities. And so voter fraud now is not being prosecuted. That is a huge risk to my state in the future. and we will lose the state if we don't stop voter fraud.

1
00:09:57

Are you then able to do the investigation and hand it off to a local sheriff or DA because you, are you able to do the legwork and say, Hey, you know, we, we believe there's a crime here and then work in harmony. 'cause that's what that, that's similar to what a lot of the Democrat states are doing. New York being one of them.

7
00:10:15

We're trying, but there a lot of these das won't prosecute it. So we used to have the authority both to investigate and to, and to prosecute. And by the way, they struck down the law saying that because I was in the executive branch, the Attorney general is an executive, that I didn't have the authority to go to court. 'cause that is a judicial function now that is insane. And if that's true, then every, every State attorney general is doing something illegal under their constitution as well as the US Attorney General.

1
00:10:42

I hope everyone understands that. They, they basically turn the ags office into a civil lawsuit organization. You could still sue civilly, you can protect the people of Texas, but to actually investigate crime, they've neutered you. I want to explore that more. 'cause it's very unusual and it actually puts you at a disadvantage versus other ags in other states that have that kind of criminal investigative authorities. Strong Cell is amazing. I gotta tell you, the combination of N A D H coq 10 and collagen is really something, you know, people ask me, they say, Charlie, how do you keep your energy up? How do you just keep on pushing? Look, part of it is diet nutrition.

1
00:11:22

But I'll be honest, I take supplements really seriously. Fact, check me on this. You can say, oh, Charlie, I'm gonna fact check you. Type this into your search engine N A D H. Just type it in. What does it tell you? It might tell you that it is the secret to living long anti-aging

properties, more energy. Well, all of that is being proven in more and more clinical trials. N A D H is a precursor so that your mitochondria can remain healthy and vibrant. The elites, a lot of billionaires people, lot of money, they spend a ton of money on N A D. It's a fact. N a D just might be your secret weapon for more energy. I take N A D every single day. I could tell you that. N A D H compared with coq 10.

1

00:12:02

The trials show very, very good things. I know, don't take my word for it. I mean, honestly, my word should be good for something. But fact, check me, look at it. And if you do it over 30 days, you'll see an increase in energy. I wake up better than ever before. N a D can help you potentially, again, fact, check me on this with depression, anxiety, other issues that you might be dealing with. It is nature's gift to you so that you might have extra energy and mental clarity. You guys can use promo code Charlie for 20% off. It's Strong Cell dot com slash Charlie. N a d might be nature's secret weapon for you. I love it. I take it every single day. Try to try it for at least 30 days to see the maximum benefit.

1

00:12:43

And let me know, has N AD helped your life? Strong Cell dot com slash Charlie, check it out. Strong Cell dot com slash Charlie. Let's just play cut 1 26 just to show this illegal invasion of Texas play cut 1 26 in

10

00:12:59

Eagle Pass, Texas, where just moments ago, customs and border protection cut a hole through the constantina wire that has been stretched by Texas d p s along the border there to allow migrants to come through. It was initially a group of about 60 to 70 people. It swelled to some 300 very, very quickly.

1

00:13:19

Okay, so Ken, let's just get into some detail here. You have the largest Republican ags office. It it's complicated because you don't have all the investigative powers of other states. But just to kind of go back through this, what specifically are you now going to do with the authority granted to stop the invasion of the great state of Texas?

7

00:13:39

So I just, that clip I is shocking to me that the federal government would clip our, our wire to allow people to come in illegally. In other words, not, not only are they doing their own thing, but they're actually stopping us from protecting our border and our lands in Texas, we're looking at every available angle. We've got about two or three lawsuits that we're looking at, and specifically one related to them damaging our property and prohibiting us from keeping illegals from coming into the country. So I can guarantee you we've got more lawsuits coming as it relates to immigration, and we're gonna do everything we can to stop this.

1

00:14:16

Yeah. And so let's, this is, I I I'm able to, I'm a talk show guy and you're, you're a lawyer, so you have to be more focused or very careful. And he says, I think this is treason. I mean, the federal government is actively co-sponsoring the entrance of non-citizens into the country and it's not getting any better. And so Ken, is there any precedent where the federal government willingly doesn't do its job and it damages a sovereign state? And if so, what? How can you deal with that? 'cause your duty is to Texas. They are just saying, we don't care about Texas. We don't care about all the damage that's being done.

7

00:14:50

I've never seen like this, I've never seen the federal government, our country affirmatively help. Basically the cartels. 'cause that's the business model, right? It's the cartels bring people to the federal government. The federal government transports them and they also aid and vet their drug trafficking, fentanyl, trafficking. I've never seen them actually damage our property to allow illegals to come in. And so this is a new thing for us that we're looking at trying to figure out how do we stop the federal government from one aiding and abetting, but also actually damaging our property to help the illegals get in. It's, it's insane.

1

00:15:27

Yeah. And so th this is what is frustrating us in Arizona and others. I is that where w why, why is the state government not doing more? And and that's where we're confused. And the federal government, they're actually, they're going through and cutting the wire Ken. That's what's insane is they're actually cutting the wire to allow the foreigners come in. Talk about how you are taking aim at this illegal city that's been created in Houston. It's a bizarre story, but this seems to be a primary focus of yours.

7

00:16:01

Yes. Let me go back to real quickly this case, Arizona v us that you know about is, is fundamental to changing this because part of the reason we're in such a difficult spot is, you know, 10 years ago when Arizona tried to protect themselves with state law because the federal government wouldn't, Obama sued the state of Arizona and they came in and said basically the, the Supreme Court under Justice Kennedy, right? In the opinion with Justice Roberts joining the liberals said that the state could not pass their own laws. If the federal government had laws that were similar, that cannot be right. It cannot be right. The federal government can pass a law then ignore their own laws and say, well, you can't enforce your laws because we have laws that we're not enforcing.

7
00:16:42

None of it makes any sense. I want another shot at that. So I've encouraged the legislature or the governor to do something that would violate that. And let us take another crack at it. Now that the court has changed. Back to your other question, we are definitely looking at that Liberty County issue. It's insane. It's been growing for years. It, it is a hodgepodge of people from all over the world and it's also creating all kinds of crime issues. And it's creating an incentive for people to move into this county who are illegal. And we're gonna figure out some way to stop it. It was a state creation, this sort of mud district, this development. And we're looking into how it got created and what we can do to, and we may have suggestions for the legislature 'cause they're gonna go back into special session.

7
00:17:25

Well,

1
00:17:25

They, I I know I'm, I'm glad. Finally, special session. I mean, your state's being invaded. I'm pleased. Hey, how about if you didn't spend 90 days impeaching, Ken Paxton, you wouldn't have to go to special session. But Ken, let me just end with this though, which is that I want to empower you and tell you the audience is with you. You are one of the few fighters we have on the entire country. Please be as aggressive as you can be while fi fo following and enforcing the law. We need you. And so we're here for you, Ken. Thank you. Glad you got through that. And now it's time to uphold the law and protect Texas. Thank you Ken so much.

7
00:18:01

And thank you. I'm inspired and I'm ready to go. So thank you. Thank

1

00:18:04

You, Ken. Listen, listen, as students begin heading back to school, do you think they'll be learning about the founding principles that made America the freest most prosperous nation in history? Will they learn that our unalienable rights are God given and not granted by government? Will they be given a full and honest account of our nation's history? The answer to all these questions is yes for students at Hillsdale College and these days, in addition to teaching college students, Hillsdale has extended its teaching to K through 12 students and lifelong learners like you and me. If you're not doing so already, one of the best ways to start learning from my friends at Hillsdale is through in Prius, Hillsdale's Free Digest of Liberty. My listeners can sign up for free at this special website, which is available for a limited time.

1

00:18:47

It's at Charlie for hillsdale.com. I look forward to in Primus each month. And you can too. It's interesting, useful, and free. The best and smartest in conservative constitutionalist thought. Find out more about Hillsdale and in Primus at Charlie for hillsdale.com. They're an excellent college, America's greatest college, Charlie four hillsdale.com. Joining us now is Stephen Miller. Stephen, thank you for taking the time. You know, Stephen, we're seeing an invasion of our country. Let's start there. That's not a controversial statement. How and why can this legally be described as an invasion? And why does that categorization matter?

11

00:19:26

Well, the, the invasion clause primarily matters in two contexts. The first would be in Article four, section four, and the ability of states to, in the invocation of that clause, to demand Relief from the federal government. And then the constitutional principle would flow from that, that if the government declined, it's actually called the guarantee clause, that if the government declined to fulfill its guarantee under the US Constitution, that the state would then be authorized to unilaterally defend its territory and to stop the immunization. It also matters in another context, which is the 14th amendment section three.

11

00:20:10

And that would be that Joe Biden is actually ineligible to run for president because Huey disqualified for aiding and embedding an insurrection against the United States. So it has significant legal meaning for both of those reasons.

1

00:20:23

Yeah. And so Greg Abbott declared a invasion in November of 2022, just about a year ago. But Steven, he's done really nothing to stop it except some razor wire and some things in the river. Talk about how and why the states need to step up and take this into their own hands and tell the federal government to get outta the way.

11

00:20:41

Yeah, so I'll, I'll be blunt in saying that the, if Texas were to act unilaterally to, to repel the invasion, it would be the, the action that would be required would be of a scope and scale beyond what I think many people realize or appreciate. Because what you'd really be talking about having to do is switching from a blocking strategy, which is what they're doing Right now. So, you know, put up some razor wire here, put a show of force over there, put cars in trucks where applicable, make it, make trespassing arrests and so forth.

11

00:21:22

Two, a detain and remove strategy. But because of the logistical challenges involved in removing you would need to build, which of course I would support doing, you would need to build an extremely large holding area for illegal immigrants that at any given point of time, you know, could hold upwards of, you know, 50, 60, 70,000 illegal aliens while you are waiting to send them someplace, somewhere that would be willing to accept 'em. Because even if you push 'em across the border, they have to, they're gonna run back across. So you have to have some place to, to detain them. So that, I presume on the third or fourth attempt of illegal immigrant to cross, who's then pushed back, who ends up in a detention center, they would stop trying.

11

00:22:06

But that, that is the kind of infrastructure that they would have to build. The other issue is that they would then have to make sure to protect their own law enforcement officers from arrest and prosecution. Because my presumption is, is that D O J would begin prosecuting state officials for deprivation of civil rights and the other kinds of exotic federal charges that you've seen garland's d o j bring up to go after conservatives that could even imagine them charging state troopers with kidnapping and things of that nature. So obviously in the event where you invoke the guarantee clause and the federal government disregards that invocation, and then you take action unilaterally as a state, you have to be prepared to do the full sweep of, of activity that I've described and be aware of the fact again that the Department of Justice, presumably that has been unwilling to use any kind of force to stop the border invasion, would indeed use force to try to arrest and incarcerate your state law enforcement officers.

1
00:23:10

Yeah. And so is there anything, so first of all, that's really well said. And you're right, and the Department of Justice, Merrick Garland Joe Biden, they wouldn't arrest the drug traffickers, the child sex traffickers, the fentanyl traffickers, the gun traffickers. They would arrest the Texas sheriffs that are enforcing the law. Texas was once its own sovereign country with its own constitution. Does that play into this argument? Because they'll say, oh, it's supremacy clause, but Stephen, just from a moral standpoint, putting the legal thing, legal issue aside, when your own state is being invaded and the federal government is co-sponsoring the invasion, don't you have a moral right to act and figure it out?

11
00:23:43

Well, I think as, as others have said before, there's no such requirement in the Constitution for a state to commit suicide. And so while it's true that there is federal supremacy, and that's of course a bedrock principle of the US constitution, again, in an environment in which a state is being invaded and the federal government declines, not only declines to stop that invasion, but in fact as the opposite marshals as resources to perpetuate that invasion, then, then the state at that point has the legal and yes, the moral right. So,

1
00:24:21

Yeah. Lemme interrupt though. Stephen Stephen, while this is on my mind, I'm sorry to interrupt. I just wanna keep the pace going here. When you were in the Trump White House then, what was the argument that San Francisco and Chicago used to not allow federal agents into their city for sanctuary cities? Isn't that a challenge for the supremacy clause? Why was San Francisco not for example, or LA saying Feds are ice not allowed, but Texas can't say we're gonna secure our own border? What, what am I missing here?

11
00:24:46

Well, yes, I mean, that is indeed we, when we went to court against sanctuary jurisdictions, most notably California, if my memory serves me correct, one of the arguments we made is that, is that their refusal to turn illegal aliens in custody over to the federal government violated the supremacy clause. 'cause again, we weren't talking about asking the state to go out and make arrests. We were asking states to engage in what are known as custody transfers where they arrest an illegal alien in the context of committing a local crime. And then we find out that they're here illegally. And so that we asked them to be turned over. And so they were actively harboring illegal aliens. In fact, they would go to great lengths to make sure that those illegal aliens could be released without us ever knowing when and where.

11
00:25:28

And so they were concealing these criminal aliens from the federal government, and we argued that violated the supremacy clause. But the, the, the judiciary, such as it existed at the time, again, if memory serves me correct, did not favor those arguments. Now if you remember, well, as you remember, of course you remember by the end of 2020 the Supreme Court of course went from a, from a four conservative minority to a five conservative majority. So one would hope that if these questions were raised again in 2025, they would have a very,

1
00:26:04

Yeah. So I mean Stephen, but just to think a little creatively here, wouldn't Texas be able to say, well, we're a sanctuary state for the Constitution. I mean, this is just use their own standard that has been set by these left Wing Gangsters in black dresses. I I Why, why would that be, you know, flimsy, if at all? Because, and by the way, it's not just that, it's also on the marijuana issue. States defy federal guidance and federal law on the marijuana issue. They did this on gay marriage against doma, the Defensive Marriage Act. So it's not the first example where the left finds wrinkles and state dissension against federal law or federal practice. Why don't we start to Embrace some of that spirit when it comes to, I don't know, enforcing our border from an invasion?

11
00:26:50

Well, I think that you, you, you could and should the, the, the sad reality is that Judges really don't care about consistency, a very large percentage of the care about outcomes. And so the Ninth Circuit Judges ruling on questions related to California, of course are completely outcome determined. And then the Fifth Circuit Judges, who would rule on issues relating to Texas, would bend over backwards to try to appear neutral or to try to appear objective. And so, as you know, better than most oftentimes trying to appear neutral means in fact issuing the wrong ruling, just to make a point.

11
00:27:32

So I don't think that the judiciary is going to save us at this particular moment. I think that, that, again, Texas has sovereign rights that it can exercise. They should go into that of course. And I don't think they're going to, so it's, it's a hypothetical. I don't think they're going to, but they should go into that if they do clearheaded understanding about the nature of the challenge they're gonna have with the federal government. And then if there is a, if there is a,

a president in 2025 who is not of the left, then they would need to of course be issuing a number of pardons to a lot of people who may get caught up in various D o J prosecutions in such a circumstance.

1

00:28:17

Yeah, it's just basically what you're saying is that Judges will make up whatever they want to get the outcome they want, but then they're going to rely on process to not stop the invasion. So Stephen, what you're talking about is that the Texas house, the Texas governor, the entire Texas leadership Republican need to come together and say we're doing this. And that might require a standoff with the federal government. This is where the US house could actually come in and apply equal pressure. Right? The United States House could have a top-down, bottom up, almost a pincer movement where you have the Texas standing up to the federal government and the US House of Representatives standing up for Texas, cutting off funding, cutting off the special projects of Joe Biden, but Stephen that would require a serious Republican party.

1

00:28:59

We don't have such Stephen summarize it all.

11

00:29:02

Yeah, I mean, the bottom line, as you said, is that conservatives rely on process to protect themselves from criticism, thereby often arriving at the wrong result and the left ignores process and is solely focused on arriving at the correct result. When those two forces need each other over time, it ends predictably, which is that the right will lose almost all major legal disputes with sufficient passage of time. And so it is gonna be incumbent upon the elected representatives of the state of Texas to assert their fundamental sovereign rights as a state. And to understand that the constitutional crisis is not the implication of those rights.

11

00:29:42

The constitutional crisis is what's happening Right now, which is the absence of invoking those rights.

1

00:29:47

Stephen stay right there. We are not a serious country. 10 million people will waltz into America. Were worried about legal process. It is how you lose America. Hey, everybody. Charlie Kirk here. When the government used emergency edicts during Covid to restrict the gathering and worship of churches, three pastors facing the risk of imprisonment, unlimited fines and their own churches being ripped apart, took a courageous stand and reopen their doors in the face of a world that chose to comply. The Essential Church is a feature length documentary that explores the struggle between the church and government throughout history. The story uncovers those who have sacrificed their lives throughout history for what they believe in rediscover why the church is essential, and how we prove this stand remains true from a scientific, legal, and most importantly, a theological and biblical perspective.

1

00:30:35

This is not your typical movie, it will change your life. You need to see this movie with your family and friends. The essential church is streaming today exclusively at Salem now.com. That's essential church movie streaming at Salem now.com. That is Salem now.com. Check out the essential church movie. It's terrific. So go to Salem now.com Right. now, One of the things that has infected center right vichy French Republicans, is that deportation is radical. It's not radical. Israel deports people all the time. I want a immigration system that Israel has. Why does Israel get a wall get borders? Why do they get to deport foreigners that commit crimes?

1

00:31:18

Well, we don't because we are not a serious country and we are a suicidal country. Stephen. When I see the people come across the border, it demoralizes me. It's like this daily slit of my wrists. Every day somebody is like slitting my wrist, this slow bleed of the republic Stephen. When Trump is president again as the 47th president of the United States, how do we deport 30 million people?

11

00:31:38

Well, your first priority for deportation needs to be, to send a message to the world and for many other reasons, needs to be all of the illegal aliens who entered the country under Joe Biden. So that you immediately send the message to the whole, the planet that, 'cause someday there of course will be another far left president and that far left president will open the border. And you need to send a message to the world that even if you come here, even if you get in, you're still gonna be deported from the country. and we don't know how large that number is going to be. Of course, you'll pick up an enormous number of what they call

collaterals when you're making those arrests. So you'd have to imagine, you know, if you, if you went to say you rated like a agricultural plant that had, say a meat packing center that had one Biden illegal, you'd probably pick up 10 other legals at the same time.

11

00:32:30

So you'll get an enormous number of collaterals. But that number, and it's unknowably large because it's of course your releases your God aways, and then all of the people who are overstaying their visas, which nobody even talks about. But, but since ice has been disabled from deporting visa overstays, there's millions more illegals than no one is even aware of or thinking about or even having a conversation about. In order to to, to carry out a deportation operation of that scale, you would need to involve the US military, which is why President Trump often talks about the Eisenhower model, where the last time the US military was involved in a large scale deportation operation.

11

00:33:11

So also the reason why President Trump has talked about invoking the Alien Enemies Act, which is a law that was passed in the late 18th century during the Adams presidency, that allows you to instantaneously remove any non-citizen foreigner from an invading country age 14 or older. So it doesn't apply to the entire, all the demographics of illegal alien groups, but it applies to those 14 and older. And so it would be particularly useful in context where you have large amounts of gang members and drug dealers and other criminal offenders who are overwhelmingly gonna be over that age threshold.

11

00:33:59

And so that allows you to suspend the due process that normally applies to a removal city. Most people don't realize who haven't worked in immigration enforcement, how bureaucratic that process is, or the fact that all illegal aliens have the ability under current practice and procedure, not only to appeal their deportations, but if they get the right kind of lawyer and they get the right kind of judge, they can even get their deportation appealed into federal Article three appellate courts. In other words, outta the immigration courts, which are under D O J and into regular federal court.

11

00:34:40

And so you can have a single deportation for a single alien get all the way to the United States Supreme Court. That's how bureaucratic system has become. And so you need to then invoke extraordinary powers to overcome that. And then you need to mobilize the US military state, federal, and local law enforcement to then carry out large scale deportations

across the whole country. And then you would need to build very large staging facilities to carry out the removals. 'cause you know, logistically what a lot of people don't think about or realize is that if a, if a deportation team goes to a particular house and arrests any illegal alien family, so say mother or father and four children, there's not like there's a plane on a tarmac that's just like 10 minutes away ready to take them.

11

00:35:28

And even if there was, it wouldn't be a very efficient use of resources, right, to have an entire chartered aircraft for a single family unit. So you need to then build massive staging facilities so that you can efficiently remove people plain, full at a time or where applicable busload if it, if it's gonna go back to Mexico at a time. And so it would be a, an undertaking. Yep. It would be greater than any national infrastructure project that we've done date. But that's what we have to do. But,

1

00:35:56

But look, we live in a modern era. We have a lot of people that want to go to work, round them up, kick 'em out, go home, go make Honduras great again since you're such a blessing to America. Stephen, thank you so much. Wonderful work we'll have you on. Again, thanks so much for listening. Everybody Email us as always, freedom at Charlie Kirk dot com. Thank you so much for listening and God bless.

12

00:36:19

For more on many of these stories and news you can trust, go to Charlie Kirk dot com.

13

00:36:24

When I grow up, I wanna work for a woke company like super woke. When I grow up, when I grow up, I wanna be hired based on what I look like rather than my skills. I wanna be judged by my political beliefs. I wanna get promoted based on my chromosomes. When I grow up, I want to be offended by my coworkers and walk around the office on eggshells and have my words policed by hr. Words like grandfather peanut gallery. Long time, no see no can do. When I grow up, I wanna be obsessed with emotional safety and do workplace sensitivity training all day long. When I grow up, I wanna climb the corporate ladder just by following the crowd.

13

00:37:04

I wanna be a conformist. I wanna weaponize my pronouns. What are pronouns?
14
00:37:11

It's time to grow up and get back to work. Introducing the number one woke free job board in America. Red balloon work.

# EXHIBIT 6

# U.S. Botched a Deal to Swap Venezuelans Held in El Salvador for Americans

Secretary of State Marco Rubio and the U.S. envoy to Venezuela were both working on different deals and ended up at cross purposes.

▶ **Listen to this article · 8:57 min**   Learn more

**By Frances Robles, Julie Turkewitz and Zolan Kanno-Youngs**

Frances Robles reported from Florida, Julie Turkewitz from Bogotá, Colombia, and Zolan Kanno-Youngs from Washington.

July 8, 2025

The Trump administration's top diplomat, Secretary of State Marco Rubio, was overseeing a deal to free several Americans and dozens of political prisoners held in Venezuela in exchange for sending home about 250 Venezuelan migrants the United States had deported to El Salvador.

But the deal never happened.

Part of the reason: President Trump's envoy to Venezuela was working on his own deal, one with terms that Venezuela deemed more attractive. In exchange for American prisoners, he was offering to allow Chevron to continue its oil operations in Venezuela, a vital source of revenue for its authoritarian government.

The discussions, which included the release of about 80 Venezuelan political prisoners, and the two different deals were described by two U.S. officials and two other people who are familiar with the talks and sought anonymity because of the sensitive nature of the issue.

The State Department never sealed the deal. The top U.S. officials did not appear to be communicating with each other and ended up at cross purposes. The approximately 250 people expelled from the United States are still being held in a

Case 1:25-cv-00766-JEB   Document 177-12   Filed 10/15/25   Page 52 of 84

maximum-security prison in El Salvador. And it became clear that while Mr. Trump's White House once said that it had no control over the detainees in El Salvador, it was willing to use them as bargaining chips.

Both U.S. tracks — one managed by Mr. Rubio and the other led by the envoy, Richard Grenell — involved speaking with the same Venezuelan representative, Jorge Rodríguez, the president of Venezuela's National Assembly, one U.S. official and the two other people said.

The conflicting diplomatic efforts signaled a monthslong divide over how to approach Venezuela and resembled the chaos that permeated Mr. Trump's first term, when competing officials vied for influence with the president. But the lack of coordination left Venezuelan officials unclear about who spoke for Mr. Trump and, ultimately, left both American and Venezuelan detainees imprisoned.

The offer to swap Venezuelan migrants in El Salvador for prisoners remains on the table, one of the U.S. officials said. The White House is not willing, for now, to extend Chevron's license in Venezuela.

Mr. Grenell declined an interview request, but in an email used a profanity to denounce The Times's account of the separate deals as false.

A person close to Mr. Grenell who is familiar with the talks with Venezuela said Mr. Grenell did not believe that a swap involving the Venezuelan migrants was going to happen because he believed that Mr. Trump would never have authorized the release of accused gang members. The person spoke on the condition of anonymity to protect the sensitive nature of the ongoing negotiations.

Mr. Trump's aides said that there was no tension between any of the diplomats.

"There is no fraction or division," Karoline Leavitt, the White House press secretary, said in a statement. "The president has one team, and everyone knows he is the ultimate decision maker."

Case 1:25-cv-00766-JEB   Document 177-12   Filed 10/15/25   Page 53 of 84
U.S. Brokered a Deal to Swap Venezuelans in El Salvador for U.S. Detainees - The New York Times



CECOT is a sprawling compound with eight hulking cell blocks — each can hold around 3,000 prisoners.  Fred Ramos for The New York Times

The United States is paying the Salvadoran government millions of dollars to detain migrants who the Trump administration claims are all members of a Venezuelan gang, Tren de Aragua, and who it said had come to the United States to commit crimes.

But the Trump administration has provided little proof that the men are gang members, and their lawyers argue that their detentions are illegal and took place without due process.

**Want to stay updated on what's happening in El Salvador and Venezuela?** Sign up for Your Places: Global Update, and we'll send our latest coverage to your inbox.

The negotiations over the swap, which were led by the State Department and John McNamara, the chargé d'affaires of the U.S. Embassy in Bogotá, Colombia, who also oversees Venezuelan affairs, had advanced to the point where in May Venezuela was set to send a state plane to El Salvador to retrieve the men, one of the two people said.

At the same time, the United States planned to send a plane normally used for deportations to Caracas, the Venezuelan capital, to pick up the political prisoners and the Americans. Mr. McNamara planned to fly to Caracas to oversee the handover.

The Venezuelan political prisoners, many of whom were arrested while protesting fraudulent elections held last year, would have been given the choice of staying in Venezuela or going to live in El Salvador, according to one of the people close to the talks.

The swap would have included a range of people who protested the 2024 election results in Venezuela, including a man jailed for criticizing President Nicolás Maduro of Venezuela on TikTok and a former mayor arrested in August.

The deal would have freed 11 U.S. citizens and legal permanent residents, including Lucas Hunter, who was arrested in January, and Jonathan Pagan Gonzalez, who was arrested last year.

El Salvador's president, Nayib Bukele, first hinted at such a deal in late April. He suggested on social media that a "humanitarian agreement" would exchange all the Venezuelan migrants for Americans in Venezuelan custody and some Venezuelans. At the time, Venezuelan officials publicly dismissed the proposal and demanded that their "kidnapped" countrymen be returned.

While Mr. Rubio and Mr. McNamara focused on the prisoner swap, Mr. Grenell worked on a deal of his own. Before pitching it to the Venezuelans, Mr. Grenell called the president to tell him about the offer and believed he had the president's support. But Mr. Grenell had not actually received the president's final approval, according to one of the U.S. officials.

Case 1:25-cv-00766-JEB Document 177-12 Filed 10/15/25 Page 55 of 84

The White House had already heard from a group of Florida Republicans, Cuban Americans, who threatened not to support Mr. Trump's tax and domestic policy bill if the administration eased oil sanctions against Venezuela. Mr. Trump's aides believed that allowing Chevron to export oil from Venezuela would jeopardize Mr. Trump's domestic policy agenda. Now that the bill has passed, it is unclear if administration officials will change their minds on the Chevron license.

The exchange arranged by the State Department was set to take place in late May. That same month, Mr. Grenell went to Venezuela on a separate mission in which he won the release of Joseph St. Clair, an Air Force veteran held in Venezuela.



Richard Grenell, President Trump's special envoy to Venezuela, posted this photo on social media of himself with Joseph St. Clair as they returned from Venezuela.  Richard Grenell

Case 1:25-cv-00766-JEB   Document 177-12   Filed 10/15/25   Page 56 of 84

Senior Trump administration officials still view Mr. Grenell as a valuable player in the administration, even though some say they believe that he moved too fast — and without the necessary buy-in — in the episode.



Chevron's oil operations in Venezuela had been an important source of revenue for the Venezuelan government.  Marco Bello/Reuters

Mr. Grenell, the person close to him said, was surprised to learn about the swap, and is the only authorized negotiator on any deals with Venezuela. But since the episode, Mr. Rubio has taken the lead in talking to the Venezuelans, one of the U.S. officials said.

The Venezuelan and Salvadoran governments did not provide comment for this article.

Case 1:25-cv-00766-JEB Document 177-12 Filed 10/15/25 Page 57 of 84

The relatives of some Americans detained in Venezuela expressed frustration over the failure of the efforts to win their freedom.

"The sense that we parents had was that you had various people talking, but they weren't working together — one negotiator would say one thing, and another would say something else," said Petra Castañeda, whose son, Wilbert Castañeda, 37, a Navy SEAL, was arrested last year in Venezuela. "You would think they would be duly coordinated."



Petra Castañeda's son, Wilbert Castañeda, a Navy SEAL, has been detained in Venezuela since last year. Ariana Drehsler for The New York Times

In Mr. Trump's first term, American officials tried to oust Mr. Maduro through sanctions, diplomatic isolation and the support of an alternative president, a young legislator. Mr. Rubio and other Cuban American Republicans continue to support sanctions and an isolationist approach.

Case 1:25-cv-00766-JEB    Document 177-12    Filed 10/15/25    Page 58 of 84

But in the second term, Mr. Grenell has expressed a willingness to work with the Venezuelan government. He made his first trip to Caracas in January, and got several Americans released.

The Maduro government has spent the past year or so rounding up foreigners in its territory and imprisoning them to use in negotiations with foreign governments, according to security analysts and human rights groups.



President Nicolás Maduro of Venezuela during a news conference last year. Alejandro Cegarra for The New York Times

The Venezuelan watchdog group Foro Penal says there are now 85 people with foreign citizenship wrongfully detained in Venezuela, the largest number the group has ever counted.

While Mr. Grenell was able to secure the release of six Americans in January, and then Mr. St. Clair in May, many more U.S. citizens and permanent residents remained in Venezuelan custody or were recently captured.

The State Department deal that had been in the works with Venezuela included stern warnings that suggested severe consequences if more prisoners were taken after the swap, one of the people said.

Jetzy Arteaga, whose son, Carlos Cañizales Arteaga, has been held in El Salvador since March after migrating to North Carolina, said she was eager to see the deal revived.

"At first, when we heard that our sons were being used as bargaining chips, this offended us a lot," Ms. Arteaga said. "Our sons are not bargaining chips. But now we realize there is no other option."

Annie Correal contributed reporting.

**Frances Robles** is a Times reporter covering Latin America and the Caribbean. She has reported on the region for more than 25 years.

**Julie Turkewitz** is the Andes Bureau Chief for The Times, based in Bogotá, Colombia, covering Colombia, Venezuela, Bolivia, Ecuador and Peru.

**Zolan Kanno-Youngs** is a White House correspondent for The Times, covering President Trump and his administration.

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: White House Botches Swap Of Detainees

# EXHIBIT 7

# 10 Americans freed in prisoner swap between U.S., El Salvador and Venezuela

⊙ cbsnews.com/news/prisoner-swap-us-venezuela-el-salvador

Caitlin Yilek, Sara Cook, Margaret Brennan                                    July 18, 2025

[Politics](#)

By

Sara Cook,

Jose Diaz

Updated on: July 18, 2025 / 6:09 PM EDT / CBS News

*Washington* — Ten Americans are en route to the U.S. after a prisoner swap involving the U.S., El Salvador and Venezuela, Secretary of State Marco Rubio said Friday.

The Americans were freed from Venezuela in exchange for El Salvador returning 252 Venezuelans who were deported from the U.S. to a notorious Salvadoran prison earlier this year, senior administration officials said, alleging the released Venezuelans were members of the gang Tren de Aragua.

A former Navy SEAL, [Wilbert Joseph Castaneda](#), is among the Americans released, three sources told CBS News. Castaneda was detained in Venezuela last year while on personal travel.

"We have prayed for this day for almost a year. My brother is an innocent man who was used as a political pawn by the Maduro regime," Castaneda's family said in a statement. The family said he had suffered several traumatic brain injuries during his 18 years in the Navy that "impaired his judgment and risk mitigation" and "led him to make a bad decision to travel to Venezuela."

The U.S. has warned Americans against traveling to Venezuela or near its borders, citing the risks of wrongful detention.

"Until today, more Americans were wrongfully held in Venezuela than any other country in the world," Rubio said in a statement that credited "President Trump's leadership and commitment to the American people."

"Every wrongfully detained American in Venezuela is now free and back in our homeland," Rubio added.

The U.S. Embassy in Venezuela posted a [photo](#) of the freed Americans with U.S. diplomat John McNamara.



Ten Americans who were freed from Venezuela in a prisoner swap on Friday, July 18, 2025. U.S. Embassy in Venezuela

As part of the deal, the Venezuelan government also released dozens of people who were described as Venezuelan political prisoners and detainees, a senior administration official said.

Salvadoran President Nayib Bukele wrote on X that his country "handed over all the Venezuelan nationals detained in our country, accused of being part of the criminal organization Tren de Aragua," in exchange for "a considerable number of Venezuelan political prisoners … as well as all the American citizens it was holding as hostages."

The Trump administration deported more than 200 male Venezuelan citizens to El Salvador in March, accusing them of being part of the transnational gang Tren De Aragua. Mr. Trump invoked an 18th-century wartime law, the Alien Enemies Act, to order officials to quickly deport many of the Venezuelan migrants, deeming them a threat to the U.S. The Salvadoran government has held many of the detainees in a supermax prison called the Terrorism Confinement Center, or CECOT.

In May, the Supreme Court extended a pause on deportations of Venezuelan migrants detained in northern Texas while they challenge their removals under the wartime law.

Some of the families of the Venezuelan deportees have denied that they have gang connections, and a "60 Minutes" investigation in April found that most of the detainees did not have criminal convictions.

The Venezuelan government confirmed Friday's swap, saying in a statement it "has achieved the release of the 252 Venezuelan citizens who remained kidnapped and subjected to forced disappearance in a concentration camp, known as CECOT, in the Republic of El Salvador."

## Officials describe "down-to-the-wire" deal

A senior administration official said the deal with El Salvador and Venezuela was "essentially down to the wire." The flight carrying the detainees took off from Venezuela at around 3:40 p.m. ET and left Venezuelan airspace at around 3:55 p.m. The official alleged the Venezuelan government took "one last stand" by briefly delaying Friday's swap as a "power flex."

The prisoner swap was arranged as Venezuela faces intense U.S. sanctions that limit the country's once-lucrative oil industry, and came one day after the Trump administration imposed sanctions on six leaders and affiliates of Tren de Aragua. A senior administration official said Friday's deal was "humanitarian in nature" and there was "not a discussion of sanctions whatsoever."

Rubio credited Bukele — who has cast himself as a key ally in Mr. Trump's deportation push — for the swap. Bukele posted on X that his government initially proposed the swap to Venezuela's government in April.

> Ten Americans are are their way home from detention in Venezuela! Thanks to @POTUS, @SecRubio, @usembassyve, @aboehler and many others for your support bringing Americans home pic.twitter.com/0InxkBEZ9S
>
> — Special Presidential Envoy for Hostage Affairs (@StateSPEHA) July 18, 2025

James LaPorta, Charlie D'Agata, S. Dev, Camilla Schick, Eleanor Watson, Olivia Gazis and Camilo Montoya-Galvez contributed to this report.

## More from CBS News

- **Sacramento-area voices are hopeful after Middle East ceasefire, releases**

  

- **[Watchdog group seeks probe of Comey, Letitia James cases](#)**



- **[Michigan congressional candidate speaks out after alleged threat by OU student](#)**



- **[20 members of gang labeled a terror group by U.S. escape prison](#)**



# EXHIBIT 8

# Trump admin proposed sending up to 500 alleged Venezuelan gang members during negotiations to use El Salvador's mega-prison

CNN **cnn.com**/2025/04/28/politics/trump-el-savador-prison-negotiations

By Jennifer Hansler and Priscilla Alvarez , CNN                                    April 28, 2025



This handout photo from Press Secretary of the President of El Salvador show US military personnel escorting an alleged gang member to El Salvador's Cecot prison at the El Salvador International Airport in San Luis Talpa, El Salvador, on April 12.

Press Secretary of the President of El Salvador/Reuters

*CNN* —

The United States proposed sending up to 500 Venezuelan migrants with alleged ties to the Tren de Aragua gang to El Salvador as the two governments sought to reach an agreement on the use of the Central American nation's [notorious mega-prison](#), according to emails seen by CNN.

The details of the arrangement, which have not been previously reported, reveal the Trump administration's deal-making with El Salvador to take the unprecedented step of sending migrants to the country to be detained in CECOT, officially known as the Terrorism Confinement Center.

El Salvador eventually agreed to accept up to 300 people in mid-March, according to an internal document. A US official described 500 as a "notional" figure, adding that the arrangement between the two countries is a "cooperation agreement but in a friendly non-binding fashion," and still stands.

President Donald Trump has lavished praise on El Salvador's Trump-friendly President Nayib Bukele, telling reporters earlier this month "he's doing a fantastic job." "He's been amazing," Trump said. "They have some very bad people in that prison," he added referring to CECOT.

Trump officials have long touted El Salvador as a key ally to the administration's immigration agenda — but deportation flights carrying 238 Venezuelan migrants to the country last month sparked a fraught legal battle and fierce criticism from Democrats and immigrant advocates.

Prior to those flights, though, the United States had been setting up a costly arrangement with El Salvador to detain migrants with alleged ties to Tren de Aragua, a Venezuelan gang that the administration labeled a foreign terrorist organization.

The US has approved $15 million in foreign affairs funding to be sent to El Salvador. But, as of late April, just under $5 million has been sent in the form of a grant to El Salvador's government, according to two sources familiar. According to the US official, the Trump administration is providing compensation per individual imprisoned in the country which is why another tranche of money hasn't been sent yet.

The proposed arrangement included the US providing transportation and related costs and paying a one-time maintenance fee of $10 million, about $20,000 per person sent to the facility, according to emails sent between Bukele's brother Ibrajim and Michael Needham, the counselor and chief of staff to Secretary of State Marco Rubio days before the deportation flights departed.

"Upon all nine being returned, (El Salvador) will provide (US government) a 50% discount for Year 2, if necessary, of the original TdAs," one email reads, referring to a request by the El Salvadoran government of certain MS-13 members.

The US official told CNN that deportations of MS-13 gang members, particularly of its leaders, was a priority for Bukele, and the Trump administration agreed.

Prior to the correspondence between Bukele's brother and Needham, Rubio and the Salvadoran president discussed detaining US deportees during Rubio's visit in February.

## 'Reasonable' terms

Ibrajim Bukele described the terms as seeming "reasonable" and requested requirements for the inmates who would be deported there. Needham told him that the "baseline requirements do not differ from El Salvador's for the treatment of prisoners, as both are in accordance with international legal norms."

While he asked for the agreement to be limited to 500 members of Tren de Aragua, Needham added the US "would like to keep the door open for a separate discussion on how the USG can help El Salvador with a new facility in the future."

A day before the March 15 flights, El Salvador's government agreed to accept up to 300 alleged Tren de Aragua members for up to one year, as well as two alleged MS-13 members, according to the internal document seen by CNN.

Rubio and President Bukele also spoke again prior to the flights.

"The United States has provided funding for El Salvador's law enforcement and anticrime needs in connection with the Government of El Salvador's offer to receive Venezuelan Tren de Aragua gang members removed from the United States," a State Department spokesperson told CNN.

"The United States is fully engaging with our regional partners, including El Salvador, to put an end to the exploitation and deaths that stem from illegal immigration, which can also involve human trafficking and alien smuggling," they said.

"As countries continue to work with us in securing our borders and addressing illegal immigration, we will provide assistance as necessary in support of these collaborative efforts," the spokesperson said. "Our goal is to ensure that our partners are well-equipped to handle the challenges they face, ultimately contributing to a more stable and secure region."

During a meeting between Trump and Bukele in the Oval Office, Trump urged the Salvadoran president to build more mega-prisons, like CECOT, and signaled that deportees could also include US citizens who are violence criminals.

A formal notice of the $4.76 million grant to El Salvador, dated March 22, notes the purpose of the grant "to provide funds to be used by Salvadoran law enforcement and corrections agencies for its law enforcement needs, which include costs of detaining the 238 TdA members recently deported to El Salvador," according to the internal document seen by CNN.

Migrants sent to CECOT are considered to be in Salvadoran custody, according to US officials, and therefore no longer in the control of the US despite payments from the United States.

CNN previously reported that the Trump administration was preparing to send more immigrants to CECOT on the heels of a Supreme Court decision allowing the use of the centuries-old Alien Enemies Act, which effectively wipes away due process and allows for the swift removal of migrants.

"It's one of the reasons I went to El Salvador last week was a visit with the president. Asked him to continue to take terrorists from the United States of America that no longer belong here," Homeland Security Secretary Kristi Noem said following a trip to El Salvador.

But across the country, cases have cropped up contesting the removal of migrants under the wartime authority for fear that they may be sent to El Salvador and never returned. Since the flights in March, multiple attorneys have shared stories of clients who were deported to El Salvador with no ties to Tren de Aragua.

A federal judge in New York blasted the Trump administration last week for its use of the notorious prison in El Salvador for ICE detainees.

The comments came during a hearing in a case with a pending habeas petition filed by the ACLU on behalf of a class of Venezuelan immigrants facing removal under Trump's invocation of the Alien Enemies Act.

"These people are being thrown out of the country because of tattoos," Judge Alvin Hellerstein said in court last Tuesday. "There is nothing in this statute or proclamation that authorizes the United States of America to hire a jail in a foreign country for people could be subjected to cruel and unusual punishment not allowable in the United States jails."

# EXHIBIT 9

An official website of the United States Government    Here's how you know

Home  >  …  > Welcoming the Release of U.S. Nationals and Politi…

# Welcoming the Release of U.S. Nationals and Political Prisoners Held in Venezuela

**PRESS STATEMENT**

**MARCO RUBIO, SECRETARY OF STATE**

JULY 18, 2025

Today, thanks to President Trump's leadership and commitment to the American people, the United States welcomes home ten Americans who were detained in Venezuela. Until today, more Americans were wrongfully held in Venezuela than any other country in the world. It is unacceptable that Venezuelan regime representatives arrested and jailed U.S. nationals under highly questionable circumstances and without proper due process. Every wrongfully detained American in Venezuela is now free and back in our homeland.

I want to thank my team at the State Department, as well as our interagency partners, and especially El Salvador's President Nayib Bukele, for their work to secure these long-awaited releases and their efforts to ensure the safety of U.S. nationals both at home and abroad. Our commitment to the American people is clear: we will safeguard the well-being of U.S. nationals both at home and abroad and not rest until all Americans being held hostage or unjustly detained around the world are brought home.

We also welcome the release of Venezuelan political prisoners and detainees that were also released from Venezuelan prisons. The Trump Administration continues to support the restoration of democracy in Venezuela. The regime's use of unjust detention as a tool of political

Cookie Settings

10/13/25, 2:17 PM    Welcoming the Release of U.S. Nationals and Political Prisoners Held in Venezuela - United States Department of State

Case 1:25-cv-00766-JEB    Document 177-12    Filed 10/15/25    Page 72 of 84

repression must end. We reiterate our call for the unconditional release of remaining unjustly and arbitrarily detained political prisoners and foreign nationals.

---

TAGS

Bureau of Western Hemisphere Affairs        El Salvador        Office of the Spokesperson

The Secretary of State        Venezuela

---

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

America 250

---

10/13/25, 2:17 PM
Welcoming the Release of U.S. Nationals and Political Prisoners Held in Venezuela - United States Department of State

Case 1:25-cv-00766-JEB   Document 177-12   Filed 10/15/25   Page 73 of 84

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

# EXHIBIT 10

Case 1:25-cv-00766-JEB    Document 177-12    Filed 10/15/25    Page 75 of 84

# 'Can We Extradite Him?' How U.S. Officials Grappled With the Release of a Triple Murderer

The decision to free an American convicted of murder in a prisoner swap with Venezuela threatened to undercut President Trump's claims of keeping the worst of the worst out of the United States.

---

 **Listen to this article · 4:35 min**   Learn more

**By Hamed Aleaziz, Julie Turkewitz and José Bautista**
Hamed Aleaziz reported from Washington, Julie Turkewitz from Bogotá, Colombia, and Jose Bautista from Madrid.

Aug. 1, 2025

By the time the United States was extracting a group of Americans and legal U.S. residents from a prison in Venezuela last month, some State Department officials had come to an uncomfortable realization.

One of the prisoners had been convicted of murdering three people in Spain in 2016. And soon he would be on his way home, having his photo taken alongside those deemed by the United States to have been wrongfully imprisoned in Venezuela.

How were they going to explain that to the American people?

On July 18, the day of the prisoner release, U.S. officials tried to figure out whether and how to acknowledge that Washington was bringing home Dahud Hanid Ortiz, whose case seemed to undercut President Trump's claims of keeping the worst of the worst out of the United States.

In an internal email exchange that was obtained by The New York Times, State Department officials debated whether to include Mr. Hanid Ortiz in a public statement to be published that afternoon about the people being released, 10

including him.

"We had understood that we don't want to refer to him as a hostage or wrongfully detained, which is why we said nine," a press official wrote.

Michael Kozak, the career official who oversees diplomacy in the Western Hemisphere, replied: "Well then we probably should not have asked for him. Can we now extradite him to Spain? We did get the S.O.B. released."

Finally, Mr. Kozak made the decision to include him: "Well I would stick with 10 as we did ask for and receive 10." He added that the fact that at least one "is a bum does not change that fact."

That afternoon, Secretary of State Marco Rubio released a statement saying that Mr. Trump's leadership had led to the release of the "10 Americans."

"Every wrongfully detained American in Venezuela is now free and back in our homeland," Mr. Rubio said in the statement.

At some point, however, U.S. officials started referring to "nine" people instead of 10.

In a statement, an official from the State Department said: "We do not comment on allegedly 'leaked' emails. We are very pleased that nine innocent, wrongfully detained Americans have been freed from Venezuela. The Trump administration is committed to law and order; violators will be held accountable for their crimes."

Mr. Rubio was not included in the email conversation about how to identify Mr. Hanid Ortiz.



Mr. Hanid Ortiz, in the back row on the right, in a blue cap with flag in hand, standing with the other U.S. citizens and permanent residents released from Venezuela. John McNamara, a State Department official, stands in the middle.  Special Presidential Envoy for Hostage Affairs

The State Department has not responded to questions about why the administration decided to include Mr. Hanid Ortiz among those freed from Venezuelan detention, whether it was an oversight or purposeful, and when exactly they learned about his record.

Mr. Hanid Ortiz, 54, a citizen of the United States and Venezuela, is now living as a free man in the United States, according to two people with knowledge of the case.

A 19-year U.S. Army veteran who served for a year in Iraq, Mr. Hanid Ortiz was expelled from the military after pleading guilty to fraud and larceny.

In 2016, according to Venezuelan court documents, he sought to kill a lawyer in Madrid who he believed had a relationship with his wife. When he arrived at the lawyer's office he killed two women there, as well as a man he mistakenly believed

Case 1:25-cv-00766-JEB   Document 77-12   Filed 10/15/25   Page 78 of 84

was the lawyer.

The deaths were violent, according to an extradition request by the Spanish government that was included in the Venezuelan records. One woman was killed with a large knife or machete. Another was likely killed with an iron bar. Afterward, Mr. Hanid Ortiz fled to Germany and eventually to Venezuela.

The Venezuelan Constitution does not allow the extradition of its citizens, so he was tried in Venezuela, found guilty and sentenced to three decades in prison in 2023.

Now that Mr. Hanid Ortiz is in the United States, Manuel Ollé Sesé, a professor of International Criminal Law at the Complutense University of Madrid, said that he believed Spain had the legal ability to extradite him.

"The murderer is convicted in Venezuela, but has not served his sentence," he said, "so Spain could prosecute him since it would be an exception to the principle of 'ne bis in idem,' that is, double jeopardy."

A person at the Spanish attorney general's office who was not authorized to speak publicly said that the office's criminal cooperation unit was studying the case.

**Hamed Aleaziz** covers the Department of Homeland Security and immigration policy for The Times.

**Julie Turkewitz** is the Andes Bureau Chief for The Times, based in Bogotá, Colombia, covering Colombia, Venezuela, Bolivia, Ecuador and Peru.

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: U.S. Officials Struggle to Justify Release of a Triple Murderer

# EXHIBIT 11

*Democracy Dies in Darkness*

# U.S.-Venezuela prisoner swap frees Americans for migrants in El Salvador

The Venezuelans, labeled terrorists and violent criminals by Trump, had been deported to the notorious CECOT prison, setting off a tense legal battle over executive power.

Updated July 18, 2025

By Karen DeYoung and Samantha Schmidt

More than 250 Venezuelans deported in March by the Trump administration and flown to a high-security prison in El Salvador were sent home Friday in exchange for 10 American citizens and permanent U.S. residents imprisoned in Venezuela by the government of President Nicolás Maduro.

The swap at least partially ended one of the most controversial episodes of President Donald Trump's second term — the secret removal under a 1798 wartime law and indefinite incarceration without charge of Venezuelan migrants he said were members of a "terrorist" gang. Legal challenges to those actions continue.

In a carefully coordinated series of events following months of negotiations among Washington, Caracas and San Salvador, the 252 Venezuelans were bused from El Salvador's Terrorism Confinement Center (CECOT) to be picked up by two aircraft sent from Venezuela. Simultaneously, a U.S.-chartered Gulfstream plane departed a small Georgia airport carrying U.S. diplomatic officials and medical personnel en route to Caracas.

Salvadoran President Nayib Bukele later said in a social media post that the releases meant his government had now handed over "all the Venezuelan nationals detained in our country." He said Maduro had also released a number of domestic political prisoners as part of the deal.

In a statement issued after the departing U.S. plane cleared Venezuelan airspace with the Americans aboard about 4 p.m., Secretary of State Marco Rubio said that more Americans had been wrongfully jailed "under highly questionable circumstances without proper due process" in Venezuela than in any other country. He said that "every wrongfully detained American" in Venezuela was now free.

**Trump presidency**

We're tracking Trump's progress on campaign promises and legal challenges to his executive orders and actions.

Maduro has often accused the CIA and American mercenaries of infiltrating Venezuela in plots to overthrow his government. Successive U.S. administrations have accused him of electoral fraud and human rights abuses and imposed economic sanctions.

The State Department has long warned against travel to Venezuela, where Maduro has used arrests of Americans as bargaining tools. Ten Americans were freed in late 2023 in exchange for the Biden administration's release of a U.S.-imprisoned close Maduro ally. Seven were freed earlier this year in previous deals negotiated by the Trump administration.

The names of those released by Caracas on Friday were not provided. Although Rubio and senior administration officials who briefed reporters on the exchange described them all as "Americans," another official called that a "colloquial" expression and said five are U.S. citizens and five are permanent U.S. residents, or green-card holders. The officials spoke on the condition of anonymity under rules set by the White House.

Advisers to relatives of two of the released citizens provided statements. Lucas Hunter's family has said he was on a windsurfing trip in Colombia near the Venezuelan border in January when he was "kidnapped" and arrested by Venezuelan border guards. "We are grateful that President Trump has made this issue a priority for his team," Hunter's sister, Sophie Hunter, said Friday.

Venezuela had alleged that Wilbert Castañeda Gomez, a decorated former Navy SEAL, was part of a plot to assassinate Maduro when he was arrested while on vacation in August. "My brother is an innocent man who was used as a political pawn by the Maduro regime," Christian Castañeda said.

A statement released by the Venezuelan government said that all of the Americans had been "under judicial orders for their proven participation in serious crimes against the country, the independence and the security of the nation." The statement also said, in an apparent reference to the release of political prisoners, that "alternative measures" — usually referring to home detention and regular check-in — had been granted to "a group of Venezuelan citizens who remain detained ... for their participation in the commission of common crimes and crimes against the constitutional order." Later official statements said 80 had been released, although no names were given.

Earlier Friday, a plane arrived in Caracas carrying seven young children who Interior Minister Diosdado Cabello said had been "kidnapped" by the United States when U.S. agents separated them from their deported parents. The return of the children was part of the new exchange agreement, according to a person informed of the deal who spoke on the condition of anonymity because they were not authorized to discuss it. They were brought to Venezuela aboard a regular U.S. deportation flight from Houston. It was unclear who had custody of them in the United States, where Cabello said the return of 25 more was being negotiated with the Trump administration.

Friday's swap was a remarkable development after Trump, in a high-stakes early bid to claim executive power and prove he was serious about ridding the country of illegal migrants, did not follow a court order, which was issued as the deportation planes to El Salvador were midflight or preparing for takeoff March 15, to halt or reverse the removals. The administration never provided a complete list of the Venezuelans' identities and subsequently told courts it had no power to force or even ask El Salvador to return them.

Many of the Venezuelan prisoners were sent on the March 15 flights within days of being rounded up at their U.S. homes or workplaces. They arrived in shackles at El Salvador's CECOT prison under an unpublicized agreement between Rubio and Bukele, whose government was paid to incarcerate them.

One senior administration official said that Bukele's initial offer to accept the prisoners provided the "opportunity" to initiate negotiations for an exchange.

Trump's sudden invocation of the 1798 Alien Enemies Act to justify more than half of the removals launched a torrent of legal challenges. Federal courts have halted deportations under the act now, although they have issued differing opinions on whether Trump has the power to use it. The Supreme Court has not ruled on the question but has said that the law requires potential deportees be given an opportunity to challenge their removal.

The rest of the deported prisoners were sent to El Salvador under regular deportation procedures. The administration said, without presenting evidence, that many were violent criminals. As the Venezuelans simply disappeared, none were given an opportunity to challenge their detention or deportation, and family members were not informed. Inmates at the prison are not allowed any contact with the outside world.

Maduro had demanded the return of the Venezuelans, who he said had been "kidnapped," as a point of national honor, after Bukele offered in April to send them home if Maduro would free all U.S. citizens he was holding as well as dozens of imprisoned domestic political opponents.

But an exchange being negotiated by the State Department in May was scotched when it collided with separate negotiations being secretly conducted by presidential envoy Richard Grenell, who told Trump he had persuaded Maduro to resume suspended deportation flights to Caracas in return for the release of the Americans. The State Department eventually resumed talks leading to the final deal.

For the returned Venezuelans, the agreement ended four months of confinement in what both Salvadoran and U.S. human rights groups have called one of the most brutal facilities in the hemisphere, where those detained were deprived of access to lawyers or their families.

Questioned about his justification days after the deportations, Trump told reporters the Venezuelans were "bad people. ... When you look at the crimes they have committed, you don't get worse than that. These are ... drug dealers, drug lords, people from mental institutions."

Homeland Security Secretary Kristi L. Noem, on a visit to the prison in late March, filmed and posted a video warning potential migrants of their fate as she stood before dozens of shirtless men with shaved heads, stacked on three levels of shelves inside a cell. They should remain in the megaprison, built to house 80,000, "for the rest of their lives," she later said.

Trump claimed authority to invoke the Alien Enemies Act, which requires invasion by a foreign power, by saying most of the deportees were members of Tren de Aragua, a Venezuelan gang active in the U.S. that he had designated a terrorist group. The administration said its activities constituted an invasion under the act since the gang was under the control of the Maduro government — something U.S. intelligence later put in doubt.

In the Friday briefing, a senior administration official said "all" of the 252 deportees returned to Venezuela were "members of Tren de Aragua," a sweeping assertion for which the administration has never provided evidence.

But numerous news reports and court filings have indicated that many of the Venezuelans were not violent criminals, much less members of the gang. Some of those sent to El Salvador had been legally living in the U.S. — including Kilmar Abrego García, one of 23 Salvadorans included on the flights. When a federal judge in Maryland ordered him returned, the administration said it had no power to do so, since all of the deportees were now under the "custody of a foreign nation" and the matter was out of U.S. hands.

Abrego, a Maryland resident, was returned to the U.S. last month, only to face federal charges of migrant smuggling, which he denies. U.S. court filings last week by lawyers for more than 100 Venezuelans challenging their deportations and imprisonment in El Salvador included an acknowledgment by Bukele officials that the U.S., not El Salvador, has "the jurisdiction and legal responsibility" for them.

Lee Gelernt, an American Civil Liberties Union attorney and lead counsel for the migrants, said Friday that lawyers are still pursuing due process for them and noted that a federal judge in the District of Columbia ruled in June that the government had failed to give them a chance to contest their deportations. That decision is on appeal.

"These individuals have languished incommunicado in a notorious prison known for torture for more than four months with zero due process and now with this latest maneuver the administration appears to be trying to avoid all judicial accountability," Gelernt said in a statement.

Late Friday, the 252 released Venezuelans deplaned on live television at the international airport outside Caracas. Dressed in T-shirts and jeans, their hair grown out, they shouted "Viva," crossed themselves and bumped fists with Cabello, who waited at the bottom of the stairs.

*Justin Jouvenal and Maria Sacchetti contributed to this report.*