IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

## [PROPOSED] ORDER GRANTING PETITIONERS-PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Petitioners-Plaintiffs' ("Plaintiffs") Motion for Preliminary Injunction, and any opposition, reply, and further pleadings and arguments thereto:

Having determined that Plaintiffs are likely to succeed on the merits of their claim that Defendants' removal of Plaintiffs under the Alien Enemies Act without adequate notice and opportunity to contest the government's designation violated due process; that Plaintiffs will suffer irreparable injury in the absence of injunctive relief; and that the balance of hardships and public interest favor a preliminary injunction, it is, therefore,

ORDERED that Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED; and that Respondents-Defendants and their agents, representatives, and all persons or entities acting in concert with them are hereby ORDERED to facilitate Plaintiffs' ability to contest their AEA designations, including submitting a proposal to the Court regarding how they intend to do so.

It is further ORDERED that Plaintiffs shall furnish a $1.00 bond.

Entered on _____, 2025 at _____ a.m./p.m.

_____
The Honorable Chief Judge James E. Boasberg