IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**[PROPOSED] ORDER GRANTING
PETITIONERS-PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This matter came before the Court on the motion of the Petitioners-Plaintiffs ("Plaintiffs") for class certification. Having considered the motion, the memorandum in support, and the record in this case, and having otherwise been fully advised, the Court finds that there is good cause to GRANT the motion and hereby orders as follows:

1. The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are satisfied, including that:

    a. The Class is so numerous that joinder of all members is impracticable;

    b. There are multiple questions of law and fact common to the Class;

    c. The claims and defenses of the representative parties are typical of the claims and defenses of the Class;

    d. The representative parties will fairly and adequately protect the interests of the Class;

    e. Defendants have acted or refused to act on grounds that apply generally to the Class, so that injunctive relief or corresponding declaratory relief is appropriate respecting the Class as a whole.

2. This case is certified as a class action on behalf of: All noncitizens removed from the United States and transferred to the Terrorism Confinement Center (CECOT) in El Salvador on March 15 and 16, 2025, pursuant solely to the Presidential Proclamation entitled, "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua."

3. Named Plaintiffs Frengel Reyes Mota, Andry Jose Hernandez Romero, J.A.B.V., M.A.O.R., G.A.A.A., and M.R.M. are appointed as Class Representatives.

4. Plaintiffs' counsel from the American Civil Liberties Union Foundation, the American Civil Liberties Union of the District of Columbia, and the Democracy Forward Foundation are hereby appointed as counsel for the Class.

IT IS SO ORDERED, this _____ day of _____, 2025

_____

The Honorable Chief Judge James E. Boasberg