IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al., <br><br> *Plaintiffs*; <br><br> LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB <br><br><br><br><br><br> **RESPONDENTS–DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING LAPSE IN APPROPRIATIONS** |

Respondents–Defendants move for a stay of all proceedings in this case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired, and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal agencies named as Respondents–Defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal agencies named as Respondents–Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. And the lapse in appropriations has strained the Department's and Respondents–Defendants' resources and ability to handle cases that do fall within those limited exceptions.

3. Respondents–Defendants therefore request a stay of all proceedings in this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, counsel for Respondents–Defendants will notify the Court as soon as Congress has appropriated funds for the Department. Respondents–Defendants request that, at that point, any pending deadlines for the parties be extended commensurate with the duration of the stay.

5. Counsel for Petitioners–Plaintiffs do not agree to this motion.

Therefore, although the Department greatly regrets any disruption caused to the Court and the other litigants, Respondents–Defendants move for a stay of all

proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                        Respectfully submitted,

                        **Brett A. Shumate**
                        Assistant Attorney General
                        Civil Division

                        **Drew C. Ensign**
                        Deputy Assistant Attorney General
                        Office of Immigration Litigation

                        **August Flentje**
                        Special Counsel for Immigration

                        s/Tiberius T. Davis
                        **Tiberius T. Davis**
                        Counsel to the Assistant Attorney General
                        Civil Division
                        U.S. Department of Justice
                        P.O. Box 878, Ben Franklin Station
                        Washington, DC 20044-0878
                        (202) 514-2000
                        tiberius.davis@usdoj.gov

                        **Anthony Nicastro**
                        Acting Director
                        Office of Immigration Litigation

                        **Ernesto Molina**
                        Deputy Director
                        Office of Immigration Litigation

Dated: October 16, 2025          *Counsel for Respondents–Defendants*