IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br><br>*Plaintiffs*;<br><br>LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB<br><br>**[PROPOSED] ORDER GRANTING RESPONDENTS–DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING LAPSE IN APPROPRIATIONS** |

IT IS HEREBY ORDERED THAT all proceedings in this case are stayed for the duration of the present lapse in appropriations.

IT IS FURTHER ORDERED THAT counsel for Respondents–Defendants shall notify this Court upon the restoration of appropriations to the Department of Justice.

IT IS FURTHER ORDERED THAT, upon the dissolution of this stay, the time period for filing any document or taking any action pending when this order was entered is extended by as many days as this stay lasted.

Dated: _____

_____
Hon. James E. Boasberg
Chief Judge, United States District Court