IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br><br>*Plaintiffs*;<br><br>LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al.,<br><br>*Petitioners–Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' AND PETITIONERS–PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

IT IS HEREBY ORDERED that Plaintiffs' and Petitioners–Plaintiffs' motion for preliminary injunction [ECF 177] is DENIED.

Dated: _____

_____
James E. Boasberg
Chief United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al., <br><br> *Plaintiffs*; <br><br> LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB <br><br><br><br><br><br><br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' AND PETITIONERS–PLAINTIFFS' MOTION TO CERTIFY CLASS** |

IT IS HEREBY ORDERED that Plaintiffs' and Petitioners–Plaintiffs' motion to certify class [ECF 178] is DENIED.

Dated: _____

_____
James E. Boasberg
Chief United States District Judge