# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Liyanara Sanchez,** as next friend on behalf of **Frengel Reyes Mota** *et al.*, <br><br>          Petitioners-Plaintiffs, <br><br> **J.G.G.** *et al.*, <br><br>          Plaintiffs, <br><br> v. <br><br> **Donald J. Trump** *et al.*, <br><br>          Defendants. | Civil Case No. 25-cv-766 |

## NOTICE OF ATTORNEY WITHDRAWAL

Please take notice that I, Brian Netter, hereby withdraw as one of the attorneys of record for Plaintiffs and Petitioners-Plaintiffs in the above-captioned case. The remaining attorneys of record will continue to represent Plaintiffs and Petitioners-Plaintiffs in this case.

November 18, 2025

Respectfully submitted,

  */s/ Brian D. Netter*
Brian D. Netter (DC Bar No. 979362)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org