IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Liyanara Sanchez,** as next friend on behalf of **Frengel Reyes Mota** *et al.*,<br><br>   Petitioners-Plaintiffs,<br><br>**J.G.G.** *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>**Donald J. Trump** *et al.*,<br><br>   Defendants. | **Civil Case No. 25-cv-766** |

## NOTICE OF ATTORNEY WITHDRAWAL

Please take notice that I, Christine Coogle, hereby withdraw as one of the attorneys of record for Plaintiffs and Petitioners-Plaintiffs in the above-captioned case. The remaining attorneys of record will continue to represent Plaintiffs and Petitioners-Plaintiffs in this case.

November 18, 2025

Respectfully submitted,

 */s/ Christine Coogle*
Christine Coogle (DC Bar No. 1738913)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ccoogle@democracyforward.org