AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| J.G.G. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00766-JEB |
| TRUMP, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TRUMP, et al.

Date: 11/19/2025

/s/ John Bailey
*Attorney's signature*

John Bailey (Ohio Bar No. 104260)
*Printed name and bar number*
950 Pennsylvania Ave NW,
Washington D.C. 20530

*Address*

john.bailey@usdoj.gov
*E-mail address*

(202) 514-6993
*Telephone number*

(202) 514-8071
*FAX number*