IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

**PETITIONERS–PLAINTIFFS' RESPONSE TO
THE COURT'S NOVEMBER 24, 2025 ORDER**

In response to this Court's order of November 24, 2025, Petitioners-Plaintiffs ("Plaintiffs") respectfully provide their position on how the Court's fact-finding inquiry should proceed.

First, the Court should immediately require the government to promptly file declaration(s) identifying all individuals involved in the decision not to halt the transfer of class members out of U.S. physical custody on March 15 and 16, 2025, regardless of whether they were the ultimate decision-maker or had direct input into the decision, as well as all those with knowledge of the decision-making process.

Second, once these declarations are filed and depending on what information they disclose, the Court should then determine the appropriate sequence of witness testimony, and the manner in which that testimony should be provided. At this initial stage, Plaintiffs list as potential witnesses only those identified in the whistleblower disclosure of Erez Reuveni, former Acting Deputy

1

Director of the Department of Justice ("DOJ") Office of Immigration Litigation ("OIL"), *see* ECF 158-1 ("Reuveni Disclosure"):

1. Former Acting Deputy Director of OIL Erez Reuveni[1]
2. Deputy Assistant Attorney General Drew Ensign
3. Former Acting Director of OIL August Flentje
4. Counselor to the Deputy Attorney General James McHenry
5. Associate Deputy Attorney General Paul Perkins
6. Senior Counselor to the Secretary of Homeland Security James Percival
7. Acting General Counsel for the Department of Homeland Security Joseph Mazzara
8. Former Acting Assistant Attorney General (now Principal Deputy Assistant Attorney General) Yaakov Roth
9. Former Principal Associate Deputy Attorney General Emil Bove

This list is not intended to be exhaustive: it reflects only those individuals expressly identified in the whistleblower materials. Beyond these individuals, the whistleblower disclosure also makes clear that additional individuals, unnamed in the disclosure, may possess relevant information. For instance, the disclosure states that "other OIL attorneys" attended the Friday, March 14 meeting, but it does not identify those attorneys. Reuveni Disclosure at 7. Likewise, the contemporaneous emails and text messages disclosed by Mr. Reuveni redact the names of some senders and recipients, including individuals with @ice.dhs.gov, @hq.dhs.gov, @usdoj.gov, and @state.gov email addresses who were on email messages regarding the March 15 TRO. ECF 177-

---

[1] In the interest of full disclosure, Plaintiffs note that Democracy Forward Foundation has hired Mr. Reuveni. Democracy Forward Foundation is no longer counsel in this litigation and filed notices of withdrawal for all of its attorneys.

8 (Renewed Mot. for PI, Exh. F) at 16-22, 24. The disclosure further states that Mr. Ensign "emailed DOS [Department of State] counsel" at 7:33 PM on March 15, but it does not identify the individual(s) emailed. Reuveni Disclosure at 12.

In sum, after the government has complied with an initial order by the Court to produce the names of all those individuals involved in the decision not to halt the transfer of Plaintiffs to the physical custody of El Salvador or with knowledge of the decision-making process, the Court will be in a position to decide which individuals should provide testimony, as well as the sequence and manner of that testimony.

If there are live witnesses, Plaintiffs are available December 4 and 5, and the following two weeks of December.

| | |
|---|---|
| Dated: November 25, 2025 | Respectfully submitted, |
| | /s/ *Lee Gelernt* |
| Noelle Smith | Lee Gelernt (D.D.C. Bar No. NY0408) |
| Oscar Sarabia Roman | Daniel Galindo (D.D.C. Bar No. NY035) |
| My Khanh Ngo (D.D.C. Bar No. CA00219) | Ashley Gorski |
| Cody Wofsy | Patrick Toomey |
| Spencer Amdur | Sidra Mahfooz |
| Michael K.T. Tan | Omar Jadwat |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Hina Shamsi (D.D.C. Bar No. MI0071) |
| 425 California Street, Suite 700 | Sean M. Lau (D.D.C. Bar No. NY0680) |
| San Francisco, CA 94104 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| (415) 343-0770 | 125 Broad Street, 18th Floor |
| nsmith@aclu.org | New York, NY 10004 |
| osarabia@aclu.org | (212) 549-2660 |
| mngo@aclu.org | lgelernt@aclu.org |
| cwofsy@aclu.org | dgalindo@aclu.org |
| samdur@aclu.org | agorski@aclu.org |
| m.tan@aclu.org | ptoomey@aclu.org |
| | smahfooz@aclu.org |
| Arthur B. Spitzer (D.C. Bar No. 235960) | ojadwat@aclu.org |
| Scott Michelman (D.C. Bar No. 1006945) | hshamsi@aclu.org |
| Aditi Shah (D.C. Bar No. 90033136) | slau@aclu.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA | Kathryn Huddleston* |
| 529 14th Street, NW, Suite 722 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Washington, D.C. 20045 | 915 15th Street, NW, 7th Floor |
| (202) 457-0800 | Washington, D.C. 20005 |
| aspitzer@acludc.org | (212) 549-2500 |
| smichelman@acludc.org | Khuddleston@aclu.org |
| ashah@acludc.org | |
| | *Barred in Texas and Arizona only; supervised by a member of the D.C. Bar |
| | *Counsel for Petitioners–Plaintiffs* |

4