IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

**NOTICE IN RESPONSE TO SUGGESTION OF CONSOLIDATION**

In their Opposition to Petitioners-Plaintiffs' ("Plaintiffs") Motion for a Preliminary Injunction, Respondents-Defendants ("Defendants") argued that the relief Plaintiffs sought was final in nature rather than preliminary and thus the motion should be denied. ECF 182 at 35. At the hearing, the Court asked the Parties if they would be opposed to consolidating the preliminary injunction with "the Trial on the Merits" under Federal Rule of Procedure 65(a)(2). Tr. 11-12, 21-23. Consolidation requires notice to the adverse party, so the Court asked Defendants if they wished to supplement the record before any consolidation. *Id.* The Court ordered Defendants to file a notice on their position today. Defendants take the following position:

1. Defendants believe that the record is functionally complete in this case and further discovery would not alter the analysis. Thus only legal issues remain.

2. As a result, Defendants do not object to treating the preliminary injunction briefing as cross motions for summary judgment—provided that Defendants' opposition be treated as a cross motion for summary judgment.

3. If the Court treats the pending motion as cross motions for summary judgment, then Defendants do not wish to supplement the record.

Dated: November 25, 2025                              Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Drew C. Ensign**
Deputy Assistant Attorney General
Office of Immigration Litigation

**August Flentje**
Special Counsel for Immigration

*/s/ Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

|  |  |
|---|---|
|  | **Anthony Nicastro** <br> Acting Director <br> Office of Immigration Litigation |
| Dated: November 25, 2025 | *Counsel for Respondents–Defendants* |