UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Respondents. | Civil Action No. 1:25-cv-00766-JEB |

## DECLARATION OF DEPUTY ATTORNEY GENERAL BLANCHE

I, Todd Blanche, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Deputy Attorney General of the United States. In the evening of March 15, 2025, after analyzing this Court's oral statements at the TRO hearing and subsequent written order, then-Principal Associate Deputy Attorney General Emil Bove and I provided privileged legal advice to the Secretary of Homeland Security, through Acting DHS General Counsel Joseph N. Mazzara, regarding the decision whether to continue the transfer of custody of the Alien Enemies Act detainees who had been removed from the United States before this Court issued those pronouncements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December 2025.

_____
Todd Blanche
Deputy Attorney General
U.S. Department of Justice