Leave to file GRANTED

/s/ James E. Boasberg    12/8/25
James E. Boasberg    Date
Chief Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JGG, et al., <br><br> Plaintiffs, <br> v. <br><br> PRESIDENT DONALD J. TRUMP, et al., <br><br> Defendants. | No. 25 Civ. 766 (JEB) |

I, Emil Bove, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am submitting this declaration in response to the court's November 28, 2025 order. ECF No. 196.

2. On March 15, 2025, I was serving as DOJ's Principal Associate Deputy Attorney General. I left that role at DOJ in late-August 2025. DOJ has not authorized me to disclose privileged information in this declaration.

3. Beginning during the morning of March 15, 2025, and throughout that weekend, I monitored developments related to this case.

4. On the evening of March 15, 2025, I was aware of statements by the court during proceedings that day, the court's minute entries, and other public filings on the docket sheet. *See, e.g.*, ECF No. 195 ¶ 3.

5.  Based on my evaluation of those materials, I contributed to privileged legal advice provided to the Secretary of Homeland Security on March 15, 2025—by communicating with Deputy Attorney General Todd Blanche and Acting DHS General Counsel Joseph Mazzara—regarding the transfer of custody of aliens who had been detained pursuant to the Alien Enemies Act and removed from the United States. *See* ECF No. 195 ¶ 4.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2025

/s/ *Emil Bove*
Honorable Emil Bove
Circuit Judge
U.S. Court of Appeals for the Third Circuit