**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **J.G.G.**, *et al.*, |
| **Plaintiffs,** |
| **v.** |
| **DONALD J. TRUMP**, *et al.*, |
| **Defendants.** |

**Civil Action No. 25-766 (JEB)**

**ORDER**

In response to the Court's Order of November 28, 2025, the Government has submitted cursory declarations from Secretary Kristi Noem and attorneys then at the Department of Justice who advised her.  Noem avers that she made "the decision to continue the transfer of custody of the Alien Enemies Act detainees who had been removed from the United States before this Court issued its temporary restraining order in the evening of March 15, 2025."  ECF No. 198-1 (Declaration of Secretary Noem).  As this declaration does not provide enough information for the Court to determine whether her decision was a willful violation of the Court's Order, the Court cannot at this juncture find probable cause that her actions constituted criminal contempt. See United States v. Young, 107 F.3d 903, 907 (D.C. Cir. 1997) (contempt requires finding that (1) court order was "clear and reasonably specific"; (2) "the defendant violated the order"; and (3) "the violation was willful") (internal quotation marks omitted).  A referral for prosecution, consequently, would be premature.

The Court thus believes that it is necessary to hear witness testimony to better understand the bases of the decision to transfer the deportees out of United States custody in the context of

1

the hearing on March 15, 2025.  The events surrounding this decision should shed light on this question.

The Court accordingly ORDERS that:

1. Plaintiffs shall attempt to secure the presence of Erez Reuveni for testimony on December 15, 2025, at 9:30 a.m.;

2. The Government shall produce Drew Ensign for testimony on December 16, 2025, at 2:00 p.m.; and

3. Both sides shall appear in person at such hearings and will have the opportunity to question witnesses.


/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date:  December 8, 2025

2