UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al., ) | Case No. 1:25-cv-766 (JEB) |
|     Plaintiff, ) | |
| v. ) | |
| DONALD J. TRUMP, in his official ) | |
| capacity as President of the United ) | |
| States, et al., ) | |
|     Defendant. ) | |

**Meghan Kelly's Motion for leave to file an amicus Brief to submit additional considerations for civil and criminal contempt or Due Process violations to grant equitable relief in terms of restraining Defendants and government agents within the purview of Constitutional limits**

I Meghan Kelly, pursuant to LCvR 7(o), move the Court to permit me to file a second amicus brief in this case while this court retains Article III authority to consider the additional facts and issues the Court ad parties may consider or not, after more pressing issues are resolved.

I Incorporate all the motions I submitted to the court contained in Docket Item Numbers ("DI") 96 on or about Apr 17, 2025 and DI 104 on or about Apr 22, 2025, including but not limited to, 1. *Amicus petitioner Meghan Kelly's Motion for an exception to pro hac vice rules* 2. *Motion to file amicus curiae Brief and documents without costs or fees including filing fees*, 3. *documents* found at DI 104, and the Amicus Brief docketed at 143, related documents at DI 130 and Order at DI 132 Grant to file amicus brief.

1. The parties have no position on this motion and the attached proposed amicus brief or did not respond with an opposition to my multiple requests on filing an amicus brief on diverse topics and issues relating to this case, including the evidence and issues presented in the attached amicus brief.[1]

---

[1] The undersigned certifies that no party's counsel authored this brief in whole or in part, and that no party, party's counsel, or any other person other than amicus contributed money that was intended to fund preparing or submitting this brief. I sent the attached emails and a draft motion for permission to file a different amicus brief for comment. I incorporate these herein by reference.

1

2. I respectfully seek permission to preserve facts and issues for the record for the parties and the honorable Court to consider during the time Defendant President Trump and other Defendants are under the restraints of the court and the Constitution as the rule of law in order to avert more lawlessness and a schemed dissolution of the United States to cover up the deceptive way money is created and controlled, not to be paid back by design.

3. I seek permission to present issues to protect the Court from impermissible Article I and II members or agents use of impeachment, disciplinary complaints, investigatory, military or purse string powers with the impermissible purpose to affect the outcome of this case by threat to this trial court, with innuendos of threats to the DC Circuit, and US Supreme Court in contravention of Plaintiffs right to fairly petition. US Am I and V. I seek to preserve Plaintiffs 1st and 5th Amendment claims when they have more dire issues to resolve, and cannot divest time, at this time to fairly consider the same as they protect potentially innocent folks from being wrongfully kidnapped, and shipped off to foreign potentially dangerous countries and concentration camps with no opportunity to be fairly be heard.

4. I request permission to aid the Court and the parties by preserving evidence and issues on the record that they may consider as the basis of additional and or alternative reasons for civil and criminal contempt in addition to due process fair opportunity to be heard claims.

5. I seek to aid in protecting petitioners, specifically attorney generals by extending the criminal, fraud exception to the attorney client privilege and additional protections they arguably may specially require, as applied to prevent retaliation by Defendants President Trump and Attorney General Bondi for adhering to this Court's orders. President Trump and others threatened to use the threat of treason to kill members of congress and Special Counsel Jack Smith in the past. It is not far-fetched that he would use treason or even kill his own lawyers if

they sought to do what is right by speaking honestly before the court without threat of retaliation resulting in firings, defamatory remarks, and death if the courts do not specially protect attorney generals, even those who seemingly misbehaved like Drew Ensign because his boss/client may destroy him. That is scary and unfair to his right to petition fairly without government threats by a President Client. Whereas Bove, Bondi and Trump committed more egregious Constitutional infractions in bad faith requiring equitable relief by restraint to protect the fair petition even of US and State Attorney generals. The petition, after all is what grants the Court power to say what the rule of law is, not Congress. Art III, US Am I, V. *Marbury v Madison*, 5 U.S. 137 (1803).

6. Attorney Generals have a conflict of interest that inhibits their capacity to ask this Court to protect them from their client whose powers must be restrained so they may petition fairly, without government threat to do what is right even in the interest of their client boss.

7. If pages permit, I seek to preserve for the record consideration of whether two cases are void, *Trump v. United States*, 603 U.S. 593, 593, 144 S. Ct. 2312, 2318 (2024), granting Trump a license to commit crime unrestrained by the Constitution as law that applies in accord with 5th Amendment Equal Protections and official *Snyder v. United States*, 603 U.S. 1, 5, 144 S. Ct. 1947, 1951 (2024), removing the authority of state and US attorney generals of restraining and correcting government officials for partaking in bribes under 18 USC sections 201 and 666, as violative of Due Process.

8. This Court should be empowered to consider evidence, at a later time, whether the Supreme Court justices' decisions in *Trump* and *Snyder* were based on threats against the justices which unfairly compromised their capacity to do what is right to serve their country by safeguarding the lives and freedoms of the people instead of themselves and their own at the country's expense.

9. *Trump* and *Snyder* relate to this case and additional issues of whether Defendants violated the bribery statutes for material gain by illegally arresting folks, placing folks in detention centers, concentration camps or prisons at home or abroad for bribes and bartered for personal favors by private or foreign partners, aka coconspirators likened to an Eastern District Case where two federal District Court judges profited personally by sending innocent little black children to prison for favors and profit.[2]

10. Those two federal judges were prosecuted. Federal judges are not deemed above the law, nor should Presidents be deemed above the law making the Constitution a lie that does not protect the people from slavery and human sacrifice, but instead allows wrong doers like Defendants to profit off of it.

11. I seek to preserve the questions on the record so the parties and the court may consider these issues of fact and law after more important issues are resolved while the parties have Article III standing and the Court has jurisdiction over issues of first impression.

12. Finally, I seek the court's consideration of restraining Congress's official powers from abuse and the unconstitutional purpose of infringing on the Plaintiffs' right to a fair proceeding at trial, at the Circuit Court and before the US Supreme Court by innuendos of threats and actual threats towards judges or in the alternative favoritism should federal judges rule in the favor of President Trump unfairly in contravention of the 1st and 5th Amendment.

13. Congress need not be a party to restrain their official use of powers to overrule the same by overturning statutes as applied and per se. Thus, Congress need not be a party for this court to find their use of investigatory or impeachment powers to be unconstitutional or void in

---

[2] NPR, the Associated press, *Former judges who sent kids to jail for kickbacks must pay more than $200 million* August 18, 20227:48 AM E https://www.npr.org/2022/08/18/1118108084/michael-conahan-mark-ciavarella-kids-for-cash

4

contravention of due process. With that said, the Federal Circuit Court in *Backertop Licensing LLC v. Canary Connect, Inc.*, 107 F.4th 1335, 1337 (Fed. Cir. 2024) affirmed Delaware Chief Judge Connelly's power to call non-party witnesses FRE 614 to prevent violations of due process or fraud on the court by the non-party, and the monetary fines against the non-party which could apply to particularly law makers who sought to demean, threaten, defund, or remove a judge to affect the outcome. While equitable relief is more powerful, the recent precedent allows the Court to consider calling in members of the other two branches to restrain them within the purview of the Constitutional limits to prevent unfairness or fraud on the court in contravention of the parties right to petition before an impartial not wrongfully threatened forum.[3]

14.     Plaintiffs' desire to receive relief as most important takes precedence. Yet, Plaintiffs may also have additional Due Process rights that were violated in this case that may be brought up for additional relief or at least the Court may choose to enjoin the Defendants from continued violations of parties 1st and 5th Amendment right to a fair petition from government substantial burdens, including but not limited to the form of threats towards the Judge in the case to affect the outcome of the trail court, with the innuendo of threats to the appellate and the US Supreme Court. Such considerations include but are not limited to the misuse of the military and purse string powers which are likely to continue, but will likely evade review if not addressed by this Honorable court and the parties after more urgent matters are addressed. This may be the only case where a judge has an opportunity to bravely do what is right by restraining the highest officials in the government within the purview of the Constitutional limits by law which applies to the President, Congress and the US Supreme Court. Congress need not be a party to deem

---

[3] *Backertop Licensing LLC v. Canary Connect, Inc*., 107 F.4th 1335, 1337 (Fed. Cir. 2024) ("Because civil contempt orders are interlocutory, parties may not appeal civil contempt orders except incident to an appeal from a judgment otherwise appealable. For non-parties, however, the rule is different: Non-party witnesses who are held in contempt may immediately appeal the contempt order");

5

their exercise of official power to commandeer the outcome of this case at trial and more likely at appeal to force an unfavored outcome violates the parties right to a fair proceeding without threats towards a judge.

16. In DE, Chief Judge Colm F. Connelly accepted applications for the US Attorney General for the District of DE, since the sitting attorney general was not confirmed by the Senate within the requisite time. In response, President Trump's attorney appeared to threaten Chief Judge Colms in social media.[4] Third Circuit Court of appeals Judge Bove, the attorney who told his subordinates to lie about the timing of the airplane take off in this case to evade the Court's order, may be in charge of reviewing Chief Judge Connelly's decision. Chief Judge declined to exercise his appointment power on November 6, 2025 in response government pressures which unfairly chilled his exercise of official power.[5]

17. All federal judges are in danger when two branches, the executive and legislative branches misuse their power to affect the public and private people's legal constitutional power to petition fairly in an impartial forum, by threatening the judges, parties or even their own counsel in cases to force the outcome according to government whims by threats or the guise of rewards. These are temptations which eliminate freedom by controls sometimes deceptively and falsely marketed as checks. The only check on all three branches is the fair petition in an article III Court, without which, there is no government founded by the rule of law, just lawless unrestrained tyranny.

---

[4] See, WHYY, First State Focus, *Sen. Coons calls appointment of Delaware's acting U.S. attorney 'probably illegal' Julianne Murray was state GOP chair when the Trump administration installed her without a presidential nomination that requires Senate approval.*, By Cris Barrish, November 26, 2025 .https://whyy.org/articles/julianne-murray-delaware-acting-us-attorney/  Chief Judge Colm. F Connelly's notice not to exercise his authority to select a US Attorney General
https://www.ded.uscourts.gov/sites/ded/files/In%20Re%20The%20Possible%20Appointment%20of%20a%20United%20States%20Attorney.pdf
[5]

6

18. This Court's desire to protect its own function, even handedly in accord with 5th Amendment Equal Protections to affirm even the President and his agents are restrained by the Article III authority limits of the Constitution by conforming with this court's orders, the same as other parties, takes precedence of additional facts and issues I present as amicus to preserve on the record.

19. Nevertheless, the court, the petitioners and our nation face national security threats by the collusion of Article I and Article II members to eliminate the rule of law that binds Americans as a people if the threats are not removed by this Court in this case now.

20. The Defendants filed notice with this Court objecting to Plaintiffs' counsel from partaking in contempt proceedings.

21. I ask the parties and the Court to please consider the substance of contempt as the same substance affecting the rights of the plaintiffs, requiring their continued participation in the case and potential separate due process claims that may be equitably limited by this court while it has jurisdiction and plaintiff's counsel has standing to consider the same. I seek to preserves the choice for Plaintiff's counsel to assert rights in an Article III forum or not by their free choice, not by Defendants forced extinguishment of rights by Defendants objection.

22. The facts herein and in the attached brief may also be worthy of additional civil and or criminal contempt that the court may consider. If the Court does not entertain equitable relief to restrain congress or more importantly the President's official power to the purview of the Constitutional limits that appeared to be violated in a number of ways during this case, more threats will arise especially after January 30, 2025 when another shit down may occur if not stopped.

23. I also want to protect the function of attorney general from threats of treason and possible execution, to threats of retaliation.

24. I pray the Court and parties will accept the attached brief for filing. Irreparable injury will occur if the courts do not take charge of the rule of law that is capable of repetition yet evading review, should the court not consider them while the parties have standing now.

25. Although there is no federal rule of civil procedure or statute governing participation by amicus curiae at the district court level, see *United States v. Gotti*, 755 F.Supp. 1157, 1158 (E.D.N.Y. 1991)[6], a federal district court has the inherent authority to allow participation by amicus curiae to assist the court in its proceedings. *United States v. Louisiana*, 751 F.Supp. 608, 620 (E.D. La. 1990); *United States v.Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987). The decision to accept participation by an amicus is committed to the sound discretion of the court. *Alexander v. Hall*, 64 F.R.D. 152, 155 (D.S.C. 1974). Moreover, this District Court's local rule, LCvR 7(o), appears to permit amicus briefs.

26. For good cause and in the interest of justice to share my unique arguments I respectfully request leave to file an amicus brief in this case.

27. The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the court's attention to law that may otherwise escape consideration. *Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus.*, 694 F.2d 203, 204 (9 Cir. 1982); see also *New England Patriots Football Club, Inc., v. University of Colorado*, 592 F.2d 1196, 1198 n. 3 (1 Cir. 1979) (historically, the role of an amicus was "to aid the court in resolving doubtful issues of law").

---

[6] Federal Rule of Appellate Procedure 29 governs participation by amici in the Courts of Appeal

28. There is no requirement that an amicus be disinterested. *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986); *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9 Cir. 1982). If the Court believes that Meghan Kelly would bring a helpful perspective to legal issues in the case, it is appropriate to allow her to participate as Amicus. See, e.g., *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986) ("perfectly permissible role" for amicus to "take a legal position and present legal arguments in support of it").

29. To the best of my knowledge, "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable by the court." *United States v. Louisiana*, 751 F.Supp. 606, 620 (E.D. La. 1990) Although some courts have required that the amicus possess some "unique information or perspective," this does not require any particular quantum of expertise beyond the expectation that the amicus will add significantly to, not merely parrot, the contributions from the lawyers from the parties. *See Ryan v. CFTC*, 125 F.3d 1062, 1063 (7 Cir. 1997); see also *United States v. Gotti*, 755th F.Supp. 1157, 1158-59 (E.D.N.Y. 1991) (rejecting proffered amicus brief that merely parroted arguments of defendants).

30. In this case Meghan Kelly has considered legal arguments that both the executive branch and congressional branch is limited in the exercise of its official power to preserve both the public and private peoples' Constitutionally vested legal power to petition fairly in accord with due process without threats against petitioners, their counsel or the judges or their family to affect the outcome of cases usurping the independence of the judiciary in violation of separation of Article I, II, and III authority. This includes the imminent economic threats caused by the Art I and II members shut down of the federal government, threats to impeach Judge Boesberg to

commandeer the outcome of the case, and it also includes the wrongful use of military power to evade the law and aide in the overthrow.

31.  I believe the Courts and the parties in this case will face irreparable injury in terms of loss of Constitutional liberties of Article III, and 5th Amendment due process opportunity to be heard before their lives or liberties are vitiated including the First Amendment right to petition.

32.  If the Court believes that Meghan Kelly brings a special perspective to issues in this litigation and that her contribution would be useful to the Court, it is appropriate and well within the Court's discretionary authority to grant her leave to submit her views on amicus.

33.  Meghan asked both democrats and republican State attorney generals to file amicus or otherwise intervene to protect the integrity of the courts by preventing government threats to judges like New York State Supreme Court Judge Merchan's daughter, Chief Judge John James McConnell Jr. of the United States District Court for the District of Rhode Island, or the judge in this case to influence or force the outcome in cases. To her horror, none intervened. Far worse, 25 state attorney generals wrote in support of overturning this Court's past orders on amicus at the US Supreme Court level in this case.

34.  Federal attorney generals are forced to be beholden to Trump. Trump through his agents will seek to fire or retaliate against anyone who appears to think differently than Trump. Thus, their job to protect all federal government officials including the judiciary is chilled by government innuendoes of threats and force in violation of even the public's right to petition fairly in accord with the due process. US Amend I, V. My right to petition has been obstructed by government force too, based on viewpoint of speech contained in petitions.

35. I have a special interest in this case. My DE license to practice law was placed on inactive disabled but for my religious freedom restoration act lawsuit against President Trump where I sought to alleviate a substantial burden upon my exercise of religious beliefs.

36. My religious beliefs in preventing government established compelled religion and unique religious believes on money allows me to outline a model of coining to preserve the United States from imminent harm temporally or permanently in the discretion of the court.

37. I also have special knowledge which may assist the Court and parties to uphold justice in this case. I learned of plans to aid in the overthrow when I ran for office as a democrat in the 38th District against republican Ron Gray in 2018. I see how the Defendants and Republicans are both deceived into conduct contributing to a planned and thus preventable overthrow.[7] I believe the attached brief may help the Court prevent the economic crash and overthrow.[8]

38. I also received recent threats against the State in collusion with others, per the attached email to the parties and others. The police came to my door to request I take down Facebook posts. The police called my elderly, vulnerable parents using threats to request them to persuade me to take Facebook down when they live in Florida in contravention, and I live in DE of US I, XIV.

---

[7] See, See, https://www.newsweek.com/map-shows-where-250-million-acres-public-land-being-sold-off-2086852 (The sale of public lands in the big beautiful bill Trump signed is part of the scheme where NGOs control the resources, to control the government, to eliminate the governments to eliminate the rule of law, to rule unrestrained and instead rewarded by human slavery and sacrifice)

[8] See the Federal Reserve's website at https://www.federalreserve.gov/monetarypolicy/reservereq.htm ("As announced on March 15, 2020, the Board reduced reserve requirement ratios to zero percent effective March 26, 2020") The Federal reserved placed reserve amounts at 0 in 2020, meaning the banks decreased chances they would have reserves to pay back deposits upon demand of customers holding bank accounts. This allows for bank runs where people lose their savings, similar to what occurred in 1907-1908. During this economic crash people are turning towards the banks and taking money to live as lay-offs in the public and private sectors continue. This increases the chances of imminent economic harm.

39. I currently face other potential retaliation and harm. In 2019, I sued the democrats for their refusal to grant an accommodation for my religious belief against fundraising and organized charity as violating the teachings of Jesus Christ in Matthew 6:1-4, per the attached complaint. In 2019, I wanted to run for office again, but I did not. I withdrew the attached complaint due to the pandemic.

40. Recently the democrats and the papers stated there hasn't been a Democrat candidate for the 38th district for over a decade when I ran for office per the attached affidavit.

41. The independent party asked me to run for office. I face other potential constitutional challenges and infractions by preemptive denial of religious accommodations.

42. For more than 20 years I have been retaliated against for the exercise of First Amendment rights by the government or their agents or partners. I have received threats based on religious political beliefs which were ignored by the police.

43. I am likely not going to be okay. I will receive more government backed threats. No one will protect me from. Nevertheless, the fact this court docketed my previous amicus brief at DI 143 is the greatest honor of my life. Thank you.

44. Please allow me to preserve the issues and evidence on the record for the parties and the court to address in this motion and the attached amicus brief to allow me to ask the courts to preserve the United States which was founded in 1789 with the Constitutionally vested power of the fair petition to individuals in the Bill of rights and later Amendments which created a more civilized system of governance.

45. The United States was not formed in 1776 with the following 8 Presidents before George Washinton.[9] The United States government was not founded in 1789 with the first

---

[9] See, https://www.constitutionfacts.com/us-articles-of-confederation/presidents-who-served/ John Hanson (1715-1783), Elias Boudinot (1740-1821), Thomas Mifflin (1744-1800), Richard Henry Lee (1732-1794) John Hancock

President George Washington. Nor was the United States founded by the Judiciary Act of 1789, which is not what granted the Courts power to say what the law is. See, *Marbury v Madison*, 5 U.S. 137 (1803) ("It is emphatically the province and duty of the judicial department to say what the law is")

46. Instead of these rebutted theories not based on truth, the United States was formed in 1791 with the foundation of Constitutional legal grant in the people to assert the rule of law by the civilized fairer means of the petition before an Article III court in a case and controversy. US Am I, V. Without a petition, the court is powerless to say what the rule of law is. The petition is what empowers the Courts to uphold the rule of law.

47. It was until the Constitution legally vested a civilized means to petition that our country was established based on the rule of law that limits the government and private peoples to restrain human sacrifice and slavery for material gain even knowledge. Thus, the United States was founded in 1791 with the establishment of the rule of law based on US Am I, V, and Art III, and is sustained and maintained so long as the rule of law is not dissolved. The rule of law is dissolved when petitions are obstructed from access to a fair not threatened forum.

Wherefore I pray the court grants permission to file the attached amicus brief and grants any relief it may deems just in light of imminent risk to the courts, and the rule of law that sustains the United States in the face of a schemed overthrow.

Dated December 9, 2025

Respectfully submitted,
/s/Meghan Kelly
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court Bar No. 283696

---

(1737-1793), Nathaniel Gorham (1738-1796), Arthur St. Clair (1737-1818), Cyrus Griffin (1748-1810) served as President of the United States in Congress Assembled for one-year terms under the Articles of Confederation

Under religious protest as declaring and swearing violates God's teachings in the Bible, I declare, affirm that the foregoing statement is true and correct.

Dated: December 9, 2025

Meghan Kelly (printed)

Meghan Kelly (signed)