From:  Meg Kelly (meghankellyesq@yahoo.com)

To:  ashah@acludc.org; aspitzer@acludc.org; agorski@aclu.org; awiggins@democracyforward.org; bgirard@democracyforward.org; bnetter@democracyforward.org; cwang@aclu.org; ccoogle@democracyforward.org; cwofsy@aclu.org; dgalindo@aclu.org; edanforth-scott@aclu.org; hshamsi@aclu.org; m.tan@aclu.org; mwaldman@democracyforward.org; mngo@aclu.org; nsmith@aclu.org; ojadwat@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; pboisture@democracyforward.org; srich@democracyforward.org; smichelman@acludc.org; smahfooz@aclu.org; sperryman@democracyforward.org; strivedi@democracyforward.org; lgelernt@aclu.org

Cc:  abhishek.kambli@usdoj.gov; august.flentje@usdoj.gov; christina.p.greer@usdoj.gov; drew.c.ensign@usdoj.gov; ernesto.h.molina@usdoj.gov; tiberius.davis@usdoj.gov; usapae.usattorney@usdoj.gov; usapaw.webmaster@usdoj.gov; usapam.contact@usdoj.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; bradley.silverman@usdoj.gov

Bcc:  matthewkosiorek@comcast.net; braddgrossman@gmail.com

Date:  Sunday, September 28, 2025 at 11:35 AM EDT

Hello,

Thank you for indicating no position previously. I may draft another amicus brief in DC Court 25-766 on issues to prevent the planned overthrow, but I probably can only do one or so at a time because I am limited by page numbers.

Do you have an opinion on the following arguments to prevent the planned overthrow 1. how to prevent or reverse the crash to fully fund the government and its creditors without taxes, 2. prevent a military state 3. prevent a surveillance state, 4. prevent use of disciplinary proceedings to chill or commandeer outcomes of cases not limited to Bondi's complaint against Boesberg and the apparent complaint against Trump's attorneys, 5. deem private partners government agents not protected by the contract clause of the constitution applicable to the states but limited to the constitution under the 14th Am especially to prevent the planned overthrow

It is horrific that Trump is suing Comey and forced removal of a US AG in VA to commandeer a no longer fair right to petition by the public by government force. Thus, I believe we must protect our opponents to help them by free to do what is right.

Trump is so scary I would not put him past killing his opponents even former attorneys for treason.

I sent emails to the DOJs previously, but did not think about 5th amendment violation of due process by an actual Government defendant Bondi to use professional force by filing a complaint in the appellate court too.

The goal is to restore the only check on all three branches limited powers the petition in accord with due process in a case and controversy. US Am I, V, Art III. I want to restore and protect the power of the petition by the people, including public people's attorney generals who are used and thrown away by all three branches based on viewpoint of speech.

Sorry for being so slow. I take the budget default seriously and know there is a way to reverse it.

Thank you,
Meg


I haven't drafted anything yet.


Thank you,
Meg


----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Buskirk Renee (Courts) <renee.buskirk@delaware.gov>; kathleen.vavala@delaware.gov <kathleen.vavala@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Thursday, February 24, 2022 at 04:59:25 PM EST
**Subject:** Concerns Global crash/by planned through inreasing temptations scape goats Bd 11537B

Good evening,

Attached, please find an exhibit to my answer to the petition.  I refer to a book I read which helped me learn more about how money is created and the authors own opinions at the end with which I do not agree on opinions like blaming people for their choices. So, I do not agree with the author's put downs towards my party or name calling like socialism towards ideas that align with my own.

Nor do I agree with thoughtless arguments to have gold or anything other than fiat money back money in bank reserves.

I gave Patty the entire book which she attached as one of her Exhibits at the hearing, and I am attaching herein. It is too big to print out.

In Patty's exhibit 5, there is a page with Trump's interest in black rock, a global entity buying up land.

In the Exhibit 18 attached hereto, you will see that the Great Depression of 1929 was unnaturally caused by bankers to create the need to borrow, waste.

I believe the crisis in Russia was instigated as one of many sources to create waste, to create the need to borrow, to crash the US economy, eliminate the dollar as the world currency and make the United State's interests' in land as a debtor, the Federal Reserve and entities it owes, the creditors' interest, eliminating private property down the line.  The UN's plan seems to seek to save the world through human sacrifice, making it too expensive to use resources, so people use less or go without.  That is the wrong way as opposed to just laws requiring made to last, made to work products, to reduce pollution in the production in replacement parts or products, and laws that prevent harmful use of chemicals.

There is a wicked plan to eliminate fiat currency to electronic currency, which will be transferred to a global currency that seeks to back money by land it takes by increasing desperate conditions and foreclosures and the need to borrow.

The paper I attached to my answer regarding no one will own anything by the World Economic Forum is a legitimate plan. See my answer at Exhibit 19.

The only way I could think of to keep America free and independent was for the President to coin money without debt and interest (Like Presidents Lincoln and Kennedy) to pay off debt, instead of being enslaved to the creditors by selling people and land. (See My Answer Exhibits 13-17)

We are in big trouble, and I think the Court is the only one who can make the President or Congress under Article 1 Section 8 coin to care for the people, by taking away the private central bank's coining to control power, or at least taking charge by coining to care to prevent a planned economic crash and elimination of the dollar and fiat money.

Fiat money makes people freer, not tracked, essentially allowing people to be deemed human capital, a product, instead of free, not for sale, individuals to respect.

The World is in big trouble, and I think the courts, our Courts, are our only hope of a hero, since they have min. contacts to guide President Biden.  I was hoping an attorney general may ask the Courts to reverse or prevent an economic crash or world war since I cannot think of a way to have standing.

I am concerned about others. :(

Thank you,
Meg


Exhibit 18 The creature.pdf
2.6 MB


The Creature From Jekyll Island (1).pdf
6.8 MB

Fw: Activity in Case 1:25-cv-00766-JEB J.G.et.al.v. TRUMP Real Order on Sealed Motion for Leave to File Document Under Seal

From: Meg Kelly (meghankellyesq@yahoo.com)

To: aspitzer@acludc.org; lgelernt@aclu.org; smichelman@acludc.org; ojadwat@aclu.org; cwang@aclu.org; hshamsi@aclu.org; drew.c.ensign@usdoj.gov; august.flentje@usdoj.gov; agorski@aclu.org; bnetter@democracyforward.org; bgirard@democracyforward.org; ernesto.h.molina@usdoj.gov; m.tan@aclu.org; dgalindo@aclu.org; khuddleston@aclu.org; mngo@aclu.org; ashah@acludc.org; andrew.block@aflegal.org; ccoogle@democracyforward.org; smahfooz@aclu.org; abhishek.kambli@usdoj.gov; nsmith@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; edanforth-scott@aclu.org; tiberius.davis@usdoj.gov

Cc: meghankellyesq@yahoo.com; usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; margaret.naylor@delaware.gov; galen.wilson@delaware.gov; bethany.parker@delaware.gov

Bcc: matthewkosiorek@comcast.net; braddgrossman@gmail.com

Date: Thursday, October 16, 2025 at 08:21 PM EDT

Good evening,

I saw that Trump and Defendants filed a motion to stay based on the shut down.

I sent various emails to DOJ regarding my desire to file a second amicus brief, but had difficulty in discerning which issue was most pressing including fully funding the federal government without stealing from Peter to pay Paul.

I oppose the motion filed on behalf of Trump and Bondi today to stay the case due to the shut down because Trump through Bessent has the congressional grant to pay attorney generals, the courts and federal employees. It is all bull shit.

I believe Trump will use attorney generals and throw them away after martial law is declared with no pension or pay.

I also think the other issues I previously alluded as possibilities to brief on are important too.

There are certain books that outline the source the reason for the overthrow schemed down the line, the way money is coined not to pay what is owed to the boomers and the scheme to cover it up while sustaining power.

The 2025 alludes to new corrupt coining models I oppose, and other books suggest fixes I also disagree with. I propose something different that Presidents Lincoln and Kennedy also proposed, and additional differences too. I just did not know whether it was worthy to entertain other planned replacements with the court and DOJ or just brief on my idea. I can send you pages of other folks suggestions with whom I disagree.

I understand DOJ has a conflict of interest and cannot look after itself because Trump may lawlessly kill them by treason or otherwise. So, I want to protect them even if they think my ideas are bad.

I am not trying to hurt anyone here. I think Trump is being played to harm himself for a larger agenda too, but if he keeps firing his own attorneys and staff who may be looking after him, his own attorneys cannot save him. It is scary for his attorneys who also may be looking after him to do so freely without threat of reprisal.

I am backed up the next couple of days.

I already asked position and received no response. I ask it again, and if there is no response I can place that on the record. If you do disagree or have better ideas at least I preserved it for the record should the case be stayed, delayed or closed and reopened down the line under FRCP R 60 or otherwise.

I am copying my opponents in potential other cases and the law librarians because I think risk being eliminated by automation unless some brave court saves us. If they think my ideas stink they may use it against me in a nonattorney amicus brief.

Chief Judge Boesberg kindly granted me permission before per https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.143.0.pdf

I absolutely believe Trump's attorneys will be used and thrown away if someone does not shed light on a path to eliminate the cover up for the new coining model that will contribute to a planned actual overthrow.

Thank you for your consideration.

Very truly,
Meg
Not acting as an attorney
Granted permission as a lay person previously
Retired my DC license in 2018

----- Forwarded Message -----
**From:** DCD_ECFNotice@dcd.uscourts.gov <dcd_ecfnotice@dcd.uscourts.gov>
**To:** "dcd_ecfnotice@dcd.uscourts.gov" <dcd_ecfnotice@dcd.uscourts.gov>
**Sent:** Wednesday, October 15, 2025 at 03:35:22 PM EDT
**Subject:** Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Sealed Motion for Leave to File Document Under Seal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 10/15/2025 at 3:34 PM and filed on 10/15/2025

**Case Name:**          J.G.G. et al v. TRUMP et al
**Case Number:**        1:25-cv-00766-JEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: The Court ORDERS that: 1) Plaintiffs' [176] Motion for Leave to File Under Seal is GRANTED; and 2) Plaintiffs' [176-1], [176-2], [176-3], [176-4] unredacted Declarations are deemed filed under seal. So ORDERED by Chief Judge James E. Boasberg on October 15, 2025. (lcjeb1)**

**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer     aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt     lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman     smichelman@acludc.org, aadetoro@acludc.org

Omar C. Jadwat     ojadwat@aclu.org, o-c-jadwat-2582@ecf.pacerpro.com

Cecillia D. Wang     cwang@aclu.org, aball@aclu.org, amason@aclu.org

Hina Shamsi     hshamsi@aclu.org, hina-shamsi-8661@ecf.pacerpro.com

Drew C Ensign     drew.c.ensign@usdoj.gov, drewensignlaw@gmail.com

August Edward Flentje     august.flentje@usdoj.gov

Kelly Brian McClanahan     kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org, neocount@recap.email

Dan Backer     dbacker@ChalmersAdams.com

Ashley Gorski     agorski@aclu.org, ckreth@aclu.org, kjackson@aclu.org

Brian D. Netter     bnetter@democracyforward.org

Bradley Girard    bgirard@democracyforward.org

Cody H. Wofsy    cwofsy@aclu.org, cody-wofsy-5507@ecf.pacerpro.com

Ernesto Horacio Molina, Jr    ernesto.h.molina@usdoj.gov, Mandamus.OIL@usdoj.gov, Mandamus.OIL-ECFNOTIFICATIONS@usdoj.gov, SpecialLitigationTeam.OIL@usdoj.gov

Steven A. Hirsch    steve.hirsch@calg.com, paralegals@calg.com

Michael King Thomas Tan    m.tan@aclu.org, michael-tan-9223@ecf.pacerpro.com

Daniel Antonio Galindo    dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Kathryn Huddleston    khuddleston@aclu.org, christopher-clay-5259@ecf.pacerpro.com

My Khanh Ngo    mngo@aclu.org, my-khanh--ngo-8340@ecf.pacerpro.com

Aditi Shah    ashah@acludc.org

Andrew Block    andrew.block@aflegal.org, andrew.block@ecf.courtdrive.com, docket@aflegal.org

Christine L. Coogle    ccoogle@democracyforward.org

Sidra Mahfooz    smahfooz@aclu.org

Abhishek Kambli    abhishek.kambli@usdoj.gov

Noelle Smith    nsmith@aclu.org

Oscar Sarabia Roman    osarabia@aclu.org

Patrick Toomey    ptoomey@aclu.org, kjackson@aclu.org, mmchale@aclu.org, patrick-toomey-2001@ecf.pacerpro.com

Evelyn Danforth-Scott    edanforth-scott@aclu.org

Tiberius T Davis    tiberius.davis@usdoj.gov

MEGHAN KELLY    meghankellyesq@yahoo.com

**1:25-cv-00766-JEB Notice will be delivered by other means to::**

Sean Ming-Jun Lau
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004

 Motion filed Oct 16 by Trump asking for a stay.pdf
117 kB

Re: Activity in for Leave to File Document Under Seal

From: Meg Kelly (meghankellyesq@yahoo.com)

To: aspitzer@acludc.org; lgelernt@aclu.org; smichelman@acludc.org; ojadwat@aclu.org; cwang@aclu.org; hshamsi@aclu.org; drew.c.ensign@usdoj.gov; august.flentje@usdoj.gov; agorski@aclu.org; bnetter@democracyforward.org; bgirard@democracyforward.org; ernesto.h.molina@usdoj.gov; m.tan@aclu.org; dgalindo@aclu.org; khuddleston@aclu.org; mngo@aclu.org; ashah@acludc.org; andrew.block@aflegal.org; ccoogle@democracyforward.org; smahfooz@aclu.org; abhishek.kambli@usdoj.gov; nsmith@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; edanforth-scott@aclu.org; tiberius.davis@usdoj.gov

Cc: usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; margaret.naylor@delaware.gov; galen.wilson@delaware.gov; bethany.parker@delaware.gov; meghankellyesq@yahoo.com

Date: Friday, November 21, 2025 at 05:30 PM EST

Tried to send you an email before the hearing. Think I am being surveiled and prevented from filing an amicus. Had trouble listening to the hearing but after multiple attempts and speaking wit the court leaving two messages I got on. One message indicated I could not get on. The next I could. Glad I could hear last hearing.

Could not listen to the previous hearing at all.

Good evening,

I want to apologize since I had personal obligations to attend to and was able to draft a brief in a timely fashion.

ACLU and JGG attorneys please consider asking the court to create new case law regarding protections and disclosures under disciplinary rules to protect attorney generals should a client including the President be using legal process to commit fraud or crime.

Please consider restoring the attorney generals power that the USSC reduced in Snyder regarding the two bribery statutes 18 USC 201 and 666 which I think comes into play for prison, C-Cot, detention center profits, bartered for favors. In Kelly v Trump I alluded to these two statutes because I thought they specifically could be used to prevent the planned overthrow

The Attorney generals cannot present these issues themselves since their client boss is destroying any one who does not do what he compels instead of doing what is right, in a sense Trump Bondi harm themselves and are controlled by giving into temptations too.

I tried to send you an email before.

[The Crime-Fraud Exception to the Attorney-Client Privilege](#)



**The Crime-Fraud Exception to the Attorney-Client Privilege**

The attorney-client privilege does not cover statements made by a client to a lawyer that are meant to further o...

My parents were threatened today, and I have to deal with that despite Chief Judge Boesberg offering to hear motions by Monday. I care about protecting petitioners, even those I disagree with, like Trump's attorneys here. How can we learn we are wrong if we can not share our assertions fairly without threat of gov backed economic, social or even scary physical harm.

Jan 30, 2025 is the next potential shut down. I have ideas to reverse and prevent it without stealing from Peter to pay Paul. I am aware of other people's debts being levereaged to prevent it in lu 12/10/25 by money is printed by lending it into existence from nothing. Businesses are schemed to take over banking. There is harm schemed. We are not stuck though.

Thank you,
Meg
I am so sad that I was prevented from sending this before the hearing so the ACLU may possibly restrain Defendants' from misconduct while not throwing all of the gov attorneys away, albeit Bove misbehaved more gravely by directing attorneys. :(
Look at concentration camp profits, bad faith of defendants by bribes, bartered for favors in contravention of 18 USC 201 and 666 that the US Supreme Court limited in recent case Snyder based on US Supreme Court members being accused of bribery and favors for outcomes too. The case violates due process and limits attorney generals power to prosecute gov officials and should be deemed unconstitutional in violation of due process even by the highest court in the land.
It relates to this case.
In Docket Item filed amicus brief I alluded to the heroes the attorney generals who prosecuted the two EDPA district court judges who placed innocent black children in prison for prison profit. That should be extended to Bondi and Trump or defendants bribed or bartered for favors at C-Cot, concentration camps, the closed alligator Alcatraz with Neural link (brain chips) connections at Miami Hospital and new changes in Florida law making medical malpractice more difficult to prosecute. There is some messed up Hitler like Frankensteinigh medical mayem planned. Look at the policy that the government colludes with private partners by concealing autopsies from the public for 50 years to cover up Frankensteinish experiments.

ACLU can you please try to protect your clients by going after the defendants misconduct and Bove's more egregious conduct while arguing the bad faith rooted in potential bribery, the USSC's violation of DP by serving selves in Snyder, protecting attorney generals by the crime fraud exception to allow them to speak truth safely without reprisal or being killed by Trump, even if you have to ask the USSC to protect them first in order to prevent Trump from accusing them of treason.

Life gets in the way and I have to protect my parents first because they were threatened. I am sorry if I cannot file anything timely.

Thank you,
Meg

"

# The Crime-Fraud Exception to the Attorney-Client Privilege

The attorney-client privilege does not cover statements made by a client to their lawyer if the statements are meant to further or conceal a crime. For this exception to apply, the client must have been in the process of committing a crime or planning to commit a crime. The exception may apply in some types of civil cases as well, such as when a client is planning to perpetrate fraud or another tort. (The line between criminal and civil cases can be blurred because some conduct, such as an assault, can result in both criminal and civil liability.)

Some of the crimes that often arise in this context include crimes that are meant to obstruct an investigation or ongoing prosecution. A client might tell an attorney about their intent to tamper with witnesses or destroy evidence of a crime. They may tell the attorney that they will induce a witness to commit perjury by lying during their testimony, or they may ask the attorney to help them by presenting false evidence. In some cases involving financial crimes, falsifying information about income or hiding assets may trigger the crime-fraud exception.

The Crime-Fraud Exception to the Attorney-Client Privilege

The attorney-client privilege does not cover statements made by a client to their lawyer if the statements are meant to further or conceal a crime. For this exception to apply, the client must have been in the process of committing a crime or planning to commit a crime. The exception may apply in some types of civil cases as well, such as when a client is planning to perpetrate fraud or another tort. (The line between criminal and civil cases can be blurred because some conduct, such as an assault, can result in both criminal and civil liability.)

Some of the crimes that often arise in this context include crimes that are meant to obstruct an investigation or ongoing prosecution. A client might tell an attorney about their intent to tamper with witnesses or destroy evidence of a crime. They may tell the attorney that they will induce a witness to commit perjury by lying during their testimony, or they may ask the attorney to help them by presenting false evidence. In some cases involving financial crimes, falsifying information about income or hiding assets may trigger the crime-fraud exception.

On Friday, November 7, 2025 at 10:55:51 PM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:

There is a plan to reduce and eliminate lawyers especially attorney generals to allow for the planned dissolution of the US by degrading the rule of law that founded it based on the fair petition in 1791 with the Bill of rights. Here is my Motion. I have not started on the brief to fully fund the federal government, esepcially the courts and AGs.

None of you are allowed to help me, but you are allowed to criticize me in a way to help you.

Note, the past case law where the EDPA US Attorney generals were the heroes we needed when two EDPA judges placed innocent black children in jail for prison profit. Look at the connections with prison or detention camps and Bondi.

AI is set up to reduce to eliminate you too. Chief Judge Boesberg did not allow me to use two docket items before. So, I am not sure if I am able to attach books alluding to agendas.

You are not allowed to help me, but you are allowed to criticize my ideas before I file anything to help you protect you all better. AGs will be used and thrown away if no one steps in. Courts will be degraded too. Protecting all petitioners even those I disagree with protects freedom for others too. None are free if only certain clients or positions are protected stifling learning.

I see the Organ ruling against national Guard, and the Nov 6, and 1st Cir and USSC application order issued today regarding funding SNAPS. USSC should not set precedent where its own funding may be cut off because it cuts off the public and private people's Constitutionally vested legal authority to fairly petition it. US I, V.

ACLU thank you for being brilliant and making a difference by upholding justice for all regardless of sex, religion, place of origin. Winning or losing is not most important, doing the right thing is, and no matters what unfolds you are a winner and hero.

Thank you,
Meg

[Rhode Island State Council of Churches v. Rollins, 25-2089 - CourtListener.com](#)



**Rhode Island State Council of Churches v. Rollins, 25-2089 - CourtListen...**

Docket for Rhode Island State Council of Churches v. Rollins, 25-2089 — Brought to you by Free Law Project, a no...

https://storage.courtlistener.com/recap/gov.uscourts.ca1.53495/gov.uscourts.ca1.53495.00108364203.0.pdf?fbclid=IwY2xjawN7nYlleHRuA2FlbQIxMABicmlkETFSbU14UUhuY25kQnZkckFTc3J0YwZhcHBfaWQQMjIyMDM5MTc4ODIwMDg5MgABHnVOazVJ-BChLnnzMFgxTLtCt3sAm9PBzozUYEJr9Fgybu_1nUYjPD46O-7k_aem_JXusfVjau44LdfRI5A6PWw

No. 25A539

| Title: | Brooke Rollins, Secretary of Agriculture, et al., Applicants v. Rhode Island State Council of Churches, et al. |
|---|---|
| Docketed: | November 7, 2025 |
| Lower Ct: | United States Court of Appeals for the First Circuit |
| Case Numbers: | (25-2089) |

Nov 07 2025

The applicants are seeking a stay of two orders of the United States District Court for the District of Rhode Island, case No. 1:25-cv-569. See D. Ct. Minute Entry (Oct. 31, 2025) and Docket Number 34 (Nov. 6, 2025). These orders require the applicants to fully fund benefits for the Supplemental Nutritional Assistance Program ("SNAP") for the month of November, and to distribute that funding by the end of the day on November 7, 2025 (today). Earlier today, the applicants asked the United States Court of Appeals for the First Circuit to stay the District Court's orders pending appeal, and to issue an administrative stay to facilitate its consideration of that stay motion. At 6:08 p.m., the First Circuit denied the applicants' request for an administrative stay, but stated that it "intend[s] to issue a decision on [the stay pending appeal] motion as quickly as possible." *Rhode Island State Council of Churches* v. *Rollins,Ibid*. Given the First Circuit's representations, an administrative stay is required to facilitate the First Circuit's expeditious resolution of the pending stay motion. IT IS ORDERED that the District Court's orders are hereby administratively stayed pending disposition of the motion for a stay pending appeal in the United States Court of Appeals for the First Circuit in case No. 25-2089 or further order of Justice Jackson or of the Court. This administrative stay will terminate forty-eight hours after the First Circuit's resolution of the pending motion, which the First Circuit is expected to issue with dispatch.

On Thursday, October 16, 2025 at 08:21:12 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Good evening,

I saw that Trump and Defendants filed a motion to stay based on the shut down.

I sent various emails to DOJ regarding my desire to file a second amicus brief, but had difficulty in discerning which issue was most pressing including fully funding the federal government without stealing from Peter to pay Paul.

I oppose the motion filed on behalf of Trump and Bondi today to stay the case due to the shut down because Trump through Bessent has the congressional grant to pay attorney generals, the courts and federal employees. It is all bull shit.

I believe Trump will use attorney generals and throw them away after martial law is declared with no pension or pay.

I also think the other issues I previously alluded as possibilities to brief on are important too.

There are certain books that outline the source the reason for the overthrow schemed down the line, the way money is coined not to pay what is owed to the boomers and the scheme to cover it up while sustaining power.

The 2025 alludes to new corrupt coining models I oppose, and other books suggest fixes I also disagree with. I propose something different that Presidents Lincoln and Kennedy also proposed, and additional differences too. I just did not know whether it was worthy to entertain other planned replacements with the court and DOJ or just brief on my idea.  I can send you pages of other folks suggestions with whom I disagree.

I understand DOJ has a conflict of interest and cannot look after itself because Trump may lawlessly kill them by treason or otherwise. So, I want to protect them even if they think my ideas are bad.

I am not trying to hurt anyone here. I think Trump is being played to harm himself for a larger agenda too, but if he keeps firing his own attorneys and staff who may be looking after him, his own attorneys cannot save him. It is scary for his attorneys who also may be looking after him to do so freely without threat of reprisal.

I am backed up the next couple of days.

I already asked position and received no response. I ask it again, and if there is no response I can place that on the record.  If you do disagree or have better ideas at least I preserved it for the record should the case be stayed, delayed or closed and reopened down the line under FRCP R 60 or otherwise.

I am copying my opponents in potential other cases and the law librarians because I think risk being eliminated by automation unless some brave court saves us. If they think my ideas stink they may use it against me in a nonattorney amicus brief.

Chief Judge Boesberg kindly granted me permission before per https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.143.0.pdf

I absolutely believe Trump's attorneys will be used and thrown away if someone does not shed light on a path to eliminate the cover up for the new coining model that will contribute to a planned actual overthrow.

Thank you for your consideration

Very truly,
Meg
Not acting as an attorney
Granted permission as a lay person previously
Retired my DC license in 2018
----- Forwarded Message -----
**From:** DCD_ECFNotice@dcd.uscourts.gov <dcd_ecfnotice@dcd.uscourts.gov>
**To:** "dcd_ecfnotice@dcd.uscourts.gov" <dcd_ecfnotice@dcd.uscourts.gov>
**Sent:** Wednesday, October 15, 2025 at 03:35:22 PM EDT
**Subject:** Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Sealed Motion for Leave to File Document Under Seal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 10/15/2025 at 3:34 PM and filed on 10/15/2025

**Case Name:**         J.G.G. et al v. TRUMP et al
**Case Number:**       1:25-cv-00766-JEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: The Court ORDERS that: 1) Plaintiffs' [176] Motion for Leave to File Under Seal is GRANTED; and 2) Plaintiffs' [176-1], [176-2], [176-3], [176-4] unredacted Declarations are deemed filed under seal. So ORDERED by Chief Judge James E. Boasberg on October 15, 2025. (lcjeb1)**

**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer     aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt     lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman     smichelman@acludc.org, aadetoro@acludc.org

Omar C. Jadwat     ojadwat@aclu.org, o-c-jadwat-2582@ecf.pacerpro.com

Cecillia D. Wang     cwang@aclu.org, aball@aclu.org, amason@aclu.org

Hina Shamsi     hshamsi@aclu.org, hina-shamsi-8661@ecf.pacerpro.com

Drew C Ensign     drew.c.ensign@usdoj.gov, drewensignlaw@gmail.com

August Edward Flentje     august.flentje@usdoj.gov

Kelly Brian McClanahan     kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org, neocount@recap.email

Dan Backer     dbacker@ChalmersAdams.com

Ashley Gorski     agorski@aclu.org, ckreth@aclu.org, kjackson@aclu.org

Brian D. Netter    bnetter@democracyforward.org

Bradley Girard    bgirard@democracyforward.org

Cody H. Wofsy    cwofsy@aclu.org, cody-wofsy-5507@ecf.pacerpro.com

Ernesto Horacio Molina, Jr    ernesto.h.molina@usdoj.gov, Mandamus.OIL@usdoj.gov, Mandamus.OIL-ECFNOTIFICATIONS@usdoj.gov, SpecialLitigationTeam.OIL@usdoj.gov

Steven A. Hirsch    steve.hirsch@calg.com, paralegals@calg.com

Michael King Thomas Tan    m.tan@aclu.org, michael-tan-9223@ecf.pacerpro.com

Daniel Antonio Galindo    dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Kathryn Huddleston    khuddleston@aclu.org, christopher-clay-5259@ecf.pacerpro.com

My Khanh Ngo    mngo@aclu.org, my-khanh--ngo-8340@ecf.pacerpro.com

Aditi Shah    ashah@acludc.org

Andrew Block    andrew.block@aflegal.org, andrew.block@ecf.courtdrive.com, docket@aflegal.org

Christine L. Coogle    ccoogle@democracyforward.org

Sidra Mahfooz    smahfooz@aclu.org

Abhishek Kambli    abhishek.kambli@usdoj.gov

Noelle Smith    nsmith@aclu.org

Oscar Sarabia Roman    osarabia@aclu.org

Patrick Toomey    ptoomey@aclu.org, kjackson@aclu.org, mmchale@aclu.org, patrick-toomey-2001@ecf.pacerpro.com

Evelyn Danforth-Scott    edanforth-scott@aclu.org

Tiberius T Davis    tiberius.davis@usdoj.gov

MEGHAN KELLY    meghankellyesq@yahoo.com

**1:25-cv-00766-JEB Notice will be delivered by other means to::**

Sean Ming-Jun Lau
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004

Case 1:25-cv-00766-JEB J.G.G. et al. v. TRUMP et al. Order on Sealed Motion for Leave to
File Document Under Seal

Case 1:25-cv-00766-JEB   Document 202-1   Filed 12/10/25   Page 12 of 188

Re: Activity in <span>Case 1:25-cv-00766-JEB J.G.G. et al. v. TRUMP et al.</span> Order on Sealed Motion for Leave to File Document Under Seal

From: Meg Kelly (meghankellyesq@yahoo.com)

To: aspitzer@acludc.org; lgelernt@aclu.org; smichelman@acludc.org; ojadwat@aclu.org; cwang@aclu.org; hshamsi@aclu.org; drew.c.ensign@usdoj.gov; august.flentje@usdoj.gov; agorski@aclu.org; bnetter@democracyforward.org; bgirard@democracyforward.org; ernesto.h.molina@usdoj.gov; m.tan@aclu.org; dgalindo@aclu.org; khuddleston@aclu.org; mngo@aclu.org; ashah@acludc.org; andrew.block@aflegal.org; ccoogle@democracyforward.org; smahfooz@aclu.org; abhishek.kambli@usdoj.gov; nsmith@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; edanforth-scott@aclu.org; tiberius.davis@usdoj.gov

Cc: usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; margaret.naylor@delaware.gov; galen.wilson@delaware.gov; bethany.parker@delaware.gov; oag@dc.gov; meghankellyesq@yahoo.com; braddgrossman@gmail.com; matthewkosiorek@comcast.net; usapaw.webmaster@usdoj.gov; info@attorneygeneral.gov; publictrust@delaware.gov

Date: Tuesday, November 25, 2025 at 08:37 AM EST

Hello,

I write to persuade DC Attorney Generals, not US to file an amicus brief concerning other evidence possibly warranting contempt (civil or and criminal) of actual parties trump and Bondi, not merely Attorney now third Circuit Judge Bove. Attached is something I never filed. Note the use of military and money to force outcomes of cases at trial and on appeal in contravention of US Am I, V, I outline in the attached possibly warranting contempt of President Trump and US AG Bondi

I believe there may be bribery and bad faith issues relating to bartered for favor of detention camps, C-Cot, Nuerallink at Miami, and the closed down Alligator Alcatruz. Note the citation in the attached to the law Desantes FL Governor signed to make it more difficult to sue for medical malpractice. I believe that the wrongfully detained prisoners would be used for harmful Hitklerlike Frankensteinish healthcare. Note the unjust policy of the government of concealing autopsies from the public for 50 years after the death of decedents too. Part of the planned overthrow is to use biodigital data and health information.

In statements attached to November 14, 2025 opinion in JGG v Trump, DC Circuit Judge noted Trump misused his Presidential power to call for the impeachment of Chief Judge Boesberg to affect the outcome of the case. This may warrant contempt too.

I also seek someone write to declare the US Supreme Court's finding in Snyder is void for lack of due process since the Court was looking after its own members accused of bribery when it reduced the power of state and US Attorney generals of convicting government officials of bribery under 18 USC sections 201 and 666, and possibly voiding Trump v US Case No 939 granting Trump a license to commit crime based on the fear of the USSC in the lie that their power is based on appearance.

There are three cases were Presidents blatantly violated US Supreme Court. That is not a reflection on the court but on Presidents misbehavior.

USSC is bound by the superseding Bill of Rights and later amendments which restrains its own power to the Constitutional limits to limit its own conduct by the rule of law too meaning it may not violate the right to petition unfairly by partiality to self.
Trump called for the execution of members of congress. Read through the lines. He will eliminate his own counsel's purpose soon if we do not protect attorney generals too, even those we disagree with.

DC attorney generals can you please draft amicus briefs in this matter JGG v TRUMP. Can you please ask the Court to protect the inferior attorney generals like Drew Ensign, as opposed to Bove he committed more grave injustice by directing them to lie please.

Can you please ask Chief Judge to extend the protection afforded to regular lawyers to disclose fraud and evidence to commit crimes. Their client boss President Trump may kill them or call for their execution by treason unless we protect them, as he calls against congress people.

This may be an appealable issue. Trump's attorneys are stuck. It is difficult for them to protect their own fair right to petition without government threat when their boss may kill them and intends to eliminate their purpose by reign by might down the line.

I am sick with allergies now and have personal obligations.

I care, can someone please please please draft an amicus brief to protect the right to petition fairly without government threats even of Attorney Generals. Otherwise, Trump may exacerbate use of military and money to eliminate function of courts which is preserved by the petition, the fair petition.

I want to argue the case in Snyder and Trump v US No. 939 are void since the court looking after its own members in contravention of a fair proceeding. Agency action by the court from the restraining order against the Art I, II and possibly III members to affect the outcome of the case.

So, the US Supreme court would be prone to acknowledge the error with protections of its members and parties.

I believe the petition and the attorney generals function will be removed soon by their own President boss which is necessary to protect by the rule of law not lawless mobster like use of might and money to force their will be done eliminating all freedom while Trump and Bondi are duped to harm themselves too.

I know that ACLU justly seeks to protect their own clients which takes precedence. Just think this will prevent similar cases and injustices too.

Please please DC attorney generals file an amicus brief. Chief Judge Boesberg has jurisdiction over other very important issues now, which is not likely to occur again in this rare most important case, possibly the most important case in our nation's history.

Chief Judge Boesberg at the hearing mentioned notice was important. He granted notice yesterday before the mandate was placed on the docket. He is quite eager to resolve the case, but may miss the other issues that may be left abused and unrestrained if not addressed by petitioners to preserve for the court even by amicus.

Thank you for thinking about it. I ask stances of the parties should I miraculously be able to draft something too. I am not trying to destroy anyone here. I am so scared the other issues will not be preserved because it is most important to protect the wrongfully detained plaintiffs which should and must take precedence, but the other issues should be preserved for the record too in order that petitioners and the court may restrain the government to constitutional limits.


Thank you,
Meg

> On Friday, November 7, 2025 at 10:55:51 PM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:
>
>
> Good evening.
>
> There is a plan to reduce and eliminate lawyers especially attorney generals to allow for the planned dissolution of the US by degrading the rule of law that founded it based on the fair petition in 1791 with the Bill of rights. Here is my Motion. I have not started on the brief to fully fund the federal government, esepcially the courts and AGs.
>
> None of you are allowed to help me, but you are allowed to criticize me in a way to help you.
>
> Note, the past case law where the EDPA US Attorney generals were the heroes we needed when two EDPA judges placed innocent black children in jail for prison profit. Look at the connections with prison or detention camps and Bondi.
>
> AI is set up to reduce to eliminate you too. Chief Judge Boesberg did not allow me to use two docket items before. So, I am not sure if I am able to attach books alluding to agendas.
>
> You are not allowed to help me, but you are allowed to criticize my ideas before I file anything to help you protect you all better. AGs will be used and thrown away if no one steps in. Courts will be degraded too. Protecting all petitioners even those I disagree with protects freedom for others too. None are free if only certain clients or positions are protected stifling learning.
>
> I see the Organ ruling against national Guard, and the Nov 6, and 1st Cir and USSC application order issued today regarding funding SNAPS. USSC should not set precedent where its own funding may be cut off because it cuts off the public and private people's Constitutionally vested legal authority to fairly petition it. US I, V.
>
> ACLU thank you for being brilliant and making a difference by upholding justice for all regardless of sex, religion, place of origin. Winning or losing is not most important, doing the right thing is, and no matters what unfolds you are a winner and hero.
>
> Thank you,
> Meg
>
> [Rhode Island State Council of Churches v. Rollins, 25-2089 - CourtListener.com](#)



**Rhode Island State Council of Churches v. Rollins, 25-2089 - CourtListen...**

Docket for Rhode Island State Council of Churches v. Rollins, 25-2089 — Brought to you by Free Law Project, a no...

https://storage.courtlistener.com/recap/gov.uscourts.ca1.53495/gov.uscourts.ca1.53495.00108364203.0.pdf?fbclid=IwY2xjawN7nYlleHRuA2FlbQIxMABicmlkETFSbU14UUhuY25kQnZkckFTc3J0YwZhcHBfaWQQMjIyMDM5MTc4ODIwMDg5MgABHnVOazVJ-BChLnnzMFgxTLtCt3sAm9PBzozUYEJr9Fgybu_1nUYjPD46O-7k_aem_JXusfVjau44LdfRl5A6PWw

No. 25A539

| | |
|---|---|
| Title: | Brooke Rollins, Secretary of Agriculture, et al., Applicants v. Rhode Island State Council of Churches, et al. |
| Docketed: | November 7, 2025 |
| Lower Ct: | United States Court of Appeals for the First Circuit |
| Case Numbers: | (25-2089) |
| Nov 07 2025 | The applicants are seeking a stay of two orders of the United States District Court for the District of Rhode Island, case No. 1:25-cv-569. See D. Ct. Minute Entry (Oct. 31, 2025) and Docket Number 34 (Nov. 6, 2025). These orders require the applicants to fully fund benefits for the Supplemental Nutritional Assistance Program ("SNAP") for the month of November, and to distribute that funding by the end of the day on November 7, 2025 (today). Earlier today, the applicants asked the United States Court of Appeals for the First Circuit to stay the District Court's orders pending appeal, and to issue an administrative stay to facilitate its consideration of that stay motion. At 6:08 p.m., the First Circuit denied the applicants' request for an administrative stay, but stated that it "intend[s] to issue a decision on [the stay pending appeal] motion as quickly as possible." *Rhode Island State Council of Churches* v. *Rollins, Ibid.* Given the First Circuit's representations, an administrative stay is required to facilitate the First Circuit's expeditious resolution of the pending stay motion. IT IS ORDERED that the District Court's orders are hereby administratively stayed pending disposition of the motion for a stay pending appeal in the United States Court of Appeals for the First Circuit in case No. 25-2089 or further order of Justice Jackson or of the Court. This administrative stay will terminate forty-eight hours after the First Circuit's resolution of the pending motion, which the First Circuit is expected to issue with dispatch. |

On Thursday, October 16, 2025 at 08:21:12 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Good evening,

I saw that Trump and Defendants filed a motion to stay based on the shut down.

I sent various emails to DOJ regarding my desire to file a second amicus brief, but had difficulty in discerning which issue was most pressing including fully funding the federal government without stealing from Peter to pay Paul.

I oppose the motion filed on behalf of Trump and Bondi today to stay the case due to the shut down because Trump through Bessent has the congressional grant to pay attorney generals, the courts and federal employees. It is all bull shit.

I believe Trump will use attorney generals and throw them away after martial law is declared with no pension or pay.

I also think the other issues I previously alluded as possibilities to brief on are important too.

There are certain books I outline to the Dragon for the 202 enthrow fiscal year the library is coined not to pay what is owed to the boomers and the scheme to cover it up while sustaining power.

The 2025 alludes to new corrupt coining models I oppose, and other books suggest fixes I also disagree with. I propose something different that Presidents Lincoln and Kennedy also proposed, and additional differences too. I just did not know whether it was worthy to entertain other planned replacements with the court and DOJ or just brief on my idea.  I can send you pages of other folks suggestions with whom I disagree.

I understand DOJ has a conflict of interest and cannot look after itself because Trump may lawlessly kill them by treason or otherwise. So, I want to protect them even if they think my ideas are bad.

I am not trying to hurt anyone here. I think Trump is being played to harm himself for a larger agenda too, but if he keeps firing his own attorneys and staff who may be looking after him, his own attorneys cannot save him. It is scary for his attorneys who also may be looking after him to do so freely without threat of reprisal.

I am backed up the next couple of days.

I already asked position and received no response. I ask it again, and if there is no response I can place that on the record.  If you do disagree or have better ideas at least I preserved it for the record should the case be stayed, delayed or closed and reopened down the line under FRCP R 60 or otherwise.

I am copying my opponents in potential other cases and the law librarians because I think risk being eliminated by automation unless some brave court saves us. If they think my ideas stink they may use it against me in a nonattorney amicus brief.

Chief Judge Boesberg kindly granted me permission before per https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.143.0.pdf

I absolutely believe Trump's attorneys will be used and thrown away if someone does not shed light on a path to eliminate the cover up for the new coining model that will contribute to a planned actual overthrow.

Thank you for your consideration.


Very truly,
Meg
Not acting as an attorney
Granted permission as a lay person previously
Retired my DC license in 2018
----- Forwarded Message -----
**From:** DCD_ECFNotice@dcd.uscourts.gov <dcd_ecfnotice@dcd.uscourts.gov>
**To:** "dcd_ecfnotice@dcd.uscourts.gov" <dcd_ecfnotice@dcd.uscourts.gov>
**Sent:** Wednesday, October 15, 2025 at 03:35:22 PM EDT
**Subject:** Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Sealed Motion for Leave to File Document Under Seal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/15/2025 at 3:34 PM and filed on 10/15/2025

**Case Name:**       J.G.G. et al v. TRUMP et al

**Case Number:**     1:25-cv-00766-JEB

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**MINUTE ORDER: The Court ORDERS that: 1) Plaintiffs' [176] Motion for Leave to File Under Seal is GRANTED; and 2) Plaintiffs' [176-1], [176-2], [176-3], [176-4] unredacted Declarations are deemed filed under seal. So ORDERED by Chief Judge James E. Boasberg on October 15, 2025. (lcjeb1)**

**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer    aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt    lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman    smichelman@acludc.org, aadetoro@acludc.org

Omar C. Jadwat    ojadwat@aclu.org, o-c-jadwat-2582@ecf.pacerpro.com

Cecillia D. Wang    cwang@aclu.org, aball@aclu.org, amason@aclu.org

Hina Shamsi    hshamsi@aclu.org, hina-shamsi-8661@ecf.pacerpro.com

Drew C Ensign    drew.c.ensign@usdoj.gov, drewensignlaw@gmail.com

August Edward Flentje    august.flentje@usdoj.gov

Kelly Brian McClanahan    kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org, neocount@recap.email

Dan Backer    dbacker@ChalmersAdams.com

Ashley Gorski    agorski@aclu.org, ckreth@aclu.org, kjackson@aclu.org

Brian D. Netter    bnetter@democracyforward.org

Bradley Girard    bgirard@democracyforward.org

Cody H. Wofsy    cwofsy@aclu.org, cody-wofsy-5507@ecf.pacerpro.com

Ernesto Horacio Molina, Jr    ernesto.h.molina@usdoj.gov, Mandamus.OIL@usdoj.gov, Mandamus.OIL-ECFNOTIFICATIONS@usdoj.gov, SpecialLitigationTeam.OIL@usdoj.gov

Steven A. Hirsch    steve.hirsch@calg.com, paralegals@calg.com

Michael King Thomas Tan    m.tan@aclu.org, michael-tan-9223@ecf.pacerpro.com

Daniel Antonio Galindo    dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Kathryn Huddleston    khuddleston@aclu.org, christopher-clay-5259@ecf.pacerpro.com

My Khanh Ngo    mngo@aclu.org, my-khanh--ngo-8340@ecf.pacerpro.com

Aditi Shah    ashah@acludc.org

Andrew Block    andrew.block@aflegal.org, andrew.block@ecf.courtdrive.com, docket@aflegal.org

Christine L. Coogle    ccoogle@democracyforward.org

Sidra Mahfooz    smahfooz@aclu.org

Abhishek Kambli    abhishek.kambli@usdoj.gov

Noelle Smith    nsmith@aclu.org

Oscar Sarabia Roman    osarabia@aclu.org

Patrick Toomey    ptoomey@aclu.org, kjackson@aclu.org, mmchale@aclu.org, patrick-toomey-2001@ecf.pacerpro.com

Evelyn Danforth-Scott    edanforth-scott@aclu.org

Tiberius T Davis    tiberius.davis@usdoj.gov

**1:25-cv-00766-JEB Notice will be delivered by other means to::**

Sean Ming-Jun Lau
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004

 9 Meg Kelly's Motion for Leave to file amicus brief.docx
58.5 kB

 1 email requesting stance narrowed issue.pdf
137.7 kB

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

J.G.G. et al.,                                    )        Case No. 1:25-cv-766 (JEB)
                   Plaintiff,        )
                   v.                 )
DONALD J. TRUMP, in his official           )
capacity as President of the United        )
States, et al.,                                   )
                   Defendant.        )

**Meghan Kelly's Motion for leave to file an amicus Brief to fully fund the courts without Art I and II branches violating Due Process by threatening courts by economic substantial burdens to affect this case unfairly**

I Meghan Kelly, pursuant to LCvR 7(o), move the Court to permit me to file a second amicus brief in this case regarding different issues.

I Incorporate all the motions I submitted to the court contained in Docket Item Numbers ("DI") 96 on or about Apr 17, 2025 and DI 104 on or about Apr 22, 2025, including but not limited to, 1. *Amicus petitioner Meghan Kelly's Motion for an exception to pro hac vice rules* 2. *Motion to file amicus curiae Brief and documents without costs or fees including filing fees*, 3. *documents* found at DI 104, and the Amicus Brief docketed at 143, related documents at DI 130 and Order at DI 132 Grant to file amicus brief.

1.      The parties have no position on this Motion or did not respond with an opposition to my request to file the attached amicus brief.[1]

2.      I am not able to file an amicus brief in the near future at the US Supreme Court level in this case to prevent imminent irreparable injury to the courts, petitioners or the United States.  There are no final appealable orders in the Court of Appeals for the DC Circuit in *JGG v Trump*, No. 25-5124 and 25-5217.

---

[1] The undersigned certifies that no party's counsel authored this brief in whole or in part, and that no party, party's counsel, or any other person other than amicus contributed money that was intended to fund preparing or submitting this brief.

1

3.      On May 22, 2025 this Court kindly granted me permission to file the amicus brief

at DI 130-11, deemed filed at DI 132, and later reentered separately at DI 143 on May 28, 2025.

4.      Since then, more issues and imminent harm to the security of the nation have

arisen, so much so, that I was uncertain as to which issue to ask the parties and the court to

address. So, I sent various emails and asked for the parties' stance on different various issues for

an additional potential proposed amicus briefs not limited to the email where I stated in part:

> "Do you have an opinion on the following arguments to prevent the planned overthrow 1.
> how to prevent or reverse the crash to fully fund the government and its creditors without
> taxes, 2. prevent a military state 3. prevent a surveillance state, 4. prevent use of
> disciplinary proceedings to chill or commandeer outcomes of cases not limited to Bondi's
> complaint against Boesberg and the apparent [threat of a] complaint against Trump's
> attorneys, 5. deem private partners government agents not protected by the contract
> clause of the constitution applicable to the states but limited to the constitution under the
> 14th Am especially to prevent the planned overthrow.
> It is horrific that Trump is suing Comey and forced removal of a US AG in VA to
> commandeer a no longer fair right to petition by the public by government force. Thus, I
> believe we must protect our opponents to help them by free to do what is right.
> Trump is so scary I would not put him past killing his opponents even former attorneys
> for treason.
>
> I sent emails to the DOJs previously, but did not think about 5th amendment violation of
> due process by an actual Government defendant Bondi to use professional force by filing
> a complaint in the appellate court too.
>
> The goal is to restore the only check on all three branches limited powers, the petition in
> accord with due process in a case and controversy. US Am I, V, Art III. I want to restore
> and protect the power of the petition by the people, including public people's attorney
> generals who are used and thrown away by all three branches based on viewpoint of
> speech.
>
> Sorry for being so slow. I take the budget default seriously and know there is a way to
> reverse it."

5.      Neither party objected or provided a stance to date.

6.      On Oct. 1, 2025 the government defaulted on funding the federal government.

7.      On Oct 16, 2025, the government filed a motion requesting inter alias:

> "1. At the end of the day on September 30, 2025, the appropriations act that had
> been funding the Department of Justice expired, and those appropriations to the
> Department lapsed. The same is true for the majority of other Executive agencies,

including the federal agencies named as Respondents–Defendants. The Department does not know when such funding will be restored by Congress. 2. Absent an appropriation, Department of Justice attorneys and employees of the federal agencies named as Respondents–Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. And the lapse in appropriations has strained the Department's and Respondents–Defendants' resources and ability to handle cases that do fall within those limited exceptions.3. Respondents–Defendants therefore request a stay of all proceedings in this case until Congress has restored appropriations to the Department. 4. If this motion for a stay is granted, counsel for Respondents–Defendants will notify the Court as soon as Congress has appropriated funds for the Department.Respondents–Defendants request that, at that point, any pending deadlines for the parties be extended commensurate with the duration of the stay. 5. Counsel for Petitioners–Plaintiffs do not agree to this motion."[2]

8.      On October 16, 2025, I immediately sent an email to the parties requesting a

stance on an amicus brief regarding the motion and shut down, attached hereto stating:

"Good evening,

I saw that Trump and Defendants filed a motion to stay based on the shut down.

I sent various emails to DOJ regarding my desire to file a second amicus brief, but had difficulty in discerning which issue was most pressing including fully funding the federal government without stealing from Peter to pay Paul.

I oppose the motion filed on behalf of Trump and Bondi today to stay the case due to the shut down because Trump through Bessent has the congressional grant to pay attorney generals, the courts and federal employees. It is all bull shit.

I believe Trump will use attorney generals and throw them away after martial law is declared with no pension or pay.

I also think the other issues I previously alluded as possibilities to brief on are important too.

There are certain books that outline the source the reason for the overthrow schemed down the line, the way money is coined not to pay what is owed to the boomers and the scheme to cover it up while sustaining power.

The 2025 alludes to new corrupt coining models I oppose, and other books suggest fixes I also disagree with. I propose something different that Presidents Lincoln and Kennedy also proposed, and additional differences too. I just did not know whether it was worthy

---

[2] https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.179.0.pdf

to entertain other planned replacements with the court and DOJ or just brief on my idea.  I can send you pages of other folks' suggestions with whom I disagree.

I understand DOJ has a conflict of interest and cannot look after itself because Trump may lawlessly kill them by treason or otherwise. So, I want to protect them even if they think my ideas are bad.

I am not trying to hurt anyone here. I think Trump is being played to harm himself for a larger agenda too, but if he keeps firing his own attorneys and staff who may be looking after him, his own attorneys cannot save him. It is scary for his attorneys who also may be looking after him to do so freely without threat of reprisal.

I am backed up the next couple of days.

I already asked position and received no response. I ask it again, and if there is no response I can place that on the record.  If you do disagree or have better ideas at least I preserved it for the record should the case be stayed, delayed or closed and reopened down the line under FRCP R 60 or otherwise.

I am copying my opponents in potential other cases and the law librarians because I think risk being eliminated by automation unless some brave court saves us. If they think my ideas stink, they may use it against me in a nonattorney amicus brief.

Chief Judge Boesberg kindly granted me permission before per https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278 436.143.0.pdf

I absolutely believe Trump's attorneys will be used and thrown away if someone does not shed light on a path to eliminate the cover up for the new coining model that will contribute to a planned actual overthrow.

Thank you for your consideration.


Very truly,
Meg
Not acting as an attorney"

9.       On October 17, 2025, this Court denied the Defendants Motion at DI 79 holding:

         "MINUTE ORDER: Given that this Court's Standing Order's default rule for extensions does not apply to PI Motions and given the importance of a timely resolution of this matter, the Government's 179 Motion to Stay is DENIED. So ORDERED by Chief Judge James E. Boasberg on October 17, 2025. (lcjeb1):

10.    To date, no party has objected or provided a stance.   I respectfully request permission to file the attached amicus Brief to fully fund the courts without Art I and II branches violating Due Process by threatening courts by economic substantial burdens to affect this case unfairly.

11.    Defendants are weaponizing the purse string power and the power of the sword to evade the law, and control the courts, not balance or check branches which may only be balanced fairly by the petition in an Article III forum as the sole check on government power.

12.    The United States Courts announced October 17, 2025, "The judicial branch announced that beginning on Monday, Oct. 20, it will no longer have funding to sustain full, paid operations. Until the ongoing lapse in government funding is resolved, federal courts will maintain limited operations necessary to perform the Judiciary's constitutional functions." [3]

13.    The US Supreme Court announced it would run out of funding on October 18, 2025.[4]

14.    On October 16, 2025, the DC Federal District Court provided a pre-lapse notice to prepare for deficiencies due to the government shut down.[5]

---

[3] Federal Court's official wen site publicized at https://www.uscourts.gov/data-news/judiciary-news/2025/10/17/judiciary-funding-runs-out-only-limited-operations-continue
[4] Scotus Blog a Dispatch Media, *Court announces funding will run out on Oct. 18*, By Amy Howe's Headshot By Amy Howe, Oct 17, 2025   https://www.scotusblog.com/2025/10/court-announces-funding-will-run-out-on-oct-18/
[5] https://www.dcd.uscourts.gov/sites/dcd/files/Shutdown%20Notice%20to%20contractors.pdf

15.     President Trump, through his agent Secretary of Treasurer Bessent, has the power in his hands to fully fund the federal government as authorized by Congress through 31 U.S.C. § 5112 (k).

16.     Congress passed a law that allows the Secretary of the Treasury Bessent to coin money through the platinum bullion without debt and interest by her discretion, not the Federal Reserve.31 U.S.C. § 5112 (k) provides: "(k) The Secretary may mint and issue platinum bullion coins and proof platinum coins in accordance with such specifications, designs, varieties, quantities, denominations , and inscriptions as the Secretary, in the Secretary's discretion, may prescribe.

17.     The US Supreme Court previously held that president Lincoln could coin with similar authorization by congress without debt and interest which prevented an economic crash or downturn.  Thus, the government has precedent to allow Trump through Bessent to do the same. [6]  Defendants and Congress in collusion with private or foreign partners intentionally caused the shut down to aid in an overthrow by changing the coining system and to evade the law by weakening federal judges by withholding pay to federal judges and the government's attorneys unfairly to extort the outcomes.[7]

---

[6] See, Knox v Lee, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in *Hepburn v. Griswold*, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash.

[7] NBC News, *Speaker Mike Johnson floats eliminating federal courts as GOP ramps up attacks on judges, Republican lawmakers are setting their sights on the judiciary following court rulings that have halted Trump's agenda.* By Scott Wong, Melanie Zanona and Rebecca Kaplan, *March 25, 2025,*https://www.nbcnews.com/politics/congress/speaker-mike-johnson-floats-eliminating-federal-courts-rcna197986  ("We do have the authority over the federal courts, as you know. We can eliminate an entire district court. We have power of funding over the courts and all these other things," Johnson told reporters on Tuesday. "But desperate times call for desperate measures, and Congress is going to act.") Speaker of the House Johnson alluded to defunding Chief Judge Boesberg to affect the outcome of the case unfairly.

18.     The question arises, may the court require the President fully fund the government since he in bad faith is defunding the government and the courts specifically to affect the outcome of this case in violation of plaintiff's 1st and 5th Amendment right to petition fairly.

19.     Trump also risks eliminating the pay of his attorneys whose pensions and positions are in jeopardy down the line in an agenda to replace people with subpar unfair AI, as another part of the plan in the intentional overthrow.

20.     The Court cannot answer questions not asked or inferred to in the case before it, despite Art III authority, unless someone presents it to the court. I respectfully request permission to file the attached brief so the parties and the court may consider whether the Court may use its equitable powers to prevent Defendants violation of due process by estopping Trump from failing to use his power to fully fund the courts and government, to possibly discern whether the Defendants also violate their own attorneys right to petition fairly without threat of economic or other harm by withholding pay, and any other related matter the court deems just.

21.     President Trump has the power to coin money without debt or interest and without regard to the private entity the Federal Reserve. Instead, Trump exacerbated economic harm by donating 40 billion to Argentina for beef, [8] while he noticed states that EBT, SNAP or food benefits are expected to stop November 1, 2025.[9]  To worsen matters the US Supreme Court authorized states to criminalized homelessness sleeping in public places, while Trump is

---

[8] Fox Business Politics, *Top Democrat presses Trump administration on Argentina 'bailout' during shutdown Rep Jamie Raskin seeks documents on Trump's $40B Argentina deal during 31-day government shutdown* By Leo Briceno, October 31, 2025  https://www.foxbusiness.com/politics/top-democrat-presses-trump-admin-argentina-bailout-during-shutdown
[9] See Complaint by 24 states to compel funding for EBT, SNAP, also known as food benefits. https://storage.courtlistener.com/recap/gov.uscourts.mad.290958/gov.uscourts.mad.290958.1.0.pdf

causing unemployment and homelessness by cutting off section 8 housing and rewarding firing people.[10] On July 28, 2025, Trump signed EO 14321 criminalizing homelessness when Trump's actions increases lawlessness. [11]

22.    Defendants have increased funding to pay for ICE, private prison profit and Ellon Musk's investments in brain chips in a Miami hospital near Alligator Alcatraz to aid in an overthrow to create a military state, before the next stage in the plan where people police and military will be replaced by technology and economic controls.[12] Defendant Trump increased the deficit by requiring the DOJ make a payment of $230 million to Trump too.[13]

23.    Bondi's appears to maliciously violate Plaintiff's rights to collude with private partners to increase prison profit to buy favors or reward prior connections,[14] while Trump

---

[10] *City of Grants Pass, Oregon v. Johnson*, 603 U.S. 223 (2024).

[11] Executive Order 14321 of July 24, 202, Ending Crime and Disorder on America's Streets
https://www.federalregister.gov/documents/2025/07/29/2025-14391/ending-crime-and-disorder-on-americas-streets

[12] https://cleantechnica.com/2023/05/27/neuralink-elon-musk-want-to-control-your-brain/ ;
https://www.miamiherald.com/news/health-care/article299294719.html ; See,
https://www.yahoo.com/news/built-8-days-alligator-alcatraz-203624476.html (Trump's administration built an especially heinous concentration camp in Florida with little safety of the detainees from the elements, and believed location of subjects to be used as Hitler-like Frankensteinish subjects in mad science experiments);
https://www.ddrlawyers.com/blog/floridas-controversial-free-kill-law-how-it-denies-justice-in-medical-malpractice-wrongful-death-cases/ (Florida's "free kill" law allegedly limits the ability of certain family members to sue for wrongful death due to medical malpractice. This law, formally known as Florida's Wrongful Death Act, prohibited families from filing a medical malpractice case under these specific circumstances, allowing for harmful or deadly care for Musk's projects supported by millions in Miami, near Alligator Alcatraz where prisons may be exploited in Nazi-like experiments for the president's partner's profit and prison profit)

[13] https://democrats-judiciary.house.gov/media-center/press-releases/judiciary-democrats-expand-probe-demand-doj-officials-reject-president-s-corrupt-demand-for-230-million-payout

[14] https://www.judiciary.senate.gov/press/dem/releases/pam-bondis-extensive-lobbying-for-wealthy-special-interests-and-foreign-government-poses-serious-conflict-of-interest
https://abcnews.go.com/US/private-prison-firms-contributed-1m-trumps-reelection-now/story?id=116046776
https://www.brennancenter.org/our-work/analysis-opinion/what-trumps-victory-means-private-prison-industry
https://www.citizensforethics.org/reports-investigations/crew-investigations/private-prison-behemoth-is-first-corporation-to-max-out-to-trump/
https://www.pogo.org/investigations/private-prison-giant-hired-ice-detention-chief
https://www.propublica.org/article/geo-group-ice-detainees-wage
https://www.americanprogress.org/article/private-prisons-profiting-trump-administration/
https://nevadacurrent.com/2025/02/27/repub/private-prison-giant-sees-1b-ice-contract-as-start-of-unprecedented-opportunities-under-trump/

expends millions to redo a bunker and the East Wing of the white House by funds that may violate the emoluments clause.[15]

24.    Despite the fact Defendant has the capacity to fully fund this federal court during the shutdown, Trump increases the economic pain by colluding to cause the budget default and exacerbating it by giving Argentina 40 billion Dollars while announcing food benefits for the poor would be stopped. I believe Trump and Defendants are causing additional economic strain to cut off pay to federal judges to evade the law.

25.    The new digital coining model is designed to cover up the fraudulent matter money is currently coined to not pay back what the baby boomers are owed for retirement, healthcare and social security by design. The new coining model will aid in a planned overthrow of the government if unstopped by the courts. I argue a way the courts may stop it in the attached amicus brief.

26.    Trump would and is inciting war and is attacking the courts by the purse strings in bad faith to evade the law.

27.    In the meantime, the government defaulted on the budget on October 1, 2025, shutting down payment to federal employees and stopping some federal funds to state and local governments and their agencies. Trump is using the shutdown for justification to fire federal employees, and defund state and local governments to tempt state and local governments to terminate government staff to allow for automation to replace people in government.[16]

---

[15] PBS, Politics, *Who's paying for Trump's $300 million ballroom?*  Oct 23, 2025 6:04 PM EST, By Liz Landers and Joshua Barajas  https://www.pbs.org/newshour/politics/whos-paying-for-trumps-300-million-ballroom
[16] CNN, Breaking down the impact of Trump's shutdown layoffs of federal workers, dated Oct. 14, 2025 https://www.cnn.com/2025/10/14/politics/federal-worker-layoffs-government-shutdown

28.    Automation and technology per se cannot uphold the superseding Constitutional laws that protect individuals and individual exercise of freedoms which do not conform to the norms, standards, policies or conditions in algorithms but require accommodations.  Automation eliminates freedom by compelled, complied, conformity, removing the superseding rule of law's protections to allow for those who control the channels of exchange, resources or technology to rule over a slave not free people if not stopped by petitioners and courts in Article III forums.

29.    People are necessary to preserve the individual freedoms of the people to act outside the scope of the policies, norms and standards of the algorithms by upholding the superseding rule of law.[17]

30.    Meanwhile the private market is also increasing its use of AI with planned layoffs to cut costs.[18]  Thus, unemployment will increase in the public and private markets.

31.    Page 39 of the 2016 edition of *The Fourth Industrial Revolution*, by WEF founder Klaus Swabb, provides: "Sooner than most anticipate, the work of professions as different as lawyers, financial analysts, doctors, journalists, accountants, insurance underwriters or librarians may be partly or completely automated…This research concludes that **about 47% of total employment in the US is at risk**, perhaps over the next decade or two."

---

[17] *Marbury v Madison* 5 U.S. 137 (1803) or 1 Cranch 137 (1803) outlined the inherent power the Constitution vested in federal courts power to void any law that conflicts with the Constitution, as applied or per se.  Chief Justice John Marshall wrote that "a law repugnant to the Constitution is void." So conflicting policies, standards and even statutes or executive orders which conflict with the Constitutional law outlined in the bill of rights is void.

[18]  For example, Walmart plans to lay off 1,500 employees. https://www.cbsnews.com/news/walmart-tech-layoff-corporate/

32.     So there is a plan to automate to eliminate people in the government and in private to use science to classify and condition to control a slave not free people while setting up scape goats for an economic crash in order to conceal the fraud in the central banking money creation system to evade paying the biggest bills falling due to the boomers around the globe because they can't due to the inherent fraud in the system, and to transition to a far more heinous system where it appears Stablecoin will aid in making people, the American people, the American land, and America's resources the "real world collateral" to back the digital coin, making us a slave people without ownership of property.

33.     Trump's attorneys and this Court may soon work without pay, even though there is a way to fully fund the federal government through Defendant Trump and his agent, Treasurer Bessent. May I please outline how Trump may fully fund the government since his hands are dirty by causing the economic harm to affect the outcome in this when he has the power to reverse the substantial burdens upon the court to uphold a fair proceeding.

34.     I expect state, county and local governments to be defunded of federal funds to encourage and intentionally cause layoffs of state, county and local government officials and agents to be replaced by Artificial Intelligence ("AI"), if funding is not restored.

35.     AI is not intelligent, but is per se incapable of upholding the Constitution contained in the Bill of rights and later amendments as law. All technology, science, and AI are based on conditionally responding to data imperfectly with variables including time.

36.    Technology has no capacity to lay down conditional controls or algorithms to do what is right.[19]  Only an individual person can lay down desires and aims of laws, policies and standards to do what is right by upholding the superseding rule of law the Constitution. Machines cannot, making people judges, attorneys and officials not replaceable under the lie saving money is the pubic good at the cost of eliminating the law that founded these United States in 1791 as a more civilized freer fairer form of government that granted persons with Article III authority the Constitutional legal power to resolve grievances with the fair petition before an impartial forum.[20]

37.    The elimination of people in the government is designed to eliminate the superseding Constitution as rule of law and is part of the scheme to overthrow the government.

38.    Trump is exacerbating economic pain to intentionally affect the outcomes of this case and other lawsuits unfairly by defunding the federal courts while both the President and Congress are fully funded during the shut down. US Am I, V.

---

[19] It is my genuine religious belief that only a person, not collective groups controlled by conditional desires, or technology, has the power to reflect the image of God by unconditional love, not giving into temptations or scientific conditions. See Bible 1 John 4:7-21 ("God is love")

[20] See, https://www.constitutionfacts.com/us-articles-of-confederation/presidents-who-served/  The United States was not formed in 1776 with the following 8 Presidents before George Washinton John Hanson (1715-1783), Elias Boudinot (1740-1821), Thomas Mifflin (1744-1800), Richard Henry Lee (1732-1794) John Hancock (1737-1793), Nathaniel Gorham (1738-1796), Arthur St. Clair (1737-1818), Cyrus Griffin (1748-1810) served as President of the United States in Congress Assembled for one-year terms under the Articles of Confederation The United States government was not founded in 1789 with the first President George Washington. Nor was the United States founded by the Judiciary Act of 1789, which is not what granted the Courts power to say what the law is. See, Marbury v Madison, 5 U.S. 137 (1803) ("It is emphatically the province and duty of the judicial department to say what the law is") Instead of these rebutted theories not based on truth, the United States was formed in 1791 with the foundation of Constitutional legal grant in the people to assert the rule of law by the civilized fairer means of the petition before an Article III court in a case and controversy. US Am I, V. Without a petition, the court is powerless to say what the rule of law is. The petition is what empowers the Courts to uphold the rule of law. It was until the Constitution legally vested a civilized means to petition that our country was established based on the rule of law that limits the government and private peoples to restrain human sacrifice and slavery for material gain even knowledge. Thus, the United States was founded in 1791 with the establishment of the rule of law based on US Am I, V, and Art III, and is sustained and maintained so long as the rule of law is not dissolved.

39.     The US Supreme Court has held that [e]qual protection analysis in the Fifth

Amendment area is the same as that under the Fourteenth Amendment.[21]

40.     I seek to submit the attached brief to outline how to fully fund the federal

government.   Irreparable injury will occur if the courts do not take charge of the rule of law that

is capable of repetition yet evading review, should the government reopen to evade legal

questions in this case.

41.     Although there is no federal rule of civil procedure or statute governing

participation by amicus curiae at the district court level, see *United States v. Gotti*, 755 F.Supp.

1157, 1158 (E.D.N.Y. 1991)[22], a federal district court has the inherent authority to allow

participation by amicus curiae to assist the court in its proceedings. *United States v. Louisiana*,

751 F.Supp. 608, 620 (E.D. La. 1990); *United States v.Michigan*, 116 F.R.D. 655, 660 (W.D.

Mich. 1987).  The decision to accept participation by an amicus is committed to the sound

discretion of the court. *Alexander v. Hall*, 64 F.R.D. 152, 155 (D.S.C. 1974).  Moreover, this

District Court's local rule, LCvR 7(o), appears to permit amicus briefs.

42.     For good cause and in the interest of justice to share my unique arguments I

respectfully  request leave to file an amicus brief in this case.

43.     The classic role of the amicus curiae is to assist in a case of general public

interest, supplement the efforts of counsel, and draw the court's attention to law that may

otherwise escape consideration.  *Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus.*, 694

F.2d 203, 204 (9 Cir. 1982); see also *New England Patriots Football Club, Inc., v. University of*

---

[21] *Buckley v. Valeo*, 424 U.S. 1, 93 (1976); *Weinberger v. Wiesenfeld*, 420 U.S. 636, 638 n.2 (1975); *Adarand Constructors, Inc. v. Pena*, 515 U.S. 200, 214–18 (1995).
[22] Federal Rule of Appellate Procedure 29 governs participation by amici in the Courts of Appeal

*Colorado*, 592 F.2d 1196, 1198 n. 3 (1 Cir. 1979) (historically, the role of an amicus was "to aid the court in resolving doubtful issues of law").

44.    There is no requirement that an amicus be disinterested. *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986); *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9 Cir. 1982).   If the Court believes that Meghan Kelly would bring a helpful perspective to legal issues in the case, it is appropriate to allow her to participate as Amicus. See, e.g., *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986) ("perfectly permissible role" for amicus to "take a legal position and present legal arguments in support of it").

45.    To the best of my knowledge, "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable by the court." *United States v. Louisiana*, 751 F.Supp. 606, 620 (E.D. La. 1990) Although some courts have required that the amicus possess some "unique information or perspective," this does not require any particular quantum of expertise beyond the expectation that the amicus will add significantly to, not merely parrot, the contributions from the lawyers from the parties.  *See Ryan v. CFTC*, 125 F.3d 1062, 1063 (7 Cir. 1997); see also *United States v. Gotti*, 755th F.Supp. 1157, 1158-59 (E.D.N.Y. 1991) (rejecting proffered amicus brief that merely parroted arguments of defendants).

46.    In this case Meghan Kelly has considered legal arguments that both the executive branch and congressional branch is limited in the exercise of its official power to preserve both the public and private peoples' Constitutionally vested legal power to petition fairly in accord with due process without threats against petitioners, their counsel or the judges or their family to affect the outcome of cases usurping the independence of the judiciary in violation of separation

of Article I, II, and III authority. This includes the imminent economic threats caused by the Art I and II members shut down of the federal government. It also includes the wrongful use of military power to evade the law and aide in the overthrow.

47.    I believe the Courts and the parties in this case will face irreparable injury in terms of loss of Constitutional liberties of Article III, and 5th Amendment due process opportunity to be heard before their lives or liberties are vitiated including the First Amendment right to petition.

48.    If the Court believes that Meghan Kelly brings a special perspective to issues in this litigation and that her contribution would be useful to the Court, it is appropriate and well within the Court's discretionary authority to grant her leave to submit her views on amicus.

49.    Meghan asked both democrats and republican State attorney generals to file amicus or otherwise intervene to protect the integrity of the courts by preventing government threats to judges like New York State Supreme Court Judge Merchan's daughter, Chief Judge John James McConnell Jr. of the United States District Court for the District of Rhode Island, or the judge in this case to influence or force the outcome in cases. To her horror, none intervened. Far worse, 25 state attorney generals wrote in support of overturning this Court's orders on amicus at the US Supreme Court level in this case.

50.    Federal attorney generals are forced to be beholden to Trump. Trump through his agents will seek to fire or retaliate against anyone who appears to think differently than Trump. Thus, their job to protect all federal government officials including the judiciary is chilled by government innuendoes of threats and force in violation of even the public's right to petition fairly in accord with the due process. US Amend I, V. My right to petition has been chilled too, based on viewpoint of speech contained in petitions.

15

51.     I have a special interest in this case.  My DE license to practice law was placed on inactive disabled but for my religious freedom restoration act lawsuit against President Trump where I sought to alleviate a substantial burden upon my exercise of religious beliefs.

52.     My religious beliefs in preventing government established compelled religion and unique religious believes on money allows me to outline a model of coining to preserve the United States from imminent harm temporally or permanently in the discretion of the court.

53.     I also learned of plans to aid in the overthrow when I ran for office, and see how the Defendants conduct contributes to a planned and thus preventable overthrow.[23] I believe the attached brief may help the Court prevent the economic crash and overthrow.[24]

55.     Trump appears to be inciting foreign and internal disturbances in hopes to use emergency powers in order to declare the courts are closed in order to evade the law.

56.     The day before the intentional shut down, or about September 30, 2025, President Trump gathered with 800 military leaders in Virginia to discuss plans to *inter alias* wage war on the American people, the United States government and state governments under the guise service to Trump is serving the country.  Secretary Hegseth specifically stated "We all serve at the pleasure of the President."

---

[23] See, See, https://www.newsweek.com/map-shows-where-250-million-acres-public-land-being-sold-off-2086852 (The sale of public lands in the big beautiful bill Trump signed is part of the scheme where NGOs control the resources, to control the government, to eliminate the governments to eliminate the rule of law, to rule unrestrained and instead rewarded by human slavery and sacrifice)

[24] See the Federal Reserve's website at https://www.federalreserve.gov/monetarypolicy/reservereq.htm ("As announced on March 15, 2020, the Board reduced reserve requirement ratios to zero percent effective March 26, 2020")The Federal reserved placed reserve amounts at 0 in 2020, meaning the banks decreased chances they would have reserves to pay back deposits upon demand of customers holding bank accounts.  This allows for bank runs where people lose their savings, similar to what occurred in 1907-1908.  During this economic crash people are turning towards the banks and taking money to live as lay-offs in the public and private sectors continue. This increases the chances of imminent economic harm.

57.     During the military meeting President Trump addressed 100s of military leaders and spoke of "the war of within." Trump indicated the US is under invasion from within, and alluded to democratic blue states. [25]

58.     The "internal threats" lingo at the 9/30/2025 military meeting alludes to Trump's intent to wage war on the American people based on political association or even religious belief which does not align to the Defendants' in this case.[26]

59.     On April 28, 2025, President Trump passed two executive orders to use against governments in sanctuary cities by *inter alias* commandeering local police to go after state or local government officials. *Citing, EO 14287: Protecting American Communities From Criminal Aliens* and *EO 14288: Strengthening and Unleashing America's Law Enforcement To Pursue Criminals and Protect Innocent Citizens*

60.     These two executive orders will be used against Sanctuary cities and states who do not comply with Trump's whims.[27]

61.     On August 5, 2025, the DOJ released notice of its intent to invade sanctuary cities in an attempt to give due process notice before executing on the law the president not congress

---

[25] See time at the following link containing the September 30, 2025 military meeting at https://www.facebook.com/ABCNews/videos/1218472383374847 at 1 (hour):34-48 (minutes) and 1:37. President Trump alluded to alleged unlawful immigration. Later he referred to named sanctuary cities. Trump said the military "will go there," meaning to the sanctuary cities US Attorney General placed on a list to the DOJ web site on Aug 5, 2025. President Trump said, "It is a war there," meaning in sanctuary cities. Id. At 1:38. Trump repeated the "war within" lingo. Trump said I told Pete we should use the national guard for the immigrant problem. 1:39-41. Trump said Portland, Oregan looks like a war zone. 1:40-42. At 1:45 Trump talks about an executive order he passed to control the enemy within to "quell civil disturbances." At 1:46 Trump alludes to using the military to maintain domestic peace. At 1:49-50 Trump said he would defend the people from "horrible plague of threats from within." At 1:51 Trump says twice we will have great "peace through strength, peace through strength." About 2 hours in Trump says he created a committee on peace and the UN referred to him as "the president of Nato." 2:57-59.

[26] EO 14202: Eradicating Anti-Christian Bias, February 6, 2025 https://www.govinfo.gov/content/pkg/FR-2025-02-12/pdf/2025-02611.pdf ; EO 14205: Establishment of the White House Faith Office February 7, 2025, https://www.govinfo.gov/content/pkg/FR-2025-02-12/pdf/2025-02635.pdf

[27] Citing, Federal Registrar at https://www.federalregister.gov/documents/2025/05/02/2025-07790/strengthening-and-unleashing-americas-law-enforcement-to-pursue-criminals-and-protect-innocent

17

drafted and signed on April 28, 2025 on the DOJ web site.[28]  The DOJ sanctuary forum list includes the following **states:** 1. California, 2. Colorado, 3. Connecticut, 4. Delaware, 5. District of Columbia, 6. Illinois, 7. Minnesota, 8. Nevada, 9. New York, 10. Oregon, 11. Rhode Island, 12. Vermont, 13, Washington, the following counties: 1. Baltimore County, MD, 2. Cook County, IL, 3. San Diego County, CA, 4. San Francisco County, CA, the following cities, 1. Albuquerque, NM, 2. Berkeley, CA, 3. Boston, MA, 4. Chicago, IL, 5. Denver, CO, 6. East Lansing, MI, 7. Hoboken, NJ, 8. Jersey City, NJ, 9. Los Angeles, CA, 10. New Orleans, LA, 11. New York City, NY, 12. Newark, NJ, 13. Paterson, NJ, 14. Philadelphia, PA, 15, Portland, OR, 16. Rochester, NY, 17. Seattle, WA, 18. San Francisco City, CA.

62.     Late September 2025 Trump declared war against Portland Oregan and granted the military permissions to use deadly force if needed. Since then, the Oregan District Court in State of Oregon, et al. v. Trump, et al. stayed his use of the military, but then the 9th Circuit allowed it by enjoining the stay on Oct. 20, 2025.[29]   However, the 9th Circuit retracted its decision on Oct. 24, 2025 and held, "Without objection from the panel, the court's October 20, 2025, order granting a stay pending appeal (Dkt. 61) is administratively stayed until 5:00 pm on October 28, 2025, to allow the completion of the pending en banc proceedings.[30]

63.     The September 30, 2025 meeting of military generals in Virginia was a pep rally for the military before waging war against America and Americans.

https://www.npr.org/2025/09/29/nx-s1-5556831/portland-memphis-national-guard-trump-troops

---

[28]https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions
[29] https://storage.courtlistener.com/recap/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150.61.0_2.pdf
[30] https://storage.courtlistener.com/recap/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150.87.0_1.pdf

64.    Trump is ignorantly, indifferently or intentionally acting as an enemy against the United States and the preempting Constitutional law contained in the Bill of rights and later amendments that founded, sustains and maintains the United States with the grant of the people's legal power of the fair petition to resolve grievances civilly.

65.    In August 2025, Trump invoked 32 U.S. Code § 502 (f) to send military or guards to 19 Republican also known as "Red states" to quell alleged unlawful immigration including: 1. Alabama, 2. Arkansas, 3. Florida, 4. Georgia, 4. Idaho, 5. Indiana, 6. Iowa, 7. Louisiana, 8. Nebraska, 9. Nevada, 10. New Mexico, 11. Ohio, 12. South Carolina, 13. South Dakota, 14. Tennessee, 15. Texas, 16. Utah, 17. Virginia and 18. Wyoming [31]

66.    In June 2025, Trump sent marines to LA, CA. Newsom filed a law suit regarding the unlawful use of troops. On September 2, 2025, Judge Breyer in *Newsom v. Trump* (3:25-cv-04870) District Court, N.D. California found Trump's use of national guards and military act to conduct law enforcement operations in California violated the Posse Comitatus Act.[32] The case is currently on appeal with the 9th Circuit Newsom, et al. v. Trump, et al. (25-5553) regarding the Posse Comitatus Act. [33] With regards to the other 9th Cir. appeal, a hearing was conducting on Oct. 22, 2025. A hearing appeared to be conducted on Oct. 22, 2025 in Newsom, et al. v. Trump, et al. (25-3727), and a judicial sua sponte petition to rehear the case, which was denied.[34]

67.    Per Politico,

"A federal judge blocked President Donald Trump's call-up of 200 National Guard troops in Oregon, ruling on Saturday that Trump's claims of daily unrest in

---

[31] https://www.the-independent.com/news/world/americas/us-politics/trump-national-guard-military-states-cities-b2812837.html

[32] https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.176.0_5.pdf  Also see, the docket in Newsom v. Trump (3:25-cv-04870) District Court, N.D. California at https://www.courtlistener.com/docket/70496361/newsom-v-trump/

[33] https://www.courtlistener.com/docket/71261608/newsom-et-al-v-trump-et-al/  and

[34] Docket at https://www.courtlistener.com/docket/70527602/newsom-et-al-v-trump-et-al/ Oct. 22, 2025 order https://storage.courtlistener.com/recap/gov.uscourts.ca9.4e2731d4-cbd8-4803-a59f-a1d0c6023daf/gov.uscourts.ca9.4e2731d4-cbd8-4803-a59f-a1d0c6023daf.142.0.pdf

Portland were "untethered to facts" and risked plunging the nation into an unconstitutional form of military rule.

"This is a nation of Constitutional law, not martial law," wrote U.S. District Judge Karin Immergut, a Trump appointee."[35]

68.    On October 6, 2025, Donald Trump threatened to invoke the Insurrection Act if federal courts blocked his administration from deploying National Guard troops to U.S. cities to allegedly protect federal buildings and conduct law enforcement operations. [36]

69.    It is not a normal function of ICE to use guided missile warheads and explosives,[37] nor is it normal to bring standing armies or marines to states to compel use of force while substantially burdening petitions in courts to uphold laws relating to immigration by chilling the first amendment right to petition unfairly in contravention of due process by arresting people at the courthouse.  US Amend I, V.[38]

Wherefore I pray the court grants permission to file the attached amicus brief and grants any relief it may deems just in light of imminent risk to the courts, and the rule of law that sustains the United States in the face of a schemed overthrow.

Dated October 6, 2025                                    Respectfully submitted,
                                                        /s/Meghan Kelly
                                                        Meghan Kelly, Esquire
                                                        34012 Shawnee Drive
                                                        Dagsboro, DE 19939
                                                        meghankellyesq@yahoo.com
                                                        US Supreme Court Bar No. 283696

---

[35] Politico, *Federal judge halts Trump administration's call-up of National Guard in Portland*, By Kyle Cheney, 10/04/2025 08:07 PM EDT Updated: 10/05/2025 07:54 AM https://www.politico.com/news/2025/10/04/federal-judge-halts-trump-administrations-call-up-of-national-guard-in-portland-00594308?nid=0000014f-1646-d88f-a1cf-5f46b7bd0000&nname=playbook&nrid=0000015b-1f08-d8b1-a1db-ff9b63bf0000
[36] See, https://www.politico.com/news/2025/10/06/trump-insurrection-act-national-guard-00595241
[37] San Antonio Current, *ICE cranks up weapons spending by 700% during Trump anti-immigrant crackdown. In addition to guns and body armor, records show the agency bought chemical weapons and 'guided missile warheads and explosive components*.' by Sanford Nowlin October 20, 2025: https://www.sacurrent.com/news/ice-cranks-up-weapons-spending-by-700-during-trump-anti-immigrant-crackdown/
[38] https://missouriindependent.com/2025/08/13/ice-has-a-new-courthouse-tactic-get-immigrants-cases-tossed-then-arrest-them-outside/

Case 1:25-cv-00766-JEB J.G.G. et al. v. TRUMP et al. Order on Sealed Motion for Leave to File Document Under Seal

Case 1:25-cv-00766-JEB Document 202-1 Filed 12/10/25 Page 38 of 188

Re: Activity in ~~Case 1:25-cv-00766-JEB J.G.G. et al. v. TRUMP et al.~~ Order on Sealed Motion for Leave to File Document Under Seal

From: Meg Kelly (meghankellyesq@yahoo.com)

To: aspitzer@acludc.org; lgelernt@aclu.org; smichelman@acludc.org; ojadwat@aclu.org; cwang@aclu.org; hshamsi@aclu.org; drew.c.ensign@usdoj.gov; august.flentje@usdoj.gov; agorski@aclu.org; bnetter@democracyforward.org; bgirard@democracyforward.org; ernesto.h.molina@usdoj.gov; m.tan@aclu.org; dgalindo@aclu.org; khuddleston@aclu.org; mngo@aclu.org; ashah@acludc.org; andrew.block@aflegal.org; ccoogle@democracyforward.org; smahfooz@aclu.org; abhishek.kambli@usdoj.gov; nsmith@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; edanforth-scott@aclu.org; tiberius.davis@usdoj.gov

Cc: usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; margaret.naylor@delaware.gov; galen.wilson@delaware.gov; bethany.parker@delaware.gov; oag@dc.gov; braddgrossman@gmail.com; matthewkosiorek@comcast.net; usapaw.webmaster@usdoj.gov; info@attorneygeneral.gov; publictrust@delaware.gov; gerald.hocker@state.de.us; doug.hudson@sussexcountyde.gov; rich.collins@delaware.gov; cbarrish@whyy.org; darin.mccann@coastalpoint.com; grolfe@newszap.com

Date: Tuesday, December 2, 2025 at 08:10 AM EST

Hello,

I still seek to draft a brief but I wanted to let you what was happening to me which affects attorneys in a plan to eliminate them to be replaced by elimination of freedom by NGOs, non-government entities to replace the function of government and the freedoms afforded and protected by the fair petition since the founding of the nation in 1791.

I live in DE, and have been retaliated against by the state and the state's partners for asserting Constitutional protections based on my genuinely held religious beliefs stemmed in my beliefs about Jesus and the Bible and what I believe is God's word.

The state thinks my religious beliefs in Jesus Christ are an alleged "danger". I protect your right to believe differently, to disagree wit my beliefs, to believe by the dictates of your conscience. Otherwise you are not free but are conditionally compelled and controlled by those who force their imperfect incomplete not all knowing will on others. Plus, I believe you must lay down desires and scientific controls, (temptations if you will), not to give into temptation to please people, or do what you want, in order to do what is right instead of what is profitable, love overcoming lusts to do what I believe is God's will to be saved from death in hell. On a personal note, I see the ACLU doing that to protect the rights of people, even those they may disagree with, to give them a choice to unconditionally love instead of compelled conformity under the deception of help or caring.

This is just a background that the government thinks my religious beliefs suck and I should not be free to believe Jesus differently than the marketed mob beliefs which do not align with my genuinely held beliefs. This has been going on for more than 20 years. No one has saved me and maybe I am not supposed to be saved in this life, maybe only in the next? Or maybe I am supposed to assert rights so those who are similarly persecuted are protected? I have not figured that out yet.

I do know that attorney generals are in danger, attorneys like the ACLU the courts, I want to protect you. I am aware that both sides are in danger and desire to use the petition with the permission of the courts to protect all, not destroy those like President Trump who I believes needs correction and guidance from harming himself and others by giving into temptation and deception that he is looking after himself for material gain like the redone nuclear bunker under the ballroom he builds to protect his life as he escalates military and economic force to force a no longer free people to control not care for them. That ballroom's importance is about the bunker, not the distraction of glitter and gold that some folks worship in my hometown.

So, in China there us a surveillance credit debit system where folks are shut off from facebook and life. They are required to use bio-digital controls I have sincere nit fake religious objections too. This system eliminates the fair petition by making what I believe is the mark of the beast guide, business greed unrestrained instead rewarded by human sacrifice and slavery to sustain need to serve greed, and more carbon credit debt or debt created digital money. The more environmental harm, the more debt created money. On a side note, business is not the sin, the lie of saying something for sale is free or freedom is a sin by lying, and rewarding harm, human sacrifice or slavery under the case law saying delegation of duty or not knowing is innocence. Wrongs cannot be righted by stating the type of blindness and dumbness that damns people to hell that Jesus and Isiah speak of nor does delegation of duty clean dirty hands or right wrongs. (See Hosea 4:6 "My people perish [in hell] for their lack of knowledge. I understand unjust laws that violate Constitutional rights provide otherwise. Some who seek guidance from Lucifer and the snake of Genesis in the garden teach otherwise too. I pulled some of these assertions of truth stemmed in making Lucifer God in DE. Some secular or religious folks say not knowing is innocence of guilt, or delegation of duties is wipes away punishment, but the God of the bible teaches otherwise, and logic teaches wrongs are not made right, the wounds of victims of other folks transgressions of life and liberty, of the law are not healed or righted by rewarding misbehavior, encouraging wronging others by stating delegation of duties or not knowing prevents court correction. So, I have unique perspective to change wrong past case law, not limited to the case law I previously provided to you where the federal employees including attorney generals are set up to lose their pensions, pay, retirement and positions. Unjust

laws violation of the purposes contained in the bill of rights and later amendments may and should be changed by the petition.

Back to the topic, New corporate structures have been created to usher in the system that will be used to replace you called beneficial entities. There are other foundations o eliminate the rule of law for business unrestrained instead reworded by sustaining harm and need to serve greed like MFA. This is a huge danger.

What is happening to me now which I included Attorney Ensign in by copying emails is that there appears to be a plan to use me as a sample case, a test case to usher in the digital system where folks right to speech and petition may be removed by government backed pressures, only to eliminate government backers like the police.

So, I live in a development where Patti a lobbyists for the Democrats accused me of loyalty to Trump. (I sued the democrats and removed a lawsuit based on my religious beliefs against organized charity and fundraising as deception that I believe damns by hardening hearts of unconditional love for business (profiting off of slavery like work requirements for medicaid and harm to sustain pain to sustain profit streams at teh threat of potential death for those who allegedly need medicaid for their families and may die) violation of Jesus's teachings in Matthew 6:1-4.

So in my developement, folks hate my religious political beliefs.  I have a police report where someone stole a religious statute and another report of a man threatening me based on political speech on a sign.

Folks do not have lots to dump leaves, and we have another lot I am trying to plant vegetables on and folks dump leaves sometimes with bamboo brush from Bonnie and Dick's yard on our lot. It exacerbates bodily harm given severe allergies, health limitation caused by our bad care, I have religious objections to science and healthcare I preserve not to get into, and exacerbates fractures.

So, people are dumping leaves and then complaining about how I clean it up as well as doing other harm threatening notes over the years, threatening to ram into me and my car if I park in a parking space on our property a neighbor does not like, and other things I need not detail herein.

It is ok that people hate me based on religious political beliefs, it's just not okay to kill me, harm my body or property because you hate my beliefs or exercise of them. I especially hate bamboo waste dumpings. It created back breaking work and is illegal to have in DE. Bonie and Dick still have bamboo remnants in their yard that they appear to mow up and sometimes place on my yard still causing back breaking work for me to pull out to prevent the spread.

Recently a neighbor the same neighbor who as cursed at me loudly just for existing and the same neighbor who threatened to ram his car into me if I parked the car in a spot in our property in an area he does not like ran out of his home calling me a "stupid bitch" threatened to undo my yard work that he did not like, I was doing it in a manner to prevent flooding. He threatened to undo the yard work. The next day, he blew his leaves into my ditch that I later cleaned up. I ran into my home and cried. I am scared this guy would kill me. He curses at me. and doesn't even know me. He has placed notes on my car "I am watching you", and someone placed a threatening note in my mail box.  This was years ago, but goes to state of mind. It was not when I ran for office or when I drafted 5 articles of impeachment and received notes by others on my car, people talking about shooting me, or throwing something on my car during 2019 regarding my signs and bumper stickers on the car reflecting my religious political beliefs on the side and the back.

Things escalated greatly October-November 2025. My mother visited and we mostly did yard work the entire two weeks she was here. She loves her yard.

Frank Bollen, the one who threatened me scared me. The police did not make reports in two occasions I sought help. In December 2024, no report was made when an apparent civilian who later disclosed himself as a police before he left threatened to pull my mask over my head and demeaned me based on not celebrating Christmas as violative of Jeremiah Chapter 10 and Mark 7:7-9, as I talked with folks as I pumped gas at BJs in Millsboro, DE. The actor who threatened to come on my side to pull my mask over my head, and did come on my side, took a picture of my license plate. He then showed a badge appearing to show he was state police man and threatened me based on not celebrating Christmas mentioning that in small talk as "disturbing the peace" or something like that, "disorderly" or such a baseless assertion for merely existing and asserting different beliefs from the norm which are individually and personally protected by superseding laws.  I immediately drove to the state police headquarters to make a report. I was told no report would be made.

One a separate occasion police came in response to my request, but did not make a report when I contacted them and showed them my vehicle with substance on it at a Millsboro gym and told them that folks talked about shooting me based on my religious-political stickers.  I do not know why no report was made. I went to all of the police stations around and seeking a report, but no report was made. I am speculating but I thought it could that the police was out of jurisdiction, but I don't know. I do know I rocked the bought because now the police felt defensive that reports were not made. A police asked why didn't you make a report, and I said I thought I did.

Regardless, after Frank threatened to undo my yard work, and appeared to do so in part the next day, I deferred to my mom by getting out a camera when it looked like Frank would do it again.

I was scared Frank would kill me or otherwise harm me or the property so I posted about it on Facebook showing the police report where he previously assaulted and threatened me based on political speech on my political signs.

Frank or someone called the police.  The police contacted my parents in Florida by phone, the state police to persuade them to

persuade me to take down my facebook posts.

That violates the first amendment right to speech and petition applicable to the state police via the 14th Am by government pressures to substantially burden my elderly easily upset parents. They did not know to invoke their 5th Am right not to incriminate selves or 6th Am as asserting civilian rights, and I am not acting as a lawyer but as a kid who loves her parents.

The police called my parents more than once and stated they were coming to my house. They did. I invoked the 5th Am and noted they were not here to keep me safe when they instructed me I should take down facebook posts.

I placed the posts about Frank on private by government backed force to alleviate my parents concerns because they were and remain emotionally distraught. This was not by free choice but by government backed threats of continuing colluding with Frank an apparent member of an organization that says "brother" to others like the post man and possbly the police, A legislator or past legislator Wilson posted indicating I should take down posts . Frank has military statutes and such....an associatio I am not in the knowledge of.

Well, in retaliation for asking the state for help in flooding, and in retaliation for petitions and requests to the HOA for over 15 years that were disparately ignored about dumping the HOA sent a baseless complaint to my parents about our yard which is not true . I work to keep our ditches and the land adjacent to the road clear of leaves. It prevents our flooding issues and I focus on that, and my posts. I asked past and president HOA heads to accept complaints and pictures of other people dumping and they said they would not, but did for others. A past president said they would not help me months ago. They said they had kids sleeping, but they accepted similar complaints from others, based in partial whims, and the mob who has very few places to dump in the building boom crisis who desire to dump where it is convenient.

So, threats escalated after I took pictures of our property and the President of the HOA who actually violated what she accused us of and other properties, showing similarly situated properties looked worse than ours to defeat the baseless complaint by the HOA's email. I posted them on facebook. I also posted pictures of flooding issues.

Since my parents and I allegedly indirectly directed to my elderly parents got threats of lawsuits, I am exerting the right to fairly petition to defend my rights by taking pictures of property.  However, after receiving alarmed calls from my parents, I deactivated facebook for Meg Kelly. I prudently filed an affidavit on November 27, 2025 to aver the same in Kelly v Swartz 21-1490 where I ave other affidavits containing pictures, emails for requests for help and proof of disparate treatemnet by HOA based on partial whims and unpopular political-religious excercise of beliefs and rights to petition faurly US Am I, XIV, via XIV to HOA and state actors.

We also have flooding issues and Frank and John exacerbated them by placing an irrigation pipe into the flooded area after we asked for help from the state for the flooded state roads flooding down into our property.  My dad asked for John Koon's number. In response John built a fence. So, we cannot see the irrigation pipe. Since then, I placed stones and edging on our side to reduce the heavy flooding. John looked on our side, gave me a thumbs up and said "carry on." I thought all was well Saturday November 29, 2025.

I thought wrong. The next day, Sunday November 30, 2025 Frank yelled at me which I ignored and later called my parents saying "sorry to bother you, I am gong to get lawyers involved" He accused me posted about John and Karen's and him on facebook. My mom read his email where he allegedly said Meghan posted on facebook again todayabout John and me [November 30, 2025]. He continues all we want is for Meghan to take her Facebook down.

He threatened to sue my parents for posting on Facebook when I deactivated Facebook.

This man has cursed at me and I am scared of him. A time long ago, I videorecorded him cursing me out out because he scares me. It is not normal for a man I do not know personally just live near to threaten me for merely existing.

Long ago, I posted this on facebook years ago, when I received threats in my mail box and car.

Heather Kauffman three dord down said Frank should not do that on the post. Frank got so upset about his own behavior I posted about years ago because I am sacred of him. He is not looking after me as someone older than my parents, but is attacking me, assualting me going after me as if I am an enemy combatant instead of a mere person who loives nect door to him.

He allegedly cared more about others knowing about his bullying that he got so upset he went to the doctors. I took the post down of him spewing curse words at me. I learned he threatened to use his gun if someone from the HOA came on his property without his consent at an HOA meeting where they talked about a rule violating the 4th Am.  This was after, he threatened to ram me and my car.  I think attorney generals might be able to pull the deleted video by a subpoena to facebook, but I deleted them after learning Frank's own actions revealed to the public harmed his health. I did not want Frank to be harmed and I actually pray for hm that God guides him to love, not be dangerously paranoid, defensive to the extent he misbehaves and does wrong, like harrassing my parents, upsetting them, causing sleepless nights and making my parents feel uncomfortable in their own home my mom wanted to retire in.

Frank and possibly the HOA some folks called my parents on different dates and threatened to sue them for facebook. My parents did not disclose who did to say they were going to sue my parents for Facebook posts and I am not privy to the conversations.

My parents intended to retire in DE. I was going to care for them.Now they have cops and others calling them threatening to sue

I love my parents. Based on my HOA and threats to 2021 and Police to violate my right to petition and speak, and execise political religious beliefs US Am. I and XIV applicable to the state via the XIV, I am nit on facebook, my parents do not want to sell their home, but they are unsafe in the use and enjoyment of their home, and they may act by government force to do something harmful to their best interest by government backed threats unfreely by government force.

So the government collussion with Frank, HOA and police to chill my voice on facebook relates to you.

Patti the president is involved with lobbysists for democrats, but both parties help the agenda to eliminate the rule of law that sustains these United States. I copy state senator, congressman and Board president by the way who were on emails with Trump's attorney Ensign on this issue which I believe will affect his job too.

There is a plan to eliminate the right to petition and lawyers like you. China is a test case.  They control people digitally in a debt system and can control facebook. I believe that as part of the agenda to eliminate freedom for the mark of the beast business unrestrained is to use me as a test case to diminish freedoms on facebook by threats and a lawsuit,

 I thought about drafting a complaint about disparate treatment to have in federal court and could remove a case to federal court regarding federal issues with proof of past disparate treatment based on political beliefs and partial whims of the HOA, and say the man threatening and harrassing and bothering my elderly parents actually imprudently sues, I would remove any potential pleading to federal court to address the constitutional issues. 28 USC 1441.

But I am sensitive of the desire for a test case to usher in a digital system of surveillance similar to China's by Trump too.

I know that the ACLU may find my beliefs against fundraising and organized charity repugnant, and I know that Trump's attorneys copied here have a conflict of interest and cannot guide their misguided client without court removal of threats.

So, I have not had an opportunity to draft an amicus to protect Trump
s attorneys from threats from their own client to potentially even protect their own clients from givng into temptation of harming themselves.

I do intend to file something to ask Chief Judge Boesberg to consider due process claims Plaintiff's clients may not have had opportunity to consider, and the right to partake or at least use evidence in a probable cause hearing to restrain Defendants behavior from continuing to threaten the courts and petitioners by misuse of military or money to commandeer outcomes in cases unfairly, and other issues.

I just wanted to let you know it is not by free choice that my access to the courts is being obstructed, I was dumb and told my colluding Trump supporting neighbors I wanted to petition to protect the courts and the governments pay, I gave Mr. Collins an email. After that things escalated.

But I am still facing threats personally and by unfair choice I have been delayed and what I file may not be perfect and you may object to, but know there is a plan to eliminate attorneys, especially attorney generals.

If I remain in danger I would welcome help on the unrelated Facebook issue in DE that will be used to control people through NGO's social, physical and economic pressures while eliminating lawyers, the petition and the rule of law that makes us a freer people since the founding of our nation as a new more civilized form of government in 1791 with the passage of the bill fo rights. It is US I, and V the fair petition that constitutional power that grants the courts the power and authority under Article III to restrain all three branches and even the private people, NOT the law makers power, NOT the judiciary act of 1789.
The court has implied powers to right wrongs. Citing Marbury.

I still getting attacked. It is not by free choice I do not file an amicus. I wanted to focus on fully funding AGs and teh courts with the next shut down coming possibly Jan 30, 2025 but the amicus may be more basic.

Please excuse typos. I write in great haste and in fear of additional threats.

ACLU you are heroes. You make the world better by being in it by your respect and love for all even those you may disagree with or who think, believe or live differently. You truly reflect the image of God by your love and by seeking justice in the courts for the oppressed. See Amos 5:15, Matthew 23:23. Isaiah 10:1-4 justice for the poor and oppressed Jesus stating you will know them by their love. 1 Corinthians 12:15-26 (One body many parts... the hands does not say I do not need you eye,...protecting differences not the distortion of God's word by sameness as unity of a house that does not fall argh as one, which would essentially make one body as a body with all hands or all eyes which simply does not work) Citing distortion to violate God's word that Lincoln also cited in a presidential speech Matthew 12:22-28.

You made a difference in my life and the world by being a beacon of hope.

Thank you,
Meg


PS States and local governments are schemed to get defunded after Jan 30, 2025. Hoping to outline how or work with you to help

you understand how we may fully fund the government. So government workers are not screwed with pensions, pay and positions that are planned limited to be in step toward that 202-1 e take as a step in the next day at work if you disagree with me, we can talk things out to protect you and the USA by sharing diverse ideas to irmpove. I want to show you how you, you attorney generals including Trump's attorneys and the lawyers for plaintiff are the targets too. We can unravel schemes and prevent plans to aide in the overthrow by preserving the rule of law by protecting the courts, the petitioners, their counsel and the judges.

On Tuesday, November 25, 2025 at 08:37:00 AM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Hello,

I write to persuade DC Attorney Generals, not US to file an amicus brief concerning other evidence possibly warranting contempt (civil or criminal) of actual parties trump and Bondi, not merely Attorney now third Circuit Judge Bove. Attached is something I never filed. Note the use of military and money to force outcomes of cases at trial and on appeal in contravention of US Am I, V, I outline in the attached possibly warranting contempt of President Trump and US AG Bondi

I believe there may be bribery and bad faith issues relating to bartered for favor of detention camps, C-Cot, Nuerallink at Miami, and the closed down Alligator Alcatruz. Note the citation in the attached to the law Desantes FL Governor signed to make it more difficult to sue for medical malpractice. I believe that the wrongfully detained prisoners would be used for harmful Hitklerlike Frankensteinish healthcare.  Note the unjust policy of the government of concealing autopsies from the public for 50 years after the death of decedents too. Part of the planned overthrow is to use biodigital data and health information.

In statements attached to November 14, 2025 opinion in JGG v Trump, DC Circuit Judge noted Trump misused his Presidential power to call for the impeachment of Chief Judge Boesberg to affect the outcome of the case. This may warrant contempt too.

I also seek someone write to declare the US Supreme Court's finding in Snyder is void for lack of due process since the Court was looking after its own members accused of bribery when it reduced the power of state and US Attorney generals of convicting government officials of bribery under 18 USC sections 201 and 666, and possibly voiding Trump v US Case No 939 granting Trump a license to commit crime based on the fear of the USSC in the lie that their power is based on appearance.

There are three cases were Presidents blatantly violated US Supreme Court. That is not a reflection on the court but on Presidents misbehavior.

USSC is bound by the superseding Bill of Rights and later amendments which restrains its own power to the Constitutional limits to limit its own conduct by the rule of law too meaning it may not violate the right to petition unfairly by partiality to self.
Trump called for the execution of members of congress. Read through the lines. He will eliminate his own counsel's purpose soon if we do not protect attorney generals too, even those we disagree with.

DC attorney generals can you please draft amicus briefs in this matter JGG v TRUMP. Can you please ask the Court to protect the inferior attorney generals like Drew Ensign, as opposed to Bove he committed more grave injustice by directing them to lie please.

Can you please ask Chief Judge to extend the protection afforded to regular lawyers to disclose fraud and evidence to commit crimes. Their client boss President Trump may kill them or call for their execution by treason unless we protect them, as he calls against congress people.

This may be an appealable issue. Trump's attorneys are stuck. It is difficult for them to protect their own fair right to petition without government threat when their boss may kill them and intends to eliminate their purpose by reign by might down the line.

I am sick with allergies now and have personal obligations.

I care, can someone please please please draft an amicus brief to protect the right to petition fairly without government threats even of Attorney Generals.  Otherwise, Trump may exacerbate use of military and money to eliminate function of courts which is preserved by the petition, the fair petition.

I want to argue the case in Snyder and Trump v US No. 939 are void since the court  looking after its own members in contravention of a fair proceeding. I also want to protect the Court and the parties by restraining threats against the court and parties by Art I, II and possibly III members to affect the outcome of the case.

So, the US Supreme court would be prone to acknowledge the error with protections of its members and parties.

I believe the petition and the attorney generals function will be removed soon by their own President boss which is necessary to protect by the rule of law not lawless mobster like use of might and money to force their will be done eliminating all freedom while Trump and Bondi are duped to harm themselves too.

I know that ACLU justly seeks to protect their own clients which takes precedence. Just think this will prevent similar cases and injustices too.

Please please DC attorney generals file an amicus brief. Chief Judge Boesberg has jurisdiction over other very important issues

now, which is not likely to occur again in this rare most important case, possibly the most important case in our nation's history.

Chief Judge Boesberg at the hearing mentioned notice was important. He granted notice yesterday before the mandate was placed on the docket. He is quite eager to resolve the case, but may miss the other issues that may be left abused and unrestrained if not addressed by petitioners to preserve for the court even by amicus.

Thank you for thinking about it. I ask stances of the parties should I miraculously be able to draft something too. I am not trying to destroy anyone here. I am so scared the other issues will not be preserved because it is most important to protect the wrongfully detained plaintiffs which should and must take precedence, but the other issues should be preserved for the record too in order that petitioners and the court may restrain the government to constitutional limits.


Thank you,
Meg

On Friday, November 7, 2025 at 10:55:51 PM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:


Good evening.

There is a plan to reduce and eliminate lawyers especially attorney generals to allow for the planned dissolution of the US by degrading the rule of law that founded it based on the fair petition in 1791 with the Bill of rights. Here is my Motion. I have not started on the brief to fully fund the federal government, esepcially the courts and AGs.

None of you are allowed to help me, but you are allowed to criticize me in a way to help you.

Note, the past case law where the EDPA US Attorney generals were the heroes we needed when two EDPA judges placed innocent black children in jail for prison profit. Look at the connections with prison or detention camps and Bondi.

AI is set up to reduce to eliminate you too. Chief Judge Boesberg did not allow me to use two docket items before. So, I am not sure if I am able to attach books alluding to agendas.

You are not allowed to help me, but you are allowed to criticize my ideas before I file anything to help you all better. AGs will be used and thrown away if no one steps in. Courts will be degraded too. Protecting all petitioners even those I disagree with protects freedom for others too. None are free if only certain clients or positions are protected stifling learning.

I see the Organ ruling against national Guard, and the Nov 6, and 1st Cir and USSC application order issued today regarding funding SNAPS. USSC should not set precedent where its own funding may be cut off because it cuts off the public and private people's Constitutionally vested legal authority to fairly petition. US I, V.

ACLU thank you for being brilliant and making a difference by upholding justice for all regardless of sex, religion, place of origin. Winning or losing is not most important, doing the right thing is, and no matters what unfolds you are a winner and hero.

Thank you,
Meg

[Rhode Island State Council of Churches v. Rollins, 25-2089 - CourtListener.com](#)



**Rhode Island State Council of Churches v. Rollins, 25-2089 - CourtListen...**

Docket for Rhode Island State Council of Churches v. Rollins, 25-2089 — Brought to you by Free Law Project, a no...

https://storage.courtlistener.com/recap/gov.uscourts.ca1.53495/gov.uscourts.ca1.53495.00108364203.0.pdf?
fbclid=IwY2xjaw_[...]Tc4ODIwMDg
5MgABHnVOazVJ-BChLnnzMFgxTLtCt3sAm9PBzozUYEJr9Fgybu_1nUYjPD46O-7k_aem_JXusfVjau44LdfRI5A6PWw

No. 25A539

| | |
|---|---|
| Title: | Brooke Rollins, Secretary of Agriculture, et al., Applicants v. Rhode Island State Council of Churches, et al. |
| Docketed: | November 7, 2025 |
| Lower Ct: | United States Court of Appeals for the First Circuit |
| Case Numbers: | (25-2089) |

**Nov 07 2025**

The applicants are seeking a stay of two orders of the United States District Court for the District of Rhode Island, case No. 1:25-cv-569. See D. Ct. Minute Entry (Oct. 31, 2025) and Docket Number 34 (Nov. 6, 2025). These orders require the applicants to fully fund benefits for the Supplemental Nutritional Assistance Program ("SNAP") for the month of November, and to distribute that funding by the end of the day on November 7, 2025 (today). Earlier today, the applicants asked the United States Court of Appeals for the First Circuit to stay the District Court's orders pending appeal, and to issue an administrative stay to facilitate its consideration of that stay motion. At 6:08 p.m., the First Circuit denied the applicants' request for an administrative stay, but stated that it "intend[s] to issue a decision on [the stay pending appeal] motion as quickly as possible." *Rhode Island State Council of Churches* v. *Rollins,Ibid.* Given the First Circuit's representations, an administrative stay is required to facilitate the First Circuit's expeditious resolution of the pending stay motion. IT IS ORDERED that the District Court's orders are hereby administratively stayed pending disposition of the motion for a stay pending appeal in the United States Court of Appeals for the First Circuit in case No. 25-2089 or further order of Justice Jackson or of the Court. This administrative stay will terminate forty-eight hours after the First Circuit's resolution of the pending motion, which the First Circuit is expected to issue with dispatch.

On Thursday, October 16, 2025 at 08:21:12 PM EDT, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Good evening,

I saw that Trump and Defendants filed a motion to stay based on the shut down.

I sent various emails to DOJ regarding my desire to file a second amicus brief, but had difficulty in discerning which issue was most pressing including fully funding the federal government without stealing from Peter to pay Paul.

I oppose the motion filed on behalf of Trump and Bondi today to stay the case due to the shut down because Trump through Bessent has the congressional grant to pay attorney generals, the courts and federal employees. It is all bull shit.

I believe Trump will use attorney generals and throw them away after martial law is declared with no pension or pay.

I also think the other issues I previously alluded as possibilities to brief on are important too.

There are certain books that outline the source the reason for the overthrow schemed down the line, the way money is coined not to pay what is owed to the boomers and the scheme to cover it up while sustaining power.

The 2025 alludes to new corrupt coining models I oppose, and other books suggest fixes I also disagree with. I propose something different that Presidents Lincoln and Kennedy also proposed, and additional differences too. I just did not know whether it was worthy to entertain other planned replacements with the court and DOJ or just brief on my idea.  I can send you pages of other folks suggestions with whom I disagree.

I understand DOJ has a conflict of interest and cannot look after itself because Trump may lawlessly kill them by treason or otherwise. So, I want to protect them even if they think my ideas are bad.

I am not trying to hurt anyone here. I think Trump is being played to harm himself for a larger agenda too, but if he keeps firing his own attorneys and staff who may be looking after him, his own attorneys cannot save him. It is scary for his attorneys who also

may be looking after him to do so freely without threat of reprisal.

I am backed up the next couple of days.

I already asked position and received no response. I ask it again, and if there is no response I can place that on the record.  If you do disagree or have better ideas at least I preserved it for the record should the case be stayed, delayed or closed and reopened down the line under FRCP R 60 or otherwise.

I am copying my opponents in potential other cases and the law librarians because I think risk being eliminated by automation unless some brave court saves us. If they think my ideas stink they may use it against me in a nonattorney amicus brief.

Chief Judge Boesberg kindly granted me permission before per https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.143.0.pdf

I absolutely believe Trump's attorneys will be used and thrown away if someone does not shed light on a path to eliminate the cover up for the new coining model that will contribute to a planned actual overthrow.

Thank you for your consideration.


Very truly,
Meg
Not acting as an attorney
Granted permission as a lay person previously
Retired my DC license in 2018
----- Forwarded Message -----
**From:** DCD_ECFNotice@dcd.uscourts.gov <dcd_ecfnotice@dcd.uscourts.gov>
**To:** "dcd_ecfnotice@dcd.uscourts.gov" <dcd_ecfnotice@dcd.uscourts.gov>
**Sent:** Wednesday, October 15, 2025 at 03:35:22 PM EDT
**Subject:** Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Sealed Motion for Leave to File Document Under Seal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 10/15/2025 at 3:34 PM and filed on 10/15/2025
**Case Name:**        J.G.G. et al v. TRUMP et al
**Case Number:**      1:25-cv-00766-JEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: The Court ORDERS that: 1) Plaintiffs' [176] Motion for Leave to File Under Seal is GRANTED; and 2) Plaintiffs' [176-1], [176-2], [176-3], [176-4] unredacted Declarations are deemed filed under seal. So ORDERED by Chief Judge James E. Boasberg on October 15, 2025. (lcjeb1)**


**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer    aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt    lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman    smichelman@acludc.org, aadetoro@acludc.org

Omar C. Jadwat    ojadwat@aclu.org, o-c-jadwat-2582@ecf.pacerpro.com

Cecillia D. Wang    cwang@aclu.org, aball@aclu.org, amason@aclu.org

Hina Shamsi    hshamsi@aclu.org, hina-shamsi-8661@ecf.pacerpro.com

Drew C Ensign    drew.c.ensign@usdoj.gov, drewensignlaw@gmail.com

August Edward Flentje    august.flentje@usdoj.gov

Kelly Brian McClanahan    kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org, neocount@recap.email

Dan Backer    dbacker@ChalmersAdams.com

Ashley Gorski    agorski@aclu.org, ckreth@aclu.org, kjackson@aclu.org

Brian D. Netter    bnetter@democracyforward.org

Bradley Girard    bgirard@democracyforward.org

Cody H. Wofsy    cwofsy@aclu.org, cody-wofsy-5507@ecf.pacerpro.com

Ernesto Horacio Molina, Jr    ernesto.h.molina@usdoj.gov, Mandamus.OIL@usdoj.gov, Mandamus.OIL-ECFNOTIFICATIONS@usdoj.gov, SpecialLitigationTeam.OIL@usdoj.gov

Steven A. Hirsch    steve.hirsch@calg.com, paralegals@calg.com

Michael King Thomas Tan    m.tan@aclu.org, michael-tan-9223@ecf.pacerpro.com

Daniel Antonio Galindo    dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Kathryn Huddleston    khuddleston@aclu.org, christopher-clay-5259@ecf.pacerpro.com

My Khanh Ngo    mngo@aclu.org, my-khanh--ngo-8340@ecf.pacerpro.com

Aditi Shah    ashah@acludc.org

Andrew Block    andrew.block@aflegal.org, andrew.block@ecf.courtdrive.com, docket@aflegal.org

Christine L. Coogle    ccoogle@democracyforward.org

Sidra Mahfooz    smahfooz@aclu.org

Abhishek Kambli    abhishek.kambli@usdoj.gov

Noelle Smith    nsmith@aclu.org

Oscar Sarabia Roman    osarabia@aclu.org

Patrick Toomey    ptoomey@aclu.org, kjackson@aclu.org, mmchale@aclu.org, patrick-toomey-2001@ecf.pacerpro.com

Evelyn Danforth-Scott    edanforth-scott@aclu.org

Tiberius T Davis    tiberius.davis@usdoj.gov

MEGHAN KELLY    meghankellyesq@yahoo.com

**1:25-cv-00766-JEB Notice will be delivered by other means to::**

Sean Ming-Jun Lau
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004

 9 Meg Kelly's Motion for Leave to file amicus brief.docx
58.5 kB

Re: Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Sealed Motion for Leave to File Document Under Seal

From: Meg Kelly (meghankellyesq@yahoo.com)

To: aspitzer@acludc.org; lgelernt@aclu.org; smichelman@acludc.org; ojadwat@aclu.org; cwang@aclu.org; hshamsi@aclu.org; drew.c.ensign@usdoj.gov; august.flentje@usdoj.gov; agorski@aclu.org; bnetter@democracyforward.org; bgirard@democracyforward.org; ernesto.h.molina@usdoj.gov; m.tan@aclu.org; dgalindo@aclu.org; khuddleston@aclu.org; mngo@aclu.org; ashah@acludc.org; andrew.block@aflegal.org; ccoogle@democracyforward.org; smahfooz@aclu.org; abhishek.kambli@usdoj.gov; nsmith@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; edanforth-scott@aclu.org; tiberius.davis@usdoj.gov

Cc: usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; margaret.naylor@delaware.gov; galen.wilson@delaware.gov; bethany.parker@delaware.gov; oag@dc.gov; braddgrossman@gmail.com; matthewkosiorek@comcast.net; usapaw.webmaster@usdoj.gov; info@attorneygeneral.org; publictrust@delaware.gov; gerald.hocker@state.de.us; doug.hudson@sussexcountyde.gov; rich.collins@delaware.gov; cbarrish@whyy.org; darin.mccann@coastalpoint.com; grolfe@newszap.com; meghankellyesq@yahoo.com

Date: Tuesday, December 2, 2025 at 08:25 AM EST

I may have excluded the fact, the police came to the door and asked me to take down facebook posts, which violates the 1st and 14th amendments applicable to the police colluding with and talking with both the HOA and Frank a conspiracy under 18 USC 242 et al, should a case arise.

I am distracted. Someone I love very much died Sunday night Rick Chamerlain. He was like a second dad to me, he is the brother or brother in law with former speaker of the house Pete Schwarzkopf who I grew up sharing Thanksgivings and holidays with since I was a little girl like 7 or so at Shelly and Rick's house.

Shelly and Rick are family to us, my parents best friends. I was the maid of honor in their eldest daughter's weddings. I am in tears now, but I care about you and the people who were wrongfully placed in torture chambers in C-Cot.

Thank you for grace,
Meg

On Tuesday, December 2, 2025 at 08:10:42 AM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Hello,

I still seek to draft a brief but I wanted to let you what was happening to me which affects attorneys in a plan to eliminate them to be replaced by elimination of freedom by NGOs, non-government entities to replace the function of government and the freedoms afforded  and protected by the fair petition since the founding of the nation in 1791.

I live in DE, and have been retaliated against by the state and the state's partners for asserting Constitutional protections based on my genuinely held religious beliefs stemmed in my beliefs about Jesus and the Bible and what I believe is God's word.

The state thinks my religious beliefs in Jesus Christ are an alleged "danger". I protect your right to believe differently, to disagree wit my beliefs, to believe by the dictates of your conscience. Otherwise you are not free but are conditionally compelled and controlled by those who force their imperfect incomplete not all knowing will on others. Plus, I believe you must lay down desires and scientific controls, (temptations if you will), not to give into temptation to please people, or do what you want, in order to do what is right instead of what is profitable, love overcoming lusts to do what I believe is God's will to be saved from death in hell. On a personal note, I see the ACLU doing that to protect the rights of people, even those they may disagree with, to give them a choice to unconditionally love instead of compelled conformity under the deception of help or caring.

This is just a background that the government thinks my religious beliefs suck and I should not be free to believe Jesus differently than the marketed mob beliefs which do not align with my genuinely held beliefs.  This has been going on for more than 20 years. No one has saved me and maybe I am not supposed to be saved in this life, maybe only in the next? Or maybe I am supposed to assert rights so those who are similarly persecuted are protected? I have not figured that out yet.

I do know that attorney generals are in danger, attorneys like the ACLU the courts, I want to protect you. I am aware that both sides are in danger and desire to use the petition with the permission of the courts to protect all, not destroy those like President Trump who I believes needs correction and guidance from harming himself and others by giving into temptation and deception that he is looking after himself for material gain like the redone nuclear bunker under the ballroom he builds to protect his life as he escalates military and economic force to force a no longer free people to control not care for them. That ballroom's importance is



though we are not supposed to celebrate Christmas
Please keep the flashlights for yourself
You are so generous
Love you

Keep the house for yourselves
They going to get rid of retirement homes
I will take care of you
Love you
Think about it

Today 2:05 PM

Mary Kelly

Thanks!   Not sure if we are comfortable in that environment.  We would miss you so much.  You know, I am sure you could get your law license back, but you would have to follow protocol that you balk at.  You have the brains,.......

iMessage





Yesterday 1:34 PM

I am putting rocks at the back of the property from the former fort I shounelecfor the front
Everyone is on the inside
John came outside came around our side of the fence to look
I told him what I was doing
He gave me a thumbs up and said carry on

Mary Kelly



Today 11:39 AM



Re: Activity in Case 1:25-cv-00766-JEB J.G.G. v. TRUMP Feral Order on Sealed Motion for Leave to File Document Under Seal

From: Meg Kelly (meghankellyesq@yahoo.com)

To: aspitzer@acludc.org; lgelernt@aclu.org; smichelman@acludc.org; ojadwat@aclu.org; cwang@aclu.org; hshamsi@aclu.org; drew.c.ensign@usdoj.gov; august.flentje@usdoj.gov; agorski@aclu.org; bnetter@democracyforward.org; bgirard@democracyforward.org; ernesto.h.molina@usdoj.gov; m.tan@aclu.org; dgalindo@aclu.org; khuddleston@aclu.org; mngo@aclu.org; ashah@acludc.org; andrew.block@aflegal.org; ccoogle@democracyforward.org; smahfooz@aclu.org; abhishek.kambli@usdoj.gov; nsmith@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; edanforth-scott@aclu.org; tiberius.davis@usdoj.gov

Cc: usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; margaret.naylor@delaware.gov; galen.wilson@delaware.gov; bethany.parker@delaware.gov; oag@dc.gov; braddgrossman@gmail.com; matthewkosiorek@comcast.net; usapaw.webmaster@usdoj.gov; info@attorneygeneral.gov; publictrust@delaware.gov; gerald.hocker@state.de.us; doug.hudson@sussexcountyde.gov; rich.collins@delaware.gov; cbarrish@whyy.org; darin.mccann@coastalpoint.com; grolfe@newszap.com; meghankellyesq@yahoo.com

Date: Tuesday, December 2, 2025 at 05:44 PM EST

Hello,

I wanted to clarify. I deacativated my Meg Kelly facebook account with friends and loved ones.  I have a Meghan Kelly account with no friends where I did not post pictures comparing our yard to neighbors regarding a baseless complaint that we had more leaves next to the road or in our ditch than others, when we had fewer. Our yard looks nice.

I noticed every time I tried to type today it seemed as though someone remotely accessed my computer, making my screen disappear, closing down emails, preventing or making me typing appear seconds later.

Hope none of the attorney generals or government agents as partners are doing that.

Thank you and good night,
Meg

On Tuesday, December 2, 2025 at 08:25:44 AM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:

I may have excluded the fact, the police came to the door and asked me to take down facebook posts, which violates the 1st and 14th amendments applicable to the police colluding with and talking with both the HOA and Frank a conspiracy under 18 USC 242 et al, should a case arise.

I am distracted. Someone I love very much died Sunday night Rick Chamerlain. He was like a second dad to me, he is the brother or brother in law with former speaker of the house Pete Schwarzkopf who I grew up sharing Thanksgivings and holidays with since I was a little girl like 7 or so at Shelly and Rick's house.

Shelly and Rick are family to us, my parents best friends. I was the maid of honor in their eldest daughter's weddings. I am in tears now, but I care about you and the people who were wrongfully placed in torture chambers in C-Cot.

Thank you for grace,
Meg

On Tuesday, December 2, 2025 at 08:10:42 AM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:

Hello,

I still seek to draft a brief but I wanted to let you what was happening to me which affects attorneys in a plan to eliminate them to be replaced by elimination of freedom by NGOs, non-government entities to replace the function of government and the freedoms afforded  and protected by the fair petition since the founding of the nation in 1791.

I live in DE, and have been retaliated against by the state and the state's partners for asserting Constitutional protections based on my genuinely held religious beliefs stemmed in my beliefs about Jesus and the Bible and what I believe is God's word.

The state thinks my religious beliefs in Jesus Christ are an alleged "danger". I protect your right to believe differently, to disagree

EFiled: Mar 03 2020 10:00AM EST
Transaction ID 64781595
Case No. 2020-0157-

IN THE CHANCERY COURT OF THE STATE OF DELAWARE, SUSSEX COUNTY

|  |  |
|---|---|
| Meghan Kelly | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| The Democratic Chair, Erik Raser-Schramm, a.k.a. Erik Schramm Individually, and in his capacity as The Chairman of the Democratic Party for the State of Delaware, Anthony Albence, individually, and in his capacity as The Election Commissioner of the State of Delaware Department of Elections, Kathleen Jennings, individually, and in her capacity as Attorney General of the State of Delaware, the Delaware Department of Elections, Sussex County Department of Elections, Kent County Department of Elections, New Castle County Department of Elections, and The Democratic Party of the State of Delaware, a.k.a. The Delaware State Committee, a.k.a. The State Executive Committee, a.k.a. The Democratic Party State Executive Committee, a.k.a. The Executive Committee of The Democratic party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.:

**PLAINTIFF'S CASE FOR CHRIST,
PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS FOR THEIR
VIOLATION OF THE EQUAL PROTECTIONS CLAUSE, IN THIS
CLASS OF ONE, UNDER THE 1ST AMENDMENT APPLICABLE
TO THE DEFENDANTS VIA THE 14TH AMENDMENT, FOR
DEFENDANTS UNLAWFUL APPLICATION OF 15 DEL.C. § 3103,
CONDITIONING PLAINTIFF'S RIGHT TO RUN TO OFFICE,**

**ON THE EMILINATATION OF OTHER**
**FUNDAMENTAL RIGHTS, AS APPLIED TO PLAINTIFF**

Meghan Kelly, by and through her own representation, Attorney

Meghan Kelly, Esquire, brings this Verified Complaint, and

contemporaneously therewith, *Plaintiff's Temporary Restraining Order*, and

states as follows:

## THE PARTIES

1.     Meghan Kelly (also referred herein as, "Meghan," "Plaintiff,"

"I," or "me," or "my" or "myself" also "she" and "her") is an adult resident of

the state of Delaware, residing at 34012 Shawnee Drive, Dagsboro, DE

19939.

2.     Defendant Erik Raser-Schramm, in his individual capacity, and

in his official capacity as Chairman of the Democratic Party a.k.a.

Democratic Chair ("Party Chair" and collectively, "Defendants") is a

Delaware resident.  The Party Chair may be served at the Democratic

headquarters, a.k.a. his place of business, at, The Democratic Party of the

State of Delaware, 9 E. Commons Blvd., Suite 2, New Castle, DE 19720.

He may be served at C/O, The Democratic Party of the State of Delaware, 9

E. Commons Blvd., Suite 2, New Castle, DE 19720.

3.     Defendant Election Commissioner of the State, Anthony

Albence, (Individually "Commissioner" and collectively, "Defendants"), in

his personal capacity and in his capacity as Election Commissioner, is a resident of the state of Delaware, whose place of business is at 905 S. Governors Ave Suite 170 Dover DE 19904. He may be served at 905 S. Governors Ave Suite 170, Dover DE 19904.

4.    Defendant Kathleen Jennings, (Individually "AG," and collectively "Defendants"), in her personal capacity and in her capacity as the Attorney General for the State of Delaware, whose place of business is located at Carvel State Building 820 N. French St., Wilmington, DE 19801. She may be served at Building 820 N. French St., Wilmington, DE 19801.

5.    Defendant Delaware Department of Elections (Collectively, "Defendants"), has an address of 905 S. Governors Ave Suite 170 Dover DE 19904.

6.    Defendant Sussex County Department of Elections (Collectively, the "Defendants"), has an address of 119 N Race St, Georgetown, DE 19947.

7.    Defendant Kent County Department of Elections (Collectively, "the Defendants"), has an address of 905 S. Governors Ave Suite 170 Dover DE 19904.

8.     Defendant New Castle County Department of Elections (Collectively, the Defendants"), has an address of 820 N French St Ste 400, Wilmington, DE 19801.

9.     Defendant Democratic Party of the State of Delaware, a.k.a. the Delaware State Committee, a.k.a. the State Executive Committee, a.k.a. the Democratic Party State Executive, Committee, a.k.a. the Executive Committee of the Democratic Party, (the "Party" and the "Committee" and collectively, the "Defendants"), The Delaware Democratic Party located at 9 E. Commons Blvd., Suite 2, New Castle, DE 19720.

## JURISDICTION

10.     This Honorable Court has jurisdiction over Plaintiff's claims pursuant to *10 Del. C. Section 341.*

11.     This Honorable Court has personal jurisdiction over Defendants because Defendants are Delaware residents.

12.     Defendants regularly conduct government business in this state and claims against Defendants arise from Defendants' government business transactions in the state of Delaware.

## FACTS

## I. PROCEDURAL AND LEGAL FACTS

13.     This case arises upon the Defendants' unconstitutional condition

precedent requiring Meghan Kelly to violate her religious beliefs, her belief in Jesus Christ's teachings, by conforming with the filing fee and or signature requirements pursuant to *15 Del.C. § 3103 (a)(1)(c),(d),* in order to be placed on the ballot as a democratic candidate for the U.S. House of representative seat in the state of Delaware for the upcoming election, in violation of Meghan Kelly's first Amendment Rights, applicable to the Defendants pursuant to the Fourteenth Amendment under the Equal Protections Clause of the Constitution, in this class of one, as applied to Meghan, including her right(s) of free exercise of religion, speech, association, and right to run for office without disobeying Jesus, thereby compromising her faith and in doing so, essentially selling her soul to Satan to gain the world. (See Exhibit 1, *15 Del. C. § 3103*)

14.    The Constitution preempts conflicting state and local laws and regulations.

15.    The Defendants must overcome strict scrutiny to defeat Meghan Kelly's claims, in this class of one, under the Equal Protections Clause Applicable to Defendants under the Fourteenth Amendment.

16.    The Equal Protections applies where a law treats a person or class of persons differently from others. An Equal Protections claim, may be brought with as few members as one. (See, *Village of Willowbrook v. Grace*, 528 US 562 (2000)).

17.    Where a law limits fundamental rights, strict scrutiny will be applied, and the law, or other government action, will be upheld only if it is

necessary to promote a compelling or overriding interest.

18.    All fundamental rights including the rights I seek to uphold here, including but not necessarily limited to, the right to run for office related to the right to vote, according to the dictates of my own conscience, not the dictates of the government, or agents acting with under the cloak of government authority or power, and the freedom to worship or not according to the dictates of my own conscience, not the dictates of the government or agents acting with under the cloak of government authority or power, the freedom to speak or not to speak according to the dictates of my own conscience, not the dictates of the government or agents acting with under the cloak of government authority or power, and the freedom to associate or not, according to the dictates of my own conscience, not the dictates of the government or agents acting with under the cloak of government authority or power are at issue.

19.    The Party's and the Party Chair's conduct is so entangled with the government's function, to be considered government conduct.

20.    The Party and Party Chair must be considered as agents of the government, acting with under the cloak of government authority or power.

21.    With the cloak of government power, the Constitution, and our laws derived from the Constitution, limit the freedoms of those in government, or acting under the cloak of government authority, such as the Party and the Party Chair, in order not to chill the freedoms of those they serve.    The Constitution in this manner makes the common man more

powerful than those in positions of government authority.

22.    So, I understand, once I am in office I will have fewer freedoms to speak about my belief in Jesus Christ than I do now in order not to chill the freedoms of those I hope to serve.  I am just not willing to disobey Jesus to gain an election seat.

23.    The Party Chair has the power to waive fees. (See, *Bartley v. Davis*, No. CIV.A. 8561, 1986 WL 8810, at *1–2 (Del. Ch. Aug. 14, 1986), aff'd, 519 A.2d 662 (Del. 1986), (The Honorable Chancery Court noted, "This [filing fee] requirement has long been a method to effectuate the above purposes and past political practice, according to the Chairmen of the Delaware Democratic and Republican Parties, has permitted this requirement to be waived."). (See, Exhibit 2).

24.    The Honorable Delaware Supreme Court, on appeal, noted that the party Chair only has statutory authority to waive such fees prior to the filing deadline. ("Attempted filing fee waiver of democratic state chairman, acting for democratic state committee after notification date, was invalid. 15 Del.C. §§ 3103(c), 3106." *Bartley v. Davis*, No. CIV.A. 8561, 1986 WL 8810, at *5 (Del. Ch. Aug. 14, 1986), aff'd, 519 A.2d 662 (Del. 1986), Citing, *Bartley v. Davis*, 519 A.2d 662 (Del. 1986)"). (See, Exhibit 3).

25.    The Party Chair and the Party has chosen not to exercise their authority to grant such waiver as mandated under the Constitution, in utter disregard to Meghan Kelly's religious waiver request, thereby essentially persecuting her based on her faith in Jesus Christ.

26.    Similarly, the other Defendants, including but not limited to the Commissioner and the Delaware Department of Elections also refuse to comply with the Constitution by waiving the filing fee and signature requirements by entering her filing form as complete, thereby essentially persecution Meghan Kelly based on her free exercise of religion.

27.    The Honorable Third Circuit Court, in *Belitskus v. Pizzingrilli*, 343 F.3d 632 (3d Cir. 2003) held, "State's power to regulate elections must be exercised in a manner consistent with the Equal Protection Clause of the Fourteenth Amendment. *U.S.C.A. Const. Art.* 1, § 4, cl. 1; *U.S.C.A. Const. Amend.* 14."). (See, Exhibit 4).

28.    "When First and Fourteenth Amendment rights are subjected to severe restrictions under state election regulation, the regulation must be narrowly drawn to advance a state interest of compelling importance; however, when a state election law provision imposes only reasonable, nondiscriminatory restrictions upon the First and Fourteenth Amendment rights of voters, the State's important regulatory interests are generally sufficient to justify the restrictions. U.S.C.A. Const. Amends. 1, 14"); Id (Indigent candidates' "as applied" equal protection challenge to Pennsylvania's mandatory filing fee requirements was not moot under "capable of repetition, yet evading review" exception to mootness doctrine, although election in which they ran had been held; challenge was too short in duration to be fully litigated prior to its expiration, and given lack of evidence to the contrary, it was reasonable to assume that the candidates

would once again seek waiver of mandatory fees due to indigency. U.S.C.A. Const. Amend. 14; 25 P.S. § 2873(b.1)." This case is distinguished since the sole issue is based on Meghan Kelly's free exercise of her religious beliefs, which also affects her free exercise of speech, association and rights associated with her candidacy for office in this case. Yet, this Court's analysis of the "capable of repetition, yet evading review" doctrine applies to the case at hand). *Id.*

29. On or about October 28, 2019, Meghan Kelly sent the State Chair, a representative of the Democratic party, Jesse Chaderon ("Jesse"), the Party through the State Chair and Jesse, the Delaware Department of Elections an email through a representative of the Delaware Department of Elections, Kenneth A. McDowell (hereinafter referred to as "Bo," in his capacity as an agent of the Delaware Department of Elections, and not in his personal capacity), and additional people not relevant to this case, my request for a waiver from signature and or filing fee requirements, so as not to violate my religion, freedom of speech, and freedom of association, in order to be placed for on a ballot for the upcoming election for the US House of Representatives, via an email containing 4 attachments, including a letter to the Honorable Democratic Chair Erik Raser-Schramm, officially making this request. (See, Exhibit 5, the Email and the attachments thereto

including, Exhibit 5, A, the Letter and attachments to the Honorable Party

Chair, Exhibit 5, B, (*excluding the attachments to the letters in 5A and 5B

and attaching the same as Exhibits 21-29 herein to conserve paper and

removing the old exhibit pages and removing the old exhibit pages *), the

US Supreme Court letter and attachments, Exhibit 5, C, The US Supreme

Court Response, Exhibit 5, D, the Attorney Grievance Commission of

Maryland's determination relating to Justice Kavanaugh).

    30.    On October 28, 2019, Bo kindly responded back to my Email to

confirm, I was no longer seeking to run for President of the United States.

(See, Exhibit 6, Bo's email, Exhibit 6, A, Emails to Defendant Delaware

Department of Elections relating to Plaintiff running for President, Exhibit 6,

B, an Email to Jesse and the Party and the Party Chair through Jesse relating

to running for President.).

    31.    I emailed Bo, the ACLU, Jesse, and people unrelated to this

case, to inform them to please withdraw my previous request for a waiver of

signature and fee requirements to run for President of the United States.

(See, Exhibit 7)

    32.    On or about October 29, 2019, Jesse kindly replied to my email

stating he "Just wanted to acknowledge receipt of your email. I will get back

to you once I've had the chance to discuss this with the State Party Executive team" (See, Exhibit 8).

33. On or about October 29, 2019, Bo kindly took time to talk with me on the phone, as he has so often generously has done throughout the last few years. He kindly indicated the Party Chair must grant me a waiver.

34. I sent Bo the attached email to confirm my understanding that I must hold off until a determination is made by the Party Chair. (See, Exhibit 8).

35. I followed up on or about Nov 18, 2019, with an email to Jesse and the Party, and the Party Chair to check on the status of the Democratic Chair and Committee's decision. (Exhibit 9).

36. Jesse requested clarification. I provided clarification concerning my waiver in response to Jesse, the Party, and the Chair on or about November 22, 2019. (Exhibit 9).

37. On or about January 28, 2020, I sent an email to Jesse and the Party Chair, Bo, and unrelated parties requesting that they "Please provide a response!" (Exhibit 10)

38. I received an official response in the mail, dated February 3, 2020, from the Party through the Party Chair, stating:

"The Delaware Democratic Party (the "Party") is in receipt of your October 28, 2019 letter requesting a waiver of certain filing fee and

signature requirements. In keeping with current party practice and to maintain the integrity of the primary process, the Party declines to reduce, modify or waive any filing fees for any candidate. We note that you may contact the Delaware Department of Elections for additional information regarding statutory requirements and the ability to seek a waiver thereof from that office in certain circumstances." (Exhibit 11)

39.    On or about February 11, 2020, I sent the Delaware Department of Elections, via Bo, the Party's determination via email, and again sought a waiver of both the filing and or signature requirements from the Delaware Department of Elections,' in light of the fact such requirements violated my faith in Jesus Christ's teachings. (Exhibit 11, Exhibit 12).

40.    On or about February 13, 2020, I followed up, and sent Emails to the Defendants, where I tried to explain, in another way, how collecting signatures violates my faith.  (Exhibit 13).

41.    On or about February 15, 2020, I completed the filing form, and signed it before a notary. (Exhibit 14).

42.    On or about February 16, 2020, I sent the filing form via email to the Party, the Party Chair, Jesse, Bo, the Commissioner, via email. (Exhibit 14, Exhibit 15).

43.    On or about February 17, 2010, I called the Commissioner to confirm receipt and to request a waiver of both signature and filing fee requirements so as not to violate my faith in Jesus Christ. The Commissioner

denied my request for a waiver. (Exhibit 16, a follow up Email confirming the conversation where the Honorable Commissioner confirmed receipt).

44.     I attempted to persuade them via emails, and calls, to help them understand how the filing requirements violate my faith. (Exhibit 17, includes a variety of emails).

45.     I also attempted to show the Defendants how well suited I am for the Democratic House of Representative seat by sending them various emails reflecting some of my efforts in proposing changes in the federal law and on garnering support to impeach on the 4 full separate articles of impeachment I drafted and a 5th one I started to draft. (See, Exhibit 18).

46.     I am not ashamed of pleading with the Defendants to grant me a waiver. So, I do not have to disobey Jesus. (See, the Parable of the judge who lacked compassion. (See, Luke 18:1-8); (Also see, the funny parable of the man who kept bothering his neighbor in the middle of the night, until his neighbor gave him bread. Luke 11:5-13); (Also see, Luke 11:9, Matthew 21:22, Matthew 7:7 and James 4:3,).

47.     On or about February 23, 2020, I sent a number of emails to the Defendants where I demanded the Delaware Department of Elections, and the County Department of Elections and the Commissioner register my filing form as filed, as of the date received or in the alternative before the

filing deadline, without the condition precedent that I disobey Jesus Christ by conforming to the signature or filing fee requirements. (Exhibit 19).

48.     I have not received a response to my demand.

49.     I think the Department of Elections blocked my number.  I attempted to call Bo, Kent County Department of Elections, Sussex County Department of Elections, and New Castle County Department of Elections. Unfortunately, it appears I have been blocked, as the "Your call cannot be completed at this time.  Please try again later..."

50.     Sadly, I failed to persuade the Defendants to register my form as filed.

51.     So, I filed the Complaint in this matter, in an effort, *inter alias*, to secure the inclusion of Meghan Kelly's name as a democratic candidate for the United States House of Representatives seat for the State of Delaware for the upcoming election.

52.     Pursuant to 15 Del.C. § 3101, "(1) Notification of candidacy shall be on or before 12:00 noon of the second Tuesday in July." (See, Exhibit 20).

53.     That leaves very little time to respond to the pleadings.

54.     That leaves very little time for me to provide notice to the public to gain their vote via non-compromising means such as newspaper articles, Facebook, and walk and talks.

55.  I seek to run as a Democrat for the US House of Representative's seat in the state of Delaware.

56.     I will likely face competition in the primary by Delaware's current democratic representative, in the U.S. House of Representatives, should this Honorable Court kindly grant me relief.

57.     The Defendants refused to accept my filing form as registered, entered, filed and/or complete so as to assure me that I will be placed on the ballot for the upcoming election.

58.     On or about October 28, 2019, I submitted the email, and attachments, including the letter to the Honorable Chair Erik Raser-Schram (hereinafter "Initial Waiver Request" or (IWR)," letter to the US Supreme Court, Court stamped Receipt, and ODC response from the Attorney Grievance Commission of Maryland relating to Justice Kavanaugh. (See, Exhibit 5, the Email and the attachments thereto including, Exhibit 5, A, the Letter and attachments to the Honorable Party Chair, Exhibit 5, B, (*excluding the attachments to the letters in  Exhibits 5A and 5B and attaching the same as Exhibits 21-29 herein to conserve paper*), the US

Supreme Court letter and attachments, Exhibit 5, C, The US Supreme Court Response, Exhibit 5, D, the Attorney Grievance Commission of Maryland's determination relating to Justice Kavanaugh).

59.   In the Initial Waiver Request, I noted "(A) caveat (relating to donations), I would be willing to accept donations from the democrat(ic) party as they cannot buy me or influence me since I am already a Democrat." (Id.).

60.   I have since realized that donations from the democrat party also violate Jesus Christ's teachings and lead to corruption, as I communicated to Defendants.  (See Exhibit 17, included communication along with other emails).

61.   I attempted to explain how both filing fee and signature requirements violate my faith in Jesus Christ as I pleaded with the Defendants to grant a waiver, so as not to violate my freedom of speech, religion and right to run for office, by conditioning such rights on eliminating another Constitutionally protected right, as applied to me.

62.   I should not have to be forced to sell my soul to Satan as a condition precedent, to run as a candidate in an election.

63.   I should not be forced to disobey Jesus in order for an opportunity to gain an election seat.

64.     The Defendants violate my freedom to worship or not according to the dictates of my conscience, not the dictates of the government's convenience, or the dictates of the convenience, profit and the power of a few who prefer to buy or barter candidates to serve their own personal agenda at the expense of the voters, the people they are charged to care for either by law, or by proclamation of the Party.

65.     The Defendants violate my *freedom*, by such unconstitutional condition precedent as applied to me.

66.     I define f*reedom* as *free will* to choose: to think or ignore, to care or harden your heart to, to love or not.  I choose to think, care, love God, accessible through Jesus, God, the father, and the Holy Spirit, not by mere words alone, but by faithfully doing his will, even if I am the only one.

## I.  PLAINTIFF'S RELIGIOUS BELIEF

67.     Meghan Kelly repeats and incorporates by reference all of the above paragraphs and all of the below paragraphs, and the Exhibits the paragraphs refer to therein as admissible under nonhearsay and hearsay exceptions, including but not necessarily limited to, probative fact, state of mind, belief, admission by party opponent, as though set forth herein in the first instance.

68.    My personal religious beliefs are in issue.  So, I am providing additional facts concerning these relevant issues

69.    I am a Christian, and I find guidance in the Bible.

70.    Pursuant to the Bible, Jesus says, "The greatest among you is your servant." (Citing, Matthew 23:11).  Accordingly, living to serve self is not great.

71.    In fact, I believe the root of corruption in both business and government is serving those who serve you, thereby serving yourself, instead of the people you are supposed to serve.

72.    I believe living for self, and your own family, your own community and for those who affect, serve and benefit you, thereby living for self, without regard to others reflects the image of Satan. (Please see, Isaiah 14:13-14, Satan wanted to live for himself.  He wanted to be his own God.  Satan did not want to lay down his love for God, by in part loving others as himself, even outsiders, even the least of these. (Also see, Ezekiel 16;49, People were damned to hell for their unconcern "they did not help the poor and needy."); (Also see Matthew 13:18-19 "the worries of this life, the deceitfulness of wealth and the desires for other things come and choke the word, making it unfruitful," meaning those people will be burnt up in hell.); (Further see, Luke 17:26-34 where Jesus also gave us examples of people

merely caring for their own family and their own needs, working, buying and selling, eating and drinking, marrying and given into marriage before they were destroyed to be damned to hell for giving into tempting distractions of making money and making merry, and, or the anxieties of life while failing to understand the true purpose of life and eternal life, loving God and loving others as yourself, not exploiting others, outsiders to serve your greed); (Also see, Matthew 7:21 "Only those who do the will of God, go to heaven."); (Also see, Matthew 16:24, Luke 9:23, Matthew 10:38, and Mark 8:34, regarding true followers must stop doing what they desire to do, and do what God desires instead. Loving others even if it is painful.)

73. We are called to love those beyond our own even our opponents. (See, Matthew 5:43-78, Luke 6:27-36, and Romans 12:14-2, regarding loving your enemies. Also see, Exodus 22:21, Deuteronomy 10:19).

74. I believe people sin against God when they merely serve their own children and families, and those who serve or affect them, instead of all the people they are appointed to serve in their position of life.

75. Jesus said even evil people care for their children. (See, Matthew 7:9-12, "Which of you, if your son asks for bread, will give him a

stone? Or if he asks for a fish, will give him a snake? If you, then, though you are evil, know how to give good gifts to your children...").

76.     Jesus said even those without God love those who love them, and greet those who great them. (See, Luke 6:32-35, "if you love those who love you, what credit is that to you? Even sinners love those who love them. And if you do good to those who are good to you, what credit is that to you? Even sinners do that.   But love your enemies, do good to them, and lend to them, expecting nothing in return.  Then your reward will be great, and you will be sons of the Most High; for He is kind to the ungrateful and wicked"); (See also, Romans 12:14); (See Matthew 5:44-45,  "But I tell you, love your enemies and pray for those who persecute you, that you may be sons of your Father in heaven.");  (Matthew 5:46-47, "If you love those who love you, what reward will you get?... And if you greet only your people, what are you doing more than others?  Do not even the pagans do that?").

77.     I believe God calls us to love God foremost and to love others, even those outside of our own, even our enemies, as ourselves. (See, Matthew 22:36-40, The greatest command in the bible is to love God. Subordinately, Love others as yourself. All commands are weighted on these.).

78.     I believe leaders who serve themselves and those who serve them are not good leaders.  They are misleaders and deceivers, not public servants.  They mislead and deceive those they purport to serve, to instead exploit them, to serve themselves by placing self first.  Servants of Self are Servants of Satan.  They not only harm those they are charged to care for in this life, they also mislead and deceive others to become Servants of Self, Servants of Satan too, thereby leading many to hell too.

79.     I believe President Trump's focus on putting self first misleads and deceives people to reflect the image of Satan by learning to love money and merriment, profit and pleasure more than other people.

80.     Instead of loving one another, people wrongly learn to love money to the extent that they are willing to harm and destroy human life, and eternal life to serve their fleeting fancies for funding and temporary desires.

81.     I believe President Trump's winning at all costs, even at the cost of cheating, violating greater laws, of justice, mercy and faithfulness (See Matthew 23:23), makes us all lose, modeling the reflection of the image of Satan called the "lawless one" by his disregard of laws that teach us to care about other people.  (Citing, 2 Thessalonians 2:8, also see Psalm 101:3); (I define evil as absence of love because "God is love." 1 John 4:16, People

without God in their hearts have an emptiness they attempt to fill with fleeting fancies, fleeting feelings, fleeting funding or other idols in place of God's love).

82.    I believe some Republicans in office teach the image of Satan, the lawless one, as good by teaching everyone for themselves under the facade of responsibility, without love or concern for outsiders or those beyond their own, misleading those they serve to harm and hell. (Citing, 2 Thessalonians 2:8).

83.    It makes me sad because I believe some Republicans in office violate the First Amendment and God's laws by using God's name for their own vanity, meaning their own purpose in place of God's purpose, to serve power and profit under the guise of God thereby misleading people to harm and hell.

84.    Sadly, I believe people go to hell for their confusion. Satan, the lower case god of this world, confuses to kill eternally. Pull 2 Corinthians, Chapter 4 to confirm.

85.    So, I seek to draft laws to alleviate confusion as to what is good and evil, to correct not to condemn, to prevent harm in this life and eternal life.

86.     I also seek to be in a position to impeach President Trump since it is likely he will win by cheating, election hacks.

87.     The prophets in the Old testament, John the Baptist, Jesus and the apostles all bravely and courageously confronted leaders who did evil, by serving themselves instead of those they were charged with serving.

88.     The Holy Spirit, via God, via my conscience, teaching me to care, to love, is leading me to do the same as the prophets, to correct the President by seeking a position that will allow me to impeach him, in hopes to heal not only the victims of the harm he causes, but to heal his ugly heart with God's truth in love, not deception.  God loves other people too, even your enemy, people of other political affiliations, races, religions, and places of origin, even if they do not know God, even if they have not accepted God's love.  President Trump sins against God and man by harming others to serve self.  (Daniel 13:45 "God stirred up the Holy Spirit of a young boy named Daniel.");  (See, Genesis 41:38, Exodus 31:3, Numbers 11:17, Numbers 11:25); See, Deuteronomy 34:9, "The holy spirit is also called the "spirit of Wisdom,");  (See, Judges 3:10 The Holy Spirit is also called the **"spirit of the Lord"**  The holy spirit works the same in the Old testament too. It is the same God.);  (Also see, Romans 8:14 **"those who are led by the Spirit of God are children of God.**,"(emphasis intended));  (Also see,

Psalm 51:13, Wisdom 1:5, See the entire book of wisdom too, See, Matthew 1:18); (See, Matthew 12:32 "And whoever speaks a Word against the Son of Man will be forgiven; but **whoever speaks against the holy Spirit will not be forgiven, either in this age or in the age to come.**" (emphasis intended)); (See, Matthew 28:19 "Go therefore and make disciples of all nations, baptizing them in the name of the Father, and of the Son, and of the **Holy Spirit.**"); (See, Mark 13:11, Mark 12:36, Mark 3:29, Matthew 3:11, John 14:26, John 16:13, John 14:17, Ephesians 1:13, 1 John 4:6); (And see, John Chapter 3, Regarding being born again, being born of flesh in human life and of **spirit** receiving eternal life the same as Moses and Daniel did in the Old Testament.).

89.     In Ezekiel Chapter 34:1-10, God scolds leaders, shepherds who take advantage of the sheep to serve themselves instead of caring for them. "Woe to you shepherd of Israel who only take care of yourselves! Should not shepherds take care of the flock? You eat the curds, clothe yourself with wool and slaughter the choice animals, but you do not take care of the flock...." Id. (Also see, Jeremiah 23:1, and Zechariah 11:17).

90.     My religious beliefs prevent me from gathering money or signatures in adherence to the requirements under 15 Del.C. § 3103.

91.     Even if I had the money to pay my religious beliefs prevent me from paying the filing fee.

92.     Payment of the filing fee violates my freedom not to speak and freedom not to encourage conduct, payment and use of money that I believe leads myself and other people to harm and hell. I believe it is wrong.

93.     I believe paying the filing fee is a sin against God.

94.     I will not collect donations or signatures from individuals or lobbyists as this violates my religious beliefs against partiality and favoritism, serving those who serve me, thereby serving myself, by potential invisible strings attached to such donations.

95.     I am a Democrat because they love people, not money. Democrats tend to serve people, not greed. I believe people go to hell for seeking money in place of God. (See Matthew 6:24, and Luke 16:13, "You cannot serve God and money."). (Also See, See, Luke 19:45-48, Malachi 3:1-3, Matthew 21:12-13, Mark 11:15-19, John 2:13-17, Jesus chased people out of the temple for stealing the real treasure, people's eternal lives.); (See. Matthew 23:15, Jesus told the leaders they were making their followers twice as worthy of hell as they were since the leaders taught them to focus on money instead of God.)

96.     I would be a misleader, not a leader, if I taught people to serve greed instead of teaching them to care for one another since I believe serving greed leads many to hell.  (See, Acts 8:20, "Peter answered: 'May your money perish with you, because you thought you could buy the gift of God with money!").   People are more valuable than money. God commands us to love people not money.  In John 13:34, Jesus said "A new command I give you: Love one another. As I have loved you, so you must love one another."

97.     I am a leader because I think for myself after analyzing facts and laws.  I will seek to do what is in the best interest of the American people, not what immediately pleases some of their immediate desires only to harm them down the line.  That is wrong.  I take responsibility for my decisions made on behalf of others, and I will not be influenced by money or support.

98.     I was correct when I wrote to the Party Chair, "I do not believe the Democratic party will support me though I support their love for people and the environment over profit.  I am against two positions the party heads seem to support." in the October 28 letter.  (Exhibit 5, B).

99.     By their failure to grant me a waiver, thereby persecuting based on my religion, this powerful group of a few, the Party, indicated they do not respect or support my freedom of religion.

100.    With regards to two issues that the powerful few support since it supports their pockets, I do not encourage or support abortion and the death with dignity acts.  I believe they harm people, or potential people not only here, but in eternity too.  I would be a bad leader if I led people I served to harm people or themselves for mere temporary ease, comfort or profit.

101.    I am against abortion. I do not believe they go to heaven.  I believe they were robbed of the opportunity to be born of flesh and born of spirit. (See John Chapter 3:3-8, "Jesus replied, very truly I tell you, no one can see the kingdom of God unless they are born again.  ... Jesus answered, very truly I tell you, no one can enter the kingdom of God unless they are born of water and the Spirit.   Flesh gives birth to flesh, but the Spirit gives birth to spirit..."light).  Accordingly, the potential people not only lost life in this life, they lost eternal life too.  (Also see, Ezekiel Chapter 9 Children can choose a way of life leading to hell too).

102.    I am also against the Death with Dignity Acts.  Many people may make mistakes, even professionals and experts such as doctors and health care professionals.  None of us are gods.  They may misunderstand or

may lie for money or convenience. So great injustice may result. Ignorance or error will not reverse the harm done.

103. Further, I believe people may go to hell for killing themselves. It is not loving to encourage those you serve to die and go to hell out of convenience, comfort, or martyrdom for the temporary convenience for themselves or other people, or to save money. People are more valuable than money, things or comfort. There are two examples of people who killed themselves and went to hell in the bible. King Saul in the Old Testament, and Judas Iscariot.

104. Pursuant to 1 Samuel 31:4, "...Saul took his sword and fell on it." Saul killed himself. In 1 Chronicles 10:13 provides, "Saul died because he was unfaithful to the LORD; he did not keep the word of the LORD..." I do not believe he went to heaven because of these words.

105. The other example is Judas Iscariot. In Matthew 27:1-10, Judas said sorry, confessed his sin, gave the 30 shekels back. Unfortunately, he gave into despair instead of repenting by faith and trust in God's love and mercy. He killed himself instead of living to love God and love those God loves, everybody even our enemies.

106. In John 17:12, Jesus says. "he was doomed to destruction." So, I do not believe Judas escaped Satan's goal damnation.

107.   I believe we live or die for God. Citing, Romans 14:8.   Those who live and die for self or for mere people instead of God do not go to heaven.

108.   I believe Jesus was not kidding when he said you who love mother and father more than me are not worthy of me. You who love son and daughter more than me are not worthy of me are not worthy of me. (Citing, Matthew 10:37).

109.   I believe Jesus was not kidding when he said unless your "righteousness exceeds that of the scribes you will" not go to heaven. Matthew 5:20. I believe our righteousness exceeds that of the scribes by our trust in God.

110.   The Bible teaches, Abraham believed what God said.   His belief was attributed to righteousness.   Citing, Genesis 15:6.   Abraham listened to God to the point he was willing to sacrifice his own son.

111.   I believe this righteousness was attributed to Lot when he listened to God's word through messengers, the angels.   He did not even turn around when his wife turned into a pile of salt.   (See, Genesis 19:26).

112.   In the Parable of the ten virgins in Matthew 25: 1-13 Jesus tells a story of ten virgins traveling to a marriage feast. All ten virgins had lamp oil.   Five ran out, and asked those who had oil to give them some.   Those

with oil responded rightly by telling those without, no, go buy your own or we will not have enough ourselves. They did not even say sorry. Those who bought the lamp oil did not get back in time and were locked out of the marriage feast, meaning they went to hell.

113. I believe Jesus teaches us by this parable that: yes, we love others, and yes, we love ourselves, but we love God more, and live for God foremost not for self or others. Id.

114. Thus, we should obey the greatest command to love God by living for God and subordinately to love one another. Love does not encourage harm in this life and eternal life for mere material convenience. (See, Romans 13:10).

115. I am against the Death with Dignity Acts because I believe the most important time of our lives is at the end pursuant to the Bible. In Ecclesiastes 7:1, "the day of death better than the day of birth." In Ezekiel, the Bible says if you do good all of your life and turn away from the good, none of the good will be remembered. In Ezekiel, it says if you do evil all of your life and turn away from the evil, none of the evil will be remembered. (See, Ezekiel 18:21-24, Also see Ezekiel 33:12-16). Further, in the Parable of the Sower in Matthew Chapter 13, only those who understood and kept

the truth in the end were saved from hell. Also, in Matthew 24: 13, we learn that only those "who stand firm in the end" will be saved.

116.    On an aside, I believe non-Christians may go to heaven (or hell) through Jesus on that last day. See, Hebrews Chapter 11. Also see the verses about the new covenant written on our hearts. When I think of tribes in unreachable parts of the land I think of Romans 2:15. "They show that the requirements of the law are written on their hearts, their consciences also bearing witness, and their thoughts sometimes accusing them and at other times even defending them." (See also, Jeremiah 17:1, Jeremiah Chapter 31, Nehemiah 7:5, Ezekiel 36:26 relating to God's law or God written in our heart.)

117.    I understand with the acceptance of the cloak of government power I will lose some of my power to speak on my personal religious beliefs in order to uphold the freedoms of those I serve and prevent a chilling effect.

118.    My beliefs are genuine.

119.    I ran for local office and espoused the same beliefs on collecting donations and fundraising. (Please see Exhibits, 21, 22, 23, 24, 25).

120.   My faith in Christ is genuine.  I confronted the Delaware Supreme Court when they violated my religious rights to affirm instead of swear into the Delaware Bar. (See Exhibit, 26).

121.   I twice rejected appointments to family law matters as violating my religious beliefs (See Exhibits 27, 28).

122.   I confronted the Courts in Delaware per the attached letter concerning impartiality and bias. (See Exhibit 29); (Also see, Leviticus 19:15 ""You must not pervert justice; you must not show partiality to the poor or favoritism to the rich; you are to judge your neighbor fairly"); (see, Exodus 23:6, "You shall not deny justice to the poor in their lawsuits."); (see, Deuteronomy 16:19, "Do not deny justice or show partiality"); (also see, Deuteronomy 1:17,  "Show no partiality in judging; hear both small and great alike. Do not be intimidated by anyone, for judgment belongs to God. And bring to me any case too difficult for you, and I will hear it.").

123.   I even shared my view on what using the name of God in vain means when I proposed a suggestion to Senator Tom Carper of Delaware. (See, Exhibit 30).  I believe it means using the name of God, or religion or scripture for man's purpose instead of a true religious purpose.

124.   I believe it would be wrong to pay the filing fee and/or to collect signatures or donations from anyone even the Party or the

Democratic groups, as it would create the appearance of influence and favoritism in violation of the bible's teachings as we are called to serve everyone's best interests, not merely those who support us, or pay us with money or benefits such as signatures. We are not supposed to buy or barter for via collecting signatures or pay for party or people's favor, loyalty or support for allowance on the ballot either. That is a sin against God. (See, James 2:1, "do not show favoritism."); (James 2:9, "But if you show favoritism, you sin and are convicted by the law as transgressors."); (Deuteronomy 16:19, "Do not deny justice or show partiality. Do not accept any bribes, for a bribe blinds the eyes of the wise and twists the words of the righteous."); (Proverbs 18:5, "Showing partiality to the wicked is not good, nor is depriving the innocent of justice."); (Proverbs 24:23, "These also are sayings of the wise: To show partiality in judgment is not good."); (Malachi 2:9, "So I in turn have made you despised and humiliated before all the people, because you have not kept My ways, but have shown partiality in matters of the law."); (Job 34:19, "who shows no partiality to princes and does not favor the rich over the poor, for they are all the work of his hands?"); (Job 13:10, "Surely He would rebuke you if you secretly showed partiality.").

125.   Paying the filing fee and/or accepting signatures or donations from individuals or groups, even democratic groups, creates an expectation of a return in violation of God's instructions.  In Romans 13:8 the Bible teaches: "Owe nothing to anyone except for your obligation to love one another..." The acceptance of money from individuals and lobbyists creates an appearance that I am bought.  The paying of the filing fee allows the Party to use the fee to buy the support of candidates or for candidates.  That violates the bibles teachings on impartiality.

126.   I believe it is wrong (a sin against God) for the Party to pay a team to support their interest or candidates.

127.   I believe it is wrong (a sin against God) for the Party to donate to candidates, as it is likely to lead to buying of favors and influence in violation of my faith in God.

128.    The filing fee is used to buy votes, by buying support. That is wrong. Votes should not be bought.

129.   I believe it is wrong for candidates to teach people wrong by teaching the voters they earn support with money.

130.   I seek to gain support with true leadership, love for others, by service to others by presenting my plans to take care of Americans relating to healthcare, social security, and the environment.

131.    I believe the vote is the only non-corrupt, impartial means to show support or lack thereof.

132.    No one knows how anyone votes, accept them and their God unless they disclose it.

133.    Thus, the right to vote, and to run for office without conditioning such right on eliminating another fundamental right, must be protected.

134.    On an aside, to alleviate your fears, I understand there are not only checks and balances within the three branches of government, there are also internal checks and balances within each of the individual branches.

135.    With the acceptance of the cloak of government authority, I understand my rights will be more limited in order to uphold the rights of those I hope to serve.

136.    My rights to speak out on my faith will be more limited in order to uphold the religious freedoms of the American people should I be elected.

137.    Americans should worship or not according to the dictates of their own conscience, not the dictates of the government.

138.    I will treat everyone with respect regardless of religion, race, gender or place of origin.  I am not scared to love outside of my own.  I am commanded to.

EFiled: Mar 03 2020 10:00AM EST
Transaction ID 64781595
Case No. 2020-0157-

139.   Since, I do not wish to violate the Bible's teachings on impartiality, I respectfully, request Defendants filing fees and/or signature requirements be waived under 15 Del.C. § 3103.

## III.  POLITICAL PAST, A GLIMPSE OF CORRUPTION, BARTERING & BUYING CANDIDATES, SERVING POWER AND PROFIT INSTEAD OF PEOPLE

140.   I am a registered democrat.

141.   I previously ran for office in 2018 for the State House of Representatives Seat for the 38th District as a Democrat.

142.   I paid the filing fee during that time, and accepted donations from Democrats during that time. (See Exhibit, 31).

143.   Due to religious reasons, in 2018, I only accepted donations from the formal Democratic groups.

144.   In 2018, people told me we would get our filing fees back because that was the custom.

145.   In 2018, no one running in Sussex received their filing fee back per the County Democrats.

146.   In an Email attached hereto as Exhibit 32, dated September 18, 2018, I responded to Jane Hovington's determination and or the Sussex County Democrat's determination that no Sussex County Candidates would receive their filing fee back:

"Hi Dolce, Thank you for stepping up to help us. I am not accepting donations from anyone, but the Democratic party groups for religious reasons. I am a Christian. I do not want to violate Matthew 6 and support the false praise of President Trump for his alleged charitable works.

People in Sussex support him, though his conduct is not praise worthy. He is misleading so many people I love.

We should lay a foundation for success not only for this election, but for future elections. I'm disappointed the Democratic Party for the state has not helped me either. I grew up in Sussex. I was raised here. The reason why so many do not support our party is because they do not believe we support them. My neighbors lament that the democrats only care about upper Delaware, not lower Delaware. We have more people running on the democratic ticket this year than other years. If Sussex Democrats are merely concerned with the federal and Presidential elections, that actually may confirm the false beliefs of my neighbors and hurt the democrats down the line.

Democrats care about everyone, we are the party of inclusion. We care about the North, upper Delaware, and the South, lower Delaware, and everything in between.

Please help me, help you bring the blue back. Please help the other candidates too.

Thank you,

Meg"  (See, Exhibit 32)

147.  The County Democrats indicated they would support the national and federal elections not the county seats. They would not return the filing fees back like they allegedly did in prior years.

148.  In addition, the 38th District kindly helped me by a donation. (See, Exhibit 33).

149.  Yet, the 38th District misstated the amount the group was allowed to contribute to be a lower amount than the $3,000.00, allowed limit per candidate.

150.    I sent the 38th District members an email to correct the miscommunication of the amount candidates were allowed to receive was $3,000.00 from democratic groups not a lesser amount. (See Exhibit 34)

151.    I believe the fact the County Democrats did not support local candidates and the misstated lower fee of campaign limits evidences both the County Democrats and the 38th District Democrats were compromised into serving those who serve them, supporting those who support their pockets, or personal interests, not who will do what is right.

152.    This is an example of why I believe the filing fees, and donations contribute to the corruption in politics, while also violating Jesus Christ's teachings.  The fees and donations teach people to reflect the image of Satan, serving those who serve them thereby serving themselves, instead of seeking to do what is right, not self serving.

153.    Please note, the emails relating to the 2018 examples, was before I became wiser. more educated and learned the corruption relating to paying filing fees was a wrong.  It is a sin.

154.    Sadly, I learned that Democrats try to buy different democrats too, thereby compromising their integrity and their eternal souls.

155.    Thankfully, I believe there is no condemnation in Christ, so long as I turn away from the sin of paying the filing fee and accepting

volunteers or checks from the Democratic Groups too, and turn towards God's will.

156.   I have since 2018, realized that paying the filing fee would violate Jesus Christ's teachings, and be a sin against God.

157.   I have since 2018, realized that accepting volunteers, and donations, even volunteering signatures from the Democratic organization or others violate Jesus Christ's teachings too.

158.   During 2018, I told the members of the 38th Democrats I would not take donations or give donations from individuals.

159.   Many participants in the 38th District appeared to be involved in other groups and entities that asked for donations.  Yet, I would not buy votes by giving money to those who purport to support me thereby sinning against God by supporting myself.  Nor, would I accept money or volunteers from such group thereby allowing myself to be bought, or to become biased, or compromised by the desire to serve myself at the expense of those I hoped to be charged with serving.

160.   I am priceless, not a price tag.

161.   People are priceless not price tags, to be bought or bartered for with filing fees, donations, signatures, and such thereby compromising their integrity to do what is right instead of what is self serving.

162. Such groups have narrow interests, not necessarily focused on serving people outside of their own with additional and different interests, yet important too.

163. Thus, when members of groups, such as the Party, give donations to candidates, they compromise the candidates' ability to serve those they are charged to serve with the temptation to serve those who serve their seat instead.

164. I faced disdain and persecution related to my religious beliefs because of the unusual manner I campaigned back in 2018.

165. One of the head Democrats demeaned me in front of everyone at a meeting, Dr. Mohammad Akhter. (See, Exhibit 35, Also see Exhibit 38, regarding information relating to conflict with major campaign contributors to both parties, the healthcare industry, and the apparent agenda that Dr. Mohammad Akhter purported to support).

166. Even more insultingly, I discovered most of the people at the meetings did not read my campaign material or the few articles I drafted in the local paper, the Coastal Point

167. I believe some of the powerful democratic members only cared about what they could personally get out of me, and not anything beyond that, including how well I could serve. (Reflecting the image of Satan. (See,

Isaiah 14:13-14.); (Cf, Matthew 23:11 "The greatest among you is your servant." Servants of self are not great. They mislead and deceive those they purport to serve to serve themselves instead. Good leaders teach those they serve to be great too, by teaching them to serve one another not exploit and harm one another to serve greed.).

168.   In 2018, I was invited to a meeting by official members of a Democratic group, where I thought the Democrats of the 38th District were offering their support, financial and otherwise because they said they were going to help me out. Instead, to my horror, they asked me not to run for the 38th House District Seat after I expended my time, effort and own personal funds on material. (Exhibit 35).

169.   The powerful few democrats who chose to be involved in party picking in the 38th District thought they could buy my seat by offering to return my filing fee, and offering an alternative to run for another office, such as the Recorder of Deeds, with a waiver of filing fees.

170.   They were wrong to think I was running to gain power. I ran because I wanted to make a positive difference in the lives of those I had hoped to serve via drafting and amending laws to serve people and to protect them from exploitation by those who serve greed.  Mere power is not what I seek,

171. I contacted Jane Hovington, a big whig in the Sussex Democratic Party, concerning her lack of support or knowledge of my legislative agenda. (Exhibit 36, concerning emails and the attachments thereto, relating to our communications).

172. To my horror, many of those within the party did not educate themselves about local candidates, including myself. It seemed like a mere job that some were paid to care about, and their concern did not go beyond their paid support.

173. At one instance at the Democratic headquarters, I tried to calm down a member (herein referred to as "the Member") of the Democrats after she called Robert Arlett ugly words.

174. I said we should adhere to Michelle Obama's saying "When they go low. We go high."

175. The Member responded by pointing her finger at the door of the headquarters for me to get out, while indicating she had more experience and I knew nothing because of my youth.

176. I left the Democratic headquarters.

177. I forget the Member's exact words, but I communicated with Jane Hovington ("Jane"), who observed this event concerning this event.

178. Instead of comforting me after such harsh remarks, Jane instead sympathized and thus encouraged the misbehavior based on the Member's fleeting feelings, instead of encouraging the Member to control her feelings (instead of allowing them to control her), and to respect others, including me, regardless of age and apparent experience in politics.

179. I forget what the exact words the Member said, but I followed up with the attached email to Jane Hovington in addition to contacting her by phone, from a number I no longer have.

180. I sent Jane the scripture regarding let no one demean you because of your youth, with a picture of the attendees at the meeting where the event occurred. The lady sitting next to me, wearing the Carper shirt, was the lady who forced me to leave. I do not know her name, but it is notable I saw her picture is on a sign on Route 26 near Hockers, advertising the health industry. This is the industry I desire to draft laws to prevent the massive killing and bad care I have learned about throughout history, and via recent history, by inter alias its contribution to the addiction crisis and the alleged molestation of babies by Dr. Bradley in Delaware. (Exhibit 37).

181. Jane openly professes her faith in Christianity. So, I did not fear offending her by citing the Bible.

182.   I also sent the attached emails to Jane concerning her, and thus the Democrats, lack of support for my campaign.  (Exhibit 36).

183.   On the day of the election, I visited all of the voting stations in the 38th District in lower Delaware.

184.   To my horror, most of the voting stations only handed out the attached anti corruption handout, not the handout with my platform.  So, the stations did not allow voters to read about the good I hoped to do.  Instead, they merely were able to read my anticorruption hand outs that cited the Bible and the fact I would not participate in fundraising events due to my belief in Jesus Christ's teachings.  So, it made me look unusual and possibly weird or offensive to those who do not believe the same on the most important day, election day. (See, Exhibits 21 and 22).

185    In fact my anticorruption handout did upset someone early on.

186.   Prior to the election in 2018, I received free training in Dover where someone looked at my material and scolded me.  She was offended by my quote from Jesus Christ on the anticorruption brochure relating to the fact I was not going to attend fundraising events.  She said she was going to support me, but was no longer supporting me because of the quote.  She was so angry at me. (See, Exhibit 21).

187.   Sadly, I amended my brochures to change the word temple into "places of worship" or something similar, since she was Jewish. I did not desire to offend her. I merely desired to obey Jesus Christ by not participating in fundraising.

188.   The anticorruption handout originally included, in part:

"I was thinking about doing fundraising at restaurants, but changed my mind when someone asked me to go to a dinner fundraiser because it would be good for my campaign.' I immediately thought of the scripture. "Everything they do is done for people to see...They love the place of honor at banquets     and the most important seats in the **temple**; they love to be greeted with the  respect in the marketplaces..." Matthew 23:5-7. "(emphasis intended).

189.   I changed the handout to replace "temple" with"[ places of worship]" in a revised handout providing, in part:

"I was thinking about doing fundraising at restaurants, but changed my mind when someone asked me to go to a dinner fundraiser because it would be good for my campaign.' I immediately thought of the scripture. "Everything they do is done for people to see...They love the place of honor at banquets and the most important seats in the **[places of worship]**; they love to be   greeted with the respect in the marketplaces..." Matthew 23:5-7. " (See Exhibit 21, emphasis intended).

190.   I felt sad for changing Jesus Christ's words based on the discomfort it caused others, and one lady specifically.

191.   On election day in 2018, as I visited each of the voting stations in the 38th District in Delaware, I also saw the boards I created for each of

the stations were knocked down. So, people could not read the newspaper articles or brochures I placed on the boards.

192. I lost the election in 2018. I had little support from the Democrats. Though some offered to hand out papers for one day, but required my mother and I to perform their job of handing out all the Democrats papers to certain listed locations. So, they used me for their personal agenda instead of supporting me, which reflects the corruption in politics. (See Exhibit 44, a picture of one of the people offering to hand out my material with my mother, only in exchange that I hand out other Democrats stuff, thereby reflecting the corruption in politics (while violating the Bible's teachings), by doing what is self serving, not what is right.)

193. Jesus, in Matthew 6 teaches "Do not give your (charitable) alms seen. Do not be like the hypocrites." When you give charitable love "do not know your left hand from your right hand," meaning do not give out of one hand to get out of the other. Giving to get something in return, such as asking folks to volunteer signatures or donations or to door knock, in exchange for something, such as supporting their personal desires instead of what is best for the people, not only compromising the integrity of the candidates running for office, it also misleads and deceives people to harm and hell, under the guise of good.

194.    Jesus teaches do not charity give seen period.  I believe people are damned to hell because of the deception volunteering, including volunteering signatures, volunteering donations, fundraisers, girl scout cookie sales, car washes, alleged charitable races, school pizza drives, donations to organized groups or organized charities, go fund me pages and the like wrongly teaches people.

195.    It is no small sin.  Teaching giving to get, is unconditional charitable love, wrongly drives out the love from the hearts of man, the God from the hearts of man because "God is Love", and replaces it with the love of money, or the desire to serve self, instead of unconditionally loving and respecting others, without requiring they earn it.

196.    This evil done under the guise of charitable good teaches people wrong.  The Bible teaches people go to hell because they learn wrong, and do not unlearn deception as truth. People go to hell because of their hard-hearted ignorance, misunderstanding, and for not knowing truth. Not knowing is not innocence. It is evidence of guilt, not caring to know, caring to love.  Even children may be damned to hell on judgment day. To confirm, pull Ezekiel Chapter 9.  (See, Isaiah 44:18 regarding "stupidity and ignorance" that damns); (Also see, Ephesians 4:18, Romans 1:21); Also see, Matthew 13 the Parable of the Sower, only those who understood were

fruitful, not to be burnt up, meaning damned to hell for eternity); (See Isaiah 9:16, "For the leaders of the people mislead them, and those they guided are led astray.").

197.   People wrongly learn giving money seen, or volunteering seen, or volunteering signatures is good, and somehow contributes to good, even though I believe it contributes to corruption, and thus contributes to evil. People praise those who volunteer signatures, volunteer time, and donations as good, as making a difference.

198.   Meanwhile, I think giving charity or volunteering signatures or otherwise seen or conditionally is evil. I believe the vote is the only noncorrupt, uncompromised form of voicing support.

199.   Poor people may not have the resources to volunteer such as vehicles or gas money.  Poor people may not have the money to donate.  So, people who are misled into thinking giving seen is good wrongly learn to think poor people cannot be good because they do not contribute or give seen.

200.   The next thing you know, people are condemning the poor they hypocritically profess to be helping by charity, by evil thoughts and words, calling them names or thinking they are bad, lazy deadbeats and the like.

201.   By giving charity seen, I believe people sin against God and man and mislead people to harm and hell by teaching the world business is charitable love.

202.   There is no sin in mere business.

203.   The sin includes misleading, wrongly teaching people by example, by the example Defendants require I adhere to under 15 Del.C. § 3103, that business is love and thereby replacing the unconditional love in the hearts of men with the love of money or the desire to be served instead of to serve.

204.   Since, Jesus teaches you cannot serve God and money, I believe such deception misleads people to hell.  It is not okay.

205.   Paying the filing fee would be a sin against God by such bad example.

206.   I believe the filing fee money will be used in activity I believe misleads and deceives others to hell.  I do not want to encourage conduct that communicates something evil is ok thereby harming those I seek to serve.

207.   The freedom of speech, includes my freedom not to speak by communicating what I believe is a satanic, eternal life-threatening message

by paying the filing fee or asking people to volunteer donations or signatures only to compromise their eternal souls.

208.   I believe the filing fee may also be used to pay people, prostituting them to support whoever they are paid to support, by door knocking, calling people, and other tasks, all I see as paid corruption, in violation of my religious beliefs.  (Reflecting the image of Satan under the guise of good.).  Far worse, the money may be used to help pay for other candidates' materials and campaigns, in a sense, buying the candidates loyalty to serve those who support or fund the candidates' campaigns instead of serving those they are charged to serve.  Teaching the candidates to I believe reflect the image of the devil misleading them to hell should they not repent.

209.   I contacted all 541 members of the Federal Congress by various diverse means in an attempt to garner support for impeachment. (Exhibit 40).

210.   I personally drafted 4 drafts of articles of impeachment to impeach President Trump on. (See Exhibit 18).

211.   I started a 5th Article of impeachment. (See Exhibit 18).

212.   I sent the articles to most of the House Judiciary Committee. (See Exhibit 40, This Exhibit includes additional Emails to the Judiciary Committee).

213.   I also emailed, and mailed them out to a few other members, including but not limited to Representative Rochester, Senator Coons, and Senator Carper.

214.   I hand delivered copies of the articles to Representative Rochester's office in Sussex County as well.

215.   I even faxed various members of congress the articles too.

216.   I spent hours calling members of congress about impeachment.

217.  I also called members of congress to confirm whether they received a post cards I sent to all 541 members.

218.  Many of the staffers had no idea what I was talking about.

219.   Both Senator Coons and Representative Lisa Rochester responded to my communications indicating it was not the appropriate time to impeach.  (See, Exhibit 41).

220.   I learned the leaders, or shall I say those I believe to be misleaders in congress, wasted people's time, which is more precious than gold, by encouraging people to merely feel like they were contributing or

making a difference by investing hard work, and effort to contact those in office.

221.   I discovered many congressmen and congresswomen focused on looking good, making people feel good without actually doing good, which I believe is no good.

222.   So, I will not waste people's time by encouraging people to contact me when I know I will be working hard. So, I will not have time to read their hard work, should I hold a public seat.

223.   I contacted President Obama more than once and received boilerplate responses. If you look at the attached Exhibit 42, you will see the same letter sent to me twice. In one letter President Obama called my Linda by mistake. So, I think they send letters out without actually reading what voters send in. I hope others do not waste time contacting representatives like I did. (See, Exhibit 42).

224.   I believe many leaders in congress teach people to praise evil as good, by praising what serves their seat by serving those who donate and volunteer for them, instead of what is right. That is wrong. I do not want to be like them. I choose to be who I am, "not conformed to the world, but transformed by the renewing of my mind." (Citing Romans 12:2).

225.   I remember reading about someone in the paper who was involved in the chicken business, who donated 1.8 million to cancer center, when he **may** have caused the pollution creating the cancer by his involvement in certain tasks in the chicken industry, thereby profiting two wrong doers, overcharging health care providers who at times conceal and kill, instead of heal, and people who profit off of the life threatening pollution they cause by such marketing, bought good will, and trading and or buying favors or bartering for political loyalty.  (emphasis intended).

226.   I believe such charity as the donation to a cancer center I read about in the paper, violates Matthew 6 and misleads people to harm and hell.

227.   Throughout American history, I believe politicians and charities such as the Rockefellers have served Satan and have caused harm and eternal damnation to many under the guise of good.

228.   I keep myself separate. Scripture says "Be holy because (God) is holy.  Jesus says be perfect like your heavenly father is perfect.  That means do not sin just because everyone else does.  Evil is still evil, even when the masses are misled into believing evil is good.  (See, Leviticus 20:26, Leviticus 11:44, Leviticus 19:2, Leviticus 21:8, 1 Peter 1:16, relating to be Holy because I (God) am Holy, See, Matthew 5:48 Jesus commands "Be perfect, therefore, as your heavenly father is perfect."  Also see, 2

Corinthians 6:17 "separate yourself from them" meaning do not sin like they do.).

229. I think some Delaware democrats and republicans in office may be bought with donations or support by those who profit off of wrong doing, poisons or poisoning, like hospitals who profit off of sick people, polluting chicken plants, polluting farms, polluting factories and Artesian who profit off of dirty water, while committing Matthew 6 violations, creating conduct that I believe not only harms people, but damns them to hell.

230. I believe it is satanic when people only will help you if you compromise your soul, instead of doing what is right, because it is right, or when they only seek what is self serving and sell whatever that is to the masses under the facade of right.

231. I am repulsed when leaders sometimes plead ignorance when foreseeable harm results. Yet, ignorance is not innocence. Leaders often ignore the foreseeable harm. They choose not to care, or far worse pretend not to know when they do because they exploit economic, social and political strains for their own gain instead of alleviating strains to care for the people they are charged to serve.

232. I do not believe the same way as others. I do not think the same way. I should not be persecuted for my diverse religious beliefs.

233.   I experienced persecution from people from Republicans too, including my opponent Ron Gray during the burying of the hatchet parade per the attached email.   Representative Ron Gray and his three companions were so mean to me that I started to get teary eyed.  I jumped out of the very slow-moving convertible during the parade.  Honorable Senator Coons Secret Services men, Officer Hughes, and Senator Steve Smyk kindly rescued me that sad day.  (Exhibit 43).

234.   I sent Jane an Email concerning the above referenced mistreatment during the 2018 parade.  I sent her pictures of Ron Gray and I smiling before I entered the vehicle and it became ugly, pictures of Steve Smyk without me, a picture of me in Ron Gray's vehicle, and a picture of me in Steve Smyk's vehicle.  (Exhibit 43).

235.   Even though I am a democrat, Senator Smyk showed me great kindness and showed the world true leadership by loving those outside of his own, as did the heroic Officer Hughes who is respectful to all people, and Senator Coons' secret service men, including Shawn.

236.   Doing the right thing takes courage because many people often want what is self serving immediately, not what is right.

237.   I believe we are commanded to be the light of the world because we know God.  Others do not know God.  So, we are to shed light

on other people's feet to prevent harm here and damnation into eternity. God loves other people too.

238. I believe the entire command summed up is to love God and love one another. Yet I think people confuse praising sin, flattery, encouraging fleeting feelings or fancies or providing false assurance or saying "do what you want," instead of saying do what is right, as love. Hurting yourself or others is not good because God loves you and loves others too even non-Christians. So, it is a sin against God. See, Matthew 22:36-40, Also see, John 13:34, John 15:17.

239. Yet people want to do what they want to do, without love for God, others or at times even themselves, thus reflecting the "lawless one" Satan, leading to harm and hell. (Citing, 2 Thessalonians 2:8).

240. Scripture teaches me to "Have nothing to do with the fruitless deeds of darkness, but rather expose them. It is shameful even to mention what the disobedient do in secret. But everything exposed to light becomes visible and everything illuminated becomes clean." Citing Ephesians 5. I believe this means that the darkness is transformed into light, saving by transformation the wrongdoers into right-doers thereby saving their souls by such painful correction. I believe we are called to guide those in darkness

EFiled: Mar 03 2020 10:00AM EST
Transaction ID 64781595
Case No. 2020-0157-

to love people, not material things, money or merriment to the extent they hurt precious people God loves to gain the world.

241.   I am not willing to exchange my soul to gain the world or a place on the ballot by teaching darkness is light by collecting donations or signatures or paying the filing fees, and that light is darkness by choosing not to love God enough not to make my personal case for Jesus Christ.  (See, Matthew 16:26.  Jesus says "For what profit is it to a man if he gains the whole world, and loses his soul?  Or what will a man give in exchange for his soul?"), (Also see, Isaiah 5:20 "Woe to those who call evil good and good evil, who put darkness for light and light for darkness, who put bitter for sweet and sweet for bitter.")

242.   I believe leaders should care about other people more than serving their seats or winning an election.  (Matthew 23:11).

243.   When leaders care about winning and serving themselves more than the people they purport to serve, they mislead those they serve to reflect this same image, the image of Satan too, misleading them to harm and hell.

## IV.  PLAINTIFF'S FUTURE INTENT

244.   I also intend to run as a Democrat in future races, beyond 2020.

245.   I have a desire to run for office in order to draft just laws to serve God.

246.   Jesus Christ indicated "justice, mercy and faithfulness" are greater, more important, commands than rules relating to mere material things or money. (Matthew 23:23).

247.   Throughout scripture in the Bible and by the grace of God through the Holy Spirit, I learned the difference between unjust decrees and just laws.

248.   Unjust laws teach people to love money, profit and pleasure to the extent people are willing to harm, and exploit others to serve greed.

249.   This not only causes economic harm, and potential harm to human life and health, it also causes eternal harm. " You cannot serve money and God." (Luke 19:45).  Those who serve greed go to hell.

250.   Unjust leaders teach people to focus on money and merriment, fleeting feelings, fleeting fancies and fleeting funding.  They teach people to reflect the image of Satan by living for self and for those who affect them, thereby living for self like Satan, without reflecting love, (the image of God because "God is Love"), to others outside of their own or God (because God loves other people too).  Per Isaiah 14-13-14, Satan wanted to be his own God.

251.   I believe people who live for self and their own families and their own people without love for others or God because God loves others

too are sadly children of the devil, not yet adopted by the God that loves them and seeks to save these confused kids from the misbehaving dad, the devil, who seeks to harm them, others and damn them to hell. (See Matthew 13:38 regarding "children of the evil one"); (See, John 8:44 and 1John 3:10 Regarding "children of the devil"); (See, Ephesians 2:2 regarding "obeying the devil"); See, Romans 8:15 and 8:23, Ephesians 1:5, Galatians 4:5, relating to adoption from the bad dad that damns).

252.   Unjust leaders teach people to reflect the image of Satan, called the "lawless one" by wrongly teaching everyone is for themselves, their own, without laws teaching people to care about (love) others. (Citing, 2 Thessalonians 2:8).

253.   Just laws teach people to care about one another by correcting folks in court when they harm others to serve greed.

254.   Laws are a tool judges and lawyers may use for good or evil, for justice or injustice, for love of humanity or for the love of money, a.k.a. greed.

255.   I think of judges like Judge Clark, of the Court of Common Pleas, as super heroes, eternal life savers, because he corrects people and never condemns them. Like a loving father I heard him scold a defendant saying " I know you can make better choices. I am disappointed. You

know better." Judge Clark encourages faith, not despair, hope, not discouragement, building up with correction, not tearing down with condemnation. He saves lives and eternal lives and reflects what I think a super hero is.

256. I hope to draft laws to correct wrong doers in hopes to transform them into right doers, and to also heal victims of the wrongdoers misdeeds.

257. I desired to run for office back in 2018, because no legislator would fix the problems I presented to them, with the solutions I presented.

258. I was not able to unharden the legislators' hearts to get them to care outside of themselves.

259. Specifically, I discovered misbehavior relating to out of state title companies who practiced law without a license, costing Delaware a lot of untaxed revenue and allegedly causing mistakes in the chain of title in real estate transfers, per other lawyers too.

260. I contacted various legislators for help on this issue.

261. Only one law maker seemed to be interested in helping me.

262. Sadly, he seemed to be interested in me personally. When I said no thank you regarding a personal relationship, he stopped helping me. (See Exhibit 45).

263    I made it clear my request for legislative help was only a professional interest for a specific purpose, not a personal relationship.

264.    I drafted an Article in the Coastal Point shedding light on this problem and offering a solution in the July 6, 2018 issue of the Coastal Point, called *Candidate discusses title companies' issues* . (See, Exhibit 46).

265.    To date, no one has fixed the misbehavior relating to the out of state title companies practicing law without a license, thereby costing Delaware additional revenue that could be used to help the schools instead of increasing taxes and thereby forcing more Delawareans into foreclosure.

266.    On an aside, I also contacted every single School District in this state and the General Assembly with a proposal to save the schools without increasing taxes. (See, Exhibit 47).

267.    Only Senator Steve Smyk kindly responded with support for my proposal to save the schools.  I was so touched by his compassion for the schools, especially since he is a Republican, and I am a Democrat.  Note, this was before the parade where this Senator allowed me to ride in his vehicle instead of Representative Ron Gray's.

268.    My belief in serving God by seeking justice, seeking what is right, unconditionally, even if it does not help me, admittedly makes me

different from other politicians. I am not easily manipulated by money, power or fear.

269. I have a fire in my belly to drive out darkness with light, injustice with justice, hate with love, ignorance with truth, and death with life.

270. That fire will not die should someone else gain the seat in 2020.

271. So, I seek a waiver from the Defendants in future elections as applied to me too.

272. I have never met anyone else who believes the same as I. So, I doubt anyone else will reject, money, volunteers, or signatures. Thus, I am seeking a waiver from Defendants, for a future election, limited to me, as a class of one, under the Equal Protections Clause, as well.

## COUNT I DEFENDANTS VIOLATE THE EQUAL PROTECTIONS CLAUSE AS APPLIED TO MEGHAN KELLY'S FREEDOM OF RELIGION

273. Meghan Kelly repeats and incorporates by reference all the above paragraphs and all the below paragraphs, as though set forth herein in the first instance.

274.    The Fourteenth Amendment prohibits states from depriving any person of life, liberty, or property without due process and **equal protections of the law**.  (emphasis intended).

275.    Any state law that conflicts with the Constitution under the equal protections clause, as applied, is preempted, unenforceable and unlawful to so apply.

276.    Defendants deprive me of **equal protections of the law** by the unconstitutional condition precedent as applied to me, in this class of one, by requiring that I condition my right to the free exercise of my religion or the surrender of my right to seek office. (emphasis intended).

277.    The application of the filing fee and or signature requirements clearly under 15 Del.C. § 3103, violate my unique religious beliefs in this class of one.

278.    The Defendants refuse to remove, waive, or exempt me from the requirements under 15 Del.C. § 3103 that conflict with my religion, thereby essentially punishing me for my belief in Jesus Christ by denying the benefit of the ability to run for office without violating my religion.

279.    Defendants unlawfully discriminate against me by persecuting me based on my religious beliefs in Jesus Christ by requiring I disobey Jesus

Christ to qualify to run for office as a Democrat in the US House of Representatives in the upcoming election.

280. Defendants unconscionably require I sell my soul to Satan by disobeying Jesus for the opportunity to gain a seat in the US House of Representatives by mandating adherence to 15 Del.C. § 3103.

281. I communicated my religious beliefs to Defendants.

282. Yet they refuse to comply with the equal protections clause by their stiff necked enforcement of 15 Del.C. § 3103, as applied to me.

283. My life, liberty and pursuit of happiness is protected under the constitution.

284. Life, liberty and pursuit of happiness are more precious than money and is afforded greater protection under our Constitution than mere money.

.  285. The Liberty interest to worship or not is according to the dictates of my own conscience, not the dictates of Defendants' convenience, profit and power or the dictates of the Party's convenience, profit and power, as they exercise activities that are so traditionally the exclusive prerogative of the state that they constitute state action even undertaken by a private individual or individual. Running an election for public office has been found to be such an exclusive public function. (See, Terry v Adams, 345 US

461, County political group whose candidate almost runs unopposed in primary and general election cannot discriminate.).

286.   Defendants require I adhere to the dictates of their convenience, profit and power, rather than uphold my fundamental rights from Defendants' abuse and persecution of me based on my different religious belief by essentially preventing me from the ability to run for office because of my belief in Jesus Christ.

287.   The Constitution limits Defendants' conduct and application of laws, to prevent such abuse.  It does not give them a license to abuse or persecute.

288.   The First Amendment provides "Congress shall make no law respecting an establishment of religion, or **prohibiting the free exercise thereof.**" (emphasis intended).

288.   Defendants are punishing me, on the basis of my religious beliefs by denying benefits to, and, or imposing burdens upon me in order to be placed on the Democratic ballot in the state of Delaware, in violation of the free exercise clause, as applied to me, in this class of one.

289.   Defendants violate my First Amendment right to the free exercise of my religion, applicable to Defendants by the Fourteenth Amendment, in that Defendants condition my right to the free exercise of

my religion or the surrender of her right to seek office, by unlawful application of 15 Del.C. § 3103.

290.    Defendants unlawfully discriminate against me based on my religious beliefs in Jesus Christ by requiring I disobey Jesus Christ to qualify to run for office as a Democrat in the US House of Representatives in the upcoming election.

## COUNT II DEFENDANTS VIOLATE THE EQUAL PROTECTIONS CLAUSE AS APPLIED TO MEGHAN KELLY'S FREEDOM OF SPEECH

291.    Meghan Kelly repeats and incorporates by reference all the above paragraphs and all of the below paragraphs, as though set forth herein in the first instance.

292.    Defendants' forced payment of filing fee and/or signature collection requirement(s) pursuant to 15 Del.C. § 3103, is requiring forced speech repugnant to my belief in Jesus Christ.

293.    Such forced speech requires I disobey Jesus.

294.    Freedom of speech includes freedom not to speak. (See, West Virginia State Board of Education v Barnette, 319 U.S. 624 (1943), The government cannot require people to salute the flag or display other measures with which they disagree.); (Also see, Wooley v Maynard, 430 US 705 (1977), A motorist could not be punished for blocking a portion of

his license plate that conflicted with his beliefs.); (Also see, Tinker v Des Moines Independent Community School District, 393 U.S. 503 (1969), This extends to symbolic acts such as wearing arm bands to protest the war. Students could not be forced to remove their bracelets to essentially feign support for something they opposed.).

295.   The Defendants by requiring I compromise Jesus Christ's teachings, in order to adhere to a mere regulatory measure, 15 Del.C. § 3103, thereby require I **communicate** a message I believe leads those I hope to serve to harm and hell, or relinquish my right to run for office, violate my freedom of speech.

296.   The Filing fee is not benefiting me and I believe it harms those I hope to serve.  (Distinguish from cases where the government may require a fee for a program that benefits the person such as Board of Regents University of Wisconsin v Southworth, 529 U.S. 217 (2000).).

297.   The Defendant requires I pay a fee for the purpose of the fee, in part, to subsidize speech that I finds offensive, in violation of my freedom of speech applicable to the Defendants under the First and Fourteenth Amendments.

298.   None of the filing fee, Defendants require to be paid to the Party, benefits me personally.

299.   In fact, I believe the filing fee will be used by Defendants to fund speech to harm me and others by misleading those I seek to serve to harm and hell by buying candidates to serve the few personal desires of a few powerful members Democrats, the Party.  I believe that any and all such spending teaches people to violate Jesus Christ's teachings under the facade of good.

300.   Defendants deprive me of **equal protections of the law** by an unconstitutional condition precedent as applied to me, in this class of one, which requires that I condition my right to the free speech or the surrender of my right to seek office.

## COUNT III DEFENDANTS VIOLATE THE EQUAL PROTECTIONS CLAUSE AS APPLIED TO MEGHAN KELLY'S FREEDOM OF ASSOCIATION

301.   Meghan Kelly repeats and incorporates by reference all the above paragraphs, and all of the below paragraphs, as though set forth herein in the first instance.

302.   Defendants violate my First Amendment right to the free exercise of my affiliation, and/or right to run for office made applicable to the states by the Fourteenth Amendment, in that Defendants condition my right to the free exercise of her religion or the surrender of her right to seek

office with the blessing of the Party and Party Chair, by unlawful application of 15 Del.C. § 3103

303.   I am a Democrat, in part, because they support and safeguard for laws that teach respect for all people regardless of religion, gender, age, race, origin or place of origin.

304.   The Defendants, the Party and the Party Chair violate what the Democrats stand for by their refusal to grant me a waiver, exempting me from the filing fee and or signature requirements, under 15 Del.C. § 3103, although the Party and Party Chair are empowered to do so, and in this case required to so as not to violate my belief in Jesus Christ under the equal protections clause.

305.   The Defendants have no compelling interests in requiring the signature requirement or filing fee be paid under the statute, other than their corrupt use of the money to serve their own power and profit.

306.   The Democratic party is the party of inclusion and diversity, where the members respect the diverse views of others.

307.   The Party and the Party Chair's determination does not reflect the beliefs of all Democrats, including my own.

308.   I should not be forced to conform my speech to the dictates of a few, the Party, and the Party Chair, to associate as a Democrat, in order to be placed on the ballot, by supporting speech I find offensive.

309.   Defendants deprive me of equal protections of the law by an unconstitutional condition precedent as applied to me, in this class of one, which requires that I condition my right to the freedom to associate as a democrat by complying with the Party's and the Party Chairs requirements under 15 Del.C. § 3103, or the surrender of my right to seek office.

310.   In addition to or in the alternative of, Defendants deprive me of the equal protections of law, in that Defendants by enforcement of 15 Del.C. § 3103, conditioned my right to seek office to conform to the bartered, bought, biased profit and power of the few powerful Democrats in the Party, instead of respecting the diversity of those within the Democratic party, by in this case, respecting my diverse beliefs as a loyal lifelong Democrat, to the party, not the few people in power in this party or their ever changing positions.

## COUNT IV DEFENDANTS VIOLATE THE EQUAL PROTECTIONS CLAUSE AS APPLIED TO MEGHAN KELLY'S FREEDOM TO RUN FOR OFFICE

310.   Meghan Kelly repeats and incorporates by reference all the above paragraphs and all of the below paragraphs, as though set forth herein in the first instance.

311.   By refusing to place Meghan Kelly on the Democratic ballot for the US House of Representatives, without conditioning such right by eliminating one of her other fundamental rights, the citizens will be denied a choice.  That injury is irreparable.

312.   While, the Supreme Court has found that the interest of running an efficient election supports a requirement that candidates obtain a reasonable number of signatures to get on the ballot, that does not take into account the fact gathering signatures violates my personal belief in Jesus Christ, so as to violate my freedom of religion under the First and 14th Amendments, as applied to me.  Norman v Reed, 502 US 279 (1992).

313.   The vote is the only non-corrupt form to show support for candidates running for office, and must be protected in general, and specifically in this case from the corruption relating to bartering for signatures or buying of support to gain the mere opportunity to serve the public in office.

314.   Defendants violate my First Amendment rights, applicable to Defendants, by the Fourteenth Amendment, in that Defendants condition my

right to right to seek office, on the surrender of my free exercise of my religion, speech, and or affiliation., with no least restrictive alternatives as applied to me.

315. Meghan Kelly, a person, a class of a person of one, of a different unique religious belief should not be forced to choose between the exercise of my Constitutionally protected rights or the relinquishment of the right to run for office without violating such fundamental rights protected under the Constitution.

316. The right to vote, and to run for office without conditioning such right on eliminating another fundamental right, must be protected, against Defendants unlawful application as applied to me.

317. The Defendants and the state have less of an interest in governing party activities than in governing elections in general. See, Eu v San Francisco County Democratic Committee, 489 US 214 (1989).

318. The Defendants do not have a compelling reason to enforce 15 Del.C. § 3103, against me, in this class of one, so as to violate my freedom of religion, association, religion, and related rights.

319. The Defendants do not leave alternative choices less burdensome to my freedom religion, association, religion, and related rights.

320.   Defendants enforcement of 15 Del.C. § 3103 against Meghan Kelly is not necessary for an important or compelling interest.

## PRAYER FOR RELIEF

WHEREFORE, Meghan Kelly respectfully requests that this Honorable Court:

1.     Enter an Order to permanently enjoin and restrain Defendants from enforcement of the filing fee and signature requirements under15 Del.C. § 3103 against Plaintiff, so as not to violate Plaintiff's religious beliefs;

2.     Enter an Order of a Writ of Mandamus requiring Defendants to exempt Plaintiff from the filing fee and signature requirements under under15 Del.C. § 3103 in future elections, so as not to violate Plaintiff's religious beliefs in future elections;

3.     Enter an Order requiring Defendants to place Meghan Kelly's name on the Democratic Ballot for the U.S. House of Representatives for the upcoming 2020 primary for the State of Delaware, and if applicable, the general election;

4.     Enter an Order requiring Defendants shall, at their earliest convenience add Meghan Kelly to the absentee ballots for the U.S. House of

Representatives for the State of Delaware, and, if applicable, shall mail such

revised absentee ballots to all persons previously provided absentee ballots,

is granted in this matter.

5.      Enter an Order awarding Plaintiff costs, to the extent authorized

by law and other such relief as the Court deems proper and just, if

applicable.

Dated: ____3/2/20____                 LAWYER


/s/Meghan Kelly
Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
(772)332-9719
*Pro Se*
Bar Number 4968

Case 1:25-cv-00766-JCB Document 11-2 Filed 09/06/25 Page 1 of 126 PageID #:
Case 1:21-cv-01490-CFC Document 71202 Filed 09/06/25 Page 1 of 126 PageID #:
75128

UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 400th AFFIDAVIT

Plaintiff, Meghan M. Kelly, pro se, declares and avers as follows:

1. The Coastal Point Newspaper released an article with inaccurate information in this week's paper called, *Madden launches campaign with Millville event*, by Kerin Magill | Staff Reporter Sep 4, 2025, I attach hereto and incorporate herein.

https://www.coastalpoint.com/news/state/madden-launches-campaign-with-millville-event/article_f9b05919-8082-40bf-97a7-13e5c4726330.html?utm_campaign=blox&utm_source=facebook&utm_medium=social&fbclid=IwY2xjawMpTVpleHRuA2FlbQIxMQABHrUO1ZsDbpNPTdNYBtF3KZnG1md_Am7WCoNNc410HqD9bJQyRdJyWzudWEHd_aem_uAF2S2T9c5JVrl8Q8LJXiw

2. The article incorrectly states in part: "For the first time in more than a decade, there will be a Democratic challenger for the 38th District seat in the Delaware House of Representatives… The 38th District includes Millville, Ocean View, Bethany Beach, South Bethany, Fenwick Island, Selbyville, Dagsboro and part of Frankford, stretching from the Indian River Inlet to the Delaware-Maryland state line."

3. In 2018, I paid over $900 to run for office as a democrat in the 38th district because nonlawyers were lawyering messing things up and taking advantage of lawyers like my esteemed deceased friend Richard Goll, Esquire. People told me nonlawyers are still lawyering

1

messing up the chain of title at the recorder of deeds for real property in DE. While that is hearsay, my state of mind is not. I believe them. One naughty realtor I talked to at Millsboro library whose name I did not ask said he will keep doing it because he makes more money. That is wrong. The people and the public aka government suffer by nonlawyers messing up on the chain of title with no lawyer signing off to correct errors.

4.       I learned when I ran for office there were plans to eliminate lawyers and judges and the rule of law that founded these United States.

5.       The plans are complicated, part of them is to eliminate private ownership of property. Hence, the fact title is not successfully transferred aides in eliminating private rights by intentional errors and cover ups as opposed to corrections to safeguard the people's right to life, freedoms and private ownership of property.

6.       Attached are some pictures that popped up on my Facebook from 7 years ago showing I ran for office and visited the voting stations, and even had my picture taken with two sitting Republican County councilman for Sussex County Counsel.

7.       I love the Coastal Point, but it is not true that Mo Madden is the first democrat to run against Ron Gray in the 38th district for more than a decade because I ran against him in 2018.

8.       More than one well connected out of stater was shipped in while I ran for office. As I passed out fliers and knocked on doors by myself, I knocked on one of the people with sway as a member of the 38th district's home. Most of the elected members were also members in other lobbyists groups with preplanned agendas eliminating the freedom of the people.

2

9.      This member apologized to me about her home. I did not care about her home. I cared about her and how to alleviate the burdens off her back and the peoples not increase them to profit off of them. She explained she was renting the property.

10.     A lot of the authority figures in the 38th District came from out of state with an agenda to elect Biden. Biden was elected. I was not in the agenda but used my free will to run because I saw problems and wanted to resolve not exploit them.

11.     It was wrong for the Delaware Chancery and Delaware Supreme Court to collude in attacking me and hiding evidence in Kelly v Trump to force the outcome of the case by sealing and concealing my motions, exhibits and per Lexis potentially additional pleadings while firing two court staff to cover up the court's errors as opposed to correct them.

12.     It was wrong for the US Supreme Court to attempt to obstruct my access to the US Supreme Court too, as I described in the last documents filed with the Third Circuit.

13.     When I petition the court it is not to destroy my opponents but to correct and even protect them in hopes the courts will guide the misguided by cleaning hands not destroying people who make mistakes or bad choices.

14.     I will have to amend my complaint with a rule 60 motion to include the members of the two courts and to contest the constitutionality of certain rules and proceedings.

15.     I did run for office. Attached please find some signs I created by myself to share my heart, to show who I am and what I stand for in part.

16.     I ran also to improve our bad healthcare. All research funded by government backs business and does not restrain them to honor the superseding Bill of rights which restrains private people and Art I, II, and III members from collusion to harm, sacrifice and enslave the people in a forced subpar market made to sustain problems to sustain more debt created money

3

to tax the people to enrich those who receive unjust gains disparately, not treating humanity as equally protected.

17.     I read congress person Wyden's letter to the US Supreme Court bad mouthing the federal judiciary for not doing what congress wrongly compels substantially burdening my right to petition as applied by social and possibly other pressure towards the court to commandeer outcomes in a case and controversy that has not been resolved in accord within Art III limits.

18.     I oppose the two-factor authentication and other requirements Congress compels upon the court that substantially burdens the people's right to petition fairly without government backed surveillance, material costs and burdens to access to the courts by nongovernment people who control the channels and the means of the courts and the people's access to the courts. The courts must be independent not dependent on corrupt colluding entities who seek control of channels of government to profiteer and commandeer who may or may not have access to the courts based on wealth or required payments to the means of access to third parties like private email accounts who are expected to charge per communication down the line, not merely on capacity limits.

19.     In the attached 393rd affidavit, dated 8/18/2025 I stated at Paragraph 9 "I intended to draft a motion for an exemption to the PACER requirements with this Honorable Court, not merely based on religious objections but also impracticability and impossibility should problems with phone and email or poverty continue to make ECF inaccessible or substantially burdensome to access the courts…"

20.     It appears I must protect the courts and outline how it endangers the courts and thus endangers all petitioners including me as applied by foreseeable disparate access to the courts, substantial burdens in terms of compelled violations of religious beliefs, 4th Amendment

third party unlawful searches who collude with government agents, denials of the 1st Amendment right to petition by control of the channels of exchange, emails and one of the two factors and so on that substantial burdens a forced dependent court and people upon private institutions who scheme to eliminate the courts to allow our nation to fall if unstopped by petitions and just decrees by people judges.

21.    With fear of congressional backed private partners usurping my rights and the duties and powers of the Federal Courts I sent the following email attaching the 363rd affidavit and Wyden's letter to the members of the US Supreme Court to assert my rights to fairly petition without even the US Supreme Court's threat of substantial burdens before this District Court.

22.    I stated as follows:

Congressional members impede and violate my first amendment right to petition fairly on the same issue yet again without Art III standing/tempting US Supreme Court to violate my right to petition fairly on the same issues yet again
From:Meg Kelly (meghankellyesq@yahoo.com)
To:jrobberts@supremecourt.gov; jroberts@supremecourt.gov; cthomas@supremecourt.gov; salito@supremecourt.gov; kkavanaugh@supremecourt.gov; kjackson@supremecourt.gov; abarrett@supremecourt.gov; ekagan@supremecourt.gov; ngorsuch@supremecourt.gov; ssotomayor@supremecourt.gov
Cc:usapae.usattorney@usdoj.gov; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; darin.mccann@coastalpoint.com; margaret.naylor@delaware.gov; cbarrish@whyy.org; meghankellyesq@yahoo.com; gormley@duq.edu
Date:Tuesday, September 2, 2025 at 12:10 PM EDT
Dear Honorable Chief Justice Roberts,

I assert my right against Congress and against this Honorable Court's giving into temptation to impede upon my right to fairly petition on the same issue Congressmen seeks resolution of without a case or controversy, while depriving me of the right to fairly petition by government threats or disrepute of the honorable court.

Per the attached affidavit I intended to contest the MFA requirements which reduce security of the courts and the parties while impeding on the right to petition fairly in accord with Equal Protections.

Wyden and Art I and II members will use any evidence you gather against you Honorable Chief Justice and the honorable members of the federal judiciary should you delegate your power away outside Art III limits. (US Am V waiving your rights too) Please be patient and allow me and do not deprive me of the fair petition by giving into temptation to harm yourself.

5

If you disagree with me, so what. Others may petition to distinguish the case to correct errors in law to protect you and the fair petition. You must not waive what is not yours to waive, my right as applied to petition fairly on the same issue. US Am I, V

I assert and do not waive my right to petition fairly before vitiation of rights and to preserve and protect those underlying rights.

I believe the courts and petitioners are in trouble, including US Attorney Generals and state attorney generals.

Please do not actually cause a national security threat when our security is in the rule of law, not in money, might, or mob opinion, or mob votes based on eliminating individual right to life and liberty for fickle fads.

The national security is based on the fair petition at the founding of these United States in 1791 with the passage of the superseding Bill of rights and later amendments which limit Art I, II, III powers as the superseding rule of law.

When courts get it wrong, later petitions may be presented to guide misguided courts with humility. Doomed are the courts should they care about uniformity to argue notice, due process allows even the courts to allow human sacrifice of life and liberties. No such underlying violations also break the law, in addition standardization eliminates freedom of those who do not conform to the norms or standards of the collective whole as all Christians and Jews are required to do to be set apart and not sin just because most praise evil as good. The fact notice is given, does not give the government a license to break the law.

Plus standardization sets the court up to automate and eliminate the only branch necessary to protect the life, freedoms and the United States from schemed planned dissolution.

Thank you for hearing me assert and not waive my right to petition fairly on the same issue Congress seeks to usurp from the court by threat and intimidation without a case and controversy.  I do not like the bad mouthing of the Court by Wyden and the believed fabricated or planted threats used to control a no longer impartial court should it give into temptations.

I am trying to protect the courts and the fair right to petition in our more civilized form of government, even if the courts disagree with me.

Respectfully,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939


https://www.wyden.senate.gov/imo/media/doc/wyden_letter_to_scotus_on_us_courts_hackpdf.pdf


23.     I am aware that this Court and all courts and state governments are in jeopardy of

losing any authority or limits of the Constitutional law.

24.     On September 2, 2025, CA District Court Judge Breyer for the United States

District Court for Northern District of California in Newsom et al v Trump et al. Case No. 25-cv-

04870-CRB held:

> PARTIAL JUDGMENT
> The Court, having heard evidence at a bench trial on the merits and issued findings
> of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a), hereby
> enters judgment for Plaintiffs and against Defendants on Plaintiffs' Posse Comitatus Act
> claims in accordance with the Court's September 2, 2025 order granting injunctive relief
> (dkt. 176). The Court determines that, because Plaintiffs' other claims are stayed while on
> interlocutory appeal before the Ninth Circuit, there is no just cause to delay entry of

partial

> judgment on Plaintiffs' Posse Comitatus Act claims. See Fed. R. Civ. P. 54(b).

https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.186.
0.pdf

25.     There were other rulings that day under seal. I could not see them.

26.     I attach the court's opinion also found at

https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.176.
0_4.pdf

27.     I believe this court and this state may be under military attack soon by internal

threats. See 14th Amendment not to destroy members of other branches but to limit them within

the purview of the Constitutional limits by those who exercise the right to petition fairly the

civilized way. US Am I, V, XIV.

28.     I hope this court does not erase the docket to erase me as the world seems to make

me want to disappear by not even remembering I ran as a democrat for the state house of

representatives in the 38th district.

29.     That said I do not think Honorable William Chandler incited discipline. It was the

courts to command the outcome of a case unfairly in Kelly v Trump and to unlawfully cover up

its own misbehavior or mistakes. Attached is a letter of recommendation from the King of

corporate law's daughter in law, Judge Leah Chandler. I love her, her husband and Honorable

Chandler. When I disagree with ideas we talk, we may still disagree but that does not diminish my respect, concern and love for others. We learn when we may discuss different ideas instead of compelled controlled conditional thinking by a government who eliminates freedom by social, economic or physical force like Naughty Hamilton sought in Federalist 78, using temptations to rule not serve like the devil, the snake in the garden in Eden. We have to protect all, not merely those who agree with us to safeguard lives and liberties for all, not some.

30.    US Attorney General Bondi allegedly mailed out a letter notice of commandeering police here in DE to support federal ICE initiatives per the attached article.

https://thehill.com/homenews/administration/5454204-bondi-immigration-enforcement-urge/?fbclid=IwY2xjawMpZZBleHRuA2FlbQIxMQABHurAFGqNlt--IvuClyIAwr1t9oSoudQKOznBritYINnQfuSkSnhbFBAhnmtM_aem_RWgBdplMIawbM8-FFW71hQv

31.    While I have not retrieved the letter from Bondi to DE, I retrieved a letter from Bondi to government agents in Washinton State I attach hereto and incorporate herein.

https://governor.wa.gov/sites/default/files/2025-08/FinalResponseLetter.pdf?fbclid=IwY2xjawMpZq9leHRuA2FlbQIxMQABHsJTH09_2f9tYmt8TjKRoz_6QyT6x3c_be-2YZGhclgwOmInP8HtRlK_uE6E_aem_Q2xzOumsSYXeaAkzf3qQLw

32.    I imagine the letter to DE will be the same or similar to the letter to Washington State.

33.    I attach the Governor of Washington state Governor Bob Ferguson's response to Bondi's letter.

https://governor.wa.gov/sites/default/files/2025-08/FinalResponseLetter.pdf?fbclid=IwY2xjawMpZq9leHRuA2FlbQIxMQABHsJTH09_2f9tYmt8TjKRoz_6QyT6x3c_be-2YZGhclgwOmInP8HtRlK_uE6E_aem_Q2xzOumsSYXeaAkz

34.     I know it is important I try to file another amicus brief in DC JGG v Trump. Remember how I averred lose 5 pounds of water weight each month and risk death if I do not drink gallons of water. I am not feeling so well at all and do n9t want to die. So, I am not delaying in bad faith.

35.     I believe people sin for using other people for science, studies and research while enslaving them as products to pay for bad care like the bad health I received as a youth that made my body weak but my faith in Jesus Christ stronger.

36.     I am anti-science meaning I do not trust the science but dissect it to show errors. I am reading books on how those who believe the devil's lies are the law and God's law is naughty think. They are wrong. I think it important to show this court how the devil's lawlessness deceptively written into our laws misleading many to harm by violation of outlined Constitutional rights. Wrongs are not righted because one does not know. Ignorance and misunderstanding do not remove guilt or right wrongs by cleaning hands. Not knowing does not remedy harms to others. In fact, misunderstanding is why Jesus teaches people lose eternal life which is sad. See Matthew 13. Thus, court correction saves not only lives but I believe eternal lives too, making people judges special and worthy of protection even when correcting errors to improve and uphold the law not to destroy people who make mistakes.

37.     I right in haste in fear I may be deemed to waive rights not asserted. I fear God. I do not want to fail to do what is right even imperfectly when afforded an opportunity before it is

too late and harm is done too great to undo in full. It is better to prevent great harm then stick

Band-Aids on wounds which will leave scars.

Thank you.

September 6, 2025                    Respectfully submitted,
                                     Meghan Kelly

                                     _____
                                     Meghan Kelly, Esquire
                                     34012 Shawnee Drive
                                     Dagsboro, DE 19939

Under religious protest as declaring and swearing violates God's teachings

in the Bible, I declare, affirm that the foregoing statement is true and correct.

Dated: Sept 6, 2025

_____Meghan Kelly_____ (printed)

_____Meghan Kelly_____ (signed)

https://www.coastalpoint.com/news/state/madden-launches-campaign-with-millville-event/article_f9b05919-8082-40bf-97a7-13e5c4726330.html

# Madden launches campaign with Millville event

By Kerin Magill | Staff Reporter

Sep 4, 2025



Dagsboro resident Maureen 'Mo' Madden, right, launches her campaign for the state representative seat for District 38, with support from U.S. Rep. Jamie Raskin (D-Md.), at a Millville event on Aug. 22.

Coastal Point | Submitted (Harry Gold)



For the first time in more than a decade, there will be a Democratic challenger for the 38th District

seat in the Delaware House of Representatives.

Dagsboro resident Maureen "Mo" Madden announced her candidacy Friday, Aug. 22, at the Millville Community Center in Evans Park. Madden, 60, announced her candidacy in front of about 150 supporters, with special guest U.S. Rep. Jamie Raskin (D-Md.) in attendance.

The 38th District includes Millville, Ocean View, Bethany Beach, South Bethany, Fenwick Island, Selbyville, Dagsboro and part of Frankford, stretching from the Indian River Inlet to the Delaware-Maryland state line.

Madden, 60, a retired NASA physicist, sat down with the Coastal Point last week to discuss her candidacy.

She started a career with NASA's Goddard Space Flight Center in 1991 and worked there for 27 years, she said. From there, she moved to NOAA, where she worked on ground systems.

"I built instruments. I built ground systems. I managed operations at NASA, and then when I went over to NOAA, I was working on a new, big ground system for them. I became acting director for the office that manages all the meteorologists and oceanographers who get the remote satellite data," she said.

That data gets converted into equations that allow weather services to better forecast the weather and analyze other things, such as water quality and fish populations, she explained.

When she retired in 2021, she and her wife, Leigh Pracht, moved to Dagsboro.

Madden's answer to questions about why she is running starts simply: "When we were voting last November, I noticed there were no D's to vote for," she said. "There was no Democrat for the House seat, no Democrat for County Council.

"Why is nobody running?" Madden said she asked herself. That led to her getting involved with the 38th District Democratic Committee, she said, as well as the Shore Dems.

"I met Ron Gray. Really nice guy," she said of the current 38th District representative. "But I feel that everyone should have accountability and, without any opponent on the ballot, he's only really working for the Republicans who have voted for him."

Madden said she talked to local Democrats, who told her, "You can run, and you can win," Her son, Chris, agreed to be her campaign manager.

At the Aug. 22 kickoff in Millville, Raskin — whom Madden said she has known since 2016 — was a guest speaker, as well as Delaware state Sen. Russell Huxtable and Jeff Balk, chairman of the Sussex County Democratic Committee.

"As a federal civil servant, I took an oath of office to serve and protect the Constitution of the United States against all enemies, foreign and domestic," Madden said. "With the current climate of how they're trying to take away our basic rights … they've already taken away the right of reproductive freedom; now they're going after voting rights," she said. "They're trying to take away ballot boxes, early voting, mail-in voting.

"They're threatening to take away marriage rights as well. I am a lesbian, and we've been married for 29 years. They could go after interracial marriage as well.

"If I were to be elected, I could become the 38th House Democrat, to give the Democrats a supermajority so they can pass reproductive rights, voting rights and marriage rights into the Delaware Constitution.

"So they would, hopefully, protect the democracy of Delaware by instilling those rights" at the state level, Madden said.

With that as her main goal, Madden said, "Other than that, I'm a scientist. I've seen the facts, and I've talked to the scientists. Climate change is real. What they're doing right now with artificial intelligence and the data centers — they're sucking up a ton of energy," she said, "which is causing all of our electric bills to go up 30, 40 percent," not for lack of efficiency, but because "there's more demand."

"I was very much behind the U.S. Wind project for getting some more supply on the [power] grid line," Madden said. As part of a 13-state regional power grid, "We would be the ones benefitting from all that energy going in" and would see lower energy costs, she said.

With the federal government now threatening to pull U.S. Wind's federal permits, the issue will likely end up in court, Madden said, adding that she believes if the wind farm were to be constructed off Delaware's shores, turbines would appear "very small" from shore.



"They wouldn't obstruct anybody's view," she said.

"We need more energy into our grid," Madden said, with electric rates increasing as demand rises. "We need wind energy. We need solar energy. We need nuclear energy.

"Delaware doesn't produce its own electricity, unless you have solar power on your house or you have thermal for your house," she said.

Madden acknowledged that she does not have an experience in elected office, referring to herself instead as "a regular citizen."

When she's not campaigning, she can be found playing tennis on local courts, golfing at Cripple Creek or the Salt Pond courses, doing martial arts at Delaware Budokan in Selbyville or gardening.

Madden is also a former volunteer EMT in Howard and Anne Arundel counties in Maryland. She started a non-profit organization in Maryland called Save Our Schools, which helped "raise money for the local public schools."

She is a member of the Lord Baltimore Women's Club.

Madden cited "the overdevelopment of Sussex County right now" as a major concern.

"It's a free-for-all for anyone who wants to build a house on any piece of land. Transfer taxes are not paid up front so that the state and the county can have all the infrastructure we need in place," she said.

As Sussex County's population grows, Madden said, "Our health care services are not keeping up."

Of immediate concern, she said, is the loss of pharmacies — particularly as Rite Aid has closed all of its stores, putting pressure on the remaining pharmacies to meet the growing demand.

In addition to providing adequate medical services, she said, affordable housing is another concern.

Another issue she sees as crucial in Sussex County is flooding.

"Flooding is terrible. That's due to developers not following Sussex County regulations.

"The climate is not going to be getting better," Madden said. "There's going to be more and more torrential rains. Our areas can't handle it. Cripple Creek golf course can't handle it," she said, referring to ongoing flooding problems that she said current state legislators knew about but didn't pursue corrective actions for.

"The state representatives need to be working with the county council in order to find out ways that they can hold the developers accountable to build in stormwater drainage systems. We're the lowest-lying state," Madden said.

Prevention of catastrophic damage that could happen as storm intensities grow is very important for coastal Sussex County, she said.

"We need to state regulations that can help us prevent major flooding from occurring."

Traffic control, Madden said, is another concern that is threatening the quality of life in Sussex County, as is the need for public transportation.

"I'm sure DelDOT can come up with a plan for dealing with the surges" in the peak summer season, she said.



Kerin Magill

Staff Reporter















"No one is above the law
No one is below the law"

**VOTE
MEGHAN KELLY**

"COURTS ARE FOR CORRECTION,
NOT CONDEMNATION"

PAID FOR BY MEGHAN KELLY, ESQUIRE FOR 38th DISTRICT

**GREED - THE EVIL SEED THAT BLOOMS INTO HATE.**

**BUSINESSMEN GIVE BUSINESS TO THOSE WHO REFER BUSINESS TO THEM. THEIR KIDS TAKE OVER THEIR BUSINESS AND SEND BUSINESS TO EACH OTHER. SO, THE TRADITION CONTINUES.**

**WHEN ALLEGED OUTSIDERS, (FROM DESEGREGATION, THE WOMEN'S RIGHTS MOVEMENT, OUT OF STATERS, AND IMMIGRANTS), STARTED TO COMPETE FOR THE SAME BUSINESS, BUSINESSMEN BEGAN TO FEAR LOSING MONEY.**

**SO, THEY MISBEHAVED BY NAME CALLING, BIAS, PREJUDICE,BLACK BALLING AND WORSE.**

**BE COURAGEOUS, RESPECT, NOT COWARDLY BY HATE.**

Paid for By Meghan Kelly, Esquire for 38th District

The limits on our Constitutional freedoms make us all free.

The fact Americans must respect (to an extent) the freedoms of others, and in turn others must do the same by honoring such limits, makes us all more free.

Paid for By Meghan Kelly, Esquire for 38th District

SERVE PEOPLE, NOT MONEY

# VOTE
# MEGHAN KELLY

## SERVE PEOPLE, NOT PEOPLE'S
## DESIRE FOR SECURITY IN MONEY
## (OTHERWISE KNOWN AS GREED)

### LOVE PEOPLE NOT MONEY

Paid for By Meghan Kelly, Esquire for 38th District

There is no Delaware Way. There is an American way where we respect all people regardless of race, religion or place of origin, (even Pennsylvania).

Paid for By Meghan Kelly, Esquire for 38th District



What makes America great is the people. Without the people, this country is just a bunch of land. What makes America great is Americans' universal respect for the freedoms of speech, assembly, religion, and association, regardless of race, religion, or place of origin.

Paid for By Meghan Kelly, Esquire for 38th District

"Women are someone to respect. They are not something to look at, use or do. Women are people, not things."

Paid for By Meghan Kelly, Esquire for 38th District

RON WYDEN
OREGON

CHAIRMAN OF COMMITTEE ON
FINANCE

221 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224–5244

# United States Senate

WASHINGTON, DC 20510–3703

COMMITTEES:

COMMITTEE ON FINANCE
COMMITTEE ON THE BUDGET
COMMITTEE ON ENERGY AND NATURAL RESOURCES
SELECT COMMITTEE ON INTELLIGENCE
JOINT COMMITTEE ON TAXATION

August 25, 2025

The Honorable John G. Roberts, Jr
Chief Justice
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Dear Chief Justice Roberts:

The federal judiciary has repeatedly proven itself incapable of protecting the highly sensitive and confidential information with which it has been entrusted. In 2020, the federal judiciary's case management system was reportedly hacked by foreign adversaries. Staggeringly, this year, this same system has been hacked again by foreign actors, reportedly exploiting unresolved vulnerabilities that were discovered five years ago. In light of this most recent hack of the federal judiciary's case management system, I write to request that you commission an independent, public, expert review by the National Academy of Sciences of these two major security incidents, the judiciary's cybersecurity practices, and the judiciary's mismanagement of its own technology.

The federal judiciary's current approach to information technology is a severe threat to our national security. The courts have been entrusted with some of our nation's most confidential and sensitive information, including national security documents that could reveal sources and methods to our adversaries, and sealed criminal charging and investigative documents that could enable suspects to flee from justice or target witnesses. Yet, you continue to refuse to require the federal courts to meet mandatory cybersecurity requirements and allow them to routinely ignore basic cybersecurity best practices. Federal judicial technology and cybersecurity policy is set by a committee of judges whose membership you have kept hidden from the public and who presumably have no technology expertise. The case management system used by the federal courts has been hacked multiple times, in part because the system is insecure, antiquated and expensive to operate. While the judiciary has solicited advice from leading government experts on establishing a modern, secure and efficient case management system, the judiciary thus far has ignored that advice and has made no meaningful progress towards a replacement. These serious problems in the judiciary's approach to cybersecurity have been able to fester for decades because the

911 NE 11TH AVENUE
SUITE 630
PORTLAND, OR 97232
(503) 326–7525

405 EAST 8TH AVE
SUITE 2020
EUGENE, OR 97401
(541) 431–0229

SAC ANNEX BUILDING
105 FIR ST
SUITE 201
LA GRANDE, OR 97850
(541) 962–7691

U.S. COURTHOUSE
310 WEST 6TH ST
ROOM 118
MEDFORD, OR 97501
(541) 858–5122

THE JAMISON BUILDING
131 NW HAWTHORNE AVE
SUITE 107
BEND, OR 97701
(541) 330–9142

707 13TH ST, SE
SUITE 285
SALEM, OR 97301
(503) 589–4555

HTTPS://WYDEN.SENATE.GOV
PRINTED ON RECYCLED PAPER

judiciary covers up its own negligence, has no inspector general and repeatedly stonewalls congressional oversight. This status quo cannot continue.

The judiciary has now repeatedly failed, spectacularly, in its obligation to safeguard the sensitive information it possesses. On August 6, 2025, Politico reported that the federal judiciary's case management system was compromised by hackers, exposing sensitive data entrusted to the courts. The New York Times subsequently reported that "documents related to criminal activity with an overseas tie, across at least eight district courts, were initially believed to have been targeted." This hack should have never happened. According to a follow-up Politico story, the most recent hack "exploited unresolved security holes discovered five years ago." What makes this even more troubling is that this exact same software system was hacked in 2020 by "three hostile foreign actors," according to then-House Judiciary Chairman Jerrold Nadler.

It has now been five years since the 2020 hack and the judiciary has still not revealed what happened. While executive branch agencies and their inspectors general are required to report cybersecurity incidents to Congress and provide substantive briefings about hacks, the judiciary has generally taken the approach of revealing next to nothing and stonewalling congressional oversight. I sent the attached letter to the Director of the Administrative Office of United States Courts (AO) on July 28, 2022, seeking answers to a number of basic questions about the 2020 security breach. The AO refused to answer my oversight questions. There is no legitimate need to keep Congress or the public in the dark about that incident so many years later. I strongly suspect that the judiciary is covering up its own negligence and incompetence which resulted in the security vulnerabilities that the hackers exploited.

The fact that the judiciary is still using this insecure software is a direct result of the judiciary's mismanagement of its own information technology. Judge Michael Scudder, who chairs the Committee on Information Technology of the federal courts' policymaking body, the Judicial Conference, testified before the House Judiciary Committee in June 2025 that the software used for the case management system is "outdated, unsustainable due to cyber risks, and require[s] replacement." This statement is undoubtedly true today and, as the federal judiciary should be well aware, it was true five years ago. Between 2021 and 2022, the AO retained the services of technology experts at the General Services Administration (GSA), who issued three reports describing how the judiciary should build a new case management system at a low cost and with a low risk of the project failing. The experts at GSA recommended that the AO write the software in-house, starting with a single team of 5-7 technologists, who would begin rebuilding the system, one small piece at a time, with regular input from users and demonstrations of new features every few weeks. Had the AO heeded this expert advice in 2022, it is likely that the new case management system would be finished by now. But the AO ignored this advice and then did the exact opposite. Instead, in April 2023 the AO published a lengthy solicitation — containing 188 different requirements

— for government contractors to build a major new search feature for the case management system. Hiring a contractor to build software to a set of complex requirements is exactly the approach the GSA experts advised against. As of December 2024, the AO had still not awarded a contract for this work.

But the judiciary's aging case management software cannot be blamed entirely for these multiple hacks. Plenty of federal agencies use decades-old software. The key difference between the judiciary and these agencies is that executive agencies are subject to minimum federal cybersecurity requirements, while the federal judiciary has not adopted its own set of binding minimum cybersecurity standards that every federal court must follow. Instead, each of the 94 federal district courts and 12 courts of appeals can choose to adopt good or bad practices.

A good example of this difference is in the adoption of multi-factor authentication (MFA), a widely adopted cyberdefense that protects against breaches caused by hackers learning a target's password. Federal agencies have been required by federal law to use MFA since 2015. The Office of Management and Budget raised the bar in 2022, requiring agencies to use the most secure form of MFA, known as phishing-resistant MFA. By contrast, the AO only recently announced that it will finally be requiring MFA for access to the judiciary's case management system by the end of 2025.

Clearly, the judiciary should not have waited five years after three foreign adversaries hacked the case management system to roll out such a basic cyberdefense. But the form of MFA finally adopted by the judiciary is not phishing-resistant, and does not meet federal or industry cybersecurity best practices. The glacial speed with which the federal judiciary adopted this inferior cyberdefense, years after government agencies and businesses have migrated to superior solutions, highlights the fact that the judiciary's cybersecurity problems are not technical, but rather, are the result of incompetence and the total absence of accountability.

The judiciary's complete failure to address its cybersecurity problems after the 2020 breach, as well as the subsequent coverup and stonewalling of congressional oversight, makes it clear that the judiciary and its policymaking arm, the Judicial Conference, are ill-equipped to diagnose and address their own problems. An independent, public, expert review is essential not only because of repeated hacks, but also because of the judiciary's subsequent lack of transparency. For example, the judiciary still hasn't notified victims whose information was stolen in 2020. Such a review is needed to rebuild the trust of litigators, parties, Congress and the public. Moreover, while I would normally request that the Department of Homeland Security's Cyber Safety Review Board conduct such a review, having the executive branch review the judiciary's cybersecurity could raise separation of powers issues and, regardless,

President Trump fired the whole board on the second day of this administration and has not appointed any new members.

Accordingly, I urge you to commission an independent, public, expert review by the National Academy of Sciences of the 2020 and 2025 hacks of the case management system, the judiciary's cybersecurity practices, and the judiciary's mismanagement of its own technology, including software development and procurement. Please also provide me with a copy of any reports that have been prepared on the 2020 breach, and when a report has been completed on the 2025 breach, please provide a copy of that report too. Finally, I urge you to direct the AO to cooperate with congressional oversight.

Thank you for your attention to this important matter. If you have any questions about this request, please contact Chris Soghoian in my office.

Sincerely,

Ron Wyden
United States Senator

RON WYDEN
OREGON

CHAIRMAN OF COMMITTEE ON
FINANCE

221 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224–5244

COMMITTEES:

COMMITTEE ON FINANCE
COMMITTEE ON THE BUDGET
COMMITTEE ON ENERGY AND NATURAL RESOURCES
SELECT COMMITTEE ON INTELLIGENCE
JOINT COMMITTEE ON TAXATION

# United States Senate
WASHINGTON, DC 20510–3703

July 28, 2022

The Honorable Roslynn R. Mauskopf
Director
Administrative Office of the U.S. Courts
One Columbus Circle, NE
Washington, DC 20544

Dear Director Mauskopf:

I write to express serious concerns that the federal judiciary has hidden from the American public and many Members of Congress the serious national security consequences of the courts' failure to protect sensitive data to which they have been entrusted.

On the afternoon of January 6, 2021 the federal judiciary issued a press release stating that in December 2020 an investigation by the Department of Homeland Security discovered vulnerabilities in the court records system, CM/ECF, "that greatly risk compromising highly sensitive" sealed court filings.   The press release noted that there had been an "apparent compromise" of that system due to an "attack."  It has been nearly a year and a half since this cybersecurity breach was discovered. The federal judiciary has yet to publicly explain what happened and has refused multiple requests to provide unclassified briefings to Congress.

The judiciary's flawed court records system, its practice of decentralizing cybersecurity decisions to each court, and its opposition to Congressional efforts to modernize that system, have created unmanageable security risks.  Recently, a review of CM/ECF by the General Services Administration found that CM/ECF is "outdated," "obsolete," "not sustainable." Among the report's findings:

- "There is the potential for many cybersecurity vulnerabilities resulting from the way CM/ECF software is built, deployed, and maintained."
- "Security and compliance are monumental tasks for courts and the AO's visibility into courts' security posture is limited due to the decentralized nature of the application."
- "Decentralization and complexity are causing system instability, high maintenance costs and security risks."
- "Dated technology, decentralized deployments, and heavy customization" are causing "security and reliability risks."
- "Many courts have developed 'local mods' … which has created problems ranging from high cybersecurity risks to high operational costs."

911 NE 11TH AVENUE
SUITE 630
PORTLAND, OR 97232
(503) 326–7525

405 EAST 8TH AVE
SUITE 2020
EUGENE, OR 97401
(541) 431–0229

SAC ANNEX BUILDING
105 FIR ST
SUITE 201
LA GRANDE, OR 97850
(541) 962–7691

U.S. COURTHOUSE
310 WEST 6TH ST
ROOM 118
MEDFORD, OR 97501
(541) 858–5122

THE JAMISON BUILDING
131 NW HAWTHORNE AVE
SUITE 107
BEND, OR 97701
(541) 330–9142

707 13TH ST, SE
SUITE 285
SALEM, OR 97301
(503) 589–4555

HTTPS://WYDEN.SENATE.GOV
PRINTED ON RECYCLED PAPER

The judiciary has been aware of vulnerabilities in its court records system long before this cybersecurity breach was detected. In 2017, for example, one researcher identified a serious flaw that took the Administrative Office of the Courts (AO) nearly 6 months to fix. As that researcher explained, "the nature and severity of this bug indicates that the AO likely does not have a culture that properly prioritizes security, or that if they do, their current approach to security is not working."

The cybersecurity problems that plague the CM/ECF system are symptoms of a bigger problem, which is that the federal judiciary is exempt from all mandatory cybersecurity requirements that apply to executive branch agencies, and that it has failed to adopt any similar requirements itself.

Congress has set strict rules for civilian executive branch agencies' cybersecurity, including minimum cybersecurity standards, and independent audits of agencies' compliance with those standards. The federal judiciary, by contrast, has no binding minimum security standards. Instead, each of the 94 federal district courts and 12 courts of appeals can choose to adopt good or bad practices, with no central oversight. These courts lack both the resources and expertise to defend against sophisticated foreign hackers.

Forcing the chief judges of individual district and appellate courts, who are not cybersecurity experts, to bear primary responsibility for the judiciary's cybersecurity was a mistake. The federal judiciary should adopt a set of mandatory cybersecurity standards, similar to those adopted by the executive branch, that all federal courts are required to implement. The AO should also conduct and submit to Congress mandatory audits for compliance.

Unfortunately, the federal judiciary has not only opposed the Open Courts Act—bipartisan legislation that would modernize and centralize its vulnerable courts records systems—but specifically opposed a provision in the bill that would ensure that the system meet the same cybersecurity standards that already apply to executive branch agencies. As the General Service Administration report noted, "a headline of a successful cyberattack on CM/ECF will weaken the public's trust in the judiciary." But news that the judiciary failed to adequately disclose such an attack and its impact on national security will weaken the public's trust even more. To that end, I ask that you answer the following questions by August 26, 2022.

1. Had the systems containing the vulnerabilities exploited by the hackers been subjected to cybersecurity audits prior to the breach? If yes, please explain whether these audits discovered the vulnerabilities and they had not been fixed or why the audits failed to identify the vulnerabilities? If no, please explain why these systems were not subjected to audits.
2. When did the hackers first gain unauthorized access to the CM/ECF system? How long did it take for them to be discovered?
3. Did the AO discover the security breach or was it notified by another entity? If the latter, why were the Judiciary's cyber defenses insufficient to detect the breach?
4. What information was accessed by the hackers?
5. In each of the past 5 years, how many federal courts have taken advantage of the free, voluntary cybersecurity audits offered by the AO? Please provide me with copies of the

results of these audits, any records indicating whether the courts addressed all issues discovered during the audits, and a list of the courts that have not yet requested an audit.

Thank you for your attention to this important issue. If you have any questions about this request, please contact Chris Soghoian in my office.

Sincerely,

Ron Wyden
United States Senator

Re: potential waiver religious accommodations FEC/Please tell me who should I ask/Thank you

From: Meg Kelly (meghankellyesq@yahoo.com)

To: info@fec.gov; conferences@fec.gov; speaker@fec.gov; commissionerbroussard@fec.gov

Cc: meghankellyesq@yahoo.com; commissionerlindenbaum@fec.gov; darin.mccann@coastalpoint.com; chris.calio@yahoo.com; cbarrish@whyy.org

Date: Wednesday, December 3, 2025 at 10:58 AM EST

Good morning,

I am seeking the representative of the FEC I should send a formal petition to the FEC for a religious accommodation in order to run for office.

The First Amendment right to petition fairly extends to agencies too.US Am I, V.

I have a Constitutional right to petition the members of the FEC for a religious accommodation to the rules directly without a complaint or judicial involvement, and I have a right not to be compelled to violate one fundamental right in exchange for another.

This morning, December 3, 2025, a gentleman on the information line said I couldn't petition the FEC for an accommodation, when the Constitution says otherwise. He sought to vitiate my right to petition the agency fairly in violation of the First and 5th Amendment by requiring I burden the courts. The man said I would have to seek relief from the courts and abruptly hung up.

The FEC information desk agent made a mistake, especially since I would be compelled to violate my religious belief in order to do so.  I have a right not to be compelled to violate one fundamental right in order to exercise another.  The government pressure through the agent preemptively vitiates my rights unfairly without an opportunity to fairly make a request or petition before and to the agency. US Am I, V (No due process for a formal request I have not made yet) Perhaps the gentleman did not know the Constitutional laws that limit government applies to agencies too. There is grace with clarification of misunderstandings.

That said could you please let me know who I should petition at the FEC for a religious accommodation.

Thank you for your time and attention to this important matter.

Very truly,
Meg Kelly


On Wednesday, December 3, 2025 at 10:29:55 AM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:


----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** CommissionerLindenbaum@fec.gov <commissionerlindenbaum@fec.gov>; CommissionerBroussard@fec.gov <commissionerbroussard@fec.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Naylor Margaret (Courts) <margaret.naylor@delaware.gov>
**Sent:** Monday, December 1, 2025 at 10:48:13 AM EST
**Subject:** Fw: potential waiver religious accommodations FEC/Please tell me who should I ask/Thank you

Good morning,

I spoke with a representative who was absolutely wonderful this morning to discern who I should file a religious accommodation with regarding creating a committee and opening a bank account. We brainstormed and she mentioned a complaint but it is not ripe since I would require an accommodation before deciding to run, as I would not run without one.

I have religious objections to having a bank account due to genuinely held religious beliefs. Below, I requested who I should contact to request an accommodation from creating a committee given I was not intending to accept any money or use any money should I apply s a candidate in the Senate or House race in the state of Delaware.

I was grateful to hear that no filings are necessary until you expend $5,000.  I was not intending to expend any money.

I do not have a bank account, and can outline the reasons more formally when I know who to petition.

Thank you.  Have a good day.

Very truly,
Meg
Meghan Kelly
34012 Shawnee Dr
Dagsboro, DE 19939
not acting as a lawyer

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** info@fec.gov <info@fec.gov>; conferences@fec.gov <conferences@fec.gov>; speaker@fec.gov <speaker@fec.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Friday, November 28, 2025 at 09:38:08 PM EST
**Subject:** potential waiver religious accommodations FCC/Please tell me who should I ask/Thank you

Good evening,

Could you please let me know the person I must address a religious waiver from committee formations and expenses. I do not intend to spend any money, accept any donations, or create a committee.  When I ran locally I learned how money and strings attached corrupts people's capacity to do what is right. The internet is free and I can go on walks, other folks' meetings, events, and knock on doors without being compromised by signatures and money.

I am considering running for office without expending any money or accepting any help on religious grounds.

I filed the attached lawsuit against the democrats requesting the same in 2019, but I withdrew it during the pandemic.  The attached complaint outlines my genuinely held religious beliefs.

The independents asked me if I would switch parties and run locally, but I am thinking federal. The independent party has no filing fees. So, I am looking at my options and may seek an exception first before making a decision.

I am not willing to compromise my religious beliefs in Jesus, though I strongly believe that government officials have reduced religious beliefs in order not to substantially burden the citizens they serve and to prevent establishment of government religion by the mere cloak of government authority.

I doubt anyone else would reject money and support, so this is a unique religious accommodation under US Am I, V, and possibly XIII.

I am seeking to perform due diligence before making any decisions.

Thank you,
Meghan Kelly
meghankellyesq@yahoo.com
34012 Shawnee Dr
Dagsboro, DE 19939

 Complaint against Democrats.pdf
1.8 MB

Fw: Patrick Jackson Fw: Meg Kelly switching parties/Fw: potential waiver religious accommodations FCC/Please tell me who should I ask/Thank you

From: Meg Kelly (meghankellyesq@yahoo.com)

To: drew.c.ensign@usdoj.gov

Cc: ryan.costa@delaware.gov; meghankellyesq@yahoo.com; usapae.usattorney@usdoj.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; matthewkosiorek@comcast.net; darin.mccann@coastalpoint.com; cbarrish@whyy.org; chris.calio@yahoo.com; megkellyesq@yahoo.com; meghankellyesq@proton.me

Date: Tuesday, December 2, 2025 at 12:30 PM EST

I believe you are in danger Drew. I want to try to protect you and the court too. I am just having my own battles. I am sorry I am going to try. If you disagree and I am open to brainstorm other ideas to protect attorney generals. But they all face threats and are the targets to be used and thrown away. So, I want to protect you even before the US Supreme Court.

USSC police would not physically accept my filings after driving more than 4 hour round trip. So, I emailed the court and placed the occurrence in an affidavit. I placed it on third circuit docket 22-3372.

That is why I copied you on the email with all of the US Supreme Court members email addresses asserting my right to a fair petition even to protect attorney generals by extending the ABA and disciplinary rules exception to allow attorney generals to submit evidence from their client aiding in crime, fraud or in our case a dissolution of the US down the line.

I think Trump would accuse his own counsel of treason subject to death if they seek to preserve their own license to practice law they worked hard for.

I think Chief Judge Boesberg would understand that US Bove and Trump may kill you. I want to ask him and the USSC to protect you and attorney generals. Past case law throws attorney generals under the bus. Congress does too. I hate that it infringes on the public's counsel right to fair petition.

I am a little scared.

My computer is stopping now I better send this I think I am being watched or hacked.

---

----- Forwarded Message -----
**From:** Jackson, Patrick N (Elect_COE) <patrick.jackson@delaware.gov>
**To:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Tuesday, December 2, 2025 at 12:15:31 PM EST
**Subject:** RE: Patrick Jackson Fw: Meg Kelly switching parties/Fw: potential waiver religious accommodations FCC/Please tell me who should I ask/Thank you

Meg,

Quite simply put, in this case the right doesn't exist.

Best

Patrick

---

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Tuesday, December 2, 2025 11:25 AM
**To:** Jackson, Patrick N (Elect_COE) <Patrick.Jackson@delaware.gov>
**Cc:** Trust, Public (MailBox Resources) <PublicTrust@delaware.gov>; Darin McCann <darin.mccann@coastalpoint.com>; Chris Calio <chris.calio@yahoo.com>; Costa, Ryan (DOJ) <Ryan.Costa@delaware.gov>; Naylor, Margaret (Courts) <Margaret.Naylor@delaware.gov>; Steinberg Dylan (USADE) <dylan.steinberg@usdoj.gov>; USAPAE-USAttorney <usapae.usattorney@usdoj.gov>; Matthew <matthewkosiorek@comcast.net>; Cris Barrish <cbarrish@whyy.org>; Ensign Drew C (CIV) <drew.c.ensign@usdoj.gov>; Bradd Grossman <braddgrossman@gmail.com>; Meg Kelly <meghankellyesq@yahoo.com>; supremectbriefs@usdoj.gov; Ike Adams <iadams@sidley.com>; Tim

Mastrogiacomo <tmastro@gmail.com>; Meghan Kelly <megkellyesq@yahoo.com>

**Subject:** Re: Patrick Jackson/Meghan Kelly/Bouncing parties/Fw: potential waiver religious accommodations FCC/ Please tell me who should I ask/Thank you

Hi Patrick,

Thank you for your response. You may not want to grant me an exemption, but I have first amendment right applicable to the State of DE, and any agency including the Department of elections, via the 14th amendment to ask, and to petition in order to seek a religious accommodation. US Am I, V, IX.

I am seeking to know who I should seek a formal request with in writing by letter.

You may not want to protect the superseding Constitution as rule of law which founded these United States as a more civilized form of government with the passage of the bill of rights which granted individuals the legal power to petition in accord with fairness in an article Court, later extended to state courts in 1791.

The Courts power is created by the fair petition in an article III forum as established in 1791, not by the judiciary act of 1798, but by the people and individuals that transformed our country from tyranny by those who use the purse strings and the sword to rule and control under the double talk freedom, but control like the evil one written in the Bible. 1 John 5:19 ("We know that we are children of God, and that the whole world is under the control of the evil one ").

Case law is not clear. This question has never been asked before. The State's displeasure of a grant of an accommodation should not chill me from making a formal request.

Thank you for the additional information. I contacted the FEC about formally asking for an accommodation even before I asked you.

I need to make a request before I file anything so the state or the federal government does not compel me to violate my religious beliefs in order to exercise another 1st Amendment right to associate as a potential candidate.

I am merely performing my due diligence at this time since a member of the Independent party asked me about running on their ticket since there are no filing fees as violation of my religious belief per the attached withdrawn due to the pandemic complaint.

So, I prefer to avoid litigation or unfair unwilling un-consented vitiation of one Constitutional liberty in exchange for another.

Thank you for your understanding.

Very truly,

Meg Kelly

On Tuesday, December 2, 2025 at 10:07:34 AM EST, Jackson, Patrick N (Elect_COE) <patrick.jackson@delaware.gov> wrote:

Hi Meg,

Absent knowing what you're planning on running for, I can't say a lot, but I can offer you some general information.

First and foremost, the department does not and will not offer you a religious exemption – from anything. The forms you are required to fill out are a matter of settled, black letter law. If you run for a federal office, that also applies to anything you'll need to file with the Federal Elections Commission.

If you're running for a state legislative or countywide office, you'll be required to fill out our candidate registration form, which is found on our website. The easiest way to get there is to go to our main homepage, elections.delaware.gov and follow the link to campaign finance. Even if you're not collecting money, a statement of organization is mandatory for any candidate for statewide (non federal), state legislative or countywide office. As you're not planning on raising money, you can file a certificate of intention for any school board or municipal office which doesn't require filing finance reports.

Once your committee is registered with us, you'll need to file your candidacy papers – at the county office for a state legislative or countywide office or up here with me in Dover for a statewide or federal office. If you're running with the Independent Party of Delaware, you won't have to pay a filing fee, as Wolfgang noted in his communications with you, but you will have to meet the other documentation requirements noted on our website.

While the filing form is found online, you'll need to print out the form because, to activate you in the Campaign Finance Reporting System, we require a signed, notarized copy of the form. You can save postage by scanning the form as a pdf and emailing it to me.

As a candidate for a state legislative, statewide or countywide office, you will be required to file finance reports with us – even if they're zero-activity reports, which simply say you didn't raise or spend any money. One piece of advice, when you register, use an email address you check frequently as we send out advance, courtesy emails to remind you of upcoming filing deadlines.

If you seek a federal office, you'll also be required to file with the Federal Elections Commission, which tracks finance reports of U.S. House and Senate candidates. The feds also do not grant religious exemptions.

I trust that answers your questions.

Best Regards,

Patrick Jackson

Campaign Finance Manager

Delaware Department of Elections

---

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**Sent:** Monday, December 1, 2025 9:40 AM
**To:** Jackson, Patrick N (Elect_COE) <Patrick.Jackson@delaware.gov>

**Cc:** Meg Kelly <meghankellyesq@yahoo.com>
**Subject:** Patrick Jackson/Fw: Meg Kelly switching parties/Fw: potential waiver religious accommodations FCC/ Please tell me who should I ask/Thank you

Hi Patrick,

I hope you had a nice weekend.

I was thinking about running for office. I am not sure which position, and I may need to get a religious exemption from forming a committee and finances since I would not take any money or religious grounds or use money to run.

I may call you to discuss further before making a decision.

Thank you. Have a great day.

Very truly,

Meg Kelly

----- Forwarded Message -----

**From:** Meg Kelly <meghankellyesq@yahoo.com>

**To:** kenneth.mcdowell@delaware.gov <kenneth.mcdowell@delaware.gov>

**Cc:** Meg Kelly <meghankellyesq@yahoo.com>

**Sent:** Friday, November 28, 2025 at 10:17:02 PM EST

**Subject:** Fw: Meg Kelly switching parties/Fw: potential waiver religious accommodations FCC/Please tell me who should I ask/Thank you

Hi Bo,

It's Meg. Thank you for being kind to me when I lost an election. Your kindness made the blow less hard.

Per the message below and attached I am seeking to switch parties. I may actually run for office, but I don't want have dirty hands. I may have to seek an exceptions by attesting I do not intend to accept donations or volunteers or money.

Thank you for helping me in the past and for making a difference now. You are not replaceable by automation.

Have a great weekend.

Very truly,

Meg

----- Forwarded Message -----

**From:** Meg Kelly <meghankellyesq@yahoo.com>

**To:** votesc@delaware.gov <votesc@delaware.gov>; Meg Kelly <meghankellyesq@yahoo.com>

**Cc:** Naylor Margaret (Courts) <margaret.naylor@delaware.gov>; Costa Ryan (DOJ) <ryan.costa@delaware.gov>; Chris Calio <chris.calio@yahoo.com>; Aggie Kelly <aggiekelly@comcast.net>; Matthew <matthewkosiorek@comcast.net>; Bradd Grossman <braddgrossman@gmail.com>

**Sent:** Friday, November 28, 2025 at 10:09:00 PM EST

**Subject:** Meg Kelly switching parties/Fw: potential waiver religious accommodations FCC/Please tell me who should I ask/Thank you

Good evening,

I hope you enjoyed the Thanksgiving break.

I spoke with a representative at the department of elections in Sussex County.  I am going to mail or drop off the attached party change form with a religious objection I put on pleadings in Court cases which the federal courts have accepted.

I think it should be fine, but President Trump scares me so I included an addendum and exhibits. The federal courts just accept my religious objections in declarations.

I also am seriously thinking about running under a different party since a member of the independent party encouraged me too enticing me with no filing fee part.

It would be an honor to have the opportunity to serve others by drafting laws that alleviate burdens off their back.

I feel safer emailing you what I intend to file before your office receives it physically to create a paper trail and a confirmation of what you receive.

I may not run for office, but as you know per the attached complaint I withdrew I have religious objections to both signatures and filing fees.

I have high regards for Bo and people at your office.

Thank you.  Have a great weekend.

----- Forwarded Message -----

**From:** Meg Kelly <meghankellyesq@yahoo.com>

**To:** info@fec.gov <info@fec.gov>; conferences@fec.gov <conferences@fec.gov>; speaker@fec.gov <speaker@fec.gov>

**Cc:** Meg Kelly <meghankellyesq@yahoo.com>

**Sent:** Friday, November 28, 2025 at 09:38:08 PM EST

**Subject:** potential waiver religious accommodations FCC/Please tell me who should I ask/Thank you

Good evening,

Could you please let me know the person I must address a religious waiver from committee formations and expenses. I do not intend to spend any money, accept any donations, or create a committee.  When I ran locally I learned how money and strings attached corrupts people's capacity to do what is right. The internet is free and I can go on walks, other folks' meetings, events, and knock on doors without being compromised by signatures and money.

I am considering running for office without expending any money or accepting any help on religious grounds.

I filed the attached lawsuit against the democrats requesting the same in 2019, but I withdrew it during the pandemic.  The attached complaint outlines my genuinely held religious beliefs.

The independents asked me if I would switch parties and run locally, but I am thinking federal. The independent party has no filing fees. So, I am looking at my options and may seek an exception first before making a decision.

I am not willing to compromise my religious beliefs in Jesus, though I strongly believe that government officials have reduced [freedoms to exercise] religious beliefs in order not to substantially burden the citizens they serve and to prevent establishment of government religion by the mere cloak of government authority.

I doubt anyone else would reject money and support, so this is a unique religious accommodation under US Am I, V, and possibly XIII.

I am seeking to perform due diligence before making any decisions.

Thank you,

Meghan Kelly

meghankellyesq@yahoo.com

34012 Shawnee Dr

Dagsboro, DE 19939



12 A

W

**Wolf** ›

You have worked hard. I may have to retrieve my old phone after the holiday. I am not going to run for house of representatives again but I think a lot of people I met would help you

Would you like to run on our ticket  ?

We don't charge filing fees.



# State of Delaware
# All-In-One Form to Register to Vote or Update Your Information

Use this form to register to vote for the first time, or to update your name, address and/or political party affiliation if you are already registered.

Print clearly in blue or black ink.

## 1. Who are you?

I am a citizen of the United States.   ☒ YES    ☐ NO
If NO, do not continue.
☐ I do not want to register to vote at this time.

| | |
|---|---|
| Last name | KELLY |
| First name | MEGHAN |
| Middle name | M |
| Social Security Number (see back) | __ __ __ - __ __ - __ __ __ __ |

| | |
|---|---|
| Suffix (Jr., II) | |
| Birth date (MM/DD/YYYY) | 01 / 19 / 1978 |
| DE drivers license or ID # (see back) | 1120248 |
| Political party affiliation | IND PTY OF DE |

## 2. What is your CURRENT address?

| | |
|---|---|
| Street address | 34012 SHAWNEE DRIVE |
| Apt/Lot/Unit # | |
| City/Town | DAGSBORO |
| County | SUSSEX |

| | |
|---|---|
| Development | |
| State | DE |
| Zip Code | 19939 |
| School district | |

Mailing address if different than above

## 3. How can your election office contact you if it needs clarification about your application?

Telephone number (optional)          Email address (optional)

## 4. Complete this section if you are registered to vote anywhere else.

Previous name/maiden name

Previous address

Previous city, county, state, zip code

## 5. You must read and sign this statement.

**I hereby swear or affirm that:**
- I am a citizen of the United States,
- I am a permanent resident of the State of Delaware at the address given above,
- I will be 18 years old on or before the date of the next General Election, and
- All of the information about me on this form is true and correct to best of my knowledge.
- I hereby authorize cancellation of any previous registration.

*See Addendum.*

**Sign here** X *With reservation of objections to affirming under penalty of law on religious grounds* *Meghan Kelly*

**Today's date (MM/DD/YYYY)** *Nov. 28, 2025*

This information is for official use only. Any unauthorized release may be punishable by law.    Previous editions are obsolete.    VRFM007 v2.0 2/19/2018

## FOR DEPARTMENT, AGENCY, OR POLLING PLACE USE ONLY

Agency Representative Signature(s)

| ED | RD | New | Transfer | Name Change | Party Change | Other County | Source | Application Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Remarks                                        Control #

**Look on the back for information about registering to vote.**

- You can register to vote or update your name, address or political party affiliation at https://ivote.de.gov/.

- You may register to vote in Delaware if you:

  - Are a citizen of the United States, AND
  - Are a resident of Delaware (Delaware is your home), AND
  - Will be 18 years old on or before the date of the next General Election.

  You may **not** register to vote in Delaware if you:

  - Have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR
  - Were convicted of a felony and have not completed your sentence, OR
  - Were convicted of a disqualifying* felony and have not been pardoned.

    *List of Disqualifying Felonies:

    - Murder or manslaughter, (except vehicular homicide);
    - Any felony constituting an offense against public administration involving bribery or improper influence or abuse of office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or
    - Any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

- If you indicate that you are not a citizen or fail to answer that question, your application will be rejected.

- If you register to vote even though you know you are not eligible, you can be fined between $50.00 - $200.00 or imprisoned for 30 days to two years, or both.

- The office at which you submit this application will remain confidential except as provided by law.

- The information that you provide on this application is public information, **EXCEPT** your Social Security Number, telephone number, date of birth, email address, and drivers' license/state identification card number.

- The fact that you have declined to register will remain confidential except as provided by law.

- Please provide a valid Delaware Driver's License number, Delaware Identification Card number. If you have neither, please provide a full Social Security Number.

- If you are submitting this application by mail and it is the first time you have registered in Delaware, you must submit with this application, a copy of a current and valid photo identification or a copy of a current utility bill, bank statement, government check, paycheck or other government document that shows your name and address. If you do not provide required identification documentation, you must provide it the first time you vote in a federal election.

- Disclosure of your telephone number and email address is voluntary.

- You should receive a polling place card once your application has been accepted. You will be notified by mail if your application is rejected. If you do not receive the card or other notification within 10 business days, please contact the Department of Elections Office for your county.

## IDENTIFICATION NUMBER DISCLOSURE STATEMENT

Disclosure of your driver's license number, ID number or your Social Security Number is requested so that each individual who is registered to vote is identifiable in an accurate and efficient manner. If you do not have a valid driver's license number, ID number or a Social Security Number, you will be assigned a nine (9) digit identifying number during the processing of your registration.

Your driver's license number, ID number or your Social Security Number are used as necessary for administrative purposes only relating to voting, including identifying you as a registered voter, insuring no individual is registered in more than one place, verifying addresses, verifying voting districts, and may be used for any other lawful purpose. The registration application containing your driver's license number, ID number or your Social Security Number will become part of the registration records of your county.

HTTPS://IVOTE.DE.GOV

| STATE ELECTION COMMISSIONER | NEW CASTLE COUNTY OFFICE | KENT COUNTY OFFICE | SUSSEX COUNTY OFFICE |
|---|---|---|---|
| 905 S GOVERNORS AVE STE 170 | CARVEL STATE OFFICE BLDG | 100 ENTERPRISE PL STE 5 | 119 N RACE ST |
| DOVER DE 19904 | 820 N FRENCH ST STE 400 | DOVER DE 19904 | PO BOX 457 |
| PHONE: (302) 739-4277 | WILMINGTON DE 19801 | PHONE: (302) 739-4498 | GEORGETOWN DE 19947 |
| | PHONE: (302) 577-3464 | | PHONE: (302) 856-5367 |

Addendum by Meghan Kelly of Sussex County Delaware

With regards to the religious objection and reservation of rights. I believe people sin for swearing and affirming "under penalty of law". I should not be compelled to violate my religious beliefs and reserve all rights under the side of caution and in exercise of my religious beliefs under the First and Thirteenth Amendments applicable to the State via the 14th Amendment.

I am a Christian and seek guidance through "the father, son and holy spirit," including the holy spirit guiding people in the Bible. Citing Bible, *Matthew* 28:19.
In the Bible in Matthew Chapter 5, verses 33-37Jesus, the son of God instructs:

"**33**"Again, you have heard that it was said to the people long ago, 'Do not break your oath, but fulfill to the Lord the vows you have made.' **34**But I tell you, do not swear an oath at all: either by heaven, for it is God's throne; **35**or by the earth, for it is his footstool; or by Jerusalem, for it is the city of the Great King. **36**And do not swear by your head, for you cannot make even one hair white or black. **37**All you need to say is simply 'Yes' or 'No'; anything beyond this comes from the evil one."

It is my religious belief Jesus speaks of the devil as the evil one who seeks "to kill, steal and destroy" in this life, and kill folks by misleading them eternally in the second death in the lake of fire. See John 10:10-13 ("The thief comes only to steal and kill and destroy; I, [Jesus, the son of God] have come that they may have life, and have it to the full. 11 I am the good shepherd. The good shepherd lays down his life for the sheep. 12 The hired hand is not the shepherd and does not own the sheep. [MK side note, I believe meaning the hired hand gives to get. It is business, not doing what is right unconditionally, not to be controlled by those who buy his will instead of being free in Jesus Christ, the good shepherd who guides the misguided] So when he sees the wolf coming, he abandons the sheep and runs away. Then the wolf attacks the flock and scatters it. 13 The man runs away because he is a hired hand and cares nothing for the sheep.")

I believe God's laws written on our hearts per Jeremiah 31 with the death and resurrection of Jesus the Christ and accessible to me through the Father, son and holy spirit are there to guide the misguided to safety to shepherd the people to protect them from wolves who entice their desires to control their no longer free but enslaved and substantially burdened will with temptations including threats of law suit, imprisonment, economic, social, physical and other harms or rewards.

Human sacrifice and slavery should be limited by the law, and the Constitution through the superseding Bill of rights and later amendments which trumps and limits Article I, II and III powers by limiting them, actually protects individuals including me from being sacrificed and enslaved to unwillingly violate my religious beliefs and involuntary servitude. US Am I, V, XIII, XIV.

The checks and balances taught as theories are not checks but controls, the only check upon all three branches of government to act within the purview of the constitutional limits is the fair petition in an Article III forum.

1

This check of the fair, civilized petition in accord is what founded our nation in 1791. See, https://www.constitutionfacts.com/us-articles-of-confederation/presidents-who-served/

The United States was not formed in 1776 with the following 8 Presidents before George Washinton John Hanson (1715-1783), Elias Boudinot (1740-1821), Thomas Mifflin (1744-1800), Richard Henry Lee (1732-1794) John Hancock (1737-1793), Nathaniel Gorham (1738-1796), Arthur St. Clair (1737-1818), Cyrus Griffin (1748-1810) served as President of the United States in Congress Assembled for one-year terms under the Articles of Confederation.

The United States government was not founded in 1789 with the first President George Washington. Nor was the United States founded by the Judiciary Act of 1789, which is not what granted the Courts power to say what the law is. See, Marbury v Madison, 5 U.S. 137 (1803) ("It is emphatically the province and duty of the judicial department to say what the law is")

Instead of these rebutted theories not based on truth, the United States was formed in 1791 with the foundation of Constitutional legal grant in the people to assert the rule of law by the civilized fairer means of the petition before an Article III court in a case and controversy. US Am I, V. Without a petition, the court is powerless to say what the rule of law is. The petition is what empowers the Courts to uphold the rule of law. It was not until the Constitution legally vested a civilized means to petition to both private and public individuals that our country was established based on the rule of law that limits the government and private peoples to restrain human sacrifice and slavery for material gain even knowledge. Thus, the United States was founded in 1791 with the establishment of the rule of law based on US Am I, V, and Art III, and is sustained and maintained so long as the rule of law is not dissolved.

It is my religious belief that the teachings of my God are meant to guide me to do what is right, to respect not oppress, indebt, enslave or sacrifice citizens under the lie of serving them by sustaining harm and need to sustain profit streams and debt created money in contravention of Ezekiel 18:13 that increases the worse off the people are in a subpar economy designed to cause and sustain problems, albeit different problems to profit off of different research to compel standardized subpar products and services as solutions. US Am XIII, XIV. It is my religious and Constitutional belief that I must protect and respect people who believe, exercise beliefs who believe differently with the limit no one is free to enslave and sacrifice another under the guise of freedom. All freedoms are limited which makes us all free from threat of tyranny by public and private peoples or technology that would enslave or sacrifice individuals for material gain under the guise of public good, common good, collective good, or world good, when sacrifice of individuals or individual freedoms by slavery is bad.

The original 1787 text of the Constitution of the United States makes three references to an "oath or affirmation."

1. In Article 1, senators must take a special oath or affirmation to convene as a tribunal for impeachment.
2. In Article II, the president is required to take a special oath or affirmation before entering office, and
3. In Article VI, all state and federal officials must take an oath or affirmation to support the Constitution.

Another reference appears in the Fourth Amendment, which specifies warrants must be supported by evidence given under oath or affirmation.

Though U.S. presidents are free to either swear or affirm the inaugural oath of office, I am aware of only one president who has chosen to affirm. The nation's 14th president, Franklin Pierce, affirmed the oath upon his March 4, 1853 inauguration. https://en.wikipedia.org/wiki/Franklin_Pierce

The right **not to swear in** stems from an old England case, determined on December 1678, trial of William Brayd. See attached and https://www.oldbaileyonline.org/record/t16781211e-37

The history of swearing in is based on a lie of freedom but the deception of the devil of a social contract that those who are compelled by force unwillingly in a take it or leave it situation or go without are bound, their souls bought by the one reflecting the image of the devil, the evil one like Alexander Hamilton in Federalist letter 78 used to enslave and control a no longer free but subject people under double talk which is a lie, not truth. See, https://guides.loc.gov/federalist-papers/text-71-80#s-lg-box-wrapper-25493470

Hamilton sought to rule by threat of might, the sword, bribe or extortion given his self-serving interest in sustaining banking, and the poison pills relating to debt and good faith and credit clause and state contract clause meant to dissolve these United States down the line since its planned inception in contravention of the 14th Amendment insurrection clauses. Last in time should void first in time Constitutional provisions as applied or per se. So, the court is the hope of a hero to prevent a debt overthrow and transition to dissolution.

It is against my religious beliefs to affirm too. I am a Christian. God teaches us not to promise, affirm or swear, as our lives are not our own, but are God's not man's to be won by compelled debt in exchange with Constitutional exercise of fundamental rights without disparate treatment in violation of the 14th Amendment Equal Protections Clause. See 1 *Corinthians* 6:19.

Debt is against my religious beliefs. See *Romans* 13:8. I believe those who create artificial debt under the guise of contracts especially social contracts sin and will be cast in the fires of hell for requiring people to pay for what is not theirs to sell, including freedom. Yet, if they repent by cleaning their hearts, they will have eternal life in heaven and not die in the second death in hell. I believe their sins will be remembered no more by God by a cleaning of their mind, heart and hands by repentance, and yet if they go back to their sins, than repentance is revoked and damnation may be restored. See Ezekiel 18, See the parable of the unforgiving merchant whose forgiveness was revoked when he did not forgive others of monetary debts. *Matthew* 18:21-35.

In the Old Testament of the Bible, two dads got themselves into trouble for disobeying God by making promises, affirming or swearing. One father promised God if everything goes ell with his aim, he would sacrifice the first thing that greeted him at home. *Judges* 11:30-31. Expecting life stock, the man greeted his daughter, and sacrificed her under the guise to God, but in reality, for his own sinful pride to keep his word instead of Gods Word. It would have been

3

better not to sacrifice her. It is written "God desires mercy not sacrifice." Matthew 12:7, Hosea 6:6, Isaia 1:11-17.

A second father got into trouble for disobeying God by stating anyone who breaks a fast will be killed.  His son ate honey, not knowing about the fast.  The dad violated a more important command by honoring his oath by sacrificing his son in vain, to protect his appearance and pride, which is a greater sin.  It is my religious beliefs dads and all people should not make material oaths to keep their bond or word.  It is better to break a promise, than to sell the souls of their children or their own soul for material gain, which makes my heart have great sadness.  These two dads misbehaved.  We should not promise under penalty or debt.  My word should suffice, based on my religious beliefs.  I request that I, individually, an accommodation in allowing a reservation of rights by this exception, as noted I reserved for exception from being required to affirm or swear to pleadings on religious grounds.

If the attached is not accepted with reservation of rights and objections, great injustice would result. Injustice is a sin. I must seek justice with mercy faithfully to obey Jesus. Matthew 23:23.

The state has an important interest in determining the truth, but removing the obligation that compels me to violate my religious belief in exchange to exercise the right to associate under a different party under US Am I applicable to the state via the US XIV, is not the least restrictive means in this instance.  I fear God, and do not require the threats of punishment to speak honestly.  The Department of Elections must grant me an exception by reservation or otherwise in order not to compel me to violate my religious beliefs in exchange for the permission to exercise a fundamental right of association or to vote.

Wherefore, I pray the department of elections accepts my change of party from Democrat to Independent.

Please note, if I was in government, my rights would be restrained in order to protect the freedom of others from the social, economic, or physical threat to succumb to the beliefs even the religious beliefs of those in power.

I uphold the First Amendment right against the establishment of government religion.

I hate when the government through its members tells us who Israel is when it is a religious question of belief, not a secular mandated compelled required commanded fact.

In the Bible God told Jacob I am changing your name to Israel because you have wrestled with God and man and have overcome. Genesis 32:22-32

The name Israel has since been extended to the 12 tribes of Israel through Jacob's 12 sons, Reuben, Simeon, Levi, Judah, Dan, Naphtali, Gad, Asher, Issachar, Zebulun, Joseph, and Benjamin.

4

The Jews are from the tribe of Judah.  There are 11 other tribes.  Yet the secular nation of Israel located in the Middle East are only allegedly from one tribe Judah the Jews. Moreover, there is debate as to whether the Jews in Israel are actually from the line of Judah as some have been accused of being Kharzas.

That accusation is neither here nor there too as a religious not secular issue.

As a Christian, I believe blood line does not matter.  Abram's righteousness was attributed to his faith in God. Genesis 15:6. So too is the righteousness of those outlined in Hebrews Chapter 11 as saved from death including Rahab who is not in the bloodline, but she did what was right, what was loving by saving the lives of the Israelites in the wall of Jericho.

Further Romans Chapter 9 specifically holds that bloodline is not what makes Israel to be Israel.

Romans Chapter 9 provides:

"Paul's Anguish Over Israel

1 I speak the truth in Christ—I am not lying, my conscience confirms it through the Holy Spirit— 2 I have great sorrow and unceasing anguish in my heart. 3 For I could wish that I myself were cursed and cut off from Christ for the sake of my people, those of my own race, 4 the people of Israel. Theirs is the adoption to sonship; theirs the divine glory, the covenants, the receiving of the law, the temple worship and the promises. 5 Theirs are the patriarchs, and from them is traced the human ancestry of the Messiah, who is God over all, forever praised![a] Amen.

God's Sovereign Choice

6 It is not as though God's word had failed. For not all who are descended from Israel are Israel. 7 Nor because they are his descendants are they all Abraham's children. On the contrary, "It is through Isaac that your offspring will be reckoned."[b] 8 In other words, it is not the children by physical descent who are God's children, but it is the children of the promise who are regarded as Abraham's offspring. 9 For this was how the promise was stated: "At the appointed time I will return, and Sarah will have a son."[c]

10 Not only that, but Rebekah's children were conceived at the same time by our father Isaac. 11 Yet, before the twins were born or had done anything good or bad—in order that God's purpose in election might stand: 12 not by works but by him who calls— she was told, "The older will serve the younger."[d] 13 Just as it is written: "Jacob I loved, but Esau I hated."[e]

14 What then shall we say? Is God unjust? Not at all! 15 For he says to Moses,

5

"I will have mercy on whom I have mercy,

     and I will have compassion on whom I have compassion."[f]

16 It does not, therefore, depend on human desire or effort, but on God's mercy. 17 For Scripture says to Pharaoh: "I raised you up for this very purpose, that I might display my power in you and that my name might be proclaimed in all the earth."[g] 18 Therefore God has mercy on whom he wants to have mercy, and he hardens whom he wants to harden.

19 One of you will say to me: "Then why does God still blame us? For who is able to resist his will?" 20 But who are you, a human being, to talk back to God? "Shall what is formed say to the one who formed it, 'Why did you make me like this?'"[h] 21 Does not the potter have the right to make out of the same lump of clay some pottery for special purposes and some for common use?

22 What if God, although choosing to show his wrath and make his power known, bore with great patience the objects of his wrath—prepared for destruction? 23 What if he did this to make the riches of his glory known to the objects of his mercy, whom he prepared in advance for glory— 24 even us, whom he also called, not only from the Jews but also from the Gentiles? 25 As he says in Hosea:

"I will call them 'my people' who are not my people;
     and I will call her 'my loved one' who is not my loved one,"[i]
26 and,
"In the very place where it was said to them,
     'You are not my people,'
     there they will be called 'children of the living God.'"[j]
27 Isaiah cries out concerning Israel:
"Though the number of the Israelites be like the sand by the sea,
     only the remnant will be saved.
28 For the Lord will carry out
     his sentence on earth with speed and finality."[k]
29 It is just as Isaiah said previously:

"Unless the Lord Almighty
     had left us descendants,
we would have become like Sodom,
     we would have been like Gomorrah."[l]
Israel's Unbelief

30 What then shall we say? That the Gentiles, who did not pursue righteousness, have obtained it, a righteousness that is by faith; 31 but the people of Israel, who pursued the law as the way of righteousness, have not attained their goal. 32 Why not? Because they pursued it not by faith but as if it were by works. They stumbled over the stumbling stone. 33 As it is written:

6

'See, I lay in Zion a stone that causes people to stumble
    and a rock that makes them fall,
    and the one who believes in him will never be put to shame.'[m]"

**Footnotes to Romans Chapter 9**

1.  Romans 9:5 Or *Messiah, who is over all. God be forever praised!* Or *Messiah. God who is over all be forever praised!*
2.  Romans 9:7 Gen. 21:12
3.  Romans 9:9 Gen. 18:10,14
4.  Romans 9:12 Gen. 25:23
5.  Romans 9:13 Mal. 1:2,3
6.  Romans 9:15 Exodus 33:19
7.  Romans 9:17 Exodus 9:16
8.  Romans 9:20 Isaiah 29:16; 45:9
9.  Romans 9:25 Hosea 2:23
10. Romans 9:26 Hosea 1:10
11. Romans 9:28 Isaiah 10:22,23 (see Septuagint)
12. Romans 9:29 Isaiah 1:9
13. Romans 9:33 Isaiah 8:14; 28:16

Thank you for your time and acceptance of this reservation of rights. You are not replaceable by automation and make our government fairer and more just.

Respectfully Submitted,

/s/Meghan Kelly

34012 Shawnee Dr

Dagsboro, DE 19939

# William Brayn. Theft; animal theft. 11th December 1678.

Cite this record
Report an error

| | |
|---|---|
| **Text type** | Trial account |
| **Defendants** | William Brayn |
| **Offences** | Theft > Animal theft |
| **Session Date** | 11th December 1678 |
| **Reference Number** | t16781211e-37 |
| **Verdicts** | Not guilty |
| **Navigation** | < Previous section (Trial account) \| Next section (Trial account) > |

Show XML

William Brayn Indicted, for that he, the 6th. of Septemb. 1678. did steal one Gelding, colour brown , from Ambros Galloway . He pleaded Not guilty, and put himself upon the Countrey.

William Brayn, for stealing a Gelding from Ambros Galloway; against whom

One testifi'd his knowledge, that it was Ambros Galloways Horse; and another, that he bought it of the Prisoner. But Ambros himself, being a Quaker, would not, for Conscience-sake, as he said, swear, and so could give no testimony about his losing him. Upon which the Court directed the Jury to find the Prisoner Not guilty for want of Evidence, and committed the Quaker, as a concealer of Felony, for refusing an Oath to Witness for the King.

That William Brayne, is not guilty .

< Previous section (Trial account) \| Next section (Trial account) >

From:  Meg Kelly (meghankellyesq@yahoo.com)

To:    Jeannie.Balke@state.de.us

Date:  Tuesday, February 21, 2012 at 03:10 PM EST

Dear Ms. Balke,

Thank you so much for checking with Justice Ridgely.  Additionally, thank you for your suggestions.

I appreciate your time and help.

On a separate matter, I had the pleasure of being admitted to the DE bar by the Honorable Henry DuPont Ridgely. Unfortunately, I was concerned that my request to be admitted by affirmation as opposed to being sworn in was not honored.  I made a special request with Ms. Holland, and yet it was not honored.

I know it sounds silly but I am a Christian and I actually believe in the bible.  So, I've felt guilty years later because the bible provides, "Above all, my brothers, do not swear-- not by heaven or by earth or by anything else.  Let your 'Yes' by yes, and your 'No' be no, or you will be condemned." NIV James 5:12.

The bible further provides, "Do not swear at all: either by heaven, for it is God's throne; or by the earth, for it is his footstool: or by Jerusalem ... Simply let your 'Yes' be 'Yes,' and your 'No,' be 'No' anything beyond that comes from the evil one." NIV Matthew 5:34-37.

To make matters worse, my name was mispelled on the wall of the Supreme Court.  I know there's nothing I can do about how I became licensed in DE, but I was hoping I could somehow fix my name on the wall of the Supreme Court.

I have a family full of successful attorneys, and I am but a peon, still starting out.  I can't believe I am related to the Mark Braden who coined the term "soft money." And my cousin Ikey Adams works where the President met his wife, Sidley Austin, and my deceased Grandpop has a plaque at Pittsburgh Courthouse as the infamous public defender "Battle Ship Bob."  Nonetheless, I am proud to be the first female attorney in my family, and it would mean the world to be to correct the spelling of my name.  So, I could someday show my future children and grandchildren that they can do anything if they stay determined.  I brought it up with Ms. Holland a couple of times, but to the best of my knowledge it has not been corrected.

Thanks again for asking Justice Ridgely for help.  I appreciate your kindness.

Very truly,
Meg Kelly, Esq.

ps.  It's silly that we swear on the bible, when the bible instructs us not to swear.  Could you ask the judges whether they would consider swearing in witnesses and admittees by using the term "do you swear or affirm."  That way it may prevent heartbreak and regret.  Thank you.

--- On Mon, 2/20/12, Balke Jeannie (Courts) <Jeannie.Balke@state.de.us> wrote:

> From: Balke Jeannie (Courts) <Jeannie.Balke@state.de.us>
> Subject: RE: Sponsor for the United States Supreme Court
> To: "Meg Kelly" <meghankellyesq@yahoo.com>
> Date: Monday, February 20, 2012, 2:43 PM
> Hello Meg - I wanted to get back to
> you to let you know that Justice Ridgely will only sponsor
> those attorneys that he knows personally -- usually through
> clerkships. Perhaps you could contact the U.S. Supreme Court
> Clerk's office to get of list of those that may be able to
> sponsor you.  Best of luck to you!
>
> -----Original Message-----

> From: Meg Kelly [mailto:meghankellyesq@yahoo.com]
>
> Sent: Wednesday, February 15, 2012 1:17 PM
> To: Balke Jeannie (Courts)
> Subject: Sponsor for the United States Supreme Court
>
> Dear Honorable Henry DuPont Ridgely,
>
> I am seeking to be admitted before the United States Supreme
> Court, and I am hoping you will be willing to be one of my
> sponsors.
>
> Would you please consider sponsoring my admission before the
> United States Supreme Court?
>
> Thank you so much for your time and consideration.
>
> Very truly,
>
> Meg Kelly, Esq.
> 34012 Shawnee Drive
> Dagsboro, DE 19939
> meghankellyesq@yahoo.com
> 302-537-1089
> Licensed DE, DC & PA
>
> DE Bar # 4968
>

 Family Court Doc1.doc
471.5 kB

 Family Court Doc2.doc
270 kB