UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.G.G. et al., | ) | Case No. 1:25-cv-766 (JEB) |
| Plaintiff, | ) | |
| v. | ) | |
| DONALD J. TRUMP, in his official | ) | |
| capacity as President of the United | ) | |
| States, et al.,. | ) | |
| Defendant. | ) | |

**BRIEF OF AMICUS CURIAE
MEGHAN KELLY**

Meghan Kelly, Esquire
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court No 283696
DC License retired 2019

# TABLE OF CONTENTS

Table of Authorities…………………………………………………………………i

I.      Argument……………………………………………………………………1-25

A.      Interest in the case with objective to preserve the issues of fact and law on the record for the court and parties to have discretion to consider uninhibited by government force or threats, while the court retains jurisdiction Article III power and standing empowers the parties…1-2

B.      Preserving the issue of facts and consideration of the Constitution as law to void *Snyder v. United States*, 603 U.S. 1 (2024) and Trump v. United States, 603 U.S. 593 (2024) due to the temptations so great to pressure the court to act partially to self in the face of threats against its own members as to make the threatened forum an unfair forum voidable under due process considerations……………………………………………………………………………..2-6

C.      The voidable decisions in *Snyder* and *Trump* relate to whether additional criminal or civil contempt proceedings or due process claims arise in this case based on bribery or bartered for favors, making breaking the Constitutional law personally profitable for Defendants, which should be preserved on the record for Plaintiffs to assert or not based on a fair choice not government unfair extinguishment of considerations …………………………………………6-8

D.      Preserving facts and issues of Defendant and Government threatening Chief Judge Boesberg, the court, the appellate court and the US Supreme Court by the threat of discipline, impeachment, defunding, use of military might and other malicious use of official power to violate the parties right to a fair and impartial forum to affect the outcome of this case by evasion or otherwise which separately may be considered under the inherent power of impeach if not restrained through equity herein as more threats arise especially after January 30, 2026……8-10

E.      Preserving facts and legal argument that Bondi and certain congressmen violated Plaintiffs right to a fair not threatened forum, by Bondi's filing a disciplinary complaint against this trial court's judge to commandeer the outcome of this case, and Congressman Gill's presentment of articled of impeachment against this trial court's judge to commandeer the outcome, with innuendos of threats to the appellate and US Supreme Court justices ………………………………………………………………………………..9-10

F.      De-funding of one branch, the Judiciary and AGs to weaken the rule of law that sustains these United States by exacerbating economic drain to affect the outcome of this case unfairly, with threat of future defending January 30, 2026, despite legal means to require funding with USSC precedent. 31 U.S.C. § 5112 (k), *Knox v Lee*, 79 U.S. 457 (1871)………………10-16

G. De-funding to Automate to eliminate the government by replacing people in government with technology which cannot protect individual exercise of rights by accommodations outside of the algorithm……………………………………………………………………..………16-20

H.      Defendants use military and might to evade the law, to eliminate the law that sustains these United States from dissolution…………………………………………………….20-24

I. Special protections should and must be afforded to Attorney Generals to protect their fair right to petition from client bosses who have a history of retaliation against attorney generals, and may even threaten death by treason should Attorney Generals, including Drew Ensign adhere to the Court's Orders…………………………………………………………………………….24-25

II. Conclusion…………………………………………………………………………………25

# TABLE OF CITATIONS

**ARTICLES AND OTHER REFERENCES, NEWS OR PRESS RELEASES ADMISSIBLE UNDER PERIODICAL EXCEPTION TO HEARSAY**

12/15/2023 letter from congress to Justice Alito, pressuring him to pass a Code of Conduct based in part in his wife's alleged conduct in the 2026 insurrection.
https://hankjohnson.house.gov/sites/evo-subsites/hankjohnson.house.gov/files/evo-media-document/2023.12.15-thomas-letter-final.pdf ……………………………………………………..5

5/21/2024 Letter to Alito requesting he recuse himself from  Trump v. United States, Fischer v. United States, when it is up to the parties to assert or waive their statutory and 5th Amendment right to a fair and impartial forum by inter alias seeking to recuse a judge or not.
https://hankjohnson.house.gov/sites/evo-subsites/hankjohnson.house.gov/files/evo-media-document/2024.05.21%20Letter%20to%20Justice%20Alito.pdf …………………………5

5/29/2024 letter from Justice Alito to Senators Durbin and Whitehouse in response to a letter about a flag shown on his private property.
https://www.judiciary.senate.gov/imo/media/doc/Letter%20from%20Justice%20Alito%20to%20Senators%20Durbin%20and%20Whitehouse.pdf …………………………………………………..5

ABC News, *Clarence Thomas reportedly received years of gifts from GOP donor, stirring new ethics scandal Harlan Crow, the donor, said he and Thomas never discussed Supreme Court case*s. By Devin Dwyer and Lucien Bruggeman April 7, 2023, 11:38 AM
https://abcnews.go.com/Politics/supreme-court-justice-clarence-thomas-received-gifts-republican/story?id=98406201#:~:text=A%20Thursday%20report%20that%20U.S.%20Supreme%20Court,and%20the%20impeachment%20of%20the%20embattled%20conservative. …….4

ABC News, Nov 20, 2024, *Private prison firm CoreCivic gave $500K to Trump's ...*
https://abcnews.go.com/US/private-prison-firm-corecivic-gave-500k-trumps-inauguration/story?id=118218707
…………………………………………………………………………………………..6

American Progress Org., *How Private Prisons Are Profiting Under the Trump Administration*, Aug 30, 2019 (I do not see the author, maybe journalists are not placing their names on articles out of fear of retaliation)
https://www.americanprogress.org/article/private-prisons-profiting-trump-administration/
…………………………………………………………………………………………..6

Bible, 1 John 4:7-21…………………………………………………………………………..19

Bible, *Isaiah* 14………………………………………………………………………………4-5

Bible, *Jeremiah* 31………………………………………………………………………………4-5

Bible, *Sirach* 8:14………………………………………………………………………………4-5

Brennan Center for Justice, *In His Own Words: The President's Attacks on the Courts Donald Trump has displayed a troubling pattern of attacking judges and the courts for rulings he disagrees with*, Updated February 14, 2020, Published June 5, 2017
 https://www.brennancenter.org/our-work/research-reports/his-own-words-presidents-attacks-courts …………………………………………………………………………………………6

Brennan Center for Justice, *What Trump's Victory Means for the Private Prison Industry*, By Lauren-Brooke Eisen, November 25, 2024
https://www.brennancenter.org/our-work/analysis-opinion/what-trumps-victory-means-private-prison-industry ………………………………………………………………………………7

CBS News, *Walmart to lay off roughly 1,500 employees from its corporate tech workforce,* By Mary Cunningham, Updated on: May 22, 2025 / 9:37 AM EDT / CBS News https://www.cbsnews.com/news/walmart-tech-layoff-corporate/ ……………………………17

Clean Technica, *Neuralink & Elon Musk Want To Control Your Brain*, 3 years ago Steve Hanley https://cleantechnica.com/2023/05/27/neuralink-elon-musk-want-to-control-your-brain/ ; https://www.miamiherald.com/news/health-care/article299294719.html ………………..15

Citizens for Ethics, CREW, *Private prison behemoth is first corporation to max out to Trump* by Robert Maguire and Lauren White July 3, 2024 https://www.citizensforethics.org/reports/crew-investigations/private-prison-behemoth-is-first-corporation-to-max-out-to-trump/ ………………………………………7

CNN, *Breaking down the impact of Trump's shutdown layoffs of federal workers*, dated Oct. 14, 2025 https://www.cnn.com/2025/10/14/politics/federal-worker-layoffs-government-shutdown ...............................................................................................................................16

Constitutionalfacts.com Presidents who served https://www.constitutionfacts.com/us-articles-of-confederation/presidents-who-served/ …………………………………………………19

Federal Court's official web site publicized at  https://www.uscourts.gov/data-news/judiciary-news/2025/10/17/judiciary-funding-runs-out-only-limited-operations-continue  (The United States Courts announced October 17, 2025, "The judicial branch announced that beginning on Monday, Oct. 20, it will no longer have funding to sustain full, paid operations. Until the ongoing lapse in government funding is resolved, federal courts will maintain limited operations necessary to perform the Judiciary's constitutional functions.")………………………………12

*Federalist* 10……………………………………………………………………………4-5

*Federalist* 78……………………………………………………………………………..4-5

*Federalist* 80……………………………………………………………………………..4-5

*Florida's Controversial "Free Kill" Law: How It Denies Justice in Medical Malpractice Wrongful Death Cases,*By Dolan Dobrinsky Rosenblum Bluestein, LLP | March 13, 2025 | https://www.ddrlawyers.com/blog/floridas-controversial-free-kill-law-how-it-denies-justice-in-medical-malpractice-wrongful-death-cases/ ………………………………..15

HuffPost, *Trump Ramps Up Attacks On Judges, Calls Out Justice John RobertsTrump baselessly argued that rulings and decisions from judges that he disagrees with could "very well lead to the destruction of our Country!"* By  Taiyler S. Mitchell Mar 20, 2025, 10:18 PM EDT |Updated Mar 21, 2025  https://www.huffpost.com/entry/trump-attacks-roberts-judges_n_67dc9e95e4b0f519c38c7501 …………………………………………………………..6

Independent, *Trump mobilizing up to 1,700 National Guard troops in 19 states to widen crime and immigration crackdow*n, By Josh Marcus in San Francisco Monday 25 August 2025 13:18 ED https://www.the-independent.com/news/world/americas/us-politics/trump-national-guard-military-states-cities-b2812837.html
[1]https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.176.0_5.pdf

LexisNexis, *Robot justice: China's use of Internet courts* By Tara Vasdani*,* This article was originally published by The Lawyer's Daily, part of LexisNexis Canada Inc. https://www.lexisnexis.ca/en-ca/ihc/2020-02/robot-justice-chinas-use-of-internet-courts.page …………………………………………………………………………………………17

*Miami Herald, What's it like to use Elon Musk's brain chip? How does it work? 'Like using the Force.*' By Michelle Marchante Updated January 29, 2025 8:17 AM

https://www.miamiherald.com/news/health-care/article299294719.html .................................15

Minnesota Reformer *Analysis: U.S. Supreme Court justices take gifts — then raise the bar for bribery prosecutions*, By: Marty Schladen - May 2, 2023 6:00 am
https://minnesotareformer.com/2023/05/02/analysis-u-s-supreme-court-justices-take-gifts-then-raise-the-bar-for-bribery-prosecutions/ ……………………………………………………4

Missouri Independent, *ICE has a new courthouse tactic: Get immigrants' cases tossed, then arrest them outside,* By: Tim Henderson - August 13, 2025 12:16 pm
https://missouriindependent.com/2025/08/13/ice-has-a-new-courthouse-tactic-get-immigrants-cases-tossed-then-arrest-them-outside/ …………………………………………24

Naples Daily News, *Built in 8 days, can Alligator Alcatraz in Everglades take on hurricane? Not a major one,* Phil Fernandez, Naples Daily News Tue, July 1, 2025 at 4:36 PM EDT https://www.yahoo.com/news/built-8-days-alligator-alcatraz-203624476.html …………15

NBC News, *Speaker Mike Johnson floats eliminating federal courts as GOP ramps up attacks on judges, Republican lawmakers are setting their sights on the judiciary following court rulings that have halted Trump's agenda.* By Scott Wong, Melanie Zanona and Rebecca Kaplan, *March 25, 2025,* https://www.nbcnews.com/politics/congress/speaker-mike-johnson-floats-eliminating-federal-courts-rcna197986 ………………………………………………………………12

Nevada Current, Private prison giant sees $1B ICE contract as start of 'unprecedented opportunities' under Trump, By Ariana Figueroa - February 27, 2025 2:45 pm
https://nevadacurrent.com/2025/02/27/repub/private-prison-giant-sees-1b-ice-contract-as-start-of-unprecedented-opportunities-under-trump/ …………………………………………..7

Newsweek, *Donald Trump responds to Clarence Thomas, Samuel Alito retirement rumors*, https://www.msn.com/en-us/news/politics/donald-trump-responds-to-clarence-thomas-samuel-alito-retirement-rumors/ar-AA1S20Hj?ocid=msedgntp&pc=ASTS&cvid=6938a4a49257473d87f4d83c9039e46d&ei=13 ……………………………………………………………………………………6

PBS, Politics, *Who's paying for Trump's $300 million ballroom?* Oct 23, 2025 6:04 PM EST, By Liz Landers and Joshua Barajas https://www.pbs.org/newshour/politics/whos-paying-for-trumps-300-million-ballroom …………………………………………………………..7

Politico, *Federal judge halts Trump administration's call-up of National Guard in Portland*, By Kyle Cheney, 10/04/2025 08:07 PM EDT Updated: 10/05/2025 07:54 AM
https://www.politico.com/news/2025/10/04/federal-judge-halts-trump-administrations-call-up-of-national-guard-in-portland-00594308?nid=0000014f-1646-d88f-a1cf-5f46b7bd0000&nname=playbook&nrid=0000015b-1f08-d8b1-a1db-ff9b63bf0000 …..23

Politico, *Trump open to invoking the Insurrection Act The comments came a day after a federal judge blocked the president from sending National Guard troops to Portland, Oregon,* By Irie Sentner10/06/2025 05:03 PM EDT https://www.politico.com/news/2025/10/06/trump-insurrection-act-national-guard-00595241.................................................................24

Press release by Congressman Byron Donalds, *Donalds Cosponsors Articles Of Impeachment Against Chief Judge James Boasberg Washingto*n, November 4, 2025
https://donalds.house.gov/news/documentsingle.aspx?DocumentID=2352 ………………..9-10

Press Release by DOJ Sanctuary States notice, 8.5/2025…………………………………21

Press Release by Chief Judge Boesberg concerning federal shut down, at https://www.dcd.uscourts.gov/sites/dcd/files/Shutdown%20Notice%20to%20contractors.pdf ……………………………………………………………………………………………………12

Press Release, House Judiciary Committee, *Judiciary Democrats Expand Probe, Demand DOJ Officials Reject President's Corrupt Demand for $230 Million Payout*, As Trump Demands That His Former Defense Attorneys Now Leading DOJ Carry Out His "Blatantly Illegal" Plan, Members Urge Them to Recuse and Avoid Potential Civil, Criminal Liability October 28, 2025 https://democrats-judiciary.house.gov/media-center/press-releases/judiciary-democrats-expand-probe-demand-doj-officials-reject-president-s-corrupt-demand-for-230-million-payout ..........15

Pro Publica, *An ICE Contractor Is Worth Billions. It's Still Fighting to Pay Detainees as Little as $1 a Day to Work.*, By McKenzie Funk, March 19, 2025, 7:00 am https://www.propublica.org/article/geo-group-ice-detainees-wage ……………………………..7

ProPublica, *Justice Samuel Alito Took Luxury Fishing Vacation With GOP Billionaire Who Later Had Cases Before the Court*, By Justin Elliott, Joshua Kaplan, Alex Mierjeski June 20, 2023, https://www.propublica.org/article/samuel-alito-luxury-fishing-trip-paul-singer-scotus-supreme-court ......................................................................................................4

Reuters, *Trump administration files misconduct complaint against prominent judge Boasberg*, By Nate Raymond and Jan Wolfe, July 29, 20259:40 AM EDT Updated July 29, 2025, https://www.reuters.com/legal/government/trump-administration-files-misconduct-complaint-against-prominent-judge-boasberg-2025-07-28/ …………………………………………………9

Reuters, Trump says 'seditious" *Democrats urging troops to refuse illegal orders should face the death penalty*, By Doina Chiacu and Nanduta Bose https://www.reuters.com/world/us/trump-says-democrats-who-told-us-military-refuse-illegal-orders-deserve-death-2025-11-20/ ….25

San Antonio Current, ICE cranks up weapons spending by 700% during Trump anti-immigrant crackdown. In addition to guns and body armor, records show the agency bought chemical weapons and 'guided missile warheads and explosive components.' by Sanford Nowlin October 20, 2025: https://www.sacurrent.com/news/ice-cranks-up-weapons-spending-by-700-during-trump-anti-immigrant-crackdown/ …………………………………………………………………..24

Scotus Blog a Dispatch Media, *Court announces funding will run out on Oct. 18*, By Amy Howe, Oct 17, 2025  https://www.scotusblog.com/2025/10/court-announces-funding-will-run-out-on-oct-18/ (The US Supreme Court announced it would run out of funding on October 18, 2025.); On October 16, 2025, the DC Federal District Court provided a pre-lapse notice to prepare for deficiencies due to the government shutdown.)……………………………………………………12

The Independent, *MAGA targets Justice Amy Coney Barrett after she rules against Trump 'She is evil, chosen solely because she checked identity politics boxes,' one conservative media personality said Kelly Rissman in New York,* Friday 07 March 2025 15:4 https://www.independent.co.uk/news/world/americas/us-politics/maga-amy-coney-barrett-supreme-court-b2711227.html …………………………………………………………………..6

US Senate committee on the Judiciary, Press Release, *Pam Bondi's Extensive Lobbying For Wealthy Special Interests And Foreign Government Poses Serious Conflict Of Interest*, January 15, 2025, https://www.judiciary.senate.gov/press/dem/releases/pam-bondis-extensive-lobbying-for-wealthy-special-interests-and-foreign-government-poses-serious-conflict-of-interest …………………………………………………………………………………………………7

Wikipedia definition of Nemo judex in causa sua ...........................................……..4-5

## CASES

*Adarand Constructors, Inc. v. Pena*, 515 U.S. 200, 214–18 (1995)…………………………20

*Buck v. Colbath*, 70 U.S. 334 (1865)……………………………………………………….9

*Buckley v. Valeo*, 424 U.S. 1, 93 (1976)…………………………………………………………..20
*Caperton v. A.T. Massey Coal Co.*, 556 U.S. 868, (2009)………………………………………3
*Covell v. Heyman*, 111 U.S. 176 (1884)……………………………………………………………9
*Doe v. Indian River Sch. Dist.*, 653 F.3d 256, 259, 2011……………………………………….8
*Frisbie v. United States*, 157 U.S. 160, 166 (1895)…………………………………………….13
Gumbel v. Pitkin, 124 U.S. 131 (1888)……………………………………………………………..9
*Hepburn v. Griswold*, 8 Wall. 603, 623, 19 L.Ed. 513………………………………………….13
*In re Murchison,* 349 U.S. 133, (1955)……………………………………………………....…4
*Knox v Lee*, 79 U.S. 457 (1871)……………………………………………………………….10, 13
Krippendorf v. Hyde, 110 U.S. 276, 283 (1884)…………………………………………………9
Marbury v Madison, 5 US 137 (1803)………………………………………………………..17, 19
*McCutcheon v. Federal Election Commission*, 572 U.S. 185 (2013)………………………..…3
*Mullin v. Sussex County*, 861 F. Supp. 2d 411 (2012)……………………………….…….........8
*Rex v Sussex Justices, ex parte McCarthy*, [1924] 1 KB 256, [1923] All ER 233, Datar, Arvind (18 April 2020)………………………………………………………………………………4-5
*Salazar v. Buono*, 559 U.S. 700, 130 S. Ct. 1803, 176 L. Ed. 2d 634 (2010)…………………..8
*Snyder v. United* 603 U.S. 1 (2024)……………………………………………………….…..2-6
*Trump v US*, No 939, Trump v. United States, 603 U.S. 593  (2024)……………………..2-6
United States v. Hudson & Goodwin, 11 U.S. (7 Cranch) 32, 34 (1812) ………………………9
*United States v. Teller* | 107 U.S. 64 (1883)…………………………………………………….14
Walton et al v. Cotton et al, 60 U.S. (19 How.) 355 (1857)…………………………………….14
*Weinberger v. Salfi*, 422 U.S. 749, 772 (1975)………………………………………………..13
*Weinberger v. Wiesenfeld*, 420 U.S. 636, 638 n.2 (1975)……………………………………..20
*Williams v. Pennsylvania*, 579 U.S. 1, (2016)……………………………………..…....3

*Some Citations are missing as I retrieved documents from courtlistener and am without access to the means to the correct citation at this time. I place the link to the docket in the footnotes for the parties to access those orders.* For example at FN 42 page 23 " Also see, the docket in Newsom v. Trump (3:25-cv-04870) District Court, N.D. California at https://www.courtlistener.com/docket/70496361/newsom-v-trump/ "


## CONSTITUTION

Bill of Rights US Amend I through X, dated December 15, 1791…………………………….1-25
US Const. Amend I………………………………………………………………………………1-25
US Const. Amend V…………………………………………………………………...............1-25
US Art I……………………………………………………………………………………………1-25
US Art II…………………………………………………………………………………………1-25
US Art III…………………………………………………………………………………………1-25

## Executive Orders

EO 14202: Eradicating Anti-Christian Bias, February 6, 2025 ..........................................21
 EO 14205: Establishment of the White House Faith Office February 7, 2025...................21

EO 14288 of April 28, 2025…………………………………………………………..21
EO. 14321 of July 24, 202, Ending Crime and Disorder on America's Streets …………..15

**Statutes:**

28 USC 201……………………………………………………………………….2-6
28 USC 666…………………………………………………………………………2-6
31 U.S.C. § 5112 (k)………………………………………………………………..10-20

I, Meghan Kelly, Esq. [1] respectfully and humbly submit this amicus brief in support of neither party, to present arguments neither party asserted to prevent the dissolution of these United States. Although my arguments are unfavorable to Defendants.  Plaintiffs have no position. Defendants' Counsel did not respond to my response for a stance back.

I.      Argument

A      Interest in the case with objective to preserve the issues of fact and law on the record for the court and parties to have discretion to consider uninhibited by government force or threats, while the court retains jurisdiction Article III power and standing empowers the parties

I am in a unique position and have special knowledge to present issues that apply to this case to aid the court and the parties to preserve the rule of law.  Other parties or their counsel are attacked for restraining President Trump ("Trump") within the purview of the Constitutional limits. US Attorney Generals ("AGs") are sitting beholden to Trump to secure seats as not yet nominated and confirmed. The AGs face additional retaliation should Defendant clients disagree with AGs even if the AGs are acting in the best interest of their clients, including Defendant President Trump. Those who safeguard the government not merely the President face reprisal in violation of Equal protections and due process rights to petition on behalf of all government, not merely one man should they contest Trump. State attorney generals are overwhelmed by Trump suits, lawyers are retaliated against in private firms and extorted for free pro bono for past conflicts with President's agenda, like Skadden.  Even the USSC and federal judges are threatened to affect the outcome of the cases, including this case in violation of the right to petition fairly in accord with due process, and separation of powers

---

[1] The undersigned certifies that no party's counsel authored this brief in whole or in part, and that no party, party's counsel, or any other person other than amicus contributed money that was intended to fund preparing or submitting this brief.

I am in a unique position and have special knowledge that there is a plan to eliminate the judiciary.  In 2018, I ran for office because non-lawyers were lawyering messing up the chain of title and costing the public and private people equitable and monetary harm unrestrained. I learned there was a plan to eliminate judges to eliminate the rule of law that founded, sustains and maintains these United States as a democratic-republic with the passage of the bill of rights in Dec 15, 1791 granting the people the right to petition coupled with due process fairness before impartial forums.

The agenda eliminates the Constitution as law to protect freedoms in favor of lawless unjust bartered for business, allowing only those with power, connections unjust wealth or control over resources and access to them to rule unrestrained from human sacrifice and slavery. Instead, they are rewarded by sustaining problems, to sustain profit streams, power and positions with no check, no government and no law to stop them under the lie of freedom or consent.

The judiciary is in danger, and I believe 1. restraining Article I, II and III members within the purview of Constitutional limits to protect the fair legal power to petition by equitable relief or civil or criminal contempt would safeguard the courts and prevent a dissolution.

This Court has jurisdiction and the parties have standing to consider additional facts and issues I seek to preserve for the Court to consider while the parties and the court address more imminent issues and concerns.  The purpose of this brief is to preserve evidence and potential issues this Court and the parties may consider for additional reasons to investigate for contempt, or for additional reasons to restrain Article I, II, and even III members from using government force unjustly to interfere with Plaintiffs fair right to petition to affect the outcome of this case.

B.      Preserving the issue of facts and consideration of the Constitution as law to void *Snyder v. United States*, 603 U.S. 1 (2024) and Trump v. United States, 603 U.S. 593 (2024) due to the temptations so great to pressure the court to act partially to self in the face of threats against its

own members as to make the threatened forum an unfair forum voidable under due process considerations

I seek to preserve the issue as to whether the parties and Court may restrain even the United States Supreme Court within the purview of the Constitutional limits by voiding two decisions based on due process violations[2]: The Court in *Snyder v. United States*, 603 U.S. 1, 5 (2024) ("*Snyder*"), removed state and US attorney generals power to restrain and correct government officials who illicitly partake in bribes under 18 USC sections 201 and 666, as violative of Due Process as applied to this case. The Court in *Trump v. United States*, 603 U.S. 593 (2024) ("*Trump*") granted Trump a license to commit crime unrestrained by the Constitution as law that applies in accord with 5th Amendment Equal Protections. These two cases, *Snyder* and *Trump[3],* should be deemed void as apparently decided based on facts showing the justices personal stakes unfairly influenced the outcome of these two cases when members of the US Supreme Court were accused of bribes or bartered for favors in return for verdicts tempting the members to remove attorney general authority to investigate and prosecute the members of the

---

[2] *Williams v. Pennsylvania*, 579 U.S. 1, (2016) ("Due process guarantees an absence of actual bias on the part of a judge." U.S.C.A. Const.Amend. 14.); Id at 8–9, (2016) *Citing Murchison*, 349 U.S., at 136–137, ("This objective risk of bias is reflected in the due process maxim that "no man can *9 be a judge in his own case and no man is permitted to try cases where he has an interest **1906 in the outcome." Id., at 136, 75 S.Ct. 623.*); Caperton v. A.T. Massey Coal Co*., 556 U.S. 868, (2009) ("In deciding whether probability of actual bias on part of judge is too high to be constitutionally tolerable, court's inquiry is objective one, that asks not whether judge is actually, subjectively biased, but whether average judge in judge's position is likely to be neutral, or whether there is unconstitutional potential for bias.") Id. ("There is serious risk of actual bias, based on objective and reasonable perceptions, when person with personal stake in particular case had significant and disproportionate influence in placing judge on case by raising funds or by directing judge's election campaign when case *was pending or imminent."*)
[3] *See also, McCutcheon v. Federal Election Commission*, 572 U.S. 185 (removing fairness element by allowing those with money, connections, or power able to barter their will be done by undue monetary influence, allowing the wealthy to buy influence over government officials, leaving others unequally treated in contravention of the Equal Protections clause.)

highest Court for bribery under 18 USC 201 and 666.[4] Thus, the members appeared to be

judging the case to create precedent to protect its own members from judgment or punishment.[5]

---

[4] Propublica, *Justice Samuel Alito Took Luxury Fishing Vacation With GOP Billionaire Who Later Had Cases Before the Court*, By Justin Elliott, Joshua Kaplan, Alex Mierjeski June 20, 2023, https://www.propublica.org/article/samuel-alito-luxury-fishing-trip-paul-singer-scotus-supreme-court ;
ABC News, *Clarence Thomas reportedly received years of gifts from GOP donor, stirring new ethics scandal Harlan Crow, the donor, said he and Thomas never discussed Supreme Court case*s. By Devin Dwyer and Lucien Bruggeman April 7, 2023, 11:38 AM https://abcnews.go.com/Politics/supreme-court-justice-clarence-thomas-received-gifts-republican/story?id=98406201#:~:text=A%20Thursday%20report%20that%20U.S.%20Supreme%20Court,and%20the%20impeachment%20of%20the%20embattled%20conservative . ;
Minnesota Reformer *Analysis: U.S. Supreme Court justices take gifts — then raise the bar for bribery prosecutions*, By: Marty Schladen - May 2, 2023 6:00 am https://minnesotareformer.com/2023/05/02/analysis-u-s-supreme-court-justices-take-gifts-then-raise-the-bar-for-bribery-prosecutions/
[5] *Federalist 10* "No man is allowed to be a judge in his own cause, because his interest would certainly bias his judgment, and, not improbably, corrupt his integrity. With equal, nay with greater reason, a body of men are unfit to be both judges and parties at the same time; yet what are many of the most important acts of legislation, but so many judicial determinations, not indeed concerning the rights of single persons, but concerning the **rights of large bodies of citizens?** And what are the different classes of legislators but advocates and parties to the causes which they determine? Is a law proposed concerning private debts? It is a question to which the creditors are parties on one side and the debtors on the other. Justice ought to hold the balance between them." When courts balance Constitutional authority and restraints it must uphold the express purpose this Country was founded to protect life and liberty not to sacrifice it for the mark of the beast, lawless lusts leading to hell including avoidance of costs, material gain, convenience, comforts, positions, power and other vain desires if not restrained or repented of. *See, Federalist letter* 78, Also *See, Federalist 80* "No man ought certainly to be a judge in his own cause, or in any cause in respect to which he has the least interest or bias. This principle has no inconsiderable weight in designating the federal courts as the proper tribunals for the determination of controversies between different States and their citizens.") *In re Murchison*, 349 U.S. 133, (1955) ("No man can be a judge in his own case, and no man is permitted to try cases where he has an interest in the outcome."); See, https://en.wikipedia.org/wiki/Nemo_iudex_in_causa_sua  "Nemo judex in causa sua (also written as nemo [est] judex in sua causa, in propria causa, in re sua or in parte sua) is a Latin legal authority that translates as "no one is judge in their own case". Originating from Roman law, it was crystallized into a phrase by Edward Coke in the 17th century and is now widely regarded as a fundamental tenet of natural justice and constitutionalism. Vermeule 2012, p. 386. (Other Cit omitted Wickepedia) "It states that no one can judge a case in which they have an interest. In some jurisdictions, the principle is strictly enforced to avoid any appearance of bias, even when there is none: as Lord Chief Justice Hewart laid down in *Rex v. Sussex Justices*, "Justice must not only be done, but must also be seen to be done"" Id. *R v Sussex Justices, ex*

Congressional members impermissibly misused their power to affect the outcome of

cases by attacking US Supreme Court members by allegations of bribery or favoritism and other

reasons.[6]  It is for a petitioner to assert or waive partiality concerns in accord with the 1st and 5th

Amendment fair petition, not unfair interference by government agents with the malicious intent

to commandeer outcomes unfairly.

---

*parte McCarthy*, [1924] 1 KB 256, [1923] All ER 233, Datar, Arvind (18 April 2020). "The
origins of "Justice must be seen to be done"". Bar and Bench - Indian Legal news. Retrieved 11
September 2023.

See, *Bible, Isaiah* 14 to see how the US Supreme Court has made a President like the devil to be
his own Judge and God, reflecting the image of lawlessness leading to hell if unrestrained by the
just rule of law by the courts or written in the hearts of men in the form of love per Jeremiah 31
to prevent slavery and human sacrifice and harm instead of rewarding it to sustain problems to
profit off of selling solutions and more debt created money plus intertest that cannot be paid back
by design. See, *Sirach* 8:14 ("Contend not at law with a judge, for he will settle it according to
his whim." causing lawless lusts and great injustice).  Allowing Pres to be his own judge or a
judge to be his own judge grants partiality to self not the impartial application of the constitution
to the rule of law to protect the lives and liberty of all, not merely of one person with absolute
discretion and a license to commit crime.

[6] December 15, 2023 letter from congress to Justice Alito, pressuring him to pass a Code of
Conduct based in part in his wife's alleged conduct in the 2026 insurrection.
https://hankjohnson.house.gov/sites/evo-subsites/hankjohnson.house.gov/files/evo-media-
document/2023.12.15-thomas-letter-final.pdf
May 29, 2024 letter from Justice Alito to Senators Durbin and Whitehouse in response to a letter
about a flag shown on his private property.
https://www.judiciary.senate.gov/imo/media/doc/Letter%20from%20Justice%20Alito%20to%20
Senators%20Durbin%20and%20Whitehouse.pdf ; May 21, 2024 Letter to Alito requesting he
recuse himself from  Trump v. United States, Fischer v. United States, when it is up to the parties
to assert or waive their statutory and 5th Amendment right to a fair and impartial forum by inter
alias seeking to recuse a judge or not. https://hankjohnson.house.gov/sites/evo-
subsites/hankjohnson.house.gov/files/evo-media-
document/2024.05.21%20Letter%20to%20Justice%20Alito.pdf

The President also insidiously used the cloak of authority to affect the outcome of cases

before the USSC, not limited to *Snyder* and *Trump*, granting the illusion of seeking to aid of back

the US Supreme Court justices at times,[7] while attacking justices at other times.[8]

C.    The voidable decisions in *Snyder* and *Trump* relate to whether additional criminal or civil
contempt proceedings or due process claims arise in this case based on bribery or bartered for
favors, making breaking the Constitutional law personally profitable for Defendants, which
should be preserved on the record for Plaintiffs to assert or not based on a fair choice not
government unfair extinguishment of considerations

*Snyder* and *Trump* two cases affect the issue as to whether Defendants Trump, Bondi or

others violated criminal law 18 USC sections 201 and 666 relating to bribery, and bought or

bartered for favors with prisons, detention centers, foreign officials or others as a motive to

unlawfully detain, kidnap, imprison, experiment on, torture, or send people to foreign countries,

not limited to C-Cot, without 5th Amendment due process, criminal laws, fraud or evidence of

bad faith.[9]

---

[7] Newsweek, *Donald Trump responds to Clarence Thomas, Samuel Alito retirement rumors*,
https://www.msn.com/en-us/news/politics/donald-trump-responds-to-clarence-thomas-samuel-
alito-retirement-rumors/ar-
AA1S20Hj?ocid=msedgntp&pc=ASTS&cvid=6938a4a49257473d87f4d83c9039e46d&ei=13
[8] The Independent, *MAGA targets Justice Amy Coney Barrett after she rules against Trump 'She
is evil, chosen solely because she checked identity politics boxes,' one conservative media
personality said Kelly Rissman in New York,* Friday 07 March 2025 15:4
https://www.independent.co.uk/news/world/americas/us-politics/maga-amy-coney-barrett-
supreme-court-b2711227.html ; Brennan Center for Justice, In His Own Words: The President's
Attacks on the Courts Donald Trump has displayed a troubling pattern of attacking judges and
the courts for rulings he disagrees with., Updated February 14, 2020, Published June 5, 2017
 https://www.brennancenter.org/our-work/research-reports/his-own-words-presidents-attacks-
courts  HuffPost, *Trump Ramps Up Attacks On Judges, Calls Out Justice John RobertsTrump
baselessly argued that rulings and decisions from judges that he disagrees with could "very well
lead to the destruction of our Country!"* By  Taiyler S. Mitchell Mar 20, 2025, 10:18 PM EDT
|Updated Mar 21, 2025  https://www.huffpost.com/entry/trump-attacks-roberts-
judges_n_67dc9e95e4b0f519c38c7501
[9] ABC News, Nov 20, 2024, *Private prison firm CoreCivic gave $500K to Trump's ...*
https://abcnews.go.com/US/private-prison-firm-corecivic-gave-500k-trumps-
inauguration/story?id=118218707

Bondi appears to maliciously violate Plaintiff's rights in order for her to collude with private partners to increase prison profit to buy favors or reward prior connections,[10] while Trump expends millions to redo a bunker and the East Wing of the white House by funds that may violate the emoluments clause.[11]

Plaintiffs and potential special counsel have a right to fairly petition without restraint of two cases decided unconstitutionally by the US Supreme Court by its members acting based on the partial interests of the court instead of impartial application of the rule of law in contravention of due process.   Even the US Supreme Court's official conduct is restrained by the First and Fifth Amendment fair opportunity to petition before an impartial not threatened forum.

---

[10] US Senate committee on the Judiciary, Press Release, *Pam Bondi's Extensive Lobbying For Wealthy Special Interests And Foreign Government Poses Serious Conflict Of Interest*, January 15, 2025, https://www.judiciary.senate.gov/press/dem/releases/pam-bondis-extensive-lobbying-for-wealthy-special-interests-and-foreign-government-poses-serious-conflict-of-interest
 Brennan Center for Justice, *What Trump's Victory Means for the Private Prison Industry*, By Lauren-Brooke Eisen, November 25, 2024 https://www.brennancenter.org/our-work/analysis-opinion/what-trumps-victory-means-private-prison-industry ;  Citizens for Ethics, CREW, *Private prison behemoth is first corporation to max out to Trump* by Robert Maguire and Lauren White July 3, 2024 https://www.citizensforethics.org/reports-investigations/crew-investigations/private-prison-behemoth-is-first-corporation-to-max-out-to-trump/ ;  Pro Publica, *An ICE Contractor Is Worth Billions. It's Still Fighting to Pay Detainees as Little as $1 a Day to Work*., By by McKenzie Funk, March 19, 2025, 7:00 am https://www.propublica.org/article/geo-group-ice-detainees-wage American Progress Org,How Private Prisons *Are Profiting Under the Trump Administration*, Aug 30, 2019 (I do not see the author, maybe journalists are not placing their names on articles out of fear of retaliation) https://www.americanprogress.org/article/private-prisons-profiting-trump-administration/ Nevada Current, Private prison giant sees $1B ICE contract as start of 'unprecedented opportunities' under Trump, By Ariana Figueroa - February 27, 2025 2:45 pm https://nevadacurrent.com/2025/02/27/repub/private-prison-giant-sees-1b-ice-contract-as-start-of-unprecedented-opportunities-under-trump/

[11] PBS, Politics, *Who's paying for Trump's $300 million ballroom?* Oct 23, 2025 6:04 PM EST, By Liz Landers and Joshua Barajas  https://www.pbs.org/newshour/politics/whos-paying-for-trumps-300-million-ballroom

I respectfully request that this Court remove threats against justices and federal judges to protect the right to fairly petition in this case, so as not to compromise the findings of even the US Supreme Court.[12]

 D.    Preserving facts and issues of Defendant and Government threatening Chief Judge Boesberg, the court, the appellate court and the US Supreme Court by the threat of discipline, impeachment, defunding, use of military might and other malicious use of official power to violate the parties right to a fair and impartial forum to affect the outcome of this case by evasion or otherwise which separately may be considered under the inherent power of impeach if not restrained through equity herein as more threats arise especially after January 30, 2026

On September 28, 2025 I asked the parties their stance via email:

"Do you have an opinion on the following arguments to prevent the planned overthrow 1. how to prevent or reverse the crash to fully fund the government and its creditors without taxes, 2. prevent a military state 3. prevent a surveillance state, 4. prevent use of disciplinary proceedings to chill or commandeer outcomes of cases not limited to Bondi's complaint against Boesberg and the apparent [threat of a] complaint against Trump's attorneys, 5. deem private partners government agents not protected by the contract clause of the constitution applicable to the states but limited to the constitution under the 14th Am especially to prevent the planned overthrow.
It is horrific that Trump is suing Comey and forced removal of a US AG in VA to commandeer a no longer fair right to petition by the public by government force. Thus, I believe we must protect our opponents to help them by free to do what is right.
Trump is so scary I would not put him past killing his opponents even former attorneys for treason.

I sent emails to the DOJs previously, but did not think about 5th amendment violation of due process by an actual Government defendant Bondi to use professional force by filing a complaint in the appellate court too [to unfairly affect the outcome of this case].

The goal is to restore the only check on all three branches limited powers, the petition in accord with due process in a case and controversy. US Am I, V, Art III. I want to restore and protect the power of the petition by the people, including public people's attorney generals who are used and thrown away by all three branches based on viewpoint speech.

Sorry for being so slow. I take the budget default seriously and know there is a way to reverse it."

---

[12] *Salazar v. Buono*, 559 U.S. 700, ("Congress, the Executive, and the Judiciary all have a duty to support and defend the Constitution.")  *Doe v. Indian River Sch. Dist.*, 653 F.3d 256, 259, ("There is no 'de minimis' defense to a First Amendment violation.") *Mullin v. Sussex County*, 861 F. Supp. 2d 411, 415 ("The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury.".

E.  Preserving facts and legal argument that Bondi and certain congressmen violated Plaintiffs right to a fair not threatened forum, by Bondi's filing a disciplinary complaint against this trial court's judge to commandeer the outcome of this case, and Congressman Gill's presentment of articled of impeachment against this trial court's judge to commandeer the outcome, with innuendos of threats to the appellate and US Supreme Court justices

Neither party objected or provided a stance to date.  I preserve these issues on the record, even though time and pages prevent me from fleshing them out not limited to Bondi's disciplinary complaint against Chief Judge Boesberg,[13] and Congress's acts to demean the appearance of Chief Judge Boesberg by threat of impeachments made with innuendos of threats to the Circuit and US Supreme Court to affect the outcome of this case.[14] I preserve the facts and issues for the court to restrain government actors to uphold Plaintiffs right to a fair opportunity to be heard before a fair not threatened forum at trial or appeal which may also warrant contempt under the Court's inherent authority.[15] Defendant Trump cosponsored the articles in contravention of the right of plaintiffs to have a fair, not threatened forum.[16] The government's

---

[13] Reuters, *Trump administration files misconduct complaint against prominent judge Boasberg*, By Nate Raymond and Jan Wolfe, July 29, 20259:40 AM EDT Updated July 29, 2025, https://www.reuters.com/legal/government/trump-administration-files-misconduct-complaint-against-prominent-judge-boasberg-2025-07-28/

[14] Brandon Gill's web site,  *Rep. Gill Files Impeachment Articles Against Judge Boasberg Following Arctic Frost Scandal*, November 4, 2025   https://gill.house.gov/media/press-releases/rep-gill-files-impeachment-articles-against-judge-boasberg-following-arctic

[15] United States v. Hudson & Goodwin, 11 U.S. (7 Cranch) 32, 34 (1812) (Certain implied powers must necessarily result to our courts of justice, from the nature of their institution. . . . To fine for contempt, imprison for contumacy, enforce the observance of order, &c., are powers which cannot be dispensed with in a court, because they are necessary to the exercise of all others: and so far our courts, no doubt, possess powers not immediately derived from statute.). See, the following Gumbel v. Pitkin, 124 U.S. 131 (1888); Covell v. Heyman, 111 U.S. 176 (1884); *Buck v. Colbath*, 70 U.S. 334 (1865); *Krippendorf v. Hyde*, 110 U.S. 276, 283 (1884).("This Court has inherent equitable powers over their process to prevent abuse, oppression, and injustice.)

[16] Press release by Congressman Byron Donalds, *Donalds Cosponsors Articles Of Impeachment Against Chief Judge James Boasberg Washingto*n, November 4, 2025 https://donalds.house.gov/news/documentsingle.aspx?DocumentID=2352 (This Art I and II statement was made to threaten to commandeer the outcome of this case impermissibly in

official or asserted Constitutional rights must be restrained by the Constitution's mandate that the

right to a fair petition without government substantial burdens made with Constitutional malice

to unfairly infringe on the parties right to a fair, unobstructed and unthreatened forum.

F.      De-funding of one branch, the Judiciary and AGs to weaken the rule of law that sustains
these United States by exacerbating economic drain to affect the outcome of this case unfairly,
with threat of future defending January 30, 2026, despite legal means to require funding with
USSC precedent. 31 U.S.C. § 5112 (k), *Knox v Lee*, 79 U.S. 457 (1871)


On Oct. 1, 2025 the government defaulted on funding the federal government.  On Oct

16, 2025, the government filed a motion requesting inter alias requesting a stay pending the

reopening of the government. This Court denied the request.

On October 16, 2025, I immediately sent an email to the parties requesting a stance on an

amicus brief regarding the motion and shut down, attached hereto stating:


"Good evening,

I saw that Trump and Defendants filed a motion to stay based on the shut down.

I sent various emails to DOJ regarding my desire to file a second amicus brief, but had
difficulty in discerning which issue was most pressing including fully funding the federal
government without stealing from Peter to pay Paul.

I oppose the motion filed on behalf of Trump and Bondi today to stay the case due to the
shut down because Trump through Bessent has the congressional grant to pay attorney
generals, the courts and federal employees. It is all bull shit.

I believe Trump will use attorney generals and throw them away after martial law is
declared with no pension or pay.

I also think the other issues I previously alluded as possibilities to brief on are important
too.

---

contravention of US Am I and V, which should be restrained in this case to protect all people's
right to a forum unthreatened by government incited to affect the outcome)

There are certain books that outline the source the reason for the overthrow schemed down the line, the way money is coined not to pay what is owed to the boomers and the scheme to cover it up while sustaining power.

The 2025 alludes to new corrupt coining models I oppose, and other books suggest fixes I also disagree with. I propose something different that Presidents Lincoln and Kennedy also proposed, and additional differences too. I just did not know whether it was worthy to entertain other planned replacements with the court and DOJ or just brief on my idea. I can send you pages of other folks' suggestions with whom I disagree.

I understand DOJ has a conflict of interest and cannot look after itself because Trump may lawlessly kill them by treason or otherwise. So, I want to protect them even if they think my ideas are bad.

I am not trying to hurt anyone here. I think Trump is being played to harm himself for a larger agenda too, but if he keeps firing his own attorneys and staff who may be looking after him, his own attorneys cannot save him. It is scary for his attorneys who also may be looking after him to do so freely without threat of reprisal.

I am backed up the next couple of days.

I already asked position and received no response. I ask it again, and if there is no response I can place that on the record. If you do disagree or have better ideas at least I preserved it for the record should the case be stayed, delayed or closed and reopened down the line under FRCP R 60 or otherwise.

I am copying my opponents in potential other cases and the law librarians because I think risk being eliminated by automation unless some brave court saves us. If they think my ideas stink, they may use it against me in a nonattorney amicus brief.

Chief Judge Boesberg kindly granted me permission before per https://storage.courtlistener.com/recap/gov.uscourts.dcd.278436/gov.uscourts.dcd.278436.143.0.pdf

I absolutely believe Trump's attorneys will be used and thrown away if someone does not shed light on a path to eliminate the cover up for the new coining model that will contribute to a planned actual overthrow.

Thank you for your consideration.

Very truly,
Meg
Not acting as an attorney"

I preserve the issue as to whether the parties may require Defendants and their cohorts to fully fund the courts without Art I and II branches violating Due Process by threatening courts by economic substantial burdens to affect this case unfairly.

Defendants are weaponizing the purse string power and the power of the sword to evade the law, and control the courts, not balance or check branches which may only be balanced fairly by the petition in an Article III forum as the sole check on government power.

Defendants and Congress in collusion with private or foreign partners intentionally caused the shutdown to evade the law and to aid in an overthrow by changing the coining system and to evade the law by weakening federal judges by withholding pay to federal judges and the government's attorneys unfairly to extort the outcomes of court cases including this case.[17] Funding was reduced to federal courts.[18] President Trump, through his agent Secretary of

---

[17] NBC News, *Speaker Mike Johnson floats eliminating federal courts as GOP ramps up attacks on judges, Republican lawmakers are setting their sights on the judiciary following court rulings that have halted Trump's agenda.* By Scott Wong, Melanie Zanona and Rebecca Kaplan*, March 25, 2025,* https://www.nbcnews.com/politics/congress/speaker-mike-johnson-floats-eliminating-federal-courts-rcna197986  ("We do have the authority over the federal courts, as you know. We can eliminate an entire district court. We have power of funding over the courts and all these other things," Johnson told reporters on Tuesday. "But desperate times call for desperate measures, and Congress is going to act.") Speaker of the House Johnson alluded to defunding Chief Judge Boesberg to affect the outcome of the case unfairly.

[18] Federal Court's official web site publicized at  https://www.uscourts.gov/data-news/judiciary-news/2025/10/17/judiciary-funding-runs-out-only-limited-operations-continue  (The United States Courts announced October 17, 2025, "The judicial branch announced that beginning on Monday, Oct. 20, it will no longer have funding to sustain full, paid operations. Until the ongoing lapse in government funding is resolved, federal courts will maintain limited operations necessary to perform the Judiciary's constitutional functions."); Scotus Blog a Dispatch Media, *Court announces funding will run out on Oct. 18,*  By Amy Howe, Oct 17, 2025 https://www.scotusblog.com/2025/10/court-announces-funding-will-run-out-on-oct-18/ (The US Supreme Court announced it would run out of funding on October 18, 2025.); On October 16, 2025, the DC Federal District Court provided a pre-lapse notice to prepare for deficiencies due to the government shutdown.) https://www.dcd.uscourts.gov/sites/dcd/files/Shutdown%20Notice%20to%20contractors.pdf

Treasurer Bessent, has the power in his hands to fully fund the federal government as authorized by Congress through 31 U.S.C. § 5112 (k). Congress passed a law that allows the Secretary of the Treasury Bessent to coin money through the platinum bullion without debt and interest by her discretion, not the Federal Reserve.31 U.S.C. § 5112 (k) provides: "(k) The Secretary may mint and issue platinum bullion coins and proof platinum coins in accordance with such specifications, designs, varieties, quantities, denominations , and inscriptions as the Secretary, in the Secretary's discretion, may prescribe. The US Supreme Court previously held that president Lincoln could coin with similar authorization by congress without debt and interest which prevented an economic crash or downturn.  Thus, the government has precedent to allow Trump through Bessent to do the same. [19]

The question arises, may the court require the President fully fund the government since he in bad faith is defunding the government and the courts specifically to affect the outcome of this case in violation of plaintiff's 1st and 5th Amendment right to petition fairly.  Trump also risks eliminating the pay of his attorneys whose pensions and positions are in jeopardy down the line in an agenda to replace people with subpar unfair AI, as another part of the plan in the intentional overthrow.[20]

---

[19] See, *Knox v Lee*, 79 U.S. 457 (1871), the U.S. Supreme Court held that the Legal Tender Act, which authorized the printing of paper money, President Lincoln's Greenbacks, not redeemable in gold or silver, nor creating debt or incurring interest, did not violate the U.S. Constitution. In so ruling, the Court reversed its earlier decision in *Hepburn v. Griswold*, 8 Wall. 603, 623, 19 L.Ed. 513. There is a way out to reverse or prevent a planned economic crash.

[20] See, the dicta in *Weinberger v. Salfi*, 422 U.S. 749, 772 (1975)"); "Like Social Security, and unlike most private pension plans, railroad retirement benefits are not contractual. Congress may alter, and even eliminate, them at any time." This should change to protect those who accept social security, government pay as government employees and government pensions.  Also see, *Frisbie v. United States*, 157 U.S. 160, 166 (1895) ("The pension granted by the government is a matter of bounty. "No pensioner has a vested legal right to his pension. Pensions are the bounties

The Court cannot answer questions not asked or inferred to in the case before it, despite Art III authority, unless someone presents it to the court. I respectfully request permission to file this brief so the parties and the court may consider whether the Court may use its equitable powers to prevent Defendants violation of due process by estopping Trump from failing to use his power to fully fund the courts and government, to possibly discern whether the Defendants also violate their own attorneys right to petition fairly without threat of economic or other harm by withholding pay, and any other related matter the court deems just.

President Trump has the power to coin money without debt or interest and without regard to the private entity the Federal Reserve.  Instead, Trump exacerbated economic harm by donating 40 billion to Argentina for beef, [21] while he noticed states that EBT, SNAP or food benefits are expected to stop November 1, 2025.[22]  To worsen matters the US Supreme Court authorized states to criminalized homelessness sleeping in public places, while Trump is causing unemployment and homelessness by cutting off section 8 housing and rewarding firing people.[23]

---

of the government, which Congress has the right to give, withhold, distribute, or recall, at its discretion. *Walton v. Cotton*, 19 How. 355." *United States v. Teller*, 107 U.S. 64, 68. Congress being at liberty to give or withhold a pension, may prescribe who shall receive it, and determine all the circumstances and conditions under which any application therefor shall be prosecuted. No man has a legal right to a pension, and no man has a legal right to interfere in the matter of obtaining pensions for himself or others. The whole control of that matter is within the domain of Congressional power. *United States v. Hall*, 98 U.S. 343.") Federal pay and federal pensions of contracted employees should be protected under the Contracts Clause to prevent impending harm. Without federal employees, there is no federal government or United States.

[21] Fox Business Politics, *Top Democrat presses Trump administration on Argentina 'bailout' during shutdown Rep Jamie Raskin seeks documents on Trump's $40B Argentina deal during 31-day government shutdown,* By Leo Briceno, October 31, 2025 https://www.foxbusiness.com/politics/top-democrat-presses-trump-admin-argentina-bailout-during-shutdown

[22] See Complaint by 24 states to compel funding for EBT, SNAP, also known as food benefits. https://storage.courtlistener.com/recap/gov.uscourts.mad.290958/gov.uscourts.mad.290958.1.0.pdf

[23] *City of Grants Pass, Oregon v. Johnson*, 603 U.S. 223 (2024).

On July 28, 2025, Trump signed EO 14321 criminalizing homelessness when Trump's actions increases lawlessness. [24]

Defendants have increased funding to pay for ICE, private prison profit and Ellon Musk's investments in brain chips in a Miami hospital near Alligator Alcatraz to aid in an overthrow to create a military state, before the next stage in the plan where people police and military will be replaced by technology and economic controls.[25] Defendant Trump increased the deficit by requiring the DOJ make a payment of $230 million to Trump too.[26]

---

[24]Executive Order 14321 of July 24, 202, Ending Crime and Disorder on America's Streets https://www.federalregister.gov/documents/2025/07/29/2025-14391/ending-crime-and-disorder-on-americas-streets

[25] Clean Technica, *Neuralink & Elon Musk Want To Control Your Brain*, 3 years ago Steve Hanley https://cleantechnica.com/2023/05/27/neuralink-elon-musk-want-to-control-your-brain/ ; *Miami Herald, What's it like to use Elon Musk's brain chip? How does it work? 'Like using the Force.*' By Michelle Marchante Updated January 29, 2025 8:17 AM https://www.miamiherald.com/news/health-care/article299294719.html ; See, Naples Daily News, *Built in 8 days, can Alligator Alcatraz in Everglades take on hurricane? Not a major one,* Phil Fernandez, Naples Daily News Tue, July 1, 2025 at 4:36 PM EDThttps://www.yahoo.com/news/built-8-days-alligator-alcatraz-203624476.html (Trump's administration built an especially heinous concentration camp in Florida with little safety of the detainees from the elements, and believed location of subjects to be used as Hitler-like Frankensteinish subjects in mad science experiments); *Florida's Controversial "Free Kill" Law: How It Denies Justice in Medical Malpractice Wrongful Death Cases,*By Dolan Dobrinsky Rosenblum Bluestein, LLP | March 13, 2025 | Wrongful Death https://www.ddrlawyers.com/blog/floridas-controversial-free-kill-law-how-it-denies-justice-in-medical-malpractice-wrongful-death-cases/ (Florida's "free kill" law allegedly limits the ability of certain family members to sue for wrongful death due to medical malpractice. This law, formally known as Florida's Wrongful Death Act, prohibited families from filing a medical malpractice case under these specific circumstances, allowing for harmful or deadly care for Musk's projects supported by millions in Miami, near Alligator Alcatraz where prisons may be exploited in Nazi-like experiments for the president's partner's profit and prison profit)

[26] Press Release, House Judiciary Committee, *Judiciary Democrats Expand Probe, Demand DOJ Officials Reject President's Corrupt Demand for $230 Million Payout*, As Trump Demands That His Former Defense Attorneys Now Leading DOJ Carry Out His "Blatantly Illegal" Plan, Members Urge Them to Recuse and Avoid Potential Civil, Criminal Liability October 28, 2025 https://democrats-judiciary.house.gov/media-center/press-releases/judiciary-democrats-expand-probe-demand-doj-officials-reject-president-s-corrupt-demand-for-230-million-payout

Despite the fact Defendant has the capacity to fully fund this federal court during the shutdown, Trump increased the economic pain by colluding to cause the budget default and exacerbating it by giving Argentina 40 billion Dollars while announcing food benefits for the poor would be stopped. I believe Trump and Defendants caused additional economic strain to cut off pay to federal judges to evade the law.

G.      De-funding to Automate to eliminate the government by replacing people in government with technology which cannot protect individual exercise of rights by accommodations outside of the algorithm.

The new digital coining model is designed to cover up the fraudulent matter money is currently coined to not pay back what the baby boomers are owed for retirement, healthcare and social security by design. The new coining model will aid in a planned overthrow of the government if unstopped by the courts. Trump would and is inciting war and is attacking the courts by the purse strings in bad faith to evade the law.

Defendant Trump shut down payment to federal employees and stopped some federal funds to state and local governments and their agencies. Trump used the shutdown for justification to fire federal employees, and defund state and local governments to tempt state and local governments to terminate government staff to allow for automation to replace people in government.[27] Automation and technology per se cannot uphold the superseding Constitutional laws that protect individuals and individual exercise of freedoms which do not conform to the norms, standards, policies or conditions in algorithms but require accommodations.

---

[27] CNN, *Breaking down the impact of Trump's shutdown layoffs of federal workers*, dated Oct. 14, 2025 https://www.cnn.com/2025/10/14/politics/federal-worker-layoffs-government-shutdown

Automation eliminates freedom by compelled, complied, conformity, removing the superseding rule of law's protections to allow for those who control the channels of exchange, resources or technology to rule over a slave not free people if not stopped by petitioners and courts in Article III forums. People are necessary to preserve the individual freedoms of the people to act outside the scope of the policies, norms and standards of the algorithms by upholding the superseding rule of law.[28]

Meanwhile the private market is also increasing its use of AI with planned layoffs to cut costs.[29] Thus, unemployment will increase in the public and private markets. Page 39 of the 2016 edition of *The Fourth Industrial Revolution*, by WEF founder Klaus Swabb, provides: "Sooner than most anticipate, the work of professions as different as lawyers, financial analysts, doctors, journalists, accountants, insurance underwriters or librarians may be partly or completely automated…This research concludes that **about 47% of total employment in the US is at risk**, perhaps over the next decade or two."

There is a plan to automate attorney generals and judges too. China already rolled out peopleless courts.[30] Defending judges and AGs not only weakens them, but allows subpar technology to supplant their positions, as federal judges and AGs retirement, pensions and bank accounts will be eliminated too by intentional design, not mere positions, if the Courts do not

---

[28] *Marbury v Madison* 5 U.S. 137 (1803) or 1 Cranch 137 (1803) outlined the inherent power the Constitution vested in federal courts power to void any law that conflicts with the Constitution, as applied or per se. Chief Justice John Marshall wrote that "a law repugnant to the Constitution is void." So conflicting policies, standards and even statutes or executive orders which conflict with the Constitutional law outlined in the bill of rights is void.

[29] For example, Walmart plans to lay off 1,500 employees.
https://www.cbsnews.com/news/walmart-tech-layoff-corporate/

[30] LexisNexis, *Robot justice: China's use of Internet courts* By Tara Vasdani*,* This article was originally published by The Lawyer's Daily, part of LexisNexis Canada Inc.
https://www.lexisnexis.ca/en-ca/ihc/2020-02/robot-justice-chinas-use-of-internet-courts.page

restrain the other two branches from violating Equal Protections by fully funding two branches while threatening the Judiciary branch to affect the outcome of this very case.

So there is a plan to automate to eliminate people in the government and in private to use science to classify and condition to control a slave not free people while setting up scape goats for an economic crash in order to conceal the fraud in the central banking money creation system to evade paying the biggest bills falling due to the boomers around the globe because they can't due to the inherent fraud in the money making system, and to transition to a far more heinous system where it appears Stablecoin will aid in making people, the American people, the American land, and America's resources the "real world collateral" to back the digital coin, making us a slave people without ownership of property.

While the shut ended.  There is risk of a new shut down since the Continuing resolution only funds the federal government until Trump's attorneys and this Court may soon work without pay, even though there is a way to fully fund the federal government through Defendant Trump and his agent, Treasurer Bessent. I preserve this issue on the record to allow future briefing to outline how Trump may fully fund the government since his hands are dirty by exacerbating and causing economic harm to affect the outcome in this case when he has the power to reverse the substantial burdens upon the court to uphold a fair proceeding.

I expect state, county and local governments to be defunded of federal funds to encourage and intentionally cause layoffs of state, county and local government officials and agents to be replaced by Artificial Intelligence ("AI"), if funding is not restored.

AI is not intelligent, but is per se incapable of upholding the Constitution contained in the Bill of rights and later amendments as law. All technology, science, and AI are based on conditionally responding to data imperfectly with variables including time.  Technology has no capacity to lay down conditional controls or algorithms to do what is right.[31]  Only an individual person can lay down desires and aims of laws, policies and standards to do what is right by upholding the superseding rule of law the Constitution. Machines cannot, making people judges, attorneys and officials not replaceable under the lie saving money is the pubic good at the cost of eliminating the law that founded these United States in 1791 as a more civilized freer fairer form of government that granted persons with Article III authority the Constitutional legal power to resolve grievances with the fair petition before an impartial forum.[32]

The elimination of people in the government is designed to eliminate the superseding Constitution as rule of law and is part of the scheme to overthrow the government.

---

[31] See Bible 1 John 4:7-21 ("God is love") It is my genuine religious belief that only a person, not collective groups controlled by conditional desires, or technology, has the power to reflect the image of God by unconditional love, not giving into temptations or scientific conditions.

[32]  See, https://www.constitutionfacts.com/us-articles-of-confederation/presidents-who-served/ The United States was not formed in 1776 with the following 8 Presidents before George Washinton for one-year terms under the Articles of Confederation The United States government was not founded in 1789 with the first President George Washington. Nor was the United States founded by the Judiciary Act of 1789, which is not what granted the Courts power to say what the law is. See, *Marbury v Madison*, 5 U.S. 137 (1803) ("It is emphatically the province and duty of the judicial department to say what the law is") Instead of these rebutted theories not based on truth, the United States was formed in 1791 with the foundation of Constitutional legal grant in the people to assert the rule of law by the civilized fairer means of the petition before an Article III court in a case and controversy. US Am I, V. Without a petition, the court is powerless to say what the rule of law is. The petition is what empowers the Courts to uphold the rule of law. It was until the Constitution legally vested a civilized means to petition that our country was established based on the rule of law that limits the government and private peoples to restrain human sacrifice and slavery for material gain even knowledge. Thus, the United States was founded in 1791 with the establishment of the rule of law based on US Am I, V, and Art III, and is sustained and maintained so long as the rule of law is not dissolved.

Trump is exacerbating economic pain to intentionally affect the outcomes of this case and other lawsuits unfairly by defunding the federal courts while both the President and Congress are fully funded during the shutdown. US Am I, V.  The US Supreme Court has held that [e]qual protection analysis in the Fifth Amendment area is the same as that under the Fourteenth Amendment.[33] Irreparable injury will occur if the courts do not take charge of the rule of law that is capable of repetition yet evading review, should the government reopen to evade legal questions in this case.

H.    Defendants use military and might to evade the law, to eliminate the law that sustains these United States from dissolution

 Trump appears to be inciting foreign and internal disturbances in hopes to use emergency powers in order to declare the courts are closed in order to evade the law.

The day before the intentional shut down, or about September 30, 2025, President Trump gathered with 800 military leaders in Virginia to discuss plans to *inter alias* wage war on the American people, the United States government and state governments under the guise service to Trump is serving the country.  Secretary Hegseth specifically stated "We all serve at the pleasure of the President."

During the military meeting President Trump addressed 100s of military leaders and spoke of "the war of within." Trump indicated the US is under invasion from within, and alluded to democratic blue states. [34]

---

[33] *Buckley v. Valeo*, 424 U.S. 1, 93 (1976); *Weinberger v. Wiesenfeld*, 420 U.S. 636, 638 n.2 (1975); *Adarand Constructors, Inc. v. Pena*, 515 U.S. 200, 214–18 (1995).
[34] See time at the following link containing the September 30, 2025 military meeting at https://www.facebook.com/ABCNews/videos/1218472383374847  at  1 (hour):34-48 (minutes) and 1:37. President Trump alluded to alleged unlawful immigration. Later he referred to named sanctuary cities. Trump said the military "will go there," meaning to the sanctuary cities US

The "internal threats" lingo at the 9/30/2025 military meeting alludes to Trump's intent to wage war on the American people based on political association or even religious belief which does not align to the Defendants' in this case.[35]

On April 28, 2025, President Trump passed two executive orders to use against governments in sanctuary cities by *inter alias* commandeering local police to go after state or local government officials. *Citing, EO 14287: Protecting American Communities From Criminal Aliens* and *EO 14288: Strengthening and Unleashing America's Law Enforcement To Pursue Criminals and Protect Innocent Citizens*

These two executive orders will be used against Sanctuary cities and states who do not comply with Trump's whims.[36]

On August 5, 2025, the DOJ released notice of its intent to invade sanctuary cities in an attempt to give due process notice before executing on the law the president not congress drafted and signed on April 28, 2025 on the DOJ web site.[37]   The DOJ sanctuary forum list includes the following **states:** 1. California, 2. Colorado, 3. Connecticut, 4. Delaware, 5. District of Columbia,

---

Attorney General placed on a list to the DOJ web site on Aug 5, 2025. President Trump said, "It is a war there," meaning in sanctuary cities. Id. At 1:38. Trump repeated the "war within" lingo. Trump said I told Pete we should use the national guard for the immigrant problem. 1:39-41. Trump said Portland, Oregan looks like a war zone. 1:40-42.  At 1:45 Trump talks about an executive order he passed to control the enemy within to "quell civil disturbances." At 1:46 Trump alludes to using the military to maintain domestic peace. At 1:49-50 Trump said he would defend the people from "horrible plague of threats from within."  At 1:51 Trump says twice we will have great "peace through strength, peace through strength." About 2 hours in Trump says he created a committee on peace and the UN referred to him as "the president of Nato." 2:57-59.
[35] EO 14202: Eradicating Anti-Christian Bias, February 6, 2025
https://www.govinfo.gov/content/pkg/FR-2025-02-12/pdf/2025-02611.pdf ;  EO 14205: Establishment of the White House Faith Office February 7, 2025,
https://www.govinfo.gov/content/pkg/FR-2025-02-12/pdf/2025-02635.pdf
[36] Citing, Federal Registrar at https://www.federalregister.gov/documents/2025/05/02/2025-07790/strengthening-and-unleashing-americas-law-enforcement-to-pursue-criminals-and-protect-innocent
[37] https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions

6. Illinois, 7. Minnesota, 8. Nevada, 9. New York, 10. Oregon, 11. Rhode Island, 12. Vermont, 13, Washington, the following counties: 1. Baltimore County, MD, 2. Cook County, IL, 3. San Diego County, CA, 4. San Francisco County, CA, the following cities, 1. Albuquerque, NM, 2. Berkeley, CA, 3. Boston, MA, 4. Chicago, IL, 5. Denver, CO, 6. East Lansing, MI, 7. Hoboken, NJ, 8. Jersey City, NJ, 9. Los Angeles, CA, 10. New Orleans, LA, 11. New York City, NY, 12. Newark, NJ, 13. Paterson, NJ, 14. Philadelphia, PA, 15, Portland, OR, 16. Rochester, NY, 17. Seattle, WA, 18. San Francisco City, CA.

Late September 2025 Trump declared war against Portland Oregon and granted the military permissions to use deadly force if needed. Since then, the Oregan District Court in State of Oregon, et al. v. Trump, et al. stayed his use of the military, but then the 9th Circuit allowed it by enjoining the stay on Oct. 20, 2025.[38]   However, the 9th Circuit retracted its decision on Oct. 24, 2025 and held, "Without objection from the panel, the court's October 20, 2025, order granting a stay pending appeal (Dkt. 61) is administratively stayed until 5:00 pm on October 28, 2025, to allow the completion of the pending en banc proceedings.[39]

The September 30, 2025 meeting of military generals in Virginia was a pep rally for the military before waging war against America and Americans.[40]

Trump is ignorantly, indifferently or intentionally acting as an enemy against the United States and the preempting Constitutional law contained in the Bill of rights and later amendments

---

[38] https://storage.courtlistener.com/recap/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150.61.0_2.pdf
[39] https://storage.courtlistener.com/recap/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150/gov.uscourts.ca9.b3c1c6b0-b390-4c9d-b557-fc5d525fd150.87.0_1.pdf
[40] https://www.npr.org/2025/09/29/nx-s1-5556831/portland-memphis-national-guard-trump-troops

that founded, sustains and maintains the United States with the grant of the people's legal power of the fair petition to resolve grievances civilly.

In August 2025, Trump invoked 32 U.S. Code § 502 (f) to send military or guards to 19 Republican also known as "Red states" to quell alleged unlawful immigration including: 1. Alabama, 2. Arkansas, 3. Florida, 4. Georgia, 4. Idaho, 5. Indiana, 6. Iowa, 7. Louisiana, 8. Nebraska, 9. Nevada, 10. New Mexico, 11. Ohio, 12. South Carolina, 13. South Dakota, 14. Tennessee, 15. Texas, 16. Utah, 17. Virginia and 18. Wyoming [41]

In June 2025, Trump sent marines to LA, CA.  Newsom filed a law suit regarding the unlawful use of troops.  On September 2, 2025, Judge Breyer in *Newsom v. Trump* (3:25-cv-04870) District Court, N.D. California found Trump's use of national guards and military act to conduct law enforcement operations in California violated the Posse Comitatus Act.[42]

Per Politico,

 "A federal judge blocked President Donald Trump's call-up of 200 National Guard troops in Oregon, ruling on Saturday that Trump's claims of daily unrest in Portland were "untethered to facts" and risked plunging the nation into an unconstitutional form of military rule. "This is a nation of Constitutional law, not martial law," wrote U.S. District Judge Karin Immergut, a Trump appointee."[43]

---

[41] Independent, *Trump mobilizing up to 1,700 National Guard troops in 19 states to widen crime and immigration crackdow*n, By Josh Marcus in San Francisco Monday 25 August 2025 13:18 ED https://www.the-independent.com/news/world/americas/us-politics/trump-national-guard-military-states-cities-b2812837.html

[42]https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.176.0_5.pdf  Also see, the docket in Newsom v. Trump (3:25-cv-04870) District Court, N.D. California at https://www.courtlistener.com/docket/70496361/newsom-v-trump/

[43] Politico, *Federal judge halts Trump administration's call-up of National Guard in Portland*, By Kyle Cheney, 10/04/2025 08:07 PM EDT Updated: 10/05/2025 07:54 AM https://www.politico.com/news/2025/10/04/federal-judge-halts-trump-administrations-call-up-of-national-guard-in-portland-00594308?nid=0000014f-1646-d88f-a1cf-5f46b7bd0000&nname=playbook&nrid=0000015b-1f08-d8b1-a1db-ff9b63bf0000

After appellate delays, on December 10, 2025, District Court Judge Breyer restrained Trump's federalization of the national guard.[44]  I expect Trump to appeal the finding to delay the effect to evade the laws application to him as expected planned defunding of the courts will occur again after January 30, 2026 if unrestrained by the court.

On October 6, 2025, Donald Trump threatened to invoke the Insurrection Act **if federal courts blocked his administration** from deploying National Guard troops to U.S. cities to allegedly protect federal buildings and conduct law enforcement operations. [45]

It is not a normal function of ICE to use guided missile warheads and explosives,[46] nor is it normal to bring standing armies or marines to states to compel use of force while substantially burdening petitions in courts to uphold laws relating to immigration by chilling the first amendment right to petition unfairly in contravention of due process by arresting people at the courthouse. US Amend I, V.[47]   Thus, I preserve these facts to allow the court and the parties to restrain Defendants by using government military or police might to evade the Court's order and the law unfairly in this case as to affect the outcome in contravention of Due Process.

I.    Special protections should and must be afforded to Attorney Generals to protect their fair right to petition from client bosses who have a history of retaliation against attorney generals, and may even threaten death by treason should Attorney Generals, including Drew Ensign adhere to the Court's Orders

President Trump and Attorney General Bondi are not only the clients, but the boss of attorney generals.  As outlined in my previous filings, attorney generals are threatened into

---

[44] https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.225.0_6.pdf

[45] See, https://www.politico.com/news/2025/10/06/trump-insurrection-act-national-guard-00595241

[46] San Antonio Current, *ICE cranks up weapons spending by 700% during Trump anti-immigrant crackdown. In addition to guns and body armor, records show the agency bought chemical weapons and 'guided missile warheads and explosive components*.' by Sanford Nowlin October 20, 2025: https://www.sacurrent.com/news/ice-cranks-up-weapons-spending-by-700-during-trump-anti-immigrant-crackdown/

[47] https://missouriindependent.com/2025/08/13/ice-has-a-new-courthouse-tactic-get-immigrants-cases-tossed-then-arrest-them-outside/

submission or retaliated against. Drew Ensign, Esquire is in a terrible position where his boss has threatened congressmen of treason warranting death.[48] So, he may be killed by his client, President boss if he adheres to the court orders in the threat of discipline or contempt by this Court.  It is an unfair scary position one may face death or loss of work by government force to inhibit one's right to fairly petition on behalf of unique clients.  It is more important to protect the fair petition which founded the United States in 1791 with the passage of the Bill of rights creating the civilized rule of law, than it is one fallible President who is in need of guidance as to where the line restrains his power with the Constitution as the rule of law. The 1st and 5th Amendment form that line to protect not only Plaintiffs but Trump's own attorneys right to fairly petition. I preserve for the record the issue of whether Attorney Generals must be afforded special protections as applied, to fairly protect the right to petition fairly without government threats by clients, even when the attorneys act in the best interest of their clients. This court has no power when no one petitions it since petitioners are threatened by government force with retaliation. The Criminal Fraud exception to attorney client privilege should be extended to allow for additional protections to prevent the president or congress from retaliating against an attorney for complying with the court.  Should an assistant attorney general have acted imprudently, with error or under threat of the Presidential sword, I pray the court and parties remove the threat by considering additional protections instead of destroying the threatened counsel.

**II. Conclusion** Wherefore I pray the court grants permission to file the attached amicus brief and grants any relief it may deems just to prevent manifest injustice.

---

[48]Reuters, Trump says 'seditious" *Democrats urging troops to refuse illegal orders should face the death penalty,* By Doina Chiacu and Nandita Bose  https://www.reuters.com/world/us/trump-says-democrats-who-told-us-military-refuse-illegal-orders-deserve-death-2025-11-20/