Dated December 10, 2025

Respectfully submitted,

/s/Meghan Kelly
Meghan Kelly, Esquire
DE Bar Number 4968
34012 Shawnee Drive
Dagsboro, DE 19939
meghankellyesq@yahoo.com
US Supreme Court Bar No. 283696

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: December 10, 2025

Meghan Kelly (printed)

Meghan M. Kelly (signed)