IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*, <br><br> *Petitioners–Plaintiffs*, <br><br> J.G.G., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**NOTICE**

Plaintiffs respectfully notify the Court and Defendants that Plaintiffs intend to file a response to Defendants' Motion for Reconsideration of the Court's December 8 Order and Motion for a Protective Order, ECF No. 201, by 10 p.m. today.

If the Court prefers to set a deadline for a response, Plaintiffs will of course file by that deadline.

//

1

| | |
|---|---|
| Dated: December 11, 2025 | Respectfully submitted,<br><br>/s/ *Lee Gelernt*<br>Lee Gelernt (D.D.C. Bar No. NY0408)<br>Daniel Galindo (D.D.C. Bar No. NY035)<br>Ashley Gorski<br>Patrick Toomey<br>Sidra Mahfooz<br>Omar Jadwat<br>Hina Shamsi (D.D.C. Bar No. MI0071)<br>Michael K.T. Tan<br>Sean M. Lau<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2660<br>lgelernt@aclu.org<br>dgalindo@aclu.org<br>agorski@aclu.org<br>ptoomey@aclu.org<br>smahfooz@aclu.org<br>ojadwat@aclu.org<br>hshamsi@aclu.org<br>m.tan@aclu.org<br>slau@aclu.org<br><br>Kathryn Huddleston*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street, NW, 7th Floor<br>Washington, D.C. 20005<br>(212) 549-2500<br>khuddleston@aclu.org<br><br>*Attorneys for Petitioners-Plaintiffs*<br><br>**Barred in Texas and Arizona only;*<br>*supervised by a member of the D.C. Bar* |
| Noelle Smith<br>Oscar Sarabia Roman<br>My Khanh Ngo (D.D.C. Bar No. CA00219)<br>Cody Wofsy<br>Spencer Amdur<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>(415) 343-0770<br>nsmith@aclu.org<br>osarabia@aclu.org<br>mngo@aclu.org<br>cwofsy@aclu.org<br>samdur@aclu.org<br><br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>Scott Michelman (D.C. Bar No. 1006945)<br>Aditi Shah (D.C. Bar No. 90033136)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA<br>529 14th Street, NW, Suite 722<br>Washington, D.C. 20045<br>(202) 457-0800<br>aspitzer@acludc.org<br>smichelman@acludc.org<br>ashah@acludc.org | |