IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs,*<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants.* | Case No: 1:25-cv-00766-JEB |

## DECLARATION OF DANIEL A. GALINDO

I, Daniel A. Galindo, hereby declare:

1. I am over eighteen years of age and am competent to make this declaration.

2. I am a Senior Staff Attorney at the American Civil Liberties Union Immigrants' Rights Project. I represent the Petitioners and Plaintiffs in this case.

3. Attached is a true and accurate copy of an excerpt from correspondence received on March 15, 2025.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on December 11, 2025 in San Francisco, California.

/s/   *Daniel A. Galindo*
DANIEL A. GALINDO

1

# EXHIBIT A

**Outlook**

**Re: [EXTERNAL] Re: adding govt re Alien Enemies Act TRO**

**From** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Date** Sat 3/15/2025 10:47 AM
**To** ▮▮▮@dcd.uscourts.gov
**Cc** Lee Gelernt <LGELERNT@aclu.org>; Daniel Galindo <dgalindo@aclu.org>

**This Message Is From an External Sender**
This message came from outside your organization.

We respectfully believe such a hearing would be premature and potentially prejudicial to our defense. Plaintiffs filed this last night at 234 am with very little advance notice we have not had any reasonable opportunity to ascertain facts or develop a response or determine even if the class plaintiffs propose, " All noncitizens who were, are, or will be subject to the Alien Enemies Act Proclamation and/or its implementation," is ascertainable or otherwise satisfies rule 23.

That said if the court wants us to appear for a hearing we will of course do so at the court's convenience.

Sent from my iPhone

> On Mar 15, 2025, at 10:29 AM, ▮▮▮@dcd.uscourts.gov> wrote:
>
> Would the parties be available for a Zoom hearing **today at 5 p.m.** on Plaintiffs' [4] Motion for Class Certification? If so, the Court is prepared to hold a hearing then.
>
> ---
> ▮▮▮
> Law Clerk to the Honorable James E. Boasberg
> U.S District Court for the District of Columbia
> ▮▮▮@dcd.uscourts.gov
> 202-354-3300
>
> **From:** Lee Gelernt <LGELERNT@aclu.org>
> **Sent:** Saturday, March 15, 2025 10:24 AM
> **To:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
> **Cc:** ▮▮▮@dcd.uscourts.gov>; Daniel Galindo <dgalindo@aclu.org>
> **Subject:** Re: [EXTERNAL] Re: adding govt re Alien Enemies Act TRO
>
> **CAUTION - EXTERNAL:**

Is the government prepare to halt removals pursuant to the Act between now and the hearing?

Get Outlook for iOS

---

**From:** Reuveni, Erez R. (CIV) <Erez.R.Reuveni@usdoj.gov>
**Sent:** Saturday, March 15, 2025 10:18:46 AM
**To:** Lee Gelernt <LGELERNT@aclu.org>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@dcd.uscourts.gov>; Daniel Galindo <dgalindo@aclu.org>
**Subject:** Re: [EXTERNAL] Re: adding govt re Alien Enemies Act TRO

The government respectfully requests reasonable time to submit a brief before the Monday hearing. The court has stayed removals of those Plaintiffs counsel has identified and that order has been disseminated to the relevant executive branch agencies. A broader injunction before the government has had an opportunity to file a brief and ascertain facts on the ground would be in our view premature and inappropriate on this limited, speculative record. We will be prepared to present argument on Monday as directed by the Court, in addition to filing a brief before the hearing.

Sent from my iPhone

> On Mar 15, 2025, at 10:15 AM, Lee Gelernt <LGELERNT@aclu.org> wrote:
>
> Understood. In light of that, would it be possible to have a hearing sooner than Monday afternoon, as soon as today, even if the initial hearing is limited to whether the initial TRO should be broadened?
>
> Get Outlook for iOS