In the United States District Court
for the District of Columbia

| | |
|---|---|
| J.G.G. et al., <br><br> *Plaintiffs*; <br><br> LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., <br><br> *Petitioners–Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Respondents–Defendants*. | Case No. 1:25-cv-00766-JEB <br><br><br><br> **NOTICE OF ADMINISTRATIVE STAY** |

PLEASE TAKE NOTICE of the attached order of the United States Court of Appeals for the District of Columbia Circuit granting an administrative stay of this Court's order of December 8, 2025 (ECF 200).

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
(202) 514-4357

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

Dated: December 12, 2025       *Counsel for Respondents–Defendants*