US District Court District of Columbia

Case No: <u>1:25-cv-00766-JEB</u>

December 16, 2025 Exhibits List

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)

Proposed Plaintiff-Intervenor

v.

Trump et al.
Defendants,

1. December 5, 2025 Emergency Complaint to the Swedish Police War Crimes Unit

2. April 14, 2025 email entitled "Cease and Desist Refoulement in ABREGO GARCIA v. NOEM 8:25-cv-00951-PX"

3. April 16, 2025 Precautionary measures request against El Salvador to the Inter-American Commission on Human Rights

4. January 26, 2025 Petition against Canada to the Inter-American Commission on Human Rights

5. January 15, 2025 Emergency Request for a Interlocutory Injunction to the Federal Court of Canada in Ottawa

Borealis S Hedling
V.
Minister of Citizenship and Immigration
Minister of Public Safety and Emergency Preparedness
Minister of Global Affairs
The Canada Border Services Agency

The Immigration and Refugee Board of Canada
The Office of the Public Sector Integrity Commissioner of Canada
The Governor General of Canada
The Office of the Information Commissioner of Canada

6. December 16, 2025 response to denial of Emergency diplomatic asylum picturing a Emergency Petition to the Nobile officium entitled:

The Petition
of
Borealis S Hedling
&
Kilmar Armando Abrego Garcia
Brought on Behalf of

Victims of the Trump and Bukele Administration

The People of the Sovereign Nation of Palestine

The Family of Alejandro Carranza and other victims of the US Military's acts of Terrorism and Piracy
(Pursuers)

V.

The British Broadcasting Corporation
(Defender)
for
Stopping The BBC from Suppressing a Legal Framework to Hold Heads of State Accountable for Crimes Against Humanity and Genocide

7. December 15, 2025 email entitled "Also: To be clear to the Court of Sessions this was the original boat strike memo FOIA request to show how evil the OIG response is…".

8. "To the UK Supreme Court at the Bare Minimum overturn the 9/1/25 Decision I am not a Human Being and people can't advocate individually or collectivity for human rights"

9. Motion to Clarify in US District Court District of Connecticut Case No 3:25-cv-00909-SVN

Lawson
V.
Xinis

10. EX 14 in Lawson V Xinis OPR report against Robert E McGuire

11. EX 15 in Lawson V Xinis OPR report against Brendan Moore

12. 22/7/25 Emergency Petition to the Nobile officium

The Petition of Borealis S Hedling

&
Kilmar Armando Abrego Garcia
(Pursuers)
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council
The Civil Court of Appeals of the United Kingdom
The King's Bench Court of the United Kingdom
The Supreme Court of Canada
The Federal Court of Canada in Ottawa
The Supreme Court of New Zealand
The Court of Appeals of New Zealand
The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa
Tāmaki Makaurau Rohe
The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa
Te Whanganui-a-Tara Rohe
The Supreme Court of Ireland
The Constitutional Court of Austria
The Constitutional Court of Liechtenstein
The Supreme Court of Switzerland
The Federal Administrative Court of Switzerland
The Administrative Court of the Canton of Zurich
The European Court of Human Rights
The Inter-American Commission on Human Rights
The International Criminal Court
The European Court of Justice
The International Court of Justice
The United Nations Human Rights Council
The Human Rights Commission of New Zealand
The Auditor General of the Vatican
(Defenders)
for
Recalling Parliament to Ensure the Government of the United Kingdom Acknowledges the Importance of Compassion in Memory of Sophie Scholl

13. Schedule of Service for the Petition

14. Schedule of Documents for the Petition

15. January 8, 2025 Petition To the Nobile officium

The Petition
of
Borealis S. Hedling
for
Allowing everyone to be able to advocate for human rights individually and collectively

without fear

16. February 25, 2025 Summary Petition for a Section 45 Order

The Petition
of
Borealis S. Hedling
V.
The Inner House of the Court of Sessions
for
Making the Inner House of the Court of Sessions stop torturing the Petitioner via illegally blacklisting them against international instruments.

12. June 7, 2025 Petition to the Nobile officium:
The Petition of Borealis S. Hedling
Kilmar Armando Abrego Garcia
V.
The Supreme Court of the United Kingdom
The King's Bench Court
The Inner House of the Court of Sessions
For
Exercising Universal Jurisdiction to indict President Donald J Trump and President Nayib Bukele if they keep violating international law

17. July 8, 2025 Extreme Emergency Notice Regarding Concurrent California Supreme Court Rule 9.13 (d) Petition Attorney Complaint S291573 The Court GRANTED the Application for Relief from Default the Petition is Filed / Motion to Clarify:

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council
The Civil Court of Appeals of the United Kingdom
The King's Bench Court of the United Kingdom
The Supreme Court of Canada
The Federal Court of Canada in Ottawa
The Supreme Court of New Zealand
The Court of Appeals of New Zealand
The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa Tāmaki Makaurau Rohe
The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa Te Whanganui-a-Tara Rohe

The Supreme Court of Ireland
The Constitutional Court of Austria
The Constitutional Court of Liechtenstein
The Supreme Court of Switzerland
The Federal Administrative Court of Switzerland
The Administrative Court of the Canton of Zurich
The European Court of Human Rights
The Inter-American Commission on Human Rights
The International Criminal Court
The European Court of Justice
The International Court of Justice
The United Nations Human Rights Council
(Defenders)
For
Stopping the United States Commission of Crimes Against Humanity and Violence Towards Human Rights Defenders

*[signature]*