

10:51  Fri, Dec 5

**VB: FYI Emergency Response to Civil Rights Defenders on extreme discrimination against a human rights defender by the Government of Sweden** Inbox

**registrator.stockholm@polisen.se** 9:31 a.m.
to me

From    registrator.stockholm@polisen.se
To      borealis.appeals@gmail.com
Date    Dec 5, 2025, 9:31 a.m.
        Standard encryption (TLS).
        View security details

Dear Sir/Madam,

Based on the contents in your email, it is difficult for us to determine the reason why you sent your email to the Swedish police.

We kindly ask you to get back to us, clarifying why you have contacted the Swedish police.

If you want to make a policereport we need some additional information:

- Complete personal and contact information for the affected.
- Full personal and contact details of the suspect (if available)
- What has occurred? (a detailed description of the crime, time, date and location).
- Attach documents, film or other evidence that may be important for further investigation.

If you cannot provide the above requested information the Police cannot file a report for further investigation.

Regards,
PKC/Operativa enheten
Polisregion Stockholm

106 75 Stockholm
Telefon: 114 14 (från utlandet +46 77 114 14 00)
registrator.stockholm@polisen.se

Mer information finns på www.polisen.se

Polisen

*Tänk på miljön! Skriv inte ut det här meddelandet om det inte är nödvändigt.*

← Reply        → Forward

1

Name of victim: Borealis S Hedling

Former name: Jeremy M Lawson

Pronouns: They / Them

Date of Birth 29/3/1991

Travelodge Plus

44 Townsend ST Rm 120

Dublin 2 (Ireland)

Borealis.appeals@gmail.com

+1-959-999-8957

_____

Offender #1

Governor Edward Miner Lamont Jr.

Pronouns He / Him

210 Capitol Ave, Hartford, CT 06106, United States

+1-860-566-4840

governor.lamont@ct.gov

_____

Offender #2

Attorney General William Tong

Pronouns He / Him

165 Capitol Ave, Hartford, CT 06106, United States

+1-860-808-5318

Attorney.General@ct.gov

Offender #3

Minister Dominic A. LeBlanc

Pronouns He / Him

House of Commons
Ottawa, Ontario,
Canada
K1A 0A6

+1-613-992-1020

dominic.leblanc@parl.gc.ca
_____

Offender # 4

Former Icelandic National Police Commissioner Sigríður Björk Guðjónsdóttir

Unknown location and contact
_____

Offender #5

Former Prime Minister of Iceland Bjarni Benediktsson

Kirkjustræti, 101 Reykjavík, Iceland

+354-563-0500

bjarni.benediktsson@althingi.is
_____

Offender #6

President of Iceland Halla Tómasdóttir

Sóleyjargata 1, 101 Reykjavík

+354 540 4400

forseti@forseti.is

Offender #7

Tánaiste of Ireland Simon Harris

5a Quinnsborough Rd, Bray, Co. Wicklow

+353-016183805

simon.harris@oireachtas.ie

(This is not an exhaustive list)

_____

Oral "interviews" conducted by The Government of Iceland

23/9/24 interview (29 minutes)

https://drive.google.com/drive/folders/1cXcgPTfbvV4IMOdS71IKan5__qFSCrtE

24/10/24 interview (3.5 hours)

https://drive.google.com/drive/folders/1pzPw1VXZONG9aiSBnhQoEAipiPdXCWFs

Rejected Google Drive rejected evidence from 27/10/25 complaint against the Embassy of Sweden in Dublin to the Swedish Parliamentary Ombuds

https://drive.google.com/drive/folders/13bVZDd2YV-MGY75GVuZDe3Cvmyw1m5un

_____

Detailed description of Crimes:

I contacted the Swedish Police 3/12/15 as the UN, Council of Europe, Organization of American States, International Criminal Court, European Union, and all domestic remedies to prosecute these grave violations of international law have all been closed to me to shield institutional actors at the highest levels of Government. As a Human Rights Defender all I did was ask for victims of atrocities to be treated with dignity and compassion for this I have been subjected to an attempted extrajudicial killing, an enforced disappearance, multiple kidnappings by law enforcement agents, brutal economic torture (by state and non-state actors), and an intense campaign of psychological torture. Swedish authorities have also allowed these acts to go unanswered with impunity as noted in the original 3/12/25 email requesting your assistance entitled "FYI Emergency Response to Civil Rights Defenders on extreme discrimination against a human rights defender by the Government of Sweden". Law enforcement agencies have

always been willing to collude with each other to torture me. Maybe the Swedish Police can force them to finally answer records requests in investigation of those same agencies Cruelty.



This is a crime against Humanity, Article 4 of the UN Declaration of Human Rights exists. I plead under the Alford doctrine 8/27/24 since a judge with integrity revised this State Attorney.

The State of Connecticut v. Jeremy Lawson

EX Parte EX 3

File complaint

GA # 14 Hartford Criminal Court

M-10

Docket # H14-CR24-0763184-5

ASFC Montréal – Exécution de la loi
Tuesday September 03rd, 2024

36 (1)(b) IRPA a serious criminality having been convicted of an offence outside Quebec that committed in Canada would Constitute an offense under an Act of Parliament Punishable by a Maximum term of imprisonment of at least 10 years.

ID:                11-4195-3168
Surname:           LAWSON
First name:        Jeremy Michael
Date of birth:     March 29st, 1991
Country of birth : United States of America

Also a class C Misdemeanor conn Gen s 53 a-183 Harassment 2 has got max charge or $500 fine. 1 years is 9 bigger

Unlawful charge

**Admissibility Hearing :** Thursday, September 5th, 2024 at 09:00

I, Francis Letellier, of the Canada Border Services Agency (CBSA), do solemnly declare that I make this solemn declaration conscientiously believing it to be true and knowing that it is of the same force and effect as *if made under oath.*  ← This is Perjury

This file was referred to us for follow-up at the next detention review with a view to holding an admissibility hearing. The subject is under investigation to determine whether he is a person to whom section 36(1)b of the IRPA applies.

On September 3rd, 2024, we requested my colleague Henry Kwan from the Major Crime Investigation Unit to obtain from the authorities in Connecticut, USA, all the information concerning the criminal record, including police reports. The documents should be forwarded to us shortly.

Once we receive Mr. Lawson's court documents, we will be in a position to determine whether there are grounds to compromise the eligibility of his claim and support section 58(1)(c) of the IRPA. For the moment, my colleague cannot state a position.

Mr. Lawson's refugee claim is currently on hold pending a decision by a Board Member of the Immigration Division regarding the issuance of a possible removal order following the evidence to be presented by my colleague..

Considering Mr. Lawson's criminal history in the United States of America, I recommend that the subject's detention be maintained on the grounds that he will not appear for his eventual removal from Canada and sees no reasonable alternative to it, as he represents a certain risk to Canadian society. The evidence on file indicates that he is subject to the 36(1)(b) inadmissibility category of the IRPA.

Francis LETELLIER - 18637
Agent d'exécution de la loi
ASFC Montréal – section renvois

Agence des services
frontaliers du Canada    Canada Border
Services Agency

Canada

*Handwritten annotations at top:*

Emergency    US District Court

Ministerst public saccty
Emergency    Elm sealed    The State Dect
LAWSON / Jeremy Michael    EX1    EX2in    v.    fileID 0018-C4-00626-02
                                    Jeremy Lawson    LAWSON, J 1991/3/29    PAGE 2 OF 6

| | | No | Yes |
|---|---|---|---|
| e) been refused admission to, or ordered to leave Canada or any other country? | | ☑ No | ☐ Yes |
| f) been involved in an act of genocide, a war crime or in the commission of a crime against humanity? | | ☑ No | ☐ Yes |
| g) used, planned or advocated the use of armed struggle or violence to reach political, religious or social objectives? | | ☑ No | ☐ Yes |
| h) been associated with a group that used, used, advocated or advocates the use of armed struggle or violence to reach political, religious or social objectives? | | ☑ No | ☐ Yes |
| i) been a member of an organization that is or was engaged in an activity that is part of a pattern of criminal activity? | | ☑ No | ☐ Yes |
| j) been detained, incarcerated, or put in jail? | | ☐ No | ☑ Yes |
| k) had any serious disease or physical or mental disorder? | | ☐ No | ☑ Yes |

**\*If your answer to any of these questions is YES, provide details below**

ILLEGALY INCARCERATED BETWEEN 2024-04-11 AND 2024-08-23 ON CHARGE OF ''HARASSMENT'' IN CONNECTICUT V. JEREMY
LAWSON. DOING THIS WAS A COMMISSION OF CONN GEN S 53/20 ''CRUELTY TO PERSON'' ''UNLAWFUL PUNISHMENT'' BY THE
GOVERNOR OF CT NED LAMONT, ATTORNEY GENERAL OF CT WILLIAM TONG AND DOZEN OTHER STATE OFFICIALS WHILE THE DOJ
WATCHED AND LET THEM OBSTRUCT JUSTICE IN MAJOR FEDERAL CIVIL RIGHTS CASES.    PTSD, MAJOR DEPRESSED DISORDER,
GENERAL ANXIETY DISORDER, ADHD INATTENTIVE TYPE

*Handwritten:*
See CT Supreior (Oryt Cases (USA)                    filed
1. Jeremy M. Lawson                              8/31/24
            v.                                        Jer
    The Connecticut Department Of
                    Social services
2. Jeremy M. Lawson
            v.
    The Connecticut Department of Social
US District court Case                    services Ca. 41.
    Law su 04
    Target 41.  Case No 3:24-CV-01-016-MPS

## 5 Education History

Provide the number of years of school you successfully completed for each of the following levels of schooling.

| Elementary/Primary School | 5 | Secondary/High School | 6 | University/College | 4 | Trade/Other Post Secondary | 0 |
|---|---|---|---|---|---|---|---|

Give full details of all the secondary and post secondary education (including university, college and apprenticeship training) you have had.

Remove row ►    –

| From | To | Ongoing | Level of Education |
|---|---|---|---|
| 2011   08 | 2012   08 | ☐ | MASTER DEGREE |
| YYYY   MM | YYYY   MM | | |

| Field of study | Name of school/institution |
|---|---|
| CRIMINAL JUSTICE | UNIVERSITY OF CINNCINATTI |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | CINNCINATTI | United States of America | CT |

Remove row ►    –

| From | To | Ongoing | Level of Education |
|---|---|---|---|
| 2010   08 | 2011   05 | ☐ | BACHELOR DEGREE |
| YYYY   MM | YYYY   MM | | |

| Field of study | Name of school/institution |
|---|---|
| CRIMINOLOGY | CENTRAL CONNECTICUT STATE UNIVERSITY |

| Certificate and diploma issued | City/Town | *Country | *Province/State |
|---|---|---|---|
| YES | NEW BRITAIN | United States of America | CT |



DOCKET H14-CR24-0763184-S    CLERKS OFFICE    HARTFORD GA 14 CRIMINAL COURT
SUPERIOR COURT

THE STATE OF CONNECTICUT    JUN -5 PH 3: 11 :    JUNE 4, 2025

VS.    HARTFORD, CT 06106

JEREMY M LAWSON

## EX PARTE EMERGENCY PETITION FOR A WRIT OF ERROR CORAM NOBIS

The Petitioner requests the Court on an EX Parte Emergency basis issue a Writ of Error Coram

Nobis given the Petitioner's 8/23/24 Alford Plea was clearly entered under duress. With counsel

that was not only ineffective, but actively committing the Class D Felony Conn Gen. § 53-20

"Cruelty to persons" "unlawful punishment" in open court 5/24/24, 7/12/24, and 8/23/24.

I.    Background

On February 27th 2023 the Petitioner informed Astread Ferron-Poole chief of staff

for the Connecticut Department of Social Services (DSS) they were not using all

allowable proof of allegations for the Domestic Violence Cash Benefit Program

(DVCBP) P.A. 21-78 Section 14 (e). Per the below snippet from an email from 12/15/2022

obtained via the Connecticut Freedom of Information Act. The language of Subsection B

Conn Gen § 17b-112a is "plain" and "unambiguous"not subject to statutory construction by DSS

under Conn Gen § 1-2z. The issue could have been fixed with a single email. Clearly

money was more important than lives to DSS. For exposing this and filing 2 illegally denied

Immediate EX Parte Temporary Injunction without hearing or notice 2/23/24 and 4/3/24 Docket

#HHD-CV24-5082600S. The Government of Connecticut enforced disappeared and attempted to

murder the Petitioner

Jeremy M. Lawson

V.

1

**REQUEST FOR AUDIO RECORDING**
JD-ES-325  Rev. 1-24

*(fee waiver)*

STATE OF CONNECTICUT
JUDICIAL BRANCH
SUPERIOR COURT
www.jud.ct.gov

**Instructions:**
1. Use this form from the online form located at https://ejp.eservices.jud.ct.gov/Transcripts/Req/ to request copies of audio recordings of court proceedings that are publicly disclosable and have been recorded on or after November 1, 2018.
2. Complete all fields on this form. If you do not provide all the necessary information, this form may be returned to you.
3. Mail or deliver this form to one of the following:
   E-mail: audiorequests@jud.ct.gov
   Mail: Court Transcript Services, 90 Washington Street, Hartford, CT 06106
   Fax: (860) 706-5089
* Do not send payment at this time. Payment will be accepted only after approval is obtained.

For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/

Name: Jeremy M. Lawson

E-mail address: [illegible]

☐ Requested audio for official use by a state or municipal official, agency, board or commission

Mailing address (Number, street, P.O. Box): 1 Cydell ST

City/town: Manchester    State: CT    Zip code: 06042    Telephone number: 959-999-8957

Delivery option for the audio recordings (select one)
☐ Mail to address listed above
☐ Pick up at 225 Spring Street, Wethersfield, CT 06109 at the Centralized Infractions Bureau
☒ E-mail (maximum length is approximately 30 minutes)

**Information for audio recording**

Name of case: The State of Connecticut V. Jeremy M. Lawson    Docket number: H14-CR24-0763184-S

Name of Judge/Magistrate (if known): Judge Cremlin

Address of court (Number, street, town, and zip code): 101 Lafayette ST Hertford, CT 06106    Courtroom (if known): [illegible]

Court date(s) requested for audio recordings (mm/dd/yyyy): 4/12/24, 5/24/24, 7/12/24, 8/23/24

**Do not send payment at this time.** You will be notified whether your request has been approved or denied. If approved, you will be notified of the amount due. Please note: Refunds will not be issued.

**Rate:** $25.00 per day per docket number
(example: recordings for proceedings on July 1, July 2, and July 3 equals 3 days at $25.00 per day for a total of $75.00)

**Payment:** Acceptable forms of payment include cash, check, money order, or *credit card.
*Credit card orders are subject to a processing fee of 2.45% of the total amount charged or $1.50, whichever is greater.

**Note:** Audio recordings are made available on a CD as an MP3 file. Audio recordings may be e-mailed if the length does not exceed 30 minutes. Recordings should be available within one week from Court Transcript Services receiving the order.

Signed: [signature]    Print name: Jeremy M. Lawson    Date signed: 6/5/25

**Do not write below this line - For Internal Office Use Only**

| Request Approved? | Amount Due: | Signed | Date |
|---|---|---|---|
| ☐ Yes ☐ No | | | |
| | | Name/Title of Person Signing | |

| Identification Required? | If identification is required, name of individual authorized to pick up the recording |
|---|---|
| ☐ Yes ☐ No | |

[ Print Form ]        [ Reset Form ]



09/03/2024 12:30PM FAX  860 952 3547       HARTFORD SUPERIOR COURT          ☎0001/0009

                                                                    **M-12**

JD-CR-71 LP REV. 7-05                        STATE OF CONNECTICUT      DOB: 03/29/1991
                                                SUPERIOR COURT       DISPOSITION DATE: AUG 2 3 2024
ORIGINAL INFORMATION:   COURT DATE:     AT:                          DOCKET NO.: H14H-CR24-0763184-S
    YES           04/12/2024   GA14 - HARTFORD

The undersigned Prosecuting Authority of the Superior Court of the State of
Connecticut charges that

LAWSON JEREMY M

1 LYDALL ST, MANCHESTER, CT 06042

Did commit the offenses recited below:

Count: 1 HARASSMENT 2ND DEG    Type/Class: M/C At: HARTFORD
On or About: 04/11/2023    In Violation Of CGS/PA No: 53a-183              C+F=W

| SEE OTHER SHEETS FOR ADDITIONAL COUNTS | | DATE | | SIGNED (PROSECUTING AUTHORITY) | | |
|---|---|---|---|---|---|---|

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA

(JUDGE) Doyle P.  (DATE) 4-12-24   BOND 75,000  SURETY CB   ELECTION
 ☐ PUBLIC DEFENDER   GUARDIAN      REDUCTION  B.O.   ☐ CASH  ☐ COURT  ☐ JURY
 Johnson                                             ☐ APPEAL  ELECTION WITHDRAWN DATE
                                                     ☐ SEIZED PROPERTY

| COURT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| AUG 2 3 2024 | C4 Alford | | | GY | | | | 75 days to serve |

OTHER COURT ACTION
DATE  Public Defender Appointed  ✓Denied   S/ P. Doyle   JUDGE   S/ P. Doyle

APR 1 2 2024

post at court only
Additional conditions to
be set by court if
defendant posts bond
mental health + medical
No contact w/ any staff
at DCF except for staff
providing benefits to the defendant
6/7/24 ∆ Motion for Continuance/limited Doyle
JUN 2 4 2024 post (no) Request for 54-56b Schumann
          ordered

| CONTINUANCES | | |
|---|---|---|
| DATE | PURPOSE | REASON |
| 1. 5/24/24 | | P |
| 2. 7-12-24 | | P |
| 3. 6/24/24 | | P |
| 4. 8/12/24 | | 54-56 |
| 5. | | 52-56 DCYC |
| 6. 8/23/24 | | DCYC |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

☒ SEE REVERSE SIDE

| FINE PAID | RECEIPT NO. | MITTIMUS DATE | | TRIAL TOWN | |
|---|---|---|---|---|---|
| PROSECUTOR ON ORIGINAL DISPOSITION | | REPORTER ON ORIGINAL DISPOSITION | | SIGNED CLERK | SIGNED JUDGE |
| Azzaro | | Petana | | MNN | |

Heure de réception Sept. 3. 2024 12:56PM N  2152  43

09/03/2024 12:31PM FAX  860 952 9547       HARTFORD SUPERIOR COURT                      M-12

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES | |
|------|--------------------|-------|------|------|
| | | | DATE | PURPOSE / REASON |
| JUL 1 2 2024 | Motion to withdraw counsel filed by A | Schumann | | |
| AUG 2 3 2024 | Parties stipulate to Report. Report Marke Defendant's Exhibit B. Full Exhibit A Found competent Motion to withdraw counsel granted but P.D. to remain as stand by counsel. A concused to proceed pro se Agreed upon disposition | Chaplin | | |

Advised of Penalty of Guilty Plea
Plea Found Voluntary
Advised of Immigration Laws

Pardon Notice Given

Heure de réception Sept. 3. 2024 12:56PM N  2152 44

09/03/2024 12:31PM FAX  860 952 3547     HARTFORD SUPERIOR COURT     0003/0009
M-12

**INFORMATION**
JD-CR-71 REV. 1-17

STATE OF CONNECTICUT
SUPERIOR COURT

**Title, Allegation and Counts**

State of Connecticut vs (Name of accused)
Lawson, Jeremy, M.                                    Manchester

Address
1 Lydall ST
HARTFORD

To be held at (Town)
HARTFORD

Count One — Did commit the offense of:
HARASSMENT 2ND

At (Town)          On or about (Date)
Hartford           04/11/2023          In violation of General Statute number 53a-183

Count Two — Did commit the offense of:

At (Town)          On or about (Date)

Count Three — Did commit the offense of:

At (Town)          On or about (Date)

☐ See other sheet for additional counts

**Court Action**

| Count | Plea date | Plea | Plea withdrawn Date / New plea | Verdict finding | Fine | Remit | Additional disposition |
|-------|-----------|------|-------------------------------|-----------------|------|-------|------------------------|
| 1 | | | | | $ | $ | |
| 2 | | | | | $ | $ | |
| 3 | | | | | $ | $ | |

Date          Other Court Action                                    Judge

This is page 1 of a 3 page Information

Heure de réception Sept 3. 2024 12:56PM N° 2152 45

09/03/2024 12:31PM FAX  860 952 3547    HARTFORD SUPERIOR COURT    ☑ 0004/0009

**M-12**

**INFORMATION**
JD-CR-71 Rev. 1-17

STATE OF CONNECTICUT
**SUPERIOR COURT**

Disposition date

Agency number

Police Case number
2400141974

Agency name
Troop H

**Arrest Warrant**

Geographical area number: 14

State of Connecticut vs. Lawson, Jeremy, M.    1/29/1991

To: Any Proper Officer of the State of Connecticut

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. ("X" all that apply)

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☐ C. Bail set at _____

☑ D. Non-financial conditions of release:
*[handwritten text]*

☑ E. Conditions of release not determined by the court.

By the Court | Signed (Judge of the Superior Court) | Date 7/1/24 | Name of the Judge (Print or type) *[handwritten]*

**Return On Arrest Warrant**

Geographical area number: H | Town of Hartford | Date 8/1/24 | State of Connecticut

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of said accused, and have said accused here in court for examination.

Altest/Officer's signature and Department *[handwritten]*

| Date | Other Court action | Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

This is page 2 of a 2 page Information

Heure de réception Sept. 3. 2024 12:56PM N° 2152    46

On February 27th 2023 I informed Astread Ferron-Poole chief of staff
for the Connecticut Department of Social Services (DSS) they were not using all
allowable proof of allegations for the Domestic Violence Cash Benefit Program
(DVCBP) P.A. 21-78 Section 14 (e). The language of Subsection B Conn Gen § 17b-112a is
"plain" and "unambiguous"not subject to statutory construction by DSS under Conn Gen § 1-2z.
That is essentially the only issue of law and the issue could have been solved with a single
email. Per the below snippet of a December 15, 2022 email obtained via the Connecticut
Freedom of Information Act DSS cared more about money than human lives.

> **17b-112a states:**
>
> For purposes of this section, allegations of domestic violence by a victim may be sufficient to establish domestic violence where the Department of Social Services has no independent, reasonable basis to find the applicant or recipient not credible. Upon alleging domestic violence an applicant or recipient may be required to provide a sworn statement or to submit to the department any evidence of such violence available to the applicant or recipient. Evidence of domestic violence may include, but is not limited to: (1) Police, government agency or court records; (2) documentation from a shelter worker, legal, medical, clerical or other professional from whom the applicant or recipient has sought assistance in dealing with domestic violence; or (3) a statement from an individual with knowledge of the circumstances which provide the basis for the claim of domestic violence. We may want to think about if/how we incorporate #3 (statement of individual with knowledge). If we do not incorporate, we need to be prepared to answer why.
>
> As for not needing a police report or restraining order, I understand the commissioner's concern about the risk of pursuing those documents, but these benefits are a LOT of money, we have to have some way of substantiating the client's claims. If they already have those documents then great, but if they don't I feel like the application would have to come from a DV shelter. Yes, the plan is to set up an application process with DV shelters. We discussed this in our previous meeting and it sounded like the shelters were on board with doing the applications for clients they are already working with. But if the purpose of the benefit is to help the person escape their DV situation, they also need to take some steps on their end to make that happen and provide us with some sort of proof that they are taking some form of action (which would be a police report OR restraining order OR seeking help from a shelter). It would be great if we could collect information on other DV supports being received by the client, even if just for reporting purposes.

From 2015 to 2023, I worked for DSS. Most recently, I worked on a program that helped people
move from hospitals and nursing homes into the community to receive the dignity and care they
desired. My primary responsibility was interpreting complex state and federal laws in asset
assessments. I maintained numerous databases to ensure the disbursement of benefits. I was
also a member of the agency's civil rights committee and even served as its vice chair. I have
always been actively involved in my community, from volunteering as an emergency medical
technician to serving on city civil rights committees. I hold a Master of Degree in Criminal Law
from the University of Cincinnati. None of that mattered after exposing the above.

By April 3, 2024 I had resigned my position and was filing my 2nd Immediate EX Parte
Temporary Injunction without hearing or notice Hartford Superior Court Docket
#HHD-CV24-5082600S.

Lawson

V,

The Department of Social Services et al.

https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV2450 82600S

This Injunction deeply implicated Offender 1 and 2 Governor Ned Lamont and Attorney General William Tong. On April 8, 2024, I publicly reported the state of Connecticut to the U.S. Department of Justice for Violation of federal civil rights. The state exploited a known deficit in written communication to portray me as a "violent" criminal. Shortly after the University of Connecticut released information under the Freedom of Information Act DSS which has an educational contract with the university, had lied to their General Counsel 6/3/24. Manufacturing evidence to maintain this cover up. With evidence attached they were literally lying...



On April 11, 2024 I was attempting to run to the Connecticut Supreme Court for help even talking to Chief Deputy Clerk Rene Robertson about the above noted Injunction, but it was too late in the afternoon. While I was doing so, with four envelopes of sealed evidence in my possession, the Connecticut Criminal Court issued a warrant for my arrest and set bail at $75,000, even though it knew my house was being foreclosed upon. The charge was "harassment" Conn Gen. § 53-183a of DSS, more specifically Astread Ferron-Poole over 1 text message. Concurrently almost immediately previous to this subconsciously knowing my fate I provided 6 emails to the Chief Information Officer at the Connecticut State Police directly proving not only my innocence, but the guilt of dozens of state employees these emails were sent from j_emt@hotmail.com to CSP.PIO@ct.gov. I voluntarily surrendered myself with the 4 stacks of conditionally under seal evidence shortly after being informed of the warrant for my arrest at the Troop H barracks 100R Washington St, Hartford, CT 06106, United States. During booking I stated several times on camera charging me with this offense was Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment". Not realizing the police were complicit in this Felony. As they refused to review any of the conditionally under seal evidence even attempting to physically cover it from the police body cameras noting on video "I am not reviewing any of that". I only weighed 47 kgs and had to park my car in a handicapped spot to even voluntarily surrender myself.

The Connecticut State Police transferred me to the custody of Hartford County Correctional at 177 Weston St, Hartford, CT 06120, United States. I was assigned inmate #447965. The last time I saw the 4 envelopes of sealed evidence was at 21:20 hours on April 11, 2024. I was transferred to the inpatient unit at Hartford County Correctional mainly due to my extreme psychological illness, gender identity, and I assume being 47 kg. The next morning April 12, 2024 to Harford Criminal Court at 101 Lafayette St, Hartford, CT 06106, United States. I was brought before a male bail commissioner and 2 female attorneys from the Connecticut Public Defenders Office. I told them about the Injunction and showed them property records verifying the withheld sealed evidence labelled as "misc paperwork". In addition to Amber Antonucci Program Director for Community Health Resources (CHR) Jail Diversion program within Hartford Superior Court noting I was afraid I would die if allowed to be returned to Department of Corrections custody as they had already withheld all my medication including Ativan (also known as Lorazepam).

I later when not held in solitary confinement drew what this hearing before Judge Paul Doyle April 12, 2024 looked like. Which I routinely describe in Court filings globally as my "illegal rushed arraignment". In which I am essentially commanded to stay silent and aappointed counsel via the Connecticut Public Defenders Office that as noted above was committing the Class D Felony Conn Gen. § 53-20 "Cruelty to persons" "unlawful punishment". Judge Doyle characterized me as "violent" so he could maintain me absurd bail and deny release. I requested to go to the hospital and mentioned I had made Freedom of Information Act requests. As the court ordered I not have any contact with DSS most likely to ensure I could not call any character witnesses. The Judicial Marshall laughed at me and refused to bring me to the hospital after this first kangaroo Court session.



I was returned to the Hartford County Correctional inpatient unit to cell #16. Spending days in solitary confinement sometimes without even the 1 hour allotted in the day room never given any toilet paper. The only Correctional Officer to ever show me any kindness and who can attest to my incredibly strange circumstances of incarceration and suspicious movements of me as an inmate is named Correctional Officer Lepiniski. He was the officer who opened the safe to confirm the existence of the 4 envelopes of sealed evidence and eventually told me it was "passed off". The last words I told him before I was eventually transferred was I had authorized a search not a seizure. During the around other 20 days at Hartford County Correctional. I was

not given phone access for 18 days until CO Lipenski essentially worked around his coworkers who attempted to murder me to provide it for me.

During the 18 days without phone access I characterized it as an enforced disappearance because my immediate friends and family had no idea where I was. I was moved to a separate cell for multiple days by 3 male guards and 1 female nurse next to a loud buzzing door. The lead guard at the time was white had a mustache, red hair, and a strong Brooklyn accent. The 2nd was a white male with black hair and a "man bun". The third I could not identified. The female nurse was white and older aged. Again I was completely left without Ativan which can have fatal results. I requested to go to the hospital 14 times. Until after being awake for days and lying on a cold jail cell floor to alleviate the worst of the excruciating muscle cramps and withdrawal symptoms from this attempted extrajudicial killing via forcible Ativan Withdrawal. I challenged the 3 officers and nurse with the property records confirming the withheld evidence labeled as "misc paperwork". Seizing on the fact they had made me extremely suicidal they dragged me down the hallway when I fainted told me to "stop acting". Stripped me naked stealing the property records and put me in a "turtle suit" a velcro smok essentially under which you are naked. They moved me to cell #15 CO Lepinski who was off for 3 days later noted this as odd. Even though I immediately reported the abuse and asked they check the CCTV footage. Captain Jo who came to investigate Immediately left when I mentioned the above Injunction.

The next day chained to a table in the day room APRN Patty MacKenzie attempted to gaslight me I requested a spiritual accommodation to be separated and should not make up further delusional allegations. The guard with the man bun who was present handed me a pair of clothes and they never tried to overtly murder me again, but they never resumed Ativan either. They attempted to prescribe an anti-psychotic to discredit the allegations. I refused this medication until I was threatened with beatings by Dr. Guzman with the lead guard told me not to mention the Injunction again in the day room. After complying with Dr. Guzman after the threat of corporal punishment I was eventually moved to Gulf Unit at Garner Correctional Institution at 50 Nunnawauk Rd, Newtown, CT 06470, United States.

I was able to learn the Federal Bureau of Investigations had dispatched Special Agent Jeff Sexton to my house April 12, 2024 not knowing about my "arrest" he left a business card. Neither he nor the Department of Justice Office of the Inspector General responded to any of my letters from prison. Nor has the Department of Justice actually provided any information requested under the Freedom of Information Act yet has acknowledged numerous requests. I spent 133 days total illegally incarcerated April 11, 2024-August 23, 2024 on a charge with a maximum sentence of 90 days. Judge Chaplin August 23, 2024 realized the defense and prosecution were committing the noted Class D Felony Conn Gen. § 53-20 "Cruelty to Persons" "unlawful punishment" for the 4th time in open court. Helped me through an Alford Plea made under extreme duress as I voiced their intention to immediately seek asylum in Canada noting on the record dozens of state employees had committed Felony. My assumption is Judge Chaplin denied the fee waiver for the June 5, 2025 EX Parte Emergency Petition for a Writ of Error Coram Nobis out if fear. No judge that took part in my enforced disappearance and trial in absentia was ever held accountable in fact the Judicial Review Council ethically cleared them.



**STATE OF CONNECTICUT**
JUDICIAL REVIEW COUNCIL

May 23, 2025

Jeremy Lawson
1 Lydall Street
Manchester, CT 06042

**COMPLAINT**

**JUDGE PAUL DOYLE – JEREMY LAWSON**

Dear Mr. Lawson:

The Judicial Review Council has concluded its investigation of your complaint, dated April 15, 2025, against Judge Paul Doyle and, at its meeting on May 21, 2025, determined, on the basis of the facts before it, that there was no violation of the Code of Judicial Conduct or Section 51-51i of the Connecticut General Statutes.

Please be advised further that your complaint refers to events that involved three other Judges, that is, Judge Nuala Drony, Judge Carl Schuman, and Judge Courtney Chaplin. Although you did not make a complaint against these other three Judges specifically, the event involving each Judge was investigated. At its meeting on May 21, 2025, the Council also determined, on the basis of the facts before it, that there was no violation of the Code of Judicial Conduct or Section 51-51i of the Connecticut General Statutes.

Your complaint, therefore, has been dismissed.

Sincerely,

John T. Walkley
Executive Director
Judicial Review Council

JTW/kmh

---

I made my 1st claim for international protection in Canada less than 24 hours after being released from my illegal incarceration on August 24, 2024 at Montréal-Pierre Elliott Trudeau International Airport it was noted in my asylum file I arrived In Canada with numerous Court documents. I realized the United States did not qualify as a safe third country under international law and attempted to file the below emergency injunction. To be illegally detained after 35 hours of no sleep in retaliation by the Canada Border Service August 25, 2024-September 10, 2024 at Laval Immigration Holding Centre. At the explicit direction of Offender # 3 Minister Dominic A. LeBlanc.

Superior court of Quebec
Montreal Division

# Immediate Emergency Request for Injunctive Relief
## ATTN: Duty Judge

Jeremy M. Lawson
_____          case #_____
Plaintiff                                              To be assigned by clerk

V.

Minister of Citizenship and Immigration
_____
Defendant #1

Minister of Public Safety and Emergency Preparedness
_____
Defendant #2

1. Plaintiff requests the court please review Exhibit 1 12/15/22 email obtained via FOIA. Which shows the CT Department of Social Services disregarding the plain text of a law saying they need to take victims of DV at their word for DV benefit. They chose not to because the benefit were "a LOT" of money. $1467 versus a human life.

2. Plaintiff had reported this issue to DSS Chief of Staff Astread Ferron-Poole 2/27/23 under CT state law as the Plaintiff was still an employee this was a whistleblower complaint one of 100s. Since the only requirement 545 days ago was send one email to just take victims of DV at their word for benefits. Plaintiff has petitioned their Government state and federal all branches. American media and civil rights organizations. Every ethics or internal auditing mechanism imaginable. Now has to claim asylum from the US since it is not a "safe country".

3. Plaintiff requests the court reviews Exhibit 2 an email sent I 8/25/24 to the US DOJ, US consulate in Montreal, Former Press Secretary for the Citizenship and Immigration, Current Director of Communications, US Embassy in Ottawa, The CEO Meghan Scanlon of the Connecticut Coalition Against Domestic Violence (CCA DV),  Liza Andrews the director of Public Policy, President of the University of Connecticut (UConn), General Counsel of UConn, and Public records at Uconn (to make it public record. This show a nation embracing fascism with bureaucracy as a cloak screen. Renditioning and torturing their own citizen for reporting what they did 2/27/23. Flagrantly failing to meet Factor 3 under section Section 102(2) of the Immigration and Refugee Protection Act.

1

4. Plaintiff sees per the general information provided on the Canada-US "Safe" Third Country the 3rd Factor is:

"Factor 3: Human rights record of the United States
The United States meets a high standard with respect to the protection of human rights. It is an open democracy with independent courts, separation of powers and constitutional guarantees of essential human rights and fundamental freedoms."

5. Plaintiff request the court review Exhibit 3 sent to the same recipients 8/25/24 describing a court that is clearly not independent up until 8/23/24 were the text book definition of a kangaroo court. In attempting to make the assertion the Plaintiff had harassed Astread Ferron-Poole. Clearly Plaintiff had a legitimate reason to contact her and the State had been engaging in whistleblower destruction (retaliation is too tame a term). Continuous harm to the plaintiff and democracy is a daily occurrence. In a world in which you arrive in a country and everyone by default assumes it is safe when the DOJ knew about this since 4/6/24. By 8/23/24 dozens if state employees had committed Conn Gen S. 53-20 "cruelty to person" "unlawful punishment". Attempted Murder via forcibly Ativan Withdrawal. Illegal seizure and destruction of "conditionally under seal" Exhibits. Solitary

Withdrawal. Illegal seizure and destruction of "conditionally under seal" Exhibits. Solitary confinement with no toilet paper. Abysmal conditions that were all systemic. With this information in a Canadian Court and with it in the hands of Defendant #1's ministry allow the United States to be designated under s. 159.3 of the IRPR.

6. Plaintiff has proved merits of claim, standing rights to bring it, Public importance, balancing of equities. Not just irreparable harm, but continuous. The Plaintiff will note for the courts Future review many emails showing ablest and transphobic asylum process In Canada. Plaintiff is Non-Binary uses they / them Pronouns. Prays to God this Court will just grant an immediate name change to Borealis Hedling the name consistent with their gender identity. Plaintiff is not "Mr." anything it makes no sense to presume gender and add unnecessary prefixes. Prongs per cited case law appear to be met for injunctive relief

RJR MacDonaldInc [1994] 1 SCR 311, 334. See also MetropolitanStores [1987] 1 SCR 110

7. Given the Plaintiff specific PTSD triggers this process is so horrifying. The Plaintiff ever growing stand rights requires sparing the individual who will meet the Plaintiff at 12p. Plaintiff has no place to stay, requires medical evaluation, and complicated medical intervention they have requested the State Department now help facilitate. Given the after hours emergency number on the US Consulate in Montreal website says call another number then that one says call another. Plaintiff lacks an actual wireless carrier to reliably call the 3rd phone loop.

8. Bureaucracy is a crime against humanity. Administrative and procedural law unnecessary delays and tricks the powerful use against vulnerable populations. Our constitutions are disregarded for policy and the deference of a court system that disregards equity. At least in the US treats the words "Emergency!" and "Please help

2

me!" as meaningless. They want $405 while the Plaintiff screams the Defendant controls even that they keep withholding it illegally. Luckily it appears Canadian law can provide a sufficient prejudgment remedy to cover the basic logistics of even having sufficient food, shelter, legal assistance, privacy, transportation, medical care (urgently), and firm diplomatic boundaries regarding the US Government. Plaintiff asserts you need to be able to actually stand to exercise your standing rights to their full extent. The US made me feel like I was their property more than a human being. Access to Justice requires immediate assistance from this Government. See case Zeitoun v EconomicalInsurance Group (2008) 91 OR (3d) 131, 145-146; 292 DLR (4th) 313 (Div Ct), affirmed in [2009] ONCA 415; 96 OR (3d) 639.

"t]he issues raised transcend the individual interests of the particular litigant, are of public importance, and have not been resolved in previous cases"

British Columbia (Minister of Forests) v Okanagan Indian Band (2003)  3 SCR 371

9. Plaintiff has no adequate remedy under law. Is entitled under the UN Declaration of Human Rights to live in a world without fear. Being homeless in an endless bureaucracy loop while the Government as always is inaccessible in any meaningful capacity on weekends. Injunctive Relief is a common equity mechanism to put defendants on notice and provide equitable relief.

Wherefore the Plaintiff Prays this Court:

Injunctive Relief:

1. Takes this Request "as is". Require no filing fee, suspend procedural law, Rule of merits of case immediately. Accept all Exhibits as forwarded emails.
2. Provide the Plaintiff immediate name change to "Borealis Hedling" and permanent residency with protections asylum seekers are afforded.
3. End the practice of deadnaming and misgendering of trans and Non-Binary individuals in all Government Services.
4. Require explanation of the ACA to asylum seekers to ensure their process is not hindered by lack of accommodation due to disability.
5. Provide Plaintiff a single point of contact with the Government of Canada to assess



hindered by lack of accommodation due to disability.

5. Provide Plaintiff a single point of contact with the Government of Canada to assess needs in depth. Provide relief based on that immediate emergency assessment. (Bill the US government for everything)
6. Extend whistleblowers any special constitutional rights or protections this Court deems just or proper.
7. Revoke the United States designation under under s. 159.3 of the IRPR.
8. Appointment of legal counsel to this and all future related litigation under the Jurisdiction of this court.
9. Any other relief this Court deems Just and Proper.

3

Court has subject Matter Jurisdiction under The Constitution Act 1867.

I certify under penalty of perjury the information contained in this complaint is true and complete to the best of my knowledge

Legal name: Jeremy Lawson

Hopefully soon to be legal name: Borealis Hedling

They / Them

8/25/24

Montréal-Pierre Elliott Trudeau International Airport

Client id: 141953168

4

The United States State Department was kept informed via fax and recorded Phone calls made to the US Consulate in Montreal. They have still refused to release these calls under a October

29, 2024 request they acknowledged November 6, 2024. This is still the subject of ongoing litigation in openly corrupt US Courts that demand fees to even review these issues.



US District Court District of Columbia
Case No: 1:24-cv-02615-TNM

Emergency Motion to Compel release of US State Department FOIA Request Ref:
F-2025-02637

Jeremy M Lawson

V.

The Department Of Justice

The Plaintiff respectfully requests this Court compels the release of the calls the

Proposed Intervenor made between August 25, 2024 to September 10, 2024 to the US

Consulate in Montreal. As the compelling need the State Department assigned the

acknowledged request November 6, 2024 is still applicable. The Proposed Intervenor requests

the Court also ensure the appropriate Office of the Special Counsel investigation is not impeded

per 5 U.S.C § 552.


I.    Background


The State Department per EX 12.1 acknowledged the compelling needs of the Plaintiff

November 6, 2024 regarding the Plaintiff's October 29, 2024 FOIA request  for release of the

calls the Plaintiff made between August 25, 2024 to September 10, 2024 to the US Consulate in

Montreal from Laval Immigration Holding Centre. Yet even with expedited status and countless

requests for follow up have withheld this information.


Conclusion

The Plaintiff respectfully requests this Court compels the release of the calls the

Proposed Intervenor made between August 25, 2024 to September 10, 2024 to the US

Consulate in Montreal. As the compelling need the State Department assigned the

1

acknowledged request November 6, 2024 is still applicable. The Proposed Intervenor requests

the Court also ensure the appropriate Office of the Special Counsel investigation is not impeded

per 5 U.S.C § 552.


Memorandum of Law:

"Congress shall make no law respecting an establishment of religion, or prohibiting the free
exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people
peaceably to assemble, and to petition the Government for a redress of grievances."

-United States Constitution, Amendment I

"(F)
(i)Whenever the court orders the production of any agency records improperly withheld from the
complainant and assesses against the United States reasonable attorney fees and other

"(F)

(i)Whenever the court orders the production of any agency records improperly withheld from the complainant and assesses against the United States reasonable attorney fees and other litigation

costs, and the court additionally issues a written finding that the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously with respect to the withholding, the Special Counsel shall promptly initiate a proceeding to determine whether disciplinary action is warranted against the officer or employee who was primarily responsible for the withholding. The Special Counsel, after investigation and consideration of the evidence submitted, shall submit his findings and recommendations to the administrative authority of the agency concerned and shall send copies of the findings and recommendations to the officer or employee or his representative. The administrative authority shall take the corrective action that the Special Counsel recommends.

(ii)The Attorney General shall—

(I)notify the Special Counsel of each civil action described under the first sentence of clause (i); and

(II)annually submit a report to Congress on the number of such civil actions in the preceding year.

(iii)The Special Counsel shall annually submit a report to Congress on the actions taken by the Special Counsel under clause (i)."

-5 U.S.C § 552 4(f)

I swear under penalty of perjury this complaint is complete and true to the best of your knowledge.

2

Signed on the 30th of October 2025 at Travelodge Plus Dublin City Centre 44 Townsend ST Rm 120 Dublin 2 (Ireland).

Respectfully Submitted,
/s/ Borealis S Hedling
Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

Nos: To be assigned

**BOREALIS S HEDLING (Formerly Jeremy M Lawson)**
Plaintiff - Apellee

V.

**THE DEPARTMENT OF JUSTICE**
Defendant

On Emergency Appeal from the United States District Court
For the District of Columbia

APPELLEE'S EMERGENCY BRIEF

Borealis S Hedling
Pro se Litigant
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

Dated this November 5, 2025

---

**SUMMARY OF CASE AND
STATEMENT CONCERNING ORAL ARGUMENT**

Following an attempt October 30, 2025 to File an Emergency Motion to proceed in Forma
Pauperis, Consolidated Motion to Clarify / Recuse/ Reopen / Appoint Counsel, Emergency
Request for a Declaratory Judgment and Permanent Injunction, and Emergency Motion to
Compel  with the US District Court District of Columbia. Presiding Judge Trevor N McFadden
November 5, 2025 refused to allow the filings against Article  13, & 14 UN Convention against
Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. As he has continually
participated in abuse of discretion to use procedural law to subvert the rule of law since

2

## TABLE OF AUTHORITIES

**International Instruments**

Article 13 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment
or Punishment.................................................................................... 1, 3, & 4

Article 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or
Punishment........................................................................................ 1, 3, & 4

## STATEMENT OF JURISDICTION

This Court in Lieu of the US District Court District of Columbia to act lawfully since September

11, 2024 has Jurisdiction over this case under Article 13 & 14 of the UN Convention against

Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

## STATEMENT OF ISSUES

1. Did the court withhold judicial relief since September 11, 2024 to ensure the United

   States could falsely maintain the designation of being a safe third country against

   international law.

2. Did the court violate Article 13 & 14 of the UN Convention against Torture and Other

   Cruel, Inhuman or Degrading Treatment or Punishment by withholding Declaratory and

   Injunctive relief since September 11, 2024.

3. Did the court deprive themself of personal jurisdiction over the Plaintiff by acting in bad

   faith since September 11, 2024. Thus giving this Court immediate jurisdiction to meet the

3

United States requirement to have a domestic framework to allow an enforceable right to

fair and adequate compensation as required by Article 14 of the UN Convention against

Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

## STATEMENT OF THE CASE

On October 30, 2025 the Plaintiff attempted to File an Emergency Motion to proceed in Forma

Pauperis, Consolidated Motion to Clarify / Recuse/ Reopen / Appoint Counsel, Emergency

Request for a Declaratory Judgment and Permanent Injunction, and Emergency Motion to

Compel with the US District Court District of Columbia. Presiding Judge Trevor N McFadden November 5, 2025 refused to allow the filings against Article 13, & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. As he has continually participated in abuse of discretion to use procedural law to subvert the rule of law since September 11, 2024 he has issued the equivalent of a Final Judgement.

The Emergency Motion for a Declaratory Judgment and Permanent Injunction requested the following relief:

"Wherefore the Plaintiff Prays the Court:

Declaratory Relief:

1. Declares people who Petition the Government of a Redress of their Grievances have a right to an effective remedy.

2. Declares the Courts of the United States recognize Borealis Serenity Hedling is a Citizen of The United Kingdom

4

Injunctive Relief:

1. The Court accepts that the Plaintiff's has renounced their Citizenship. Is no longer a citizen of the United States.

2. Direct the Clerk to change the Plaintiff's name in the Case Header to "Borealis S Hedling".

3. Any relief this Court Deems Just and Proper."

## SUMMARY OF ARGUMENT

The Courts of the United States can't just ignore international law and victims of torture because the torturers are heads of state and judges.

## ARGUMENT

### I. THIS COURT SHOULD GRANT RELIEF ILLEGALLY WITHHELD BY THE LOWER COURT

#### A. US Judges are Not Immune to International Criminal Law

Victims of torture have an enforceable right to fair and adequate compensation and as full a means of rehabilitation as possible. Impunity thrives on systems that deliberately abandon rule of law to shield institutional actors. The Principles Of Jus Cogens are non-derogable you can't use judicial proceedings to psychologically torture a victim seeking redress via gaslighting and weaponizing procedural law. The Nuremberg Principles were developed because individual criminal responsibility was deemed necessary to ensure non-recurrence to avoid Genocide, Crimes Against Humanity, and Wars of Aggression. Sadly without a court of Universal

Crimes Against Humanity, and Wars of Aggression. Sadly without a court of Universal

Jurisdiction or even just Domestic courts exercising it there will never be a process of

transitional Justice for victims of atrocities.

5

**CONCLUSION**

Based upon the foregoing, the plaintiff-appellee, Borealis S Hedling requests this court grant the

Plaintiff the relief and judicial relief the Plaintiff sought in the October 30, 2025 Emergency

Motion to proceed in Forma Pauperis, Consolidated Motion to Clarify / Recuse/ Reopen /

Appoint Counsel, Emergency Request for a Declaratory Judgment and Permanent Injunction,

and Emergency Motion to Compel.

Dated November 5, 2025

Respectfully Submitted,
/s/ Borealis S Hedling
plaintiff-appellee
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

6

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(a)(7)(B), the plaintiff-appellee states that this brief

contains 1,151 words.

The Immigration and Refugee Board of Canada held 2 detention Hearings August 29, 2024 and September 5, 2024 in which they illegally maintained my detention yet never questioned the validity of my fear of persecution. The friend of the Court appointed to help me Laila Demirdarche at Community Legal Services of Ottawa advocated for my release and was a witness to these Hearings. I withdrew my claim of international protection under duress September 6, 2024. Was eventually refouled handcuffed by CBSA agent Henry Kwan September 10, 2024. I immediately took a train from New York City to Washington DC after my bus broke down. I filed the above noted Lawsuit in US District Court District of Columbia Case No 1:24-cv-02615-TNM September 11, 2024 Lawson V The DOJ. With a copy of the April 11, 2024 police report the Connecticut State Police released to the Canadian Government, but will not release to me. A letter to the US Ambassador to Canada sent via the US Consulate in Montreal. A copy of the August 29, 2024 detention Hearing transcript. Along with a detailed guide on what key exhibits to access from the April 3, 2024 Injunction Hartford Superior Court Docket #HHD-CV24-5082600S Lawson v The Department of Social Services et al. Per the below November 7, 2025 UN Special Procedures report Judge Trevor N McFadden has refused to provide any relief and the Judicial Conference of the United States has refused to hold him accountable.



Emergency Request for a Declaratory Judgement /
Preliminary Injunction   Emergency Motion for Summary Judgement
(Harmon v UM)
~ Before TRO Would be effective DOJ &
  US wants me to
  this happen in
  extreme depth

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**RECEIVED**

SEP 11 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:24-cv-02615
Assigned To : Unassigned
Assign. Date : 9/11/2024
Description: Pro Se Gen. Civ. (F-DECK)

Jeremy M. Lawson

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The Department of Justice

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☒ No

The Federal Bureau of Investigation
The State Department

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if
        needed.

        Name               Jeremy M. Lawson

        Street Address        1 Lydall St

        City and County     Manchester  (Hartford County)

        State and Zip Code  Connecticut, 06043

        Telephone Number  Need to Change Canadian Government Illegally
        E-mail Address      J-eLn@hotmail, Corp

    **B.     The Defendant(s)**    Relocating to DC or Baltimore
                             Asylum in Canada was illegally denied

        Provide the information below for each defendant named in the complaint, whether the defendant is an
        individual, a government agency, an organization, or a corporation. For an individual defendant,
        include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5



Submission of Information to Special Procedures Report                                                       s530bd73

 

**UNITED NATIONS**
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

**Reference:** s530bd73                                          **Date:** Friday, November 7, 2025

**Type:** Human rights violation                                **Original:** English

**Consent:** I am/we are the alleged victim(s), and I/we give my/our consent

---

### Related mandates

- freedom of opinion and expression
- human rights defenders
- independence of judges and lawyers
- Transitional justice
- disability

---

### Victims

**Name:** Borealis Hedling                                      **Type:** Individual

**Sex:** Other

**Pronouns:** They / Them                                       **Salutation:**

**First name (used name):** Borealis                            **Family name (used name):** Hedling

**Gender identity (self-identified):** Non-binary

**Date of birth approximate?** 29/03/1991                       **Victim is a child (under 18 years of age)?** No

**Nationality:** United Kingdom of Great Britain and Northern Ireland    **Email:** borealis.appeals@gmail.com

**Telephone:** 19599998957                                      **Address:**
                                                                Travelodge Plus Dublin City Centre
                                                                44 Townsend ST Rm 120
                                                                Dublin 2 (Ireland)

**Occupation:** Human Rights Defender                           **Other status:** Person with disability, Refugee / asylum seeker, Other
                                                                (Pansexual / demisexual )

**Affiliation or activity:** Humanitarian, solidarity, human rights-related activity

---

### Submitted by

**Name:** Borealis Hedling                                      **Type:** Individual

**Pronouns:** They / Them                                       **Salutation:**

**First name (used name):** Borealis                            **Family name (used name):** Hedling

**Gender identity (self-identified):** Non-binary

**Email:** borealis.appeals@gmail.com                           **Telephone:** 19599998957

**Address:**
Travelodge Plus Dublin City Centre
44 Townsend ST
Dublin 2 (Ireland)

---

### Disclosure

Submission of Information to Special Procedures Report                                                    s530bd73

**Does the alleged victim(s) or group/community agree to have their name(s) disclosed in a letter that may be sent to the Government, or others, such as intergovernmental organisations including United Nations entities, businesses, military or security companies?**
Yes

**Does the alleged victim(s) agree to have their name(s) appear in a public report to the Human Rights Council?**
Yes

**Case details**

| | |
|---|---|
| **Country where the incident allegedly occured/is occuring/might occur:** United States of America | **If relevant to your submission, please indicate whether there are additional country/ies where the incident allegedly occurred/is occurring/might occur, or otherwise related to the case submitted** Sweden, Switzerland |

**Please provide a short chronological summary of the incident: what happened; when (date/time); who was involved?**
As the UN Special Rapporteurs on this report are aware I am a human rights defender who caught the State of Connecticut not taking victims of domestic violence at their word for emergency benefits 27/2/23. To lose my career then fighting using civil rights litigation. To be enforced disappeared in retaliation 11/4/24. Subjected to an attempted extrajudicial killing via forcible Ativan Withdrawal during 18 days of being held in solitary confinement. Eventually held illegally for a total of 133 days 11/4/24-23/8/24 43 days past the maximum sentence saved by Judge Chaplin who still won't come forward publicly most likely due to fear for his life or career. I went to Canada and tried to file an Injunction showing the US was nut a safe third country under international law. To in retaliation be detained illegally 25/8/24-10/9/24 with the State Department being well informed via recorded phone calls and fax. Eventually dumped back on US soil handcuffed.

Which is what this report concerns the US District Court District of Columbia Case No 1:24-cv-02615-TNM Lawson V The DOJ. A case filed 11/9/24 in DC the day after the Canadian Government refouled me with the cooperation of the US Government. The Presiding Judge Trevor N McFadden from 11/9/24-3/12/24 ensured I received no relief to ensure the US could falsely maintain the designation of being a safe third country. During this time I was refouled by the Swiss Embassy in DC 12/9/24 their Supreme Court will still not provide timely relief either via medical evacuation by the Swiss Embassy in Dublin. I was refouled by the UK Embassy in Iceland 23/10/24. Subjected to a brutal campaign of psychological torture by Iceland 15/9/24-12/11/24 insisting the US was by default "safe" regardless of evidence. Ending in a unannounced police kidnapping back to the US 12/11/24 the day after I reported their President to the International Criminal Court. To be left homeless to die in Maryland with the full endorsement of the European Court of Human Rights Filtering Section. To have this case be closed not providing for the postponing of the 2024 US Election among numerous requests for injunctive and Declaratory relief.

The Judge Trevor N McFadden refused to reopen the DOJ case 31/1/25 was shielded by Judge Nagala in US District Court District of Connecticut Case 3:25-cv-163-SVN which only existed to expose corruption and organize data for an indifferent House Foreign Affairs Committee about the State Department Bureau of Democracy, Human Rights and Labor planning to lie on 2024 Country Human Rights Reports. I was refouled by the Peruvian/Brazilian/Ecuadorian/Dominican Consulates in Connecticut. Now as I am desperately trying to get any judicial relief as Ireland also left me to die homeless on my 10th claim of asylum 30/7/25 refusing to build a court of Universal Jurisdiction as required by Article 14 of the UN Convention against Torture based on my case and the Principles of Erga Omnes. I have to beg via an Emergency Appeal to the US Court of Appeals for the District of Columbia in Case No 25-5398 to even have the right to have my filings reviewed as Judge McFadden can violate international criminal law openly. In front of the UN. COE, OAS, and EU with Impunity. While the US Congress and Executive Branch just openly flaunt International law in almost every aspect of their operation. Donald J Trump still holds Abrego Garcia and his family Hostage. Not being held accountable for various Crimes Against Humanity including construction of concentration camps, mass deportation, torture, and aiding and abetting Israel's Genocide. Peddling a peace plan that openly violates international law depriving the Palestinian people of Reparations and self determination. The International community is well aware the UN Security Council violating the Charter by refusing to use Article 34 appropriately makes the ICJ advisory opinion on Palestine binding as the competent authority.

**Are there witnesses to the incident?** Don't know

**Is there evidence or substantiating information concerning the incident?** Don't know

**Does the alleged victim believe she/he was targeted due to her/his** Engagement in human rights, trade union, political, religious activities or other types of activities, LGBTI, National origin

Engaged in High level human rights litigation against judges and heads of state. Having presented a right to the creation of a court of Universal Jurisdiction under Article 38 of the Constitution of Ireland as no domestic or international remedy will provide relief as they shield the perpetrators. Including President Donald J Trump.

**Has the incident been reported to the relevant authorities?** Yes

**Please include details of any complaints filed or any other action taken by the alleged victim(s) or anyone else on their behalf?**
NATO, Council of Europe, EU, Organization of American States, dozens of countries refusing to use Article 35 of the UN Charter.

Most recently brought up issue of complete lack of accountability to Judicial Confrence of the United States.

**Has the Government taken action to prevent or investigate the incident, punish the perpetrators, or ensure compensation to the alleged victim(s)?** No

**Is this case under consideration by any other international or regional body?** Don't know

freedom of opinion and expression

**Please indicate any views, affiliations, past or present participation in political, social, ethnic or labour group/activity.**
Constantly speaking truth to very powerful organizations be it countries, the catholic church, civil society, or academia telling the Story of Sophie Scholl and dangers of fascism. By sharing my story and the legal framework to ensure non-recurrence while cataloging similar violations of international law. Using court systems to organize the data and test those systems ethically.

United Nations Office of the High Commissioner for Human Rights                                              2/3



Submission of Information to Special Procedures Report                                    s530bd73

**Please indicate the nature of the medium affected (newspaper, independent radio, etc.), including circulation and frequency of publication or broadcasting, public performances, etc, as well as the political orientation of the medium, if relevant.**
Court filings and media.

**If the incident involves restrictions on a medium (e.g. censorship, closure of a news organ, banning of a book, etc.); please indicate the identity of the authority involved (individual and/or ministry and/or department), the legal statute invoked, and steps taken to seek domestic remedy.**
Went to the Press Ombudsman in Ireland 12/10/25 against the Irish Times suppressing information materially important to the right of self determination in several countries with no response. Continually have reported judges including the entire 4th Circuit Judicial Council for suppressing information that would benefit Abrego Garcia and victims of the Trump and Bukele administration.

**If the incident involves arrest of an individual or individuals, the identity of the authority involved (individual and/or ministry and/or department), the legal statute invoked, location of detention if known, information on provision of access to legal counsel and family members, steps taken to seek domestic remedy or clarification of personA¢â,¬â,,¢s situation and status.**
Currently I am a prisoner of the Government of Ireland being executed via poverty and PTSD to ensure I can't provide evidence to relevant UN subcommittees under Optional Protocols. Literally using the International protection process to not issue me travel documents. Disregarding Article 14 of the UN Convention against Torture so I have no resources to meaningfully fight back. Not even the basic 40 euro a week allowance...

**human rights defenders**

**Please indicate the status of the alleged victim(s) as a human rights defender: in what human rights activity is the alleged victim (person(s) / organization) engaged?**
Engaged in High level human rights litigation against judges and heads of state. Having presented a right to the creation of a court of Universal Jurisdiction under Article 38 of the Constitution of Ireland as no domestic or international remedy will provide relief as they shield the perpetrators. Including President Donald J Trump.

**Perpetrators**

**Please specify the number of alleged perpetrators:** 1

**Is the identity/occupation of the alleged perpetrator(s) known?** Yes

Judge Trevor N McFadden (main judicial perpetrator)

**Were the alleged perpetrators State agents or believed to be State agents?** Yes

US District Court District of Columbia Judge

**If the alleged perpetrators were State agents, were they acting in their official capacity?** Yes

John Sauer US Solicitor General has argued election interference can be an "official act" in some respect so if a US District Court Judge appointed by Donald J Trump helped ensure the 2024 US Election proceeded illegally to benefit him it would be an official act. So The President could claim immunity even if international law and the Fundamental Right to self determination does not allow it. As seen with Palestine he doesn't care what Fundamental freedoms or inalienable rights he threatens as long as he can accumulate power to hang on no matter the cost he will. The world is more than happy to let him rather than follow the Nuremberg Principles.

On September 12, 2024 I informed The UN High Commissioner on Refugees, International Criminal Court, and Embassy of Switzerland in DC of my need for protection. The Government of Switzerland against their own human rights defender guidelines refused me any help when I presented myself at the Embassy of Switzerland September 12, 2024. Eventually excluding this interaction from their 2024 Human Rights Report obtained via the Swiss Freedom of Information Act. Even gaslighted me the actions of the Swiss Embassy were ethical when I made a whistleblower complaint to the independent whistleblower platform of the FDFA. The Federal

Administrative Court, Cantonal Court of Zurich, and as noted Supreme Court of Switzerland have refused to help.



I ran to Iceland September 15, 2024 claiming Asylum on a layover as the Netherlands details asylum seekers automatically my Injunction was also ignored and I was turned away from the Reykjavík District Court September 16, 2024.

District Court of Reykjavík

Case No_____

# Request for Emergency Declaratory and Injunctive Relief

Borealis S. Hedling

V.

The Netherlands

Iceland

1. Plaintiff has been exceptionally wronged by both the US and Canada just for making the Whistleblower Complaint 2/27/23. Take victims of Domestic Violence at their word for emergency benefits. It would have taken 1 email to fix. Plaintiff requests Court review EX 1, 2, and 3 before proceeding (provided in form of emails with organized evidence and who has that evidence).
2. Canada is allowing the US to still have a designation under the third safe agreement in violation of IRPA Section 102 (2) with substantially more information than provided in EX 1-3. In flagrant violation of international human rights laws. Maintaining intimidation of a public university and 501(c) 3 to deprive them of their right to advocate for the civil rights victims and survivors of domestic violence. Including the 1951 UN Convention of Refugees, UN Charter, The Universal Declaration of Human Rights, Declaration on the Elimination of Violence Against Women, and International Covenant on Civil and Political Rights. Especially The Universal Declaration of Human Rights Declaration on the Elimination of Violence Against Women. In regards to the Plaintiff Article 14 of the Universal Declaration of Human Rights.
3. Plaintiff will format the defendant's constitution. To make their case and allow the court to absorb the original jurisdiction questions. Along with determine boundaries within International Courts might have Subject Matter Jurisdiction.
4. **Right to equal treatment under law in regards to Civil and Human Rights:**

VII.
Article 65
Everyone shall be equal before the law and enjoy human rights irrespective of
sex, religion, opinion, national origin, race, colour, property, birth or other status.
Men and women shall enjoy equal rights in all respects.

To avoid violation of human rights normal proceedings of Asylum Seeking should not be in front of any body of Government besides the courts. To also avoid revictimization based on 8/25/24 experience with Canada Border Service and subsequent illegal arbitrary detainment. Especially in regards to Plaintiff's relationship to any process with bureaucracy involved mixed with direct past trauma See EX 4. Plaintiff was already told by a border patrol agent 9/15/24 they would never get Asylum from the US. Asked about psychiatric hospitalization versus actual merits of fear of persecution or danger Plaintiff faced in US. In blatant violation of discriminating based on national origin. The systemic bias absent the context and data the Plaintiff has provided this Court and Ministry of Justice has made this process already retraumatizing. Just like fingerprint taking as Plaintiff per Exhibits disappeared for 18 days into DOC custody. In solitary confinement with no toilet paper. Did not get to shower for 2 weeks. Was left next to a loud buzzing door to die of Ativan Withdrawal. So when CBSA took them then illegally detained the Plaintiff this process happened for a 3rd time today was awful.

5. **Citizenship granted according to law:**

Article 66
No one may be deprived of Icelandic citizenship. Loss of citizenship may,
however, be provided for by law, in the event a person accepts citizenship in

another State. An alien can only be granted Icelandic citizenship according to law.

Plaintiff's Asylum Application must become before the courts as soon as possible. There is an inherent right of access to the courts Plaintiff has been denied in extreme degrees. They do not want any association with the US thus per request for injunctive relief prayer for relief #4. Plaintiff is seeking immediate grant of citizenship and Asylum protections via judicial review and court order.

End note

The US and Canada are "so-called" safe countries they are not obviously.

Wherefore the Plaintiff Prays the Courts:

**Declaratory Relief**:

Determine bureaucracy is a systemic Crime Against Humanity.

Determine importance of Syntax and order of Constitutions. Use of Gender Neutral Language in Constitution based on LGBTQIA+ civil rights protections.

Determine what diirect constitutional protections are necessary for whistleblowers.

**Injunctive Relief:**

1. Take consolidated filling via email and "as is".
2. Waiver of all fees to bring and sustain this action.
3. Accept filing without use of "legal name" it is deadnaming. Immediately change name to "Borealis Serenity Hedling".
4.  Grant Citizenship and instant Asylum protections.
5. Any relief this Court deems Just and Proper.

I certify under penalty of perjury the information contained within this complaint is complete and true to the best of my knowledge

Borealis Serenity Hedling

9/16/24

Hopefully soon not "legal name": Jeremy Lawson

The Icelandic Supreme Court ignored me. The European Court of Human Rights began their extreme campaign of gaslighting when I attempted to call out these violations September 23, 2024.



The abuse of Iceland is already well covered in the oral evidence and a 6th preemptive November 8, 2024 Rule 39 Interim measures request thar was also transmitted to the International Criminal Court.

See US District Court District of Columbia Case No 1:24-cv-02165-TNM

Lawson

V.

The Department of Justice

Evidence provided concurrently to â€œfadi.el-abdallah@icc-cpi.intâ€ . Working on records request for US state department as well.

District Court of Reykjavik Case No: HDR202401-0001 illegally closed 31/10/2024

Jeremy M Lawson

V.

Iceland

See Icelandic National Archives entered emails fromâ€™j_emt@hotmail.comâ€, â€œjeremy.lawson1991@gmail.comâ€, and â€œborealis.hedling@gmail.comâ€.

I still have not been granted protection by the President of Iceland, The District Court of Reykjavik, or The Immigration Appeals Board. I am being treated like an animal and I am afraid the Icelandic police will come for me against the Nuremberg principles due to hyper vigilance. I have Article 14 rights to enjoy asylum and freedom from fear of persecution. Rights under the UN Convention Against Torture Article 13 & 14. This is evil please help meâ€¦

## Confirmation

**Submission ID# 36a85c98-127c-4ebd-9155-c8dbda61e3cc**     **Submission Date# 11-11-2024**

### Evidence List

| FILE NAME | EXTENSION | SIZE |
| --- | --- | --- |
| EX 46 03-11-2024 Emergency Letter to the Japanese Ambassador to Iceland .PDF | PDF | 33.08 KB |
| EX 14 Ref_ F-2025-02637 Freedom of Information Act Acknowledgement.PDF | PDF | 76.19 KB |
| EX 107 signed transporting refugees like inmates.PDF | PDF | 4.71 MB |
| EX 43 Revised Iceland International Criminal Court Referral.PDF | PDF | 58.73 KB |
| EX 57 Hard to Starboard giving the Torture USB to the pirate party.PDF | PDF | 14.93 MB |
| EX 39 EX 5 Lawson V Iceland .PDF | PDF | 4.37 MB |
| EX 21 EX160 Fee waiver.PDF | PDF | 494.2 KB |
| EX 47 06-11-2024 Addendum to Emergency letter to Japanese Ambassador to Iceland .PDF | PDF | 36.61 KB |

| | | |
|---|---|---|
| EX 9 24-O-25171 Lawson Closing Letter.pdf | pdf | 305.28 KB |
| EX 55 Iceland wants the torture USB drive back.PDF | PDF | 49.31 KB |
| EX 1 FOIA DSS email 15-12-22.pdf | pdf | 149.4 KB |
| EX 6 Addendum to complaint DC Bar Office of Disciplinary Counsel.PDF | PDF | 45.3 KB |
| EX 38 EX 4 Lawson V Iceland .PDF | PDF | 6.19 MB |
| EX 13 Emergency EXPARTE Notice 11_3_2024(1).PDF | PDF | 247.02 KB |
| EX 44 Customary International Law.PDF | PDF | 2.21 MB |
| EX 20 sign N244 Application 5-11-2024.pdf | pdf | 181.43 KB |
| EX 33 request to amend 5-11-2024 Sir.PDF | PDF | 124.72 KB |
| EX 19 UK SC moot case subject matter jurisdiction met.PDF | PDF | 167.28 KB |
| EX 52 Emergency Complaint on unsafe discharge 10-9-24.PDF | PDF | 70.09 KB |
| EX 15 Motion for a stay Lawson V The DOJ .PDF | PDF | 59.31 KB |
| EX 10 Postpone Election EMERGENCY EX PARTE TRO.PDF | PDF | 61.62 KB |
| EX 47 06-11-2024 Addendum to Emergency letter to Japanese Ambassador to Iceland .PDF | PDF | 36.61 KB |
| EX 18 Email to Canadian Embassy.PDF | PDF | 4.02 MB |

## Confirmation

**Submission ID# 36a85c98-127c-4ebd-9155-c8dbda61e3cc**                    **Submission Date# 11-11-2024**

| | | |
|---|---|---|
| EX 26 22-10-24 UK Supreme Court Letter.pdf | pdf | 73.69 KB |
| EX 5 Complaint Against Attorney General Merrick Garland (1).PDF | PDF | 220.51 KB |
| EX 120 signed Complaint to French Ambassador.pdf | pdf | 2.64 MB |
| EX 12 FOIA 12 redacted.PDF | PDF | 2.28 MB |
| EX 40 EX 6 Lawson V Iceland .PDF | PDF | 1.45 MB |
| Jeremy Michael Lawson 2024-26249.MP3 | MP3 | 28.61 MB |
| EX 31 Response from Joy Morrissey MP.PDF | PDF | 285.38 KB |
| EX 34 Emergency Appeal Lawson V Iceland .PDF | PDF | 56.78 KB |
| EX 16 Kings Bench Associates-Order.pdf | pdf | 98.55 KB |
| EX 39 EX 5 Lawson V Iceland .PDF | PDF | 4.37 MB |
| EX 25 UK Supreme Court apology.PDF | PDF | 3.37 MB |
| EX 50 Motion for prejudgment remedy Lawson V DOJ et al.PDF | PDF | 115.35 KB |
| EX 41 EX 7 Lawson V Iceland .PDF | PDF | 1.34 MB |
| EX 40 EX 6 Lawson V Iceland .PDF | PDF | 1.45 MB |
| EX 15 Motion for a stay Lawson V The DOJ .PDF | PDF | 59.31 KB |
| EX 4 Merry would you grant my petition for a Writ of Certiorari.PDF | PDF | 33.37 MB |
| EX 28 29-08-2024 IRB Hearing Transcript.pdf | pdf | 6.02 MB |
| EX 38 EX 4 Lawson V Iceland .PDF | PDF | 6.19 MB |
| EX 56 loophole giving the Torture USB to Icelands President.PDF | PDF | 442.62 KB |

| | | |
|---|---|---|
| EX 42 Referral to the ICC Canada .PDF | PDF | 83.59 KB |
| EX 35 Print appeal demand to Iceland Court of Appeals.PDF | PDF | 182.48 KB |
| EX 17 EMERGENCY Appeal JEREMY M LAWSON V The Home Secretary (1).PDF | PDF | 59.27 KB |
| EX 58 cease and desist to Iceland on illegal seizure of torture USB.PDF | PDF | 1.14 MB |
| EX 51 US state department refoulment loan.PDF | PDF | 2.68 MB |
| EX 7 illegal closure of complaint on Merrick Garland DC Disciplinary Counsel.pdf | pdf | 260.74 KB |
| EX 36 EX 1-2 of Lawson V Iceland.PDF | PDF | 1.87 MB |

## Confirmation

**Submission ID# 36a85c98-127c-4ebd-9155-c8dbda61e3cc**    **Submission Date# 11-11-2024**

| | | |
|---|---|---|
| EX 30 illegal closure of ReykjavÃk District Court case.PDF | PDF | 873.03 KB |
| EX 8 Messages to White House.PDF | PDF | 810.69 KB |
| EX 24 21-10-2024 UK Supreme Court letter.pdf | pdf | 68.52 KB |
| EX 23 Exhibits List Lawson V Morrissey et al(1).PDF | PDF | 34.01 KB |
| Emergency Notice Leaving Iceland Safety Plan .PDF | PDF | 51.1 KB |
| EX 47 06-11-2024 Addendum to Emergency letter to Japanese Ambassador to Iceland .PDF | PDF | 36.61 KB |
| EX 37 EX 3 in Lawson V Iceland.PDF | PDF | 4.66 MB |
| EX 5 Complaint Against Attorney General Merrick Garland (1).PDF | PDF | 220.51 KB |
| Rule 39 Request 6 no refoulment to US by Iceland.PDF | PDF | 131.26 KB |
| EX 45 refugees do immolate themselves in Iceland.PDF | PDF | 2.85 MB |
| EX 22 Jeremy M Lawson V Joy Morrissey et al(2).PDF | PDF | 44.99 KB |
| EX 48 National Public Service Ethics Board _copy.pdf | pdf | 41.54 KB |
| EX 29 IRB Hearing Transcript 5-09-2024.pdf | pdf | 2.43 MB |
| EX 53 JML V DSS 4-3-24.pdf | pdf | 24.19 MB |
| EX 11 Emergency Appeal on Expediting FOIA Request No 25-00652.PDF | PDF | 44.5 KB |
| EX 3 Petition for a Writ of Certiorari .PDF | PDF | 100.95 KB |
| EX 54 Iceland the torture of getting records on your torture.PDF | PDF | 1.5 MB |
| EX 49 Letter to Chinese Embassy in ReykjavÃk Potential Article 32 para 2 claim.PDF | PDF | 47.3 KB |
| EX 32 Gender identity civil rights fight 2019.PDF | PDF | 2.19 MB |
| EX 27 10-23-23 Acknowledgement of CGS 4-176-1.pdf | pdf | 334.2 KB |
| EX 27 10-23-23 Acknowledgement of CGS 4-176-1.pdf | pdf | 334.2 KB |

Respectfully Submitted,
Legal name: Jeremy M Lawson

Plaintiff
Chosen name: Borealis S Hedling

My November 12, 2024 Unannounced police kidnapping is already well documented and the European Court of Human Rights deliberate indifference well covered.

US District Court District of Columbia

Case No: <u>1:24-cv-02615-TNM</u>

Emergency Notice being illegally refouled with police escort to Baltimore

Lawson

V.

The Department of Justice

Started drafting 1344 hours

Around 12:30 hours 11/12/2024 3 police officers from the return and repatriation unit came to illegally refoul the Plaintiff at the behest of the Directorate of Immigration. During the initial exchange to rush the Plaintiff out they emailed 100 individuals including the European Court of Human Rights press office and French Embassy where they planned to claim Emergency Asylum. The police have the Plaintiff's phone. They touched legal documents without a warrant saying they were "helping". Plaintiff showed them the Rule 39 Interim measures request #6. In several previous interactions had noted the acts of torture 23/09/2024. They ignored repeated attempts at telling them this was illegal. A violation of Article 65 and 68 of the Icelandic Constitution. They couod be charged with various felonies including risking obstruction of Justice charges in the US. That under the Nuremberg Principles they could not just say "they were following orders". That the Plaintiff filed a International Criminal Court Referral with the President of Iceland, Prime Minister, and head of the Directorate of Immigration listed. Previously asked the police to arrest the Directorate of Immigration. An individual could not be arbitrarily deported based solely on national origin. They were in violation of Article 25 of the act on Foreign Nationals not accommodating for abuse by the CT State police or Canadian Border Services Agency. They will only provide badge numbers not names even though they are wearing lanyard ids with names on them

Their deliberate indifference and blind adherence to orders is a jarring example of fascism. They asked what the Plaintiff would do in Baltimore. Plaintiff explained they were destitute. Would contact the US state department and refuse to leave the airport as they will not set foot on US soil. Once the police finally provide them a copy of this illegal rushed deportation order. They would upload it to almost 30 press secure drops. Demand the US Government pay for a flight to Ecuador. Plaintiff can survive with no food for a while. Granted they are already malnourished given the lack of ADHD medication and severe PTSD, but the US Government will leave the Plaintiff stranded after being tortured it is their normal modis operandi. Plaintiff drafted this is a locked police holding area at 1344 hours to 1407 hours 11/12/2024

6. If they deny them too they will give up for the day and return to their Icelandic Police controlled housing to dissociate and call the EU Emergency Human Rights Defenders that wants one of the many NGOs or non-profits that watched them almost die to "sponsor" they are a real human rights defender. Have outright ignored the Plaintiff's pleas for help in the past.

Astread Ferron-Poole (primary "victim" in the State of Connecticut V Jeremy M Lawson) would not send 1 email 2/27/2023 so 623 days later the Plaintiff gets to walk around Reykjavik in the intermittent rain Monday fleeing for their lives claiming Asylum a 3rd, 4th, 5th, maybe 6th time. If they fail returning to housing controlled by law enforcement that ignore allegations of torture. Subject to potential random searches without a warrant and Article 19 of the Police Act saying they must obey the Icelandic police. Probably also to another illegally blocked action by K. Ryngielewicz Registrar of the "Filtering" Section to a form letter she wrote 23 /09/2023. While 2 lawyers at the building the Directorate of Immigration per EX 112 wants the torture USB returned to by 1600 hours 11/11/2024. Threaten to expel them from the country using law enforcement regardless of evidence provide them and issue a 27 country travel ban unless the Plaintiff withdrew since the District Court of Reykjavík illegally blocked filing of an injunction 9/16/2024 to bypass this cruelty. Then illegally closed an emergency injunction 10/31/24 per EX 93 filed 10/23/24 to avoid the clearly abusive mental torture of an illegal denial 10/24/24 and another "interview" by the Directorate of Immigration the Plaintiff asked be arrested weeks ago. Literally citing the Plaintiff must appeal that illegal denial of international protection to the Immigration Appeals Board who knew of Plaintiff's case in extensive detail since 9/27/24 when they tried to appeal the illegal withdrawal, but ended up homeless without sufficient medication or clothing to survive in the cold anyways. Somehow Joe Biden and Ned Lamont are still in power and not custody.

I swear under penalty of perjury this notice is true and complete to the best of my knowledge.

Signed on the 10th of November 2024 at Bæjarhraun 16 RM 220 Hafnarfjörður, Iceland

Respectfully submitted,
Legal name: Jeremy M Lawson

_____
Plaintiff
Chosen name: Borealis S Hedling
They / Them

US District Court District of Columbia

Case No: 1:24-cv-02615-TNM

Emergency Notice being illegally refouled with police escort to Baltimore

Lawson

V.

The Department of Justice

Started drafting 1344 hours

Around 12:30 hours 11/12/2024 3 police officers from the return and repatriation unit came to illegally refoul the Plaintiff at the behest of the Directorate of Immigration. During the initial exchange to rush the Plaintiff out they emailed 100 individuals including the European Court of Human Rights press office and French Embassy where they planned to claim Emergency Asylum. The police have the Plaintiff's phone. They touched legal documents without a warrant saying they were "helping". Plaintiff showed them the Rule 39 Interim measures request #6. In several previous interactions had noted the acts of torture 23/09/2024. They ignored repeated attempts at telling them this was illegal. A violation of Article 65 and 68 of the Icelandic Constitution. They couod be charged with various felonies including risking obstruction of Justice charges in the US. That under the Nuremberg Principles they could not just say "they were following orders". That the Plaintiff filed a International Criminal Court Referral with the President of Iceland, Prime Minister, and head of the Directorate of Immigration listed. Previously asked the police to arrest the Directorate of Immigration. An individual could not be arbitrarily deported based solely on national origin. They were in violation of Article 25 of the act on Foreign Nationals not accommodating for abuse by the CT State police or Canadian Border Services Agency. They will only provide badge numbers not names even though they are wearing lanyard ids with names on them

Their deliberate indifference and blind adherence to orders is a jarring example of fascism. They asked what the Plaintiff would do in Baltimore. Plaintiff explained they were destitute. Would contact the US state department and refuse to leave the airport as they will not set foot on US soil. Once the police finally provide them a copy of this illegal rushed deportation order. They would upload it to almost 30 press secure drops. Demand the US Government pay for a flight to Ecuador. Plaintiff can survive with no food for a while. Granted they are already malnourished given the lack of ADHD medication and severe PTSD, but the US Government will leave the Plaintiff stranded after being tortured it is their normal modis operandi. Plaintiff drafted this is a locked police holding area at 1344 hours to 1407 hours 11/12/2024

Signed on the 12th of November 2024 at Keflavik International Airport police holding area.

Respectfully submitted,
Legal name: Jeremy M Lawson

Plaintiff
Chosen name: Borealis S Hedling
They / Them



2:50  Fri, Dec 5                                                    56%

← 12-11-24 ECHR.PDF

**EUROPEAN COURT OF HUMAN RIGHTS**
**COUR EUROPÉENNE DES DROITS DE L'HOMME**

T : +33 (0)3 88 41 20 18
F : +33 (0)3 88 41 27 30
www.echr.coe.int

Jeremy Lawson (legal name)
Grensásvegur 108 RM 26
REYKJAVIK
Iceland

ECHR-LE2.0bR
HEP/AUD/zoa

12 November 2024

**BY ECHR RULE 39 SITE**

<u>Our Ref. 26633/24</u>

Dear Borealis S Hedling,

I acknowledge receipt of your correspondence of 12 November 2024 requesting the European Court of Human Rights under Rule 39 of the Rules of Court to prevent your expulsion to the United States which does not specify the date of planned expulsion or legal basis for it.

**I would inform you that, in accordance with the Court's practice, incomplete or unsubstantiated requests for interim measures are not normally submitted to a judge for a decision.**

A mere reference to submissions in other documents or domestic proceedings is not sufficient. All requests must be accompanied by copies of all relevant domestic court, tribunal or other decisions (e.g. in asylum or other proceedings). In particular, you must submit:

- information about the date of the expulsion;
- copies of all relevant domestic decisions issued in Iceland;
- a clear and a brief explanation of why you think you would be at risk of ill-treatment in the United States.

Accordingly, in its present form, your request to apply Rule 39 will not be submitted to a judge for decision. It is your responsibility to make sure that the relevant information and/or documents are received by the Court. Otherwise, the Court may not be in a position to consider the request.

You are invited to consult the Practice Direction on interim measures available on the Court's Internet site (www.echr.coe.int/practice-directions).

If no reply is received, the file will be destroyed in due course without further notice.

Yours faithfully,

P.P.

K. Ryngielewicz
Registrar of the Filtering Section

EUROPEAN COURT OF HUMAN RIGHTS
COUNCIL OF EUROPE
67075 STRASBOURG CEDEX
FRANCE

COUR EUROPÉENNE DES DROITS DE L'HOMME
CONSEIL DE L'EUROPE
67075 STRASBOURG CEDEX
FRANCE

Per the Transmission To the International Criminal Court regarding the Supreme Court of Ireland and August 27, 2025 UN Special Procedures report so is the Government of Ireland's abuse

5. Decision of the European Court of Justice: you can't present evidence of torture to

â€œcompetent authoritiesâ€ and

Record No: Rule 39 Interim measures request Our Ref. 26633/24

Date of Order: N/A Perfection Date:

Date of Judgment: 12/11/24

Names of Judge(s): K. Ryngielewicz Registrar of the Filtering Section

Where this application seeks leave to appeal directly from an Order of the High Court

has an appeal also been filed in the Court of Appeal in respect of that Order?

Yes No

6. Extension of Time: Yes No

If an application is being made to extend time for the bringing of this application, please set

out concisely the grounds upon which it is contended time should be extended.

7. Matter of general public importance:

If it is contended that an appeal should be permitted on the basis of matter(s) of general

public importance please set out precisely and concisely, in numbered paragraphs, the

matter(s) alleged to be matter(s) of general public importance justifying appeal to the

Supreme Court.

This section should contain no more than 500 words and the word count should appear at the

end of the text.

1. The Petitioner per Supplement evidence attached emailed the Irish Embassy in Oslo

20/9/24 who are the assigned Diplomatic Mission to Iceland proof they were a human

rights defender. Who was illegally detained and refouled by the Canadian Government

after being enforced disappeared and illegally incarcerated by the Government of

Connecticut with the knowledge of the US Department of Justice. For making the

whistleblower complaint the Department of Social Services was not taking victims of

domestic violence at their word for emergency benefits. They were held on a $75,000

unplayable bond and held 43 days past the maximum sentence for filing the below

## Confirmation

| Submission ID# 29a1e34c-f517-4934-af19-d4b38ba8fc3f | Submission Date# 02-02-2025 |
|---|---|

injunction.

Jeremy M Lawson

V.

The Connecticut Department of Social Services

Jeremy M Lawson V The Connecticut Department of Social Services et al.

https://civilinquiry.jud.ct.gov/CaseDetail/PublicCaseDetail.aspx?DocketNo=HHDCV2450

82600S

2. Ended up tortured by Iceland while the ECHR illegally denied or administratively blocked

6 Category 1 Rule 39 Interim measures requests.

23/09/24 30 minute asylum claim coerced withdrawal interview:

https://drive.google.com/drive/folders/1qDkPN4bR3EwT3iR9u3l0KH3VyoIFC3KR

Google Drive to Rule 39 Interim measures requests 1-6 European Court of Human Rights

https://drive.google.com/drive/folders/19KJLs7-FpZFoYoLA-Fn1jfDIEaEevtQD

3. The Federal Court in Ottowa, US Supreme Court, UK Supreme Court, and Inner House of

3. The Federal Court in Ottowa, US Supreme Court, UK Supreme Court, and Inner House of

the Court of Sessions are violating the principles of Jus Cogens and abuse by lower courts

makes accessing them torture in itself. Under Article 13 of the European Convention and of

the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or

Punishment review of allegations of Torture. The Petitioner is just asking this court to:

-Declare the Petitioner is a human being

-End The Practice of deadnaming and misgendering of Trans and Non-binary individuals in all

Government services

-Declare everyone has the right to advocate for human rights individually and collectively without

fear.

8. Interests of Justice:

If it is contended that an appeal should be permitted on the basis of the interests of justice,

please set out precisely and concisely, in numbered paragraphs, the matters relied upon.

This section should contain no more than 300 words and the word count should appear at the

end of the text.

1, The Petitioner's original Grievance they Petitioned their Government to redress take victims at

their word for emergency benefits as required by law 27/2/23. Could have been resolved with a

single emailâ€¦

9. Exceptional Circumstances: Article 34.5.4:

Where it is sought to apply for leave to appeal direct from a decision of the High Court,

## Confirmation

| Submission ID# 29a1e34c-f517-4934-af19-d4b38ba8fc3f | Submission Date# 02-02-2025 |
| --- | --- |

please set out precisely and concisely, in numbered paragraphs, the exceptional

circumstances upon which it is contended that such a course is necessary.

This section should contain no more than 300 words and the word count should appear at the

end of the text.

The Petitioner is trapped in their country of persecution. Homeless, and desperately Seeking

emergency diplomatic Asylum from a World community that rather they commit Suicide. That

Compensate a victim of torture mainly through donating money to a children's cancer hospital.

While world Leaders openly violate international instruments with Impunity against the Nuremberg

Principles.

Please set out in the Appendix attached hereto the grounds of appeal that would be relied

upon if leave to appeal were to be granted.

Petitioner has the right under international law

11. Priority Hearing: Yes No

If the applicant seeks a priority hearing please set out concisely the grounds upon which such

priority is sought.

This section should contain no more than 100 words and the word count should appear at the

end of t

Under Article 13 of the UN Convention against Torture and Other Cruel, Inhuman or

Degrading Treatment or Punishment review of allegations of Torture require prompt

review by competent authorities.

12. Reference to CJEU:

If it is contended that it is necessary to refer matters to the Court of Justice of the European

If it is contended that it is necessary to refer matters to the Court of Justice of the European

Union please identify the matter and set out the question or questions which it is alleged it is

necessary to refer.

There is already a concurrent submission to the CJEU on Removing Iceland from the third safe

country list under Recast APD for refouling and torturing the Petitioner the European Commission

knew including Secretary-General Ilze Juhansone

Part II

The information contained in this part will not be published.

13. Applicant's Representatives:

Please identify the solicitor and counsel for the applicant, with contact details for the solicitor

dealing with the matter including an email address for the solicitor and lead counsel. In the

case of an applicant in person please provide contact details including telephone and email.

## Confirmation

**Submission ID# 29a1e34c-f517-4934-af19-d4b38ba8fc3f**                                 **Submission Date# 02-02-2025**

Pro Se Litigant

Legal name: Jeremy M Lawson

Chosen name: Borealis S Hedling

They / Them

Mailing address (Homeless) 8640 Ridge RD Ellicott City Maryland 21403

Email: Silenceisvalidation@gmail.com

Phone +1-959-8957

### Evidence List

| FILE NAME | EXTENSION | SIZE |
|---|---|---|
| Gmail - Emergency Leave to appeal under Article 13 of the European Convention and UN Convention against Torture.PDF | PDF | 568.35 KB |
| Emergency Compliant Europe Convention on Preventing DV.PDF | PDF | 110.74 KB |
| Reported Form to Management.PDF | PDF | 346.54 KB |
| Last email 8-25-24 before Canada Gulag.PDF | PDF | 98.42 KB |
| Irish Embassy confirmation 20-9-24.PDF | PDF | 82.27 KB |
| Ireland Supreme Court attachments to Email 12-1-25 .PDF | PDF | 723.05 KB |
| 20-9-24 Email to Council of Europe Embassies.PDF | PDF | 6.12 MB |
| Emergency Compliant Europe Convention on Preventing DV.PDF | PDF | 110.74 KB |
| EX 2 2-27-23 email to Cristina Macgillis.pdf | pdf | 25.88 KB |
| 20-9-24 Email to Council of Europe Embassies.PDF | PDF | 6.12 MB |
| Gmail - Automatic Response_ Emergency Leave to appeal supplemental info email 2 or 2.PDF | PDF | 101.4 KB |
| Emergency Appeal Lawson V Iceland .PDF | PDF | 56.78 KB |
| Form 1 Application for Leave to Appeal.PDF | PDF | 299.95 KB |

Submission of Information to Special Procedures Report                                          ulvn4bvr

 

UNITED NATIONS
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

**Reference:** ulvn4bvr                          **Date:** Wednesday, August 27, 2025

**Type:** Follow-up information                  **Original:** English

**Consent:** Not required

---

**Related mandates**

- arbitrary Detention
- international order
- disappearances
- human rights defenders
- disability

---

**Submitted by**

---

**Name:** Jeremy Lawson                          **Type:** Individual

**Pronouns:** They / Them                        **Salutation:**

**First name (used name):** Borealis             **Family name (used name):** Hedling

**Gender identity (self-identified):** Genderfluid

**Email:** dauntless.peace@proton.me             **Telephone:** 19599998957

**Address:**
St Aloysius Ward Mater Misericordiae University Hospital

---

**Case details**

---

**If the original submission was made online please provide the submission reference if known:** cd5ultr1

**The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:**
23/11/24-present

**Details:**
This information is also going to be transmitted in Portuguese, Spanish, German, French, Dutch, Chinese, and Japanese for recording purposes.
The translations are not exact
I am a human rights defender who provided the Irish government with information regarding cases of torture, refoulement, and crimes against humanity. This information has been ignored since 20/09/2024. Following the complaint cited below, filed on 22/08/2025 with the European Commission, I am subject to restrictions on freedom of movement. I am ignored by the United Nations, the Organization of American States, and the European Commission itself. I had to file a complaint with the Office of the European Ombudsman in the hope that the complaint below will be legally examined, in accordance with European and international law.

If Ireland does not allow transit:

According to Article 4 of the Cuban Constitution, asylum may be granted to those subjected to political persecution.

The Chinese Embassy can grant asylum in accordance with Article 32, Paragraph 2 of the Constitution of the Republic of China

Brazil, Mexico and Argentina have all ratified the 1954 Convention on Diplomatic Asylum, signed in Caracas

The Japanese embassy took no action when I was tortured in Iceland. Under Article 14 of the UN Convention Against Torture, I can seek asylum at their embassy in Dublin.

Under Article 21 of the Constitution of India, I can apply for asylum at the Embassy of India in Dublin.

Since the Commissioner for the Fundamental Law did not understand or did not deal with my complaint properly, I can apply for asylum under the Fundamental Law.

August 22, 2025 Complaint to the European Commission (edited)

---

On January 12, 2025, the Applicant filed a direct appeal against a decision of the Court of Session with the Supreme Court of Ireland. There were indications that European law was not being correctly applied to the Applicant, given that Iceland had tortured him. Iceland subsequently unlawfully returned him to the United States on November 12, 2024, after allowing the United States and Canada to maintain their false safe third country designation. The Applicant was ignored, even citing contact with the Irish Embassy in Oslo on September 20, 2024, via email, detailing his enforced disappearance in the United States between November 11 and August 23, 2024, to halt a civil rights injunction.

Furthermore, declaring an unlawful detention while seeking international protection in Canada from August 25 to September 10, 2024, for attempting to file another injunction demonstrating that the United States did not meet the definition of a safe third country, and failing to revoke that designation, would constitute a systematic crime against humanity in the form of mass deportation. Both Iceland and Canada used the asylum process as torture against a human rights defender. Canada explicitly violated its commitments to human rights defenders.

The economic and psychological torture Complainant has faced since his unannounced abduction back to the United States by Icelandic police on November 12, 2024, has intensified each time he seeks help from any government at the Council of Europe, the UN, NATO, or the Inter-American Commission on Human Rights. UN Special Procedures Reports have yielded no results since November 23, 2024. Although Complainant has documented simultaneous violations of international law under the UN Convention against Torture, the UN Convention on the Rights of Persons with Disabilities, and the 1951 UN Convention Relating to the Status of Refugees, the principles of Jus Cogens and Erga Omnes, no country will invoke Article 35 of the UN Charter as long as the situation deteriorates.

### Additional information

The applicant filed an injunction to prevent further traumatic abuses of the asylum system. After the Joint Committee on Justice, Home Affairs, and Migration of the Houses of the Oireachtas acknowledged a petition to the Nobile Office on July 28, 2025, the Scottish Court refused to act on it on July 22, 2025. Meanwhile, the Minister for Justice acknowledged another injunction filed on July 30, 2025, in the Irish High Court during a new application for international protection. The Irish High Court dismissed the injunction, which violated European and international law. The applicant was left homeless to die on July 30, 2025, and ordered to obtain a tent. This led to continued psychiatric hospitalization. However, the Government, through ostracism, refuses to admit guilt. This alone, coupled with hate crimes against the Indian population, demonstrates a blatant pattern of human rights violations.

This could allow the EU to suspend Ireland's rights as a Member State, given its failure to comply with international law. On August 20, 2025, another injunction was rejected by the Irish High Court, allowing Ireland to continue its violations of international instruments, including the Treaty on European Union. Ireland fails to uphold democracy, the rule of law, and human rights, violating the complainants' right to provide evidence to UN Subcommissions under the Optional Protocols. Along with other states that have failed to act since September 2024, the European Commission has allowed these abuses to continue without redress. The complainant has exhausted all available domestic and international remedies. Ireland will not apologise or provide compensation under Article 14 of the UN Convention against Torture. Ireland holds the complainants' US passports, as they openly seek reconciliation to obtain freedom of movement. Furthermore, it calls on governments to act compassionately and provide compensation also in the form of monetary donations to St. Judes Children's Research Hospital.

Given I am still a political prisoner of the Government of Ireland running out of medication literally filing Petitions for them to Stop covering Up the fact they are torturing me and refused to establish a Court of Universal Jurisdiction since September 11, 2025. I am requesting to ensure my safety Sweden medically evacuate me to help participate in this investigation under Article 11 and 13 of the UN Convention on the Rights of Persons with Disabilities

I swear under penalty of perjury the information contained in this statement is true and complete to the best of my knowledge.

Signed on the 5th of December 2025 at Travelodge Plus Dublin City Centre 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/S/ Borealis S Hedling
They / Them