

# FORM TO REQUEST PRECAUTIONARY MEASURES

## SECTION I: INFORMATION ON PROPOSED BENEFICIARY AND APPLICANT

### 1. INFORMATION ON THE PROPOSED BENEFICIARY(IES)

Please provide information about the person or group in whose favor the application for precautionary measures is being presented (proposed beneficiary). In the event that there is more than one person, please create a new profile for each one.

- 1 -

| | |
|---|---|
| Complete name | Jeremy Lawson |
| Name the proposed beneficiary identifies with | Borealis Hedling |
| Gender | N/A |
| Occupation | Human Rights Defender |
| Nationality | United States |
| Date of birth (dd/mm/yyyy) | 29-03-1991 |
| Mailing address | 1 Lydall ST Manchester, CT 06042 |
| Telephone | +1-959-999-8957 |
| Fax | N/A |
| Email | Borealis.appeals@gmail.com |
| Additional information | I have been refouled 9 times and this is to ensure it will not happen a 10th time and that the Government of El Salvador won't withold information from their courts or people. That they will respect the principles of non-refoulement by granting my emergency diplomatic Asylum Claimant if Norway, Liechtenstein, and Mexico will not. So they will ensure to also unfoul Mr. Garcia Abrego immediately. As an extension of our mutual failure to have our rights respected under international law |
| Proposed beneficiary is deprived of liberty | No |

- 2 -

| | |
|---|---|
| Complete name | Kilmar Armando Abrego Garcia |
| Name the proposed beneficiary identifies with | N/A |
| Gender | Male |
| Occupation | N/A |
| Nationality | El Salvador |
| | |

| | |
|---|---|
| Date of birth (dd/mm/yyyy) | 27-07-1995 |
| Mailing address | GSMV+CX Angulo El Salvador |
| Telephone | N/A |
| Fax | N/A |
| Email | N/A |
| Additional information | US Supreme Court upheld decision to requiring US "facilitate" Proposed Beneficiaries return to US 10/4/25. The Foreign mission of El Salvador and the US Department of Justice know based on the 1st proposed Beneficiaries and applicants 14/4/25 due to the kidnapping and beneficiary conducted by the US and Iceland 12/11/24. Continuing this refoulment makes both the President of America and El Salvador liable under The Nuremberg Principles for the systemic crime Against humanity of falsely maintaining the designation of a third safe country. Which is being illegally upheld by courts worldwide, |
| Proposed beneficiary is deprived of liberty | No |

*If the application for precautionary measures is being presented in a collective manner, indicate as precisely as possible how many people are being counted as proposed beneficiaries, their locations, and characteristics that identify the members (for example, their location, belonging or being linked to a group, town, community, or organization):*

| |
|---|
| All the individuals the Trump Administration has paid El Salvador to house should have their cases reviewed by the Inter-American Court of Human Rights. As neither US or Salvadorian courts can act in good faith and lack subject matter jurisdiction. El Salvador has agreed to the Contentious Jurisdiction of the Inter-American Court of Human Rights |

## 2. INFORMATION ON THE APPLICANT

Please provide information about the person or group submitting the application for precautionary measures. In the event that it is a civil society organization, include the name of the designated person(s) who will receive communications. If there is more than one applicant organization or person, please create a new profile for each one.

In certain cases, the Commission can keep the identity of the applicant confidential if it is expressly requested along with presenting the respective reasons. This means that only the name of the person(s) proposed as beneficiary(ies) will be communicated to the State. Likewise, in the case that the IACHR grants the precautionary measure, the public resolution will not show the name of the applicant.

While it is possible to keep the applicant's name confidential, the processing of a request for precautionary measures requires that the State be informed of the identity of the proposed beneficiary, which is essential so that the State knows who must be protected if precautionary measures are adopted. In exceptional cases, the Commission could keep the identity of the proposed beneficiary confidential from the public in the documents that are published (as in a resolution), through the substitution of the full name with initials or the use of pseudonyms. The request to restrict the identity of the proposed beneficiary must be made expressly to the Commission, with a statement of the reasons.

In cases where the proposed beneficiary and the applicant are the same person(s) and you wish to restrict the identity of the person in his/her capacity as the applicant, the application must be written in the third person. An example of this would be: "the proposed beneficiary alleges that…" (and not "I was a victim of…" or "my son was a victim of…").

| Include the person completing this form as an applicant? | Yes |
|---|---|

| | |
|---|---|
| Complete name | Borealis Serenity Hedling |
| Organization | |

| | |
|---|---|
| *Acronym of Organization* | |
| *Nationality* | United States |
| *Mailing address* | 1 Lydall ST Manchester, CT 06042 |
| *Telephone* | 860-869-8636 |
| *Fax* | |
| *Email* | borealis.hedling@gmail.com |

| | |
|---|---|
| *In the case that this application is presented in favor of another person or group of people, do you have their express consent?* | No |

*Explain why the absence of consent is justified.*

The cease and desist I sent was 14/425 even the other proposed Beneficiaries counsel has limited to no access to him or the collective group of potential Beneficiaries. As a victim of torture and refoulment who's case has direct effect I can bring the action actio popularis to the Inter-American Court of Human Rights as there is a direct immediate need for Article 27 provisional measures to get Kilmar Armando Abrego Garcia back to the US immediately.

"Moreover, I am cognizant of the interrelatedness of all communities and states. I cannot sit idly
by in Atlanta and not be concerned about what happens in Birmingham. Injustice anywhere is a
threat to justice everywhere. We are caught in an inescapable network of mutuality, tied in a
single garment of destiny. Whatever affects one directly affects all indirectly. Never again can we
afford to live with the narrow, provincial "outside agitator" idea. Anyone who lives inside the
United States can never be considered an outsider anywhere in this country. (3)"
- Martin Luther King Jr., Letter from the Birmingham Jail

| | |
|---|---|
| *Reserve identity of applicant?* | No |

*If checkbox is selected to keep applicant identity confidential, please explain:*

N/A

## 3. IS YOUR PETITION RELATED TO A PREVIOUS PETITION OR PRECAUTIONARY MEASURE?

| | | |
|---|---|---|
| *Have you previously submitted a petition to the Commission concerning these same facts?* | Yes | P-163-25 |

| | | |
|---|---|---|
| *Have you previously submitted an application for precautionary measures to the Commission concerning these same facts, or have you previously been beneficiary of a precautionary measure granted by the Commission?* | Yes | MC-147-25 |

## SECTION II - BASIS OF THE APPLICATION

## 1. OAS MEMBER STATE REGARDING WHICH THE REQUEST FOR PRECAUTIONARY MEASURES IS PRESENTED:

| | |
|---|---|
| | El Salvador |

## 2. REQUEST

a) *Indicate if the situation motivating your request is identified in any of the following cases:*

| | |
|---|---|
| | *Disappearance of persons* |
| | *Deportation or extradition* |
| | *Application of the death penalty* |
| X | *Threats, harassment, and/or aggressions against life and personal integrity* |
| | *Lack of access to medical treatment that puts life, personal integrity and health in danger* |
| X | *Situations of risk regarding the exercise of freedom of expression* |
| X | *Precarious conditions of deprivation of liberty* |
| X | *Risk of losing family ties* |
| Other | Failure to respect non-refoulment as violation of international law by 2 heads of state in violation of the Nuremberg Principles |

b) *Indicate which rights you consider to be at risk:*

| |
|---|
| Right to not be tortured, right to not be refouled, right to due process, right to nit be subjected to the crime Against humanity of mass deportation. Innumerable rights under various international instruments. |

c) *Basis of the application:*

i) *Describe in a detailed and chronological manner the acts for which the rights of the proposed beneficiary(ies) are considered in a situation of risk in terms of Article 25 of the Rules of Procedure. Indicate precisely the circumstances of manner, time (dates), and place that sustain the risk situation (for example: respecting threats, harassment, persecution, acts of violence, or any other situation you consider pertinent to inform the Commission). If the information is available, explain the source from which the situation originated (for example, if the events of risk come from acts or omissions of State authorities or agents, organized crime, third parties, etc.).*

| |
|---|
| 15/3/25 Abrego Garcia was illegally deported to El Salvador'. On 10/4/25 the US Supreme Court upheld he must be returned to the US and the Government needed to facilitate that action. 14/4/24 the Applicant sent a cease and desist to both the Government of El Salvador and the US. Calling out as a human rights defender they had been refouled twice with the US Government's express consent or assistance by foreign law enforcement. The US State Department Bureau of Democracy, Human Rights, and Labor intends to lie on their 2024 Human Rights reports. The Applicant entered all this information into CT Superior Court 14/4/25 and followed up with a request for an emergency declaratory judgment. With UN Special Procedures report to prevent non interference. Having given the request for an emergency declaratory judgment to the CT Legislature, Mayor of Harford, and US Senator Chris Murphy. |

ii) *Explain the reasons for which the alleged situation is serious, urgent, and requires precautionary measures to prevent irreparable harm in terms of Article 25 of the Rules of Procedure:*

| |
|---|
| The US Supreme Court ordered the return of Abrego Garcia 10/4/25. 2 heads of state are using the concept of sovereignty to violate international law. Abrego Garcia and other potential Beneficiaries are being held in dangerous conditions without access to counsel or due process. |

iii) *Indicate if complaints were filed or if precautionary measures were requested before the state or local authorities, as well as the response obtained. If*

*nothing was presented, explain why:*

| The President of the US abd El Salvador have blatantly stated they will commit the systemic crime Against humanity of falsely maintaining the designation of being safe third countries. Use Abrego Garcia as an example of their ability to violate international law |
|---|

*iv) Explain what type of measures the State would be required to adopt to protect rights. In case that there already is some means of protection, explain in detail what they consist of and why they are not considered adequate or effective in addressing the situation of risk:*

| Immediate Article 27 provisional measures from the Inter-American Court of Human Rights to examine this issue of the US to Elsavador refoulment and imprisonment program. Immediate return of Abrego Garcia to US as El Salvador is subject to the courts Contentious Jurisdiction |
|---|

*v) If the situation is related to the application of the death penalty, inform of the status of the internal process and, if applicable, if there is a date scheduled for execution:*

| N/A |
|---|

*vi) If you consider the situation is related to a disappearance, indicate when you last had news about the proposed beneficiary(ies):*

| N/A |
|---|

*vii) If the situation is related to a possible deportation or extradition, indicate if there is a scheduled date. Likewise, clarify if an appeal was filed against the decision in question and the current status of the administrative and/or judicial proceedings:*

| N/A |
|---|

## SECTION III: RELEVANT DOCUMENTS

*Attach the documentation you consider pertinent to substantiate the request for precautionary measures.*

• The sending of documents can be useful to evaluate the situation of risk. If deemed appropriate, you can attach files such as images, videos, audios, photographs or screenshots of threatening messages, judicial and/or administrative decisions related to the situation of risk, medical certifications for health-related issues, complaints or requests for protection filed before authorities, among others.
• It is not necessary that the documents be certified or legally authenticated.
• Do not send original documents.
• The documents should be in the official language of the State, so long as it is an official language of the OAS (Spanish, English, Portuguese, or French). If this is not possible, the reasons should be explained (see question 1 of Section III, OAS Member State regarding which the request for precautionary measures is presented.

| | | |
|---|---|---|
| Motion to Dismiss in PRMI v Lawson | Motion to Dismiss the Torture Foreclosure.pdf | 9528 Kb |
| Emergency Motion to Strike Objection PRMI v. Lawson | Emergency Motion to Strike PRMI v. Lawson et al.PDF | 118 Kb |
| EX 13 | EX 13 Motion for recusal and reconsideration .PDF | 669 Kb |
| EX14 | EX 14 Cease and Desist to DOJ on Appeal of Preliminary Injunction in NTEU et al. v.PDF | 1024 Kb |
| EX 15 Apologize _ Cease and Desist to Gupta Wessler LLP concealing evidence in NTEU et al. V.PDF | EX 15 Apologize _ Cease and Desist to Gupta Wessler LLP concealing evidence in NTEU et al. V.PDF | 874 Kb |
| 2 Motion for emergency status conference PRMI v. Lawson et al.PDF | 2 Motion for emergency status conference PRMI v. Lawson | 72 Kb |

|  | et al.PDF |  |
|---|---|---|
| Motion for emergency status conference PRMI v. Lawson et al.PDF | Motion for emergency status conference PRMI v. Lawson et al.PDF | 72 Kb |
| Emergency Motion to Appoint Counsel PRMI v. Lawson et al .PDF | Emergency Motion to Appoint Counsel PRMI v. Lawson et al .PDF | 112 Kb |
| EX 16 FYI_ Cease and Desist refoulment in ABREGO GARCIA v.PDF | EX 16 FYI_ Cease and Desist refoulment in ABREGO GARCIA v.PDF | 439 Kb |
| EX 17 attachments 4_14_25 DOJ cease and desist .PDF | EX 17 attachments 4_14_25 DOJ cease and desist .PDF | 491 Kb |
| EX 18 Last email 8-25-24 before Canada Gulag.PDF | EX 18 Last email 8-25-24 before Canada Gulag.PDF | 96 Kb |
| EX 19 Emergency EX Parte Injunction Jeremy M Lawson V Canada (1).PDF | EX 19 Emergency EX Parte Injunction Jeremy M Lawson V Canada (1).PDF | 145 Kb |
| EX 20 29-08-2024 IRB Hearing Transcript (1).pdf | EX 20 29-08-2024 IRB Hearing Transcript (1).pdf | 5880 Kb |
| EX 21 IRB Hearing Transcript 5-09-2024 (1).pdf | EX 21 IRB Hearing Transcript 5-09-2024 (1).pdf | 2372 Kb |
| EX 22 P-163-25.pdf | EX 22 P-163-25.pdf | 97 Kb |
| EX 23 Borealis S Hedling V Canada 4(2).PDF | EX 23 Borealis S Hedling V Canada 4(2).PDF | 315 Kb |
| EX 24 US state department refoulment loan.PDF | EX 24 US state department refoulment loan.PDF | 2613 Kb |
| EX 25 Reykjavík US Embassy totally helping me.PDF | EX 25 Reykjavík US Embassy totally helping me.PDF | 555 Kb |
| EX 26 Emergency Notice Leaving Iceland Safety Plan  (1).PDF | EX 26 Emergency Notice Leaving Iceland Safety Plan (1).PDF | 49 Kb |
| EX 27 Emergency Notice being illegally refouled with police escort(1) (1).PDF | EX 27 Emergency Notice being illegally refouled with police escort(1) (1).PDF | 41 Kb |
| EX 28 Emergency Petition for Medical Evaluation Maryland District .pdf | EX 28 Emergency Petition for Medical Evaluation Maryland District .pdf | 414 Kb |
| Emergency Request for a Declaratory Judgment PRMI v. Lawson et al.PDF | Emergency Request for a Declaratory Judgment PRMI v. Lawson et al.PDF | 143 Kb |
| Gmail - #2 FYI UN Special Procedures report #13 and required notification of Emergency Request for a Declaratory Judgment.PDF | Gmail - #2 FYI UN Special Procedures report #13 and required notification of Emergency Request for a Declaratory Judgment.PDF | 162 Kb |
| 6drig6nt.pdf | 6drig6nt.pdf | 44 Kb |
| Iceland interview 23-9-24 2024-26249.MP3 | Iceland interview 23-9-24 2024-26249.MP3 | 27937 Kb |
| 10-4-25 US Supreme Court decision on returning Abrego Garcia to US | 24a949_lkhn (1).pdf | 55 Kb |

SIGNATURE : borealis.hedling@gmail.com
DATE : 16-04-2025 08:29 AM