

# Me niegan asilo arbitrariamente, mientras lucho por obtener justicia para una familia colombiana ya que la OEA no actúa conforme a la ley.

1 message

**Borealis** <lectio.divina.forsophie@gmail.com>  Tue, Dec 16, 2025 at 6:20 PM
To: contactenos@cancilleria.gov.co, hrc-sr-truth@un.org, solicitudesentramite2@cancilleria.gov.co, ges.documentalpqrs@fiscalia.gov.co
Cc: eirlanda@cancilleria.gov.co, cdublin@cancilleria.gov.co, lzalabata@colombiaun.org, colombia@colombiaun.org, colombia@oas.org, donu.suiza@cancilleria.gov.co, hrc-ie-solidarity@un.org, Atencion FGR <atencionfgr@fgr.org.mx>, hrc-sr-education@un.org, facultad@derecho.unam.mx, CARLOS JAVIER VERDUZCO REINA <bufetejuridico@derecho.unam.mx>, convotoriasderecho@uniandes.edu.co, derecho@uniandes.edu.co, seccionalmagdalenamedio@udea.edu.co, presidencia@cndj.gov.co, Direccion.juridica@javeriana.edu.co, admissions@naropa.edu, service@americanbar.org, ogis@nara.gov, hrwpress@hrw.org, hrwdc@hrw.org, press@amnesty.org, press@transparency.org, lordmayor@dublincity.ie, contact@csso.gov.ie, info@justice.ie, dppa-repertoire@un.org, osd.pa.dutyofficer@mail.mil, AF.JAX.Workflow@us.af.mil, 16AF.PA.MediaOps@us.af.mil, OnTheRecord@usmc.mil, PTGN_CHINFONEWSDESK@navy.mil, warcompa@socom.mil, osd.pentagonpressbadges@mail.mil, tips@nypost.com, tips@cnn.com, tips@latimes.com, tips@slate.com, tips@themarysue.com, tips@newyorker.com, tips@injusticewatch.org, tips2@bloomberg.net, scoop@motherjones.com, newstips@commondreams.org, newsmanager@foxnews.com, news@skynews.com, news@thejournal.ie, news@irishstar.com, news@justsecurity.org, newsdesk@irishlegal.com, news@ctpublic.org, newsdesk@irishtimes.com, enquiries@ombudsman.org.za, info@medieombudsmannen.se, complaints@mediacouncil.ca, pfu@presse.no, Simon.harris@oireachtas.ie, ambassaden.dublin@gov.se, ambassaden.washington@gov.se

A los gobiernos no les importan los derechos humanos si otros funcionarios gubernamentales de alto nivel pudieran rendir cuentas. Eso significaría que podrían enfrentar consecuencias por violar el derecho internacional o por incumplir flagrantemente sus juramentos como abogados al denegar mi solicitud de asilo diplomático de emergencia. Si bien el gobierno de Colombia, a través de sus representantes en la ONU y en Irlanda, ha estado muy al tanto de mis actividades de defensa de los derechos humanos.





——— Forwarded message ———
From: **Borealis** <lectio.divina.forsophie@gmail.com>

Date: Tue, Dec 16, 2025, 2:51 PM
Subject: Updated Petition Against the BBC FB update to damages based on the OIG's answers updating the US boat strikes to being acts of terrorism and Piracy under international law
To: Innerhouse Mailbox <innerhouse@scotcourts.gov.uk>, <salam@scotcourts.gov.uk>, <laura.angus@supremecourt.uk>, <john.mcmanus@supremecourt.uk>, <registry@supremecourt.uk>, <keir.starmer.mp@parliament.uk>, <david.lammy.mp@parliament.uk>, <judicialofficeforscotland@scotcourts.gov.uk>, <enquiries@ukgovscotland.gov.uk>, <hrc-sr-truth@un.org>, <hrc-sr-ct@un.org>
Cc: <eirlanda@cancilleria.gov.co>, <cdublin@cancilleria.gov.co>, <lzalabata@colombiaun.org>, <colombia@colombiaun.org>, <colombia@oas.org>, <donu.suiza@cancilleria.gov.co>, <hrc-ie-solidarity@un.org>, Atencion FGR <atencionfgr@fgr.org.mx>, <hrc-sr-education@un.org>, <facultad@derecho.unam.mx>, CARLOS JAVIER VERDUZCO REINA <bufetejuridico@derecho.unam.mx>, <convotoriasderecho@uniandes.edu.co>, <derecho@uniandes.edu.co>, <seccionalmagdalenamedio@udea.edu.co>, <presidencia@cndj.gov.co>, <Direccion.juridica@javeriana.edu.co>, <admissions@naropa.edu>, <service@americanbar.org>, <ogis@nara.gov>, <hrwpress@hrw.org>, <hrwdc@hrw.org>, <press@amnesty.org>, <press@transparency.org>, <lordmayor@dublincity.ie>, <contact@csso.gov.ie>, <info@justice.ie>, <dppa-repertoire@un.org>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <oaglitigationmailbox@advocategeneral.gov.uk>, <info@law4palestine.org>, <sar@mfa.gov.il>, <911@mfa.gov.il>, <info@adalet.gov.tr>, <embassy.dublin@mfa.gov.tr>, <SUPREMECTBRIEFS@usdoj.gov>, <Usadc.servicecivil@usdoj.gov>, <johnny.walker@usdoj.gov>, <alicia.dupree@usdoj.gov>, <usadc.civil@usdoj.gov>, <executive.office@dcbar.org>, <info@ihrec.ie>, <MediaRelations@uscg.mil>, <tips@nypost.com>, <tips@cnn.com>, <tips@latimes.com>, <tips@slate.com>, <tips@themarysue.com>, <tips@newyorker.com>, <tips@injusticewatch.org>, <tips2@bloomberg.net>, <scoop@motherjones.com>, <newstips@commondreams.org>, <newsmanager@foxnews.com>, <news@skynews.com>, <news@thejournal.ie>, <news@irishstar.com>, <news@justsecurity.org>, <newsdesk@irishlegal.com>, <news@ctpublic.org>, <newsdesk@irishtimes.com>, <enquiries@ombudsman.org.za>, <info@medieombudsmannen.se>, <complaints@mediacouncil.ca>, <pfu@presse.no>, <Simon.harris@oireachtas.ie>, <ambassaden.dublin@gov.se>, <ambassaden.washington@gov.se>, <dmr@dmr.is>, <mfa@mfa.is>, <forseti@forseti.is>, <hrc-sr-independencejl@un.org>, <yourstory@aljazeera.net>, <Americast@bbc.co.uk>, <samir.shah@bbc.co.uk>, <sarah.jones@bbc.co.uk>, <abrito@britopllc.com>, <press@trumporg.com>, <enquiries@nao.org.uk>, <secretar@tcd.ie>, <clerksroom@11kbw.com>, <teamD@11kbw.com>, <Ambassaden.monrovia@gov.se>, <secretary@ganhri.org>, <cru@calbar.ca.gov>, <GC@calbar.ca.gov>, <ExecutiveDirector@calbar.ca.gov>, <247@mfa.no>, <Helpline@eda.admin.ch>, <dublin@eda.admin.ch>, <dubln@international.gc.ca>, <pa.chineseembassy.ie@gmail.com>, <press.chineseembassy.ie@gmail.com>, <chinaembpress_us@mfa.gov.cn>, <chinaemb_ie@mfa.gov.cn>, <DELEGATION-INDIA@eeas.europa.eu>, <atencionciudadana@sre.gob.mx>, <AD1-AGC@nycourts.gov>, <drc@tcd.ie>, <Lindsey.Halligan@usdoj.gov>, <CRT.SpeakerRequests@usdoj.gov>, <cabraoffice@dublincity.ie>, <customerservices@dublincity.ie>, <C4Nstories@itn.co.uk>, <accessofficer@justice.ie>, Niall Collins <niall.collins@oireachtas.ie>, <tips@slate.co>, <HRDSupportIndonesia@state.gov>, <HRDSupportJapan@state.gov>, <HRDSupportKingston@state.gov>, <HRDSupportRangoon@state.gov>, <HRDSupportTbilisi@state.gov>, <HRDSUPPORTBELGRADE@state.gov>, <HRDSupportBrussels@state.gov>, <HRDSupportEmbVienna@state.gov>, <HRDSupportPrague@state.gov>, <info@president.ie>, <ICCVisits@icc-cpi.int>, <applications@icc-cpi.int>, <fadi.el-abdallah@icc-cpi.int>, <OTPNewsDesk@icc-cpi.int>, <Dujarric@un.org>, <honorarydegree@uconn.edu>, <registrar@uconn.edu>, <generalcounsel@uconn.edu>, <humanrights@uconn.edu>, <president@uconn.edu>, <universitycompliance@uconn.edu>, <boardoftrustees@uconn.edu>, <hrc-sr-freedex@un.org>, <askds@tcd.ie>, <law.postgraduate@tcd.ie>, <events@tcd.ie>, <dppa-scsb3@un.org>, <controlcenter.security-unog@un.org>, Joint Committee on Justice Home Affairs and Migration <justice@oireachtas.ie>, <disabilitymatters@oireachtas.ie>, <support@protectdefenders.eu>, <press@worldjusticeproject.org>, <press.office@dfa.ie>, <newsdesk@fcdo.gov.uk>, <jcpp@oireachtas.ie>, <committees.coord@oireachtas.ie>, Ceann.Comhairle_EML <ceann.comhairle@oireachtas.ie>


Theme

Terrorism

Your message

Subject

Boat Strikes of US Military are acts of Terrorism and Piracy not Extrajudicial killings

Message

As is clear from the Department of War Office of the Inspector General response to my 13/12/25 Emergency FOIA Request for the Boat Strike Memos they are aware of US District Court District of Columbia Case No 1:25-cv-04178 Hedling v Trump et al. They know Donald J Trump has no legal authority to issue any orders. Extrajudicial killings as I construe it as an act of international maritime law state authority.

These are acts of terrorism and Piracy because of the lack of Article 2 authority Donald J Trump keeps exercising against not just the Nuremberg Principles, but the Principles of Jus Cogens. The entire legal concept of Hostis Humani Generis is based on piracy being a universally condemned crime.

https://www.bbc.com/news/articles/c3e0wd7110vo.a




Submission of Information to Special Procedures Report                                      ldw4qirc

 

**Reference:** ldw4qirc                           **Date:** Tuesday, December 16, 2025
**Type:** Follow-up information                   **Original:** English
**Consent:** Not required

## Related mandates

- international order
- human rights defenders
- independence of judges and lawyers
- terrorism
- Transitional justice

## Submitted by

**Name:** Borealis Hedling                        **Type:** Individual
**Pronouns:** They / Them                         **Salutation:**
**First name (used name):** Borealis              **Family name (used name):** Hedling
**Gender identity (self-identified):** Non-binary
**Email:** borealis.appeals@gmail.com             **Telephone:** 195999998957

**Address:**
Travelodge Plus
44 Townsend St Rm 120
Dublin 2 (Ireland)

## Case details

If the original submission was made online please provide the submission reference if known: ll unyr8j

The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:
23/11/24-present

**Details:**
Having updated the following 11/11/25 Petition to the Nobile Officium 10 times. Per a communication sent to MI6 at around 2:30p 16/12/25 regarding further boat strikes by the US Military. I have credibly identified these as acts of terrorism and Piracy ironically trying to label the victims of them as terrorists themselves.

The Petition
of
Borealis S Hedling
&
Kilmar Armando Abrego Garcia
Brought on Behalf of
Victims of the Trump and Bukele Administration
The People of the Sovereign Nation of Palestine
The Family of Alejandro Carranza and other victims of the US Military's extrajudicial
Killings in the Caribbean
(Pursuers)
V.
The British Broadcasting Corporation
(Defender)
for
Stopping The BBC from Suppressing a Legal Framework to Hold Heads of State Accountable for Crimes Against Humanity and Genocide

"Boat Strikes of US Military are acts of Terrorism and Piracy not Extrajudicial killings

United Nations Office of the High Commissioner for Human Rights                              1/2

---

Submission of Information to Special Procedures Report                                      ldw4qirc

As is clear from the Department of War Office of the Inspector General response to my 13/12/25 Emergency FOIA Request for the Boat Strike Memos they are aware of US District Court District of Columbia Case No 1:25-cv-04178 Hedling v Trump et al. They know Donald J Trump has no legal authority to issue any orders. Extrajudicial killings as I construe it as an act of international maritime law state authority.

These are acts of terrorism and Piracy because of the lack of Article 2 authority Donald J Trump keeps exercising against not just the Nuremberg Principles, but the Principles of Jus Cogens. The entire legal concept of Hostis Humani Generis is based on piracy being a universally condemned crime.

https://www.bbc.com/news/articles/c3e0wd7110vo.amp

Form 14.4

Emergency Petition to the Nobile Officium



cause reference number _____

UNTO THE RIGHT HONOURABLE THE LORDS OF COUNCIL AND SESSION

The petition of

**Borealis S Hedling**
&
**Kilmar Armando Abrego Garcia**

Brought on Behalf of

Victims of the Trump and Bukele Administration
The People of the Sovereign Nation of Palestine
The Family of Alejandro Carranza and other victims of the US Military's acts of Terrorism and Piracy
**(Pursuers)**

Travelodge Plus 44 Townsend Rm 120 Dublin 2 (Ireland)
Brought Actio Popularis under Rule 14.3 (d) of the Court Sessions, the Principles of Erga Omnes, Jus Cogens, Universal Jurisdiction, and Aut Dedere Aut Judicare. Article 3, 13 and 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 11 & 13 of the UN Convention on the Rights of Persons with Disabilities. Article 1 ,2, 3, 6, 13, and 14 of the European Convention on Human Rights.
&
In Terms of Being Fee Exempt Section 36.4 of the 1988 Scottish Legal Aid Act in relation to:

**The 8/1/25 Petition to the Nobile Officium**
**of**
**Borealis S Hedling**
**for**
**Allowing everyone to be able to advocate for human rights individually and collectively without fear.**

---

**Borealis S Hedling**
&
**Kilmar Armando Abrego Garcia**

Brought on Behalf of

Victims of the Trump and Bukele Administration

The People of the Sovereign Nation of Palestine

The Family of Alejandro Carranza and other victims of the US Military's acts of Terrorism and Piracy

**(Pursuers)**

V.

**The British Broadcasting Corporation**
**(Defender)**

HUMBLY SHEWETH:-

"Whenever the people are well informed, they may be trusted with their own

HUMBLY SHEWETH:-

"Whenever the people are well informed, they may be trusted with their own government."

-Thomas Jefferson

"He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions"

-Decleration of Independence Thomas Jefferson

1. That if Donald J Trump can sue or threaten to sue the British Broadcasting Corporation for $1 billion (USD). The Petitioners have an enforceable right to compensation under Article 14 of the UN Convention against Torture. Historically the Courts of the United Kingdom as this Court is very aware have blocked every action the lead Petitioner has ever filed. The Petitioner seek immediate redress via the Nobile Officium once again.

2. Per the 15/9/25 action filed in the King's Bench Court against this Court for failing to act on the 22/7/25 Emergency Petition to the Nobile Officium. Requesting the relief below it is clear UK courts will give Donald J Trump whatever he wants regardless of if he committed various Crimes Against Humanity.

"1. Compel the Government of the United Kingdom to take President Donald J Trump into custody during his state visit for the Crime Against Humanity of Mass Deportation. 2. Compels the UK Supreme Court to make their private law library a public law library.

Naming it the Sophie Scholl Memorial Law Library 3. Any relief this Court Deems Just and Proper"

3. A full copy of that action was provided to the BBC with 2 UN Special Procedures reports from September 17, 2025 & September 18, 2025 noting:

"The following information will be provided to Congressman Glenn Ivey and former Vice president Kamala Harris concurrently. Noting:

"The transfer of the following records to your media outlet will be noted in a UN Special Procedures report to the UN SpecialRapporteur on FreedomofExpression and Assembly, UN Special Rapporteur onTorture, UN Special Rapporteur on International Solidarity, and UN Special Rapporteur on HumanRights Defenders. Also the UN Special Rapporteur on the Promotion ofTruth, Justice, Reparation and Guarantees of Non-Recurrence."'"

4. As noted in the email attached "The Ethics of Journalism the Story of not telling the Story" it is pretty clear what is a greater breach of Ethics. Per the November 8, 2025 UN Special Procedures report specifically noting the BBC's receipt of the following items they are aiding and abetting Genocide...

"Turkey's Genocide Warrants are immediately enforceable"
&
"The International Court of Justice opinion on ending the Occupation of Palestine is binding in the absence of the Security Council to act lawfully"

5. On December 13, 2025 the Petitioner made an Emergency Freedom of Information Act request for the "Boat Strike Memos". Concurrently asking Columbia to grant them emergency diplomatic asylum after the European Court of Human Rights rejected a request to order Sweden who the Petitioner made an Emergency Complaint to their War Crimes Unit December 5, 2025 has left them to be functionally executed in Ireland. The BBC has not only the emergency FOIA request, but also a December 11, 2025 Emergency Motion for Discovery before service in US District Court District of Columbia Case No 1:25-cv-04178 requesting release of the "Boat Strike Memos" as well.

Hedling

V.

Trump et al

Requesting the Relief

"Declaratory Relief:
1. Declares in line with the Nuremberg Principles US Military Personnel can be held

"**Declaratory Relief:**
1. Declares in line with the Nuremberg Principles US Military Personnel can be held criminally liable under international criminal law for obeying orders they know to be unlawful.
2. Declares warrants from foreign courts or international tribunals exercising Universal Jurisdiction in matters of international criminal law in the absence of the Department of Justice to act lawfully can be executed by the Military Police of the United States Army.
3. Determines if the Secretary of the Treasury in line with international law is the acting President of the United States.

**Injunctive Relief:**
1. Sets a deadline for a special presidential election to take place to ensure a peaceful transition of power.
2. Any relief this Court Deems Just and Proper."

6. Absent the obvious continued issue of suppression of information the BBC's coverage of these extrajudicial killings is still horrifying as they should not even pose the question they should just report the fact they violate international criminal law



https://www.bbc.com/news/articles/cdjzw3gply7o

7. Given the Inter-American Commission on Human Rights via an illegally closed Petition against Mexico had the action Hedling v. Trump et al. they are not a competent authority to adjudicate this issue. The families of these victims are entitled to immediate compensation and the BBC as always is liable for their complete lack of Journalist integrity and blind obedience to Donald J Trump.




26 de noviembre de 2025

REF:   Borealis Serenity Hedling
       P-2760-25
       México

Estimada parte peticionaria:

Tengo el agrado de dirigirme a usted en nombre de la Comisión Interamericana de Derechos Humanos, en referencia a la petición arriba citada.

Tras haber completado el estudio previsto en el artículo 26 del Reglamento de la Comisión, me permito comunicarle que no será posible dar trámite a su petición debido a que la información contenida en ella no cumple con alguno o algunos de los requisitos mínimos que exige el artículo 28 del Reglamento de la CIDH, el cual establece:

**Artículo 28. Requisitos para la consideración de peticiones**

Las peticiones dirigidas a la Comisión deberán contener la siguiente información:

1. El nombre de la persona o personas denunciantes o, en el caso de que el peticionario sea una entidad no gubernamental, su representante o representantes legales y el Estado miembro en el que esté legalmente reconocida;

2. Si el peticionario desea que su identidad sea mantenida en reserva frente al Estado, y las razones respectivas;

3. La dirección de correo electrónico para recibir correspondencia de la Comisión y, en su caso, número de teléfono, facsímil y dirección postal;

4. Una relación del hecho o situación denunciada, con especificación del lugar y fecha de las violaciones alegadas;

5. De ser posible, el nombre de la víctima, así como de cualquier autoridad pública que haya tomado conocimiento del hecho o situación denunciada;

6. La indicación del Estado que el peticionario considera responsable, por acción o por omisión, de la violación de alguno de los derechos humanos consagrados en la Convención Americana sobre Derechos Humanos y otros instrumentos aplicables, aunque no se haga una referencia específica al/los artículo(s) presuntamente violado(s);

7. El cumplimiento con el plazo previsto en el artículo 32 del presente Reglamento;

8. Las gestiones emprendidas para agotar los recursos de la jurisdicción interna o la imposibilidad de hacerlo conforme al artículo 31 del presente Reglamento; y

1889 F Street N.W., Washington, D.C., 20006, United States | ☏ +1 (202) 370-9000 | ☏ +1 (202) 458-3992 | ✉ cidhoea@oas.org
www.cidh.org

---

CIDH Comisión Interamericana de Derechos Humanos

9. La indicación de si la denuncia ha sido sometida a otro procedimiento de arreglo internacional conforme al artículo 33 del presente Reglamento.

En este sentido, es particularmente relevante lo dispuesto en el numeral (4) del referido artículo, que implica la presentación de una narración coherente, cronológica y concisa de los hechos denunciados; y en el numeral (8) que exige aportar igualmente un recuento organizado y completo de los recursos agotados en la jurisdicción interna, con indicación del sentido y las fechas de las principales decisiones.

Cordialmente,

Tania Reneaum Panszi
Secretaria Ejecutiva

Borealis Serenity Hedling



7. The illegal Colonial Government that has yet to be established is already starting to discuss enrichment of foreign companies in the rebuilding of Gaza. Given historically the UK abandoned Palestine to the incompetence of the UN. It stands to reason they should fund the rebuilding of Gaza prioritzing Palestine architects and builders.

https://www.theguardian.com/us-news/2025/dec/14/gaza-rebuild-us-contractors



8. The US Department of War Office of the Inspector General not only sees no problem with the extrajudicial killings, but also doesn't care if Donald J Trump is nor even legally president having received the initial November 22, 2025 filing of Hedling v Trump et al. Providing the below response to the noted December 13, 2025 FOIA request for the "Boat Strike Memos". Honestly there response is worse than any memo that could exist…





9. Much like the Solicitor Regulatory Authorities response on the Petitioner's request to provide an oral supplement and "don't gaslight me about solicitor's in high profile positions abusing those positions to violate Article 13 of and 14 of the UN Convention against Torture not being a breach of Ethics" as a reasonable adjustment in a complaint against Registrar of the United Kingdom Supreme Court Laura Angus regarding her October 22, 2024 blacklisting order.



10. Per the below UN Special Procedures report the Petitioner has revised the Petition
https://www.bbc.com/news/articles/c3e0wd7110vo.amp



11. The Petitioners have no adequate remedy at law.

MAY IT THEREFORE please your Lordships to grant the Victims of the Trump and Bukele Administration damages of £ 50 billion to be distributed appropriately by a competent court appointed trustee, to grant the The People of the Sovereign Nation of Palestine damages of £ 50 billion to be distributed appropriately by a competent court appointed trustee. £ 1 billion to the victims of the US Military's acts of Terrorism and Piracy. An additional £ 70 billion to be held in a trust until it can be appropriately distributed to Palestinian run construction companies to rebuild Gaza.

According to Justice, etc.

/s/ Borealis S Hedling
They / Them
December 16, 2025







*cause reference number* _____

THE COURT OF SESSION

The Petition

of

**Borealis S Hedling**
&
**Kilmar Armando Abrego Garcia**

Brought on Behalf of

Victims of the Trump and Bukele Administration

The People of the Sovereign Nation of Palestine

The Family of Alejandro Carranza and other victims of the US Military's acts of Terrorism and Piracy

(**Pursuers**)

V.

The British Broadcasting Corporation
(**Defender**)

for

Stopping The BBC from Suppressing a Legal Framework to Hold Heads of State Accountable for Crimes Against Humanity and Genocide

**2 attachments**

📄 ldw4qirc.pdf
45 KB

📄 11th Updated Emergency Petition to Stop the BBC Supporting Genocide.pdf
1.7 MB