
# To be clear to the Court of Sessions this was the original boat strike memo FOIA request to show how evil the OIG response is...

1 message

**Borealis Hedling** <switzerlandpleasehelpme@gmail.com>                    Mon, Dec 15, 2025 at 9:16 p.m.
To: Innerhouse Mailbox <innerhouse@scotcourts.gov.uk>, salam@scotcourts.gov.uk, laura.angus@supremecourt.uk, john.mcmanus@supremecourt.uk, registry@supremecourt.uk, keir.starmer.mp@parliament.uk, david.lammy.mp@parliament.uk, judicialofficeforscotland@scotcourts.gov.uk, enquiries@ukgovscotland.gov.uk, hrc-sr-truth@un.org
Cc: eirlanda@cancilleria.gov.co, cdublin@cancilleria.gov.co, lzalabata@colombiaun.org, colombia@colombiaun.org, colombia@oas.org, donu.suiza@cancilleria.gov.co, hrc-ie-solidarity@un.org, ofuentes@cndh.org.mx, correo@cndh.org.mx, Atencion FGR <atencionfgr@fgr.org.mx>, hrc-sr-education@un.org, facultad@derecho.unam.mx, CARLOS JAVIER VERDUZCO REINA <bufetejuridico@derecho.unam.mx>, convotoriasderecho@uniandes.edu.co, derecho@uniandes.edu.co, seccionalmagdalenamedio@udea.edu.co, presidencia@cndj.gov.co, Direccion.juridica@javeriana.edu.co, admissions@naropa.edu, service@americanbar.org, hrwpress@hrw.org, hrwdc@hrw.org, press@amnesty.org, press@transparency.org, lordmayor@dublincity.ie, contact@csso.gov.ie, info@justice.ie, dppa-repertoire@un.org, osd.pa.dutyofficer@mail.mil, AF.JAX.Workflow@us.af.mil, 16AF.PA.MediaOps@us.af.mil, OnTheRecord@usmc.mil, PTGN_CHINFONEWSDESK@navy.mil, warcompa@socom.mil, osd.pentagonpressbadges@mail.mil, oaglitigationmailbox@advocategeneral.gov.uk, info@law4palestine.org, sar@mfa.gov.il, 911@mfa.gov.il, info@adalet.gov.tr, embassy.dublin@mfa.gov.tr, SUPREMECTBRIEFS@usdoj.gov, Usadc.servicecivil@usdoj.gov, johnny.walker@usdoj.gov, alicia.dupree@usdoj.gov, usadc.civil@usdoj.gov, executive.office@dcbar.org, info@ihrec.ie, MediaRelations@uscg.mil, tips@nypost.com, tips@cnn.com, tips@latimes.com, tips@slate.com, tips@themarysue.com, tips@newyorker.com, tips@injusticewatch.org, tips2@bloomberg.net, scoop@motherjones.com, newstips@commondreams.org, newsmanager@foxnews.com, news@skynews.com, news@thejournal.ie, news@irishstar.com, news@justsecurity.org, newsdesk@irishlegal.com, news@ctpublic.org, newsdesk@irishtimes.com, enquiries@ombudsman.org.za, info@medieombudsmannen.se, complaints@mediacouncil.ca, pfu@presse.no, Simon.harris@oireachtas.ie, ambassaden.dublin@gov.se, ambassaden.washington@gov.se, dmr@dmr.is, mfa@mfa.is, forseti@forseti.is, governor.lamont@ct.gov, LtGovernor.Bysiewicz@ct.gov, despp.legal@ct.gov, casework@blumenthal.senate.gov, Josh.Elliott@cga.ct.gov, DCJ CIU <DCJ.CIU@ct.gov>, foi@ct.gov

Grant my Petition... Or I will sue you in the US District Court District of Columbia under the alien tort statue for torturing me since September 22, 2024

> **From: Powers, Eric CIV OIG DoD (USA)** <eric.r.powers.civ@dodig.mil>
> Date: Mon, Dec 15, 2025, 5:28 PM
> Subject: RE: [Non-DoD Source] Emergency ADA request / FOIA Request on releasing the "Boat Strike Memos" under Article 13 and 14 of the UN Convention Against Torture
> To: switzerlandpleasehelpme@gmail.com <switzerlandpleasehelpme@gmail.com>
>
> Dear Mr. Hedling:
>
> This office is responsible for processing all FOIA requests for access to records maintained by the Department of Defense, Office of Inspector General (DoD OIG). The DoD OIG is an independent and objective agency within DoD, responsible for promoting the integrity, accountability, and improvement of DoD personnel, programs, and operations. We accomplish our mission by conducting audits, investigations, inspections and assessments, and recommending policies and procedures to promote the economic, efficient, and effective use of DoD resources and programs that prevent fraud, waste, abuse, and mismanagement.

Given our mission and responsibilities, we are not aware of a nexus between the information you are requesting and the DoD OIG.  However, in an effort to assist you, we recommend you submit your request to the Department of Justice (DOJ) as that agency may maintain the records you are seeking.  You may contact the DOJ as follows:

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001
Phone: (202) 616-3837
E-mail: MRUFOIA.Requests@usdoj.gov

For further information, you may also visit DOJ website at https://www.justice.gov/oip/make-foia-request-doj.

If you have any questions regarding this



10. The Petitioners have no adequate remedy under law.

MAY IT THEREFORE please your Lordships to grant the Victims of the Trump and Bukele Administration damages of £ 50 billion to be distributed appropriately by a competent court appointed trustee, to grant the The People of the Sovereign Nation of Palestine damages of £ 50 billion to be distributed appropriately by a competent court appointed trustee. £ 1 billion to the victims of the US Military extrajudicial killings in the Caribbean. An additional £ 70 billion to be held in a trust until it can be appropriately distributed to Palestinian run construction companies to rebuild Gaza.

According to Justice, etc.

/s/ Borealis S Hedling
They / Them
December 15, 2025



cause reference number _____

THE COURT OF SESSION

The Petition

of

**Borealis S Hedling**
&
**Kilmar Armando Abrego Garcia**

Brought on Behalf of

Victims of the Trump and Bukele Administration

The People of the Sovereign Nation of Palestine

The Family of Alejandro Carranza and other victims of the US Military's extrajudicial Killings in the Caribbean

(Pursuers)

V.

The British Broadcasting Corporation
(Defender)

for

Stopping The BBC from Suppressing a Legal Framework to Hold Heads of State Accountable for Crimes Against Humanity and Genocide

––––– Forwarded message –––––
**From:** Borealis Hedling <s.25-cv-00766-JEB pm@gmail.com>
**Date:** Sat, Dec 13, 2025, 12:31 PM
**Subject:** Emergency ADA request / FOIA Request on releasing the "Boat Strike Memos" under Article 13 and 14 of the UN Convention Against Torture
**To:** <foiarequests@dodig.mil>, FOIA Status <foiastatus@state.gov>, <foia@hq.dhs.gov>, <DOJ.OIP.FOIA@usdoj.gov>, <ogis@nara.gov>, <hrc-sr-truth@un.org>, <bupers-00j@navy.mil>
**Cc:** <ofuentes@cndh.org.mx>, <correo@cndh.org.mx>, Atencion FGR <atencionfgr@fgr.org.mx>, <hrc-sr-education@un.org>, <facultad@derecho.unam.mx>, CARLOS JAVIER VERDUZCO REINA <bufetejuridico@derecho.unam.mx>, <convotoriasderecho@uniandes.edu.co>, <derecho@uniandes.edu.co>, <seccionalmagdalenamedio@udea.edu.co>, <presidencia@cndj.gov.co>, <Direccion.juridica@javeriana.edu.co>, <admissions@naropa.edu>, <service@americanbar.org>, <ogis@nara.gov>, <hrwpress@hrw.org>, <hrwdc@hrw.org>, <press@amnesty.org>, <press@transparency.org>, <lordmayor@dublincity.ie>, <contact@csso.gov.ie>, <info@justice.ie>, <dppa-repertoire@un.org>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <oaglitigationmailbox@advocategeneral.gov.uk>, <info@law4palestine.org>, <sar@mfa.gov.il>, <911@mfa.gov.il>, <info@adalet.gov.tr>, <embassy.dublin@mfa.gov.tr>, <SUPREMECTBRIEFS@usdoj.gov>, <Usadc.servicecivil@usdoj.gov>, <johnny.walker@usdoj.gov>, <alicia.dupree@usdoj.gov>, <usadc.civil@usdoj.gov>, <executive.office@dcbar.org>, <info@ihrec.ie>, <MediaRelations@uscg.mil>, <tips@nypost.com>, <tips@cnn.com>, <tips@latimes.com>, <tips@slate.com>, <tips@themarysue.com>, <tips@newyorker.com>, <tips@injusticewatch.org>, <tips2@bloomberg.net>, <scoop@motherjones.com>, <newstips@commondreams.org>, <newsmanager@foxnews.com>, <news@skynews.com>, <news@thejournal.ie>, <news@irishstar.com>, <news@justsecurity.org>, <newsdesk@irishlegal.com>, <news@ctpublic.org>, <newsdesk@irishtimes.com>, <enquiries@ombudsman.org.za>, <info@medieombudsmannen.se>, <complaints@mediacouncil.ca>, <pfu@presse.no>, <Simon.harris@oireachtas.ie>, <ambassaden.dublin@gov.se>, <ambassaden.washington@gov.se>, <dmr@dmr.is>, <mfa@mfa.is>, <forseti@forseti.is>, <governor.lamont@ct.gov>, <LtGovernor.Bysiewicz@ct.gov>, <despp.legal@ct.gov>, <casework@blumenthal.senate.gov>, <Josh.Elliott@cga.ct.gov>, DCJ CIU <DCJ.CIU@ct.gov>, <foi@ct.gov>

Good afternoon,

Under the 2008 ADA Amended I am requesting you allow this request via email. As the consistent PTSD from not lawfully receiving FOIA requests and having to maintain access to dozens of databases to fight extreme violations of international law is actively psychologically damaging versus the ease of using email. Under the Freedom of Information Act I request the following information. You can't classify attempts to justify extrajudicial killings and certainly not given the below. I don't need a court order to get these. I want to see what data holders have access. The Court had not even ruled on a Motion to Proceed in Forma Pauperis because this country is so inherently corrupt.

1. The documents referred to as the "Boat Strike Memos"

https://www.politico.com/news/magazine/2025/12/11/trump-boat-strikes-lawyers-torture-memos-column-00685071

I request a waiver of all fees as I am destitute as Governments fail to follow Article 14 of the UN Convention against Torture. I request this request be expedited for the following reasons demonstrating a "compelling need".

1. The life and limb threat of the US performing extrajudicial killings using hidden legal guidance as a justification to violate international criminal law.

2. The due process concerns of victims of these potential extrajudicial killings and the Requestor by the very nature of the US abuse of classification of information and the outdated fee based access to the courts. Not having this information timely to ensure non-recurrence.

3. I am clearly an individual who is disseminating information of illegal Government activity.

4. This is already a matter of widespread media interest the US Government has no integrity.

Thanks,
Borealis S Hedling
They / Them

Case No 1:25-04178

## Emergency Motion for Discovery before service

Hedling

V.

Trump et al.

The Plaintiff respectfully requests the Court direct the Office of Special Counsel to provide the Plaintiff and this court the documents referred to as the "Boat Strike Memos"

I. Background

The Plaintiff filed this instant lawsuit November 22, 2025 to among other issues resolve how US officials can be held accountable for violating international criminal law. Followed that up with a December 5, 2025 Motion for a Speedy Hearing about making a report to the Swedish Police War Crimes Unit. The extrajudicial killings the Trump Administration is participating in are a clear violation of international law in addition to the Crime Against Humanity of Mass deportation already well documented in this case.



**Remember the Torture Memos? The Boat Strike Memos May Be Worse.**

https://www.politico.com/news/magazine/2025/12/11/trump-boat-strikes-lawyers-torture-memos-column-00685071

II. Release of the "boat strike memos" provides important evidence to the Swedish Police War Crimes Unit and shows the necessity for the Court to remind the US military to follow the Nuremberg Principles

The core of this case is about having the military respect international law and they have been since October 2024 willing to follow Presidents they know are unlawfully occupying the position. This Memo is a key piece of fabrication of evidence trying to legitimate extrajudicial killings the UN has already stated violate international law.

### Conclusion

The Plaintiff respectfully requests the Court direct the Office of Special Counsel to provide the Plaintiff and this court the documents referred to as the "Boat Strike Memos"

Signed on the 11th of December 2025 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

––––– Forwarded message –––––
From: **Borealis Hedling** <borealishedlingpm@gmail.com>
Date: Thu, Dec 11, 2025, 9:07 AM
Subject: Fyi: Hedling v. Trump et al. Emergency Request for a Declaratory Judgement and Preliminary Injunction to protect the Nuremberg Principles.
To: <Jessica.Ramirez@mail.house.gov>, <ethicscommittee@mail.house.gov>, <hrc-sr-truth@un.org>
Cc: <ogis@nara.gov>

Sure Articles of Separation... Congress has the sole power of impeachment and the Judge who allowed the 2024 US Election to illegally proceed just can do whatever he wants.

The attitudinal biases around mental illness and the deliberate indifference built into case work at US Congressional offices has not influenced your response.

Congress literally failed to establish a framework as required under Article 14 of the UN Convention Against Torture. Your answer is literally a violation of international law. It is the clear the UN doesn't care. You will let dozens of Federal officials and judges who helped participate in the Refoulment and torture of a human rights defender including US District Court Judges retain their positions of power?





Because of the Constitutional separation of powers, judicial matters (matters which involve the court system) do not fall under the jurisdiction of a Member of Congress. Additionally, state issues should be addressed by state representatives. As a next step, you may consider contacting your State Senate and Assembly representative for assistance, which can be researched here.

Thank you.

Sincerely,
**Jessica Ramírez**
*Constituent Services Manager*





2385 Camino Vida Roble, Suite 211
Carlsbad, CA 92011
Sign up for updates HERE.
760-599-5000



——— Forwarded message ———
From: **Borealis Hedling** <switzerlandpleasehelpme@gmail.com>
Date: Sat, Nov 22, 2025, 4:27 PM
Subject: FYI Hedling v. Trump et al. Emergency Request for a Declaratory Judgement and Preliminary Injunction to protect the Nuremberg Principles.
To: <dublin.consul@mail.ru>, <newsdesk@fcdo.gov.uk>, <hrc-ie-internationalorder@un.org>, <kaja.kallas@ec.europa.eu>, <eu-ie-info-request@ec.europa.eu>, <dublin@eda.admin.ch>, <ambassaden.dublin@gov.se>, <justitieombudsmannen@jo.se>, <ambassaden.washington@gov.se>, <247@mfa.no>, <press.office@dfa.ie>, <press.chineseembassy.ie@gmail.com>
Cc: <ogis@nara.gov>, <support@protectdefenders.eu>, <press@amnesty.org>, <press@transparency.org>

Well at least I proved my point. Have fun there are no consequences to violating international law anymore. Most people are too stupid to understand there ever was international law.

4:09

## Theme

Theme

Russia

## Your message

Subject

Hedling v Trump et al and the death of International Customary Law

Message

So given Donald J Trump just completely 20/11/25 told the US military essentially the Nuremberg Principles not only don't exist. That anyone who tells them to follow them is committing a seditious act that should be punished by death. In addition to creating another "peace plan" that openly violates international Customary Law by allowing Russia to keep territory gained from a War of Aggression. In addition to basically threatening Ukraine to take it by Thursday as your Führer Keir Starmer might go bow to him this week. I requested the following relief from a US Court. Given the illegal witholding of identity documents by Ireland I can't cash a check to pay a court fee and Motions to Proceed in Forma Pauperis can take 4-6 weeks to rule on regardless of the concurrent access to the Courts lawsuit showing that is illegal. This is all a fucked up ethics test to have the US actively admit they

4:09
Case 1:25-cv-00766-JEB    Document 212-8    Filed 12/16/25    Page 13 of 18

Review | Report Inf...
sis.gov.uk

regardless of the concurrent access to the Courts lawsuit showing that is illegal. This is all a fucked up ethics test to have the US actively admit they have no legal framework to meet Article 14 of the UN Convention Against Torture. Have no free or fair elections and the US military can violate the Nuremberg Principles openly across 2 Presidential Administrations to fuck over human rights defenders...

Declaratory Relief:
1. Declares in line with the Nuremberg Principles US Military Personnel can be held criminally liable under international criminal law for obeying orders they know to be unlawful.
2. Declares warrants from foreign courts or international tribunals exercising Universal Jurisdiction in matters of international criminal law in the absence of the Department of Justice to act lawfully can be executed by the Military Police of the United States Army.
3. Determines if the Secretary of the Treasury in line with international law is the acting President of the United States.
Injunctive Relief:
1. Sets a deadline for a special presidential election to take place to ensure a peaceful transition of power.
2. Any relief this Court Deems Just and Proper.

Verification Number



# Submission successful

## Thank you

Your form record has been submitted successfully. You can safely leave the page.

## What happens next?

- Please be patient whilst we examine the information, it may take us some time to process your information.
- We do not respond to all information submitted.
- You may be contacted via your preferred method if required.

## Verification Number

─────── Forwarded message ───────
From: **Borealis Hedling** <25tzeno766elpm@gmail.com>
Date: Sat, Nov 22, 2025, 5:27 AM
Subject: (this is a new case) Hedling v. Trump et al. Emergency Request for a Declaratory Judgement and Preliminary Injunction to protect the Nuremberg Principles.
To: DCD Intake <dcd_intake@dcd.uscourts.gov>, <AdminOversight@ao.uscourts.gov>, <hrc-ie-internationalorder@un.org>
Cc: <MediaRelations@uscg.mil>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <hrc-sr-independencejl@un.org>, <oaglitigationmailbox@advocategeneral.gov.uk>, <dppa-scsb3@un.org>, <information@icj-cij.org>, <info@law4palestine.org>, <hrc-ie-internationalorder@un.org>, <sar@mfa.gov.il>, <911@mfa.gov.il>, <info@adalet.gov.tr>, <embassy.dublin@mfa.gov.tr>, <hrc-ie-solidarity@un.org>, <SUPREMECTBRIEFS@usdoj.gov>, <Usadc.servicecivil@usdoj.gov>, <johnny.walker@usdoj.gov>, <alicia.dupree@usdoj.gov>, <usadc.civil@usdoj.gov>, <executive.office@dcbar.org>, <Simon.harris@oireachtas.ie>, <hrc-sr-truth@un.org>, <info@ihrec.ie>, <civil.rights@ag.ny.gov>, <civilrights@oag.state.md.us>, <eileen.flynn@oireachtas.ie>, <robbie.gallagher@oireachtas.ie>, <imelda.goldsboro@oireachtas.ie>, <laura.harmon@oireachtas.ie>, <alicemary.higgins@oireachtas.ie>, <garret.kelleher@oireachtas.ie>, <mike.kennelly@oireachtas.ie>, <sharon.keogan@oireachtas.ie>, <sean.kyne@oireachtas.ie>, <eileen.lynch@oireachtas.ie>, <aubrey.mccarthy@oireachtas.ie>, <maria.mccormack@oireachtas.ie>, <michael.mcdowell@oireachtas.ie>, <ronan.mullen@oireachtas.ie>, <conor.murphy@oireachtas.ie>, <pj.murphy@oireachtas.ie>, <margaret.murphyomahony@oireachtas.ie>, <linda.nelson-murray@oireachtas.ie>, <evanne.nichuilinn@oireachtas.ie>, <noel.odonovan@oireachtas.ie>, <fiona.oloughlin@oireachtas.ie>, <joe.oreilly@oireachtas.ie>, <sarahj.oreilly@oireachtas.ie>, <anne.rabbitte@oireachtas.ie>, <lynn.ruane@oireachtas.ie>, <dee.ryan@oireachtas.ie>, <nicole.ryan@oireachtas.ie>, <gareth.scahill@oireachtas.ie>, <patricia.stephenson@oireachtas.ie>, <pauline.tully@oireachtas.ie>, <diarmuid.wilson@oireachtas.ie>, <vpcao@tcd.ie>, <legalcooperation@oas.org>, <cidh-prensa@oas.org>, <CIDHDenuncias@oas.org>, <EO@ombudsman.europa.eu>, <info@frontlinedefenders.org>, <press@whistleblower.org>, <press@whistlebloweraid.org>, <democracy@coe.int>, <democracyinstitute@ceu.edu>, <christoph.halbig@philos.uzh.ch>, <graduiertenschule@phil.uzh.ch>, <sigmond.richli@philos.uzh.ch>, <fsb@sib.uzh.ch>, <asae.leitung@ethik.uzh.ch>, <asae@ethik.uzh.ch>, <philsem@philos.uzh.ch>, <duersteler@philos.uzh.ch>, <afe@philos.uzh.ch>, <stephanie.oechslin@philos.uzh.ch>, <u21@universitas21.com>, <yoan.hermstruewer@uzh.ch>, <anne.meylan@philos.uzh.ch>, <rita.stoeckli@uzh.ch>, <isabella.balmer@rud.uzh.ch>, <rechtsdienst@rud.uzh.ch>, <privacy@rud.uzh.ch>, <info@bj.admin.ch>, <legal@proton.me>, <secretar@tcd.ie>, <clerksroom@11kbw.com>, <teamD@11kbw.com>, <ambassaden.dublin@gov.se>, <Ambassaden.monrovia@gov.se>, <ambassaden.washington@gov.se>, <secretary@ganhri.org>, <cru@calbar.ca.gov>, <GC@calbar.ca.gov>, <ExecutiveDirector@calbar.ca.gov>, <247@mfa.no>, <Helpline@eda.admin.ch>, <dublin@eda.admin.ch>, <dubln@international.gc.ca>, <pa.chineseembassy.ie@gmail.com>, <press.chineseembassy.ie@gmail.com>, <chinaembpress_us@mfa.gov.cn>, <chinaemb_ie@mfa.gov.cn>, <DELEGATION-INDIA@eeas.europa.eu>, Atencion FGR <atencionfgr@fgr.org.mx>, <atencionciudadana@sre.gob.mx>, <AD1-AGC@nycourts.gov>, <ogis@nara.gov>, <drc@tcd.ie>, <Lindsey.Halligan@usdoj.gov>, <CRT.SpeakerRequests@usdoj.gov>, <lordmayor@dublincity.ie>, <cabraoffice@dublincity.ie>, <customerservices@dublincity.ie>, <C4Nstories@itn.co.uk>, <accessofficer@justice.ie>, <info@justice.ie>, Niall Collins <niall.collins@oireachtas.ie>, <tips@cnn.com>, <tips@nypost.com>, <tips@slate.co>, <HRDSupportIndonesia@state.gov>, <HRDSupportJapan@state.gov>, <HRDSupportKingston@state.gov>, <HRDSupportRangoon@state.gov>, <HRDSupportTbilisi@state.gov>, <HRDSUPPORTBELGRADE@state.gov>, <HRDSupportBrussels@state.gov>, <HRDSupportEmbVienna@state.gov>, <HRDSupportPrague@state.gov>, <info@president.ie>, <contact@csso.gov.ie>, <ICCVisits@icc-cpi.int>, <applications@icc-cpi.int>, <fadi.el-abdallah@icc-cpi.int>, <OTPNewsDesk@icc-cpi.int>, <Dujarric@un.org>, <keir.starmer.mp@parliament.uk>, <david.lammy.mp@parliament.uk>, <honorarydegree@uconn.edu>, <registrar@uconn.edu>, <generalcounsel@uconn.edu>, <humanrights@uconn.edu>, <president@uconn.edu>, <universitycompliance@uconn.edu>, <boardoftrustees@uconn.edu>, <hrc-sr-education@un.org>, <hrc-sr-freedex@un.org>, <askds@tcd.ie>, <provost@tcd.ie>, <law.postgraduate@tcd.ie>, <events@tcd.ie>, <controlcenter.security-unog@un.org>, Joint Committee on Justice Home Affairs and Migration <justice@oireachtas.ie>, <disabilitymatters@oireachtas.ie>, <support@protectdefenders.eu>, <hrwdc@hrw.org>, <hrwpress@hrw.org>, <press@worldjusticeproject.org>, <press@transparency.org>, <press@amnesty.org>, <press.office@dfa.ie>, <newsdesk@fcdo.gov.uk>, <justitieombudsmannen@jo.se>, <jcpp@oireachtas.ie>, <committees.coord@oireachtas.ie>, Ceann.Comhairle_EML <ceann.comhairle@oireachtas.ie>, <garret.ahearn@oireachtas.ie>, <chris.andrews@oireachtas.ie>, <frances.black@oireachtas.ie>, <niall.blaney@oireachtas.ie>, <victor.boyhan@oireachtas.ie>, <manus.boyle@oireachtas.ie>, <cathal.byrne@oireachtas.ie>, <maria.byrne@oireachtas.ie>, <pat.casey@oireachtas.ie>, <lorraine.cliffordlee@oireachtas.ie>, <tom.clonan@oireachtas.ie>, <joanne.collins@oireachtas.ie>, <alison.comyn@oireachtas.ie>, <joe.conway@oireachtas.ie>, <martin.conway@oireachtas.ie>, <nessa.cosgrove@oireachtas.ie>, <teresa.costello@oireachtas.ie>, <mats.green@riksdagen.se>, <michael.rubbestad@riksdagen.se>, <hans.ekstrom@riksdagen.se>, <fredrik.lindahl@riksdagen.se>, <mirja.raiha@riksdagen.se>, <ulrik.nilsson@riksdagen.se>, <per-arne.hakansson@riksdagen.se>, <mauricio.rojas@riksdagen.se>, <amalia.rud.stenlof@riksdagen.se>, <susanne.nordstrom@riksdagen.se>, <jessica.wetterling@riksdagen.se>, <gudrun.brunegard@riksdagen.se>, <muharrem.demirok@riksdagen.se>, <lars.engsund@riksdagen.se>, <jan.riise@riksdagen.se>, <lars.e.johnsson@riksdagen.se>, <lars.andersson@riksdagen.se>, <peter.hedberg@riksdagen.se>, <charlotte.nordstrom@riksdagen.se>, <erik.ezelius@riksdagen.se>, <martin.westmont@riksdagen.se>, <ingela.nylund.watz@riksdagen.se>,

<caroline.hogstrom@riksdagen.se>, <laila.naraghi@riksdagen.se>, <leonid.yurkovskiy@riksdagen.se>, <gunilla.c.carlsson@riksdagen.se>, <gustaf.goransson@riksdagen.se>, <niklas.sigvardsson@riksdagen.se>, <camilla.brodin@riksdagen.se>, <sara-lena.bjalko@riksdagen.se>, <mats.berglund@riksdagen.se>, <malin.danielsson@riksdagen.se>, <matheus.enholm@riksdagen.se>, <hanna.gunnarsson@riksdagen.se>, <christofer.bergenblock@riksdagen.se>, <larry.soder@riksdagen.se>, <magnus.berntsson@riksdagen.se>, <fredrik.malm@riksdagen.se>, <Martin.Melin@riksdagen.se>, <annika.hirvonen@riksdagen.se>, <patrik.bjorck@riksdagen.se>, <andreas.lennkvist.manriquez@riksdagen.se>, <victoria.tiblom@riksdagen.se>, <matilda.ernkrans@riksdagen.se>, <riksdagsinformation@riksdagen.se>, <hrc-sr-disability@un.org>, <hrc-sr-torture@un.org>, <Erik.Nymansson@jo.se>, <Katarina.Pahlsson@jo.se>, <Per.Lennerbrant@jo.se>, <Thomas.Norling@jo.se>, <registrator@mrinstitutet.se>, <jennie.nilsson@riksdagen.se>, <facultad@derecho.unam.mx>

Good morning,
This is another new case with a separate cause of action. The Motion to Proceed IFP has some supplemental materials confirming certain assets are currently inaccessible due to lack of valid ID.

Thanks,
Borealis S Hedling
They / Them

US District Court of Columbia

Case No: _____
To be assigned

## Emergency Request for a Preliminary Injunction and Declaratory Judgement

Borealis S Hedling
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Plaintiff

V.

Donald J Trump
1600 Pennsylvania Ave NW
Washington, DC 20500
Defendant #1

Department of Defense (AKA the Department of War)
1400 Defense Pentagon
Washington, DC 20301-1400
Defendant #2

**Subject Matter Jurisdiction**
This Court has Subject matter jurisdiction to hear this case under 28 U.S.C. § 1331. Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."

Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."
-Article 13 & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

1

**Declaratory Relief:**

1. Declares in line with the Nuremberg Principles US Military Personnel can be held criminally liable under international criminal law for obeying orders they know to be unlawful.

2. Declares warrants from foreign courts or international tribunals exercising Universal Jurisdiction in matters of international criminal law in the absence of the Department of Justice to act lawfully can be executed by the Military Police of the United States Army.

3. Determines if the Secretary of the Treasury in line with international law is the acting President of the United States.

**Injunctive Relief:**

1. Sets a deadline for a special presidential election to take place to ensure a peaceful transition of power.

2. Any relief this Court Deems Just and Proper.

15 attachments

- Hedling v Trump District Pro Se NEF Form_FILL.pdf — 136 KB
- Motion to Proceed IFP Hedling v Trump et al.pdf — 333 KB
- Supplemental materials Motion to Proceed IFP Hedling v Trump (1).pdf — 771 KB
- Hedling v. Trump et al. Protecting the Nuremberg Principles .PDF — 1.2 MB
- November 22 Exhibits List Hedling V Trump et al.PDF — 68 KB
- EX 1 Postpone Election EMERGENCY EX PARTE TRO.PDF — 61 KB
- EX 2 Lawson V. Canada.PDF — 77 KB
- EX 3 Last email 25-8-24 before Canada Gulag_copy.PDF.pdf — 118 KB
- EX 4 Emergency Motion to Reconsider Lawson V DSS et al.pdf — 10.1 MB
- EX 5 Harvey Petition to California Supreme Court.PDF — 143 KB
- EX 6 Emergency Application to US Supreme Court Hedling v. California State Bar (1).PDF — 168 KB
- EX 7 Direct Petition to All Branches of the US Military to Recognize Mike Johnson as the Acting President_copy.pdf — 789 KB
- EX 8 Emergency Motion to Intervene and for a Permanent Stay USA v. Comey et al (1).PDF — 1.6 MB
- EX 9 Motion to Clarify Lawson v Xinis.PDF — 507 KB
- EX 10 UN Special Procedures Report on accountability for Ambassadors_copy.pdf — 65 KB