

# To the UK Supreme Court at the Bare Minimum overturn the 9/1/25 Decision I am not a Human Being and people can't advocate individually or collectivity for human rights

1 message

**Borealis Hedling** <switzerlandpleasehelpme@gmail.com>　　　　　　　　　　　　　　Fri, Dec 5, 2025 at 11:51 PM
To: registrarsoutofhours@supremecourt.uk, Innerhouse Mailbox <innerhouse@scotcourts.gov.uk>, hrc-sr-independencejl@un.org, judicialofficeforscotland@scotcourts.gov.uk
Cc: contact@csso.gov.ie, info@justice.ie, dppa-repertoire@un.org, hrwdc@hrw.org, hrwpress@hrw.org, osd.pa.dutyofficer@mail.mil, AF.JAX.Workflow@us.af.mil, 16AF.PA.MediaOps@us.af.mil, OnTheRecord@usmc.mil, PTGN_CHINFONEWSDESK@navy.mil, warcompa@socom.mil, osd.pentagonpressbadges@mail.mil, oaglitigationmailbox@advocategeneral.gov.uk, info@law4palestine.org, sar@mfa.gov.il, 911@mfa.gov.il, info@adalet.gov.tr, embassy.dublin@mfa.gov.tr, hrc-ie-solidarity@un.org, SUPREMECTBRIEFS@usdoj.gov, Usadc.servicecivil@usdoj.gov, johnny.walker@usdoj.gov, alicia.dupree@usdoj.gov, usadc.civil@usdoj.gov, executive.office@dcbar.org, info@ihrec.ie, MediaRelations@uscg.mil, press@amnesty.org, press@transparency.org, tips@nypost.com, tips@cnn.com, tips@latimes.com, tips@slate.com, tips@themarysue.com, tips@newyorker.com, tips@injusticewatch.org, tips2@bloomberg.net, scoop@motherjones.com, newstips@commondreams.org, newsmanager@foxnews.com, news@skynews.com, news@thejournal.ie, news@irishstar.com, news@justsecurity.org, newsdesk@irishlegal.com, news@ctpublic.org, newsdesk@irishtimes.com, enquiries@ombudsman.org.za, info@medieombudsmannen.se, complaints@mediacouncil.ca, pfu@presse.no, ogis@nara.gov, Simon.harris@oireachtas.ie, ambassaden.dublin@gov.se, ambassaden.washington@gov.se

# RE: EMERGENCY UK Supreme Court Subject Matter Jurisdiction Jeremy M Lawson V. SECRETARY OF STATE FOR THE HOME DEPARTMENT

**From:** UKSC Registry registry@supremecourt.uk
**To:** Jeremy Lawson j_emt@hotmail.com
**Sent:** Tuesday, October 22 at 9:25 a.m.

Dear Jeremy Lawson,

I apologise using the incorrect pronoun whilst addressing you. Please find a letter from the registrar attached regarding your email below.

Yours sincerely,

**Yüsra**
**Registry Support Officer**
Supreme Court of the United Kingdom
and the Judicial Committee of the Privy Council

Parliament Square, London, SW1P 3BD
Telephone: 02079601989
Email: registry@supremecourt.uk
Email: registry@jcpc.uk
Email: listings@supremecourt.uk

 

Follow us on:
  

---

**From:** Jeremy Lawson <j_emt@hotmail.com>
**Sent:** 21 October 2024 20:37
**To:** UKSC Registry <registry@supremecourt.uk>; KB Judges Listing Office <KBJudgesListingOffice@Justice.gov.uk>
**Cc:** cjc@judiciary.uk; pressoffice@cabinetoffice.gov.uk; newsdesk@fcdo.gov.uk; kate.ogg@anu.edu.au; odcinfo@dcodc.org; AccesstoJustice@usdoj.gov; CRT.SpeakerRequests@usdoj.gov; Liza Andrews <landrews@ctcadv.org>; Meghan Scanlon <mscanlon@ctcadv.org>; generalcounsel@uconn.edu; President Radenka Maric <president@uconn.edu>; contactus@amnesty.org; laila.demirdache@clso.clcj.ca; members@amnesty.ca; Press, AOC <AOC.press@mail.house.gov>; press@usaid.gov; OIGLegAffairs@usaid.gov; js.pentagon.ocjcs.list.public-affairs-awareness@mail.mil; NCPTSD <ncptsd@va.gov>; hcenquiries@parliament.uk; +info <info@psic-ispc.gc.ca>; hlinfo@parliament.uk; papers@parliament.uk; post@parliament.uk; uzra.zeya@state.gov
**Subject:** Re: EMERGENCY UK Supreme Court Subject Matter Jurisdiction Jeremy M Lawson V. SECRETARY OF STATE



Supreme Court of the United Kingdom Parliament Square London SW1P 3BD
registry@supremecourt.uk
0207 960 1991/1992
DX 157230 Parliament Sq 4

22 October 2024

Our ref: LSC-2024-0722

Dear Jeremy Lawson,

I acknowledge receipt of your email dated 21 October 2024.

Unfortunately, there is nothing further that can be added to our letter dated 21 October 2024.

We appreciate this may be difficult to hear. However, as we cannot assist further, any further correspondence on this matter will receive neither an acknowledgement nor a reply.

Kind regards,

*Laura Angus*

Laura Angus
Registrar
*Supreme Court of the United Kingdom and the*
*Judicial Committee of the Privy Council*

Jeremy Lawson
j_emt@hotmail.com



### Emergency Petition 2.0 of Borealis S Hedling to the Inner House of the Court of Sessions
1 message

**Innerhouse Mailbox** <innerhouse@scotcourts.gov.uk>     Thu, Jan 9, 2025 at 5:23 a.m.
To: Borealis <silenceisvalidation@gmail.com>

Good Morning Mr Borealis S Hedling

Many thanks for the submission of Petition for Nobile Officium on 8th January 2025.

Your petition was duly passed to the Clerk of Court and Inner House Judge for consideration on the issue of competency.

I can now confirm that the Petition for Nobile Officium has been determined as not competent and therefore cannot proceed for registration on this occasion.

[Quoted text hidden]
[Quoted text hidden]

28. All it takes under International law or even to provide the beginning of relief is 1 court to have integrity to respect Scottish law and the right of Scottish courts to use the Nobile Officium to fill gaps in law. Also courts in Scotland are courts of law and equity. Historically the Nobile Officium has been used to help the vulnerable and suspend procedural barriers that destroy justice. Per a resource the Petitioner found in the decision in the petition of A and OTHERS P420/24 [2024].

"The continuing possibility for extraordinary circumstances to arise which cannot be adequately dealt with by existing legal remedies surely reserves to the nobile officium a continuing utility—not to mention its symbolic certification that courts are not mere slavish applicators of law, but vehicles for the attainment of justice."

-Stephen Thomson, The Nobile Officium in Civil Jurisdiction: Equitable Gap-Filling in Scotland [2014] vol 24 Tulane European & Civil Law Forum 125 at 135

29. For all the foregoing reasons even if it takes filing on every Court on this planet the Petitioner will not stop until victims of domestic violence in the State of Connecticut can get emergency benefits based on their word as required by law. John Marshall Chief Justice of the US Supreme Court famously stated there must be a remedy under law for every issue. Sadly the rule of law no longer exists in the World Government. Or even basic morality unless a court orders it.

IT THEREFORE please your Lordships to grant the Petitioner review of this petition without charging fees. Declare the Petitioner is a human being. Declare everyone has the right to advocate for human rights individually and collectively. Grants this review and relief under their jurisdictional discretion. E d the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services.

According to Justice, etc.
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them 7/1/25

*Borealis Serenits Hedling* (signature)



THE COURT OF SESSION

The Petition

of

Borealis S. Hedling

for

Allowing everyone to be able to advocate for human rights individually and collectively without fear.

cause reference number_____

Form 41A.2

Form of application for permission to appeal to the Supreme Court

IN THE COURT OF SESSION

APPLICATION

for

PERMISSION TO APPEAL TO THE SUPREME COURT

under section 40 of the Court of Session Act 1988
Article 13 & 14 of the UN Convention against Torture
and Other Cruel, Inhuman or Degrading Treatment or Punishment, The Principles of Jus Cogens, and Article 1 & 13 of the European Convention on Human Rights.

by

Borealis S. Hedling 8640 Ridge RD Ellicott City, Maryland 21043 (mailing address currently homeless)

Applicant

against

A decision of the Inner House

1. On 8/1/25 the Inner House declared the Applicant's Petition to the Nobile officium "not competent" based on the "nature" not the supporting documents which objectively confirm Torture and refoulment of a human rights defender and crimes against humanity. They would not declare the Applicant was a human being, declare everyone has the right to advocate for human rights individually and collectively without fear, and end the practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services.

2. On 17/1/24 an updated Petition from 10/1/25 with 2 addendums regarding expanding the court of the UK Authority to honor international instruments and human rights in absence of other branches and to evacuate the Applicant from the United States was deemed "not competent" any related matters would receive no further review.

GROUNDS OF APPEAL

3. The 2 instances of deeming the Petitions "not competent" are a violation of the Principles of Jus Cogens. Along with a violation of Article 13 of The European Convention the right

to an effective remedy. Since in this case the Nobile officium was a valid mechanism to end crimes against humanity, the Applicant's refoulement, and torture. Along with putting the Applicant close to family and the means to participate in judicial proceedings to get compensation and vindication.

4. The 10/1/25 misgendering by the Inner House deeming the petition "not competent" without apology when the relief requested was. Declare the applicant is a human being, declare everyone has the right to advocate for human rights individually and collectively without fear, and end the practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services proves the necessity of the relief.

5. The Applicant even acknowledged the sensitive nature of the case, but made clear blacklisting the Applicant from making further petitions based on the continuous harm the court refused to act against was unlawful. Compromising the integrity of all 3 branches of the Scottish Government is horrifying. The Applicant's vulnerability and mental health conditions are obvious and were disclosed the potential inaction of this court could prove fatal. Their denial especially of Citizenship and International protection something the foreign and home secretary have illegally denied them since 22/9/24. Along with having the UK Embassy in Reykjavik leave them out in the rain 23/10/24. Makes this denial a

the UK Embassy in Reykjavik leave them out in the rain 23/10/24. Makes this denial a case at the European house symbol also relevant human rights law listed below.

"The European system of protection of human rights with its Court would be inconceivable untied from democracy. In fact, we have a bond that is not only regional or geographic: a State cannot be party to the European Convention on Human Rights if it is not a member of the Council of Europe; it cannot be a member State of the Council of Europe if it does not respect pluralist democracy, the rule of law and human rights. So a non-democratic State could not participate in the ECHR system: the protection of democracy goes hand in hand with the protection of rights."
—Guido Raimond president of the European Court of Human Rights

" Article 1 – Obligation to respect human rights:
The High Contracting Parties shall secure to everyone within their jurisdiction the rights and freedoms defined in Section I of this Convention."
"Article 2 – Right to life
1 Everyone's right to life shall be protected by law. No one shall be deprived of his life intentionally save in the execution of a sentence of a court following his conviction of a crime for which this penalty is provided by law."
"Article 3 – Prohibition of torture
No one shall be subjected to torture or to inhuman or degrading treatment or punishment."
"Article 6 – Right to a fair trial
1 In the determination of his civil rights and obligations or of any criminal charge against him, everyone is entitled to a fair and public hearing within a reasonable time by an independent and impartial tribunal established by law. Judgment shall be pronounced publicly but the press and public may be excluded from all or part of the trial in the interests of morals, public order or national security in a democratic society, where the interests of juveniles or the protection of

the private life of the parties so require, or to the extent strictly necessary in the opinion of the court in special circumstances where publicity would prejudice the interests of justice.
2 Everyone charged with a criminal offence shall be presumed innocent until proved guilty according to law.
3 Everyone charged with a criminal offence has the following minimum rights:
a to be informed promptly, in a language which he understands and in detail, of the nature and cause of the accusation against him;
b to have adequate time and facilities for the preparation of his defence;
c to defend himself in person or through legal assistance of his own choosing or, if he has not sufficient means to pay for legal assistance, to be given it free when the interests of justice so require;
d to examine or have examined witnesses against him and to obtain the attendance and examination of witnesses on his behalf under the same conditions as witnesses against him;
e to have the free assistance of an interpreter if he cannot understand or speak the language used in court."
"Article 8 – Right to respect for private and family life
1 Everyone has the right to respect for his private and family life, his home and his correspondence.
2 There shall be no interference by a public authority with the exercise of this right except such as is in accordance with the law and is necessary in a democratic society in the interests of national security, public safety or the economic well-being of the country, for the prevention of disorder or crime, for the protection of health or morals, or for the protection of the rights and freedoms of others."
"Article 9 – Freedom of thought, conscience and religion
1 Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief and freedom, either alone or in community with others and in public or private, to manifest his religion or belief, in worship, teaching, practice and observance.
2 Freedom to manifest one's religion or beliefs shall be subject only to such limitations as are prescribed by law and are necessary in a democratic society in the interests of public safety, for the protection of public order, health or morals, or for the protection of the rights and freedoms of others."
"Article 10 – Freedom of expression

"Article 10 – Freedom of expression
1 Everyone has the right to freedom of expression. This right shall include freedom to hold opinions and to receive and impart information and ideas without interference by public authority and regardless of frontiers. This article shall not prevent States from requiring the licensing of broadcasting, television or cinema enterprises.
2 The exercise of these freedoms, since it carries with it duties and responsibilities, may be subject to such formalities, conditions, restrictions or penalties as are prescribed by law and are necessary in a democratic society, in the interests of national security, territorial integrity or public safety, for the prevention of disorder or crime, for the protection of health or morals, for the protection of the reputation or rights of others, for preventing the disclosure of information received in confidence, or for maintaining the authority and impartiality of the judiciary."

"Article 11 – Freedom of assembly and association
1 Everyone has the right to freedom of peaceful assembly and to freedom of association with others, including the right to form and to join trade unions for the protection of his interests. 2 No restrictions shall be placed on the exercise of these rights other than such as are prescribed by law and are necessary in a democratic society in the interests of national security or public safety, for the prevention of disorder or crime, for the protection of health or morals or for the protection of the rights and freedoms of others. This article shall not prevent the imposition of lawful restrictions on the exercise of these rights by members of the armed forces, of the police or of the administration of the State."

"Article 13 – Right to an effective remedy
Everyone whose rights and freedoms as set forth in this Convention are violated shall have an effective remedy before a national authority notwithstanding that the violation has been committed by persons acting in an official capacity."

"Article 14 – Prohibition of discrimination
The enjoyment of the rights and freedoms set forth in this Convention shall be secured without discrimination on any ground such as sex, race, colour, language, religion, political or other opinion, national or social origin, association with a national minority, property, birth or other status."

-Article 1, 2, 3, 6, 8, 9, 10, 11, 13, and 14 European Convention on Human Rights

"Article 3
1. No State Party shall expel, return ("refouler") or extradite a person to another State where there are substantial grounds for believing that he would be in danger of being subjected to torture.
2. For the purpose of determining whether there are such grounds, the competent authorities shall take into account all relevant considerations including, where applicable, the existence in the State concerned of a consistent pattern of gross, flagrant or mass violations of human rights."

"Article 13
Each State Party shall ensure that any individual who alleges [they] has been subjected to torture in any territory under its jurisdiction has the right to complain to, and to have [their] case promptly and impartially examined by, its competent authorities. Steps shall be taken to ensure that the complainant and witnesses are protected against all ill-treatment or intimidation as a consequence of [their] complaint or any evidence given."

Article 14
1. Each State Party shall ensure in its legal system that the victim of an act of torture obtains redress and has an enforceable right to fair and adequate compensation, including the means for as full rehabilitation as possible. In the event of the death of the victim as a result of an act of torture, [their] dependants shall be entitled to compensation."

-Article 3, 13, & 14 UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment.

"Article 14
Everyone has the right to seek and to enjoy in other countries asylum from persecution."

-Article 14 Universal Declaration of Human Rights
"Considering that the United Nations has, on various occasions, manifested its profound concern for refugees and endeavoured to assure refugees the widest possible exercise of these fundamental rights and freedoms,"
"Considering that the grant of asylum may place unduly heavy burdens on certain countries, and that a satisfactory solution of a problem of which the United Nations has recognized the international scope and nature cannot therefore be achieved without international co-operation, Expressing the wish that all States, recognizing the social and humanitarian
nature of the problem of refugees, will do everything within their power to prevent this problem from becoming a cause of tension between States, Noting that the United Nations High Commissioner for Refugees is charged with the task of supervising international conventions providing for the protection of refugees, and recognizing that the effective co-ordination of measures taken to deal with this problem will depend upon the co-operation of States with the High Commissioner,"
-Preamble 1951 UN Convention relating to the Status of Refugees
"Article 33
1. No Contracting State shall expel or return ('refouler') a refugee in any manner whatsoever to the frontiers of territories where his life or freedom would be threatened on account of his race, religion, nationality, membership of a particular social group or political opinion.
2. The benefit of the present provision may not, however, be claimed by a refugee whom there are reasonable grounds for regarding as a danger to the security of the country in which he is, or who, having been convicted by a final judgment of a particularly serious crime, constitutes a danger to the community of that country."
—Article 33 Convention and Protocol Relating to the Status of Refugees

PERMISSION TO APPEAL
3. The appeal raises an arguable point of law of general public importance which ought to be considered by the Supreme Court at this time because the principles of non-recurrence require it and letting this continue serves no purpose beyond shielding Public officials who need to be held accountable under the Nuremberg Principles. It is a violation of international instruments to deny the applicant access to the courts and justice especially when they requested this relief.

MAY IT THEREFORE please your Lordships to grant the Petitioner review of this petition without charging fees. Declare the Petitioner is a human. End the Practice of deadnaming and misgendering of Trans and Non-binary individuals in all Government services. Expand Section 3 (1) of the Human Rights Act 1998 interpretation requirements to also include Article 1 and 13 of The European Convention on Human Rights. Invest the courts of the UK with the power to provide injunctive relief in cases of violations of the European Convention on Human Rights. Ruling Section 4 of the 1998 Human Rights Act does not provide sufficient relief to honor international agreements. Grant the Petitioner Citizenship and international protection. Compel The UK Embassy in Washington to secure emergency evacuation to Glasgow Scotland. Upon arrival provide full medical evaluation, housing, financial supports, and legal assistance as is required for victims of torture under international instruments.

Also given the name of the 7/1/25 petition was:

The Petition

of

Also given the names of the petitioner was:

The Petition

of

Borealis S. Hedling

for

Allowing everyone to be able to advocate for human rights individually and collectively without fear.

The 10/1/25 addendum #1

The Petition

of

Borealis S Hedling

for

Expanding the courts of the UK authority to ensure the Government can adequately safeguard Human rights and honor international agreements.

Finally because every Court on this planet turns a blind eye addendum #2 17/1/25

The Petition

of

Borealis S Hedling

for

Honoring the Petitioner's Right to an Effective Remedy Under Article 13 of the European Convention on Human Rights

Signed on the 19th of January 2025 at "Safe" Journeys House 8640 Ridge RD Ellicott City Maryland 21403

IN RESPECT WHEREOF
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
Applicant

*[signature: Borealis]*

**2 attachments**

📄 **Form 41A2 Application for permission to appeal to the Supreme Court .PDF**
181 KB

📄 **DOC 7 Borealis Petition 7-1-25 Inner House Court of Sessions.PDF**
1.9 MB