

# Form submission from: How to File a Complaint with the Office of Professional Responsibility
1 message

**Department of Justice** <no-reply@usdoj.gov>  Mon, Jun 30, 2025 at 7:16 AM
Reply-to: Department of Justice <no-reply@usdoj.gov>
To: borealis.appeals@gmail.com

Submitted on: Monday, June 30, 2025 - 2:16AM EDT Submitted to: Anonymous Submitted values are:

Name of person seeking OPR's action (Complainant)*: Mr.
First: Jeremy
Middle: Michael
Last: Lawson
Suffix (if applicable):
Complainant Type: DOJ Attorney
Inmate/Detainee Number:
Other:
Company/Organization:
Complainant mailing address: 1 Lydall ST
City: Manchester
State: Connecticut
Zip: 06042
Complainant email address: borealis.appeals@gmail.com
Complainant phone number: 959-999-8957
Complainant fax number:

--------------------------------------------------

*If you are filing this complaint as a legal or other representative of the Complainant, please provide the following information:*
Name and title of the filer:
First:
Middle:
Last:
Suffix (if applicable):
Your preferred mailing address:
City:
State:
Zip:
Your email address:

--------------------------------------------------

*Information about the DOJ Attorney or DOJ Law Enforcement Official You Are Complaining About (Subject)*
Name of the person(s) you are complaining about (Subject): Mr.
First: Robert
Middle: E
Last: McGuire
Suffix (if applicable):
Subject's Job Title: United States Attorney
Other:
Company/Organization:
Location of Subject's Office: Middle District of Tennessee

--------------------------------------------------

Does your complaint involve more than one person? Yes (If yes, please provide the following information of the additional subject.)
Name of the person(s) of the second subject:

First: Jacob
Middle:
Last: Warren
Suffix (if applicable):
Second Subject's Job Title: DOJ Attorney (Non-AUSA)
Other:
Location of second subject's office: Taskforce Vulcan

_____

*Information about your complaint*

What are the actions, events, or allegations that you are reporting to OPR? (e.g., attorney misconduct, Whistleblower retaliation, Giglio/Brady violation, etc.): Attorney Misconduct

When did the incident occur?: 2025-06-16

*Please provide a brief description summarizing the:
* reason(s) for your complaint including the details, actions, events, or
allegations,
* case names,
* potential witnesses and their involvement,
* where the incident occurred,
* how the incident occurred, and
* any corrective actions already taken
* For *Whistleblower complaints only* – describe the personnel action(s) that occurred or failed to occur because of a protected disclosure: (an appointment, a promotion, an action under 5 U.S.C. Chapter 75 or other disciplinary or corrective action; a detail, transfer, or reassignment; a reinstatement; a restoration; a reemployment; a decision about pay, benefits or awards, concerning education or training if the education or training may reasonably be expected to lead to an appointment, promotion, performance evaluation or other action described in 5 U.S.C. § 2302 (a)(2); a performance evaluation under 5 U.S.C. Chapter 43; a decision to order psychiatric testing or examination; or any other significant change in duties, responsibilities, or working conditions.)

Please provide a brief summary of the complaint:
I filed from 4/28/25-5/31/25 6 motions and notices with 38 exhibits as a proposed plaintiff intervenor in US District Court District of Maryland Case No 8:25-cv-00951-PX

Abrego Garcia et al

V.

Noem et al.

Judge Xinis illegally returned this evidence which constituted a violation of Article 13 and 14 ,of the UN Convention Against Torture. As it detailed my enforced disappearance, illegal incarceration, and attempted extrajudicial killing by the State of Connecticut for exposing the 42 USC 1983, 1985 (2&3), and 1986 conspiracy to illegally operate and cover up the Domestic Violence Cash Benefit Program. Subsequent illegal detainment by the Government of Canada 8/25/24-9/10/24. Refoulment by Icelandic police with the US governments help 11/12/24. I filed against Judge Xinis 6/4/25 in US District Court District of Connecticut Case No 3:25-cv-00909

Lawson

V.

Xinis

It doesn't help the assigned judge is corrupt. Importantly I sent an entire copy of the case file sent in the Abrego Garcia case in Maryland (6 motions/ notices / 38 exhibits) to the US District Court District of Middle Tennessee for Case 3:25-cr-00115

The United States

V.

Abrego Garcia

As a proposed defendant intervenor because my 4/14/25 cease and Desist to stop violating Article 3 of the UN Convention Against Torture. My illegally disregarded 4/16/25 Precautionary measures request to the Inter-American Commission on Human rights. My 4/23/25 Petition to the Nobile Officium on behalf of Abrego Garcia. My 5/6/25 emergency request for a Declaratory Judgement illegally blocked by the High Court of Auckland in New Zealand utilizing their universal jurisdiction laws to stop the obvious torture, Refoulment, and crimes against humanity issues. All predated the 5/21/25 indictment. I am also still Refouled in the state I was enforced disappeared in. Both the 2 attorneys listed in this complaint know I sent that evidence to the US District Court District of Middle Tennessee. The tracking confirmed it arrived 6/16/25. Beyond that the emails they have received from "borealis.appeals@gmail.com"
"mexicoemergencyasylum@gmail.com"
"switzerlandpleasehelpme@gmail.com"
"Emergencyfilings.bh@gmail.com"

To not immediately report the issues described to the court or the office of the inspector general. Or participating in a proceeding absent a Rule 19 indespensible party. Or again the fact I am a human rights defender still Refouled against international law. Also puts them in violation of Article 3, 13, and 14 of the UN Convention Against Torture. Jeffrey Ragsdale let this fly when he was in charge of OPR too so not quite sure with the DOJ also suing Judge Xinis. Having just informed Brendan T. Moore and with the Attorney General Pamela Blondie certainly knowing about my issues like her predecessor Merrick Garland. Makes this a systemic issue because the principles of Jus Cogens doesn't allow for torture, Refoulment, or crimes against humanity. Per US District Court District of Connecticut Case No 3:25-163-SVN

Lawson

V.

McFadden et al

US District Court District of Columbia Case No 1:24-cv-02615-TNM

Lawson

V

The Department of Justice

US District Court District of Connecticut Case No 3:24-cv-01016-MPS

Lawson

V.

Tong et al.

Many state and federal officials are obstructing justice, suppressing evidence, and violating international law. While judges actively block lawful declaratory and injunctive relief. The Solicitor General ignored me stating Trump et al v. Casa et al needed to be reargued given the obvious fact I prove universal injunctions are a right of the people brought actio popularis. That is not even a legal question it is just fact.

Mainly the named attorneys are violating their duty to candor to the Tribunal. As noted violating the UN Convention Against Torture by allowing my evidence to be suppressed and the Department of Justice to shun my existence.

You can't violate peremptory norms or ignore those violations it is against every attorneys oath on the planet. Clearly betrays the duty to uphold the constitution and in many cases constitutes an act of treason.

Certification and Signature (Enter your initials here to certify and sign this form.): JML