# Form submission from: How to File a Complaint with the Office of Professional Responsibility
1 message

---

**Department of Justice** &lt;no-reply@usdoj.gov&gt;   Wed, Jul 2, 2025 at 11:34 a.m.
Reply-to: Department of Justice &lt;no-reply@usdoj.gov&gt;
To: Borealis.appeals@gmail.com

Submitted on: Wednesday, July 2, 2025 - 11:34AM EDT Submitted to: Anonymous Submitted values are:

Name of person seeking OPR's action (Complainant)*: Mr.
First: Jeremy
Middle: Michael
Last: Lawson
Suffix (if applicable):
Complainant Type: Other ( Please specify below)
Inmate/Detainee Number:
Other: Human Rights Defender
Company/Organization:
Complainant mailing address: 1 Lydall ST
City: Manchester
State: Connecticut
Zip: 06042
Complainant email address: Borealis.appeals@gmail.com
Complainant phone number: +1-959-999-8957
Complainant fax number:

------------------------------------------------

*If you are filing this complaint as a legal or other representative of the Complainant, please provide the following information:*
Name and title of the filer: Mr.
First:
Middle:
Last:
Suffix (if applicable):
Your preferred mailing address:
City:
State:
Zip:
Your email address:

------------------------------------------------

*Information about the DOJ Attorney or DOJ Law Enforcement Official You Are Complaining About (Subject)*
Name of the person(s) you are complaining about (Subject): Mr.
First: Brendan
Middle: T.
Last: Moore
Suffix (if applicable):
Subject's Job Title: DOJ Attorney (Non-AUSA)
Other:
Company/Organization: Office of Immigration Litigation
Location of Subject's Office: Washington DC

------------------------------------------------

Does your complaint involve more than one person? No
Name of the person(s) of the second subject:
First:

Middle:
Last:
Suffix (if applicable):
Second Subject's Job Title:
Other:
Location of second subject's office:

_____

*Information about your complaint*

What are the actions, events, or allegations that you are reporting to OPR? (e.g., attorney misconduct, Whistleblower retaliation, Giglio/Brady violation, etc.): Attorney Misconduct

When did the incident occur?: 2025-07-02

*Please provide a brief description summarizing the:
* reason(s) for your complaint including the details, actions, events, or
allegations,
* case names,
* potential witnesses and their involvement,
* where the incident occurred,
* how the incident occurred, and
* any corrective actions already taken
* For *Whistleblower complaints only* – describe the personnel action(s) that occurred or failed to occur because of a protected disclosure: (an appointment, a promotion, an action under 5 U.S.C. Chapter 75 or other disciplinary or corrective action; a detail, transfer, or reassignment; a reinstatement; a restoration; a reemployment; a decision about pay, benefits or awards, concerning education or training if the education or training may reasonably be expected to lead to an appointment, promotion, performance evaluation or other action described in 5 U.S.C. § 2302 (a)(2); a performance evaluation under 5 U.S.C. Chapter 43; a decision to order psychiatric testing or examination; or any other significant change in duties, responsibilities, or working conditions.)

Please provide a brief summary of the complaint:
On 30/6/25 (DD/MM/YYYY) I made an Office of Professional Responsibility complaint against Acting US Attorney for the Middle District of Tennessee Robert E McGuire on the suppression of evidence ina US District Court District of Middle Tennessee Case No 3:25-cr-00115

The United States

V.

Abrego Garcia

As noted US Judge Paula Xinis in US District Court District of Maryland Case No 8:25-cv-00951-PX supressed information about the 42 USC 1983, 1985 (2+3), and 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program. My enforced disappearance and illegal incarceration 11/4/24-23/8/24. Along with my illegal detainment in Canada 25/8/24-10/9/24. Illegally refoulment by Iceland 12/11/24.

Abrego Garcia et al.

V.

Noem et al.

I filed suit 4/6/25 against Judge Xinis in US District Court District of Connecticut Case No 3:25-cv-00909.

Lawson

V.

Xinis

Brendan T. Moore signed the Complainant in US District Court District of Maryland Case 1:25-cv-02029-CJC

The United States

V. Russell et al.

Judge Xinis is also a Defendant in that case I informed Brendan T Moore about my filing in a 29/6/25 email entitled "Brendan be candid to the Tribunal see Lawson v Xinis Case No: 3:25-00909" with several follow up emails. Including today 2/7/25 one entitled "Congress shall have the Sole Power of Impeachment". Which was a follow up with the House Foreign Affairs Committee on an ignored 21/2/25 whistleblower complaint on the US State Department Bureau of Democracy, Human Rights, and Labor plans to lie on their 2024 Country Human Rights Reports. With my 2/7/25 request to Congressman Ivey to address severe issues in his consistuent being the play thing of the US Government and to look into Impeachment of Judge Xinis at a bare minimum.

Brendan T Moore responded nearly immediately to "Remove me from your distribution list". Which confirms receipt of emails and violating his Oath all in one email.

Certification and Signature (Enter your initials here to certify and sign this form.): JML