Form 14.4

**Emergency Petition to the Nobile Officium**



*cause reference number* _____

UNTO THE RIGHT HONOURABLE THE LORDS OF COUNCIL AND SESSION

**The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)**
1 Lydall ST Manchester, CT 06042
Brought Actio Popularis under Rule 14.3 (d) of the Court Sessions, the Principles of Erga Omnes, Jus Cogens, Universal Jurisdiction, and Aut Dedere Aut Judicare. The British Nationality Act 1981 (c.61) (2) (a) & 14.1. Article 33 & 34 of the 1951 UN Convention on the Status of Refugees. Article 3, 13 and 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 11 & 13 of the UN Convention on the Rights of Persons with Disabilities. Article 1, 3, 6, 13, and 14 of the European Convention on Human Rights. Under Article 24 of the Canadian Charter of Rights and Freedoms. Section 18.2 RSC 1985 (Canada), c F-7 of the Federal Courts Act (Canada). The Crimes Against Humanity and War Crimes Act of 2000 (Canada). Declaratory Judgments Act 1908 (New Zealand). High Court Rule 1.21 (1) (New Zealand). Sections 21, 25.2(a), 26, 110, and 178 of the International Criminal Court Act of 2000 (New Zealand). Article 7 (d), (e), (f), (h), (i), and (k) of the Rome Statute. Sections 1.1, 8A.1 (a), 8A.2 (d), 9.5 (a) & (b), 13, and 14 International Criminal Court (Scotland) Act 2001.

**&**

In Terms of Being Fee Exempt Section 36.4 of the 1988 Scottish Legal Aid Act in relation to:

**The 8/1/25 Petition to the Nobile Officium
of
Borealis S Hedling
for
Allowing everyone to be able to advocate for human rights individually and collectively without fear.**

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
<u>(Pursuers)</u>
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council

The Civil Court of Appeals of the United Kingdom

The King's Bench Court of the United Kingdom

The Supreme Court of Canada

The Federal Court of Canada in Ottawa

The Supreme Court of New Zealand

The Court of Appeals of New Zealand

The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa Tāmaki Makaurau Rohe

The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa Te Whanganui-a-Tara Rohe

The Supreme Court of Ireland

The Constitutional Court of Austria

The Constitutional Court of Liechtenstein

The Supreme Court of Switzerland

The Federal Administrative Court of Switzerland

The Administrative Court of the Canton of Zurich

The European Court of Human Rights

The Inter-American Commission on Human Rights

The International Criminal Court

The European Court of Justice

The International Court of Justice

The United Nations Human Rights Council

The Human Rights Commission of New Zealand

## The Auditor General of the Vatican
### (Defenders)

**Listen to this.**

**https://drive.google.com/file/d/1wpcXJgGEyHxrXBeBNbI3lXghkbnYrVVC/view?usp=drivesdk**

**Addendum 18/7/25 given the New Zealand Commission on Human Rights (The Commission) functionally blacklisted The Petitioner for documentary purposes is updating the defenders list.**



**Addendum 22/7/25:** As this Court refuses to act the Petitioner requests an Emergency recall of each noted Parliament of the UK.

**IT THEREFORE please your Lordships**

To Meet His Majesty's Government obligations under international agreements namely Article 3, 13, and 14 of the UN Convention against Torture. Recall the Northern Ireland Assembly, Parliament of Scotland, Parliament of the UK, and Senedd Cymru to vote on the requested Declaratory Relief to make it binding. Immediately grant the requested Injunctive Relief.

**Declaratory Relief:**

1. Declares compassion is the foundation of peace, justice, and freedom in the World.

2. Declares everyone has the right to advocate for human rights individually and collectively.

3. Declares the courts of the UK will bear the cost of litigation if the issues raised by a case transcend the individual interests of the particular litigant, are of public importance, and have not been resolved in previous cases. In cases where the litigant can't properly pursue the case without support.

4. Declares all victims of crimes must receive benefits and services provided by law without fear of discrimination.

5. Declares victims of torture have wide latitude in presenting evidence to Courts and procedural law can be waived when it delays prompt review of evidence.

6. Declares The UK Government shall respect international law.

7. Declares UK Government institutions shall act in good faith.

8. Declares UK Government activities must be conducted in the public interest and be proportionate to the ends sought.

9. Declares Members of Parliament can receive reports outside of their constituency regarding violations of international law and can condemn those violations.

**Injunctive Relief:**

1. Compels the Home Office to grant Kilmar Armando Abrego Garcia and his family citizenship and international protection.

2. **Compels the Embassy of the UK in Washington DC to grant Emergency Diplomatic Asylum and accompany the Primary Petitioner to Edinburgh.**

3. **Compels the Government of the UK to immediately donate £ 100,000,000 to ST Judes Children's Research Hospital.**

According to Justice, etc.

Borealis S Hedling

22/7/25







*cause reference number assigned* _____

THE COURT OF SESSION

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council

The Civil Court of Appeals of the United Kingdom

The King's Bench Court of the United Kingdom

The Supreme Court of Canada

The Federal Court of Canada in Ottawa

The Supreme Court of New Zealand

The Court of Appeals of New Zealand

The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa Tāmaki Makaurau Rohe

The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa Te Whanganui-a-Tara Rohe

The Supreme Court of Ireland

The Constitutional Court of Austria

The Constitutional Court of Liechtenstein

The Supreme Court of Switzerland

The Federal Administrative Court of Switzerland

The Administrative Court of the Canton of Zurich

The European Court of Human Rights

The Inter-American Commission on Human Rights

The International Criminal Court

The European Court of Justice

The International Court of Justice

The United Nations Human Rights Council

The Human Rights Commission of New Zealand

The Auditor General of the Vatican

(Defenders)

for

Recalling Parliament to Ensure the Government of the United Kingdom Acknowledges the Importance of Compassion in Memory of Sophie Scholl