Schedule of Service

The Petition of Borealis S. Hedling

Kilmar Armando Abrego Garcia

V.

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council

The Civil Court of Appeals of the United Kingdom

The King's Bench Court of the United Kingdom

The Supreme Court of Canada

The Federal Court of Canada in Ottawa

The Supreme Court of New Zealand

The Court of Appeals of New Zealand

The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa
Tāmaki Makaurau Rohe

The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa
Te Whanganui-a-Tara Rohe

The Supreme Court of Ireland

The Constitutional Court of Austria

The Constitutional Court of Liechtenstein

The Supreme Court of Switzerland

The Federal Administrative Court of Switzerland

The Administrative Court of the Canton of Zurich

The European Court of Human Rights

The Inter-American Commission on Human Rights

The International Criminal Court

The European Court of Justice

The International Court of Justice

The United Nations Human Rights Council

The Human Rights Commission of New Zealand

The Auditor General of the Vatican
(Defenders)
for
Recalling Parliament to Ensure the Government of the United Kingdom Acknowledges the
Importance of Compassion in Memory of Sophie Scholl

**<u>World Organization Against Torture</u>**

**Victims@omct.org**

**<u>UN Special Rapporteur on the Promotion of Truth, Justice, Reparation and Guarantees of
Non-Recurrence</u>**

**hrc-sr-truth@un.org**

**<u>UN Special Rapporteur on the Independence of Judges and Lawyers</u>**

**hrc-sr-independencejl@un.org**

**<u>Prime Minister of the United Kingdom</u>**

**keir.starmer.mp@parliament.uk**

**<u>Secretary of State for Foreign, Commonwealth and Development Affairs</u>**

**david.lammy.mp@parliament.uk**

**<u>Registrar of the UK Supreme Court</u>**

**laura.angus@supremecourt.uk**

**The Foreign Commonwealth and Development Directorate of Audit and Investigations**

reportingconcerns@fcdo.gov.uk

**The UK Permanent Mission to the UN in Geneva**

geneva.un@fcdo.gov.uk

**The Embassy of the UK in Washington DC**

ukin.washington@fcdo.gov.uk

**The Attorney General of the United Kingdom**

correspondence@attorneygeneral.gov.uk

**The Advocate General**

Oaglitigationmailbox@advocategeneral.gov.uk

**Lord Advocate**

LordAdvocate@gov.scot

**Scotland Secretary of State**

Enquiries@ukgovscotland.gov.uk

**The Home Office**

ps.homesecretary@homeoffice.gov.uk

complaints@homeoffice.gov.uk

public.enquiries@homeoffice.gov.uk

**UK Victim Supports**

Ministerforvcs@gov.scot

vcsenquiries@justice.gov.uk

comms@victimsupportsco.org.uk

victims.commissioner@victimscommissioner.org.uk

commissioner@domesticabusecommissioner.independent.gov.uk

### Judicial College

international@judiciary.uk

CivilTraining@judiciary.uk

CriminalTraining@judiciary.uk

JudicialCollegeGeneralEnquiries@judiciary.uk

CivilTraining@judiciary.uk

MH.Training-Judicial.College@judiciary.uk

### House of Lords

lordsconduct@parliament.uk

### Parliament of Scotland

≤George.Adam.msp@parliament.scot>, <Karen.Adam.msp@parliament.scot>,
<Clare.Adamson.msp@parliament.scot>, <Alasdair.Allan.msp@parliament.scot>,
<Tom.Arthur.msp@parliament.scot>, <Jackie.Baillie.msp@parliament.scot>,
<Claire.Baker.msp@parliament.scot>, <Jeremy.Balfour.msp@parliament.scot>,
<Neil.Bibby.msp@parliament.scot>, <sarah.boyack.msp@parliament.scot>,
<Miles.Briggs.msp@parliament.scot>, <Keith.Brown.msp@parliament.scot>,
<Siobhian.Brown.msp@parliament.scot>, <Brown.msp@parliament.scot>,
<Ariane.Burgess.msp@parliament.scot>, <Stephanie.Callaghan.msp@parliament.scot>,
<Jackson.Carlaw.msp@parliament.scot>, <Finlay.Carson.msp@parliament.scot>,
<Maggie.Chapman.msp@parliament.scot>, <Foysol.Choudhury.msp@parliament.scot>,
<Katy.Clark.msp@parliament.scot>, <Willie.Coffey.msp@parliament.scot>,
<Alex.Cole-Hamilton.msp@parliament.scot>, <Graeme.Dey.msp@parliament.scot>,
<natalie.don-innes.msp@parliament.scot>, <Bob.Doris.msp@parliament.scot>,
<James.Dornan.msp@parliament.scot>, <Jackie.Dunbar.msp@parliament.scot>,
<Pam.Duncan-Glancy.msp@parliament.scot>, <Tim.Eagle.msp@parliament.scot>,
<Annabelle.Ewing.msp@parliament.scot>, <Fergus.Ewing.msp@parliament.scot>,
<Russell.Findlay.msp@parliament.scot>, <Joe.Fitzpatrick.msp@parliament.scot>,
<Kate.Forbes.msp@parliament.scot>, <Murdo.Fraser.msp@parliament.scot>,
<Meghan.Gallacher.msp@parliament.scot>, <Kenneth.Gibson.msp@parliament.scot>,
<Jenny.Gilruth.msp@parliament.scot>, <Maurice.Golden.msp@parliament.scot>,

<Mairi.Gougeon.msp@parliament.scot>, <Rhoda.Grant.msp@parliament.scot>,
<Christine.Grahame.msp@parliament.scot>, <Neil.Gray.msp@parliament.scot>,
<Jamie.Greene.msp@parliament.scot>, <Ross.Greer.msp@parliament.scot>,
<Mark.Griffin.msp@parliament.scot>, <Sandesh.Gulhane.msp@parliament.scot>,
<Jamie.HalcroJohnston.msp@parliament.scot>, <Craig.Hoy.msp@parliament.scot>,
<Fiona.Hyslop.msp@parliament.scot>, <Daniel.Johnson.msp@parliament.scot>,
<Alison.Johnstone.msp@parliament.scot>, <Liam.Kerr.msp@parliament.scot>,
<Stephen.Kerr.msp@parliament.scot>, <Bill.Kidd.msp@parliament.scot>,
<Richard.Leonard.msp@parliament.scot>, <Richard.Lochhead.msp@parliament.scot>,
<Douglas.Lumsden.msp@parliament.scot>, <Gordon.MacDonald.msp@parliament.scot>,
<Gillian.Mackay.msp@parliament.scot>, <Rona.Mackay.msp@parliament.scot>,
<Ben.Macpherson.msp@parliament.scot>, <Ruth.Maguire.msp@parliament.scot>,
<Michael.Marra.msp@parliament.scot>, <John.Mason.msp@parliament.scot>,
<Michael.Matheson.msp@parliament.scot>, <Mairi.McAllan.msp@parliament.scot>,
<Liam.McArthur.msp@parliament.scot>, <Roz.McCall.msp@parliament.scot>,
<Ivan.McKee.msp@parliament.scot>, <Christina.McKelvie.msp@parliament.scot>,
<Paul.McLennan.msp@parliament.scot>, <Stuart.McMillan.msp@parliament.scot>,
<Marie.McNair.msp@parliament.scot>, <Pauline.McNeill.msp@parliament.scot>,
<Jenni.Minto.msp@parliament.scot>, <Carol.Mochan.msp@parliament.scot>,
<Edward.Mountain.msp@parliament.scot>, <Oliver.Mundell.msp@parliament.scot>,
<Ash.Regan.msp@parliament.scot>, <Willie.Rennie.msp@parliament.scot>,
<Angus.Robertson.msp@parliament.scot>, Emma Roddick MSP
<Emma.Roddick.msp@parliament.scot>, <Douglas.Ross.msp@parliament.scot>,
<Alex.Rowley.msp@parliament.scot>, <Mark.Ruskell.msp@parliament.scot>,
<Anas.Sarwar.msp@parliament.scot>, <Graham.Simpson.msp@parliament.scot>,
<Lorna.Slater.msp@parliament.scot>, <Elizabeth.Smith.msp@parliament.scot>,
<Colin.Smyth.msp@parliament.scot>, <Shirley-Anne.Somerville.msp@parliament.scot>,
<Collette.Stevenson.msp@parliament.scot>, <Alexander.Stewart.msp@parliament.scot>,
<Kaukab.Stewart.msp@parliament.scot>, <Kevin.Stewart.msp@parliament.scot>,
<Nicola.Sturgeon.msp@parliament.scot>, <Paul.Sweeney.msp@parliament.scot>,
<John.Swinney.msp@parliament.scot>, <Michelle.Thomson.msp@parliament.scot>,
<Maree.Todd.msp@parliament.scot>, <Evelyn.Tweed.msp@parliament.scot>,
<Mercedes.Villalba.msp@parliament.scot>, <Sue.Webber.msp@parliament.scot>,
<Annie.Wells.msp@parliament.scot>, <Tess.White.msp@parliament.scot>,
<Martin.Whitfield.msp@parliament.scot>, <Elena.Whitham.msp@parliament.scot>,
<Brian.Whittle.msp@parliament.scot>, <Beatrice.Wishart.msp@parliament.scot>,

## Senedd Cymru

Rhys.abOwen@senedd.wales, Mick.Antoniw@senedd.wales,
Mabon.ap.Gwynfor@senedd.wales, rhun.apiorwerth@senedd.wales,
Natasha.Asghar@senedd.wales, Hannah.Blythyn@senedd.wales,
Dawn.Bowden@senedd.wales, Jayne.Bryant@senedd.wales,
Cefin.Campbell@Senedd.Wales, Hefin.David@senedd.wales, Alun.Davies@senedd.wales,

AndrewRT.Davies@senedd.wales, Gareth.L.Davies@senedd.wales,
Paul.Davies@senedd.wales, Jane.Dodds@senedd.wales, Mark.Drakeford@senedd.wales,
James.Evans@senedd.wales, Rebecca.Evans@senedd.wales,
Janet.Finch-Saunders@senedd.wales, Luke.Fletcher@senedd.wales,
Peter.Fox@senedd.wales, Heledd.Fychan@senedd.wales,
Russell.George@senedd.wales, Vaughan.Gething@senedd.wales,
Tom.Giffard@Senedd.Wales, John.Griffiths@senedd.wales,
Lesley.Griffiths@senedd.wales, Llyr.Gruffydd@senedd.wales,
Sian.Gwenllian@senedd.wales, Mike.Hedges@senedd.wales,
Vikki.Howells@senedd.wales, Altaf.Hussain@senedd.wales, Jane.Hutt@senedd.wales,
huw.Irranca-Davies@senedd.wales, Mark.Isherwood@senedd.wales,
Joel.James@senedd.wales, Julie.James@senedd.wales, Delyth.Jewell@senedd.wales,
Elin.Jones@senedd.wales, Laura.Jones@senedd.wales, Samuel.Kurtz@senedd.wales,
Jeremy.Miles@senedd.wales, Darren.Millar@senedd.wales,
Eluned.Morgan@senedd.wales, Julie.Morgan@senedd.wales,
Sarah.Murphy@Senedd.Wales, Lynne.Neagle@senedd.wales,
Peredur.OwenGriffiths@senedd.wales, Rhianon.Passmore@senedd.wales,
Adam.Price@senedd.wales, Jenny.Rathbone@senedd.wales, David.Rees@senedd.wales,
Sam.Rowlands@senedd.wales, Jack.Sargeant@senedd.wales,
Carolyn.Thomas@Senedd.Wales, Lee.Waters@senedd.wales,
Joyce.Watson@senedd.wales, Buffy.Williams@senedd.wales,
Sioned.Williams@Senedd.Wales

### The Northern Ireland Assembly

steve.aiken@mla.niassembly.gov.uk, andy.allen@mla.niassembly.gov.uk,
caoimhe.archibald@mla.niassembly.gov.uk, diana.armstrong@mla.niassembly.gov.uk,
kellie.armstrong@mla.niassembly.gov.uk, danny.baker@mla.niassembly.gov.uk,
doug.beattie@mla.niassembly.gov.uk, john.blair@mla.niassembly.gov.uk,
cathal.boylan@mla.niassembly.gov.uk, maurice.bradley@mla.niassembly.gov.uk,
paula.bradshaw@mla.niassembly.gov.uk, phillip.brett@mla.niassembly.gov.uk,
nicola.brogan@mla.niassembly.gov.uk, david.brooks@mla.niassembly.gov.uk,
cheryl.brownlee@mla.niassembly.gov.uk, keith.buchanan@mla.niassembly.gov.uk,
thomas.buchanan@mla.niassembly.gov.uk, jonathan.buckley@mla.niassembly.gov.uk,
joanne.bunting@mla.niassembly.gov.uk, robbie.butler@mla.niassembly.gov.uk,
Pam.Cameron@mla.niassembly.gov.uk, gerry.carroll@mla.niassembly.gov.uk,
alan.chambers@mla.niassembly.gov.uk, trevor.clarke@mla.niassembly.gov.uk,
colin.crawford@mla.niassembly.gov.uk, padraig.delargy@mla.niassembly.gov.uk,
stewart.dickson@mla.niassembly.gov.uk, linda.dillon@mla.niassembly.gov.uk,
diane.dodds@mla.niassembly.gov.uk, jemma.dolan@mla.niassembly.gov.uk,
danny.donnelly@mla.niassembly.gov.uk, Stephen.Dunne@mla.niassembly.gov.uk,
markh.durkan@mla.niassembly.gov.uk, connie.egan@mla.niassembly.gov.uk,
Sinead.Ennis@mla.niassembly.gov.uk, deborah.erskine@mla.niassembly.gov.uk,
ciara.ferguson@mla.niassembly.gov.uk, Aoife.Finnegan@mla.niassembly.gov.uk,

orlaithi.flynn@mla.niassembly.gov.uk, diane.forsythe@mla.niassembly.gov.uk,
paul.frew@mla.niassembly.gov.uk, Timothy.Gaston@mla.niassembly.gov.uk,
colm.gildernew@mla.niassembly.gov.uk, paul.givan@mla.niassembly.gov.uk,
michelle.guy@mla.niassembly.gov.uk, deirdre.hargey@mla.niassembly.gov.uk,
harry.harvey@mla.niassembly.gov.uk, david.honeyford@mla.niassembly.gov.uk,
Cara.Hunter@mla.niassembly.gov.uk, william.irwin@mla.niassembly.gov.uk,
declan.kearney@mla.niassembly.gov.uk, gerry.kelly@mla.niassembly.gov.uk,
liz.kimmins@mla.niassembly.gov.uk, brian.kingston@mla.niassembly.gov.uk,
emma.little-pengelly@mla.niassembly.gov.uk, naomi.long@mla.niassembly.gov.uk,
gordon.lyons@mla.niassembly.gov.uk, peter.martin@mla.niassembly.gov.uk,
cathy.mason@mla.niassembly.gov.uk, nick.mathison@co.niassembly.gov.uk,
declan.mcaleer@mla.niassembly.gov.uk, nuala.mcallister@mla.niassembly.gov.uk,
daniel.mccrossan@mla.niassembly.gov.uk, patsy.mcglone@mla.niassembly.gov.uk,
colin.mcgrath@mla.niassembly.gov.uk, philip.mcguigan@mla.niassembly.gov.uk,
Maoliosa.McHugh@mla.niassembly.gov.uk, michelle.mcilveen@mla.niassembly.gov.uk,
sinead.mclaughlin@mla.niassembly.gov.uk, andrew.mcmurray@mla.niassembly.gov.uk,
justin.mcnulty@mla.niassembly.gov.uk, peter.mcreynolds@mla.niassembly.gov.uk,
gary.middleton@mla.niassembly.gov.uk, andrew.muir@mla.niassembly.gov.uk,
sian.mulholland@mla.niassembly.gov.uk, aine.murphy@mla.niassembly.gov.uk,
mike.nesbitt@mla.niassembly.gov.uk, caral.nichuilin@mla.niassembly.gov.uk,
kate.nicholl@mla.niassembly.gov.uk, john.odowd@mla.niassembly.gov.uk,
michelle.oneill@mla.niassembly.gov.uk, matthew.otoole@mla.niassembly.gov.uk,
edwin.poots@mla.niassembly.gov.uk, aisling.reilly@mla.niassembly.gov.uk,
alan.robinson@mla.niassembly.gov.uk, pat.sheehan@mla.niassembly.gov.uk,
emma.sheerin@mla.niassembly.gov.uk, john.stewart@mla.niassembly.gov.uk,
claire.sugden@mla.niassembly.gov.uk, eoin.tennyson@mla.niassembly.gov.uk

### The Parliament of the United Kingdom

tableoffice@parliament.uk

enquiries@parliament.uk

diane.abbott.office@parliament.uk, jack.abbott.mp@parliament.uk,
abrahamsd@parliament.uk, shockat.adam.mp@parliament.uk,
zubir.ahmed.mp@parliament.uk, luke.akehurst.mp@parliament.uk,
bayo.alaba.mp@parliament.uk, daniel.aldridge.mp@parliament.uk,
douglas.alexander.mp@parliament.uk, heidi.alexander.mp@parliament.uk,
sadik.alhassan.mp@parliament.uk, rushanara.ali.mp@parliament.uk,
tahir.ali.mp@parliament.uk, rosena.allinkhan.mp@parliament.uk,
gideon.amos.mp@parliament.uk, callum.anderson.mp@parliament.uk,
fleur.anderson.mp@parliament.uk, lee.anderson.mp@parliament.uk,
stuart.anderson.mp@parliament.uk, stuart.andrew.mp@parliament.uk,
tonia.antoniazzi.mp@parliament.uk, steff.aquarone.mp@parliament.uk,

edward.argar.mp@parliament.uk, scott.arthur.mp@parliament.uk,
jess.asato.mp@parliament.uk, james.asser.mp@parliament.uk,
jas.athwal.mp@parliament.uk, Victoria@victoriaatkins.org.uk,
catherine.atkinson.mp@parliament.uk, lewis.atkinson.mp@parliament.uk,
josh.babarinde.mp@parliament.uk, gareth.bacon.mp@parliament.uk,
kemi.badenoch.mp@parliament.uk, calvin.bailey.mp@parliament.uk,
olivia.bailey.mp@parliament.uk, david.baines.mp@parliament.uk,
alex.baker.mp@parliament.uk, richard.baker.mp@parliament.uk,
harriett.baldwin.mp@parliament.uk, alex.ballinger.mp@parliament.uk,
antonia.bance.mp@parliament.uk, stephen.barclay.mp@parliament.uk,
paula.barker.mp@parliament.uk, lee.barron.mp@parliament.uk,
alex.barroscurtis.mp@parliament.uk, johanna.baxter.mp@parliament.uk,
danny.beales.mp@parliament.uk, lorraine.beavers.mp@parliament.uk,
peter.bedford.mp@parliament.uk, apsana.begum.mp@parliament.uk,
torsten.bell.mp@parliament.uk, bennh@parliament.uk, alison.bennett.mp@parliament.uk,
sian.berry.mp@parliament.uk, officeofclivebettsmp@parliament.uk,
saqib.bhatti@parliament.uk, polly.billington.mp@parliament.uk,
matt.bishop.mp@parliament.uk, bob.blackman.mp@parliament.uk,
kirsty.blackman.mp@parliament.uk, olivia.blake.mp@parliament.uk,
rachel.blake.mp@parliament.uk, chris.bloore.mp@parliament.uk,
elsie.blundell.mp@parliament.uk, kevin.bonavia.mp@parliament.uk,
sarah.bool.mp@parliament.uk, jade.botterill.mp@parliament.uk,
andrew.bowie.mp@parliament.uk, sureena.brackenridge.mp@parliament.uk,
karen.bradley.mp@parliament.uk, aphra.brandreth.mp@parliament.uk,
jonathan.brash.mp@parliament.uk, suella.braverman.mp@parliament.uk,
alex.brewer.mp@parliament.uk, phil.brickell.mp@parliament.uk,
jess.brownfuller.mp@parliament.uk, chris.bryant.mp@parliament.uk,
julia.buckley.mp@parliament.uk, alex.burghart.mp@parliament.uk,
richard@richardburgon.com, maureen.burke.mp@parliament.uk,
david.burtonsampson.mp@parliament.uk, dawn.butler.mp@parliament.uk,
ian.byrne.mp@parliament.uk, liam.byrne.mp@parliament.uk,
ruthcadburymp@parliament.uk, nesil.caliskan.mp@parliament.uk,
alan.campbell.mp@parliament.uk, aaron.callan@parliament.uk,
irene.campbell.mp@parliament.uk, juliet.campbell.mp@parliament.uk,
markus.campbellsavours.mp@parliament.uk, charlotte.cane.mp@parliament.uk,
dan.carden.mp@parliament.uk, sam.carling.mp@parliament.uk,
carmichaela@parliament.uk, al.carns.mp@parliament.uk,
james.cartlidge.mp@parliament.uk, david.chadwick.mp@parliament.uk,
wendy.chamberlain.mp@parliament.uk, danny.chambers.mp@parliament.uk,
sarah.champion.mp@parliament.uk, bambos.charalambous.mp@parliament.uk,
chopec@parliament.uk, luke.charters.mp@parliament.uk,
ellie.chowns.mp@parliament.uk, feryal.clark.mp@parliament.uk,
james.cleverly.mp@parliament.uk, cliftonbrowng@parliament.uk,
lewis.cocking.mp@parliament.uk, chris.coghlan.mp@parliament.uk,

ben.coleman.mp@parliament.uk, jacob.collier.mp@parliament.uk,
lizzi.collinge.mp@parliament.uk, tom.collins.mp@parliament.uk,
victoria.collins.mp@parliament.uk, liam.conlon.mp@parliament.uk,
sarah.coombes.mp@parliament.uk, andrew.cooper.mp@parliament.uk,
beccy.cooper.mp@parliament.uk, daisy.cooper.mp@parliament.uk,
john.cooper.mp@parliament.uk, coopery@parliament.uk,
alberto.costa.mp@parliament.uk, deirdre.costigan.mp@parliament.uk,
claire.coutinho.mp@parliament.uk, coxg@parliament.uk, pam.cox.mp@parliament.uk,
neil.coyle.mp@parliament.uk, jen.craft.mp@parliament.uk,
mary.creagh.mp@parliament.uk, stella.creasy.mp@parliament.uk,
torcuil.crichton.mp@parliament.uk, harriet.cross.mp@parliament.uk,
pat.cullen.mp@parliament.uk, judith.cummins.mp@parliament.uk,
chris.curtis.mp@parliament.uk, nic.dakin.mp@parliament.uk,
ashley.dalton.mp@parliament.uk, adam.dance.mp@parliament.uk,
steve.darling.mp@parliament.uk, emily.darlington.mp@parliament.uk,
edward.davey.mp@parliament.uk, ann.davies.mp@parliament.uk,
gareth.davies.mp@parliament.uk, jonathan.davies.mp@parliament.uk,
mims.davies.mp@parliament.uk, paul.davies.mp@parliament.uk,
shaun.davies.mp@parliament.uk, alex.daviesjones.mp@parliament.uk,
david.davis.mp@parliament.uk, marsha.decordova.mp@parliament.uk,
bobby.dean.mp@parliament.uk, josh.dean.mp@parliament.uk,
kate.dearden.mp@parliament.uk, carla.denyer.mp@parliament.uk,
charlie.dewhirst.mp@parliament.uk, tan.dhesi.mp@parliament.uk,
jim.dickson.mp@parliament.uk, lee.dillon.mp@parliament.uk,
caroline.dinenage.mp@parliament.uk, anna.dixon.mp@parliament.uk,
Samantha.dixon.mp@parliament.uk, anneliese.dodds.mp@parliament.uk,
helena.dollimore.mp@parliament.uk, dave.doogan.mp@parliament.uk,
stephen.doughty.mp@parliament.uk, peter.dowd.mp@parliament.uk,
oliver.dowden.mp@parliament.uk, graeme.downie.mp@parliament.uk,
rosie.duffield.mp@parliament.uk, Iain.duncansmith.mp@parliament.uk,
neil.duncanjordan.mp@parliament.uk, sarah.dyke.mp@parliament.uk,
eaglea@parliament.uk, maria.eagle.mp@parliament.uk, alex.easton.mp@parliament.uk,
colum.eastwood.mp@parliament.uk, sorcha.eastwood.mp@parliament.uk,
cat.eccles.mp@parliament.uk, lauren.edwards.mp@parliament.uk,
sarah.edwards.mp@parliament.uk, clive.efford.mp@parliament.uk,
damien.egan.mp@parliament.uk, maya.ellis.mp@parliament.uk,
Chris.Elmore.mp@parliament.uk, kirith.entwistle.mp@parliament.uk,
florence.eshalomi.mp@parliament.uk, bill.esterson.mp@parliament.uk,
chris.evans.mp@parliament.uk, luke.evans.mp@parliament.uk,
miatta.fahnbulleh.mp@parliament.uk, hamish.falconer.mp@parliament.uk,
nigel.farage.mp@parliament.uk, linsey.farnsworth.mp@parliament.uk,
tim.farron.mp@parliament.uk, josh.fentonglynn.mp@parliament.uk,
mark.ferguson.mp@parliament.uk, patricia.ferguson.mp@parliament.uk,
john.finucane.mp@parliament.uk, natalie.fleet.mp@parliament.uk,

stephen.flynn.mp@parliament.uk, emma.foody.mp@parliament.uk,
catherine.fookes.mp@parliament.uk, richard.foord.mp@parliament.uk,
will.forster.mp@parliament.uk, peter.fortune.mp@parliament.uk,
paul.foster.mp@parliament.uk, ashley.fox.mp@parliament.uk,
vicky.foxcroft.mp@parliament.uk, mary.foy.mp@parliament.uk,
daniel.francis.mp@parliament.uk, mark.francois.mp@parliament.uk,
zoe.franklin.mp@parliament.uk, george.freeman.mp@parliament.uk,
louie.french.mp@parliament.uk, james.frith.mp@parliament.uk,
richard.fuller.mp@parliament.uk, gill.furniss.mp@parliament.uk, galerj@parliament.uk,
barry.gardiner.mp@parliament.uk, allison.gardner.mp@parliament.uk,
mark.garnier.mp@parliament.uk, anna.gelderd.mp@parliament.uk,
alan.gemmell.mp@parliament.uk, andrew.george.mp@parliament.uk,
gill.german.mp@parliament.uk, stephen.gethins.mp@parliament.uk,
nusrat.ghani.mp@parliament.uk, sarah.gibson.mp@parliament.uk,
tracy.gilbert.mp@parliament.uk, preet.gill.mp@parliament.uk,
rachel.gilmour.mp@parliament.uk, becky.gittins.mp@parliament.uk,
john.glen.mp@parliament.uk, mary.glindon.mp@parliament.uk,
olly.glover.mp@parliament.uk, marie.goldman.mp@parliament.uk,
ben.goldsborough.mp@parliament.uk, tom.gordon.mp@parliament.uk,
jodie.gosling.mp@parliament.uk, georgia.gould.mp@parliament.uk,
john.grady.mp@parliament.uk, helen.grant.mp@parliament.uk,
sarah.green.mp@parliament.uk, lilian.greenwood.mp@parliament.uk,
andrew.griffith.mp@parliament.uk, nia.griffith.mp@parliament.uk,
alison.griffiths.mp@parliament.uk, gwynnea@parliament.uk,
amanda.hack.mp@parliament.uk, louise.haigh.mp@parliament.uk,
sarah.hall.mp@parliament.uk, fabian.hamilton.mp@parliament.uk,
paulette.hamilton.mp@parliament.uk, [claire.hanna.mp@parliament.uk](claire.hanna.mp@parliament.uk)
monica.harding.mp@parliament.uk, emma.hardy.mp@parliament.uk,
carolyn.harris.mp@parliament.uk, rebecca.harris.mp@parliament.uk,
lloyd.hatton.mp@parliament.uk, helen.hayes.mp@parliament.uk, hayesj@parliament.uk,
tom.hayes.mp@parliament.uk, claire.hazelgrove.mp@parliament.uk,
chris.hazzard.mp@parliament.uk, john.healey.mp@parliament.uk,
mark.hendrick.mp@parliament.uk, pippa.heylings.mp@parliament.uk,
meghilliermp@parliament.uk, chris.hinchliff.mp@parliament.uk,
jonathan.hinder.mp@parliament.uk, damian.hinds.mp@parliament.uk,
simon.hoare.mp@parliament.uk, wera.hobhouse.mp@parliament.uk,
sharon.hodgson.mp@parliament.uk, richard.holden.mp@parliament.uk,
kevin.hollinrake.mp@parliament.uk, paul.holmes.mp@parliament.uk,
rachel.hopkins.mp@parliament.uk, Lindsay.hoyle.mp@parliament.uk,
nigel.huddleston.mp@parliament.uk, neil.hudson.mp@parliament.uk,
claire.hughes.mp@parliament.uk, daire.hughes.mp@parliament.uk,
alison.hume.mp@parliament.uk, huntj@parliament.uk, rupa.huq.mp@parliament.uk,
patrick.hurley.mp@parliament.uk, adnan.hussain.mp@parliament.uk,
imran.hussain.mp@parliament.uk, leigh.ingham.mp@parliament.uk,

natasha.irons.mp@parliament.uk, sally.jameson.mp@parliament.uk,
christine.jardine.mp@parliament.uk, dan.jarvis.mp@parliament.uk,
liz.jarvis.mp@parliament.uk, bernard.jenkin.mp@parliament.uk,
robert.jenrick.mp@parliament.uk, terry.jermy.mp@parliament.uk,
adam.jogee.mp@parliament.uk, caroline.johnson.mp@parliament.uk,
johnsond@parliament.uk, kim.johnson.mp@parliament.uk,
clive.jones.mp@parliament.uk, darren.jones.mp@parliament.uk,
gerald.jones.mp@parliament.uk, lillian.jones.mp@parliament.uk,
louise.jones.mp@parliament.uk, ruth.jones.mp@parliament.uk,
sarah.jones.mp@parliament.uk, lincoln.jopp.mp@parliament.uk,
gurinder.josan.mp@parliament.uk, sojan.joseph.mp@parliament.uk,
warinder.juss.mp@parliament.uk, chris.kane.mp@parliament.uk,
mike.kane.mp@parliament.uk, satvir.kaur.mp@parliament.uk,
alicia.kearns.mp@parliament.uk, liz.kendall.mp@parliament.uk,
afzal.khan.mp@parliament.uk, ayoub.khan.mp@parliament.uk,
naushabah.khan.mp@parliament.uk, stephen.kinnock.mp@parliament.uk,
jayne.kirkham.mp@parliament.uk, gen.kitchen.mp@parliament.uk,
paul.kohler.mp@parliament.uk, danny.kruger.mp@parliament.uk,
sonia.kumar.mp@parliament.uk, uma.kumaran.mp@parliament.uk,
peter.kyle.mp@parliament.uk, laura.kyrkesmith.mp@parliament.uk,
ben.lake.mp@parliament.uk, katie.lam.mp@parliament.uk, peter.lamb.mp@parliament.uk,
john.lamont.mp@parliament.uk, ian.lavery.mp@parliament.uk,
chris.law.mp@parliament.uk, noah.law.mp@parliament.uk,
kim.leadbeater.mp@parliament.uk, graham.leadbitter.mp@parliament.uk,
edward.leigh.mp@parliament.uk, brian.leishman.mp@parliament.uk,
emma.lewell.mp@parliament.uk, andrew.lewin.mp@parliament.uk,
clive.lewis.mp@parliament.uk, simon.lightwood.mp@parliament.uk,
carla.lockhart.mp@parliament.uk, seamus.logan.mp@parliament.uk,
rebecca.longbailey.mp@parliament.uk, julia.lopez.mp@parliament.uk,
rupert.lowe.mp@parliament.uk, josh.macalister.mp@parliament.uk,
james.maccleary.mp@parliament.uk, alice.macdonald.mp@parliament.uk,
angus.macdonald.mp@parliament.uk, andy.macnae.mp@parliament.uk,
justin.madders.mp@parliament.uk, ben.maguire.mp@parliament.uk,
helen.maguire.mp@parliament.uk, shabana.mahmood.mp@parliament.uk,
alan.mak.mp@parliament.uk, seema.malhotra.mp@parliament.uk,
cathal.mallaghan.mp@parliament.uk, kit.malthouse.mp@parliament.uk,
amanda.martin.mp@parliament.uk, mike.martin.mp@parliament.uk,
rachael.maskell.mp@parliament.uk, paul.maskey.mp@parliament.uk,
keir.mather.mp@parliament.uk, brian.mathew.mp@parliament.uk,
alex.mayer.mp@parliament.uk, jerome.mayhew.mp@parliament.uk,
charlie.maynard.mp@parliament.uk, douglas.mcallister.mp@parliament.uk,
kerry.mccarthy.mp@parliament.uk, martin.mccluskey.mp@parliament.uk,
mcdonaghs@parliament.uk, andy.mcdonald.2nd@parliament.uk,
chris.mcdonald.mp@parliament.uk, mcdonnellj@parliament.uk,

blair.mcdougall.mp@parliament.uk, lola.mcevoy.mp@parliament.uk,
mcfaddenp@parliament.uk, alison.mcgovern.mp@parliament.uk,
alex.mcintyre.mp@parliament.uk, gordon.mckee.mp@parliament.uk,
kevin.mckenna.mp@parliament.uk, catherine.mckinnell.mp@parliament.uk,
jim.mcmahon.mp@parliament.uk, anna.mcmorrin.mp@parliament.uk,
james.mcmurdock.mp@parliament.uk, frank.mcnally.mp@parliament.uk,
kirsty.mcneill.mp@parliament.uk, esther.mcvey.mp@parliament.uk,
llinos.medi.mp@parliament.uk, anneliese.midgley.mp@parliament.uk,
ed.miliband.mp@parliament.uk, calum.miller.mp@parliament.uk,
john.milne.mp@parliament.uk, julie.minns.mp@parliament.uk,
navendu.mishra.mp@parliament.uk, andrew.mitchell.mp@parliament.uk,
abtisam.mohamed.mp@parliament.uk, iqbal.mohamed.mp@parliament.uk,
gagan.mohindra.mp@parliament.uk, perran.moon.mp@parliament.uk,
robbie.moore.mp@parliament.uk, layla.moran.mp@parliament.uk,
mordenj@parliament.uk, edward.morello.mp@parliament.uk,
helen.morgan.mp@parliament.uk, stephen.morgan.mp@parliament.uk,
grahame.morris.mp@parliament.uk, joe.morris.mp@parliament.uk,
tom.morrison.mp@parliament.uk, joy.morrissey.mp@parliament.uk,
wendy.morton.mp@parliament.uk, kieran.mullan.mp@parliament.uk,
margaret.mullane.mp@parliament.uk, david.mundell.mp@parliament.uk,
tessa.munt.mp@parliament.uk, luke.murphy.mp@parliament.uk,
chris.murray.mp@parliament.uk, ian.murray.mp@parliament.uk,
james.murray.mp@parliament.uk, katrina.murray.mp@parliament.uk,
susan.murray.mp@parliament.uk, murrisona@parliament.uk,
luke.myer.mp@parliament.uk, james.naish.mp@parliament.uk,
connor.naismith.mp@parliament.uk, lisa.nandy.mp@parliament.uk,
kanishka.narayan.mp@parliament.uk, pamela.nash.mp@parliament.uk,
josh.newbury.mp@parliament.uk, samantha.niblett.mp@parliament.uk,
charlotte.nichols.mp@parliament.uk, caroline.nokes.mp@parliament.uk,
jesse.norman.mp@parliament.uk, alex.norris.mp@parliament.uk,
dan.norris.mp@parliament.uk, ben.obesejecty.mp@parliament.uk,
neil.obrien.mp@parliament.uk, brendan.ohara.mp@parliament.uk,
sarah.olney.mp@parliament.uk, melanie.onn.mp@parliament.uk,
chi.onwurah.mp@parliament.uk, simon.opher.mp@parliament.uk,
abena.oppongasare.mp@parliament.uk, kate.osamor.mp@parliament.uk,
kate.osborne.mp@parliament.uk, tristan.osborne.mp@parliament.uk,
taiwo.owatemi.mp@parliament.uk, sarah.owen.mp@parliament.uk,
darren.paffey.mp@parliament.uk, andrew.pakes.mp@parliament.uk,
withammp@parliament.uk, matthew.patrick.mp@parliament.uk,
rebecca.paul.mp@parliament.uk, michael.payne.mp@parliament.uk,
stephanie.peacock.mp@parliament.uk, jon.pearce.mp@parliament.uk,
matthew.pennycook.mp@parliament.uk, toby.perkins.mp@parliament.uk,
manuela.perteghella.mp@parliament.uk, jess.phillips.mp@parliament.uk,
bridget.phillipson.mp@parliament.uk, chris.philp.mp@parliament.uk,

al.pinkerton.mp@parliament.uk, david.pintoduschinsky.mp@parliament.uk,
lee.pitcher.mp@parliament.uk, jo.platt.mp@parliament.uk,
sarah.pochin.mp@parliament.uk, luke.pollard.mp@parliament.uk,
joe.powell.mp@parliament.uk, contact@lucypowell.org.uk,
gregor.poynton.mp@parliament.uk, peter.prinsley.mp@parliament.uk,
mark.pritchard.mp@parliament.uk, richard.quigley.mp@parliament.uk,
yasmin.qureshi.mp@parliament.uk, steve.race.mp@parliament.uk,
shivani.raja.mp@parliament.uk, adrian.ramsay.mp@parliament.uk,
connor.rand.mp@parliament.uk, andrew.ranger.mp@parliament.uk,
jack.rankin.mp@parliament.uk, angela.rayner.mp@parliament.uk,
mike.reader.mp@parliament.uk, david.reed.mp@parliament.uk,
steve.reed.mp@parliament.uk, ellie.reeves.mp@parliament.uk,
rachel.reeves.mp@parliament.uk, joani.reid.mp@parliament.uk,
emma.reynolds.mp@parliament.uk, jonathan.reynolds.mp@parliament.uk,
joshua.reynolds.mp@parliament.uk, martin.rhodes.mp@parliament.uk,
bell.ribeiroaddy.mp@parliament.uk, jake.richards.mp@parliament.uk,
jenny.riddellcarpenter.mp@parliament.uk, lucy.rigby.mp@parliament.uk,
marie.rimmer.mp@parliament.uk, dave.robertson.mp@parliament.uk,
joe.robertson.mp@parliament.uk, gavin.robinson.mp@parliament.uk,
tim.roca.mp@parliament.uk, matt.rodda.mp@parliament.uk,
ian.roome.mp@parliament.uk, andrew.rosindell.mp@parliament.uk,
sam.rushworth.mp@parliament.uk, sarah.russell.mp@parliament.uk,
[tom.rutland.mp@parliament.uk](mailto:tom.rutland.mp@parliament.uk), oliver.ryan.mp@parliament.uk,
anna.sabine.mp@parliament.uk, sarah.sackman.mp@parliament.uk,
jeevun.sandher.mp@parliament.uk, roz.savage.mp@parliament.uk,
liz.savilleroberts.mp@parliament.uk, michelle.scrogham.mp@parliament.uk,
mark.sewards.mp@parliament.uk, naz.shah.mp@parliament.uk,
baggy.shanker.mp@parliament.uk, michael.shanks.mp@parliament.uk,
jim.shannon.mp@parliament.uk, neil.shastrihurst.mp@parliament.uk,
alec.shelbrooke.mp@parliament.uk, tulip.siddiq.mp@parliament.uk,
david.simmonds.mp@parliament.uk, josh.simons.mp@parliament.uk,
vikki.slade.mp@parliament.uk, slaughtera@parliament.uk,
john.slinger.mp@parliament.uk, lisa.smart.mp@parliament.uk,
cat.smith.mp@parliament.uk, david.smith.mp@parliament.uk,
greg.smith.mp@parliament.uk, jeff.smith.mp@parliament.uk,
julian.smith.mp@parliament.uk, nick.smith.mp@parliament.uk,
rebecca.smith.mp@parliament.uk, sarah.smith.mp@parliament.uk,
karin.smyth.mp@parliament.uk, gareth.snell.mp@parliament.uk,
andrew.snowden.mp@parliament.uk, alex.sobel.mp@parliament.uk,
ben.spencer.mp@parliament.uk, ian.sollom.mp@parliament.uk,
patrick.spencer.mp@parliament.uk, greg.stafford.mp@parliament.uk,
euan.stainbank.mp@parliament.uk, blake.stephenson.mp@parliament.uk,
jo.stevens.mp@parliament.uk, kenneth.stevenson.mp@parliament.uk,
elaine.stewart.mp@parliament.uk, jamie.stone.mp@parliament.uk,

will.stone.mp@parliament.uk, alistair.strathern.mp@parliament.uk,
wes.streeting.mp@parliament.uk, alan.strickland.mp@parliament.uk,
mel.stride.mp@parliament.uk, graham.stringer.mp@parliament.uk,
grahamstuartmp@parliament.uk, kirsteen.sullivan.mp@parliament.uk,
lauren.sullivan.mp@parliament.uk, zarah.sultana.mp@parliament.uk,
rishi.sunak.mp@parliament.uk, peter.swallow.mp@parliament.uk,
robin.swann.mp@parliament.uk, swayned@parliament.uk, tamim@parliament.uk,
mike.tapp.mp@parliament.uk, alison.taylor.mp@parliament.uk,
david.taylor.mp@parliament.uk, luke.taylor.mp@parliament.uk,
rachel.taylor.mp@parliament.uk, bradley.thomas.mp@parliament.uk,
cameron.thomas.mp@parliament.uk, fred.thomas.mp@parliament.uk,
gareth.thomas.mp@parliament.uk, nick.thomassymonds.mp@parliament.uk,
adam.thompson.mp@parliament.uk, thornberrye@parliament.uk,
richard.tice.mp@parliament.uk, marie.tidball.mp@parliament.uk, timmss@parliament.uk,
nick.timothy.mp@parliament.uk, jessica.toale.mp@parliament.uk,
dan.tomlinson.mp@parliament.uk, trickettj@parliament.uk, laura.trott.mp@parliament.uk,
henry.tufnell.mp@parliament.uk, tom.tugendhat.mp@parliament.uk,
anna.turley.mp@parliament.uk, matt.turmaine.mp@parliament.uk,
karl.turner.mp@parliament.uk, laurence.turner.mp@parliament.uk,
derek.twigg.mp@parliament.uk, liz.twist.mp@parliament.uk,
harpreet.uppal.mp@parliament.uk, freddie.vanmierlo.mp@parliament.uk,
tony.vaughan.mp@parliament.uk, valerie.vaz.mp@parliament.uk,
martin.vickers.mp@parliament.uk, matt.vickers.mp@parliament.uk,
chris.vince.mp@parliament.uk, caroline.voaden.mp@parliament.uk,
christian.wakeford.mp@parliament.uk, imogen.walker.mp@parliament.uk,
chris.ward.mp@parliament.uk, melanie.ward.mp@parliament.uk,
paul.waugh.mp@parliament.uk, chris.webb.mp@parliament.uk,
michelle.welsh.mp@parliament.uk, catherine.west.mp@parliament.uk,
andrew.western.mp@parliament.uk, matt.western.mp@parliament.uk,
helen.whately.mp@parliament.uk, michael.wheeler.mp@parliament.uk,
john.whitby.mp@parliament.uk, jo.white.mp@parliament.uk,
katie.white.mp@parliament.uk, john.whittingdale.mp@parliament.uk,
nadia.whittome.mp@parliament.uk, james.wild.mp@parliament.uk,
max.wilkinson.mp@parliament.uk, david.williams.mp@parliament.uk,
gavin.williamson.mp@parliament.uk, munira.wilson.mp@parliament.uk,
barronj@parliament.uk, pete.wishart.mp@parliament.uk,
steve.witherden.mp@parliament.uk, mike.wood.mp@parliament.uk,
sean.woodcock.mp@parliament.uk, Jeremy.wright.mp@parliament.uk,
rosie.wrighting.mp@parliament.uk, martin.wrigley.mp@parliament.uk,
yuan.yang.mp@parliament.uk, mohammad.yasin.mp@parliament.uk,
steve.yemm.mp@parliament.uk, claire.young.mp@parliament.uk,
daniel@danielzeichner.co.uk

**Wall Street Journal**

sara.randazzo@wsj.com

brianna.abbott@wsj.com

**Matrix Law**

matrix@matrixlaw.co.uk

TeamT@matrixlaw.co.uk

**University of Connecticut General Counsel**

Generalcounsel@uconn.edu

**Connecticut Coalition Against Domestic Violence**

Mscanlon@ctcadv.org

**Office of His Holiness The Dalai Lama**

ohhdl@dalailama.com

**The Government of the Netherlands**

voorlichting@raadvanstate.nl

rvd.pers.kh@minaz.nl, persvragen@minbuza.nl, persvragen.AenM@minjenv.nl,
ott-ca@minbuza.nl, m.aardema@tweedekamer.nl, i.eabassi@tweedekamer.nl,
s.vbaarle@tweedekamer.nl, m.bamenga@tweedekamer.nl, b.becker@tweedekamer.nl,
t.baudet@tweedekamer.nl, s.beckerman@tweedekamer.nl, m.dbeer@tweedekamer.nl,
h.bevers@tweedekamer.nl, m.bikker@tweedekamer.nl, b.bikkers@tweedekamer.nl,
r.blaauw@tweedekamer.nl, h.bontenbal@tweedekamer.nl,
diederik.boomsma@tweedekamer.nl, v.vdborn@tweedekamer.nl,
M.Bosma@tweedekamer.nl, d.boswijk@tweedekamer.nl, w.boutkan@tweedekamer.nl,
l.bromet@tweedekamer.nl, f.bruyning@tweedekamer.nl, m.buijsse@tweedekamer.nl,
e.vdburg@tweedekamer.nl, j.bushoff@tweedekamer.nl, a.vcampen@tweedekamer.nl,
d.ceder@tweedekamer.nl, g.chakor@tweedekamer.nl, r.claassen@tweedekamer.nl,
p.crijns@tweedekamer.nl, l.dassen@tweedekamer.nl, m.deen@tweedekamer.nl,
t.vdijck@tweedekamer.nl, o.vdijk@tweedekamer.nl, d.j.h.vdijk@tweedekamer.nl,
j.dijk@tweedekamer.nl, i.vdijk@tweedekamer.nl, e.vdijk@tweedekamer.nl,
s.dobbe@tweedekamer.nl, r.dral@tweedekamer.nl, b.eerdmans@tweedekamer.nl,
w.veijk-nagel@tweedekamer.nl, u.ellian@tweedekamer.nl, d.ergin@tweedekamer.nl,
s.erkens@tweedekamer.nl, e.esser@tweedekamer.nl, c.faddegon@tweedekamer.nl,

a.flach@tweedekamer.nl, g.gabriels@tweedekamer.nl, d.graus@tweedekamer.nl,
p.grinwis@tweedekamer.nl, p.dgroot@tweedekamer.nl, m.haage@tweedekamer.nl,
j.vhaasen@tweedekamer.nl, r.hartsuiker@tweedekamer.nl, a.heite@tweedekamer.nl,
h.heutink@tweedekamer.nl, d.hirsch@tweedekamer.nl, p.vdhoeff@tweedekamer.nl,
h.holman@tweedekamer.nl, h.dhoop@tweedekamer.nl,
p.vhouwelingen@tweedekamer.nl, f.idsinga@tweedekamer.nl, r.jetten@tweedekamer.nl,
Leondejong@tweedekamer.nl, a.joseph@tweedekamer.nl, i.kahraman@tweedekamer.nl,
b.kathmann@tweedekamer.nl, b.vkent@tweedekamer.nl, a.kisteman@tweedekamer.nl,
j.klaver@tweedekamer.nl, m.koekkoek@tweedekamer.nl, w.koops@tweedekamer.nl,
a.kops@tweedekamer.nl, a.dkort@tweedekamer.nl, ines.kostic@tweedekamer.nl,
a.kouwenhoven@tweedekamer.nl, s.kroger@tweedekamer.nl, h.krul@tweedekamer.nl,
a.lahlah@tweedekamer.nl, t.vdlee@tweedekamer.nl, g.markuszower@tweedekamer.nl,
w.meulenkamp@tweedekamer.nl, i.michon-derkzen@tweedekamer.nl,
m.mohandis@tweedekamer.nl, j.mooiman@tweedekamer.nl,
edgar.mulder@tweedekamer.nl, s.mutluer@tweedekamer.nl,
j.nijhof-leeuw@tweedekamer.nl, m.vnispen@tweedekamer.nl,
j.nordkamp@tweedekamer.nl, esther.ouwehand@tweedekamer.nl,
j.paternotte@tweedekamer.nl, m.patijn@tweedekamer.nl, w.paulusma@tweedekamer.nl,
c.pierik@tweedekamer.nl, a.pijpelink@tweedekamer.nl, k.piri@tweedekamer.nl,
c.vdplas@tweedekamer.nl, a.podt@tweedekamer.nl, j.pool@tweedekamer.nl,
w.postma@tweedekamer.nl, q.rajkowski@tweedekamer.nl, d.ram@tweedekamer.nl,
r.rep@tweedekamer.nl, s.richardson@tweedekamer.nl,
m.rikkers-oosterkamp@tweedekamer.nl, i.rooderkerk@tweedekamer.nl,
r.deroon@tweedekamer.nl, i.saris@tweedekamer.nl, j.sixdijkstra@tweedekamer.nl,
e.slagt-tichelman@tweedekamer.nl, p.smitskam@tweedekamer.nl,
j.sneller@tweedekamer.nl, a.soepboer@tweedekamer.nl, c.stoffer@tweedekamer.nl,
l.stultiens@tweedekamer.nl, christine.teunissen@tweedekamer.nl,
f.thiadens@tweedekamer.nl, j.thijssen@tweedekamer.nl, f.timmermans@tweedekamer.nl,
m.tseggai@tweedekamer.nl, n.uppelschoten@tweedekamer.nl, j.valize@tweedekamer.nl,
e.vedder@tweedekamer.nl, m.vdvelde@tweedekamer.nl, helpline@eda.admin.ch,
h.veltman@tweedekamer.nl, r.verkuijlen@tweedekamer.nl,
crt.speakerrequests@usdoj.gov, h.vermeer@tweedekamer.nl, e.vlottes@tweedekamer.nl,
m.vondeling@tweedekamer.nl, h.dvree@tweedekamer.nl, aukjedevries@tweedekamer.nl,
j.vvroonhoven@tweedekamer.nl, a.vwaveren@tweedekamer.nl,
r.welzijn@tweedekamer.nl, j.vdwerf@tweedekamer.nl, l.westerveld@tweedekamer.nl,
r.white@tweedekamer.nl, m.wijen-nass@tweedekamer.nl, g.wilders@tweedekamer.nl,
n.wingelaar@tweedekamer.nl, d.yesilgoz@tweedekamer.nl, c.vzanten@tweedekamer.nl

**Government of Liechtenstein**

strasbourg@llv.li

Hannes.Matt@pd.li, STGH Präsident <Praesident@stgh.li>, Asyl@llv.li,
Landtagsabgeordneter <Johannes.Zimmermann@landtag.li>, Landtagsabgeordneter

<Christoph.Wenaweser@landtag.li>, Landtagsabgeordneter <Thomas.Vogt@landtag.li>,
Landtagsabgeordneter <Achim.Vogt@landtag.li>, Landtagsabgeordneter
<Martin.Seger@landtag.li>, Landtagsabgeordneter <Daniel.Seger@landtag.li>,
Landtagsabgeordneter <Roger.Schaedler@landtag.li>, Landtagsabgeordneter
<Simon.Schaechle@landtag.li>, Landtagsabgeordneter <Daniel.Salzgeber@landtag.li>,
Landtagsabgeordneter <Thomas.Rehak@landtag.li>, Landtagsabgeordnete
<Bettina.Petzold-Maehr@landtag.li>, Landtagsabgeordneter <Stefan.Oehri@landtag.li>,
Landtagsabgeordneter <Lino.Naegele@landtag.li>, Landtagsabgeordnete
<Marion.Kindle-Kuehnis@landtag.li>, Landtagspräsident
<Manfred.Kaufmann@landtag.li>, Landtagsabgeordneter <Johannes.Kaiser@landtag.li>,
Landtagsvizepräsidentin <Franziska.Hoop@landtag.li>, Landtagsabgeordnete
<Carmen.Heeb-Kindle@landtag.li>, Landtagsabgeordneter <Erich.Hasler@landtag.li>,
Landtagsabgeordneter <Dietmar.Hasler@landtag.li>, Landtagsabgeordnete
<Manuela.Haldner-Schierscher@landtag.li>, Landtagsabgeordneter
<Sebastian.Gassner@landtag.li>, Landtagsabgeordnete <Sandra.Fausch@landtag.li>,
Landtagsabgeordnete <Tanja.Cisse@landtag.li>, Landtagsabgeordnete
<Dagmar.Buehler-Nigsch@landtag.li>, Hilti Gabriela <gabriela.hilti@pd.li>, Heeb Yvonne
<Yvonne.Heeb@pd.li>, Bühler Pamela <Pamela.Buehler@pd.li>, Wachter Gabriele
<Gabriele.Wachter@pd.li>, Hasler Larissa <larissa.hasler@pd.li>, Gerber-Leuenberger
Sandra <Sandra.Gerber-Leuenberger@pd.li>, Bucher Jessica F.
<JessicaF.Bucher@pd.li>, Pfeiffer Philipp <Philipp.Pfeiffer@pd.li>, Hilti Josef
<Josef.Hilti@pd.li>,

## The European Union

delegation-usa-info@eeas.europa.eu, ECJ.Registry@curia.europa.eu,
delegation-Canada@eeas.europa.eu, delegation-new-york@eeas.europa.eu,
kaja.kallas@ec.europa.eu, delegation-strasbourg-1@eeas.europa.eu,
delegation-bern@eeas.europa.eu, DELEGATION-MEXICO@eeas.europa.eu,
ilze.juhansone@ec.europa.eu, helsinki@helsinki.hu, William.SLEATH@ec.europa.eu,
Rene.Slootjes@ec.europa.eu, Daniel.Calleja-Crespo@ec.europa.eu,
Bernhard.SCHIMA@ec.europa.eu, Elisabetta.Montaguti@ec.europa.eu,
Wouter.Wils@ec.europa.eu, Hannes.KRAEMER@ec.europa.eu,
Manuel.KELLERBAUER@ec.europa.eu, Sabine.GRUENHEID@ec.europa.eu,
Lucie.DAVOINE@ec.europa.eu, Alison.CRABB@ec.europa.eu,
Denis.Genton@ec.europa.eu, Wolfgang.Schobesberger@ec.europa.eu,
Fabien.DELL@ec.europa.eu, Katja.Reppel@ec.europa.eu,
Kristien.Vangoey@ec.europa.eu, Gwennael.Joliff-Botrel@ec.europa.eu,
Michael.Shotter@ec.europa.eu, Silvena.PESTA@ec.europa.eu,
Anita.VELLA@ec.europa.eu, Esther.POZO-VERA@ec.europa.eu,
Tom.SNELS@ec.europa.eu, Andreas.STEIN@ec.europa.eu,
Ana.GALLEGO@ec.europa.eu, Peter-Jozsef.CSONKA@ec.europa.eu,
Despina.VASSILIADOU@ec.europa.eu, Marie-Helene.Boulanger@ec.europa.eu,
Karen.VANDEKERCKHOVE@ec.europa.eu, Irena.MOOZOVA@ec.europa.eu,

Julien.MOUSNIER@ec.europa.eu, Susanne.KNOEFEL@ec.europa.eu,
Joanna.DARMANIN@ec.europa.eu, Raimondo.BUSSI@ec.europa.eu

### Government of Switzerland

helpline@eda.admin.ch,

info@bj.admin.ch

washington@mfa.is

### Government of France

info.washington-fslt@diplomatie.gouv.fr

### The Catholic Church

holysee.oas@diplomat.va,

nuntiususa@nuntiususa.org,

visitorsoffice@pnac.org,

ptravers@aoaj.org, hrc-sr-truth@un.org, legalservices@archchicago.org,
conciliation@archspm.org, hrc-sr-independencejl@un.org, bbezousek@aoaj.org,
jestes@aoaj.org, mmeggs@aoaj.org, riskmanagement@archbalt.org,
talban@archbalt.org, cathy.obrien@archbalt.org, samuel.mastracci@archbalt.org,
emily.rubeling@archbalt.org, archbishop@archbalt.org, archbishop@catholicaoc.org,
office.archbishop@archden.org, dbqcabsec@dbqarch.org, l.chapman@dbqarch.org,
info@archgh.org, frynd@archgh.org, kjenings@archgh.org, archbishop@archkck.org,
archkck@archkck.org, RAncheta@la-archdiocese.org, pastoralcenter@archlou.org,
priestsecretary@theadom.org, tmaley@catholicaoc.org, Alex.Kwan@archden.org,
Jim.Langley@archden.org, info.ocsjm@aohct.org, ccc@ctcatholic.org,
tchamblee@archindy.org, mfarrar@archindy.org, kicaza@theadom.org,
communication@archmil.org, archbishop@mobarch.org, gkoppersmith@mobarch.org,
lhansen@mobarch.org, legal@archdiocese-no.org, victimsassistance@archny.org,
Alex.Gaitan@rcan.org, Rev.Timothy.Graff@rcan.org, rlewis@archokc.org,
bjsetter@archomaha.org, mbhanus@archomaha.org, dhuddell@archphila.org,
legal@archphila.org, opd@archphila.org, eferguson@archdpdx.org,
dhodgin@archdpdx.org, gkkiely@archdpdx.org, cshannon@archdpdx.org,
archbishopsoffice@archstl.org, peace&justice@archstl.org, ADCHelp@archstl.org,
zangsp@archspm.org, pablo.garcia@archsa.org, linda.ramirez@archsa.org,
yenisse.ramirez@archsa.org, escobarj@sfarch.org, jannuzzil@sfarch.org,
mclaughlink@sfarch.org, perezsa@sfarch.org, PerkoR@sfarch.org,

rodriguezr@sfarch.org, vg@asfnm.org, Info@seattlearch.org,
chris.koehler@seattlearch.org, ContactUs@adw.org, anzideic@adw.org,
rhodesm@adw.org, burkep@adw.org, eganb@adw.org,

**The Government of New Zealand**

contactus@justice.govt.nz,

enquiries@mfat.govt.nz

<carmel.sepuloni@parliament.govt.nz>, <barbara.edmonds@parliament.govt.nz>,
<megan.woods@parliament.govt.nz>, <willie.jackson@parliament.govt.nz>,
<ayesha.verrall@parliament.govt.nz>, <kieran.mcanulty@parliament.govt.nz>,
<ginny.andersen@parliament.govt.nz>, <jan.tinetti@parliament.govt.nz>,
<peeni.henare@parliament.govt.nz>, <tangi.utikere@parliament.govt.nz>,
<Priyanca.Radhakrishnan@parliament.govt.nz>, <jo.luxton@parliament.govt.nz>,
<duncan.webb@parliament.govt.nz>, <deborah.russell@parliament.govt.nz>,
<rachel.brooking@parliament.govt.nz>, <damien.oconnor@parliament.govt.nz>,
<camilla.belich@parliament.govt.nz>, <Tracey.McLellanMP@parliament.govt.nz>,
<cushla.tangaere-manuel@parliament.govt.nz>, <arena.williams@parliament.govt.nz>,
Phil.Twyford@parliament.govt.nz <phil.twyford@parliament.govt.nz>,
<Greg.OConnor@parliament.govt.nz>, <Jenny.Salesa@parliament.govt.nz>,
<rachel.boyack@parliament.govt.nz>, <adrian.rurawhe@parliament.govt.nz>,
<helen.white@parliament.govt.nz>, <lemauga.lydia.sosene@parliament.govt.nz>,

**The Government of Canada**

sos@international.gc.ca

ccs.scc@international.gc.ca, ogis@nara.gov, genevag@international.gc.ca,
canada.un@international.gc.ca, wshdc-prmoas@international.gc.ca,
AGC_PGC_ALBERTA@justice.gc.ca, AGC_PGC_NRO-BRN@justice.gc.ca,
AGC_PGC_ARO-BRA@justice.gc.ca, AGC_PGC_OTTAWA@justice.gc.ca,
AGC_PGC_SASKATOON@justice.gc.ca,
AGC_PGC_TORONTO.INDIG-AUTOCH@justice.gc.ca,
AGC_PGC_TORONTO.LEAD-DCECJ@justice.gc.ca,
AGC_PGC_VANCOUVER.IMM@justice.gc.ca, AGC_PGC_VANCOUVER@justice.gc.ca,
AGC_PGC_WINNIPEG@justice.gc.ca,

**The Government of Iceland**

dmr@dmr.is

mfa@mfa.is

Washington@mfa.is

Althingi@althingi.is

**The Government of Brazil**

secc@itamaraty.gov.br

**The United States National Archives**

Ogis@nara.gov

**Stop Trump UK**

press@stoptrump.org.uk

info@stoptrump.org.uk

**UN Special Rapporteurs**

hrc-ie-solidarity@un.org, hrc-ie-sogi@un.org, hrc-sr-defenders@un.org,
hrc-ie-internationalorder@un.org, hrc-sr-disability@un.org, hrc-sr-torture@un.org,

**Human Rights Watch**

hrwpress@hrw.org

hrwdc@hrw.org

**Justice Rapid Response**

ed@justicerapidresponse.org,

secretariat@justicerapidresponse.org

**Government of México**

prensany@sre.gob.mx, dsandoval@sre.gob.mx, jpastranau@sre.gob.mx,
amartinez@sre.gob.mx, juridiconuy2@sre.gob.mx, heriberto.aguilar@senado.gob.mx,
alvarez.lima@senado.gob.mx, alejandra.arias@senado.gob.mx,
reyna.ascencio@senado.gob.mx, armando.ayala@senado.gob.mx,
oscar.canton@senado.gob.mx, o.laura.castillo@senado.gob.mx,

imelda.castro@senado.gob.mx, alfonso.cepeda@senado.gob.mx,
andrea.chavez@senado.gob.mx, francisco.chiguil@senado.gob.mx,
javier.corralj@senado.gob.mx, luisa.cortes@senado.gob.mx,
jose.cruzc@senado.gob.mx, o.homero.davis@senado.gob.mx,
sasil.deleon@senado.gob.mx, blanca.diaz@senado.gob.mx,
veronica.diaz@senado.gob.mx, o.alejandro.esquer@senado.gob.mx,
laura.estradam@senado.gob.mx, gerardo.norona@senado.gob.mx,
jose.gomezle@senado.gob.mx, anahi.gonzalez@senado.gob.mx,
cecilia.guadiana@senado.gob.mx, o.mariela.gutierrez@senado.gob.mx,
susanaharp@senado.gob.mx, jose.herrerad@senado.gob.mx,
manuel.huerta@senado.gob.mx, enrique.inzunza@senado.gob.mx,
miguel.jarero@senado.gob.mx, maria.kantun@senado.gob.mx,
o.juan.loera@senado.gob.mx, carlos.lomeli@senado.gob.mx,
cynthialopezcastro@senado.gob.mx, edith.lopez@senado.gob.mx,
adan.lopez@senado.gob.mx, victor.mercado@senado.gob.mx,
malu.micher@senado.gob.mx, ignacio.mier@senado.gob.mx,
beatriz.mojica@senado.gob.mx, saul.monreal@senado.gob.mx,
antonino.morales@senado.gob.mx, litigation@citizen.org, raul.moron@senado.gob.mx,
alejandro.murat@senado.gob.mx, cuauhtemoc.ochoa@senado.gob.mx,
simey.olvera@senado.gob.mx, anibal.ostoa@senado.gob.mx,
julieta.ramirez@senado.gob.mx, emmanuel.reyes@senado.gob.mx,
oficina.ana.lilia.rivera@senado.gob.mx, beatriz.robles@senado.gob.mx,
karina.ruiz@senado.gob.mx, nora.ruvalcaba@senado.gob.mx,
luis.salazar@senado.gob.mx, jfelix.salgado@senado.gob.mx,
araceli.saucedo@senado.gob.mx, eugenio.segura@senado.gob.mx,
ricardo.sheffield@senado.gob.mx, olga.sosa@senado.gob.mx,
lucia.trasvina@senado.gob.mx, lilia.valdez@senado.gob.mx,
lorenia.valles@senado.gob.mx, miguel.yunes@senado.gob.mx,
ricardo.anaya@senado.gob.mx, gina.campuzano@senado.gob.mx,
o.marko.cortes@senado.gob.mx, maria.diazm@senado.gob.mx,
agustin.dorantes@senado.gob.mx, laura.esquivel@senado.gob.mx,
michel.gonzalez@senado.gob.mx, miguel.marquez@senado.gob.mx,
martindelcampo@senado.gob.mx, oficina.mayuli.martinez@senado.gob.mx,
maria.murguia@senado.gob.mx, francisco.ramireza@senado.gob.mx,
ivideliza.reyes@senado.gob.mx, veronica.rodriguez@senado.gob.mx,
gustavo.sanchez@senado.gob.mx, imelda.sanmiguel@senado.gob.mx,
lilly.tellez@senado.gob.mx, enrique.vargas@senado.gob.mx,
mario.vazquezr@senado.gob.mx, mauricio.vila@senado.gob.mx,
susana.zatarain@senado.gob.mx, o.jasmine.bugarin@senado.gob.mx,
karen.castrejon@senado.gob.mx, rocio.corona@senado.gob.mx,
waldo.fernandez@senado.gob.mx, ruth.gonzalez@senado.gob.mx,
juanita.guerra@senado.gob.mx, gilberto.hernandez@senado.gob.mx,
virginia.magana@senado.gob.mx, luis.melgar@senado.gob.mx,
virgilio.mendoza@senado.gob.mx, maki.ortiz@senado.gob.mx,

jcarlos.ramirez@senado.gob.mx, luis.silva@senado.gob.mx,
manuel.velasco@senado.gob.mx, claudia.anaya@senado.gob.mx,
pablo.angulo@senado.gob.mx, manuel.anorve@senado.gob.mx,
anabell.avalos@senado.gob.mx, nestor.camarillo@senado.gob.mx,
angel.garcia@senado.gob.mx, alejandro.moreno@senado.gob.mx,
miguel.riquelme@senado.gob.mx, mely.romero@senado.gob.mx,
cristina.ruiz@senado.gob.mx, paloma.sanchez@senado.gob.mx,
karla.toledo@senado.gob.mx, o.alma.viggiano@senado.gob.mx,
rolando.zapata@senado.gob.mx, alberto.anaya@senado.gob.mx,
geovanna.banuelos@senado.gob.mx, Support <questions@afge.org>,
alejandro.gonzalezy@senado.gob.mx, ana.hernandeza@senado.gob.mx,
yeidckol.polevnsky@senado.gob.mx, liz.sanchez@senado.gob.mx,
alejandra.barrales@senado.gob.mx, francisco.barreda@senado.gob.mx,
clemente.castaneda@senado.gob.mx, luis.colosio@senado.gob.mx,
amalia.garcia@senado.gob.mx, manlio.beltrones@senado.gob.mx,
facultad@derecho.unam.mx, proteccionbos01@sre.gob.mx,
proteccionbos03@sre.gob.mx, proteccionbos02@sre.gob.mx,

### Government of Uruguay

consultas.web@mrree.gub.uy, comunicacion@fiscalia.gub.uy, OASUruguay@oas.org,
secretaria.core@mrree.gub.uy, comunicacion@presidencia.gub.uy, hrc-sr-truth@un.org
<hrc-sr-truth@un.org>, urunugi@mrree.gub.uyopens, urudeleg@mrree.gub.uy,
cdwashington@mrree.gub.uy, cgmiami@mrree.gub.uy, cgnuevayork@mrree.gub.uy,
cgsanfrancisco@mrree.gub.uy,

### Government of Panama

consular@embassyofpanama.org, info@nyconsul.com,
atencionciudadana@mire.gob.pa, fgomezarbelaez@mire.gob.pa,
nmontenegro@mire.gob.pa, lhernandez@mire.gob.pa, asuntosjuridicos@mire.gob.pa,
lramos@mire.gob.pa, ycalderon@mire.gob.pa,

### Government of Spain

registro@defensordelpueblo.es, dg.nnuuddhh@maec.es

### Government of India

jslegal1@mea.gov.in, dirlegal@mea.gov.in, legalofficer2@mea.gov.in,
dirlegal2@mea.gov.in, legalofficer7@mea.gov.in, legalofficer8@mea.gov.in,
legalofficer11@mea.gov.in, legalofficer10@mea.gov.in, legalofficer9@mea.gov.in,
legalofficer12@mea.gov.in, Consultantlegal@mea.gov.in, jsunp@mea.gov.in,
dirunp@mea.gov.in, osdunp@mea.gov.in, usintor@mea.gov.in, usunp@mea.gov.in,
usunp2@mea.gov.in, usunp1@mea.gov.in, consultant.unp@mea.gov.in,

ohhdl@dalailama.com, support@juscorpus.com, sgcentral@un.org, dppa-scsb3@un.org,
aord@mea.gov.in, eam@mea.gov.in, mosvmo@mea.gov.in, mos.pm@mea.gov.in,
psfs@mea.gov.in, jsams@mea.gov.in, jsamso@mea.gov.in, dirams@mea.gov.in,
dsams@mea.gov.in, osdams.ak@mea.gov.in, ususc1@mea.gov.in, usams@mea.gov.in,
osdams@mea.gov.in, jsce@mea.gov.in, dirce1@mea.gov.in, ds.ce1@mea.gov.in,
directorce@mea.gov.in, usce@mea.gov.in, use22@mea.gov.in, dirce2@mea.gov.in,

## The Government of Ireland

### Joint Committee on Justice Home Affairs and Migration
### <justice@oireachtas.ie>

ciaran.ahern@oireachtas.ie, william.aird@oireachtas.ie, catherine.ardagh@oireachtas.ie,
ivana.bacik@oireachtas.ie, cathy.bennett@oireachtas.ie, grace.boland@oireachtas.ie,
richard.boydbarrett@oireachtas.ie, tom.brabazon@oireachtas.ie,
john.brady@oireachtas.ie, brian.brennan@oireachtas.ie, shay.brennan@oireachtas.ie,
colm.brophy@oireachtas.ie, james.browne@oireachtas.ie, pat.buckley@oireachtas.ie,
colm.burke@oireachtas.ie, peter.burke@oireachtas.ie, mary.butler@oireachtas.ie,
paula.butterly@oireachtas.ie, jerry.buttimer@oireachtas.ie, joanna.byrne@oireachtas.ie,
malcolm.byrne@oireachtas.ie, thomas.byrne@oireachtas.ie,
michael.cahill@oireachtas.ie, holly.cairns@oireachtas.ie,
catherine.callaghan@oireachtas.ie, dara.calleary@oireachtas.ie,
sean.canney@oireachtas.ie, micheal.carrigy@oireachtas.ie,
jennifer.carrollmacneill@oireachtas.ie, matt.carthy@oireachtas.ie,
jack.chambers@oireachtas.ie, sorca.clarke@oireachtas.ie,
peterchap.cleere@oireachtas.ie, john.clendennen@oireachtas.ie,
michael.collins@oireachtas.ie, niall.collins@oireachtas.ie,
catherine.connolly@oireachtas.ie, john.connolly@oireachtas.ie,
rose.conwaywalsh@oireachtas.ie, joe.cooney@oireachtas.ie,
ruth.coppinger@oireachtas.ie, reada.cronin@oireachtas.ie, cathal.crowe@oireachtas.ie,
sean.crowe@oireachtas.ie, david.cullinane@oireachtas.ie, jen.cummins@oireachtas.ie,
john.cummins@oireachtas.ie, emer.currie@oireachtas.ie, martin.daly@oireachtas.ie,
pa.daly@oireachtas.ie, aisling.dempsey@oireachtas.ie, maire.devine@oireachtas.ie,
cormac@cormacdevlin.ie, alan.dillon@oireachtas.ie, pearse.doherty@oireachtas.ie,
albert.dolan@oireachtas.ie, paul.donnelly@oireachtas.ie,
paschal.donohoe@oireachtas.ie, timmy.dooley@oireachtas.ie,
dessie.ellis@oireachtas.ie, mairead.farrell@oireachtas.ie, aidan.farrelly@oireachtas.ie,
frank.feighan@oireachtas.ie, michael.fitzmaurice@oireachtas.ie,
sean.fleming@oireachtas.ie, norma.foley@oireachtas.ie,
patthecope.gallagher@oireachtas.ie, gary.gannon@oireachtas.ie,
james.geoghegan@oireachtas.ie, sinead.gibney@oireachtas.ie,
paul.gogarty@oireachtas.ie, thomas.gould@oireachtas.ie, ann.graves@oireachtas.ie,
noel.grealish@oireachtas.ie, johnny.guirke@oireachtas.ie, marian.harkin@oireachtas.ie,
eoin.hayes@oireachtas.ie, seamus.healy@oireachtas.ie, danny.healy-rae@oireachtas.ie,

michael.healy-rae@oireachtas.ie, rory.hearne@oireachtas.ie,
barry.heneghan@oireachtas.ie, martin.heydon@oireachtas.ie,
emer.higgins@oireachtas.ie, alan.kelly@oireachtas.ie, eoghan.kenny@oireachtas.ie,
martin.kenny@oireachtas.ie, keira.keogh@oireachtas.ie, claire.kerrane@oireachtas.ie,
john.lahart@oireachtas.ie, james.lawless@oireachtas.ie, paul.lawless@oireachtas.ie,
george.lawlor@oireachtas.ie, michael.lowry@oireachtas.ie,
padraig.maclochlainn@oireachtas.ie, micheal.martin@oireachtas.ie,
paul.mcauliffe@oireachtas.ie, noel.mccarthy@oireachtas.ie,
tony.mccormack@oireachtas.ie, marylou.mcdonald@oireachtas.ie,
helen.mcentee@oireachtas.ie, donna.mcgettigan@oireachtas.ie,
mattie.mcgrath@oireachtas.ie, seamus.mcgrath@oireachtas.ie,
erin.mcgreehan@oireachtas.ie, conor.mcguinness@oireachtas.ie,
john.mcguinness@oireachtas.ie, denise.mitchell@oireachtas.ie,
kevinboxer.moran@oireachtas.ie, aindrias.moynihan@oireachtas.ie,
michael.moynihan@oireachtas.ie, shane.moynihan@oireachtas.ie,
jennifer.murnaneoconnor@oireachtas.ie, michael.murphy@oireachtas.ie,
paul.murphy@oireachtas.ie, verona.murphy@oireachtas.ie,
johnny.mythen@oireachtas.ie, gerald.nash@oireachtas.ie,
hildegarde.naughton@oireachtas.ie, joe.neville@oireachtas.ie,
natasha.newsomedrennan@oireachtas.ie, carol.nolan@oireachtas.ie,
shonagh.niraghallaigh@oireachtas.ie, darragh.obrien@oireachtas.ie,
cian.ocallaghan@oireachtas.ie, jim.ocallaghan@oireachtas.ie,
maeve.oconnell@oireachtas.ie, james.oconnor@oireachtas.ie, willie.odea@oireachtas.ie,
kieran.odonnell@oireachtas.ie, richard.odonoghue@oireachtas.ie,
robert.odonoghue@oireachtas.ie, patrick.odonovan@oireachtas.ie,
ken.oflynn@oireachtas.ie, roderic.ogorman@oireachtas.ie, louis.ohara@oireachtas.ie,
ryan.omeara@oireachtas.ie, louise.oreilly@oireachtas.ie, darren.orourke@oireachtas.ie,
johnpaul.oshea@oireachtas.ie, christopher.osullivan@oireachtas.ie,
padraig.osullivan@oireachtas.ie, liam.quaide@oireachtas.ie,
maurice.quinlivan@oireachtas.ie, padraig.rice@oireachtas.ie,
neale.richmond@oireachtas.ie, peter.roche@oireachtas.ie,
eamon.scanlon@oireachtas.ie, conor.sheehan@oireachtas.ie,
marie.sherlock@oireachtas.ie, brendan.smith@oireachtas.ie,
duncan.smith@oireachtas.ie, niamh.smyth@oireachtas.ie, brian.stanley@oireachtas.ie,
edward.timmins@oireachtas.ie, gillian.toole@oireachtas.ie, robert.troy@oireachtas.ie,
peadar.toibin@oireachtas.ie, mark.wall@oireachtas.ie, barry.ward@oireachtas.ie,
charles.ward@oireachtas.ie, mark.ward@oireachtas.ie, jennifer.whitmore@oireachtas.ie,
eoin.obroin@oireachtas.ie, naoise.ocearuil@oireachtas.ie,
sean.ofearghail@oireachtas.ie, donnchadh.olaoghaire@oireachtas.ie,
naoise.omuiri@oireachtas.ie, ruairi.omurchu@oireachtas.ie,
aengus.osnodaigh@oireachtas.ie, fionntan.osuilleabhain@oireachtas.ie,
garret.ahearn@oireachtas.ie, chris.andrews@oireachtas.ie, frances.black@oireachtas.ie,
niall.blaney@oireachtas.ie, victor.boyhan@oireachtas.ie, manus.boyle@oireachtas.ie,
cathal.byrne@oireachtas.ie, maria.byrne@oireachtas.ie, pat.casey@oireachtas.ie,

lorraine.cliffordlee@oireachtas.ie, tom.clonan@oireachtas.ie,
joanne.collins@oireachtas.ie, alison.comyn@oireachtas.ie, joe.conway@oireachtas.ie,
martin.conway@oireachtas.ie, nessa.cosgrove@oireachtas.ie,
teresa.costello@oireachtas.ie, gerard.craughwell@oireachtas.ie,
ollie.crowe@oireachtas.ie, shane.curley@oireachtas.ie, mark.daly@oireachtas.ie,
paul.daly@oireachtas.ie, aidan.davitt@oireachtas.ie, mark.duffy@oireachtas.ie,
mary.fitzpatrick@oireachtas.ie, eileen.flynn@oireachtas.ie,
robbie.gallagher@oireachtas.ie, imelda.goldsboro@oireachtas.ie,
laura.harmon@oireachtas.ie, alicemary.higgins@oireachtas.ie,
garret.kelleher@oireachtas.ie, mike.kennelly@oireachtas.ie,
sharon.keogan@oireachtas.ie, sean.kyne@oireachtas.ie, eileen.lynch@oireachtas.ie,
aubrey.mccarthy@oireachtas.ie, maria.mccormack@oireachtas.ie,
michael.mcdowell@oireachtas.ie, ronan.mullen@oireachtas.ie,
conor.murphy@oireachtas.ie, pj.murphy@oireachtas.ie,
margaret.murphyomahony@oireachtas.ie, linda.nelson-murray@oireachtas.ie,
evanne.nichuilinn@oireachtas.ie, noel.odonovan@oireachtas.ie,
fiona.oloughlin@oireachtas.ie, joe.oreilly@oireachtas.ie, sarahj.oreilly@oireachtas.ie,
anne.rabbitte@oireachtas.ie, lynn.ruane@oireachtas.ie, dee.ryan@oireachtas.ie,
nicole.ryan@oireachtas.ie, gareth.scahill@oireachtas.ie,
patricia.stephenson@oireachtas.ie, pauline.tully@oireachtas.ie,
diarmuid.wilson@oireachtas.ie

## International Center for Transitional Justice

ftravesi@ictj.org,
hague@ictj.org, brussels@ictj.org, aroccatello@ictj.org, MAbohousene@ictj.org,
MAbrahamyan@ictj.org, makumu@ictj.org, cboland@ictj.org, fbouzeineddine@ictj.org,
kbusol@ictj.org, rcarranza@ictj.org, RCastellucci@ictj.org, acham@ictj.org,
tchristmas@ictj.org, mcosson@ictj.org, rduthie@ictj.org, NEIBejjani@ictj.org,
selgantri@ictj.org, sfalasca@ictj.org, jfishkin@ictj.org, ggaskill@ictj.org,
DGbery@ictj.org, agomez@ictj.org, CGGarcia@ictj.org, lgonzalez@ictj.org,
ggutierrez@ictj.org, SHaroun@ictj.org, vhoelker@ictj.org, Fitani@ictj.org,
sjallow@ictj.onmicrosoft.com, banne@ictj.org, cvertus@ictj.org, nkabawat@ictj.org,
SKasande@ictj.org, rkiyimba@ictj.org, aknight@ictj.org, aprendiz@ictj.org,
imartorelli@ictj.onmicrosoft.com, kmeregali@ictj.org, Emerrittcuneo@ictj.org,
mcmoreno@ictj.org, MPorciuncula@ictj.org, kmuddell@ictj.org, jmugero@ictj.org,
cmuñoz@ictj.org, ENaughton@ictj.org, ANdonga@ictj.org, ssouto@ictj.org,
dramirez@ictj.org, mmrivera@ictj.org, stassew@ictj.org, hvarney@ictj.org,
cvega@ictj.org, rwilloughby@ictj.org, sworkineh@ictj.org

I swear under penalty of perjury a good faith attempt was made to email documents to relevant
parties listed.

Signed on the 28th of July 2025 at 1 Lydall ST Manchester, CT 06042

Respectfully submitted,

<u>/s/ Jeremy M Lawson</u>
Petitioner
Legal name: Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them

