Schedule of Documents

The Petition of Borealis S. Hedling

Kilmar Armando Abrego Garcia

V.

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council

The Civil Court of Appeals of the United Kingdom

The King's Bench Court of the United Kingdom

The Supreme Court of Canada

The Federal Court of Canada in Ottawa

The Supreme Court of New Zealand

The Court of Appeals of New Zealand

The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa
Tāmaki Makaurau Rohe

The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa
Te Whanganui-a-Tara Rohe

The Supreme Court of Ireland

The Constitutional Court of Austria

The Constitutional Court of Liechtenstein

The Supreme Court of Switzerland

The Federal Administrative Court of Switzerland

The Administrative Court of the Canton of Zurich

The European Court of Human Rights

The Inter-American Commission on Human Rights

The International Criminal Court

The European Court of Justice

The International Court of Justice

The United Nations Human Rights Council

The Human Rights Commission of New Zealand

The Auditor General of the Vatican
(Defenders)
for
Recalling Parliament to Ensure the Government of the United Kingdom Acknowledges the Importance of Compassion in Memory of Sophie Scholl

1. 8/1/25 Petition To the Nobile officium
The Petition
of
Borealis S. Hedling
for
Allowing everyone to be able to advocate for human rights individually and collectively without fear

2. 25/2/25 Summary Petition for a Section 45 Order

The Petition
of
Borealis S. Hedling
V.
The Inner House of the Court of Sessions
for
Making the Inner House of the Court of Sessions stop torturing the Petitioner via illegally blacklisting them against international instruments.

3. 7/6/25 Petition to the Nobile officium:

The Petition of Borealis S. Hedling
Kilmar Armando Abrego Garcia
V.

The Supreme Court of the United Kingdom
The King's Bench Court
The Inner House of the Court of Sessions
For
Exercising Universal Jurisdiction to indict President Donald J Trump and President Nayib Bukele if they keep violating international law

4. 8/7/25 Extreme Emergency Notice Regarding Concurrent California Supreme Court Rule 9.13 (d) Petition Attorney Complaint S291573 The Court GRANTED the Application for Relief from Default the Petition is Filed / Motion to Clarify:

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)
V.
The Supreme Court of the United Kingdom and the Judicial Committee of the Privy Council
The Civil Court of Appeals of the United Kingdom
The King's Bench Court of the United Kingdom
The Supreme Court of Canada
The Federal Court of Canada in Ottawa
The Supreme Court of New Zealand
The Court of Appeals of New Zealand
The High Court of New Zealand Auckland Registry I te Kōti Matua o Aotearoa Tāmaki Makaurau Rohe
The High Court of New Zealand Wellington Registry I te Kōti Matua o Aotearoa Te Whanganui-a-Tara Rohe
The Supreme Court of Ireland
The Constitutional Court of Austria
The Constitutional Court of Liechtenstein
The Supreme Court of Switzerland
The Federal Administrative Court of Switzerland
The Administrative Court of the Canton of Zurich
The European Court of Human Rights
The Inter-American Commission on Human Rights
The International Criminal Court
The European Court of Justice
The International Court of Justice
The United Nations Human Rights Council
(Defenders)
For
Stopping the United States Commission of Crimes Against Humanity and Violence Towards Human Rights Defenders