UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.G.G.**, *et al.*,<br><br>Plaintiffs,<br><br>**LIYANARA SÁNCHEZ**, as next friend on behalf of **FRENGEL REYES MOTA**, *et al.*,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Respondents-Defendants. | Civil Action No. 25-766 (JEB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' [177] Motion for Summary Judgment is GRANTED;

2. Plaintiffs' [178] Motion for Class Certification is GRANTED;

3. Defendants' [182] Motion for Summary Judgment is DENIED; and

4. The Government shall submit its proposal either to facilitate the return of Plaintiffs to the United States or to otherwise provide them with hearings that satisfy the requirements of due process by January 5, 2026.

1

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: December 22, 2025