IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., et al<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Donald J. Trump, et al<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-766-JEB |

## NOTICE OF APPEARANCE OF COUNSEL

　　Please take notice that Mr. Ryan Giannetti, of America First Legal Foundation, appears in this case for Movant Representative Brandon Gill. Mr. Giannetti replaces Mr. Andrew Block as counsel for Representative Gill; Mr. Block will be submitting a notice of withdrawal shortly.

DATED: January 4, 2026　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan T. Giannetti*
　　　　　　　　　　　　　　　　　　　　　　　RYAN GIANNETTI
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1613384
　　　　　　　　　　　　　　　　　　　　　　　Email: ryan.gianetti@aflegal.org
　　　　　　　　　　　　　　　　　　　　　　　AMERICA FIRST LEGAL FOUNDATION
　　　　　　　　　　　　　　　　　　　　　　　611 Pennsylvania Ave SE #231
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20003

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

　　I certify that on January 4, 2026, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan Giannetti*
　　　　　　　　　　　　　　　　　　　　　　　RYAN GIANNETTI
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1