**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.G.G., et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>Donald J. Trump, et al.,<br><br>              Defendants. | Civil Action No. 1:25-cv-766-JEB |

## <u>NOTICE OF WITHDRAW OF COUNSEL</u>

Please take notice that Mr. Andrew Block, Counsel for Movant Representative Brandon Gill is withdrawing his appearance in the above captioned matter as he has accepted employment outside the law firm representing Movant Rep. Gill. Pursuant to Local Civil Rule 83.6(b), this notice is appropriate as Counsel for AFL Ryan Giannetti has previously entered an appearance in this matter and will continue to represent the movant, and the client has consented to the withdrawal as signified by his signature below.

DATED: January 4, 2026

Respectfully submitted,

   */s/ Andrew J. Block,*
ANDREW J. BLOCK
D.C. Bar No. 90002845
Tel.: (202) 836-7958
Email: andrew.block@aflegal.org

   */s/ Brandon Gill*
Representative Brandon Gill
Member of Congress

Ryan Giannetti
D.C. Bar No. 1613384
Email: ryan.gianetti@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003

*Counsel for Movant*

**CERTIFICATE OF SERVICE**

I certify that on January 4, 2026, this document was filed through the Court's CM/ECF system, which served it upon all counsel of record.

/s/ *Andrew Block*
ANDREW BLOCK
*Attorney for Plaintiff*