IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**DEFENDANTS' MOTION FOR AN EXTENSION**

Given substantial changes on the ground in Venezuela and the fluid nature of the unfolding situation, Defendants respectfully move for an extension to respond to this Court's Order (ECF 214) directing them to propose a remedy by Monday, January 5. Over the weekend, the United States apprehended Nicolas Maduro. As a result, the situation on the ground in Venezuela has changed dramatically. Defendants thus need additional time to determine the feasibility of various proposals. Defendants therefore request a 7-day extension to evaluate and determine what remedies are possible.

Dated: January 4, 2025

Respectfully submitted,

Brett A. Shumate
Assistant Attorney General
Civil Division

Drew C. Ensign
Deputy Assistant Attorney General

1

Office of Immigration Litigation

*/s/ Tiberius Davis*
Tiberius Davis
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice

Anthony Nicastro
Acting Director
Office of Immigration Litigation

*Counsel for Respondents–Defendants*