IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**DEFENDANTS' LOCAL CIVIL RULE 7(m) NOTICE**

    Pursuant to this Court's minute order of January 5, 2026, Defendants notify this Court that they have met and conferred with Plaintiffs on Defendants' January 4 Motion for an Extension. Plaintiffs do not oppose an extension until Monday on the condition that Defendants do not seek additional extensions. Given the fluid situation, Defendants cannot currently agree to that limitation.

Dated: January 5, 2026

    Respectfully submitted,

    Brett A. Shumate
    Assistant Attorney General
    Civil Division

    Drew C. Ensign
    Deputy Assistant Attorney General
    Office of Immigration Litigation

    */s/ Tiberius Davis*
    Tiberius Davis
    Counsel to the Assistant Attorney General

Civil Division
U.S. Department of Justice

Anthony Nicastro
Acting Director
Office of Immigration Litigation

*Counsel for Respondents–Defendants*