UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.G.G. et al., | ) | Case No. 1:25-cv-766 (JEB) |
| Plaintiff, | ) | |
| v. | ) | |
| DONALD J. TRUMP, in his official | ) | |
| capacity as President of the United | ) | |
| States, et al., | ) | |
| Defendant. | ) | |

Meghan Kelly's Motion for leave to file this motion as amicus curiae without a brief to preserve issues for the parties and the court to address or not fairly not extinguished by government force unfairly

I Meghan Kelly, pursuant to LCvR 7(o), FRCP Rule 1, US M XIV, the Court's inherent authority or any other authority for good cause respectfully request leave to move the Court to permit me to file this motion as amicus curiae without a brief, to preserve facts and issues on the record for the parties and the court to address or not fairly not extinguished by government force unfairly in light of Defendants bad faith motion for an extension of time, then refusal to comply with the order after grant of motion by baseless arguments showing Defendants never intended to comply with the order by notice of appeal to evade this court in violation of plaintiffs right to petition fairly, invasion of another country, Venezuela, and Trump's discussions of invading more countries not limited to Greenland, Mexico and Cuba in an attempt to evade this Court's authority, and conduct made in attempt to overthrow the government by the means of money creation with the shut-down looming January 30, 2026. If I delay in filing anything it may be too late to protect the parties, their attorneys and this Honorable Court's function. I seek to preserve issues contained in this motion for the parties or court to address or not while the Court and parties have Article III standing to do so, with the express authority to restrain Article I, II and III members within the purview of the Constitutional limits. I aver:

1

1.      I Incorporate all the motions I submitted to the court contained in Docket Item Numbers ("DI") 96 on or about Apr 17, 2025 and DI 104 on or about Apr 22, 2025, including but not limited to, 1. *Amicus petitioner Meghan Kelly's Motion for an exception to pro hac vice rules* 2. *Motion to file amicus curiae Brief and documents without costs or fees including filing fees*, 3. *documents* found at DI 104, and the Amicus Brief docketed at 143, related documents at DI 130 and Order at DI 132 Grant to file amicus brief, and submitted filings on docket item 202.

2.      The parties have no position on this motion or any proposed amicus brief or did not respond with an opposition to my multiple requests on filing an amicus brief on diverse topics and issues relating to this case, including the evidence and issues presented herein.[1]

3.      Per the attached emails, I previously asked the parties  positions on a separate issue regarding preventing a surveillance AI state that would replace lawyers, judges and cops, while upholding the people's right under the 4th Amendment and other rights where the Constitution is construed to include a penumbra of rights including the right of privacy.[2] In the

---

[1] The undersigned certifies that no party's counsel authored this brief in whole or in part, and that no party, party's counsel, or any other person other than amicus contributed money that was intended to fund preparing or submitting this brief. I sent the attached emails and a draft motion for permission to file a different amicus brief for comment. I incorporate these herein by reference.

[2] *Roe v. Wade* is 410 U.S. 113 (1973); overturned by *Dobbs v. Jackson Women's Health Organization*, 597 U.S. 215 (2022) (But not overturned in the finding the Constitution contains a penumbra of rights including the right to privacy); *Griswold v. Connecticut*, 381 U.S. 479 (1965) 2. ("The Connecticut statute forbidding use of contraceptives violates the right of marital privacy which is within the penumbra of specific guarantees of the Bill of Rights. Pp. 381 U. S. 481-486.") Personally, abortion and contraception violate my personal religious beliefs. It is the right to privacy I seek to protect, even to disagree with my personal religious exercise of beliefs from invasion of such privacies by constant threat of surveillance by the government through government private and foreign partners as government agents not protected by the contract clause but restrained by the Constitutional limits not limited to the FBI, CIA, 5 Eyes, 6 Eyes or any private or public entity under the lie of the public good, common good or world good, or the lie the government has the authority to contract the rights contained in the restraining amendments away by legal fictions. See, Kyllo v. United States, 533 U.S. 27 (2001)

attachments I show that I am still in a little danger and may be prevented from filing anything

herein in the future.

4.    On December 30, 2025, I wrote in part:

"Tuesday, December 30, 2025 at 10:52 PM EST
Hello,

I write concerning another amicus brief. I want DOJ to grant plaintiffs a fair not
threatened dangerous or unfair opportunity to be heard and any other relief the court
deems just.

You are not monsters. Tiberious I googled you and docketed about you in DE and saw
you got married and have a family. You are the treasure. So are the people mistreated.
Everything else is moth and rust.

You need to know there is a plan to use the DOJ and reduce and replace them by AI
surveillance likened to China.

If there is a way I can use my unpopular religious beliefs where I object to surveillance
and even clandestine operation by the FBI, CIA, and other entities to safeguard the
security of the nation grounded on the fair petition, even of the DOJ, than Chief Judge
Boesberg may offer relief. He will likely be displeased since he works hard on FICA
cases and top secret cases I oppose.

My goal is to protect the fair rule of law, based on protecting the lives and freedoms of
others regardless of race, religion, place of origin, even PA.

I don't care about the typos, but attached is an affidavit I filed in DE because I faced
disparate treatment in DE not merely based on my religion but based on place of birth,
someone talkative judges talk about behind closed doors. I don't market where I am born
and had to correct folks when I ran for office. You will note, in 2023 I talked about the
USSC getting accused of bribery back then as the reason they acted partially to protect
their own appearance in limiting bribery in 2023. I put articles throughout the docket as
the justices were attacked in real time as the attacks occurred.

My goal is to protect counsel for plaintiffs, counsel for defendants, the petition, the courts
and the US from schemed dissolution.
.
No lower court has ever overturned a US Supreme Court case Snyder and Trump v US,
939, but what if the Circuit or the US Supreme Court is required to recuse a case an order
an issue regarding their members own violation of Due Process. They cannot be their

---

("Unreasonable search by thermal imaging into homes likened to imaging through Wi-Fi routers,
phones and other devices, even by private partners)

own judge per a lineage of case law. It violates due process. I think due process is sufficient, but I would always add the recusal statutes.

Maybe the parties and court can work on protecting the DOJ from retaliation from their client in this case. Maybe we can argue against a surveillance state to replace lawyers, judges a, cops, and DOJ by planting seeds in this case.

So last week the US Supreme court gave Trump an invitation to declare martial law closing the courts, throwing away Trump's own counsel as a shutdown looms. How is anyone going to require the courts, the DOJ and others are fully paid, if there is no court to ask. Your pensions, bank accounts, everything is schemed to be eliminated down the line unless petitioners and the courts stop it.

The decision the 5 justices denying President's request to stay deployment of the national guard indirectly noticed no statute was cited to overcome the Comitatus Act. Kavanaugh's [concurrence] footnote 2 expressly stated if Trump invoked the insurrection, his decision would be different. Alito, Thomas and Gorsuch removed the court and the people's inherent Constitutional power to defer to Trump unrestrained by partial whims to dissolve these USSC.

The state attorneys got the relief she wanted. So, there is no reason to file a rule 44 motion. Trump has a blank check from a partial, scared threatened unfair court. There are three cases where Presidents violated the USSC. The court is concerned about its own appearance instead of justice based on fair and equal protections The fickle fads and the ever changing easily manipulated and conditioned to be unjustly controlled not free opinions of the multitudes is not where the Court's power lies.  it is the President who is responsible for his wrong acts. His misbehavior is his own unless the court invites, colludes, encourages deprivation of the people's fair petition to allow Trump to violate the court and evade all courts, for sinful pride. Removing the threats and temptations for the justices to be unfair biased threatened forums is a goal.

In the attached 446th affidavit you will see a police man came to get me at the bank. I left the bank. There is no need to engage with someone who seeks to twist my words for his own vanity, just as the devil twists God's words in Genesis 3 and Matthew 4 by citing them for his own vanity. Proverbs "You will not surely die; you will be like God" Boom they died spiritually. Boom the devil brought confusion into the world. 2 Cor 4:4. "An angel shall catch you shall you dash your foot"

I want you to please think about using this case to protect the fair right to petition of the DOJ without government threats and retaliation from official power by article I and II members for Constitutionally impermissible reasons, commandeering DOJ, chilling their impartial, independent fair freedom to petition.

I want [you] to please think of how to bring back plaintiffs and grant them the fair petition, but I want Plaintiffs' counsel to be willing to protect your precious lives and

4

freedom to fairly petition too, even if it is keeping that a secret from your own clients in a closed hearing. I don't want you to be hurt for doing the right thing.

I need to think about making a brief where I risk insulting the court since I oppose surveillance and the clandestine cases he works on as head FISA judge. It's scary.

Given the fact, my safety and my life and freedoms are in jeopardy too. There is a possibility I may not be able to submit amicus briefs, the most important on funding your pay, positions, the court and government without stealing from Peter to pay Paul to avert the digital debt prison the oppressed people in China live on who are enslaved to the World Bank, despite the fact US allegedly is enslaved to pay off bonds to China. It is all deception; we can cut through without screwing anyone.

You are worth fighting for. On an aside, Newsweek published an article on my last prof erred amicus brief with three errors. I docketed the errors in DE and presenting all the articles and documents on the docket supporting my concerns which are warranted. Supreme Court rulings may be 'based on threats' to justices—Court papershttps://www.newsweek.com/supreme-court-rulings-may-be-based-on-threats-to-justices-court-papers-11193351



**Supreme Court rulings may be 'based on threats' to justices—Court papers**
A new court filing claims political pressure may compromise judges' safety and decisions, raising alarms about j...

The DOJ are the targets. I am trying to protect you too, but again I may be taken out and you'll have to work together to safeguard the fair petition granted in 1791 which created, sustains and maintains our more fair just, civilized form of government from schemed, planned and real dissolution.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Costa Ryan (DOJ) <ryan.costa@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; USAPAE-USAttorney
<usapae.usattorney@usdoj.gov>; Naylor Margaret (Courts) <margaret.naylor@delaware.gov>;
Matthew <matthewkosiorek@comcast.net>
**Sent:** Thursday, December 18, 2025 at 08:52:37 PM EST
**Subject:** 444th affidavit Kelly v Swartz Paul Wallace the misbehaving bald headed man is US
AGs dad

Hi Ryan,

Please see attached. I am horrified, throwing up in my mouth realizing who the new AGs dad is.
The horror.

I am going to roll up in a ball and cry at the horror of the man who mistreated me before a crowd
of attorneys and friends, Stephanie Noble.

Ben's dad was so unkind to me because I was born in PA. He knew of the misconduct by the
state of DE in 2006 I petitioned about before and other misconduct I petitioned about. How else
would he know of a little peon like me from Sussex County. Why would he know where I was
born.

Ben also was white house attorney. I am copying EDPA AGs. They should know our judges talk
badly about lawyers in PA. It was so bad I sent the attached letter to DE Supreme Court. It is not
okay to demean people for being born in PA. It is ugly and people go beyond mere words by
economic, social and physical violence. Down in Sussex people call people Torons and mistreat
out of staters. It is not nice or just especially by judges.

Thank you,
Meg
Meghan Kelly
34012 Shawnee
Dagsboro, DE 19939"

    5.      I noted my concerns to the parties that the threatened, partial and unfair US

Supreme Court appeared to invite President Trump to invoke the insurrection act indirectly in its

decision dated December 23, 2025, when denying Trump's application in *Donald J. Trump,*

*President of the United States, et al., Applicants v. Illinois, et a*l, 25A443,[3] which provides in

part:

> "At this preliminary stage, the Government has failed to
> identify a source of authority that would allow the military
> to execute the laws in Illinois. **The President has not in-**
> **voked a statute that provides an exception to the Posse**

---

[3] https://www.supremecourt.gov/opinions/25pdf/25a443_ba7d.pdf

<u>**Comitatus Act"**</u>[4]

6.      To worsen matters Justice Kavanaugh in footnote 2 of his concurrence indicated

expressly as to encourage Trump that his decision would be different if Trump in fact invoked

the insurrection act by stating:

> "As, I read it, **the Court's opinion does not address the President's
> authority under the Insurrection Act. See 10 U. S. C. §§252, 253**.
> Moreover, the Court's opinion does not address or purport to disturb the
> President's long-asserted Article II authority to use the U. S. military (as
> distinct from the National Guard) to protect federal personnel and
> property and thereby ensure the execution of federal law. See 1 Supp.
> Op. OLC 343 (1971) (W. Rehnquist)."

7.      Even worse, Justices Alito, Thomas and Gorsuch's dissents appeared to remove

the court's inherent power, and the people's express legal power contained in the Bill of rights to

allow the President to rule based on partial whims unrestrained by the Constitution by the only

fair impartial check the people have over the government, the petition before a fair forum. US

Am I, V.

8.      The US Supreme Court appears to be a partial, unfair forum with regards to cases

against or in favor of the federal government and President Trump in particular in contravention

of the 5th Amendment equal protections and due process protections of the people or an

individual the government is charged to serve. The US Supreme Court appears to vainly care

more about its selfish appearance instead of upholding the fair rule of law to protect the lives and

---

[4] I do not understand the annotation to 10 USCS § 252 which provides "President's power to call
National Guard into federal service and use those forces, together with such of armed forces as
he deems necessary, to suppress domestic violence, obstruction and resistance to federal law and
federal court order is not impaired by "Posse Comitatus Act" (18 USCS § 1385). 41 Op. Att'y
Gen. 313 (1957)." Why is a party, the attorney generals representing the United States treated as
a court in place of an Article III judge unfairly. Why is a party's opinion assumed to be the law
with partiality to the attorney General?

freedoms of those it is charged to serve not exploit for mammon.[5]  The power of the court does not lie in the popularity, opinion, or the perception of the many, but in the fair petition of each individual regardless of popularity.  The foundation of the court's power is in the fair petition creating the United States in 1791 as a more civilized form of government. Doing what is right is protecting the lives and freedoms of those who are not popular, who the President or government officials may even disagree with too.  Otherwise, there are no freedoms just tyranny.

9.      The fact President Trump appeared to violate or evade the US Supreme Court's decision in *Noem v Garcia*, 145 S.Ct. 1017 (2025) does not reflect upon the Court but on President Trump's own bad lawless whimsical choice.  Two other Presidents misbehaved by violating court orders. That misbehavior should not be rewarded or encouraged under the guise of peace.

10.     President Andrew Jackson violated the United States Supreme Court's ruling in *Worcester v. Georgia*, 31 U.S. 515 (1832) regarding Cherokee land rights leading to the Trail of Tears. This is an ugly reflection upon President Jackson's bad choice not the court.

11.     Even worse, President Andrew Jackson violated an order by U.S. Louisiana District Judge Dominic A. Hall by unconstitutionally suspending the writ of habeas corpus, failing to remove martial law at a time of peace, and imprisoning Louallier for allegedly speaking out against President Jackson's conduct.[6] After the judge was released from prison the

---

[5] *John* 7:24 ("Stop judging by mere appearances, but instead judge correctly."); Matthew 6:24.
[6] *Ex parte Milligan*, 71 U.S. (4 Wall) 2 (1866)  pages 95-96  https://tile.loc.gov/storage-services/service/ll/usrep/usrep071/usrep071002a/usrep071002a.pdf  (While this case held Federal Judges have the power to grant writs of habeus corpus based on the mere Judiciary act, I believe the court and individual persons with Article III standing to petition in accord with US Am I and V have inherent constitutional powers to seek habeas corpus. Art 1 Sec 9 Cl 2 is a limit on Congress's power. Thus, they cannot stop habeas corpus by contracting away something

next day by declaration of peace, Judge Hall fined President Jackson for contempt for about $1,000. The colluding law makers passed a decree to unjustly usurp the court's admonition, to act as judge in place of judge to fully pay for Jackson's contempt charges plus interest which was about twice the amount of the initial fine. Id.  The collusion of Article I, II, and even threatened biased Article III members must not void the only people's individual legal power to assert all rights to life, freedom and property from infringements.

12.    Far worse, President Lincoln misbehaved in *Ex parte Merryman*, 17 F. Cas. 144 (C.C.D. Md. 1861) (No. 9487) when he suspended the writ of habeas corpus. Circuit Justice Taney of the held:

> " The constitution provides, as I have before said, that "no person shall be deprived of life, liberty or property, without due process of law." It declares that "the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, **shall not be violated**; and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." It provides that the party accused shall be entitled to a speedy trial in a court of justice.

> These great and fundamental laws, which congress itself could not suspend, have been **[\*\*27] disregarded and suspended, like the writ of habeas corpus, by a military order, supported by force of arms.  Such is the case now before me,** and I can only say that if the **authority which the constitution has confided to the judiciary department and judicial officers, may thus, upon any pretext or under any circumstances, be usurped by the military power**, at its discretion, the people of the United States are no longer living under a government of laws, but every citizen holds life, liberty and property at the will and pleasure of the army officer in whose military district he may happen to be found…

> [FN 3] The constitution of the United States is founded upon the principles of government set forth and maintained in the Declaration of Independence.  In that memorable instrument the people of the several colonies declared, that one of the causes which "impelled" them to "dissolve the political bands" which connected them with the British nation, and justified them in withdrawing their allegiance from the British

---

that is not theirs but the people's and the courts to uphold or protect inherent in Art I, III, US Amendment I, IV (regarding seizures of persons), V and other amendments and laws that limit members of all three branches. They do not grant a license to commit crime to government members.

sovereign, was that "he (the king) had affected to render the military independent of, and superior to, the civil power." Id.

13.     In response to Justice Taney's decision in *Ex parte Merryman*, congress enacted the predecessor to the Insurrection Act. To the best of my knowledge, the Constitutionality of the insurrection act and the proceeding statutes have never been fairly analyzed to prevent Justice Taney's foresight that the court's, this Court and all courts Constitutionally vested authority may be "usurped by military power" if unstopped, especially in light of the recent biased unfair decision in *Trump v Illinois*, by a threatened forum the US Supreme Court. Id.

14.     None of the parties' attorneys are free to fairly point out the conflict of interests of the nation's highest court. Since no court has restrained or prevented retaliation by Defendants or other Art. I and II members to protect the fair petition which is the people's Constitutionally vested legal power that created these United States, or the judiciary's power as outlined by Justice Taney with the correction the court's power is based on superseding Constitutional provisions, not judiciary acts of 17989 or other attempted limit by Congress or the President,  I ask the Court to please protect both parties counsel, plaintiffs fair petition, and the courts, all courts from Article I and II threats to unfairly commandeer the outcomes of this case.

15.     Removing the Article I and II use of official authority to impermissibly affect the outcome of this case may remove threats to the US Supreme Court and all courts to avert a planned overthrow.

16.     The doors to the court's must not be selectively closed or open disparately, as the US Supreme Court and the DC appellate Circuit Court appear to disparately grant Trump the right to be heard on issues not fairly fleshed out at the trial forum to supplant the trial court's power and the people's power to fairly petition or be heard at all.

17.    Nor should access to the courts be cut off based on the partial whims of any government branch, especially the executive whose use of military powers and delegated money powers must not be used to force the doors of the Court to be closed or weakened with Constitutional malice to evade judgment.

18.    Over the first weekend of 2026, on or about January 3, 2026 Defendants or their agents invaded another country in order to evade this court's jurisdiction in bad faith with Constitutional malice, meant to deprive plaintiffs of a fair or any opportunity to be heard.

19.    The United States took the Venezuelan President Nicolás Maduro, along with his wife, Cilia Flore into custody.[7]  Defendant Trump indicated he may invade additional countries.[8]

20.    A shut down may occur January 20, 2026.

21.    The DC Circuit Court accepted an appeal that does **not appear ripe** to be heard to allow Defendants to evade a fair or any opportunity to be heard on issues in this case unjustly.[9]

22.    Upon receipt of notice of the court's request that Defendants provide for Plaintiffs stance, I had the fear that President Trump would invade other countries to evade this Court's jurisdiction and the Plaintiffs fair right to be heard at all extinguished with Constitutional malice.

---

[7] CBS live updates, *Maduro arrives in U.S. after military operation in Venezuela, Trump says U.S. will "run" the country for now,* By Jennifer Jacobs, Joe Walsh, James LaPorta, Tucker Reals https://www.cbsnews.com/live-updates/venezuela-us-military-strikes-maduro-trump/

[8] The Hill, *Trump issues threats against multiple countries following Venezuela strike* by Julia Manchester - 01/05/26 10:04 AM ET https://thehill.com/homenews/administration/5672700-trump-venezuela-cuba-mexico-threats/

[9] See *JGG v Trump,* DC Circuit court of appeals USCA, Case Number 25-5452 brief https://storage.courtlistener.com/recap/gov.uscourts.cadc.42696/gov.uscourts.cadc.42696.012088 08807.0.pdf  See, DI 202 to potentially void appellate and USSC findings based on violating the right to fairly petition by threatened biased appellate courts unduly favoring the federal government and President Trump as applied.

23. So, I emailed the parties opposing the extension given President Trump's Modis operandi lately is to delay, appeal unripe issues and evade people's fair or any opportunity to be heard at the trial forum to unfairly be heard on issues of first impression on appeal, as shown by the appeal in this case.

24. I stated in part,

"Google is not reliable but it says no person or party other than congress has contested the unauthorized use of deadly force in contravention of the wars power other than congress. Courts said political question to evade saying what the law is where there may not be standing. The **precious people in JGG v Trump have standing to prevent the president's official use of power to impermissible violate their fair right to petition to affect the outcome by depriving folks of due process**.

Please please please restrain Trump from a global war. I believe part of the planned crash and overthrow is to get the entire world pissed at the USA to aide in the fall. This eliminates our security founded in 1791 in the civilized rule of law. I would like to be wrong, but I am very worried JGG may have no relief if they do not assert rights quickly with the impending possible shut down too.

Thank you for thinking about it. I may throw something together. If you do not provide a stance on a potential brief, I can make note of that. I am not trying to destroy anyone here, not even President Trump.

Thank you,
Meg…

**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** MEGHANKELLYESQ@YAHOO.COM <meghankellyesq@yahoo.com>; Parker Bethany (Courts) <bethany.parker@delaware.gov>
**Sent:** Monday, January 5, 2026 at 08:29:40 AM EST"

25. Plaintiffs have unique standing to contest the use of the President's impermissible invasions of war or other countries to unfairly violate their fair right to petition. [10]

---

[10] Compare that to the failures of congress to contest President's use of force due to lack of standing or other reason not on the merits like political question. *Crockett v. Reagan*, 558 F. Supp. 893 (D.D.C. 1982); *Raines v. Byrd*, 521 U.S. 811 (1997); *Campbell v. Clinton*, 203 F.3d 19, 21 (D.C. Cir. 2000), cert. denied, 531 U.S. 815 (2000); *KUCINICH et al v. OBAMA et al*, No. 1:2011cv01096 - (D.D.C. 2011).

26.     I am not aware of precedent to discern Justice Taney's concern to preserve the Federal courts' powers from being usurped by the military or a misguided President or a party's right to a fair petition in these unique circumstances.

27.     I believe the federal court's powers; and specifically, this court's powers may forever be removed or limited if I do not act in haste even imperfectly.  I regret not filing anything last Tuesday to request the Court to please reject Trump's January 5, 2026 request for an extension of time by granting fewer days or by asking the court to please require some immediate efforts to merely provide remedies or good faith efforts to accommodate plaintiffs' fair opportunity to be heard.  Since I file too late, I pray the Court limits or examines the Constitutionally of the use of various official powers by the President and Congress for the impermissible purpose to commandeer the outcome of cases or evade the law. US Am I, V, and Article III.

28.     This court ordered on December 22, 2022, two weeks ago at DI 214, "The Government shall submit its proposal either to facilitate the return of Plaintiffs to the United States or to otherwise provide them with hearings that satisfy the requirements of due process by January 5, 2026."

29.     The time has passed.  Defendants appear to abuse the anthem of national security to close the courts when national security does not rest in intelligence, wars, money or surveillance but in the fair petition before the Federal courts.

30.     I am sad that Defendants' attorneys appear overworked without choice as their clients evade the law. It is the defendants who act in bad faith. I respectfully ask the court to hold the parties not their lawyers in contempt. Even President Jackson was found in contempt in

federal court. *Ex parte Milligan*, 71 U.S. (4 Wall. 2) 2 (1866). So, President Trump may also face contempt.

31.    I respectfully seek permission to preserve facts and issues for the record for the parties and the honorable Court to consider during the time Defendant President Trump and other Defendants are under the restraints of the court and the Constitution as the rule of law in order to avert more lawlessness and a schemed dissolution of the United States to cover up the deceptive way money is created and controlled, not to be paid back by design.

32.    Neither party provided a stance on this filing or the issues.  Defendants provided a notice that Plaintiffs granted a 7-day extension on the condition that no more extensions be granted. Defendants said they could not agree to that. I think the defendants will evade judgment indefinitely. This Court granted an extension until January 12, 2026 at DI 224 stating:

> "Jan 5, 2026
>
> MINUTE ORDER: The Court ORDERS that: 1) The 223 Motion for Extension of Time is GRANTED; and 2) The Government shall submit its proposal either to facilitate the return of Plaintiffs to the United States or to otherwise provide them with hearings that satisfy the requirements of due process by January 12, 2026. So ORDERED by Chief Judge James E. Boasberg on January 5, 2026. (lcjeb4)"

33.    Defendants not only failed to comply with the Court order, after my urging they file something per the attached email.  After 11 PM on January 12, 2026, Defendants filed a notice of intent to appeal the order.  I believe Defendants are ordering their attorneys to intentionally evade this court's order in bad faith. Defendants intend to use their counsel and throw them away by defunding the federal government or declaring martial law unjustly and unconstitutionally as President Jackson did before.

34.     I pray the Court and parties will accept this motion for filing.   Irreparable injury will occur if the courts do not take charge of the rule of law that is capable of repetition yet evading review, to consider them while the parties have standing now. I respectfully request to preserve the issues and facts for the record even if the Court and parties do not act on them. I seek to protect the court and parties' power to assert rights without government compelled unfair extinguishment of the same.

35.     Although there is no federal rule of civil procedure or statute governing participation by amicus curiae at the district court level, see *United States v. Gotti*, 755 F.Supp. 1157, 1158 (E.D.N.Y. 1991)[11], a federal district court has the inherent authority to allow participation by amicus curiae to assist the court in its proceedings. *United States v. Louisiana*, 751 F.Supp. 608, 620 (E.D. La. 1990); *United States v.Michigan*, 116 F.R.D. 655, 660 (W.D. Mich. 1987).  The decision to accept participation by an amicus is committed to the sound discretion of the court. *Alexander v. Hall*, 64 F.R.D. 152, 155 (D.S.C. 1974).  Moreover, this District Court's local rule, LCvR 7(o), appears to permit amicus briefs.

36.     For good cause and in the interest of justice to share my unique arguments I respectfully request leave to file an amicus motion in this case.

37.     The classic role of the amicus curiae is to assist in a case of general public interest, supplement the efforts of counsel, and draw the court's attention to law that may otherwise escape consideration. *Miller-Wohl Co., Inc. v. Commissioner of Labor and Indus.*, 694 F.2d 203, 204 (9 Cir. 1982); see also *New England Patriots Football Club, Inc., v. University of*

---

[11] Federal Rule of Appellate Procedure 29 governs participation by amici in the Courts of Appeal

*Colorado*, 592 F.2d 1196, 1198 n. 3 (1 Cir. 1979) (historically, the role of an amicus was "to aid the court in resolving doubtful issues of law").

38.    There is no requirement that an amicus be disinterested. *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986); *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9 Cir. 1982).   If the Court believes that Meghan Kelly would bring a helpful perspective to legal issues in the case, it is appropriate to allow her to participate as Amicus. See, e.g., *Funbus Systems, Inc. v California Public Utilities Commission*, 801 F.2d 1120, 1125 (9 Cir. 1986) ("perfectly permissible role" for amicus to "take a legal position and present legal arguments in support of it").

39.    To the best of my knowledge, "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable by the court." *United States v. Louisiana*, 751 F.Supp. 606, 620 (E.D. La. 1990) Although some courts have required that the amicus possess some "unique information or perspective," this does not require any particular quantum of expertise beyond the expectation that the amicus will add significantly to, not merely parrot, the contributions from the lawyers from the parties.  *See Ryan v. CFTC*, 125 F.3d 1062, 1063 (7 Cir. 1997); see also *United States v. Gotti*, 755th F.Supp. 1157, 1158-59 (E.D.N.Y. 1991) (rejecting proffered amicus brief that merely parroted arguments of defendants).

40.    In this case Meghan Kelly has considered legal arguments that both the executive branch is limited in the exercise of its official power to preserve both the public and private peoples' Constitutionally vested legal power to petition fairly in accord with due process without threats against petitioners, their counsel or the judges or their family to affect the outcome of cases usurping the independence of the judiciary in violation of separation of Article I, II, and III

authority. This includes the imminent economic threats caused by the Art I and II members shut down of the federal government, threats to innuendos of threats to members of appellate courts to commandeer the outcome of the case, and it also includes the wrongful use of military power to evade the law and aide in the overthrow.

41.    I also have special knowledge which may assist the Court and parties to uphold justice in this case. I learned of plans to aid in the overthrow when I ran for office as a democrat in the 38th District against republican Ron Gray in 2018. I believe my concerns contained in this motion, and even in emails warrant preserving issues for the record to safeguard the court, the parties, the counsel and these United States. It shows state of mind and notice.

42.    I believe the Courts and the parties in this case will face irreparable injury in terms of loss of Constitutional liberties of Article III, and 5th Amendment due process opportunity to be heard before their lives or liberties are vitiated including the First Amendment right to petition, if issues and events are not preserved on the record by the periodical exception or otherwise.

43.    If the Court believes that Meghan Kelly brings a special perspective to issues in this litigation and that her contribution would be useful to the Court, it is appropriate and well within the Court's discretionary authority to grant her leave to submit her views on amicus.

44.    Federal attorney generals are forced to be beholden to Trump. Trump through his agents will seek to fire or retaliate against anyone who appears to think differently than Trump. Thus, their job to protect all federal government officials including the judiciary is chilled by government innuendoes of threats and force in violation of even the public's right to petition fairly in accord with the due process. US Amend I, V. My right to petition has been obstructed by government force too, based on viewpoint of speech contained in petitions.

45.     I have a special interest in seeking to protect the lives and freedoms of others based on viewpoint of speech or classification of filer since my license was placed on inactive disabled but for finding my religious beliefs in Jesus Christ a disability.

46.     I intend to draft a brief on how to fully fund the courts, attorney generals and government debt after the expected shut down based in part on my religious beliefs the state of DE found to be so odious as to punish me for believing differently. I am scared this court may be so insulted by my religious beliefs that I have not started a more urgent brief I need to muster resources, time and courage to draft. I do not have the means to draft a brief on the facts and raised questions in this motion, but I believe it is important to preserve for the courts and parties to consider or not.

47.     With regards to another issue affecting this case I seek to preserve for the record, I incorporate the filings I submitted in DI 202 and ask the court to also restrain Ted Cruz and any other Congressmen, in addition to Article II members from seeking to usurp the court's judgment unfairly by misuse of Art I powers to usurp this Court's power in bad faith by impermissible threats by second guessing the court's judgment outside of a case and controversy.

48.     If a lawmaker has issue with an interpretation of law, or an alleged constitutional right, a congressman may exercise his right to petition in court should he have unique standing, but he may not rewrite the outcome of a case by legislative pen, which should be deemed void.[12]

49.     Ted Cruz's abuse of official Article I power is used intentionally or in reckless disregard of violating Plaintiffs superseding Constitutional legal authority to fairly petition in this case as applied, and it is illegal and should be stopped.

---

[12] https://www.courthousenews.com/senate-judiciary-clashes-over-judicial-impeachments-rising-threats-against-judges/

50.    Defendants and colluding Article I members, not limited to Ted Cruz, are abusing official power to impermissibly allow the Defendants and government members to evade the law in violation of Plaintiffs' 1st and 5th Amendment rights of the fair petition.  The Bill of rights and later amendments must be held to limit Art, I, II and III government powers including the President's powers. The last in time rule should be construed to make the amendments more powerful than the authority granted in the articles by limiting the governments Article I, II and III powers within the purview of the Constitutional limits.

Conclusion

Wherefore I pray the court grants permission to file this motion for consideration in filing the motion to preserve facts and issues to consider or not and grants any relief it may deems just in light of imminent risk to the courts, and the rule of law that sustains the United States in the face of a schemed overthrow.

Dated January 13, 2026                    Respectfully submitted,
                                          /s/Meghan Kelly
                                          Meghan Kelly, Esquire
                                          34012 Shawnee Drive
                                          Dagsboro, DE 19939
                                          meghankellyesq@yahoo.com
                                          US Supreme Court Bar No. 283696