Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: _____January 13, 2026_____

_____Meghan Kelly_____ (printed)

_____[signature]_____ (signed)