JGG v Trump same on another brief removing potential violations of 4th amendment by surveillans even by FBI/ upholding the penumbra of rights to privacy construed in the constitution citing Roe for a reason it was not overturned on 444th affidavit Kelly v Swartz Paul Wallace the misbhehaving bald headed man is US AGs dad

From: Meg Kelly (meghankellyesq@yahoo.com)

To: meashah@acludc.org; aspitzer@acludc.org; agorski@aclu.org; awiggins@democracyforward.org; bgirard@democracyforward.org; bnetter@democracyforward.org; cwofsy@aclu.org; dgalindo@aclu.org; edanforthscott@aclu.org; mwaldman@democracyforward.org; ojadwat@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; pboisture@democracyforward.org; srich@democracyforward.org; smichelman@acludc.org; smahfooz@aclu.org; sperryman@democracyforward.org; strivedi@democracyforward.org; lgelernt@aclu.org; abhishek.kambli@usdoj.gov; august.flentje@usdoj.gov; christina.p.greer@usdoj.gov; drew.c.ensign@usdoj.gov; ernesto.h.molina@usdoj.gov; tiberius.davis@usdoj.gov; usapae.usattorney@usdoj.gov; usapaw.webmaster@usdoj.gov; usapam.contact@usdoj.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; govryan.costa@delaware.gov

Cc: meghankellyesq@yahoo.com; mngo@aclu.org; nsmith@aclu.org

Date: Tuesday, December 30, 2025 at 10:53 PM EST

Hello,

I write concerning another amicus brief. I want DOJ to grant plaintiffs a fair not threatened dangerous or unfair opportunity to be heard and any other relief the court deems just.

You are not monsters. Tiberious I googled you and docketed about you in DE and saw you got married and have a family. You are the treasure. So are the people mistreated. Everything else is moth and rust.

You need to know there is a plan to use the DOJ and reduce and replace them by AI surveillance likened to China.

If there is a way I can use my unpopular religious beliefs where I object to surveillance and even clandestine operation by the FBI, CIA, and other entities to safeguard the security of the nation grounded on the fair petition, even of the DOJ, than Chief Judge Boesberg may offer relief. He will likely be displeased since he works hard on FICA cases and top secret cases I oppose.

My goal is to protect the fair rule of law,based on protecting the lives and freedoms of others regardless of race, religion, place of origin, even PA.

I don't care about the typos, but attached is an affidavit I filed in DE because I faced disparate treatment in DE not merely based on my religion but based on place of birth, someone talkative judges talk about behind closed doors. I don't market where I am born and had to correct folks when I ran for office. You will note, in 2023 I talked about the USSC getting accused of bribery back then as the reason they acted partially to protect their own appearance in limiting bribery in 2023. I put articles throughout the docket as the justices were attacked in real time as the attacks occurred.

My goal is to protect counsel for plaintiffs, counsel for defendants, the petition, the courts and the US from schemed dissolution.
.
No lower court has ever overturned a US Supreme Court case Snyder and Trump v US, 939, but what if the Circuit or the US Supreme Court is required to recuse a case an order an issue regarding their members own violation of Due Process. They cannot be their own judge per a lineage of case law. It violates due process. I think due process is sufficient, but I would always add the recusal statutes.

Maybe the parties and court can work on protecting the DOJ from retaliation from their client in this case. Maybe we can argue against a surveillance state to replace lawyers, judges a, cops, and DOJ by planting seeds in this case.

So last week the US Supreme court gave Trump an invitation to declare martial law closing the courts, throwing away Trump's own counsel as a shut down looms. How is anyone going to require the courts, the DOJ and others are fully paid, if there is no court to ask. Your pensions, bank accounts, everything is schemed to be eliminated down the line unless petitioners and the courts  stop it.

The decision the 5 justices denying President's request to stay deployment of the national guard indirectly noticed no statute was cited to overcome the Comitatis Act. Kavanaugh's consent footnote 2 expressly stated if Trump invoked the insurrection, his decision would be different. Alito, Thomas and Gorsuch removed the court and the people's inherent Constitutional power to defer to Trump unrestrained by partial whims to dissolve these USSC.

The state attorneys got the relief she wanted. So, there is no reason to file a rule 44 motion. Trump has a blank check from a partial, scared threatened unfair court. There are three cases where Presidents violated the USSC. The courts is concerned about its own

appearance instead of justice based on fair and equal protections The fickle fads and the ever changing easily manipulated and conditioned to be unjust, is molded opinions of the public and not whims of unelected power. Trump is not a President who is responsible for his wrong acts. His misbehavior is his own unless the court invites, colludes, encourages deprivation of the people's fair petition to allow Trump to violate the court and evade all courts, for sinful pride. Removing the threats and temptations for the justices to be unfair biased threatened forums is a goal.

In the attached 446th affidavit you will see a police man came to get me at the bank. I left the bank. There is no need to engage with someone who seeks to twist my words for his own vanity, just as the devil twists God's words in Genesis 3 and Matthew 4 by citing them for his own vanity. Proverbs "You will not surely die, you will be like God" Boom they died spiritually. Boom the devil brought confusion into the world. 2 Cor 4:4. "An angel shall catch you shall you dash your foot"

I want you to please think about using this case to protect the fair right to petition of the DOJ without government threats and retaliation from official power by article I and II members for Constitutionally impermissible reasons, commandeering DOJ, chilling their impartial, independent fair freedom to petition.

I want to please think of how to bring back plaintiffs and grant them the fair petition, but I want Plaintiffs counsel to be willing to protect your precious lives and freedom to fairly petition too, even if it is keeping that a secret from your own clients in a closed hearing. I don;t want you to be hurt for doing the right thing.

I need to think about making a brief where I risk insulting the court since I oppose surveillance and the clandestine cases he works on as head FICA judge. It's scary.

Given the fact, my safety and my life and freedoms are in jeopardy too. There is a possibility I may not be able to submit amicus briefs, the most important on funding your pay, positions, the court and government without stealing from Peter to pay Paul to avert the digital debt prison the oppressed people in China live on who are enslaved to the World Bank, despite the fact US allegedly is enslaved to pay off bonds to China. It is all deception, we can cut through without screwing anyone.

You are worth fighting for. On an aside, Newsweek published an article on my last prof erred amicus brief with three errors. I docketed the errors in DE and presenting all the articles and documents on the docket supporting my concerns which are warranted. Supreme Court rulings may be 'based on threats' to justices—Court papershttps://www.newsweek.com/supreme-court-rulings-may-be-based-on-threats-to-justices-court-papers-11193351itch



**Supreme Court rulings may be 'based on threats' to justices—Court papers**

A new court filing claims political pressure may compromise judges' safety and decisions, raising alarms about j...

The DOJ are the targets. I am trying to protect you too, but again I may be taken out and you'll have to work together to safeguard the fair petition granted in 1791 which created, sustains and maintains our more fair just, civilized form of government from schemed, planned and real dissolution.

Thank you,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Costa Ryan (DOJ) <ryan.costa@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; USAPAE-USAttorney <usapae.usattorney@usdoj.gov>; Naylor Margaret (Courts) <margaret.naylor@delaware.gov>; Matthew <matthewkosiorek@comcast.net>
**Sent:** Thursday, December 18, 2025 at 08:52:37 PM EST
**Subject:** 444th affidavit Kelly v Swartz Paul Wallace the misbhehaving bald headed man is US AGs dad

Please see attached. I am horrified, throwing up in my mouth realizing who the new AGs dad is. The horror.

I am going to roll up in a ball and cry at the horror of the man who mistreated me before a crowd of attorneys and friends, Stephanie Noble.

Ben's dad was so unkind to me because I was born in PA. He knew of the misconduct by the state of DE in 2006 I petitioned about before and other misconduct I petitioned about. How else would he know of a little peon like me from Sussex County. Why would he know where I was born.

Ben also was white house attorney. I am copying EDPA AGs. They should know our judges talk badly about lawyers in PA. It was so bad I sent the attached letter to DE Supreme Court. It is not okay to demean people for being born in PA. It is ugly and people go beyond mere words by economic, social and physical violence. Down in Sussex people call people Torons and mistreat out of starers. It is not nice or just especially by judges.

Thank you,
Meg
Meghan Kelly
34012 Shawnee
Dagsboro, DE 19939

 0 444th affidavit.pdf
148.6 kB

 0 Declaration.pdf
212.2 kB

 1 The Honorable Paul R. Wallace, Judge - About Us - Superior Court - Delaware Courts - State of Delaware.pdf
2.1 MB

 2 page 1 and 2 USSC pet 2023 Megs Pet for writ of cert Eastern Dist Ct of PA 22 3372.pdf
88.5 kB

 3 Delaware's new U.S. attorney promises 'apolitical' leadership.pdf
104.1 kB

 4 Delaware replaces Trump's U.S. attorney without legal drama - WHYY.pdf
3.3 MB

 5 letter CLE comments.pdf
30.3 kB

 6 Certificate of service.pdf
667.8 kB

 0 446th affidavit.pdf
262.6 kB

 1 Meg wearing Knight winter hat Dec 22 2025 police stop based on hat.pdf
1.8 MB

 2 Nights helmet it has a thing on the back too taken after incident Dec 22 2025.pdf
14.4 MB

 0 Declaration.pdf
228.1 kB

 8 Supreme Court Rulings May Be 'Based on Threats' to Justices—Court Papers - Newsweek.pdf
1.4 MB

UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 444th AFFIDAVIT

Plaintiff, Meghan M. Kelly, pro se, declares and avers as follows:

1.    I just realized who the newly appointed US Attorney General Benjamin Wallace's father is. I believe it is the bald-headed man who appeared to tell me to go back to PA when I answered a CLE question correctly in Upper DE, Superior court Judge Paul Wallace.

https://courts.delaware.gov/superior/aboutus/judges_profile_jwallace.aspx

2.    I see the time US Attorney General Benjamin Wallace entered the US DOJ in a different capacity was in 2023 was around the same time I filed the petition of the EDPA case in the USSC where I stated inter alias:

IV. STATEMENT OF THE CASE
This reciprocal case is brought based on DE Order placing my license to practice law on inactive/disabled but for my religious beliefs contained in my RFRA Petition against President Trump to dissolve the establishment of government religion2 substantially burdening my exercise of rel beliefs, and to punish me for my rel beliefs contained in my petitions, and exercise of other Const rts. DE's order is also a cover up of DE's violations of equal protections, 1st Am rights app to DE via the 4th of rel beliefs, association, exercise of beliefs, and my right to petition coupled with due process by vitiation of fundamental rts. DE ignored and violated petitions to safeguard my unique rel belief and other liberties for about 20 years.3 I also petitioned the state ct because two judges, Slights and Smalls verbally attacked me based on place of origin demeaning me wrongly as a "Philadelphia lawyer" in my first case ever, and Judge Slights told me to go back to PA after I answered a question correctly after a CLE that made a Stephanie Noble look at me with dear eyes. [Then, she ran] out of there. **Albeit I see Judge Wallace has a bald head. Looking back, I wonder if it was Judge Wallace not Judge Slights. Regardless it is wrong to use the cloak of gov authority to attack me based on place of origin and mistreat me differently in violation of 14th Am Equal Protections.** I

1

complained to the police because people talked about shooting me based on perceived political beliefs incited by trump's gov forced speech, neither fair or free. No report was made. I went to the cts to protect my life, lib and property by dissolving the establishment of gov rel. The ct retaliated and sought to violate the Const by eliminating freedom for business. DE continues to attack me and has made additional movements to collude to take me out. People have threatened to shoot me. Two bullets went into the home of a friend based on exercise of rts. I have the same ideas as two murdered men to reverse and prevent the crash Lincoln and Kennedy. I do not want to die. (16IFP, App O). I petitioned DE, Democrats and Depart of Elections to run for office without violating my rel beliefs against collecting signatures and donations or paying filing fees based on my rel beliefs against debt. I ran for office because nonlawyers were lawyering hurting citizens and enriching the public by creating problems.  Since money is creating out of enslaving the people by debt plus interest that cannot be paid back by design to set up the baby boomers and this country to fall should it seek mammon, money and material gain as master, savior and God to be tricked and harmed in this life by eliminating liberties for business to be destroyed in hell for lawless lusts should we not be made clean. **The new way of coining money burdens Const liberties and sets a foundation for an overthrow** as well as other factors. I seek to make us clean by requiring we coin correctly not out of slavery debt in contravention of the laws of my God and in violation of the 1st Am, 5th, 14th, and 13th as stated in civil rights case (App L-O, 3-6IFP). Back in 2018 lobbyists boldly alluded to their plan **to eliminate judges and the rule of law to allow for the overthrow of the government**. I discussed ways to prevent it in Kelly v Trump by the **US AG's possible use of 18 S 201 and 666**. It appears this Ct is not amicable to saving itself after I listened to verbal arguments ==where Justices appeared to shut down punishments for gratuities and graft, the same misdeeds its own members are accused of possibly to create case law to serve private interests from attacks instead of impartially caring for the people. See hearing transcript Snyder v. United States, No. 23-108.== Limiting Judicial and professional discipline within the purview of Const limits by inter alias preventing regulating to control to eliminate the US Supreme Court, the rule of law and professionals is another way.

This case arises based on DE's retaliation against me for the exercise of the 1st am. rts to pet, rel belief, association, exercise of belief, and speech outlining my rel beliefs app to DE via…"

https://www.supremecourt.gov/DocketPDF/23/23-7360/307541/20240419192942142_Megs%20Pet%20for%20writ%20of%20cert%20Eastern%20Dist%20Ct%20of%20PA%202022%203372.pdf

3.      Justice Alito denied my request for additional pages. So, I was required to abbreviate words and indicate the abbreviation in the footnotes to assert rights and not willingly waive any unfairly.  Albeit I could not make arguments out of government forced unfair choice.

4.      According to the attached article in the News Journal:

"The new U.S. attorney is a graduate of the Charter School of Wilmington and Yale Law School. He clerked for **Justices Brett Kavanaugh and Anthony Kennedy** of the U.S. Supreme Courts and held clerkships on two U.S. Court of Appeals circuits.

He also worked for the U.S. Department of Justice Office of **Legal Counsel advising the White House and executive branch agencies during the first <u>Trump</u> administration**. And he was a partner at D.C. law firm Kirkland and Ellis before returning to Delaware as an assistant U.S. attorney three years ago. He spent the last six months as the U.S. attorney's chief deputy."

https://www.delawareonline.com/story/news/2025/12/15/delaware-new-us-attorney-ben-wallace-promises-apolitical-leadership/87742604007/?link_source=ta_first_comment&taid=693fff5a13dbc800014985ca&utm_campaign=trueanthem&utm_medium=social&utm_source=facebook&fbclid=IwY2xjawOxeIRleHRuA2FlbQIxMABicmlkETFHYVFWUnlUaEZveWlMeThWc3J0YwZhcHBfaWQQMjIyMDM5MTc4ODIwMDg5MgABHlHEaq928JZjo7F_VIqVyRZUI9h_XdCO2tUwEAn4Z3CfOEbB3zy_yRqY-Epa_aem_tPcoPuwjIWSUF-YE7Rnq1A

5.      The newly elected young attorney general was President Trump's attorney, a White House attorney.

6.      I cried when I found out the conflicts regarding partiality to a former client the White House, President Trump, and his father's sinful behavior.

7.      I believe people sin for placing association and entity above the life and freedoms of another individual, as Judge Wallace indicated I was not worthy of respect because of my birth place PA. It is my religious belief that people are enslaved to sin and death in hell by placing association first to be ruled by those who entice the collective desires to control all of the associated members, who are not free in Jesus Christ to lay down the conditional collective

3

interests to do what is right. They are controlled by temptations not free to unconditional love and respect those with whom they even have a conflict of interest with.

8.      I disagree with some of the founder's theories, the enlightenment thinkers, and much of case law that holds lies and theories as true, when they are false and lead to injustice and certain death in hell despite believing a lie without repentance.

9.      It is the judges and hypocritical lawyers who risk in death in hell per the Bible. Exodus 23:3, Leviticus 19:15, Deuteronomy 1:17, Proverbs 18:5, Proverbs 24:23 and James 2:1-9, (concerning favoritism) Also see, Matthew 23 and Isaiah 10:1-4 regarding woe to hypocritical and unjust judges respectfully, which I believe means damned to hell are you lawyers and judges should you not repent of dirty misguided thinking, dirty misguided hearts and dirty misguided doing by correction even by the petition. Despite the Bible's scolding of attorneys and judges "Justice in the courts" is a command by God, (citing Amos 5:15), a greater command with regards to preempting laws to guide the misguided with mercy per Jesus Christ in Matthew 23:23 as opposed to less important laws relating to money and material gain.

10.     I was alarmed when I read different excerpts of Benjain Wallace's words using terms like "nobility" or "tradition" I see these words of deception to place some above the law and others below like peasants.

11.     I was horrified when I read:

"It's a **testament to Delaware** that we were able to find a solution that is going to best serve the state. And that's really in large part a credit to Julie," Wallace said.

"When she saw the 3rd Circuit decision, she was really thinking about the office first and about how to protect our cases from the significant litigation risk that that decision created. In the best tradition of the **cooperative spirit of Delaware**, [her decision] saved what would potentially be some pretty significant headaches in the office."
https://whyy.org/articles/delaware-united-states-attorney-trump-replacement/

4

12.    Delaware is just a place. The people here should respect the life and liberties of everyone even folks like myself who were born in PA.

13.    Moreover, I hate when judges and other vain selfish people speak of the Delaware way or as Benjamin put it the Delaware spirit.

14.    The cooperative spirit is one to commandeer control, not the freedom to petition fairly in accord with the Bill of Rights, but in a substantially burdened capacity favoring the government unfairly. Our system is adversarial not cooperative. Any judge or attorney who compels submission to the state instead of allowing the laws to restrain the state and the government within the purview of Constitutional limits creates injustice, making the law of no effect and a lie that allows unjust rulers to exploit the fat of the sheep like wolves.

15.    I understand much of case law is errant, and those judges and attorneys will have to face God. Not knowing a wrong is wrong, will not save them from sin that kills them eternally in hell for their confusion. 2 Cor 4:4. That is why humility and correction in court to guide the misguided, not destroy people can save lives and I believe eternal lives.

16.    It is not okay for judges to use the cloak of government authority to disparately treat others, born out of state in PA, or for others thinking they are above the law and Equal Protections of the 5th and 14th Amendment requirements that our Constitution mandates. The Bible teaches partiality by judges based on position or business or wealth is sin too. See,

17.    I realize I am screwed and I am haunted by my memories memorialized in my letter to a member of the DE Supreme Court, dated October 1, 2012, attached hereto:

> Dear Justice Ridgely:
> Thank you for participating in the CLE. I enjoyed it immensely. However, I had some concerns.
> I was concerned by the appearance of some of the speakers' partiality towards Delaware attorneys. Every attorney that comes before a Delaware Court should be treated

5

the same regardless of where they are from. The Court should not take a Delaware attorneys word over an out of state attorneys word solely on the illogical basis that the Delaware attorney is from Delaware.

I was also concerned about the comment that a judge let an out of state attorney practice pro hac vice because they were from a "respectable firm." I think all attorneys should be held by the same standard regardless of the size or reputation of the firm. They should be looked at as individual attorneys who will potentially have influence within the courts in this state.

On the other hand, I was very impressed by your graceful demeanor. You did not show partiality, nor did you support the above referenced remarks. Instead, you sat back silently like a wisdom filled father observing all behavior. Thank you for being a good model for judges and attorneys.

Unfortunately, I have seen partiality towards Delaware attorneys in my practice. In fact, during my first appearance in this state a judge accused me of being a "Philadelphia lawyer," as if this was a bad word.

I also worked with Delaware lawyers who grew up in other states, and I was surprised that some lawyers treated me differently because I grew up here. They would treat me with respect, lend me forms, offer to meet me for lunch etc... Conversely, I recall how some Delaware attorneys mistreated my former non-native colleague by condescendingly describing "how things are done in Delaware" and "the Delaware way." I recall with disappointment that some Delaware lawyers even used bad language to discuss the Delaware way. I think such language and partiality makes Delaware attorneys look bad. Although it's nice to be given preferential treatment because of where I grew up it does not make it right.

On a personal note, one of the reasons why I became a lawyer was my faith, Christianity. Under my faith, Jesus Christ was executed for no lawful purpose. Instead he died as a result of the passion of the people instead of logic and reason under the law. That is wrong. The judicial system should remain impartial, and individuals should not face such irrational persecution. Nonetheless, this is not the case in our world. That is why I went to law school. And that is why I think it's important to bring my concerns relating to partiality before this Honorable Court to you.

You are the law and all attorneys including myself will strive to adhere to this Honorable Courts wishes. Further, you are the law for all of the lower courts as well. Accordingly, all judges will also strive to adhere to your wishes. Will you please consider discussing the importance of being impartial to your peers?

Thank you for being a good role model and for making a positive impact on Delaware attorneys and Delaware Courts, and thank you for considering my comments.

Have a good week.


18.    All I could think when I realized the mean bald headed guy who demeaned me

based on being born in PA was the father of our new US Attorney General, I pray to God that

Benjamin Wallace is courageous enough to actual afford equal protections to all, even those who were born out of state like me, in PA, unlike his unkind dad Superior Court Judge Wallace.

19.     The Courts are getting booby trapped with regards to the windmill case. I wanted to provide an update on how all sides are getting played. We need the courts to cut through the fluff and deception for justice is a matter of truth not bartered for exchange leaving those with unjust gains allowed to buy injustice as the law to eliminate freedom by business, the mark of the beast.

20.     I feel like my insides are ripped out of my stomach now that I realize how Benjamin's relationships may have molded him. My first thought is. I am screwed.  How could someone influenced by such a discriminating dad and president ever care to protect me equally under the laws. Then, God instills hope in my heart, that he may be a stronger man than his father or the President. I pray to God Benjamin Wallace breaks the mold of his environment by his free will and that God guides him with love and truth not fallible men's theories. I pray he is more loving and courageous enough to care for and protect even those with whom he disagrees in accord with equal protections, including small people like me.

21.     There are more booby traps laid to commandeer the court to eliminate it I may write about later. Attorney Generals are in trouble, but the shut down is looming.

22.     I was relieved President Trump did not declare war with Venezuela yesterday, Wednesday December 17, 2025 at his address.

December 18, 2025                    Respectfully submitted,

                                    /s/ Meghan Kelly
                                    _____
                                    Meghan Kelly, Esquire
                                    34012 Shawnee Drive
                                    Dagsboro, DE 19939

7

Under religious protest as declaring and swearing violates God's teachings in the Bible, I

declare, affirm that the foregoing statement is true and correct.

Dated:      Dec. 18, 2025

_____Meghan Kelly_____ (printed)

_____ (signed)

Delaware Courts (/)  >  Superior Court (/superior/)  >  About Us (/superior/aboutus/index.aspx)



**Superior**
Court

## MENU

Superior Home (/superior/)

A to Z Quick Find Index (/superior/icourt_az_index.aspx)

Contact Us (/superior/contact_superior.aspx)

About Us (/superior/aboutus/)

ADR (/superior/adr/)

Chambers (/superior/aboutus/judges.aspx)

Complex Commercial (/superior/complex.aspx)

# About Us

About Us Menu ▼

# The Honorable Paul R. Wallace, Judge



The Honorable Paul R. Wallace was appointed to the Superior Court of Delaware by Governor Jack A. Markell and began serving in January 2013.

Judge Wallace received his Juris Doctorate from the Columbus School of Law of the Catholic University of America⧉ (http://www.law.edu/). His undergraduate degree in Criminology is from the University of Maryland.

Before coming to the bench, Judge Wallace served for more than two decades with Delaware's Department of Justice, handling cases at every level, state and federal, trial and appellate. Judge Wallace served as Delaware's Chief of Appeals from 2008 until his appointment to the Superior Court. In that

eLitigation (/superior/
elitigation/)

Fees (/superior/fees.aspx)

Forms (/forms/list.aspx?
ag=superior%20court)

Governance (/superior/
governance.aspx)

Jury Service (/superior/jury/)

Problem Solving Courts (/
superior/
problem_solving.aspx)

Project Rightful Owner (/
superior/rightfulowner/
index.aspx)

Foreclosure Mediation (http://
www.delawarehomeownerrelief.com/)

Trade & Business Names (/
superior/trade_names.aspx)

Transcripts (/superior/
transcripts.aspx)

Trial Practice Forum (/

role, he was the State's principal courtroom advocate before the Delaware Supreme Court and the federal appellate courts.

Prior to taking up a full-time appellate practice, Judge Wallace served as the Chief Prosecutor for New Castle County and was a trial prosecutor handling a wide variety of criminal matters. During his tenure with the Department of Justice, he also served as legislative counsel to the Attorney General.

Judge Wallace is past chair of the Delaware State Bar Association's Criminal Law Section, a past member of the Delaware Supreme Court's Permanent Advisory Committees on the Delaware Lawyers' Rules of Professional Conduct and on the Delaware Uniform Rules of Evidence. He is a current member of the American Bar Association, the American College of Business Court Judges, and the American Inns of Court. In addition to his adjunct and visiting duties at Delaware Law School of Widener University and University of Delaware, Judge Wallace is also a regular speaker and author for local, state, and national educational institutions, professional associations, and publications; his works focus primarily on matters relating to criminal law and procedure, trial and appellate advocacy, and ethics.

In 2012, Judge Wallace was awarded the National Appellate Advocacy Award by the Association of Government Attorneys in Capital Litigation.

Judge Wallace was a presiding judge on Superior Court's Asbestos Litigation Docket for two years. He joined the judges' panel of the Court's Complex Commercial Litigation Division in 2015.

Judge Wallace's present term ends January 25, 2037.

**delaware** online

---

NEWS

# Delaware's new U.S. attorney says his leadership will be 'apolitical'

 **Xerxes Wilson**
Delaware News Journal

Dec. 15, 2025, 4:20 a.m. ET

As the administration of President Donald Trump comes under criticism for seeking to appoint loyalists as U.S. attorneys, Delaware's newly appointed top federal prosecutor said he intends to run the office "by the book."

Ben Wallace, a 35-year-old prosecutor in the Delaware U.S. Attorney's Office, was named as the head of the office on Dec. 12.

He replaced acting U.S. Attorney Julianne Murray, who resigned the same day. Murray was appointed as interim U.S. attorney earlier this summer and then, when that appointment expired, the Trump administration allowed her to continue in that role as "acting" U.S. attorney.

But presidential U.S. attorney appointments require approval of the Senate, which wasn't going to happen in Murray's case. This came to a head when an appeals court upheld a lower court ruling disqualifying a similarly appointed U.S. attorney in New Jersey earlier this month.

The ruling created what Wallace called "litigation risk" to cases brought by the office so Murray decided to step down.  This began conversations involving the Trump administration that eventually centered on him, as the deputy, as the choice to take over leadership at the office.

Recent: State's top federal prosecutor resigns; court quickly names successor

Federal law allows the courts to appoint a U.S. attorney if the office is vacant, and through that mechanism, Wallace was appointed.

# Who is Benjamin Wallace?

In an interview with Delaware Online/The News Journal, the newly appointed U.S. attorney said that as a native Delawarean and the son of a career prosecutor, he believes in the social importance of the job.

"I just want to say what an honor it is to be leading this office here in Delaware," Wallace said. "I truly love this place, and it is a blessing to be able to try to give back to this place in a meaningful way and keep its residents safe."

Wallace is the son of Delaware Superior Court Judge Paul Wallace, who worked in the state prosecutors' office for more than two decades before his appointment to the bench.

The new U.S. attorney is a graduate of the Charter School of Wilmington and Yale Law School. He clerked for Justices Brett Kavanaugh and Anthony Kennedy of the U.S. Supreme Courts and held clerkships on two U.S. Court of Appeals circuits.

He also worked for the U.S. Department of Justice Office of Legal Counsel advising the White House and executive branch agencies during the first Trump administration. And he was a partner at D.C. law firm Kirkland and Ellis before returning to Delaware as an assistant U.S. attorney three years ago. He spent the last six months as the U.S. attorney's chief deputy.

During that time back in Delaware, he has prosecuted high-profile criminal cases from gang-related murders to financial fraud. In an interview, he pointed to a recent gang kidnapping prosecution as a case he is particularly proud of.

Kimon Burton-Roberson was sentenced to life for his role in kidnapping, beating and eventually murdering a man. Two others were sentenced to more than a decade in prison and two others await sentencing. Wallace described the crime as "about as heinous as you can imagine."

"We want people to know when people are held to account and receive a really severe sentence because we want people who contemplate other crimes like that to be deterred," Wallace said.

**Guilty Plea:** Man pleads guilty in kidnapping of Wilmington man found dead in Pennsylvania in 2021

He also recently prosecuted two Bethany Beach police officers for overtime fraud and was also added to the prosecutorial team that took the highly controversial Hunter Biden gun case to trial in 2024.

"I don't really have much to say about that one," Wallace said, adding he had "little exposure" to the case.

## Looking forward

Murray's resignation partially stemmed from the fact that Delaware's senators didn't support her potential permanent appointment.

In an interview, U.S. Sen. Chris Coons said that given Murray's background, he feared she would not be politically independent from a Trump administration that he said has engaged in "broadly illegal conduct that has challenged the very guardrails of our democracy."

Trump's effort to use U.S. attorneys in apparent political prosecutions, as well as his appointment of perceived loyalists, has been the subject of litigation and criticism in states across the country. Wallace, a registered Republican, said he wants people to know he will approach the job "apolitically."

"We will play everything by the book here because I believe the people of Delaware deserve that," Wallace said.

He said the Trump administration has not asked his office to do anything but "impartially administer justice" and "pursue the administration's priorities as every administration asks its U.S. attorneys to do."

"The only pressure I feel is the pressure to do my job to the best of my ability," he said.

The first year of the second Trump administration has seen a rise in immigration-related cases pursued by Delaware's U.S. attorney. Additionally, Murray initiated a fight on behalf of immigration enforcement authorities to have a court compel the state's Department of Labor to turn over employee data as part of Trump's mass deportation agenda.

Wallace said he could not comment on that litigation other than he stands by all of the arguments advanced in the ongoing briefings in the case.

**Related:** ICE arrests in Delaware soar under Trump presidency, albeit quietly

Murray's resignation indicated she would continue to work under Wallace. He said he could not comment on that "personnel" matter and said his priorities will be similar to Murray's.

"We are going to have a continued emphasis on violent crime reduction," he said. "We are going to be aggressive as we possibly can combatting large-scale organized crime here in Delaware."

*Contact Xerxes Wilson at (302) 324-2787 or xwilson@delawareonline.com.*

# Delaware replaces Trump's pick for U.S. attorney without legal drama seen in New Jersey, Virginia

*Cris Barrish*

*What are journalists missing from the state of Delaware? What would you most like WHYY News to cover? [Let us know.](#)*

Delaware has a new U.S. attorney, but the change of leadership occurred without the legal drama and tumult that has tainted the Trump administration's picks in New Jersey, Virginia and other states.

The transition in Delaware was formalized Friday morning when the state's federal judges — for the second time in a month — rejected President Donald Trump's loyalist and handpicked appointee, former state Republican chair Julianne Murray.

The judges instead installed Murray's first assistant, Benjamin Wallace, to the post that prosecutes gang violence, narcotics rings, wire fraud, tax evasion and a host of other federal crimes.

[WHYY thanks our sponsors — become a WHYY sponsor](#)

Murray told WHYY News she stepped down Thursday after about five months on the job,  paving the way for Wallace to be appointed.

She said she did so for the stability of the office and to protect the integrity of ongoing investigations. She also acknowledged her days were likely numbered and that ongoing cases could be threatened if a criminal defendant challenged the legality of her holding the post.

That's because the 3rd U.S. Circuit Court of Appeals in Philadelphia, whose decisions cover Delaware, ruled Dec. 1 that U.S. Attorney General Pam Bondi [had illegally named former Trump personal attorney Alina Habba as New Jersey's acting U.S. attorney](#) after her 120-day interim term ended — the same process used with Murray.



*The appointments of Alina Habba of New Jersey (left) and Lindsey Halligan of the Eastern District of Virginia have been ruled illegal. (Associated Press/The White House)*

Two criminal defendants in New Jersey had lawsuits challenging Habba's right to hold the job there.

Habba stepped down last week and joined Bondi's staff in Washington, D.C.

Murray will remain in the Delaware U.S. attorney's office, as Bondi has named her an executive assistant U.S. attorney.

"It's very very important to me to continue the work of that office," Murray said, specifying her initiative targeting gun crimes in Sussex County, where she lives.

Bondi's office did not respond to a request for comment about the shakeup in the Delaware office.



*President Donald Trump (left), U.S. Attorney General Pam Bondi (center) and U.S. Deputy Attorney General Todd Blanche during a press briefing at the White House in June. (AP Photo/Jacquelyn Martin)*

Wallace is a native Delawarean who attended the University of Virginia and Yale Law School. He previously clerked for federal judges, worked in the U.S. Department of Justice's Office of Legal Counsel and was a partner at a law firm in Washington, D.C. He joined the Delaware U.S. Attorney's Office in 2023.

Wallace told WHYY News he's grateful for the opportunity and lauded Murray for vacating the post. Murray had named him her first assistant soon after taking the job in July.

"It's a testament to Delaware that we were able to find a solution that is going to best serve the state. And that's

really in large part a credit to Julie," Wallace said.

"When she saw the 3rd Circuit decision, she was really thinking about the office first and about how to protect our cases from the significant litigation risk that that decision created. In the best tradition of the cooperative spirit of Delaware, [her decision] saved what would potentially be some pretty significant headaches in the office."

Murray agreed with Wallace's assessment.

"I was concerned that there was not a legal path that could justify my staying as the acting U.S. attorney and that it would certainly open up legal challenges," Murray said.

Murray said the office is in excellent hands with fellow Republican Wallace, whose father, Paul Wallace, is a Delaware Superior Court judge.

"Ben is terrific. I have not one negative thing that I could possibly say about Ben," Murray said. "I obviously think the world of him."

## Sens. Coons, Blunt Rochester deemed Murray unqualified

Murray also acknowledged that she could not have obtained the post by the process outlined in the U.S. Constitution, in which a president makes a formal nomination and U.S. Senate confirmation is required.

That's because part of that process is a longstanding tradition that requires the nominee to receive so-called "blue slip" endorsements by their state's two U.S. senators.

Delaware's two U.S. senators, Chris Coons and Lisa Blunt Rochester, are Democrats who interviewed Murray for the post. Coons said the duo decided Murray, who has done criminal defense work, didn't have the prosecutorial experience to qualify as the state's chief federal law enforcement official.



*U.S Sen. Chris Coons says he's pleased Delaware avoided the legal and political drama that has transpired elsewhere. (Emma*

Although Murray accused the senators of playing politics with her unconventional appointment, Coons and Blunt Rochester disagreed.

WHYY thanks our sponsors — become a WHYY sponsor

"Any suggestion of political partiality throughout this process is misleading and blatantly false, said Taj Magruder, a spokesman for Blunt Rochester.

Coons, a member of the Senate Judiciary Committee that considers nominees before they are considered by the full Senate, told WHYY News last month that Murray's acting status was "probably illegal."

After Colm Connolly, Delaware's chief federal judge, issued the order naming Wallace, Coons said he's pleased the judges exercised their lawful "power to appoint a U.S. attorney in the absence of a presidential nomination."



*Colm Connolly, Delaware's chief federal judge, issued the orders rejecting Murray and putting Wallace in the post. (U.S. District Court, Delaware)*

Coons said he's also relieved that the transition occurred without the rancor seen in New Jersey and the Eastern District of Virginia.

In Virginia, former Trump insurance lawyer Lindsay Halligan was ruled ineligible by a federal judge in her district because Bondi named her interim boss after the 120-day period to do so under federal law had expired.

Perhaps more importantly, the indictments Halligan obtained days after taking office against former FBI director James Comey and New York Attorney General Latisha James were dismissed. Bondi has pledged to appeal but has not yet done so.

Though Habba resigned after the adverse ruling in New Jersey, Halligan remains in her post in Virginia.

Other end-around maneuvers by Trump and Bondi have been deemed unlawful in Nevada, New Mexico and

California, but those three remain under appeal.

"I'm just glad that we've avoided that level of drama here and that in Ben Wallace, we've got a court-appointed U.S. attorney who can keep the office moving forward in a constructive way," Coons said.

Besides handling major crimes, "the district of Delaware handles some of our country's most important patent litigation, corporate litigation, bankruptcy litigation," Coons said.

"So it's important for Delawareans and our constituents that we have a well-managed, disciplined, appropriate respect for the rule of law in how the federal courts here are handled and how the U.S. attorney's office is led. And I'm relieved that we seem to have a path forward here that is appropriate."

## Law prof says Judge Connolly 'navigated it as best he could'

Carl Tobias, a law professor at the University of Richmond who tracks appointments of U.S. attorneys and federal judges, praised Connolly, a Republican and former U.S. attorney for Delaware, for his deft handling of the potentially volatile situation.

"He navigated it as best he could. He didn't provoke a confrontation," Tobias said of Connolly, who Trump appointed as a judge during his first presidential term, with the Senate's approval. "And he deserves a lot of credit for keeping the courts moving."

Prior to Friday's order, Connolly had publicly sought applications for the post, writing that "the court would only appoint a person the court deems qualified for the position."

That clearly wasn't Murray. In his previous order in November, Connolly wrote that judges had decided not to name anyone to the post after Murray's interim status expired Nov. 12.

That prompted Bondi to name her "acting" U.S. attorney and led U.S. Deputy Attorney General Todd Blanche, himself a former Trump personal attorney, to publicly rebuke Connolly on social media.

Connolly did not take the bait, however.

And last week, without any fanfare, he issued this one-page order naming Wallace.

Citing federal law, Connolly's order said that if "the president has not nominated a person to be considered by the Senate" to the post, the court "may appoint a United States attorney to serve until the vacancy is filled."

Connolly would not comment for this article.

Murray would not comment on being passed over by Connolly, but her resignation announcement on Facebook accused Coons and Blunt Rochester of rejecting her "for political reasons, not performance reasons."

Despite Murray's obvious frustration with the Democratic U.S. senators in her state, Tobias credited Murray for stepping down and not creating a crisis in the critical federal law enforcement agency.

"She could have done what Habba did and what Halligan's still doing, which turns out to be chaotic and disruptive," Tobias said. "She honored the 3rd Circuit's ruling, saying, 'I have to obey the law when the judges make a pronouncement like that.'"

While federal law gives the district's judges the power to put someone in a vacant post indefinitely, Trump can still

nominate someone for consideration by the Senate.

Wallace, who thanked Trump, Bondi and the Delaware judges who made the move, said any decision about his future lies with the president.

"I am perfectly content doing the job for as long as I can," Wallace said. "If the president elects to nominate me, be honored. But I'm good, doing the job as is."

0/200

Get daily updates from WHYY News!

Please don't publish my name

I am over 16 years old

*WHYY is your source for fact-based, in-depth journalism and information. As a nonprofit organization, we rely on financial support from readers like you. Please [give today.](#)*

# MEGHAN MARIE KELLY, ESQUIRE

34012 Shawnee Drive
Dagsboro, DE 19939
(302) 537-1089

The Honorable Henry DuPont Ridgely
Supreme Court of Delaware
502 South State Street
Dover, DE 19901

**RE: INFORMAL COMMENTS ON CLE**

October 1, 2012

Dear Justice Ridgely:

Thank you for participating in the CLE.  I enjoyed it immensely.  However, I had some concerns.

I was concerned by the appearance of some of the speakers' partiality towards Delaware attorneys.  Every attorney that comes before a Delaware Court should be treated the same regardless of where they are from.  The Court should not take a Delaware attorneys word over an out of state attorneys word solely on the illogical basis that the Delaware attorney is from Delaware.

I was also concerned about the comment that a judge let an out of state attorney practice pro hac vice because they were from a "respectable firm."  I think all attorneys should be held by the same standard regardless of the size or reputation of the firm.  They should be looked at as individual attorneys who will potentially have influence within the courts in this state.

On the other hand, I was very impressed by your graceful demeanor. You did not show partiality, nor did you support the above referenced remarks.  Instead you sat back silently like a wisdom filled father observing all behavior.  Thank you for being a good model for judges and attorneys.

Unfortunately, I have seen partiality towards Delaware attorneys in my practice.  In fact during my first appearance in this state a judge accused me of being a "Philadelphia lawyer," as if this was a bad word.

I also worked with Delaware lawyers who grew up in other states, and I was surprised that some lawyers treated me differently because I grew up here.  They would treat me with respect, lend me forms offer to meet me for lunch etc...Conversely, I recall how some Delaware attorneys mistreated my former non-native colleague by condescendingly describing "how things are done in Delaware" and "the Delaware way."  I recall with disappointment that some Delaware lawyers even used bad language to discuss the Delaware way.  I think such language and partiality makes Delaware attorneys look bad. Although it's nice to be given preferential treatment because of where I grew up it does not make it right.

On a personal note, one of the reasons why I became a lawyer was my faith, Christianity.  Under my faith, Jesus Christ was executed for no lawful purpose. Instead he died as a result of the passion of the people instead of logic and reason under the law. That is wrong. The judicial system should remain impartial, and individuals should not face such irrational persecution. Nonetheless, this is not the case in our world. That is why I went to law school. And that is why I think it's important to bring my concerns relating to partiality before this Honorable Court to you.

You are the law and all attorneys including myself will strive to adhere to this Honorable Courts wishes.  Further, you are the law for all of the lower courts as well.  Accordingly, all judges will also strive to adhere to your wishes.  Will you please consider discussing the importance of being impartial to your peers?

Thank you for being a good role model and for making a positive impact on Delaware attorneys and Delaware Courts, and thank you for considering my comments.

Have a good week.

Very truly,

/s/Meg Kelly
Meghan M. Kelly
34012 Shawnee Drive
Dagsboro, DE 19939
(302) 537-1089
DE #4968

UNITED STATES DISTRICT COURT IN THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Meghan Kelly | ) | Civil Action No.: 1:21-1490 (CFC) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| Disciplinary Counsel Patricia B. | ) | |
| Swartz, et.al | ) | |
| Defendants. | ) | |

PLAINTIFF MEGHAN KELLY'S 446th AFFIDAVIT

Plaintiff, Meghan M. Kelly, pro se, declares and avers as follows:

1.    Today December 22, 2025, I went to Fulton Bank in Millville, DE. A cop appeared to follow me and parked on the other side of the parking lot as I talked with the attendant.

2.    I told the attendant, I did not feel safe because a cop car pulled up far away from the entrance on the other side, and was just sitting there. He was not coming in. I was the only one in the bank. There were no other cars in the parking lot.

3.    The attendant said maybe he was coming in to the bank to perform business.

4.    The cop was not coming in to do business.

5.    The cop came in. I turned around and the cop said it was suspicious to come into a bank wearing something like that.

6.    I responded it was not unusual with covid.

7.    I left the bank. I did not give the article or card to the teller. I just left. I was not safe. The cop was there for me. I submitted an amicus brief and my name was on national news in News week relating to my filing.

8.    I drove straight home. I followed the traffic laws. I was scared.

1

9.    I left a message on this court's phone line because I was scared. A 24 year old young mom was taken by force, car windows smashed.

10.    Police and ICE are kidnapping people without probable cause or due process.

11.    The Bible says in *James* 4:7, which says, "Resist the devil, and he will flee from you." The Bible does not say stay in harms way and entertain those who seek excuse to distort your words as the devil distorts God's word in Genesis 3 to mislead you to harm under the lie of Lucifer help.

12.    My friend Sarah Cha Cha, now Carter, though divorced gave me a winter hat that looks like a knight's helmet.

13.    I errantly left a message that it was the mascot for her high school. Sarah Cha Cha Carter attended Cape Henlopen High School whose mascot is a Viking. My high school's rival Sussex Central High School's mascot is a knight, not the mascot of a Viking at Cape. My apologies for the error I spoke while being shaken up and in fear that I would be kidnapped and taken away with the 1000s of others so taken before me.

13.    I was wearing the cute winter hat that looks like a knight at the time the cop accused me of looking suspicious because I wore it. My eyes are teary in the picture, but here is a picture on the date of the instance, December 22, 2025. You cannot see the back of it in the second, but it does look like a night's helmet.

14.    I have received complements on it recently at BJs by the folks selling phones and from a lady just passing by at another place. It protects me from germs without a mask.

15.    I am a little scared. I called Mr. Hudson, and he said the cops have your plates and get you. I responded they do not have probable cause. Actually, I know that government

2

officials are not following the law as Trump passed executive orders to federalize the courts. That is why I left a message on the court's web site because I am scared.

16.    On a more pleasant note, yesterday December 21, 2025, Mr. Collins my neighbor gave me an unexpected gift, a "My pillows" small pillow with a Biblical story on it. He said he gave it to me because "I read the Bible."

17.    That touched my heart especially after Frank Bollen's unkindness and his allegations to my family that he or others, I assumed wrongly Mr. Collins, may not like me. Sometimes people don't speak the truth, including Frank Bollen and say things to hurt people's feelings or threaten or bully them into submission.  I understand there are Trump signs and supporters in my development, down the street, everywhere, and I know the pillow guy supports Trump. But I love my neighbors even when I do not agree with or vote the same, if at all. That was mighty kind of a neighbor to give me a gift even when we do not see the same on party lines or politicians.  That is love.

18.    With regards to email. I am very concerned that the pro se claimant may be a bot.

19.    I tried a few times to log in to yahoo.com email and it finally allowed me once probably to entice me to open emails I should not touch with the alleged topic or sender "BOREALIS S. HEDLING"

20.    Then, I could not get in. Please see the attached pictures.

21.    I am on hold with PACER now in case I should change my email on the system, and saw search history with emails starred. I was able to open it to see two filings in JGG v Trump.

22.    Nevertheless, I see BOREALIS S. HEDLING filed other cases in the DC District Court. Doing a web search shows it may be an entity not a person. The signature is strange too

3

on his submitted documents too. It does not look like a signature and it calls himself they/them like a thing not a human. It may be a trap that could harm the court. I believe it is a trap.

23.    The alleged pro se applicant Borealis Hedling submitted filings at docket item numbers 212 and 213 JGG v Trump, Number 25-766.

24.    I did not open the suspicious emails but they relate to the UN or global treaties. I want the United States to be separate not subject to an outside authority which diminishes the people's freedom of life and liberty. Independence should be maintained. Otherwise, we are not free just conditionally controlled global subjects likened to Babylon's goal with the tower of Babel to rule the world not protect freedom which is necessary to do God's will, unconditional love by compelled conformity to conditions under the guise of caring when it is compelled control by masters of a slave people.

25.    A quick search online which should not be blindly trusted either, states as follows:

    "Borealis S Hedling" likely refers to Borealis, a chemical company, and Elisabeth Hedling (or similar spelling), who filed a Freedom of Information Act (FOIA) request regarding EPA's formaldehyde assessment, showing a link between a person/entity named Hedling and Borealis in public records, possibly related to chemical regulations or industry matters, notes The White House…"

26.    It reconfirms my suspicions that the court may be hacked when a search says it is an entity, "likely a….chemical company," not a person too.

27.    I saw another law suit captioned
HEDLING v. MEEK et al
District Of Columbia District Court
Case #:        1:25-cv-04062
Nature of Suit 890 Other Statutes - Other Statutory Actions
Cause  28:2201 Declaratory Judgment
Case Filed:    Nov 14, 2025, available information found at
https://www.pacermonitor.com/public/case/61797164/HEDLING_v_MEEK_et_al#parties

4

28.     I left a message with Robert Meek that I believed it might be a bot or hack too. I already let JGG v Trump counsel know. I tried to contact the DC court by phone, but did not get through. I think I did my due diligence by contacting counsel by proton email in JGG v Trump.

29.     I am scared. The motion light just went on outside. I do not feel safe. Usually when I have concerns on safety, they are legitimate.

30.     With regards to JGG v Trump, the DC Circuit court unfairly asks the plaintiffs to file a brief on an issue not ripe as not asserted below because Defendants unfairly appeal before giving plaintiffs an opportunity any opportunity, no fair opportunity to be heard and assumes issues not on the record. The DC Circuit ordered:

>        "ORDERED, on the court's own motion, that respondents file a response to the petition for a writ of mandamus, not to exceed 8,800 words, by December 29, 2025. See Fed. R. App. P. 21(a)(1), (b)(1); D.C. Cir. Rule 21(a), (b). Petitioners shall file a reply, not to exceed 4,900 words, by January 5, 2026. While not otherwise limited, the parties are directed to address the following issue:
>        Federal law recognizes that criminal contempt may be direct or indirect. See Young v. U.S. ex rel. Vuitton et Fils S.A., 481 U.S. 787, 797-99 (1987). A court may initiate criminal proceedings for indirect contempt through notice and a referral for prosecution. See Fed. R. Crim. P. 42(a)(1)-(2). In seeking information about decisions made outside the presence of the court and referencing the possibility of a referral for prosecution, the district court appears to contemplate indirect contempt proceedings. See ECF No. 196 at 1. On what legal basis may a district court (1) investigate possible grounds for indirect contempt and (2) delay a referral for prosecution until it finds probable cause that indirect contempt occurred?"

31.     The Court has not even discerned who may or may not be referred to a contempt proceeding and should certainly not rely on declarations of those who the news indicated may be the subject of contempt. This order is not fair.

32.     This DE District Court called in the attorneys and a Texas person to discern whether discipline was or was not warranted in Case Number1:21-cv-01362.

https://www.govinfo.gov/content/pkg/USCOURTS-ded-1_21-cv-01362/pdf/USCOURTS-ded-1_21-cv-01362-6.pdf

33.     I emailed the parties concerning this court's wise opinion, and I sent them the same. I noticed the criminal fraud exception applied.

34.     Per the attached, I stated:

I just saw the order by the DC Circuit which is unfair as unripe, albeit thank goodness Plaintiffs attorneys asserted the time to object on the record was at the hearing.
Chief Judge Connelly's attached case was similar. His case was related to the same issue as to who the attorney talked with, attorney client discussions and who signed the attorney client agreement or was it a fraud on the court.  Who was communicating and giving direction to the client and to the attorney.

This may be a different bad faith, evasion or fraud. Connelly's fast reading opinion  may not be on point but this is the DC Circuit court which stated it was okay to call lawyer Jimmy Chong and others in, even a non client someone far away in Texas to gather truth to prevent fraud on the court as to whether she was a mere straw-man not a real client in a money making scheme of patent cases creating patents not to innovate but to make money off of suing and stifling competition.
https://www.govinfo.gov/content/pkg/USCOURTS-ded-1_21-cv-01362/pdf/USCOURTS-ded-1_21-cv-01362-6.pdf

Judge Connolly found crime fraud exception applied. *Backertop Licensing LLC v. Canary Connect, Inc.*, 107 F.4th 1335, 1337 (Fed. Cir. 2024) seemed to affirm all of his powers in the handful of cases collectively appealed in DC at the Circuit court of appeals.

It's not fair that Defendants appeal when it is not ripe, with no opportunity certainly no fair opportunity to be heard or preserve objections properly below.

Plaintiffs attorneys, Defendants are going to eliminate their own attorneys down the line.

Cheating to win makes one a loser. We have to somehow protect his attorneys from his own clients without allowing the clients to break the law by being above the law, above the Constitution.

I understand everyone has conflicts. Imagine working for a boss who retaliates against everyone, former aides other attorney generals. These same attorneys in your case, are the same tireless attorneys working in others as more DOJ jump ship or are eliminated by retaliation.

Trump would declare an emergency to use case law (I disagree with) to close the courts and suspend the constitution as law. i hate past unjust case law. I hate a lot of case law I disagree with based on falsities and double talk.

Even if you disagree with me, I am going to try to protect you all, if I can. You are the targets, the fair petition which founded our more civilized form of government, without you it is tyranny.

I am nervous might eliminate his own attorneys or their pay by using military or a shut down to evade the fair opportunity for plaintiffs to be heard in this case.

I am sorry I cannot file an amicus at this stage.
Praying for all of you.
https://www.bbc.com/news/articles/c0mpy1ynnzzo?at_format=link&at_campaign_type=owned&utm_social_post_id=629717866&utm_social_handle_id=228735667216&at_campaign=Social_Flow&at_link_origin=BBC_News&at_link_type=web_link&at_bbc_team=editorial&at_link_id=8113745E-DE4A-

11F0-BE04-
FE03AB3D7BEC&at_medium=social&at_ptr_name=facebook_page&fbclid=IwY2xjawO07SxleHRuA
2FIbQIxMQBzcnRjBmFwcF9pZBAyMjIwMzkxNzg4MjAwODkyAAEeSDbtJX2WjUX7uNtSuwMcl2Ouu
IWs6D3X7fclr_GM8kw_6ivqIBeRyt37IgM_aem_XukZhhGdw2hRDT4f7tFKfw

Sent with Proton Mail secure email.

35.     I include additional articles admissible under the periodical exceptions regarding

threats to court and the MD Garcia public records exception regarding DOJ allegedly lying. I

want to protect DOJ not punish them from a boss/client who retaliates and threatens them.

New court documents show DOJ lied to judge multiple times: legal experts

https://www.msn.com/en-us/news/politics/new-court-documents-show-doj-lied-to-judge-
multiple-times-legal-experts/ar-AA1SQb0k

https://www.washingtonpost.com/politics/2025/05/30/judges-courthouses-threats-security-
trump/

More judicial threats prompt calls to boost security for judges, courts - The Washington Post

Supreme Court Justice Kagan says independence of judges is under threat

https://www.msn.com/en-us/news/us/supreme-court-justice-kagan-says-independence-of-
judges-is-under-threat/ar-AA1JfcYw

36.     Thank you for keeping me safe for a stint. My objective is to keep the courts and

parties safe from abuse of Art I and II official authority with Constitutional malice an intent or in

reckless disregard of unfairly infringing on a public or private person's fair petition. I am not

trying to destroy anyone just preserving our government from an overthrow.

December 22, 2025                    Respectfully submitted,

                                    /s/ Meghan Kelly

                                    _____
                                    Meghan Kelly, Esquire
                                    34012 Shawnee Drive

Dagsboro, DE 19939

Under religious protest as declaring and swearing violates God's teachings in the Bible, I

declare, affirm that the foregoing statement is true and correct.

Dated: December 22, 2025

_____Meghan Kelly_____ (printed)

_____Meghan Kelly_____ (signed)