Re: JGG v Trump 25-766, US AM I and V/using official power for impermissible purpose to evade the law and unfairly affect the outcome of this case

From: Meg Kelly (meghankellyesq@yahoo.com)

To: meashah@acludc.org; aspitzer@acludc.org; agorski@aclu.org; awiggins@democracyforward.org; bgirard@democracyforward.org; bnetter@democracyforward.org; cwofsy@aclu.org; dgalindo@aclu.org; edanforthscott@aclu.org; mwaldman@democracyforward.org; ojadwat@aclu.org; osarabia@aclu.org; ptoomey@aclu.org; pboisture@democracyforward.org; srich@democracyforward.org; smichelman@acludc.org; smahfooz@aclu.org; sperryman@democracyforward.org; strivedi@democracyforward.org; lgelernt@aclu.org; abhishek.kambli@usdoj.gov; august.flentje@usdoj.gov; christina.p.greer@usdoj.gov; drew.c.ensign@usdoj.gov; ernesto.h.molina@usdoj.gov; tiberius.davis@usdoj.gov; usapae.usattorney@usdoj.gov; usapaw.webmaster@usdoj.gov; usapam.contact@usdoj.gov; dylan.steinberg@usdoj.gov; supremectbriefs@usdoj.gov; mngo@aclu.org; nsmith@aclu.org; meghankellyesq@yahoo.com

Date: Monday, January 5, 2026 at 01:19 PM EST

# Crockett v. Reagan, 558 F. Supp. 893 (D.D.C. 1982) political question case

Google is not reliable but it says no person or party other than congress has contested the unauthorized use of deadly force in contravention of the wars power other than congress. Courts said political question to evade saying what the law is where there may not be standing. The precious people in JGG v Trump have standing to prevent the president's official use of power to impermissible violate their fair right to petition to affect the outcome by depriving folks of due process.

Please please please restrain Trump from a global war. I believe part of the planned crash and overthrow is to get the entire world pissed at the USA to aide in the fall. This eliminates our security founded in 1791 in the civilized rule of law. I would like to be wrong, but I am very worried JGG may have no relief if they do not assert rights quickly with the impending possible shut down too.

Thank you for thinking about it. I may throw something together.  If you do not provide a stance on a potential brief, I can make note of that. I am not trying to destroy anyone here, not even President Trump.

Thank you,
Meg

Meg

> On Monday, January 5, 2026 at 12:30:26 PM EST, Meg Kelly <meghankellyesq@yahoo.com> wrote:
>
> Hello,
>
> I don't have access to a lot of research at this time, but JGG has rights to assert or not at counsels' discretion even without me.
>
> The three cases Presidents misbehaved and violated the Court are contained below, one of which is when President Lincoln misbheaved and **suspended habeus corpus**
>
> **Ex parte Merryman**, 17 F. Cas. 144 (C.C.D. Md. 1861) (No. 9487)
>
>  The question arises even after that case a different statute allowed presidents the power to suspend habeaus corpus.This was the case that is a foundation for the insurrection Act. Is that power Constitutional or delable. Has anyone asserted the superseding US AM I, V in the bill of rights that founded our new civilized gov in 1791. Does the delagation no longer protect the superseding power? I don't access to research at this time.
>
> My legendary father I love thinks there is precedent for President Trump. He thinks Trump is smart. I disagree just because other presidents are wrong doesn't make wrong right now.
>
> I believe President Trump is invading other countries to evade the law and distort laws by prosecuting President of Venzualia to settle out of court to gain resources or business contracts that may enrich investors unjustly before the planned preventable fall occurs.
>
> JGG's attorneys have the right to say the invasion was used in violation of their first and fifth amendment right to affect the

outcome by evading judgment.

It is ok if you think I have bad ideas. I actually am wanting to focus on protecting attorney generals pay before they are used and thrown away as planned. You all are in danger. Will you please think of asserting Trump impermissible used his official power to invade another country, even potentially violating war powers act, to unfairly deprive your clients of life and liberty -please.

Is it ok to say no to an extension because it will get worse. I hear he is talking about invading others. Even if you allow an extension you can assert rights to your precious clients.

Please please please say no and ask for time to respond because you have access to more resources than I.

Otherwise, I ask for your stance on a potential brief?  I don't think anyone ever had standing in court like JGG? I need to research, but you may do so more quickly to avert great harm now.

Thank you,
Meg
Please excuse typos.
----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Galen Wilson <galen.wilson@delaware.gov>
**Cc:** Meg Kelly <meghankellyesq@yahoo.com>; Naylor Margaret (Courts) <margaret.naylor@delaware.gov>; Parker Bethany (Courts) <bethany.parker@delaware.gov>
**Sent:** Monday, January 5, 2026 at 12:09:39 PM EST
**Subject:** Fw: email not working well pauses May I please have help on three word cases with annotations please/PDFs are available but cannot efficiently use

Hi Galen,

I tried to call Peggy, but I don't think she is in. Bethany still is working on the three cases below, one of which is the foundation for the insurrection act and preceding statutes.

It is alarming that President Trump is talking about invading other countries.

I want to look the annotations to the war powers act 50 U.S.C. ch. 33 et al.



**50 U.S. Code Chapter 33 - WAR POWERS RESOLUTION**

in light of the fact JGG may have standing to contest its use to evade the law to usher in the new currency that will be used in a real planned overthrow.

My Dad thinks there is precedent for Trump and he spews out dates, countries, and leaders names like the back of his hand. However just because other presidents were wrong in the past, it does not make wrong right now. Besides I do not know of anyone with standing other than JGG to contest his official use for impermissible purposes to evade the law.

He even pointed out President Obama invaded
**Libya in 2011**
**The attached only points out misbehavior by one not all sides. Obama was wrong. Past wrongs do not transform wrongs into right, at this time just because no one has the capacity or standing to sue in a court of law. Wrongs cannot be righted by evasions of law in bad faith even killing other people.**

I think things may get bad fast. JGG has the 5th amendment right to petition fairly, they should not unfairly waive. They may have standing.

Chief Judge Boesberg said Trump has 5 EDT day to hear if Trump's attorney filed 01/13/26 day extension of time.

Please forgive the typos.

Thank you Galen,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** MEGHANKELLYESQ@YAHOO.COM <meghankellyesq@yahoo.com>; Parker Bethany (Courts) <bethany.parker@delaware.gov>
**Sent:** Monday, January 5, 2026 at 08:29:40 AM EST
**Subject:** email not working well pauses May I please have help on three word cases with annotations please/PDFs are available but cannot efficiently use

Hi Bethany,

May I please have the following three cases with annotations in Microsoft Word format please. It is difficult to cut and paste in PDF format, it pastes so sentences are cut off like paragraphs.

Thank you for helping me. Merriman's annotations as opposed to shephards reports is especially important as the basis of insurrection act.

Thank you,
Meg

***Ex parte Merryman***, 17 F. Cas. 144 (C.C.D. Md. 1861) (No. 9487)


*Worcester v. Georgia,* 31 U.S. 515 (1832)

https://tile.loc.gov/storage-services/service/ll/usrep/usrep031/usrep031515/usrep031515.pdf

May I please also have the full citation to the US Supreme Court's opinion if available Noem v Garcia or Garcia v Noem 604 U. S. ____ (2025)
.https://www.supremecourt.gov/opinions/24pdf/24a949_lkhn.pdf