# Meg follow up: Case Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Motion for Extension of Time to

From: Meg Kelly (meghankellyesq@yahoo.com)

To: slau@aclu.org; ryan.giannetti@aflegal.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; steve.hirsch@calg.com; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org

Cc: meghankellyesq@yahoo.com; david.weiss@usdoj.gov; dylan.steinberg@usdoj.gov; ryan.costa@delaware.gov; usapae.usattorney@usdoj.gov; supremectbriefs@usdoj.gov

Bcc: meghankellyesq@proton.me; braddgrossman@gmail.com; matthewkosiorek@comcast.net; megkellyesq@yahoo.com

Date: Thursday, January 8, 2026 at 03:09 PM EST

---

Hello,

I apologize for my hasty emails that were not quick enough earlier this week. I had bad healthcare as a teenager and get super dehydrated each month and risk death if I do not drink lots of water. I am experiencing that now. So, I am sorry. I would rather do the right thing imperfectly than nothing at all, and I failed to act.

The last thing I want to do is to make Trump's attorneys life harder.

Attorney Generals lose their jobs if the courts close. There are no courts to go to.

If the courts are closed attorney generals are not needed. Look at Israel how the judge overlooking Ben N. corruption case was killed in an a motorcycle accident.  That is lawless. I look at all of you as having the capacity to do great good, cleaning dirty hands without throwing out the person who is no longer dirty with dumbness and blindness being misguided, deceived, duped into being dirty, aka lawless.

 I may draft an amicus brief against the President's suspension of habeus corpus power or any power not limited to Congress's alleged limit construed as a power to suspend Hab. Corpus. Art 1 Sec  9 Cl 2.

Suspending Hab means bye bye DOJ :( There is a plan to eliminate your pay, pension and position. You are in trouble.

You know that I disagree with legal theories that are false but are held as truth by Plato, enlightenment thinkers, the founders and the courts who repeat falsehoods as the source of authority when they are a foundation to allow a fall.

I even disagree with Justice Stoney's mere authority in Judiciary act of 1789 instead of authority based on Article III by the exorcise of the fair petition of ExParte Merriman. US Am I, V.

I like this case Ex  Parte Merriman attached hereto, but I think the Bill of rights and later amendments supersedes and restrains and may even void powers by Art I, II, III members. It should.

 I disagree with a lot of long standing case law. If I submit a brief I desire to protect you and the petition, the fair petition of DOJs too. I do not want to insult Chief Judge Boesberg either.

Please for the love of truth restrain article I and II members from attacking judges, courts, petitioners, their families and even the DOJ.

I skimmed that Ted Cruz was trying to introduce impeachment articles against Boesberg..
Your positions as DOJ are symbiotic with the courts. You allow them to get destroyed, you get destroyed, and you cause the fall of the country for a system likened to China I hope we prevent.

I wanted to apologize to the DOJ if I appeared  insensitive to your position because I think you're overworked, under threats and have no choice.  I did not mean to pressure you in bad faith by trying to draft a brief against extensions. I actually want to protect you and correct your misguided clients who are looting the world before crashing it. :(

You are worth more than the world and are worthy of protecting.

No one is protecting you because they risk retaliation. I will like to try, but it is not ok for you to harm others either.

With sadness at the very real scheme to use DOJ than throw them away as you are forced to do wrong by throwing lives and

freedoms of other precious people away. :(

Very truly,
Meg

----- Forwarded Message -----
**From:** Meg Kelly <meghankellyesq@yahoo.com>
**To:** Naylor Margaret (Courts) <margaret.naylor@delaware.gov>; Galen Wilson <galen.wilson@delaware.gov>; Parker Bethany (Courts) <bethany.parker@delaware.gov>
**Sent:** Monday, January 5, 2026 at 08:35:15 PM EST
**Subject:** Fw: Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Motion for Extension of Time to

Hello,

i was almost done drafting it. i looked at other cases, but i was too late. trump asked for an extension on the due date. the judge granted it.

i am sad for his attorneys. i think it is him ordering them to file things, no choice.

thank you sorry i did not act fast enough

4. I noted my concerns to the parties that the threatened, partial and unfair US Supreme Court appeared to invite President Trump to invoke the insurrection act indirectly in its decision dated December 23, 2025, when denying Trump's application in *Donald J. Trump, President of the United States, et al., Applicants v. Illinois, et a*l, 25A443,[1] which provides in part:

> "At this preliminary stage, the Government has failed to identify a source of authority that would allow the military to execute the laws in Illinois. **The President has not invoked a statute that provides an exception to the Posse Comitatus Act**"

5. To worsen matters Justice Kavanaugh in footnote 2 of his concurrence indicated expressly as to encourage Trump that his decision would be different if Trump in fact invoked the insurrection act by stating:

> "As,I read it, **the Court's opinion does not address the President's authority under the Insurrection Act. See 10 U. S. C. §§252, 253**. Moreover, the Court's opinion does not address or purport to disturb the President's long-asserted Article II authority to use the U. S. military (as distinct from the National Guard) to protect federal personnel and property and thereby ensure the execution of federal law. See 1 Supp. Op. OLC 343 (1971) (W. Rehnquist)."

6. Even worse, Justices Alito, Thomas and Gorsuch's dissents appeared to remove the court's inherent power, and the people's express legal power contained in the Bill of rights to allow the President to rule based on partial whims unrestrained by the Constitution by the only fair impartial check the people have over the government, the petition before a fair forum. US Am I, V.

7. The US Supreme Court appears to be a partial, unfair forum with regards to cases against or in favor of the federal government and President Trump in particular in contravention of the 5th Amendment equal protections and due process protections of the people the government is charged to serve. The US Supreme Court appears to vainly care more about its selfish appearance instead of upholding the fair rule of law to protect the lives and freedoms of those it is charged to serve not exploit for mammon. The power of the court does not lie in the popularity, opinion, or the perception of the many, but in the fair petition of each individual regardless of popularity. The foundation of the court's power is in fair petition creating the United States in 1791 as a more civilized form of government. Doing what is right is protecting the lives and freedoms of those who are not popular, who the President or government officials may even disagree with too. Otherwise, there are no freedoms just tyranny.

8. The fact President Trump appeared to violate or evade the US Supreme Court's decision in *Noem v Garcia*, 145 S.Ct. 1017 (2025) does not reflect upon the Court but on President Trump's own bad lawless whimsical choice. Two other Presidents misbehaved. That misbehavior should not be rewarded or encouraged under the guise of peace.

9.  President Andrew Jackson violated the United States Supreme Court's ruling in *Worcester v. Georgia*, 31 U.S. 515 (1832) regarding Cherokee land rights leading to the Trail of Tears. This is an ugly reflection upon President Jackson's bad choice not the court.

9.  Far worse, President Lincoln misbehaved in *Ex parte Merryman*, 17 F. Cas. 144 (C.C.D. Md. 1861) (No. 9487) when he suspended the writ of habeas corpus. Circuit Justice Taney of the held:

> " The constitution provides, as I have before said, that "no person shall be deprived of life, liberty or property, without due process of law." It declares that "the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated; and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." It provides that the party accused shall be entitled to a speedly trial in a court of justice.
>
> These great and fundamental laws, which congress itself could not suspend, have been **[**27]  disregarded and suspended, like the writ of habeas corpus, by a military order, supported by force of arms.  Such is the case now before me,** and I can only say that if the **authority which the constitution has confided to the judiciary department and judicial officers, may thus, upon any pretext or under any circumstances, be usurped by the military power**, at its discretion, the people of the United States are no longer living under a government of laws, but every citizen holds life, liberty and property at the will and pleasure of the army officer in whose military district he may happen to be found…
>
> [FN 3] The constitution of the United States is founded upon the principles of government set forth and maintained in the Declaration of Independence.  In that memorable instrument the people of the several colonies declared, that one of the causes which "impelled" them to "dissolve the political bands" which connected them with the British nation, and justified them in withdrawing their allegiance from the British sovereign, was that "he (the king) had affected to render the military independent of, and superior to, the civil power." Id.

8.  In response to Justice Taney's decision in *Ex parte Merryman*, congress enacted the predecessor to the Insurrection Act. To the best of my knowledge, the Constitutionality of the insurrection act and the proceeding statutes have never been fairly analyzed to prevent Justice Taney's foresight that the court's, this Court and all courts Constitutionally vested authority may be "usurped by military power" if unstopped, especially in light of the recent biased unfair decision in *Trump v Illinois*, by a threatened forum the US Supreme Court. Id.

9.   None of the parties' attorneys are fr

it went in for 18 pages.  oh well i am so tired.
i may take a break because i have been reading so many trump filings in other cases. i am so tired. i cannot imagine how tired trump's lawyers are. i am sad for them.

thank you, good night

---

[1] https://www.supremecourt.gov/opinions/25pdf/25a443_ba7d.pdf


----- Forwarded Message -----
**From:** DCD_ECFNotice@dcd.uscourts.gov <dcd_ecfnotice@dcd.uscourts.gov>
**To:** "dcd_ecfnotice@dcd.uscourts.gov" <dcd_ecfnotice@dcd.uscourts.gov>
**Sent:** Monday, January 5, 2026 at 08:13:37 PM EST
**Subject:** Activity in Case 1:25-cv-00766-JEB J.G.G. et al v. TRUMP et al Order on Motion for Extension of Time to

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Notice of Electronic Filing

The following transaction was entered on 1/5/2026 at 8:11 PM EDT and filed on 1/5/2026
**Case Name:** J.G.G. et al v. TRUMP et al
**Case Number:** 1:25-cv-00766-JEB
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER: The Court ORDERS that: 1) The [223] Motion for Extension of Time is GRANTED; and 2) The Government shall submit its proposal either to facilitate the return of Plaintiffs to the United States or to otherwise provide them with hearings that satisfy the requirements of due process by January 12, 2026. So ORDERED by Chief Judge James E. Boasberg on January 5, 2026. (lcjeb4)**

**1:25-cv-00766-JEB Notice has been electronically mailed to:**

Arthur B. Spitzer     aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt     lgelernt@aclu.org, lee-gelernt-6966@ecf.pacerpro.com

Scott Michelman     smichelman@acludc.org, aadetoro@acludc.org

Omar C. Jadwat     ojadwat@aclu.org, o-c-jadwat-2582@ecf.pacerpro.com

Cecillia D. Wang     cwang@aclu.org, aball@aclu.org, amason@aclu.org

Hina Shamsi     hshamsi@aclu.org, hina-shamsi-8661@ecf.pacerpro.com

Drew C Ensign     drew.c.ensign@usdoj.gov, drewensignlaw@gmail.com

August Edward Flentje     august.flentje@usdoj.gov

Kelly Brian McClanahan     kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org, neocount@recap.email

Dan Backer     dbacker@ChalmersAdams.com

Ashley Gorski     agorski@aclu.org, ckreth@aclu.org, kjackson@aclu.org

Cody H. Wofsy     cwofsy@aclu.org, cody-wofsy-5507@ecf.pacerpro.com

Ernesto Horacio Molina, Jr     ernesto.h.molina@usdoj.gov, Mandamus.OIL@usdoj.gov, Mandamus.OIL-ECFNOTIFICATIONS@usdoj.gov, SpecialLitigationTeam.OIL@usdoj.gov

Steven A. Hirsch     steve.hirsch@calg.com, paralegals@calg.com

Michael King Thomas Tan     m.tan@aclu.org, michael-tan-9223@ecf.pacerpro.com

Daniel Antonio Galindo     dgalindo@aclu.org, daniel-galindo-7083@ecf.pacerpro.com

Kathryn Huddleston     khuddleston@aclu.org, christopher-clay-5259@ecf.pacerpro.com

My Khanh Ngo     mngo@aclu.org, my-khanh--ngo-8340@ecf.pacerpro.com

Aditi Shah     ashah@acludc.org

Sidra Mahfooz     smahfooz@aclu.org

Abhishek Kambli     abhishek.kambli@usdoj.gov

Noelle Smith     nsmith@aclu.org

Oscar Sarabia Roman     osarabia@aclu.org

Patrick Toomey     ptoomey@aclu.org, kjackson@aclu.org, mmchale@aclu.org, patrick-toomey-2001@ecf.pacerpro.com

Evelyn Danforth-Scott     edanforth-scott@aclu.org

Tiberius T Davis     tiberius.davis@usdoj.gov

John Bailey     john.bailey@usdoj.gov

Ryan Giannetti     ryan.giannetti@aflegal.org, ryan.giannetti@ecf.courtdrive.com

Sean Ming-Jun Lau     slau@aclu.org

MEGHAN KELLY     meghankellyesq@yahoo.com

**1:25-cv-00766-JEB Notice will be delivered by other means to::**

BOREALIS S. HEDLING
Travelodge Plus Dublin City Centre
44 Townsend Street
Room 120
Dublin, 2
Ireland

 Ex parte Merryman_ 17 F. Cas. 144.docx
29.8 kB