# 25-766 JGG v Trump DUE DATE IS TODAY/I want to draft about protecting pay and pension not this/ PLEASE preserve your rights to allow court to save you when clients misbehave/Fw: protect DOJ including Trump's attys please/Please do not blame the attorneys for their clients misbhehavior

**From:** Meg Kelly (meghankellyesq@yahoo.com)

**To:** slau@aclu.org; ryan.giannetti@aflegal.org; john.bailey@usdoj.gov; tiberius.davis@usdoj.gov; edanforth-scott@aclu.org; ptoomey@aclu.org; osarabia@aclu.org; nsmith@aclu.org; abhishek.kambli@usdoj.gov; smahfooz@aclu.org; mngo@aclu.org; khuddleston@aclu.org; dgalindo@aclu.org; m.tan@aclu.org; steve.hirsch@calg.com; ernesto.h.molina@usdoj.gov; cwofsy@aclu.org; august.flentje@usdoj.gov; drew.c.ensign@usdoj.gov; drewensignlaw@gmail.com; hshamsi@aclu.org; cwang@aclu.org; smichelman@acludc.org; lgelernt@aclu.org; aspitzer@acludc.org; ryan.costa@delaware.gov; dylan.steinberg@usdoj.gov; usapae.usattorney@usdoj.gov; supremectbriefs@usdoj.gov; meghankellyesq@yahoo.com

**Bcc:** margaret.naylor@delaware.gov; matthewkosiorek@comcast.net; braddgrossman@gmail.com; cbarrish@whyy.org; darin.mccann@coastalpoint.com

**Date:** Monday, January 12, 2026 at 05:54 PM EST

DOJ,

The deadline is today. Please file something even if it is your client is being uncooperative. Trump will use you and throw you away. For the love of God do not consent top it.

There is so much shit coming up from your client I am not sure what to draft a brief about. I am thinking screw his own attorneys soon in a shut down.

I need to draft something to protect your pay, the courts pay and all gov funding, but your due date is TODAY. For the love of the truth file something instead of being used and blamed and discarded. Please allow the court to save you by placing blame or better yet correction on the clients not you. Tell the court if your client is uncooperative or unresponsive if that is the case.

Your due date is today. Do not throw each other away, thus throwing yourself away. YOU are the targets attorney generals too.

PLEASE honor the due date by Chief Judge Boesberg. Do not get yourself in worse trouble. Talk with opposing counsel in secret if you must about protecting you.

Please save each other and the rule of law.

Please act. File something hoping you do what Chief Judge Boesberg says but you must indicate that clients are uncooperative so you are not blamed for them please. We cannot save you if you do not take a life line and sink by choice.

Please act,
Meg

> ----- Forwarded Message -----
> **From:** Meg Kelly <meghankellyesq@yahoo.com>
> **To:** Costa Ryan (DOJ) <ryan.costa@delaware.gov>; Cris Barrish <cbarrish@whyy.org>; Darin McCann <darin.mccann@coastalpoint.com>; Steinberg Dylan (USADE) <dylan.steinberg@usdoj.gov>; USAPAE-USAttorney <usapae.usattorney@usdoj.gov>
> **Sent:** Saturday, January 10, 2026 at 08:08:02 PM EST
> **Subject:** protect DOJ including Trump's attys please/Please do not blame the attorneys for their clients misbhehavior
>
> Ryan,
>
> Please help me protect Trump's attorneys from being used and scape goated. Some are young kids.  Tiberious is newly married, a young kid. They did the right thing by releasing the detained woman in MD from ICE.
>
> It is important that they are not blamed for their clients. Please help me protect DOJ and them specifically.
>
> It was very brave of them to do the right thing when their boss's are so scary by releasing the 22 year old young MD mom from ICE.
>
> Thank you,
> Meg
> DOJ is a target. :(