UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br>    Plaintiff,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    Defendant. | Case No. 1:25-cv-766 (JEB) |

### [PROPOSED] Order

[PROPOSED] Order on Meghan Kelly's Motion for leave to file this motion as amicus curiae without a brief to preserve issues for the parties and the court to address or not fairly not extinguished by government force unfairly.

Before the Court is the motion of Meghan Kelly for leave to file motion as amicus curiae. Good cause appearing therefore, the motion is GRANTED.

It is SO ORDERED.

Dated this _____ day of _____, 2025

_____
The Honorable Chief Judge James E. Boasberg