UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G. et al.,<br>   Plaintiff,<br>  v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>   Defendant. | Case No. 1:25-cv-766 (JEB) |

Certificate of Service

I certify on January 13, 2026, I caused Meghan Kelly 's Motion for leave to file an amicus Brief, including all accompanying documents, to be served on counsel for Plaintiffs and Defendants by email.

Dated January 13, 2026

                Respectfully submitted,

                /s/Meghan Kelly
                Meghan Kelly, Esquire
                DE Bar Number 4968
                34012 Shawnee Drive
                Dagsboro, DE 19939
                meghankellyesq@yahoo.com
                US Supreme Court Bar No. 283696

Under Religious objection I declare, affirm that the foregoing statement is true and correct

Dated: __January 13, 2026__

__Meghan Kelly_____ (printed)

__Meghan Kelly_____ (signed)