IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,<br><br>*Petitioners–Plaintiffs*,<br><br>J.G.G., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No: 1:25-cv-00766-JEB |

**PLAINTIFFS' UNOPPOSED MOTION FOR 10-DAY EXTENSION TO FILE RESPONSE**

On January 14, 2026, the Court directed Plaintiffs to respond by January 16 to the government's January 13 submission regarding options for providing class members with hearings on their Alien Enemies Act ("AEA") claims. Jan. 14, 2026 Minute Order. Plaintiffs respectfully request a 10-day extension until Monday, January 26, 2026, to submit their response. The additional time will allow Plaintiffs to reach as many class members as possible, explain that the government is unwilling to facilitate either of the options presented by the Court, and determine any other options that may be viable for class members. In addition, undersigned counsel is presenting oral argument before the en banc Fifth Circuit on the validity of the AEA Proclamation on Thursday, January 22. *W.M.M. v. Trump*, No. 25-10534 (5th Cir.).

Alongside Plaintiffs' motion for a 10-day extension to file their response, Plaintiffs also respectfully request that the Court hold a hearing to address the matter during the week of

1

February 2 (or as soon thereafter as is convenient for the Court). A hearing would allow the parties not only to discuss the basis for the government's rejection of the options already presented by the Court, but other options that Plaintiffs believe they will be able to present after speaking with class members.

Plaintiffs have conferred with the government. Defendants consent to Plaintiffs' motion for an extension. Defendants may separately request leave to file a reply depending on Plaintiffs' brief. Defendants do not believe a hearing on this issue is necessary and oppose setting one.

Dated: January 15, 2026

Respectfully submitted,

/s/ *Lee Gelernt*

| | |
|---|---|
| Noelle Smith | Lee Gelernt |
| Oscar Sarabia Roman (D.C. Bar No. 90011262) | Daniel Galindo |
| My Khanh Ngo | Ashley Gorski |
| Cody Wofsy | Patrick Toomey |
| Spencer Amdur | Sidra Mahfooz |
| Evelyn Danforth-Scott | Omar Jadwat |
| Michael K.T. Tan | Hina Shamsi (D.D.C. Bar No. MI0071) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Sean M. Lau (D.D.C. Bar No. NY0680) |
| 425 California Street, Suite 700 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| San Francisco, CA 94104 | 125 Broad Street, 18th Floor |
| (415) 343-0770 | New York, NY 10004 |
| nsmith@aclu.org | (212) 549-2660 |
| osarabia@aclu.org | lgelernt@aclu.org |
| mngo@aclu.org | dgalindo@aclu.org |
| cwofsy@aclu.org | agorski@aclu.org |
| samdur@aclu.org | ptoomey@aclu.org |
| edanforth-scott@aclu.org | smahfooz@aclu.org |
| m.tan@aclu.org | ojadwat@aclu.org |
| | hshamsi@aclu.org |
| Arthur B. Spitzer (D.C. Bar No. 235960) | slau@aclu.org |
| Scott Michelman (D.C. Bar No. 1006945) | |
| Aditi Shah (D.C. Bar No. 90033136) | Kathryn Huddleston* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 529 14th Street, NW, Suite 722 | 915 15th Street, NW, 7th Floor |
| | Washington, D.C. 20005 |

Washington, D.C. 20045  
(202) 457-0800  
aspitzer@acludc.org  
smichelman@acludc.org  
ashah@acludc.org  

(212) 549-2500  
Khuddleston@aclu.org  

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar*

*Counsel for Petitioners-Plaintiffs*