UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JGG et al
_____
Plaintiff

vs.   Civil Action No. 1:25-00766-JEB

Trump et al.
_____
Defendant

# NOTICE OF APPEAL

Notice is hereby given this  16  day of  January , 20 26 , that

Borealis S Hedling (Proposed Plaintiff-Intervenor)

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  16th  day of  January , 20 26

in favor of  The Trump Administration

against said  Denial of December 16, 2025 Motion to Intervene and Consolidate at ECF 212

_____
Borealis S Hedling
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

US Attorneys Office 950 Pennsylvania Ave NW Washington, DC 20530-0001 already sent to SUPREMECTBRIEFS@usdoj.gov & USADCS.ServiceCivil@usdoj.gov johnny.walker@usdoj.gov alicia.dupree@usdoj.gov usadc.civil@usdoj.gov & ACLU per attached Certification of Service