
# Ref 116193 on Reasonable Accommodation in Expedited Processing
1 message

**Borealis** <borealis.appeals@gmail.com>  Thu, Dec 18, 2025 at 12:09 AM
To: FSPO - Access <access@fspo.ie>

I don't think 12-14 weeks in an appropriate time frame regarding this case. Given the circumstances and the prima facie case.



An tOmbudsman Seirbhísi
Airgeadais agus Pinsean

Financial Services and
Pensions Ombudsman

**By Email Only**
**Private & Confidential**

Borealis Serenity Hedling
Room 120,
Travelodge Plus,
Dublin City Centre,
44 Townsend Street,
Dublin 2.

17 December 2025

*Please quote the reference below in all correspondence to this office and refrain from using staples as all documents received are scanned.*

Re:     Your dispute with The Governor and Company of the Bank of Ireland
        trading as Bank of Ireland
        Reference number: 25/116193

Dear Borealis Serenity Hedling

Thank you for submitting your complaint to the Financial Services and Pensions Ombudsman (FSPO).

Your complaint reference number is listed above. Please use this reference number on all correspondence to us regarding your complaint.

You do not need to contact us at this time, as the team will get in touch if any clarification or further information is required, and we will otherwise write to you to confirm when your complaint has been progressed.

Your complaint will be assigned to a member of the Registry and Assessment team as soon as possible, who will review it in detail. Please note that this may take up to 12-14 weeks.

Yours sincerely,

*Ayla Lancaster*

Cont./…

---

An tOmbudsman Seirbhísi Airgeadais agus Pinsean, Teach Lincoln, Plás Lincoln, Baile Átha Cliath 2, D02 VH29.
Teil: + 353 (0)1 567 7000   Ríomhphost: eolas@osap.ie   Láithreán gréasáin: www.osap.ie

Financial Services and Pensions Ombudsman, Lincoln House, Lincoln Place, Dublin 2, D02 VH29.
Tel: + 353 (0)1 567 7000   Email: info@fspo.ie   Website: www.fspo.ie

---

Reference No: 25/116193                                                Page 2

**AYLA LANCASTER**
Registry & Assessment Clerical Officer

Ayla.Lancaster@fspo.ie

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 5:43 PM
Subject: On how dire my medical situation is as Ireland's political prisoner and potentially for irreparable harm without injunctive relief from Northern Ireland
To: NIHRC-Legal <legal@nihrc.org>, <hrc-ie-solidarity@un.org>
Cc: <secretary@ganhri.org>, <press@transparency.org>, <press@amnesty.org>, <info@frontlinedefenders.org>, <support@protectdefenders.eu>, <ogis@nara.gov>


I am realizing how bad this is, but if you do help me apply for an Injunction at least you can immediately prove irreparable harm and that the Government of the UK knows this is all explicitly happening.

If I can just cross the border and have the care I need in line with Article 14 of the UN Convention Against Torture that helps a lot.

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 3:33 PM
Subject: To the Embassy of Norway, Sweden, South Africa, Mexico and Switzerland on how dire my medical situation is and the need for Emergency Diplomatic Asylum
To: <dublin.appointment@dirco.gov.za>, <dublin.info@dirco.gov.za>, <hrc-ie-solidarity@un.org>, <infoirl@sre.gob.mx>, <kanzlei@bvger.admin.ch>, <dublin@eda.admin.ch>, <helpline@eda.admin.ch>, <newsdesk@fcdo.gov.uk>, <Press.Dublin@fcdo.gov.uk>, <247@mfa.no>, <hrc-sr-disability@un.org>
Cc: <press@amnesty.org>, <press@transparency.org>, <press@whistleblower.org>, <support@protectdefenders.eu>, <facultad@derecho.unam.mx>


I am pretty sure this should be enough.

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 2:57 PM
Subject: FYI : Addition to Complaint OMB-164735-D7W1R0 further information on Failure to Appropriately Discharge Plan
To: <Simon.harris@oireachtas.ie>, <disabilitymatters@oireachtas.ie>, <hrc-sr-disability@un.org>, <mary.butler@oireachtas.ie>, <minister_odonnell_office@health.gov.ie>, <info@frontlinedefenders.org>, <info@ihrec.ie>, <support@protectdefenders.eu>, <info@justice.ie>, <info@president.ie>


This is really dangerous and cruel. I am not doing this for attention you are literally purposely killing me.

---------- Forwarded message ---------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 2:49 PM
Subject: Addition to Complaint OMB-164735-D7W1R0 further information on Failure to Appropriately Discharge Plan
To: OMB Ombudsman Complaints <complaints@ombudsman.ie>, <hrc-sr-disability@un.org>, <disabilitymatters@oireachtas.ie>
Cc: <press@amnesty.org>, <press@transparency.org>, <hrwpress@hrw.org>, <hrwdc@hrw.org>


Absent the Government of Ireland meeting basic requirements under Article 14 of the UN Convention Against Torture and the chilling effect from my stay at Mater Misericordiae University Hospital. I am currently down to only 500 MG of Lamictal having been denied any relief by any Government agency since entering this country 30/7/25.



Mater Misericordiae University Hospital failed to inform me prescriptions must be filled within 48 hours if on a medical card. Per the pharmacist given the medical card was not issued 5/9/25 when the script was written. I need to get it rewritten. I only have 0.70 euros so unfortunately even though offered a 5 day supply to bridge the gap I can't afford any medication. Now have to take even less than prescribed. As I wait for a check to clear because the Department of Social Protection failed to even help with access to direct provision.



**HSE**

Aonad Náisiúnta na gCártaí Leighis, Bosca P.O. 11745, Baile Átha Cliath 11
Guthán: 0818 224478 Facs: (01) 834 3589 ríomhphost: clientregistration@hse.ie

National Medical Card Unit, P.O. Box 11745, Dublin 11
Tel: 0818 224478 Fax: (01) 834 3589 e-mail: clientregistration@hse.ie

03  429/1/429 L
429

12-Sep-2025

Private & Confidential
Jeremy Michael Lawson
Travelodge Plus
44 Townsend Street
Dublin 2
Dublin 2
D02 DY01

Medical Card eligibility application - MC1(e)
Reference Number 33811686

Dear Mr. Lawson,

Medical Card eligibility has been granted to you following receipt of an application form [ MC1(e) ] for Medical Card eligibility in emergency circumstances.

Eligibility is granted, on a temporary basis, for 6 months based on the information that was provided with MC1(e) application form. Details are as follows:

Name    Date of Birth    Eligibility Decision    Expiry Date    Card Number





As noted I have severe PTSD and per the UN Special Procedures Report assume I will just be labelled a serial complainer. This is based on extreme abuse that has still not been acknowledged by any Government agency, Regulatory Authority, Court, or the Ombuds.





**WILLOW TREE**
COUNSELING & CONSULTING

December 13 2023
Courtney Harmatys
Willow Tree Counseling & Consulting, LLC
(317)210-2816
4954 E 56th St, Ste 8, Indianapolis, IN 46220-5769

To Whom It May Concern:

I am the treating licensed mental health counselor for Jeremy Lawson. Jeremy has a diagnosis of Post Traumatic Stress Disorder (PTSD) and has been an active patient of mine since 8/30/2023. Entering government agencies and receiving notices and/or communicating in written form with government agencies, when compared to most people, may impact major life activities such as their ability to emotionally regulate, sleep, concentrate, and/or communicate with others due to triggers of PTSD.

I recommend Jeremy Lawson have reasonable accommodations to communicate in verbal exchanges rather than initiating in written form when requested. Jeremy may benefit from subsequent detailed written instructions, transcripts, and summarizations for complex tasks, interactions, and verbal exchanges. They may require short breaks in a quiet environment when engaged with government employees and/or in government entities to alleviate PTSD symptoms.

Sincerely,

*Courtney Harmatys*
Courtney Harmatys, MS, NCC, LMHC
Licensed Mental Health Counselor (LMHC)
IN License Number: 39003230A
Willow Tree Counseling & Consulting, LLC
courtney@willowtreeindy.com
Phone: 317-210-2816
Fax: 463-205-0343



← e4xr7wm5.pdf

Submission of Information to Special Procedures Report                                    e4xr7wm5



**Reference:** e4xr7wm5                          **Date:** Monday, December 1, 2025
**Type:** Follow-up information                  **Original:** English
**Consent:** Not required

## Related mandates

- education
- human rights defenders
- torture
- Transitional justice
- Palestinian territories occupied since 1967

## Submitted by

**Name:** Borealis Hedling                       **Type:** Individual
**Pronouns:** They/Them                          **Salutation:**
**First name (used name):** Borealis             **Family name (used name):** Hedling
**Gender identity (self-identified):** Non-binary
**Email:** borealis.appeals@gmail.com            **Telephone:** 19599998957
**Address:**
Travelodge Plus
44 Townsend St Rm 120
Dublin 2 (Ireland)

## Case details

If the original submission was made online please provide the submission reference if known: vpffxa3q

The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:
23/11/24-present

**Details:**
I sent the following message to MI6 around 1:45pm 1/12/25 entitled "Emergency Petition to the Houses of the Oireachtas for an Irish Hillsborough Law"

1/12/25 I sent a new Petition to the Houses of the Oireachtas Joint Committee on Public Petitions and the Ombudsman to pass a Irish Hillsborough Law so Irish officials have a duty to candor to not cover up scandals. Along with an act to protect human rights defenders.

The most obvious outcome will be an administrative denial or continued blacklisting literally covering up a petition to not maintain a cover up. Specifically this committee 23/9/25 shut down a Petition to establish an Emergency Human Rights Tribunal. Has ignored a 13/10/25 Adverse Utterance Complaint for doing so.

It appears based on a rushed closure on a complaint against Trinity college for their failure to accommodate OMB-164607-C1M8R9 by the Ombuds 1/12/25 they will not act in good faith. Subsequently in relation to complaints against the Department of Social Protection for not even providing access to basic public benefits. Against Mater Misericordiae University Hospital for labelling me psychotic to help discredit allegations of abuse. Also failing to follow their complaint process. Along with a complaint against the LSRA for failing to hold Trinity college Solicitor Sinead MacBride accountable mainly for concealing a legal matrix to hold heads of state accountable.

I will keep being held as a political prisoner and being labeled a serial complainer. Having my mental health weaponized to discredit and attempt to gaslight me. While continuing to be denied medical care or compensation against Article 14 of the UN Convention Against Torture. While the Government of the UK among dozens of others in concert with the UN, NATO, OAS, EU, and COE maintain this cover up and the illegitimate presidency of Donald J Trump. This will not receive any media coverage. Civil Society and educational institutions will shun me. Generally I will be isolated and impoverished as an example and in an effort to continue my medical decline.

I am in this country against my will and being deprived of the most basic of medical care. Much less per a dismissed Rule 39 Interim measures requests receiving the actual treatment based. Which also factors into Mater Misericordiae University Hospital failures to take my allegations of abuse or complaints seriously.



**EUROPEAN COURT OF HUMAN RIGHTS**
COUR EUROPÉENNE DES DROITS DE L'HOMME

T : +33 (0)3 88 41 20 18
F : +33 (0)3 88 41 27 30
www.echr.coe.int

Borealis Serenity HEDLING
Travelodge Plus Dublin City Centre
Room 120
44 Townsend St
D02 DY01 DUBLIN
IRLANDE

ECHR-LE2.0aR
PMC/EMF/nj

30 October 2025

BY E-TRANSMISSION ONLY
Rule 39 Site #7516

Our Ref.33589/25

Dear Borealis Serenity Hedling,

I acknowledge receipt of your correspondence of 27 October 2025 requesting the European Court of Human Rights under Rule 39 of the Rules of Court to require Ireland to grant you a "safe conduct pass".

**This request falls outside the scope of Rule 39 and therefore has not been submitted to a judge for decision.** The Court will not, therefore, indicate to the Government of Ireland the interim measure sought.

**The Court applies Rule 39 only where an applicant faces an imminent risk of irreparable harm to a Convention right.** In most cases where Rule 39 is applied, the evidence available points to a clearly arguable case of a genuine threat to life and limb, with the ensuing real risk of grave harm in breach of the core provisions of the Convention. The file opened in respect of these complaints will be destroyed in due course without further notice.

I note that apart from the present request, you have lodged against different member states numerous requests via the Court's Rule 39 platform which have been considered out of scope of Rule 39 of the Rules of Court, and/or repetitive requests.

I must point out in this connection that the Court was set up to ensure the observance of the engagements undertaken by the High Contracting Parties in the Convention and the Protocols thereto. The submission of numerous unmeritorious requests creates unnecessary work, which is incompatible with the Court's real functions and hinders the Court in carrying them out.

EUROPEAN COURT OF HUMAN RIGHTS
COUNCIL OF EUROPE
67075 STRASBOURG CEDEX
FRANCE


COUNCIL OF EUROPE
CONSEIL DE L'EUROPE

COUR EUROPÉENNE DES DROITS DE L'HOMME
CONSEIL DE L'EUROPE
67075 STRASBOURG CEDEX
FRANCE

- 2 -

I must therefore inform you that **the Court will not respond to any further Rule 39 requests from you, in any name and against any Contracting State**, unless they disclose evidence of an imminent risk of irreparable harm to a Convention right, which, on account of its nature, would not be susceptible to reparation, restoration or adequate compensation.

Yours faithfully,

M. Bingöllü
Deputy Registrar of the Filtering Section

I have requested every complaint I have made to the Ombudsman since 17/11/25 to be expedited. Again per the above UN Special Procedures Report received denial. I pointed out the problem with this whilst responding to a request for documentation on a complaint against the LSRA.



Thanks,
Borealis S Hedling

---------- Forwarded message ---------
From: **Borealis Hedling** <emergencyfilings.bh@gmail.com>
Date: Mon, Dec 1, 2025, 9:14 AM
Subject: Fwd: Emergency Petition to the Houses of the Oireachtas pass a Irish Hillsborough Law and Act to Protect Human Rights Defenders
To: <borealis.appeals@gmail.com>


---------- Forwarded message ---------
From: **Borealis Hedling** <emergencyfilings.bh@gmail.com>
Date: Mon, Dec 1, 2025, 9:10 a.m.
Subject: Emergency Petition to the Houses of the Oireachtas pass a Irish Hillsborough Law and Act to Protect Human Rights Defenders
To: <submitapetition@oireachtas.ie>, <jcpp@oireachtas.ie>, <hrc-sr-truth@un.org>, info@hillsboroughlawnow.org <info@hillsboroughlawnow.org>
Cc: <MediaRelations@uscg.mil>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <hrc-ie-internationalorder@un.org>, <oaglitigationmailbox@advocategeneral.gov.uk>, <info@law4palestine.org>, <sar@mfa.gov.il>, <911@mfa.gov.il>, <info@adalet.gov.tr>, <embassy.dublin@mfa.gov.tr>, <hrc-ie-solidarity@un.org>, <SUPREMECTBRIEFS@usdoj.gov>, <Usadc.servicecivil@usdoj.gov>, <johnny.walker@usdoj.gov>, <alicia.dupree@usdoj.gov>, <usadc.civil@usdoj.gov>, <executive.office@dcbar.org>, <Simon.harris@oireachtas.ie>, <info@ihrec.ie>, <civil.rights@ag.ny.gov>, <civilrights@oag.state.md.us>, <eileen.flynn@oireachtas.ie>, <robbie.gallagher@oireachtas.ie>, <imelda.goldsboro@oireachtas.ie>, <laura.harmon@oireachtas.ie>, <alicemary.higgins@oireachtas.ie>, <garret.kelleher@oireachtas.ie>, <mike.kennelly@oireachtas.ie>, <sharon.keogan@oireachtas.ie>, <sean.kyne@oireachtas.ie>, <eileen.lynch@oireachtas.ie>, <aubrey.mccarthy@oireachtas.ie>, <maria.mccormack@oireachtas.ie>, <michael.mcdowell@oireachtas.ie>, <ronan.mullen@oireachtas.ie>, <conor.murphy@oireachtas.ie>, <pj.murphy@oireachtas.ie>, <margaret.murphyomahony@oireachtas.ie>, <linda.nelson-murray@oireachtas.ie>, <evanne.nichuilinn@oireachtas.ie>, <noel.odonovan@oireachtas.ie>, <fiona.oloughlin@oireachtas.ie>, <joe.oreilly@oireachtas.ie>, <sarahj.oreilly@oireachtas.ie>, <anne.rabbitte@oireachtas.ie>, <lynn.ruane@oireachtas.ie>, <dee.ryan@oireachtas.ie>, <nicole.ryan@oireachtas.ie>, <gareth.scahill@oireachtas.ie>, <patricia.stephenson@oireachtas.ie>, <pauline.tully@oireachtas.ie>, <diarmuid.wilson@oireachtas.ie>, <vpcao@tcd.ie>, <legalcooperation@oas.org>, <cidh-prensa@oas.org>, <CIDHDenuncias@oas.org>, <EO@ombudsman.europa.eu>, <info@frontlinedefenders.org>, <press@whistleblower.org>, <press@whistlebloweraid.org>, <democracy@coe.int>, <democracyinstitute@ceu.edu>, <christoph.halbig@philos.uzh.ch>, <graduiertenschule@phil.uzh.ch>, <sigmond.richli@philos.uzh.ch>, <fsb@sib.uzh.ch>, <asae.leitung@ethik.uzh.ch>, <asae@ethik.uzh.ch>, <philsem@philos.uzh.ch>, <duersteler@philos.uzh.ch>, <afe@philos.uzh.ch>, <stephanie.oechslin@philos.uzh.ch>, <u21@universitas21.com>, <yoan.hermstruewer@uzh.ch>, <anne.meylan@philos.uzh.ch>, <rita.stoeckli@uzh.ch>, <isabella.balmer@rud.uzh.ch>, <rechtsdienst@rud.uzh.ch>, <privacy@rud.uzh.ch>, <info@bj.admin.ch>, <legal@proton.me>, <secretar@tcd.ie>, <clerksroom@11kbw.com>, <teamD@11kbw.com>, <ambassaden.dublin@gov.se>, <Ambassaden.monrovia@gov.se>, <ambassaden.washington@gov.se>, <secretary@ganhri.org>, <cru@calbar.ca.gov>, <GC@calbar.ca.gov>, <ExecutiveDirector@calbar.ca.gov>, <247@mfa.no>, <Helpline@eda.admin.ch>, <dublin@eda.admin.ch>, <dubln@international.gc.ca>, <pa.chineseembassy.ie@gmail.com>, <press.chineseembassy.ie@gmail.com>, <chinaembpress_us@mfa.gov.cn>, <chinaemb_ie@mfa.gov.cn>, <DELEGATION-INDIA@eeas.europa.eu>, Atencion FGR <atencionfgr@fgr.org.mx>, <atencionciudadana@sre.gob.mx>, <AD1-AGC@nycourts.gov>, <ogis@nara.gov>, <drc@tcd.ie>, <Lindsey.Halligan@usdoj.gov>, <CRT.SpeakerRequests@usdoj.gov>, <lordmayor@dublincity.ie>, <cabraoffice@dublincity.ie>, <customerservices@dublincity.ie>, <C4Nstories@itn.co.uk>, <accessofficer@justice.ie>, <info@justice.ie>, Niall Collins <niall.collins@oireachtas.ie>, <tips@cnn.com>, <tips@nypost.com>, <tips@slate.co>, <HRDSupportIndonesia@state.gov>, <HRDSupportJapan@state.gov>, <HRDSupportKingston@state.gov>, <HRDSupportRangoon@state.gov>, <HRDSupportTbilisi@state.gov>, <HRDSUPPORTBELGRADE@state.gov>, <HRDSupportBrussels@state.gov>, <HRDSupportEmbVienna@state.gov>, <HRDSupportPrague@state.gov>, <contact@csso.gov.ie>, <ICCVisits@icc-cpi.int>, <applications@icc-cpi.int>, <fadi.el-abdallah@icc-cpi.int>, <OTPNewsDesk@icc-cpi.int>, <Dujarric@un.org>, <david.lammy.mp@parliament.uk>, <honorarydegree@uconn.edu>, <registrar@uconn.edu>, <generalcounsel@uconn.edu>, <humanrights@uconn.edu>, <president@uconn.edu>, <universitycompliance@uconn.edu>, <boardoftrustees@uconn.edu>, <hrc-sr-education@un.org>, <hrc-sr-freedex@un.org>, <askds@tcd.ie>, <provost@tcd.ie>, <law.postgraduate@tcd.ie>, <events@tcd.ie>, <controlcenter.security-unog@un.org>, Joint Committee on Justice Home Affairs and Migration <justice@oireachtas.ie>, <disabilitymatters@oireachtas.ie>, <support@protectdefenders.eu>, <hrwdc@hrw.org>, <hrwpress@hrw.org>, <press@worldjusticeproject.org>,

<press@transparency.org>, <press@amnesty.org>, <press.office@dfa.ie>, <justitieombudsmannen@jo.se>, Ceann.Comhairle.EML.Correspondence@oireachtas.ie>, <cathaoirleach@oireachtas.ie>, <lynn.boylan@oireachtas.ie>, <frances.black@oireachtas.ie>, <niall.blaney@oireachtas.ie>, <victor.boyhan@oireachtas.ie>, <manus.boyle@oireachtas.ie>, <cathal.byrne@oireachtas.ie>, <maria.byrne@oireachtas.ie>, <pat.casey@oireachtas.ie>, <lorraine.cliffordlee@oireachtas.ie>, <tom.clonan@oireachtas.ie>, <joanne.collins@oireachtas.ie>, <alison.comyn@oireachtas.ie>, <joe.conway@oireachtas.ie>, <martin.conway@oireachtas.ie>, <nessa.cosgrove@oireachtas.ie>, <teresa.costello@oireachtas.ie>, <mats.green@riksdagen.se>, <michael.rubbestad@riksdagen.se>, <hans.ekstrom@riksdagen.se>, <fredrik.lindahl@riksdagen.se>, <mirja.raiha@riksdagen.se>, <ulrik.nilsson@riksdagen.se>, <per-arne.hakansson@riksdagen.se>, <mauricio.rojas@riksdagen.se>, <amalia.rud.stenlof@riksdagen.se>, <susanne.nordstrom@riksdagen.se>, <jessica.wetterling@riksdagen.se>, <gudrun.brunegard@riksdagen.se>, <muharrem.demirok@riksdagen.se>, <lars.engsund@riksdagen.se>, <jan.riise@riksdagen.se>, <lars.e.johnsson@riksdagen.se>, <lars.andersson@riksdagen.se>, <peter.hedberg@riksdagen.se>, <charlotte.nordstrom@riksdagen.se>, <erik.ezelius@riksdagen.se>, <martin.westmont@riksdagen.se>, <ingela.nylund.watz@riksdagen.se>, <caroline.hogstrom@riksdagen.se>, <laila.naraghi@riksdagen.se>, <leonid.yurkovskiy@riksdagen.se>, <gunilla.c.carlsson@riksdagen.se>, <cecilia.gustafsson@riksdagen.se>, <vasiliki.tsouplaki@riksdagen.se>, <camilla.brodin@riksdagen.se>, <sara-lena.bjalko@riksdagen.se>, <mats.berglund@riksdagen.se>, <malin.danielsson@riksdagen.se>, <matheus.enholm@riksdagen.se>, <hanna.gunnarsson@riksdagen.se>, <christofer.bergenblock@riksdagen.se>, <larry.soder@riksdagen.se>, <magnus.berntsson@riksdagen.se>, <fredrik.malm@riksdagen.se>, <Martin.Melin@riksdagen.se>, <annika.hirvonen@riksdagen.se>, <patrik.bjorck@riksdagen.se>, <andreas.lennkvist.manriquez@riksdagen.se>, <victoria.tiblom@riksdagen.se>, <matilda.ernkrans@riksdagen.se>, <riksdagsinformation@riksdagen.se>, <hrc-sr-disability@un.org>, <hrc-sr-torture@un.org>, <Erik.Nymansson@jo.se>, <Katarina.Pahlsson@jo.se>, <Per.Lennerbrant@jo.se>, <Thomas.Norling@jo.se>, <registrator@mrinstitutet.se>, <jennie.nilsson@riksdagen.se>, <facultad@derecho.unam.mx>, <ud.rt@gov.se>, <tips@latimes.com>, <tips@slate.com>, <tips@themarysue.com>, <tips@newyorker.com>, <tips@injusticewatch.org>, <tips2@bloomberg.net>, <scoop@motherjones.com>, <newstips@commondreams.org>, <newsmanager@foxnews.com>, <news@skynews.com>, <news@thejournal.ie>, <news@irishstar.com>, <news@justsecurity.org>, <newsdesk@irishlegal.com>, <news@ctpublic.org>, <newsdesk@irishtimes.com>, <enquiries@ombudsman.org.za>, <info@medieombudsmannen.se>, <complaints@mediacouncil.ca>, <pfu@presse.no>

This is a matter of basic morality



*from the petitioner should already have been obtained.*

| | |
|---|---|
| Title: (e.g. Mr. Mrs. etc) | |
| First Name of Petitioner: | Borealis Serenity |
| Surname of Petitioner: | Hedling |
| Petition Title: | Irish Hillsborough Law and Protection of Human Rights Defender Act |

This will be the title of your petition and should explain what the petition is about in a few words.

Good examples:
- Increase pay for key public workers
- Introduce a law against chewing gum littering

Bad examples:
- Help young people
- Justice for Betty
- Lock up gum chewers

| | |
|---|---|
| Submitted From: | Unincorporated association of p ▾ |

*If petition is submitted from a Corporate Body*

| | |
|---|---|
| Corporate Name: | |

*If petition is submitted from an Unincorporated association of persons*

| | |
|---|---|
| Unincorporated Association Name: | The Human Family |

## Section 3 - Actioning the Petition

**This information may be made public at the discretion of the Committee**

Text of Petition (limit 250 words):

```
On 23/9/25 this committee violated Article 14 of the UN Convention
against Torture refusing to establish a Court of Universal
Jurisdiction. Stating the situation of a Human Rights Defender being
tortured for exposing systemic corruption and the lack of redress
available to victims of atrocities was "individual" not "systemic".
Leading to an adverse Utterance complaint ignored since 13/10/25. This
Government needs to pass an act protecting human rights defenders and
requiring public officials to have a duty to candor to stop cover ups.
```
83 Words

Other persons supporting this Petition (full agreement from all parties listed here should already have been obtained):

| | | |
|---|---|---|
| 1) Download File | Click here | to download excel file to your PC. |
| 2) Modify File | Open the download excel file and save with Petitioner details on your PC | |
| 3) Upload File | Select to upload the saved excel file<br>Choose file   No file chosen | |

8:58 Mon, Dec 1
Case 1:25-cv-00766-JEB    Document 235-1    Filed 01/21/26    Page 18 of 19
The Oireachtas :: Online Petitions
petitions.oireachtas.ie

## Section 3 - Actioning the Petition

*This information may be made public at the discretion of the Committee*

Text of Petition *(limit 250 words)*:

> On 23/9/25 this committee violated Article 14 of the UN Convention against Torture refusing to establish a Court of Universal Jurisdiction. Stating the situation of a Human Rights Defender being tortured for exposing systemic corruption and the lack of redress available to victims of atrocities was "individual" not "systemic". Leading to an adverse Utterance complaint ignored since 13/10/25. This Government needs to pass an act protecting human rights defenders and requiring public officials to have a duty to candor to stop cover ups.

83 Words

Other persons supporting this Petition (full agreement from all parties listed here should already have been obtained):

| | |
|---|---|
| 1) Download File | Click here to download excel file to your PC. |
| 2) Modify File | Open the download excel file and save with Petitioner details on your PC |
| 3) Upload File | Select to upload the saved excel file<br>[Choose file] No file chosen |
| 4) Disclaimer: | Please tick this box confirming you have full agreement from all parties listed above to the publication of their names and other details provided.<br>☑ Yes |

Other background information to Petition (may include information already provided in section 1):

> "Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world"
>
> -Universal Declaration of Human Rights

What action are you suggesting in response to your petition?

[Report to the Dáil/Seanad with recommendations and include a request that the report be de ▾]

If *Other*, please give details

We recommend that you print this form before submitting.    [Print] [Submit]

3 attachments

1000008659.png
188 KB

The Oireachtas _ Online Petitions.PDF
174 KB

e4xr7wm5.pdf
44 KB