# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

---

Jeremy M. Lawson

USCA No. 25-5398

v.

United States Department of Justice

USDC No. 1:24-cv-02615-TNM

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Borealis S. Hedling (formerly Jeremy M. Lawson), declare that I am the
● appellant/petitioner  ○ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.*)

The Issue of lower courts allowing the United States to falsely maintain the designation of being a safe third country to cover up failures in the Appellee not prosecuting State of Connecticut officials for my enforced disappearance for exposing the 42 USC 1983, 1985, 1986 conspiracy to cover up the Domestic Violence Cash Benefit Program

Signature: Borealis S. Hedling

Name of *Pro Se* Litigant: Borealis S. Hedling (formerly Jeremy M. Lawson)

Address: Travelodge Plus 44 Townsend St Rm 120 Dublin 2 (Ireland)

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-

USCA Form 31
Rev. December 2018

## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

---

Jeremy M. Lawson          USCA No. 25-5398

v.

United States Department of Justice   USDC No. 1:24-cv-02615-TNM

### AFFIDAVIT ACCOMPANYING MOTION FOR
### PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _Beverly S. Hedley_    Date: December 11, 2025

My issues on appeal are: As noted the issue of lower courts allowing the United States to falsely maintain the designation of being a safe third country. Weaponizing procedural law to block access to the courts and justice. Ensuring I can't obtain recordings made to the US consulate in Montreal from made during my illegal detainment August 25, 2024 - September 10, 2024 to show then US President Joseph R. Biden violated the 1868 Hostage Act. Which if the court ordered release of these arbitrarily withheld records would force an Office of the Special Counsel investigation.

-1-

USCA Form 31
Rev. December 2018

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | 0 | | | |
| Self-employment | 0 | | | |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | | | | |
| Interest and dividends | | | | |
| Gifts | | | | |
| Alimony | | | | |
| Child support | | | | |
| Retirement (such as social security, pensions, annuities, insurance) | | | | |
| Disability (such as social security, insurance payments) | | | | |
| Unemployment payments | | | | |
| Public-assistance (such as welfare) | | | | |
| Other (specify): lump sum equity buyout | $5260 | | | |
| Total monthly income: | 438.33 | | | |

-2-

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |

4. How much cash do you and your spouse have?  1

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1  N/A  (Value) |
|---|---|---|
| N/A | | Make & Year: |
| | | Model: |
| | | Registration #: |

| Motor Vehicle #2 | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & Year: | | |
| Model: | | |
| Registration #: | | |

-3-

USCA Form 31
Rev. December 2018

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Adam M. Duquette | $86,000 (see attached) | currently inaccessible due to Transnational Repression can't open bank account |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| Elan Financial | Credit card | $7,000 | |
| Discover | Credit Card | $8347 | |
| Bank of America | Credit card | $4256 | |
| Citibank | Credit card | $6328 | |
| Department of Education | Student loans | $15,000 | |
| Primary Residential Mortgage Inc | Mortgage | $102,000 | |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | NA (in Asylum Seeker Accommodations paid by Ireland) | |
| Are real-estate taxes included? | ○ Yes  ○ No | |
| Is property insurance included? | ○ Yes  ○ No | |
| | You | Spouse |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | NA | |
| Home maintenance (repairs and upkeep) | N/A | |

-4-

USCA Form 31
Rev. December 2018

|  | You | Spouse |
|---|---|---|
| Food | Covered by Ireland | _____ |
| Clothing | N/A | _____ |
| Laundry and dry-cleaning | Covered by Ireland | _____ |
| Medical and dental expenses | unable to afford | _____ |
| Transportation (not including motor vehicle payments) | N/A | _____ |
| Recreation, entertainment, newspapers, magazines, etc. | N/A | _____ |
| Insurance (not deducted from wages or included in mortgage payments) | N/A | _____ |
|     Homeowner's or renter's | N/A | _____ |
|     Life | N/A | _____ |
|     Health | N/A | _____ |
|     Motor Vehicle | N/A | _____ |
|     Other: _____ | N/A | _____ |
| Taxes (not deducted from wages or included in mortgage payments) | N/A | _____ |
|     (specify) _____ |  |  |
| Installment payments | N/A | _____ |
|     Motor Vehicle | N/A | _____ |
|     Credit card (name): _____ | N/A | _____ |
|     Department store |  |  |
|     (name): _____ | N/A | _____ |
|     Other: _____ | N/A | _____ |
| Alimony, maintenance, and support paid to others | N/A | _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | N/A | _____ |
| Other(specify): _____ | N/A | _____ |
| Total monthly expenses: | $0 | _____ |

-5-

USCA Form 31
Rev. December 2018

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ☐ Yes ● No

If yes, describe on an attached sheet.

*It is very unlikely any government will follow Article 11 of the UN Convention Against Torture*

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ● No

If yes, how much? _____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much?  N/A

If yes, state the person's name, address, and telephone number:

_____

_____

_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

*Per the supplemental materials absent Court relief my US citizenship renunciation and adoption of UK citizenship and name change will not be recognized by a bank I can't access basic financial services as seen with my exhaustive attempts to do so with the Bank of Ireland to meet this Courts order since November 20, 2025. As noted in multiple filings the $3,000 in possession of my sister in case of reemployment*

14. State the city and state of your legal residence.

Dublin (Ireland)

Your daytime phone number: (959) 999-8957

Your age: 34   Your years of schooling: 18 (equivalent)

*is not something she is willing to touch for legal fees as she refused to allow access to any funds November 12, 2025. I have no way to pay this court fee.*

-6-

USCA Form 31
Rev. December 2018