US District Court District of Columbia

Case No: 1;25-cv-00766-JEB

### Emergency Motion to Clarify

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Future Appellant-Plaintiff

v.

Trump et al.
Defendants,

The Future Appellant-Plaintiff respectfully requests the Court to clarify 2 facts of law. To help guide the Circuit Court of Appeals in pending appeals.

1. In regards to the Courts denial of the Emergency Motion to Intervene and Consolidate at ECF 212 on January 16, 2026. Please clarify if this denial also constitutes a ruling on The January 3, 2026 Motion to Recuse and For Summary Judgement at ECF 226.

2. In regards to the January 20, 2026 Order denying leave to file a January 13, 2026 Motion to Disqualify Opposing Counsel at ECF 228. If this is based on merits or asserted lack of standing to right to intervene under Article 13 and 14 of the UN Convention Against Torture.

Signed on the 21st of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Future Appellant-Plaintiff
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)

**RECEIVED**
JAN 21 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Borealis.appeals@gmail.com
+1-959-999-8957


CERTIFICATION OF SERVICE

I swear under penalty of perjury this Emergency Motion and associated exhibits have been sent to the following parties electronically
The Plaintiffs Counsel
nsmith@aclu.org
mngo@aclu.org
osarabia@aclu.org
samdur@aclu.org
cwofsy@aclu.org
aspitzer@acludc.org
smichelman@acludc.org
ashah@acludc.org
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org
m.tan@aclu.org
strivedi@democracyforward.org
bgirard@democracyforward.org
mwaldman@democracyforward.org
srich@democracyforward.org
sperryman@democracyforward.org
awiggins@democracyforward.org
ccoogle@democracyforward.org
pboisture@democracyforward.org
The Department of Justice:
Drew.c.ensign@usdoj.gov
tiberius.davis@usdoj.gov
SUPREMECTBRIEFS@usdoj.gov & USADCS.ServiceCivil@usdoj.gov
johnny.walker@usdoj.gov
alicia.dupree@usdoj.gov
usadc.civil@usdoj.gov
Signed on the 21st of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,

/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com