US District Court District of Columbia

Case No <u>1:25-cv-00766-JEB</u>

<u>Emergency Motion to Intervene, Consolidate, and Recuse</u>

J.G.G. et al.,
Plaintiffs,

and

Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Proposed Plaintiff-Intervenor

v.

Trump et al.

The Proposed Intervenor respectfully requests the Court allow intervention by right under Federal Rule of Civil Procedure 24 in accordance with Article 13 and 14 UN Convention against Torture. The Presiding Judge immediately Recuses himself. This case be Consolidated with US District Court District of Columbia Case No 1:26-cv-0252-UNA

Hedling

V.

Boasberg

  I.   Background

The Proposed Intervenor filed an Emergency Motion to Intervene and Consolidate at ECF 212 denied January 16, 2026 appealed the same day. Yet not docketed even as Appeals by right don't require permission for leave to file even with permission at ECF 233 to place the appeal on the public Docket it has not been transmitted to the US Circuit Court of Appeals. The Proposed Intervenor essentially per EX 1 a January 28, 2026 Emergency Motion to Intervene, Disqualify Opposing Counsel, and Transfer in WMM v Trump 25-10534 (5th Circuit). EX 2 a January 29, 2026 Emergency Petition to the Nobile officium. These proceedings normailing the Crime Against Humanity of Mass Deportation while undermining concepts like the Principles of Nemo judex in causa sua, Jus Cogens, Erga Omnes, Aut Dedere Aut Judicare, and Universal Jurisdiction is toxic to rule of law globally.

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)

V.

The Judicial Office for Scotland
&
Government of Scotland
(Defenders)
for
Self Reporting Judicial Misconduct and Ensure the Right to Counsel for Victims of Torture

II.   All of Humanity is under the Constructive Custody of The United States

Per the below embedded report to the Police Ombudsman in Ireland the United States can act with impunity in any nation on the planet. The Proposed Intervenor doesn't even need to be labeled a "serious criminal" just deprived of the one label all the class members are also seeking in an actually safe country "Refugee".



JAN 30 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia



# Fiosrú

## Complainant's personal details

**First Name:** Borealis
**Middle Name:** Serenity
**Surname:** Hedling
**Address line 1:** Travelodge Plus
**Address line 2:** 44 Townsend ST Rm 120
**Town or City:** Dublin
**County:** Dublin City
**Eircode:** 2
**Country:** Ireland
29/03/1991
**Mobile phone number:** 19599998957
**E-mail address:** Borealis.appeals@gmail.com

## The complaint

22/01/2026

**Location of incident:** Reported potential refoulment and torture via Garda Press email

**Who do you want to complain about?** The Garda Press Office

**Reason for the delay:** N/A

**Please describe the specific Garda behaviour that you wish to complain about:** On January 22, 2026 via the Garda Media Email as a Human Rights Defender who has been verifiable tortured by the Government of Ireland since 30/7/25 via extreme acts of Transnational Repression including medical deprivation. Provided in good faith an action filed in US District Court District of Columbia against the Director of Public Prosecutions for failing to follow Article 13 and 14 of the UN Convention against Torture. Having had to report Simon Harris to the Swedish Police War Crimes Unit regarding the Government of Ireland subverting my efforts to establish of Universal Jurisdiction or report them leaving me homeless to die 30/7/25. Then blocking access to medical care, education, the courts, complaint mechanisms, and restricting my freedom of movement instead of helping me transit to Geneva to present evidence to relevant UN Subcommittees under Optional Protocols. They used the "asylum applications"as a means of Torture and gaslighting escalating to now directly threatening refoulment via the International Protection Office in retaliation for suing and reporting Torture widely. Now including to an indifferent International Criminal Court. As the Garda won't assure me they will not refoul me. As I seek to use the voluntary returns mechanisms under Article 11 of the UN Convention on the Rights of Persons with Disabilities to seek medical evacuation to New Zealand. Filing in their courts to provide Refugee status against Ireland, US, UK, Canada, and Iceland. This Government can't just Torture me and not provide any reassurance law enforcement won't be used to retraumatize me.

**What do you believe was the reason or motive for this incident?** To shield high level public officials violating international criminal law and not help the victim of their torture against Article 13 and 14 of the UN Convention against Torture.

**Are there any witnesses to the incident?** Yes

**If yes please provide their full names and contact details:** The Crime Victims Helpline has been cced on numerous emails

**Is there any other evidence?** Yes

**If yes, what is the evidence?** January 22, 2026 Court filings to the US District Court District of Columbia in Hedling v The Director of Public Prosecutions, Filings for a Voluntary return application to avoid refoulment, Application for Interlocutory relief to the High Court in Wellington, a Rule 39 Interim measures request, a Report to the Private Secretary at the Council of Europe under the Human Rights Defender Reprisal reporting mechanism, numerous UN Special Procedures reports, a transmission to the International Criminal Court January 28, 2026, and complaint against the Director of Public Prosecutions for failing to prosecute torture to the LSRA

**Did you have any injuries or need medical treatment following the incident?** Yes

**If yes, please describe any injuries and / or medical treatment received after the incident:** I need a stellate ganglion block and ketamine infusion, but literally need to be evacuated from a country who's police refuse to give me the basic dignity to assure me they won't participate in a use against a victim of brutal acts of Government torture here and globally.

## Child protection and welfare obligation of Fiosrú

The welfare of a child is paramount. If the Garda Ombudsman has any concerns regarding the protection or welfare of a child, it has an obligation to share this information with TUSLA, the Child and Family Agency. Insofar as possible, we will discuss this with you first.

## Section 226 Policing, Security and Community Safety Act, 2024

It is a criminal offence to knowingly supply "false or misleading information" to Fiosrú. You may be prosecuted if it appears that you have done this. This could result in a fine and/or a prison sentence.

In summary, the information you give must be truthful and not seek to mislead GSOC in any complaint or investigation.

If you give false or misleading information, you may have to pay a fine of up to €2,500 or be imprisoned for up to 6 months, or both.

## Use of your information

Your information may be disclosed to third parties such as the Garda Síochána to enable us to effectively investigate complaints or where we are legally obliged to do so. This is to ensure an effective investigation of your complaint.

Where it is necessary and proportionate to do so, we may share information with other parties in any related criminal or civil proceedings. In relation to a criminal prosecution, this includes sharing information with the Director of Public Prosecutions who may then share this information with other parties like a witness or others identified in your complaint.

In a related civil proceeding, this includes sharing information with other parties as may be necessitated by law including by a Court of Law.

Conclusion

The Proposed Intervenor respectfully requests the Court allow intervention by right under Federal Rule of Civil Procedure 24 in accordance with Article 13 and 14 UN Convention against Torture. The Presiding Judge immediately Recuses himself. This case be Consolidated with US District Court District of Columbia Case No 1:26-cv-0252-UNA

Hedling

V.

Boasberg


Signed on the 30th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)

Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
 They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Borealis.appeals@gmail.com
+1-959-999-8957

CERTIFICATION OF SERVICE

I swear under penalty of perjury this Emergency Motion and associated exhibits have been sent to the following parties electronically
The Plaintiffs Counsel
nsmith@aclu.org
mngo@aclu.org
osarabia@aclu.org
samdur@aclu.org
cwofsy@aclu.org
aspitzer@acludc.org
smichelman@acludc.org
ashah@acludc.org
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org
m.tan@aclu.org
strivedi@democracyforward.org
bgirard@democracyforward.org
mwaldman@democracyforward.org
srich@democracyforward.org
sperryman@democracyforward.org
awiggins@democracyforward.org
ccoogle@democracyforward.org
pboisture@democracyforward.org
The Department of Justice:
Drew.c.ensign@usdoj.gov
tiberius.davis@usdoj.gov
SUPREMECTBRIEFS@usdoj.gov & USADCS.ServiceCivil@usdoj.gov
johnny.walker@usdoj.gov
alicia.dupree@usdoj.gov
usadc.civil@usdoj.gov
Signed on the 30th of January 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Respectfully submitted,
/s/ Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120

Dublin 2 (Ireland)
+1-959-999-8957
Borealis.appeals@gmail.com