Form 14.4

**Form of petition**



*cause reference number assigned* _____

UNTO THE RIGHT HONOURABLE THE LORDS OF COUNCIL AND SESSION

The Petition of Borealis S Hedling
&
Kilmar Armando Abrego Garcia
(Pursuers)
Travelodge Plus 44 Townsend ST Rm 120 Dublin 2 (Ireland)
Brought Actio Popularis under Rule 14.3 (d) of the Court Sessions, the Principles of Nemo judex in causa sua. Erga Omnes, Jus Cogens, Universal Jurisdiction, and Aut Dedere Aut Judicare. The British Nationality Act 1981 (c.61) (2) (a) & 14.1. Article 3, 13 and 14 of the UN Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 11 & 13 of the UN Convention on the Rights of Persons with Disabilities. Article 1, 2, 3, 6, 13, and 14 of the European Convention on Human Rights. Article 7 (d), (e), (f), (h), (i), and (k) of the Rome Statute. Sections 1.1, 8A.1 (a), 8A.2 (d), 9.5 (a) & (b), 13, and 14 International Criminal Court (Scotland) Act 2001. 1998 Human Rights Act.

&

In Terms of Being Fee Exempt Section 36.4 of the 1988 Scottish Legal Aid Act in relation to: January 24, 2026 Emergency Section 45 Order GRANTED Actio Popularis in the matter of The Court of Sessions Illegal Denial of the January 8, 2025 Petition in the Matter:

The Petition
of
Borealis S. Hedling
for
Allowing everyone to be able to advocate for human rights individually and collectively without fear

**The Petition of Borealis S Hedling**
**&**
**Kilmar Armando Abrego Garcia**
**(Pursuers)**

**V.**

**The Judicial Office for Scotland**

**&**

**Government of Scotland**
**(Defenders)**

**HUMBLY SHEWETH:-**

1. That the Judicial Office of Scotland can't refuse to acknowledge the January 9, 2025 denial of the above noted Emergency Petition was not gross Judicial misconduct. The blacklisting Order of the lead Petitioner January 17, 2025 did not constitute gross abuse of discretion. That the October 9, 2025 refusal to grant the below named 22/7/25 Emergency Petition to the Nobile officium was about a lack of jurisdiction when exercising Universal Jurisdiction is an obligation under the Principles of Erga Omnes. That the Petitioner doesn't need to know the specific identity of the Inner House Judge. They can't act with impunity and judging from the early replies from the Scottish Legal Profession they are acting like Lord Carloway warned in his report… It does no favors to disclose those correspondence when ultimately the Government of Scotland is responsible for a failure to respect Article 11 ans 13 of the UN Convention on the Rights of Persons with Disabilities and immediately seek the appoint Counsel. Unless a lawyer or solicitor says it Pro Se Litigants especially victims of torture have no effective access to the Courts of Sessions.

"The underlying and long-lasting implication of Cadder is that the system must fully embrace and apply a human rights based approach. This is not to say that it must adhere to a standardised Convention compliant template and abandon all traditions that have developed over centuries. But in promoting further evolution of a system, which should remain specifically designed for Scottish society, a more conscious application of the express and implied rights of the Convention is required.
The understanding of human rights should not be the sole preserve of lawyers. It is important, if the law is to be accessible, that society does not develop a system that buries human rights deep within legal architecture. The ability to apply basic human rights should not require a tortuous exploration of Strasbourg jurisprudence or an encyclopaedic knowledge of legal texts. If it does, the system will end up with Dickens' vision in Bleak House of lawyers "mistily engaged in one of the ten thousand stages of an endless cause, tripping one another up on slippery precedents, groping knee-deep in technicalities, running their goat-hair and horse-hair warded heads against walls of words and making a pretence of equity with serious faces".

-page 1 Carloway Review

MAY IT THEREFORE please your Lordships
If the US Courts illegally deny the Petitioners injunctive or Declaratory relief to conceal proven crimes against humanity. The court of Sessions issue corresponding indictments for President Donald J Trump and President Nayib Bukele. Updates the Martin Luther King Jr quote in the United Kingdom Supreme Court Law Library as so:

"Moreover, I am cognizant of the interrelatedness of all communities and states. I cannot sit idly by in Atlanta and not be concerned about what happens in Birmingham. Injustice anywhere is a threat to justice everywhere. We are caught in an inescapable network of mutuality, tied in a single garment of destiny. Whatever affects one directly affects all indirectly. Never again can we afford to live with the narrow, provincial "outside agitator" idea. Anyone who lives inside the United States can never be considered an outsider anywhere in this country. (3)"
- Martin Luther King Jr., Letter from the Birmingham Jail

According to Justice, etc.

Legal name: /s/ Jeremy M Lawson
Chosen name: Borealis S Hedling
They / Them
7/6/25



*cause reference number assigned* _____

THE COURT OF SESSION

The Petition of Borealis S. Hedling

Kilmar Armando Abrego Garcia

V.

The Supreme Court of the United Kingdom

The King's Bench Court

The Inner House of the Court of Sessions

For

Exercising Universal Jurisdiction to indict President Donald J Trump and President Nayib Bukele if they keep violating international law



















"The continuing possibility for extraordinary circumstances to arise which cannot be adequately dealt with by existing legal remedies surely reserves to the nobile officium a continuing utility—not to mention its symbolic certification that courts are not mere slavish applicators of law, but vehicles for the attainment of justice."
-Stephen Thomson, The Nobile Officium in Civil Jurisdiction: Equitable Gap-Filling in Scotland [2014] vol 24 Tulane European & Civil Law Forum 125 at 135

"Cadder and its consequences could be described simply as the necessary application of the law, deriving from the implied right of access to a lawyer identified by the European Court under Article 6 on the European Convention of Human Rights. As Lord Hope put it in his opinion:

**"…there is no room … for a decision that favours the status quo simply on grounds of expediency. The issue is one of law… It must be faced up to, whatever the consequences".**

-Carloway Review Page 1

      MAY IT THEREFORE please your Lordships to refer the unnamed Innerhouse Judge who illegally denied the January 9, 2025 Petition to the Nobile officium to the Defenders. Appoint Counsel to address the January 25, 2026 Petition to the Nobile officium. Affirm the obligations of the Government of Scotland to Appoint Counsel as consistent with Article 14 of the UN Convention against Torture for all victims of torture (Cadder 2.0).
      According to Justice, etc.

/s/ Borealis S Hedling
They / Them
January 29, 2026



*cause reference number assigned* _____

THE COURT OF SESSION

**The Petition of Borealis S Hedling**
**&**
**Kilmar Armando Abrego Garcia**
**(Pursuers)**

V.

**The Judicial Office for Scotland**

**&**

**Government of Scotland**
**(Defenders)**

for

Self Reporting Judicial Misconduct and Ensure the Right to Counsel for Victims of Torture