**In the United States District Court
for the District of Columbia**

| | |
|---|---|
| J.G.G. et al., <br><br> *Plaintiffs*; <br><br> LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, et al., <br><br> *Petitioners–Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> *Respondents–Defendants.* | Case No. 1:25-cv-00766-JEB <br><br><br><br><br><br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that all Respondents–Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the following judgments of this Court and all orders merging therewith:

- Memorandum Opinion and Order of February 12, 2026 (ECF 247).

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General

**Yaakov M. Roth**
Principal Deputy Assistant Attorney General

**Drew C. Ensign**
Deputy Assistant Attorney General

**August Flentje**
Special Counsel for Immigration

1

                                                                                                 s/Tiberius T. Davis

**Tiberius T. Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

Dated: March 4, 2026                                    *Counsel for Respondents–Defendants*

**Certificate of Service**

I hereby certify that I served this document on March 4, 2026, by filing it with the Court's CM/ECF system, which will electronically deliver the document to all other parties or their counsel.

                                                 s/Tiberius T. Davis
                                                 *Counsel for Respondents–Defendants*