UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., *et al.*,<br><br>   Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br><br>   Respondents. | No. 1:25-cv-766 (JEB)<br><br>Declaration Of Assistant Director Liana J. Castano |

## DECLARATION OF LIANA J. CASTANO

I, Liana J. Castano, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Assistant Director (AD) for Field Operations, within the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have held this position on a temporary basis since July 14, 2025, and since November 2, 2025, on a permanent basis. I began my employment with ICE in 2006 and have held several leadership positions within ERO, including Interim Assistant Director for the Removal Division, Assistant Director for the Law Enforcement Systems and Analysis Division, and Field Office Director for the Washington Field Office. As the AD for Field Operations, I manage ERO's 25 field offices as well as programs and initiatives to identify, arrest, prosecute, and remove removable aliens nationwide.

2. This declaration is based upon my professional knowledge and experience, information obtained from other individuals employed by ICE, and information obtained from ICE official records.

3. I am aware that the instant lawsuit has been filed regarding the removal of Venezuelan members of Tren de Aragua (TdA) pursuant to the Alien Enemies Act (AEA).

4. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business.

5. On March 15, 2025, President Trump announced the Proclamation *Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua* stating that, "Evidence irrefutably demonstrates that TdA has invaded the United States and continues to invade, attempt to invade, and threaten to invade the country; perpetrated irregular warfare within the country; and used drug trafficking as a weapon against our citizens" (the Proclamation) (https://www.whitehouse.gov/presidential-actions/2025/03/invocation-of-the-alien-enemies-act-regarding-the-invasion-of-the-united-states-by-tren-de-aragua/). In the same Proclamation, President Trump announced that "all Venezuelan citizens 14 years of age or older who are members of TdA, are within the United States, and are not actually naturalized or lawful permanent residents of the United States are liable to be apprehended, restrained, secured, and removed as Alien Enemies."

6. Gangs remain one of the more formidable issues that corrections officials face in the management of prisons. Gangs are responsible for a disproportionate amount of prison misconduct and violence. Their continued presence challenges ongoing efforts to maintain control, order, and safety in the facilities. While all gangs disrupt the orderly administration of detention facilities, TdA represents a heightened challenge beyond what prisons in the U.S. otherwise face, given TdA's formation and history in penal institutions.

7.        TdA is not an ordinary gang. Open-source information documents the gang's history and growth over the last decade. As reported in National Public Radio's article titled, *Tren de Aragua, a criminal organization with roots in Venezuela, has roots in Venezuela, has rapidly expanded across Latin America*, TdA was founded in 2014 in the Tocorón prison, in the central Venezuelan state of Aragua, led by Héctor Rusthenford Guerrero Flores, alias "Niño Guerrero." The gang largely controlled the Tocorón prison and eventually branched out overseas. The gang's leaders fled the prison in 2023 when it was taken over by security forces. It recruited new gang members from among the 8 million Venezuelans who had fled the country's economic crisis. Initially, it established criminal cells in neighboring Colombia, Peru, and Chile, where it smuggled drugs and people and operated extortion rackets and prostitution rings. TdA's most notorious alleged crime was the 2024 killing of Ronald Ojeda, a former Venezuelan army officer who conspired against Nicolás Maduro, the country's authoritarian leader, then fled to Chile. Suspected gang members dressed as Chilean police officers abducted Ojeda from his apartment. Days later, his body was found stuffed in a suitcase and buried in cement. This history reflects more than a decade of savage criminal activity, vicious disregard for authority, and violent crimes that threaten the stability of order. TdA poses the same terrorizations in the United States as the origin countries from which they started – Venezuela, and now also to include Colombia, Peru and Chile.

8.        While in confinement in Venezuela, TdA was able to grow its numbers exponentially. Over time, they expanded operations to the United States. Multiple examples of their savagery can be found in open-source news articles highlighting the numerous abhorrent activities they have conducted while in the United States including but not limited to murder, rape, kidnapping, sex trafficking, drug trafficking, robbery, and assault. Their continued presence

in ICE custody poses significant risks, such as the ability to recruit new TdA members. Detention of hundreds of members of a designated Foreign Terrorist Organization among other populations of aliens is an unnecessary danger to other detainees and facility staff. As a result, TdA was designated as a foreign terrorist organization and members of TdA were designated as foreign terrorists.

9. ICE maintains active partnerships with federal, state, and local law enforcement agencies, alongside international authorities, to track the expansion of TdA and share real-time intelligence.

10. ICE utilizes multi-layered vetting processes during encounters and detention stages to detect indicators of transnational criminal affiliation. Field agents are trained to identify specific physical identifiers, including distinctive tattoos, other imagery, and non-verbal signs associated with the TdA organization to confirm membership,

11. ICE conducts in-depth investigations that include reviewing criminal records, conducting interviews with suspected TdA members, identifying known TdA associates, reviewing electronic and written communications with suspected or known TdA associates, as well as documenting social media posts.

12. At least four of the 18 identified TdA members who wish to return to the United States have been the subjects of various criminal investigations. One has been investigated by Venezuelan authorities for multiple crimes including homicide, kidnapping, and firearms charges related to organized gang activity. Another TdA member, the subject of an arrest warrant, was encountered during a targeted law enforcement operation. He was able to flee his residence, from which firearms were recovered. One was arrested for smuggling illegal aliens and driving while intoxicated (DWI). And another has outstanding charges for a DWI.

13. At least eight of the subjects were identified based on their affiliation with known TdA members, either socializing or living with them. Additionally, these individuals had tattoos commonly associated with and displayed by members of TdA. Several subjects were identified following law enforcement monitoring of social media postings; the individuals posted pictures and videos depicting the subjects displaying various firearms, displaying TdA colors, and making hand signs commonly used to represent the TdA criminal organization. At least one other self-identified as a TdA member.

14. Nor is immigration relief necessarily available. All aliens described here are subject to mandatory detention under INA § 235. Six of the 18 are amenable to removal pursuant to the expedited removal scheme under INA § 235. One already has a final order of removal under Title 8 that remains valid. The remaining 11 aliens were placed in INA § 240 removal proceedings.

15. Using the tools above, ICE identified each of the Venezuelan subjects of this litigation as a member of TdA. Each of these identified TdA members presented a significant threat to national security and public safety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March, 2026.

                                                       Liana J. Castano
                                                      Assistant Director
                                                      Enforcement and Removal Operations
                                                      U.S. Immigration and Customs Enforcement
                                                      U.S. Department of Homeland Security