# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

**PLAINTIFFS' MARCH 9 NOTICE IN RESPONSE TO ECF NO. 247**

Plaintiffs continue their outreach and report here on "the number of Plaintiffs (in Venezuela or third countries) who wish to file supplements to their habeas class petition, including challenges to the Proclamation or their identification as TdA members." ECF No. 247 at 6. Such supplemental filings would be done from abroad. *See id*.

Counsel has thus far been able to obtain the preferences for ninety-one (91) Plaintiffs. Since the last report to the Court on February 27, Plaintiffs' counsel received a class list of 137 class members from the Government and reached about 15 more Plaintiffs. Plaintiffs have some reason to believe the 137 is not exhaustive. Specifically, counsel notes that there are two individuals reached and their wishes reported who are not on the Government's class list. The parties are conferring about whether they are in fact class members. Counsel will continue their efforts to reach the remaining individuals; some individuals appear to still be detained in Venezuela, making it difficult to secure their preferences.

Of the 91 who have told counsel their preference, one individual has indicated he does not wish to challenge his designation by any means.

Sixty eight (68) wish to file supplements to their habeas class petition.

Additionally, Plaintiffs' counsel reported on February 27 on a separate group: nineteen (19) Plaintiffs who "wish to be flown from a third country to the United States for their court proceedings, understanding that . . . they will be detained upon arrival." ECF No. 247 at 6. Counsel reported that all nineteen are currently in Venezuela. Since that filing, counsel have contacted and obtained the preferences of three more Plaintiffs who wish to pursue return, bringing the total in

this group to twenty-two (22). Two of those recently reached Plaintiffs are in Venezuela and one is located in a third country. Those three individuals' names are disclosed in the sealed filing.

Finally, Plaintiffs' counsel anticipates filing a further update as we continue to try to reach the approximately fifty(50) Plaintiffs for whom we have not yet been able to obtained their preference.

//

| | |
|---|---|
| Dated: March 9, 2026 | Respectfully submitted, |
| | /s/ *Lee Gelernt* |
| Noelle Smith | Lee Gelernt |
| Oscar Sarabia Roman (D.C. Bar No. 90011262) | Daniel Galindo |
| My Khanh Ngo | Ashley Gorski |
| Cody Wofsy | Patrick Toomey |
| Spencer Amdur | Sidra Mahfooz |
| Evelyn Danforth-Scott | Omar Jadwat |
| Michael K.T. Tan | Hina Shamsi (D.D.C. Bar No. MI0071) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Sean M. Lau (D.D.C. Bar No. NY0680) |
| 425 California Street, Suite 700 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| San Francisco, CA 94104 | 125 Broad Street, 18th Floor |
| (415) 343-0770 | New York, NY 10004 |
| nsmith@aclu.org | (212) 549-2660 |
| osarabia@aclu.org | lgelernt@aclu.org |
| mngo@aclu.org | dgalindo@aclu.org |
| cwofsy@aclu.org | agorski@aclu.org |
| samdur@aclu.org | ptoomey@aclu.org |
| edanforth-scott@aclu.org | smahfooz@aclu.org |
| m.tan@aclu.org | ojadwat@aclu.org |
| | hshamsi@aclu.org |
| Arthur B. Spitzer (D.C. Bar No. 235960) | slau@aclu.org |
| Scott Michelman (D.C. Bar No. 1006945) | |
| Aditi Shah (D.C. Bar No. 90033136) | Kathryn Huddleston* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 529 14th Street, NW, Suite 722 | 915 15th Street, NW, 7th Floor |
| Washington, D.C. 20045 | Washington, D.C. 20005 |
| (202) 457-0800 | (212) 549-2500 |
| aspitzer@acludc.org | Khuddleston@aclu.org |
| smichelman@acludc.org | |
| ashah@acludc.org | *Barred in Texas and Arizona only; supervised by a member of the D.C. Bar* |
| | *Counsel for Petitioners-Plaintiffs* |