**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

**PETITIONERS-PLAINTIFFS' RESPONSE TO RESPONDENTS-DEFENDANTS' RENEWED MOTION TO STAY ORDER PENDING APPEAL**

Petitioners-Plaintiffs ("Plaintiffs") have informed the government that they consent to a stay if the parties agree to jointly move to expedite the appeal in the D.C. Circuit. The government has informed Plaintiffs that it accepts the proposal and will confer on a schedule.

Plaintiffs address one other matter. Plaintiffs note that the government's stay motion, ECF 256, appears to suggest that this Court's December 22 grant of summary judgment rested solely on habeas jurisdiction. Plaintiffs' understanding, however, is that the Court's December 22 ruling alternatively rested on equity due process jurisdiction, and that the Court did so precisely to avoid piecemeal jurisdictional appeals. *See* ECF 215 at 8-9 (incorporating by reference the equity jurisdictional analysis in its prior opinion and stating that the equity "pathway would remain available to Plaintiffs if habeas were not"). Accordingly, Plaintiffs respectfully request that the Court's stay ruling again make explicit that its December 22 grant of summary judgment rested on habeas and, in the alternative, on equity.

//

Dated: March 12, 2026

Respectfully submitted,

/s/ *Lee Gelernt*

Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Omar Jadwat
Hina Shamsi (D.D.C. Bar No. MI0071)
Sean M. Lau (D.D.C. Bar No. NY0680)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org
slau@aclu.org

Noelle Smith
Oscar Sarabia Roman (D.C. Bar No. 90011262)
My Khanh Ngo
Cody Wofsy
Spencer Amdur
Michael K.T. Tan
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
cwofsy@aclu.org
samdur@aclu.org
m.tan@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
Aditi Shah (D.C. Bar No. 90033136)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org
ashah@acludc.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500
Khuddleston@aclu.org

**Barred in Texas and Arizona only; supervised by a member of the D.C. Bar*

*Counsel for Petitioners-Plaintiffs*