**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.G.G, *et al*<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    *Defendants*. | Case No. 1:25-cv-0766-JEB |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, Abhishek Kambli, files this notice of withdrawal of appearance. No trial date has been set in this matter, and Defendants will continue to be represented by previously appearing counsel of record from the Department of Justice.

Dated: May 15, 2026

Respectfully submitted,

STANLEY E. WOODWARD JR.
Associate Attorney General

/s/ *Abhishek S. Kambli*
ABHISHEK S. KAMBLI
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-9500

*Counsel for Defendants*