**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

LIYANARA SANCHEZ, as next friend on behalf
of FRENGEL REYES MOTA, *et al.*,

*Petitioners–Plaintiffs*,

J.G.G., *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Respondents–Defendants*.

Case No: 1:25-cv-00766-JEB

---

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion to unseal the unredacted May 9, 2025 declaration of Michael G. Kozak, *see* ECF 141-2, Ex. 1; ECF 145-2, Ex. 1, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to unseal the unredacted Kozak Declaration and place it on the public docket.

Entered on _____, 2026 at _____ a.m./p.m.

_____

Chief Judge James E. Boasberg