# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

J.G.G., et al.,

      Plaintiffs-Petitioners,

    v.

Trump, et al.,

      Defendants-Respondents.

Civil Action No. 1:25-cv-00766

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Amicus Curiae Representative Brandon Gill hereby substitutes as his counsel in this matter Robert A. Crossin for Ryan Giannetti. Good cause exists for this substitution, as Mr. Giannetti will soon be changing employers and will, therefore, be unable to continue representing clients on behalf of America First Legal Foundation. Mr. Giannetti's withdrawal will not prejudice any party to this case, delay this case, or otherwise affect the orderly administration of this case.

Dated: June 26, 2026

/s/ *Robert A. Crossin*
Robert A. Crossin (DC Bar #90036740)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, D.C. 20003
Tel.: (202) 596-9846
bobby.crossin@aflegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I filed the foregoing document with the Clerk using the Court's CM/ECF system, which served it on all parties of record.

/s/ *Robert A. Crossin*

1