## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

J.G.G., et al.,

      Plaintiffs-Petitioners,

    v.

Trump, et al.,

      Defendants-Respondents.

Civil Action No. 1:25-cv-00766

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear

in this case as counsel for: Representative Brandon Gill.

Respectfully Submitted June 26, 2026

/s/ William Scolinos
William Scolinos
D.C. Bar No. 90023488
*America First Legal Foundation*
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
Phone: (301) 965-0179
William.Scolinos@aflegal.org