UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.G.G., et al.,<br>*Plaintiffs-Petitioners*,<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendants-Respondents*. | No. 25-cv-766 |

**NOTICE OF WITHDRAWAL**

It is respectfully requested that the Clerk of Court please withdraw the appearance of Robert A. Crossin as counsel for Movant the Hon. Brandon Gill, Member of Congress, in the above-captioned case. Mr. Crossin's withdrawal is necessitated by the fact that he has accepted employment elsewhere and is departing the firm. The Hon. Brandon Gill will continue to be represented by William Scolinos of America First Legal Foundation.

Dated: Oct. 8, 2026

Respectfully submitted,

/s/ *Robert A. Crossin*

Robert A. Crossin
DC Bar No. 90036740
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org

*Counsel for Movant the Hon. Brandon Gill, Member of Congress*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I filed the foregoing document with the Clerk using the Court's CM/ECF system, which served it upon all counsel of record.

/s/ *Robert A. Crossin*
Robert A. Crossin